# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 19, 2024

Mr. James Conde
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Mr. R. Trent McCotter
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Washington, DC 20006

        No. 24-60209    Texas Corn Producers v. EPA
                        Agency No. EPA-HQ-OAR-2022-0829
                        Agency No. FRL-8953-04-OAR

Dear Mr. Conde, Mr. McCotter,

We received your addendum to the petitioners' brief.  Only rules
and statutes may be filed as addendums to briefs without leave of
court. Exhibits to briefs also require leave of court. We are
taking no action on this document.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Rebecca Andry*

                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

cc:
    Mr. Albert Lin
    Mr. Jeffrey Prieto