# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60209   Texas Corn Producers v. EPA  
                   Agency No. EPA-HQ-OAR-2022-0829  
                   Agency No. FRL-8953-04-OAR

The court has granted in part an extension of time to and including October 16, 2024, for filing respondent's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Whitney M. Jett, Deputy Clerk  
504-310-7772

Mr. James Conde  
Mr. Albert Lin  
Mr. R. Trent McCotter  
Mr. Jeffrey Prieto