# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

TEXAS CORN PRODUCERS, *et al.*,

    Petitioners,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Respondents.

No. 24-60209

**THIRD JOINT MOTION TO AMEND BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27, Petitioners Texas Corn Producers, Texas Sorghum Producers, National Sorghum Producers, and Texas Food & Fuel Association; and Respondents United States Environmental Protection Agency and Administrator Michael S. Regan (collectively, "Respondents" or "EPA"); jointly move this Court to extend the deadline for EPA's initial brief from October 16, 2024, to November 15, 2024.

Good cause exists for filing this motion. The Parties are engaging in discussions regarding a potential administrative resolution to Petitioners' challenge, which may obviate the need for continuance of this litigation. Given the Parties' limited resources, the requested extension will allow the Parties to focus their resources on identifying an administrative resolution. The Parties therefore

1

respectfully request that the Court extend the deadline for EPA's brief by 30 days to facilitate these discussions.

DATED: September 16, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/ Albert Lin*
ALBERT LIN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2741
albert.lin@usdoj.gov

*Counsel for Respondents*

*/s/ James R. Conde*
JAMES R. CONDE
Boyden Gray PLLC
800 Connecticut Ave., Suite 900
Washington, DC 20006
(646) 266-4011
jconde@boydengray.com

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Third Joint Motion to Amend Briefing Schedule was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

DATED: September 16, 2024

*/s/ Albert Lin*
ALBERT LIN

*Counsel for Respondents*