IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS CORN PRODUCERS, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | No. 24-60209 |

## **RESPONDENTS' MOTION TO STAY BRIEFING SCHEDULE**

Respondents United States Environmental Protection Agency and Administrator Michael S. Regan (collectively, "EPA") respectfully request that the Court stay the briefing deadlines in this case pending resolution of Respondents' Motion for Voluntary Remand Without Vacatur. If this Court denies this motion, EPA respectfully requests that the Court extend the deadline for EPA's initial brief to 40 days after the Court's resolution of this motion. Petitioners oppose EPA's motion.

In support of this motion, EPA states the following:

1. Under review is EPA's final rule revising fuel economy test procedures (the "$R_a$ Action") pursuant to the Motor Vehicle Information and Cost Savings Act, 49 U.S.C. Chapter 329. 89 Fed. Reg. 27,842 (Apr. 18, 2024).

1

2.     Petitioners timely filed their initial brief on August 16, 2024. ECF No. 30; *see also* ECF No. 25.

3.     On or about September 9, 2024, EPA engaged Petitioners in discussions regarding a potential administrative resolution of this Petition.

4.     The Parties accordingly jointly moved to amend the briefing schedule and extend the deadline for EPA's initial brief from October 16, 2024, to November 15, 2024. ECF No. 40. The Court granted the joint motion. ECF No. 45.

5.     On or about October 31, 2024, the Parties terminated discussions regarding a potential administrative resolution.

6.     The undersigned counsel and EPA have devoted the intervening time from September 9, 2024, to October 31, 2024, to exploring potential administrative resolutions with Petitioners. As explained in the Parties' Third Joint Motion to Amend Briefing Schedule, that time was necessary to "allow the Parties to focus their resources on identifying an administrative resolution." ECF No. 40 at 1.

7.     On November 11, 2024, EPA moved this Court to remand the $R_a$ Action without vacatur. ECF No. 46.

8.     The requested stay is warranted because the Court's resolution of Respondents' Motion for Voluntary Remand Without Vacatur could obviate the need for merits briefing.

9. Petitioners would not be harmed by a stay of the briefing schedule because the $R_a$ Action does impose any obligations on automakers until Model Year 2027. 89 Fed. Reg. at 27,912 tbl.23. Petitioners do not assert they will incur any injury until 2028 at the earliest. ECF No. 34-2, Decl. of Taylor Myers, Ph.D. ¶ 13; ECF No. 34-3, Unsigned Decl. of Paul Hardin ¶¶ 12-13; ECF No. 34-4, Decl. of David Gibson ¶¶ 10-12; ECF No. 34-5, Decl. of Tim Lust ¶¶ 11-13; ECF No. 34-6, Decl. of Wayne Cleveland ¶¶ 11-13.

10. Additionally, a stay would preserve the Parties' resources that would otherwise be committed to preparing potentially unnecessary merits briefs.

11. EPA thus asks the Court to grant this motion and stay the briefing deadlines in this case. Were the Court to deny the remand motion, EPA asks that its deadline for filing an answering brief be extended to 40 days after the denial.

DATED: November 11, 2024               Respectfully submitted,

                                                      TODD KIM
                                                      Assistant Attorney General

                                                      */s/ Albert Lin*
                                                      ALBERT LIN
                                                      U.S. Department of Justice
                                                      Environment & Natural Resources Division
                                                      Environmental Defense Section
                                                      P.O. Box 7611
                                                      Washington, D.C. 20044
                                                      (202) 514-2741
                                                      albert.lin@usdoj.gov

                                                      *Counsel for Respondents*

# CERTIFICATE OF COMPLIANCE WITH
# FEDERAL RULE OF APPELLATE PROCEDURE 27(d)

I hereby certify that this filing complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 475 words, excluding the caption and signature blocks, according to the count of Microsoft Word.

DATED: November 11, 2024                 */s/ Albert Lin*
                                          ALBERT LIN

                                          *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Respondents' Motion to Stay Briefing Schedule was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

DATED: November 11, 2024  /s/ Albert Lin
ALBERT LIN

*Counsel for Respondents*