United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 30, 2024
Lyle W. Cayce
Clerk

No. 24-60209

TEXAS CORN PRODUCERS; TEXAS SORGHUM PRODUCERS; NATIONAL SORGHUM PRODUCERS; TEXAS FOOD & FUEL ASSOCIATION,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *in his official capacity as the Administrator of* THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. EPA-HQ-OAR-2022-0829
Agency No. FRL-8953-04-OAR

_____

UNPUBLISHED ORDER

Before Jones, Duncan, and Douglas[1], *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Respondents' opposed motion for voluntary remand without vacatur is DENIED.

IT IS FURTHER ORDERED that Respondents' motion for an extension to January 8, 2025, to file its reply is DENIED AS MOOT.

---

[1] Judge Douglas would have carried the motion with the case.