No. 24-60209

# In the United States Court of Appeals For the Fifth Circuit

**TEXAS CORN PRODUCERS; TEXAS SORGHUM PRODUCERS; NATIONAL SORGHUM PRODUCERS; TEXAS FOOD & FUEL ASSOCIATION,**
*Petitioners,*

**v.**

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN,** *in his official capacity as the Administrator of the United States Environmental Protection Agency,*
*Respondents.*

On Petition for Review of a Rule of the
U.S. Environmental Protection Agency

## JOINT APPENDIX

Lisa Lynne Russell
  *Deputy Assistant Attorney General*
Albert Lin
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL
  RESOURCES DIVISION
P.O. Box 7611
Washington, D.C. 20044

Seth Nolbaum
  *Of Counsel*
OFFICE OF GENERAL COUNSEL
U.S. ENVIRONMENTAL PROTECTION
  AGENCY
Washington, D.C.

*Counsel for Respondents*

Michael Buschbacher
R. Trent McCotter
James R. Conde
  *Counsel of Record*
Laura B. Ruppalt*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW,
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel for Petitioners*

*Admitted only in Virginia; practice
limited to matters before federal
agencies and federal courts.

# Table of Contents

**Tab**             **Pg.**

1   *Final Rule*, 89 Fed. Reg. 27,842 (Apr. 18, 2024) .................. JA001

2   *EPA Response to Comments*,
     EPA-HQ-OAR-2022-0829-5743............................................JA016

3   *Alliance for Automotive Innovation Comments (2023)*,
     EPA-HQ-OAR-2022-0829-0701............................................JA039

4   *Clean Fuels Development Coalition Comments*,
     EPA-HQ-OAR-2022-0829-0712............................................JA041

5   *NPRM*, 88 Fed. Reg. 29,184 (May 5, 2023),
     EPA-HQ-OAR-2022-0829-0451............................................JA047

6   *NPRM*, 85 Fed. Reg. 28,564 (May 13, 2020),
     EPA-HQ-OAR-2016-0604-0001............................................JA051

7   *Tier 3 Certification Fuel Impacts Test Program Report*,
     EPA-HQ-OAR-2022-0829-0379............................................JA074

8   *Biofuels Coalition Comments*,
     EPA-HQ-OAR-2016-0604-0086 (att. 1) .............................JA126

9   *Biofuels Coalition Comments Exhibits*,
     EPA-HQ-OAR-2016-0604-0086 (att. 2) .............................JA167

10   *Determination of the R Factor for Fuel Economy Calculations*
     *Using Ethanol-Blended Fuels Over Two Test Cycles*,
     EPA-HQ-OAR-2016-0604-0086 (att. 5) .............................JA187

11   *Alliance for Automotive Innovation Comments (2020)*,
     EPA-HQ-OAR-2016-0604-0087............................................JA199

12   *Brian West Comments*,
     EPA-HQ-OAR-2016-0604-0078............................................JA277

**Table of Contents (cont.)**

**Tab**                                                                 **Pg.**

13   *Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy,*
EPA-HQ-OAR-2016-0604-0086 (att. 4) ...............................JA281

# Tab 1


## ENVIRONMENTAL PROTECTION AGENCY

**40 CFR Parts 85, 86, 600, 1036, 1037, 1066, and 1068**

**[EPA–HQ–OAR–2022–0829; FRL–8953–04–OAR]**

**RIN 2060–AV49**

## Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** Under the Clean Air Act, the Environmental Protection Agency (EPA) is establishing new, more protective emissions standards for criteria pollutants and greenhouse gases (GHG) for light-duty vehicles and Class 2b and 3 (''medium-duty'') vehicles that will phase-in over model years 2027 through 2032. In addition, EPA is finalizing GHG program revisions in several areas, including off-cycle and air conditioning credits, the treatment of upstream emissions associated with zero-emission vehicles and plug-in hybrid electric vehicles in compliance calculations, medium-duty vehicle incentive multipliers, and vehicle certification and compliance. EPA is also establishing new standards to control refueling emissions from incomplete medium-duty vehicles, and battery durability and warranty requirements for light-duty and medium-duty electric and plug-in hybrid electric vehicles. EPA is also finalizing minor amendments to update program requirements related to aftermarket fuel conversions, importing vehicles and engines, evaporative emission test procedures, and test fuel specifications for measuring fuel economy.

**DATES:** This final rule is effective on June 17, 2024. The incorporation by reference of certain publications listed in this regulation is approved by the Director of the Federal Register beginning June 17, 2024. The incorporation by reference of certain publications listed in this regulation is approved by the Director of the Federal Register as of March 27, 2023.

**ADDRESSES:** EPA has established a docket for this action under Docket ID No. EPA–HQ–OAR–2022–0829. All documents in the docket are listed on the *https://www.regulations.gov* website. Although listed in the index, some information is not publicly available, *e.g.,* CBI or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the internet and will be publicly available only in hard copy form. Publicly available docket materials are available electronically through *https://www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** Michael Safoutin, Office of Transportation and Air Quality, Assessment and Standards Division (ASD), Environmental Protection Agency, 2000 Traverwood Drive, Ann Arbor, MI 48105; telephone number: (734) 214–4348; email address: *safoutin.mike@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

### A. Does this action apply to me?

Entities potentially affected by this rule include light-duty vehicle manufacturers, independent commercial importers, alternative fuel converters, and manufacturers and converters of medium-duty vehicles (*i.e.,* vehicles between 8,501 and 14,000 pounds gross vehicle weight rating (GVWR)). Potentially affected categories and entities include:

| Category | NAICS codes[a] | Examples of potentially affected entities |
|---|---|---|
| Industry ........................ | 336111 336112 | Motor Vehicle Manufacturers. |
| Industry ........................ | 811111 811112 811198 423110 | Commercial Importers of Vehicles and Vehicle Components. |
| Industry ........................ | 335312 811198 | Alternative Fuel Vehicle Converters. |
| Industry ........................ | 333618 336120 336211 336312 | On-highway medium-duty engine & vehicle (8,501–14,000 pounds GVWR) manufacturers. |

[a] North American Industry Classification System (NAICS).

This list is not intended to be exhaustive, but rather provides a guide regarding entities likely to be affected by this action. To determine whether particular activities may be regulated by this action, you should carefully examine the regulations. You may direct questions regarding the applicability of this action to the person listed in **FOR FURTHER INFORMATION CONTACT.**

### B. Did EPA conduct a peer review before issuing this action?

This regulatory action was supported by influential scientific information. EPA therefore conducted peer review in accordance with OMB's Final Information Quality Bulletin for Peer Review. Specifically, we conducted peer review on six analyses: (1) Optimization Model for reducing Emissions of Greenhouse gases from Automobiles (OMEGA 2.0), (2) Advanced Light-duty Powertrain and Hybrid Analysis (ALPHA3), (3) Motor Vehicle Emission Simulator (MOVES), (4) The Effects of New-Vehicle Price Changes on New- and Used-Vehicle Markets and Scrappage; (5) Literature Review on U.S. Consumer Acceptance of New Personally Owned Light-Duty Plug-in Electric Vehicles; (6) Cost and Technology Review, Conventional Powertrain Vehicle Compared to an Electrified Powertrain Vehicle, Same Vehicle Class and OEM. All peer reviews were in the form of letter reviews conducted by a contractor. The peer review reports for each analysis are in the docket for this action and at EPA's Science Inventory (*https://cfpub.epa.gov/si/*).

### Table of Contents

I. Executive Summary
  A. Purpose of This Rule and Legal Authority
  B. Summary of Light- and Medium-Duty Vehicle Emissions Programs
  C. Summary of Emission Reductions, Costs, and Benefits
II. Public Health and Welfare Need for Emission Reductions
  A. Climate Change From GHG Emissions
  B. Background on Criteria and Air Toxics Pollutants Impacted by This Rule
  C. Health Effects Associated With Exposure to Criteria and Air Toxics Pollutants

D. Welfare Effects Associated With Exposure to Criteria and Air Toxics Pollutants Impacted by the Final Standards

III. Light- and Medium-Duty Vehicle Standards for Model Years 2027 and Later
A. Introduction and Background
B. EPA's Statutory Authority Under the Clean Air Act (CAA)
C. GHG Standards for Model Years 2027 and Later
D. Criteria Pollutant Emissions Standards
E. Modifications to the Medium-Duty Passenger Vehicle (MDPV) Definition
F. What alternatives did EPA consider?
G. Certification, Compliance, and Enforcement Provisions
H. On-Board Diagnostics Program Updates
I. Coordination with Federal and State Partners
J. Stakeholder Engagement

IV. Technical Assessment of the Standards
A. What approach did EPA use in analyzing the standards?
B. EPA's Approach to Considering the No Action Case and Sensitivities
C. How did EPA consider technology feasibility and related issues?
D. Projected Compliance Costs and Technology Penetrations
E. How did EPA consider alternatives in selecting the final program?
F. Sensitivities—LD GHG Compliance Modeling
G. Sensitivities—MD GHG Compliance Modeling
H. Additional Illustrative Scenarios

V. EPA's Basis That the Final Standards are Feasible and Appropriate Under the Clean Air Act
A. Overview
B. Consideration of Technological Feasibility, Compliance Costs and Lead Time
C. Consideration of Emissions of GHGs and Criteria Pollutants
D. Consideration of Impacts on Consumers, Energy, Safety and Other Factors
E. Selection of the Final Standards Under CAA Section 202(a)

VI. How will this rule reduce GHG emissions and their associated effects?
A. Estimating Emission Inventories in OMEGA
B. Impact on GHG Emissions
C. Global Climate Impacts Associated With the Rule's GHG Emissions Reductions

VII. How will the rule impact criteria and air toxics emissions and their associated effects?
A. Impact on Emissions of Criteria and Air Toxics Pollutants
B. How will the rule affect air quality?
C. How will the rule affect human health?
D. Demographic Analysis of Air Quality

VIII. Estimated Costs and Benefits and Associated Considerations
A. Summary of Costs and Benefits
B. Vehicle Technology and Other Costs
C. Fueling Impacts
D. Non-Emission Benefits
E. Greenhouse Gas Emission Reduction Benefits
F. Criteria Pollutant Health and Environmental Benefits

G. Transfers
H. U.S. Vehicle Sales Impacts
I. Employment Impacts
J. Environmental Justice
K. Additional Non-Monetized Considerations Associated With Benefits and Costs

IX. Statutory and Executive Order Reviews
A. Executive Order 12866: Regulatory Planning and Review and Executive Order 14094: Modernizing Regulatory Review
B. Paperwork Reduction Act (PRA)
C. Regulatory Flexibility Act
D. Unfunded Mandates Reform Act
E. Executive Order 13132: ''Federalism''
F. Executive Order 13175: ''Consultation and Coordination with Indian Tribal Governments''
G. Executive Order 13045: Protection of Children from Environmental Health Risks and Safety Risks
H. Executive Order 13211: Energy Effects
I. National Technology Transfer and Advancement Act (NTTAA) and 1 CFR part 51
J. Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations and Executive Order 14096: Revitalizing Our Nation's Commitment to Environmental Justice for All
K. Congressional Review Act (CRA)
L. Judicial Review
M. Severability

X. Statutory Provisions and Legal Authority

## I. Executive Summary

### A. Purpose of this Rule and Legal Authority

The Environmental Protection Agency (EPA) is finalizing multipollutant emissions standards for light-duty passenger cars and light trucks and for Class 2b and 3 vehicles (''medium-duty vehicles'' or MDVs) under its authority in section 202(a) of the Clean Air Act (CAA), 42 U.S.C. 7521(a). The program establishes new, more stringent vehicle emissions standards for criteria pollutant and greenhouse gas (GHG) emissions from motor vehicles for model years (MYs) 2027 through 2032 and beyond.

Section 202(a) requires EPA to establish standards for emissions of air pollutants from new motor vehicles which, in the Administrator's judgment, cause or contribute to air pollution which may reasonably be anticipated to endanger public health or welfare. Standards under section 202(a) take effect ''after such period as the Administrator finds necessary to permit the development and application of the requisite technology, giving appropriate consideration to the cost of compliance within such period.'' Thus, in establishing or revising section 202(a) standards designed to reduce air pollution that endangers public health and welfare, EPA also must consider

issues of technological feasibility, the cost of compliance, and lead time. EPA also considers safety, consistent with CAA section 202(a)(4), and may consider other factors, and in previous vehicle standards rulemakings as well as in this rule, has considered impacts on the automotive industry, impacts on vehicle purchasers/consumers, oil conservation, energy security, and other relevant considerations.

This final rule follows a Notice of Proposed Rulemaking published on May 5, 2023.[1] EPA has conducted extensive engagement with the public, including a wide range of interested stakeholders to gather input which we considered in developing both the proposal and this final rule. In developing this final rule, EPA considered comments received during the public comment process, including the public hearings. EPA held three days of virtual public hearings on May 9–11, 2023, and heard from approximately 240 speakers. During the public comment period that ended on July 5, 2023, EPA received more than 250,000 written comments. Through the public comment process, we received comments, data and analysis from a variety of stakeholders including auto manufacturers, state and local governments, non-governmental organizations (NGOs), labor organizations, environmental justice groups, suppliers, consumer groups, academics, and others.

1. Need for Continued Emissions Reductions Under 202(a) of the Clean Air Act

Since 1971, EPA has, at Congress' direction, been setting emissions standards for motor vehicles. The earliest standards were for light-duty vehicles for hydrocarbons, nitrogen oxides ($NO_X$), and carbon monoxide (CO), requiring a 90 percent reduction in emissions. Since then, EPA has continued to set standards for the full range of vehicle classes (including light-duty, medium-duty and heavy-duty vehicles and passenger, cargo and vocational vehicles) to reduce emissions of pollutants for which the Administrator has made an endangerment finding pursuant to CAA section 202. In 2009, EPA made an endangerment finding for GHG, and in 2010 issued the initial light-duty GHG standards. More recently, in 2014, EPA finalized criteria pollutant standards for light-duty vehicles (''Tier 3'') that were designed to be implemented alongside the GHG standards for light-duty vehicles that EPA had adopted in 2012

---

[1] 88 FR 29184, May 5, 2023.

for model years 2017–2025.[2] In 2020, EPA revised the GHG standards that had previously been adopted for model years 2021–2026,[3] and in 2021, EPA conducted a rulemaking (the "2021 rulemaking")[4] that again revised GHG standards for light-duty passenger cars and light trucks for MYs 2023 through 2026, setting significantly more stringent standards for those MYs than had been set by the 2020 rulemaking, and somewhat more stringent than the standards adopted in 2012.

Despite the significant emissions reductions achieved by these and other rulemakings, air pollution from motor vehicles continues to impact public health, welfare, and the environment. Motor vehicle emissions contribute to ozone, particulate matter (PM), and air toxics, which are linked with premature death and other serious health impacts, including respiratory illness, cardiovascular problems, and cancer. This air pollution affects people nationwide, as well as those who live or work near transportation corridors. In addition, the effects of climate change represent a rapidly growing threat to human health and the environment, and are caused by GHG emissions from human activity, including motor vehicle transportation. Addressing these public health and welfare needs will require substantial additional reductions in criteria pollutants and GHG emissions from the transportation sector. Recent trends and developments in vehicle technologies that reduce emissions indicate that more stringent emissions standards are feasible at reasonable cost and would lead to significant improvements in public health and welfare.

Addressing the public health impacts of criteria pollutants (including particulate matter (PM), ozone, and $NO_X$) will require continued reductions in these pollutants (and their precursors) from the transportation sector. In 2023, mobile sources accounted for approximately 54 percent of anthropogenic $NO_X$ emissions, 5 percent of anthropogenic direct $PM_{2.5}$ emissions, and 23 percent of anthropogenic volatile organic compound (VOC) emissions

nationwide.[5][6][7] Light- and medium-duty vehicles accounted for approximately 23 percent, 20 percent, and 52 percent of 2023 mobile source $NO_X$, $PM_{2.5}$, and VOC emissions, respectively.[6][7][7] The benefits of reductions in criteria pollutant emissions accrue broadly across many populations and communities. As of November 30, 2023, there are 12 $PM_{2.5}$ nonattainment areas with a population of more than 32 million people[8] and 54 ozone nonattainment areas with a population of more than 119 million people. The importance of continued reductions in these emissions is detailed at length in section II of this preamble.

The transportation sector is the largest U.S. source of GHG emissions, representing 29 percent of total GHG emissions.[9] Within the transportation sector, light-duty vehicles are the largest contributor, at 58 percent, and thus comprise 16.5 percent of total U.S. GHG emissions,[10] even before considering the contribution of medium-duty Class 2b and 3 vehicles which are also included under this rule. GHG emissions have significant impacts on public health and welfare as evidenced by the well-documented scientific record and as set forth in EPA's Endangerment and Cause or Contribute Findings under CAA section 202(a).[11] Additionally, major scientific assessments continue to be released that further advance our understanding of the climate system and the impacts that GHGs have on public health and welfare both for current and future generations, as discussed in section II.A of this preamble, making it clear that continued GHG emission reductions in the motor vehicle sector are needed to protect public health and welfare.

In addition to and separate from this final rule, the Administration has recognized the need for action to address climate change. Executive Order 14008 ("Tackling the Climate Crisis at

Home and Abroad," January 27, 2021) recognizes the need for a government-wide approach to addressing the climate crisis, directing Federal departments and agencies to facilitate the organization and deployment of such an effort. On April 22, 2021, the Administration announced a new target for the United States to achieve a 50 to 52 percent reduction from 2005 levels in economy-wide net greenhouse gas pollution in 2030, consistent with the goal of limiting global warming to no more than 1.5 degrees Celsius by 2050 and representing the U.S. Nationally Determined Contribution (NDC) under the Paris Agreement. These actions, while they do not inform the standards established here, serve to underscore the importance of EPA acting pursuant to its Clean Air Act authority to address pollution from motor vehicles.

EPA is establishing both criteria pollutant and GHG standards in this rulemaking given the need for additional reductions in emissions of these air pollutants to protect public health and welfare and based on EPA's assessment of the suite of available control technologies for those pollutants, some of which are effective in controlling both GHGs and criteria pollutant emissions. Under these performance-based emissions standards, manufacturers have the discretion to choose the mix of technologies that achieve compliance across their fleets. EPA's modeling provides information about several potential compliance paths manufacturers could use to comply with the standards, based on multiple inputs and assumptions (e.g., in what we have termed the central case, that manufacturers will seek the lowest cost compliance path). EPA's central analysis shows that both within the product lines of individual manufacturers and for different manufacturers across the industry, manufacturers will make use of a diverse range of technologies, including advanced gasoline engines (reducing engine-out emissions), improvements to tailpipe controls, additional electrification of gasoline powertrains, and electric powertrains. EPA recognizes that, although it has modeled individual compliance paths for each manufacturer, manufacturers will make their own assessment of the vehicle market and their own decisions about which technologies to apply to which vehicles for any given model year. The standards are performance-based, and while EPA finds modeling useful in evaluating the feasibility of the standards, it is manufacturers who will decide the ultimate mix of vehicle

---

[2] 79 FR 23414, April 28, 2014, "Control of Air Pollution From Motor Vehicles: Tier 3 Motor Vehicle Emission and Fuel Standards.

[3] 85 FR 24174, April 30, 2020, "The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Years 2021–2026 Passenger Cars and Light Trucks."

[4] 86 FR 74434, December 30, 2021, "Revised 2023 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions Standards."

[5] U.S. Environmental Protection Agency (2021). 2016v1 Platform (*https://www.epa.gov/air-emissions-modeling/2016v1-platform*).

[6] U.S. Environmental Protection Agency (2021). 2017 National Emissions Inventory (NEI) Data. *https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data*.

[7] U.S. Environmental Protection Agency (2023). MOVES 4.0.0. *https://www.epa.gov/moves*.

[8] The population total is calculated by summing, without double counting, the 1997, 2006 and 2012 $PM_{2.5}$ nonattainment populations contained in the Criteria Pollutant Nonattainment Summary report (*https://www.epa.gov/green-book/green-book-data-download*).

[9] Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2021 (EPA–430–R–23–002, published April 2023).

[10] *Ibid.*

[11] 74 FR 66496, December 15, 2009; 81 FR 54422, August 15, 2016.

technologies to comply. Although EPA cannot model every possible compliance scenario, EPA did model several sensitivity analyses which identify a number of example alternative compliance scenarios for the industry. EPA has evaluated these alternative scenarios and has concluded that the lead time and estimated costs to manufacturers under each of these alternative compliance scenarios are reasonable and appropriate for standards under CAA 202(a). Furthermore, EPA finds that it would be technologically feasible to meet these standards without additional zero-emission vehicles beyond the volumes already sold today.[12] Although our modeling projects that such a fleet would not be the lowest cost alternative for complying with the standards, the fact that it would comply underscores both the feasibility and the flexibility of the standards, and confirms that manufacturers are likely to continue to offer vehicles with a diverse range of technologies, including advanced gasoline technologies as well as zero- and near-zero emission vehicles for the duration of these standards and beyond.

The Administrator finds that the standards herein are consistent with EPA's responsibilities under the CAA and appropriate under CAA section 202(a). EPA has carefully considered the statutory factors, including technological feasibility and cost of the standards and the available lead time for manufacturers to comply with them. Our analysis for this action supports the conclusion that the final standards are technologically feasible and that the costs of compliance for manufacturers will be reasonable. The standards will result in significant reductions in emissions of criteria pollutants, GHGs, and air toxics, resulting in significant benefits for public health and welfare. We also estimate that the standards will result in reduced vehicle operating costs for consumers and that the benefits of the program will exceed the costs. Based on EPA's analysis, it is the agency's assessment that the standards are appropriate and justified under CAA section 202(a).

2. Recent and Ongoing Advancements in Technology Enable Further Emissions Reductions

Over five decades of setting standards, EPA has developed extensive expertise in assessing the availability of new and existing technologies to control

pollution from motor vehicles. In some cases, EPA has adopted standards based on its judgment that the industry could further develop and commercialize technologies. In others, EPA has based standards on the further deployment of existing technologies, rather than on the further development of new technologies. Both approaches are consistent with EPA's general authority for emissions standards under section 202(a)(1)–(2), although Congress has specified under 202(a)(3) that for heavy-duty criteria standards the Administrator should identify the greatest degree of emissions reduction achievable, taking into consideration certain factors.

In 2000, EPA adopted the Tier 2 standards, which required passenger vehicles to be 77 to 95 percent cleaner (and encouraged certification of zero-emitting vehicles through the establishment of "Bin 1", which is now referred to as "Bin 0").[13] More recently, in 2014, EPA adopted Tier 3 emissions standards, which required a further reduction of 60 to 80 percent of emissions (depending on pollutant and vehicle class).[14] Similar to the prior Tier 2 standards, Tier 3 established "bins" of Federal Test Procedure (FTP) standards, including bins for zero-emitting vehicles.

EPA has consistently set GHG emission standards applicable to light-duty vehicles pursuant to CAA section 202(a), beginning with the 2010 rule, and continuing through subsequent rulemakings in 2012, and 2021.[15] These rules achieved very significant reductions of GHGs (with significant anticipated impacts on liquid fuel consumption and costs to manufacturers which were, in some cases, comparable to or greater than the impacts anticipated under this rule).

In designing the scope, structure, and stringency of these standards, the Administrator again considered a comprehensive array of updated, real-world information related to advancements in vehicle emissions control technologies. These include previous standards and their impacts on emissions control technologies; the activities, investments, and plans of manufacturers and other entities regarding the adoption of new

technologies related to vehicle emissions control; trends in technology adoption by vehicle owners and operators, including individual consumers and fleets; and related legal requirements and government incentives, including most notably Congress's recent actions in the Bipartisan Infrastructure Law (BIL) and the Inflation Reduction Act (IRA). This action continues EPA's longstanding approach of establishing an appropriate and achievable trajectory of emissions reductions by means of performance-based standards, for both criteria pollutant and GHG emissions, that can be achieved by employing feasible and available emissions-reducing vehicle technologies for the model years for which the standards apply.

CAA section 202(a) directs EPA to regulate emissions of air pollutants from new motor vehicles and engines, which in the Administrator's judgment cause or contribute to air pollution that may reasonably be anticipated to endanger public health or welfare. While standards promulgated pursuant to CAA section 202(a) are based on application of technology, the statute does not specify a particular technology or technologies that must be used to set such standards; rather, Congress has authorized and directed EPA to adapt its standards to emerging technologies. Thus, as with prior rules, EPA has assessed the feasibility of the standards considering current and anticipated progress by automakers in developing and deploying new technologies. The levels of stringency for the standards established in this rule continue the trend of increased emissions reductions which have been adopted by prior EPA rules. For example, the Clean Air Act of 1970 required a 90 percent reduction in emissions, which drove development of entirely new engine and emission control technologies such as exhaust gas recirculation and catalytic converters, which in turn required a switch to unleaded fuel and the development of major new infrastructure to support the delivery and segregated distribution of a different fuel. Similarly, the 2014 Tier 3 standards achieved reductions of up to 80 percent in tailpipe criteria pollutant emissions by requiring cleaner fuel as well as improved catalytic emissions control systems.

Compliance with the EPA GHG standards over the past decade has been achieved through both the application of advanced technologies to internal combustion engine (ICE) vehicles as well as the increasing adoption of electrification technologies. Notably, as the EPA GHG standards have increased in stringency, automakers have relied to

---

[12] EPA has analyzed this scenario as an illustrative scenario, which we refer to as the "No additional BEVs above base year fleet" scenario. For further details, please refer to Section IV.H of this preamble.

[13] 65 FR 6698 (Feb. 10, 2000).

[14] 79 FR 23414 (Apr. 28, 2014).

[15] See 75 FR 25324 (May 7, 2010) (setting GHG standards applicable to model year 2012–2016 LD vehicles); 77 FR 62624 (Oct. 15, 2012) (setting GHG standards for model year 2017–2025 LD vehicles and "building on the success of the first phase of the National program for these vehicles"); 86 FR 774434 (Dec. 30, 2021) (revising GHG standards for model year 2023 and later light-duty vehicle).

a greater degree on a range of electrification technologies,[16] including idle stop-start, mild hybrid electric vehicles with a belt integrated starter-generator, hybrid electric vehicles (HEVs) and, in recent years, plug-in electric vehicles (PEVs), which include plug-in hybrid electric vehicles (PHEVs) and battery-electric vehicles (BEVs). As these technologies have been advancing rapidly in the past several years, becoming more popular with consumers and benefiting from continued declines in battery costs, automakers are now including PEVs as an integral and growing part of their current and future product lines. This has also led to an increasing diversity of PEVs already available and with an increasing array of makes and models planned for the market. As a result, zero- and near-zero emission technologies are more feasible and cost-effective now than at the time of prior rulemakings, and, together with advanced gasoline technologies, offer manufacturers a wider array of compliance technologies.

Separately from this final rule, the Administration has recognized the recent industry advancements in zero-emission vehicle technologies and their potential to bring about dramatic reductions in emissions. Executive Order 14037 ("Strengthening American Leadership in Clean Cars and Trucks," August 5, 2021) identified a goal for 50 percent of U.S. new vehicle sales to be zero-emission [17] vehicles by 2030.[18] Congress passed the Bipartisan Infrastructure Law [19] in 2021, and the Inflation Reduction Act [20] in 2022, which together provide further support for a government-wide approach to reducing emissions by providing significant funding and support for emissions reductions across the economy, including specifically, for the component technology and infrastructure for the manufacture, sales, and use of zero- and near-zero emission vehicles.

As an important addition to the suite of control technologies that can reduce emissions, zero- and near-zero emission cars and trucks can simultaneously reduce both criteria pollutant and GHG emissions by a large margin. Production and sale of these vehicles is already occurring both domestically and globally, due to significant investments from automakers, increased acceptance by consumers, added support from Congress and state governments, and emissions regulations in other countries. EPA recognizes that these industry advancements, along with the additional support provided by the BIL and the IRA, represent an important opportunity for achieving the public health goals of the Clean Air Act. Recognizing that these technologies reduce both criteria pollutant and GHG emissions and are already forming an increasing portion of the fleet, EPA finds it appropriate to coordinate new standards for both criteria pollutants and GHG in a single rulemaking, rather than continuing its prior approach of coordinating the standards but setting them in separate regulatory actions.[21]

In the U.S., recent trends in PEV production and sales show that demand continues to increase. Even under current standards, BEVs and PHEVs are becoming a rapidly increasing part of the new vehicle fleet. On a production basis, PEVs are growing steadily, expected to be 11.8 percent [22] of U.S. light-duty vehicle production for MY 2023,[23] up from 6.7 percent in MY 2022, 4.4 percent in MY 2021 and 2.2 percent in MY 2020.[24] On a sales basis, U.S. new PEV sales in calendar year 2023 alone surpassed 1.4 million,[25][26] an increase of more than 50 percent over the 807,000 sales that occurred in 2022.[27] This represents 9.3 percent of new light-duty passenger vehicle sales in 2023, up from 6.8 percent in 2022 [28] and 3.2 percent the year before.[29] As depicted in Figure 1, this continues the growth trend seen in previous years. In California, new light-duty zero-emission vehicle sales have reached 25.1 percent through the third quarter of 2023, after reaching 18.8 percent in 2022, up from 12.4 percent in 2021.[30][31]

[16] Electrification technologies can range from electrification of specific accessories (for example, electric power steering to reduce engine loads by eliminating parasitic loss) to hybrid electric vehicles, which use a combination of batteries and an engine for propulsion energy, to electrification of the entire powertrain (as in the case of a battery electric vehicle).

[17] The Executive Order (E.O.) defines zero-emission vehicles to include battery electric, plug-in hybrid and fuel cell vehicles. In this Preamble we refer to these vehicles collectively as zero-emission and near-zero-emission vehicles.

[18] This Executive Order does not delegate any legal authority to EPA and this final rule is promulgated under and consistent with EPA's CAA section 202(a)(1)–(2) authority.

[19] Public Law 117–58, November 15, 2021.

[20] Public Law 117–169, August 16, 2022.

[21] We emphasize, however, as discussed further in Section X of this preamble, that the standards are severable.

[22] At time of this publication, MY 2023 production data is not yet final. Manufacturers will be confirming production volumes delivered for sale in MY 2023 later in calendar year 2024.

[23] Environmental Protection Agency, "The 2023 EPA Automotive Trends Report: Greenhouse Gas Emissions, Fuel Economy, and Technology since 1975," EPA–420–R–23–033, December 2023.

[24] Environmental Protection Agency, "The 2022 EPA Automotive Trends Report: Greenhouse Gas Emissions, Fuel Economy, and Technology since 1975," EPA–420–R–22–029, December 2022.

[25] Argonne National Laboratory, "Light Duty Electric Drive Vehicles Monthly Sales Updates," January 30, 2024. Accessed on March 7, 2024 at *https://www.anl.gov/esia/light-duty-electric-drive-vehicles-monthly-sales-updates.*

[26] Department of Energy, "FOTW #1327, January 29, 2024: Annual New Light-Duty EV Sales Topped 1 Million for the First Time in 2023," January 29, 2024. Accessed on February 2, 2024 at *https://www.energy.gov/eere/vehicles/articles/fotw-1327-january-29-2024-annual-new-light-duty-ev-sales-topped-1-million.*

[27] Colias, M., "U.S. EV Sales Jolted Higher in 2022 as Newcomers Target Tesla," Wall Street Journal, January 6, 2023.

[28] Argonne National Laboratory, "Light Duty Electric Drive Vehicles Monthly Sales Updates," January 30, 2024. Accessed on March 7, 2024 at *https://www.anl.gov/esia/light-duty-electric-drive-vehicles-monthly-sales-updates.*

[29] Colias, M., "U.S. EV Sales Jolted Higher in 2022 as Newcomers Target Tesla," Wall Street Journal, January 6, 2023.

[30] California Energy Commission, "New ZEV Sales in California" online dashboard, viewed on February 13, 2023 at *https://www.energy.ca.gov/data-reports/energy-almanac/zero-emission-vehicle-and-infrastructure-statistics/new-zev-sales.*

[31] California Energy Commission, "New ZEV Sales in California" online dashboard, viewed on December 15, 2023 at *https://www.energy.ca.gov/data-reports/energy-almanac/zero-emission-vehicle-and-infrastructure-statistics/new-zev-sales.*

## Plug-in Vehicle Sales by Calendar Year, 2010–2023



**Figure 1: U.S. PEV Sales by Calendar Year, 2010–2023 (Department of Energy)** [32]

Before the IRA became law, analysts were already projecting that significantly increased sales of PEVs would occur in the United States and in global markets. For example, in 2021, IHS Markit predicted a nearly 40 percent U.S. PEV share by 2030.[33] Projections made in 2022 by Bloomberg New Energy Finance suggested that under then-current policy and market conditions, and prior to the IRA and this final rule, the U.S. was on pace to reach 43 percent PEVs by 2030 and when adjusted for the effects of the IRA, this estimate increased to 52 percent.[34][35]

Another study by the International Council on Clean Transportation (ICCT) and Energy Innovation that includes the effect of the IRA estimates that the share of BEVs will increase to 56 to 67 percent by 2032.[36] These projections typically are based on assessment of a range of existing and developing factors, including state policies (such as the California Advanced Clean Cars II program and its adoption by section 177 states); although the assumptions and other inputs to these forecasts vary, they point to greatly increased penetration of electrification across the U.S. light-duty fleet in the coming years, without specifically considering the effect of increased emission standards under this rule.

Recent analyses of the market penetration of plug-in electric vehicles have been completed that include the effects of the IRA. Researchers from Harvard University, MIT, and Cornell University examined the effects of subsidies and tax incentives provided by the BIL and the IRA to promote plug-in electric vehicle sales and the deployment of charging infrastructure. This study predicted plug-in electric vehicle sales shares of 55 to 58 percent

in 2030 when both sales and infrastructure subsidies and incentives were considered.[37] In addition, the U.S. Department of Energy, Office of Policy provided updated economy-wide analysis that represents IRA and BIL impacts in which they project 49 to 65 percent zero emissions light-duty vehicle sales shares in 2030.[38] Bloomberg's EV Outlook for 2023 projects that ''a major push from the Inflation Reduction Act means EVs make up nearly 28 percent of passenger vehicle sales by 2026.'' Finally, the International Energy Agency estimates U.S. PEV sales share of approximately 50 percent in 2030 in both stated policies and announced pledges scenarios.[39] As with earlier analyses that EPA cited in the proposal, assumptions and inputs vary across forecasts. However, all of these recent studies point to greatly increased penetration of PEVs across the U.S. light-duty fleet in the coming years,

[32] Department of Energy, ''FOTW #1327, January 29, 2024: Annual New Light-Duty EV Sales Topped 1 Million for the First Time in 2023,'' January 29, 2024. Accessed on February 2, 2024 at *https://www.energy.gov/eere/vehicles/articles/fotw-1327-january-29-2024-annual-new-light-duty-ev-sales-topped-1-million.*

[33] IHS Markit, ''US EPA Proposed Greenhouse Gas Emissions Standards for Model Years 2023–2026; What to Expect,'' August 9, 2021. Accessed on March 9, 2023 at *https://www.spglobal.com/mobility/en/research-analysis/us-epa-proposed-greenhouse-gas-emissions-standards-my2023-26.html.* The table indicates 32.3 percent BEVs and combined 39.7 percent BEV, PHEV, and range-extended electric vehicle (REX) in 2030.

[34] Bloomberg New Energy Finance (BNEF), ''Electric Vehicle Outlook 2022,'' from chart labeled ''Global long-term EV share of new passenger vehicle sales by market—Economic Transition Scenario.''

[35] Tucker, S., ''Study: More Than Half of Car Sales Could Be Electric By 2030,'' Kelley Blue Book, October 4, 2022. Accessed on February 24, 2023 at

*https://www.kbb.com/car-news/study-more-than-half-of-car-sales-could-be-electric-by-2030/.*

[36] International Council on Clean Transportation, ''Analyzing the Impact of the Inflation Reduction Act on Electric Vehicle Uptake in the US,'' ICCT White Paper, January 2023. Available at *https://theicct.org/wp-content/uploads/2023/01/ira-impact-evs-us-jan23.pdf.*

[37] Cole, C., Droste, M., Knittel, C., Li, S., and James, J.H., ''Policies for Electrifying the Light-Duty Vehicle Fleet in the United States,'' AEA Papers and Proceedings 2023, 113 (pp.316–322).

[38] U.S. Department of Energy, Office of Policy, ''Investing in American Energy: Significant Impacts of the Inflation Reduction Act and Bipartisan Infrastructure Law on the U.S. Energy Economy and Emissions Reductions,'' August 16, 2023. Accessed on November 30, 2023 at *https://www.energy.gov/policy/articles/investing-american-energy-significant-impacts-inflation-reduction-act-and.*

[39] International Energy Agency, ''Global EV Outlook 2023,'' p. 114, 2023. Accessed on November 30, 2023 at *https://www.iea.org/reports/global-ev-outlook-2023.*

even more so when the IRA and BIL are considered, and before considering the effect of the revised emissions standards under this rule. As discussed in detail in section IV.C.1 of this preamble, these trends echo an ongoing global shift toward electrification and indicate that an increasing share of new vehicle buyers are concluding that a PEV is the best vehicle to meet their needs.

Accompanying this trend has been a proliferation of announcements by automakers in the past several years, signaling a rapidly growing shift in product development focus toward electrification. For example, in January 2021, General Motors announced plans to become carbon neutral by 2040, including an effort to shift its light-duty vehicles entirely to zero-emissions by 2035.[40] In March 2021, Volvo announced plans to make only electric cars by 2030,[41] and Volkswagen announced that it expects half of its U.S. sales will be all-electric by 2030.[42] In April 2021, Honda announced a full electrification plan to take effect by 2040, with 40 percent of North American sales expected to be fully electric or fuel cell vehicles by 2030, 80 percent by 2035 and 100 percent by 2040.[43] In May 2021, Ford announced that they expect 40 percent of their global sales will be all-electric by 2030.[44] In June 2021, Fiat announced a move to all electric vehicles by 2030, and in July 2021 its parent corporation Stellantis announced an intensified focus on electrification, including both BEVs and PHEVs, across all of its brands.[45][46] Also in July 2021, Mercedes-Benz announced that all of its new architectures would be electric-only from 2025, with plans to become ready

to go all-electric by 2030 where possible.[47] In December 2021, Toyota announced plans to introduce 30 BEV models by 2030.[48] In August 2023, Subaru announced that its previous plan to target 40 percent combined HEVs and BEVs was being revised to 50 percent BEVs globally by 2030.[49] Some automakers have also indicated a strong role for PHEVs in their product planning. For example, Toyota continues to anticipate PHEVs forming an increasing part of their offerings,[50] and Stellantis will be introducing a plug-in version of its Ram pickup for MY 2024.[51] As discussed in more detail in section IV.C.1 of this preamble, the number of PHEV and BEV models has steadily grown and manufacturer announcements signal the potential for significant growth in the years to come.

On August 5, 2021, many major automakers including Ford, GM, Stellantis, BMW, Honda, Volkswagen, and Volvo, as well as the Alliance for Automotive Innovation, expressed continued commitment to their announcements of a shift to electrification, and expressed their support for the goal of achieving 40 to 50 percent sales of zero-emission vehicles by 2030.[52] In September 2022, jointly with the Environmental Defense Fund (EDF), General Motors (GM) announced a set of recommendations including a recommendation that EPA establish standards to achieve at least a 60 percent reduction in GHG emissions (compared to MY 2021), and that the standards be consistent with eliminating tailpipe pollution from new passenger vehicles by 2035. These announcements have been accompanied by continued

major investments across the automotive industry in manufacturing facilities for PEVs, production capacity for batteries, and sourcing of critical minerals, as described further in sections IV.C.1 and IV.C.7 of this preamble.

In comments on the proposal, submitted in July 2023, manufacturers reiterated their continued commitment to electrification. Ford, for example, stated "Ford is all-in on electrification. We are investing more than $50 billion through 2026 to deliver breakthrough electric vehicles (EVs)" and expressed their support for a 2032 endpoint of approximately 67 percent PEVs.[53] GM's comments "reiterate[ ] our commitment" to sell 50 percent EVs by 2030 as "the appropriate path toward all EVs by 2035." [54] Stellantis stated it "is unwavering in its commitment to an all-electric portfolio and building an EV dominated market" including a 50 percent EV mix for passenger cars and light trucks by 2030.[55] Volkswagen expressed its goal of 20 percent BEV sales globally by 2025, and more than 50 percent by 2030.[56] Other OEMs also restated their own significant commitments to electrification, with Honda restating its commitment to selling 40 percent zero-emitting vehicles by 2030 and 80 percent by 2035 [57] and Hyundai noting their support for selling 50 percent PEVs in 2030.[58] In addition there were automakers supporting stronger standards that would lead to somewhat higher levels of BEVs in 2032,[59] and some making commitments to significantly reduce vehicle emissions without identifying a particular level of PEVs they intend to sell.[60]

In the second half of 2023, some automakers announced changes to previously announced investment plans and made statements suggesting increased attention to PHEVs or HEVs in their future product plans. For example, in mid-2023, Ford paused construction (and then restarted construction in

[40] General Motors, "General Motors, the Largest U.S. Automaker, Plans to be Carbon Neutral by 2040," Press Release, January 28, 2021.

[41] Volvo Car Group, "Volvo Cars to be fully electric by 2030," Press Release, March 2, 2021.

[42] Volkswagen Newsroom, "Strategy update at Volkswagen: The transformation to electromobility was only the beginning," March 5, 2021. Accessed June 15, 2021 at *https://www.volkswagen-newsroom.com/en/stories/strategy-update-at-volkswagen-the-transformation-to-electromobility-was-only-the-beginning-6875.*

[43] Honda News Room, "Summary of Honda Global CEO Inaugural Press Conference," April 23, 2021. Accessed June 15, 2021 at *https:// global.honda/newsroom/news/2021/ c210423eng.html.*

[44] Ford Motor Company, "Superior Value From EVs, Commercial Business, Connected Services is Strategic Focus of Today's 'Delivering Ford+' Capital Markets Day," Press Release, May 26, 2021.

[45] Stellantis, "World Environment Day 2021— Comparing Visions: Olivier Francois and Stefano Boeri, in Conversation to Rewrite the Future of Cities," Press Release, June 4, 2021.

[46] Stellantis, "Stellantis Intensifies Electrification While Targeting Sustainable Double-Digit Adjusted Operating Income Margins in the Mid-Term," Press Release, July 8, 2021.

[47] Mercedes-Benz, "Mercedes-Benz prepares to go all-electric," Press Release, July 22, 2021.

[48] Toyota Motor Corporation, "Video: Media Briefing on Battery EV Strategies," Press Release, December 14, 2021. Accessed on December 14, 2021 at *https://global.toyota/en/newsroom/corporate/ 36428993.html.*

[49] Subaru Corporation, "Briefing on the New Management Policy," August 2, 2023. Accessed on December 5, 2023 at *https://www.subaru.co.jp/pdf/ en/en2023_0802_1_2023-08-01-193334.pdf.*

[50] Toyota Motor Corporation, "New Management Policy & Direction Announcement," April 7, 2023. Accessed on December 5, 2023 at *https:// global.toyota/en/newsroom/corporate/ 39013233.html.*

[51] Stellantis, "All-new 2025 Ram 1500 Ramcharger Unveiled With Class-shattering Unlimited Battery-electric Range," Press Release, November 7, 2023. Accessed on December 5, 2023 at *https://media.stellantisnorthamerica.com/ newsrelease.do?id=25436.*

[52] The White House, "Statements on the Biden Administration's Steps to Strengthen American Leadership on Clean Cars and Trucks," August 5, 2021. Accessed on October 19, 2021 at *https:// www.whitehouse.gov/briefing-room/statements-releases/2021/08/05/statements-on-the-biden-administrations-steps-to-strengthen-american-leadership-on-clean-cars-and-trucks/.*

[53] Ford Motor Company, EPA–HQ–OAR–2022– 0829–0605 at p. 1.

[54] General Motors, LLC, EPA–HQ–OAR–2022– 0829–0700 at p. 3–4.

[55] Stellantis, EPA–HQ–OAR–2022–0829–0678 at p. 2.

[56] Volkswagen Group of America, Inc., EPA–HQ– OAR–2022–0829–0669 at p. 2.

[57] American Honda Motor Co. Inc., EPA–HQ– OAR–2022–0829–0652 at p. 3.

[58] Hyundai Motor America, EPA–HQ–OAR– 2022–0829–0599 at p. 2.

[59] Tesla, Inc., EPA–HQ–OAR–2022–0829–0792, at 2 (supporting greater than 69% BEV penetration in 2032).

[60] Toyota Motor North America, EPA–HQ–OAR– 2022–0829–0620 at 1 (plan to reduce average $CO_2$ emissions for all new vehicles worldwide by 33% by 2030 and by 50% by 2035, as compared to 2019).

November 2023, as discussed below) of their recently announced battery plant in Marshall, Michigan,[61] and in November 2023 announced a reduction in the size of the plant from 50 GWh to 20 GWh.[62] In 2024, Ford also signaled a growing interest in producing HEVs and a shift from large BEV SUVs toward smaller BEVs.[63 64 65 66] Similarly, General Motors indicated increased attention toward producing PHEVs in addition to BEVs,[67 68] and in an earnings call Mercedes suggested that it would reach 50 percent ''xEVs'' in ''the second half of the decade.'' [69 70] Some industry analysts have commented on the possibility that these developments indicated a drop in PEV demand or a weakening of manufacturer interest in investing in PEV technology.[71 72 73 74]

EPA acknowledges these recent announcements regarding investment plans. We have carefully considered these announcements, in light of the larger universe of information about manufacturer plans including comments submitted by the manufacturers on this rulemaking and our ongoing engagement with the manufacturers. Overall, EPA finds that these recent announcements do not reflect a significant change in manufacturer intentions regarding PEVs generally or specifically through the 2027–2032 timeframe of this rule. We also take into consideration that sales of PEVs have increased dramatically in recent years so periods where demand and supply of vehicles are temporarily misaligned (either creating shortages or an over-supply of vehicles) is not unexpected. Ford has since restarted construction of its plant; [75] at about the same as time Ford announced the delay, Toyota announced an $8 billion increase in investment in its North Carolina plant.[76] Nor are U.S. PEV sales data for 2023 (presented previously in Figure 1) consistent with a reduction in PEV demand,[77 78] with sales up by 50 percent from 2022 to 2023, consistent with and slightly larger than the 46 percent increase from 2021 to 2022 and in line with the average year-over-year increase of 52 percent from 2012 to 2023.[79] Both Ford and GM have characterized their

recent moves as complementary to their continued plans to electrify an increasing portion of their product lines. For example, GM stated that it is ''deploying plug-in technology in strategic segments,'' and that ''for calendar year 2024, EV is our focus,'' [80] while Ford stated that its next generation of BEVs ''will be profitable and return their cost of capital.'' [81] It is also difficult to draw conclusions about industry-wide PEV demand or investment from only these two examples. Specific factors have been active during the same period, such as the 2023 United Auto Workers strike,[82] and an increase in inventories for light-duty vehicles of all types,[83] which may be related to economic conditions such as high interest rates and higher average transaction prices.[84 85 86] Economic conditions across the industry have also been cited in relation to manufacturers' recent investment decisions.[87 88 89] For

[61] Reuters, ''Ford pauses work on $3.5 bln battery plant in Michigan,'' September 25, 2023. Accessed on December 15, 2023 at *https://www.reuters.com/business/autos-transportation/ford-pauses-work-35-billion-battery-plant-michigan-2023-09-25/*.

[62] New York Times, ''Ford Resumes Work on E.V. Battery Plant in Michigan, at Reduced Scale,'' November 21, 2023. Accessed on December 15, 2023 at *https://www.nytimes.com/2023/11/21/business/ford-ev-battery-plant-michigan.html*.

[63] CNBC, ''Ford is reassessing its EV plans, including vertical battery integration,'' February 6, 2024. Accessed on February 9, 2024 at *https://www.cnbc.com/2024/02/06/ford-reassessing-ev-plans-including-vertical-battery-integration.html*.

[64] Reuters, ''Ford slows EVs, sends a truckload of cash to investors,'' February 7, 2024. Accessed on February 14, 2024 at *https://www.reuters.com/business/autos-transportation/ford-offer-regular-supplemental-dividend-2024-02-06/*.

[65] Green Car Reports, ''Ford CEO: Hybrids will play 'increasingly important role' alongside EVs,'' February 7, 2024. Accessed on February 9, 2024 at *https://www.greencarreports.com/news/1142233_ford-ceo-hybrids-alongside-evs*.

[66] Green Car Reports, ''Ford seeks smaller, lower-cost EVs to rival $25,000 Tesla, China,'' February 7, 2024. Accessed on February 9, 2024 at *https://www.greencarreports.com/news/1142232_ford-smaller-lower-cost-ev-platform-tesla-china*.

[67] Forbes, ''GM Does a U-Turn: Plug-In Hybrids are Coming Back,'' January 31, 2024. Accessed on February 14, 2024 at *https://www.forbes.com/sites/michaelharley/2024/01/31/gm-does-a-u-turn-plug-in-hybrids-are-coming-back/*.

[68] Detroit Free Press, ''General Motors to bring back hybrid vehicles in North America, stay focused on EVs,'' January 30, 2024. Accessed on February 14, 2024 at *https://www.freep.com/story/money/cars/general-motors/2024/01/30/gm-hybrid-vehicles-north-america/72406811007/*.

[69] Reuters, ''Mercedes-Benz delays electrification goal, beefs up combustion engine line-up,'' February 22, 2024. Accessed on March 6, 2024 at *https://www.reuters.com/business/autos-transportation/mercedes-benz-hits-cars-returns-forecast-inflation-supply-chain-costs-bite-2024-02-22/*.

[70] Mercedes-Benz Group, ''Outlook,'' February 22, 2024. Accessed on March 6, 2024 at *https://group.mercedes-benz.com/investors/share/outlook/*.

[71] Reuters, ''US EV market struggles with price cuts and rising inventories,'' July 11, 2023. Accessed on December 15, 2023 at *https://www.reuters.com/business/autos-transportation/slow-selling-evs-are-auto-industrys-new-headache-2023-07-11/*.

[72] Marketplace, ''Electric vehicles face reality check as automakers dial back production targets,''

November 2, 2023. Accessed on December 15, 2023 at *https://www.marketplace.org/2023/11/02/ev-demand-production-reality-check/*.

[73] The Wall Street Journal, ''EV Makers Turn to Discounts to Combat Waning Demand,'' November 7, 2023. Accessed on December 15, 2023 at *https://www.wsj.com/business/autos/ev-makers-turn-to-discounts-to-combat-waning-demand-3aa77535*.

[74] The Wall Street Journal, ''The Six Months That Short-Circuited the Electric-Vehicle Revolution,'' February 14, 2024. Accessed on February 15, 2024 at *https://www.wsj.com/business/autos/ev-electric-vehicle-slowdown-ford-gm-tesla-b20a748e*.

[75] CBS News, ''Ford resuming construction of Michigan EV battery plant delayed by strike, scaling back jobs,'' November 21, 2023. Accessed on December 15, 2023 at *https://www.cbsnews.com/detroit/news/ford-resuming-construction-of-michigan-ev-battery-plant-delayed-by-strike-scaling-back-jobs/*.

[76] Toyota Newsroom, ''Toyota Supercharges North Carolina Battery Plant with New $8 Billion Investment,'' Press Release, October 31, 2023. Available at *https://pressroom.toyota.com/toyota-supercharges-north-carolina-battery-plant-with-new-8-billion-investment/*.

[77] Fortune, ''EV sales expected to hit new U.S. record in 2023—but Germany, China and Norway still lead the way,'' November 23, 2023. Accessed on December 11, 2023 at *https://fortune.com/2023/11/23/us-electric-vehicle-sales-2023-record/*.

[78] BloombergNEF, ''Four Takeaways on the Future of the Global EV Market,'' June 8, 2023. Accessed on December 8, 2023 at *https://www.bloomberg.com/news/articles/2023-06-08/global-ev-sales-have-soared-as-overall-new-car-sales-sag*.

[79] Derived from the yearly sales depicted in Figure 1.

[80] Detroit Free Press, ''General Motors to bring back hybrid vehicles in North America, stay focused on EVs,'' January 30, 2024. Accessed on February 14, 2024 at *https://www.freep.com/story/money/cars/general-motors/2024/01/30/gm-hybrid-vehicles-north-america/72406811007/*.

[81] Reuters, ''Ford slows EVs, sends a truckload of cash to investors,'' February 7, 2024. Accessed on February 14, 2024 at *https://www.reuters.com/business/autos-transportation/ford-offer-regular-supplemental-dividend-2024-02-06/*.

[82] CBS News, ''Ford resuming construction of Michigan EV battery plant delayed by strike, scaling back jobs,'' November 21, 2023. Accessed on December 15, 2023 at *https://www.cbsnews.com/detroit/news/ford-resuming-construction-of-michigan-ev-battery-plant-delayed-by-strike-scaling-back-jobs/*.

[83] National Automobile Dealers Association, ''NADA Market Beat,'' November 2023. Accessed on December 11, 2023 at *https://www.nada.org/nada/nada-headlines/nada-market-beat-new-light-vehicle-inventory-reaches-20-month-high*.

[84] Reuters, ''More alarm bells sound on slowing demand for electric vehicles,'' October 25, 2023. Accessed on December 15, 2023 at *https://www.reuters.com/business/autos-transportation/more-alarm-bells-sound-slowing-demand-electric-vehicles-2023-10-25/*.

[85] CNBC, ''Sparse inventory drives prices for new, used vehicles higher,'' October 17, 2023. Accessed on December 15, 2023 at *https://www.cnbc.com/2023/10/17/sparse-inventory-drives-prices-for-new-used-cars-higher.html*.

[86] San Diego Union-Tribune, ''Has enthusiasm for electric cars waned?,'' October 27, 2023. Accessed on December 15, 2023 at *https://www.sandiegouniontribune.com/business/story/2023-10-27/has-enthusiasm-for-electric-cars-waned*.

[87] Reuters, ''Hyundai, Kia see strong demand for EVs, despite rivals' concerns,'' November 17, 2023. Accessed on February 14, 2024 at *https://www.reuters.com/business/autos-transportation/hyundai-kia-see-strong-demand-evs-despite-rivals-concerns-2023-11-17/*.

[88] Reuters, ''Mexico gives Tesla land-use permits for gigafactory, says state government,'' December 12, 2023. Accessed on February 14, 2024 at *https://www.reuters.com/business/autos-transportation/mexico-gives-tesla-land-use-permits-gigafactory-says-state-government-2023-12-13/*.

[89] Mexico Now, ''Taxes and global economy stop Tesla plant in Nuevo Leon,'' October 23, 2023.

Continued

example, Mercedes-Benz cited slower economic growth, 48-volt component shortages, European policy uncertainty, lower than expected demand in China, and trade tensions with China as all affecting its earnings outlook.[90][91] Meanwhile, some other manufacturers have seen strong BEV demand and have reaffirmed their plans, for example, Hyundai and Kia have indicated strong demand and are maintaining or accelerating investment plans,[92][93] and Stellantis reported making a profit on EVs globally and stated that it is "keeping full speed on electrification."[94][95] At the same time, automakers continue to compete in a global market where emission reduction targets and PEV demand continue to spur investments in these technologies. Given the unprecedented rate and size of recent investment activity in PEV technology, adjustments to previously announced plans would ordinarily be expected to occur, and to date have included both reductions and increases in investment amounts and pacing. Our assessment of the feasibility of the standards is based on our assessment of the full record as discussed in sections

III and IV of this preamble and in the RIA, and EPA does not consider such adjustments to be indicative of any broad trend that would change our assessment of PEV feasibility as an emission control technology. Further, the rulemaking establishes performance-based standards, which manufacturers can meet using a variety of technologies, including ICE vehicles across a range of electrification, and the sensitivity analyses confirm that the standards are feasible and appropriate under a range of future circumstances. At the same time, the final standards incorporate a reduced rate of stringency increase in the early years as compared to the proposed standards, providing additional lead time which supports the kinds of product planning changes described in these recent announcements.[96]

Electrification plans are not limited to light-duty vehicles. Electrification of MDVs is also increasing rapidly, primarily within the area of last-mile delivery. MDV delivery vans using dedicated battery-electric vehicle (BEV) architectures are beginning to enter the U.S. market, with the first mass-produced models having become available for MY 2023 and additional production volume and models announced for MY 2024. Initial dedicated BEV van chassis have been predominantly targeted towards parcel delivery and include the GM BrightDrop Zevo 400 and Zevo 600; and the Rivian EDV 500 and EDV 700.[97][98]

Numerous commitments to purchase all-electric medium-duty delivery vans have also been announced by large fleet owners including FedEx,[99] Amazon,[100] and Walmart,[101] in partnerships with various OEMs. For example, Amazon has deployed thousands of electric delivery vans in over 100 cities, with the goal of 100,000 vans by 2030. Many other fleet electrification commitments that include large numbers of medium-duty and heavier vehicles have been

announced by large corporations in many sectors of the economy, including not only retailers like Amazon and Walmart but also consumer product manufacturers with large delivery fleets (*e.g.,* IKEA, Unilever), large delivery firms (*e.g.,* DHL, FedEx, USPS), and numerous firms in many other sectors including power and utilities, biotech, public transportation, and municipal fleets across the country.[102] As another example, Daimler Trucks North America announced in 2021 that it expected 60 percent of its sales in 2030 and 100 percent of its sales by 2039 would be zero-emission.[103]

Investments in PEV charging infrastructure have likewise grown rapidly in recent years and are expected to continue to climb. According to BloombergNEF, total cumulative global investment in PEV charging reached almost $55 billion in 2022 and was estimated to reach nearly $93 billion in 2023.[104] U.S. infrastructure spending has also grown significantly over the past several years with estimated public charging investments of $2.7 billion in 2023 alone.[105]

As described in the next section, the U.S. government is making large investments in infrastructure through the Bipartisan Infrastructure Law[106] and the Inflation Reduction Act.[107] However, we expect that private investments will also play a critical role in meeting future infrastructure needs. Private charging companies have already attracted billions globally in venture capital and mergers and acquisitions indicating strong interest in the future of the charging industry.[108] And Bain projects that by 2030, the U.S. market for electric vehicle charging will be "large and profitable" with both revenue and profits estimated to grow

---

Accessed on February 14, 2024 at *https://mexico-now.com/tans-and-global-economy-stop-tesla-plant-in-nuevo-leon/.*

[90] Mercedes-Benz Group, "Outlook," February 22, 2024. Accessed on March 6, 2024 at *https://group.mercedes-benz.com/investors/share/outlook/.*

[91] Seeking Alpha, "Mercedes-Benz Group AG (MBGAF) Q4 2023 Earnings Call Transcript," February 22,2024. Accessed on March 6, 2024 at *https://seekingalpha.com/article/4672324-mercedes-benz-group-ag-mbgaf-q4-2023-earnings-call-transcript.*

[92] Reuters, "Hyundai sticks to EV rollout plans, sees solid growth this year," October 26, 2023. Accessed on February 14, 2024 at *https://www.reuters.com/business/autos-transportation/hyundai-motors-q3-net-profit-rises-151-beats-forecasts-2023-10-26/.*

[93] Reuters, "Hyundai, Kia see strong demand for EVs, despite rivals' concerns," November 17, 2023. Accessed on February 14, 2024 at *https://www.reuters.com/business/autos-transportation/hyundai-kia-see-strong-demand-evs-despite-rivals-concerns-2023-11-17/.* We note that Hyundai submitted a late comment on November 1, 2023 reiterating its support for a mechanism to potentially revise the stringency of the standards in future years in light of developments (EPA–HQ–OAR–2022–0829–5102) but neither Hyundai nor any other automaker submitted additional comments after the close of the comment period indicating they were adjusting their plans for future PEV products and sales.

[94] CNN, "A traditional automaker just turned a profit on EVs," February 15, 2024. Accessed on February 15, 2024 at *https://www.cnn.com/2024/02/15/business/stellantis-earnings-electric-vehicles/index.html.*

[95] The Wall Street Journal, "Chrysler-Parent Stellantis Staying the Course on EVs, Despite Slowdown," February 15, 2024. Accessed on February 16, 2024 at *https://www.wsj.com/livecoverage/stock-market-today-dow-jones-02-15-2024/card/chrysler-parent-stellantis-staying-the-course-on-evs-despite-slowdown-pCHVXXe6lgo4do3pBFoQ.*

[96] Of course, as with any rulemaking, the Administrator has the discretion to propose modifications to the program through the public notice and comment process, in the case that modifications are found to be appropriate in the future to address any constraints that might have developed.

[97] *https://www.gobrightdrop.com/.*

[98] *https://rivian.com/fleet.*

[99] BrightDrop, "BrightDrop Accelerates EV Production with First 150 Electric Delivery Vans Integrated into FedEx Fleet," Press Release, June 21, 2022.

[100] Amazon Corporation, "Amazon's Custom Electric Delivery Vehicles from Rivian Start Rolling Out Across the U.S.," Press Release, July 21, 2022.

[101] Walmart, "Walmart To Purchase 4,500 Canoo Electric Delivery Vehicles To Be Used for Last Mile Deliveries in Support of Its Growing eCommerce Business," Press Release, July 12, 2022.

[102] Environmental Defense Fund and ERM, "Electric Vehicle Market Update: Manufacturer Commitments and Public Policy Initiatives Supporting Electric Mobility in the U.S. and Worldwide," September 2022.

[103] Carey, N., "Daimler Truck 'all in' on green energy as it targets costs," May 20, 2021.

[104] BloombergNEF, "Zero-Emission Vehicles Factbook, A BloombergNEF special report prepared for COP28," December 2023, at *https://assets.bbhub.io/professional/sites/24/2023-COP28-ZEV-Factbook.pdf.*

[105] BloombergNEF, "Zero-Emission Vehicles Factbook, A BloombergNEF special report prepared for COP28," December 2023, at *https://assets.bbhub.io/professional/sites/24/2023-COP28-ZEV-Factbook.pdf.*

[106] *https://www.congress.gov/117/plaws/publ58/PLAW-117publ58.pdf.*

[107] *https://www.congress.gov/117/plaws/publ169/PLAW-117publ169.pdf.*

[108] Hampleton, "Autotech & Mobility M&A market report 1H2023". Accessed March 4, 2023, at *https://www.hampletonpartners.com/fileadmin/user_upload/Report_PDFs/Hampleton-Partners-Autotech-Mobility-Report-1H2023-FINAL.pdf.*

by a factor of twenty relative to 2021.[109] The White House estimates over $25 billion in commitments to expand the U.S. charging network has been announced as of January 2024.[110] This includes more than $10 billion in private sector investments from automakers, charging companies, and retailers among others. See section IV.C.4 of this preamble and Chapter 5 of the Regulatory Impact Analysis (RIA)[111] for a discussion of public and private infrastructure investments.

Taken together, these developments indicate that proven technologies such as BEVs and PHEVs are already poised to become a rapidly growing segment of the U.S. fleet, as manufacturers continue to invest in these technologies and integrate them into their product plans, and infrastructure continues to be developed. Accordingly, EPA considers these technologies to be available and feasible for controlling motor vehicle emissions, and expects that these technologies will likely play a significant role in meeting the standards for both criteria pollutants and GHGs.

At the same time, EPA anticipates that a compliant fleet under the final performance-based emissions standards will include a diverse range of technologies. The advanced gasoline technologies that have played a fundamental role in meeting previous standards will continue to play an important role going forward[112][113][114] as they remain key to reducing the criteria and GHG emissions of ICE, mild HEV,

strong HEV and PHEV powertrains. PHEVs also provide a technology option that combines the benefits of both electric and ICE technology. EPA's standards are performance-based and allow each manufacturer to choose the array of technologies it wishes to use, without requiring any particular technology for any particular vehicle category. The final standards will also provide regulatory certainty to support the many private automaker announcements and investments in PEVs that have been outlined in the preceding paragraphs. In developing these standards, EPA also considered many of the key issues associated with growth in penetration of PEVs, including charging infrastructure, consumer acceptance, critical minerals and mineral security, and others, as well as the emissions from the wide range of ICE-based vehicle technologies (*e.g.,* non-hybrid ICE, mild HEVs, strong HEVs) that will continue to be produced during the timeframe of these standards. We discuss each of these issues in more detail in respective sections of the preamble and RIA.

3. The Bipartisan Infrastructure Law and Inflation Reduction Act

A particular consideration with regard to the increased penetration of zero-emission vehicle technology is Congress' passage of the Bipartisan Infrastructure Law (BIL)[115][116] in 2021 and the Inflation Reduction Act (IRA)[117] in 2022. These measures represent significant Congressional support for investment in expanding the manufacture, sale, and use of zero-emission vehicles by addressing elements critical to the advancement of clean transportation and clean electricity generation in ways that will facilitate and accelerate the development, production and adoption of zero-emission technology during the time frame of this rule. Congressional passage of the BIL and IRA represent pivotal milestones in the creation of a broad-based infrastructure instrumental to the expansion of clean transportation, including light- and medium-duty zero-emission vehicles, and we have taken these developments into account in assessing the feasibility of the standards.

The BIL became law in November 2021 and includes a wide range of programs and significant funding for infrastructure investments, many of which are oriented toward reducing

GHG emissions across the U.S. transportation network, upgrading power generation infrastructure, and making the transportation infrastructure resilient to climate impacts such as extreme weather. Notably, in support of light-duty zero-emissions transportation, the BIL included $7.5 billion in funding for installation of public charging and other alternative fueling infrastructure. This will have a major impact on feasibility of PEVs across the U.S. by improving access to charging and other infrastructure, and it will further support the Administration's goal of deploying 500,000 PEV chargers by 2030. It also includes $5 billion for electrification of school buses through the Clean School Bus Program, providing for further reductions in emissions from the heavy-duty sector.[118][119] To help ensure that clean vehicles are powered by clean energy, it also includes $65 billion to upgrade the power infrastructure to facilitate increased use of renewables and clean energy. Further, the BIL allocated an additional $10.5 billion to DOE's Grid Deployment Office (GDO) and the Grid Resilience and Innovation Partnerships program (GRIP) for investments to increase the flexibility, efficiency and reliability of the electric power system, which will further support PEV adoption.

The IRA became law in August 2022, bringing significant new momentum to clean vehicles (PEVs and fuel cell electric vehicles (FCEVs)) through measures that reduce the cost to purchase and manufacture them, incentivize the growth of manufacturing capacity and onshore sourcing of critical minerals and battery components needed for their manufacture, incentivize buildout of public charging infrastructure for PEVs, and promote modernization of the electrical grid that will power them. It includes significant consumer incentives of up to $7,500 for new clean vehicles (Clean Vehicle Credit or Internal Revenue Code (IRC) 30D, and Commercial Clean Vehicle Credit or IRC 45W) and up to $4,000 for used vehicles (Used Clean Vehicle Credit or IRC 25E). These credits will have a strong and immediate impact on the upfront affordability of these vehicles for a wide range of customers, including buyers at over 10,000 dealers that have registered to offer the 30D or

---

[109] Zayer, E. et al., "EV Charging Shifts into High Gear," Bain & Company, June 20, 2022. Accessed March 4, 2023, at *https://www.bain.com/insights/ electric-vehicle-charging-shifts-into-high-gear/.*

[110] The White House, "FACT SHEET: Biden-Harris Administration Announces New Actions to Cut Electric Vehicle Costs for Americans and Continue Building Out a Convenient, Reliable, Made-in-America EV Charging Network", January 19, 2024. Accessed at *https://www.whitehouse.gov/ briefing-room/statements-releases/2024/01/19/fact-sheet-biden-harris-administration-announces-new-actions-to-cut-electric-vehicle-costs-for-americans-and-continue-building-out-a-convenient-reliable-made-in-america-ev-charging-network/.*

[111] Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles—Regulatory Impact Analysis; EPA–420–R–24–004.

[112] Wards Auto, "GM Investing Billions in ICE Truck, SUV Production," June 13, 2023. Accessed on January 5, 2024 at *https://www.wardsauto.com/ industry-news/gm-investing-billions-ice-truck-suv-production.*

[113] Forbes, "GM To Put Nearly $1 Billion More Into Production of Internal Combustion Engines," January 20, 2023. Accessed on January 5, 2024 at *https://www.forbes.com/sites/edgarsten/2023/01/ 20/internal-combustion-engine-production-wins-nearly-all-1-billion-of-new-gm-plant-investments/ ?sh=ec7346969383.*

[114] Wards Auto, "BMW 'Not Ready' to Give Up on ICE," August 3, 2023. Accessed on January 5, 2024 at *https://www.wardsauto.com/industry-news/ bmw-not-ready-give-ice.*

[115] *https://www.congress.gov/117/plaws/publ58/ PLAW-117publ58.pdf.*

[116] Also known as the Infrastructure Investment and Jobs Act (IIJA).

[117] *https://www.congress.gov/117/plaws/publ169/ PLAW-117publ169.pdf.*

[118] *https://www.epa.gov/cleanschoolbus.* Accessed February 14, 2023.

[119] U.S. EPA, "EPA Clean School Bus Program Second Report to Congress," EPA 420–R–23–002, February 2023.

25E credits at the point of sale,[120] buyers of vehicles for commercial and fleet use under 45W, and indirectly to lessees of vehicles purchased for lease to consumers. Manufacturer production tax incentives of $35 per kWh for U.S. production of battery cells, $10 per kWh for U.S. production of modules, and 10 percent of production cost for U.S.-made critical minerals and electrode active materials (Production Tax Credit, IRC 45X), will significantly reduce the manufacturing cost of these battery components, further reducing PEV and FCEV cost for consumers. In addition, the IRA includes significant tax credits for certain charging and hydrogen infrastructure equipment (Alternative Fuel Vehicle Refueling Infrastructure Property Tax Credit, IRC 30C), and sizeable incentives for investment in and production of clean electricity.

With respect to sourcing of critical minerals and battery components, and building a secure supply chain for clean vehicles and refueling infrastructure, the IRA also includes provisions that will greatly reduce reliance on imports by strongly supporting the continued development of a domestic and North American supply chain, as well as securing sources among Free Trade Agreement (FTA) countries and other trade partners and allies. Manufacturers who want their customers to take advantage of the Clean Vehicle Credit (30D) must assemble the vehicles in North America, must meet a gradually increasing value requirement for sourcing of critical minerals from U.S. or free-trade countries, and battery components from within North America, and cannot utilize content acquired from foreign entities of concern (FEOCs).[121] Manufacturer eligibility for the Production Tax Credit (45X) for cells and modules is conditioned on their manufacture in the U.S., as is eligibility for the 10 percent credit on the cost of producing critical minerals and electrode active materials. Manufacturers are already taking advantage of these opportunities to improve their sales and reduce their production costs by securing eligible sources of critical mineral content and

siting new production facilities in the U.S.[122][123][124][125][126][127][128][129][130] Although 45W is not subject to the sourcing requirements of 30D, the latter remains highly influential in manufacturer siting decisions; for example, Hyundai has increased the leasing of vehicles to consumers while also continuing plans to site battery and vehicle manufacturing in the U.S.,[131] and the Korean battery industry is renegotiating ventures to comply with FEOC restrictions that impact 30D.[132][133] According to ANL's most recent analysis of public announcements of cell manufacturing plants in North America through January 2024, cell manufacturers in the United States could supply about 10 million new light-duty electric vehicles each year by 2030, assuming an average pack size of 80 to 100 kWh.[134] There is a coordinated effort by Executive Branch agencies, including the Department of Energy and the National Laboratories, to provide guidance and resources and to

administer funding to support this collective effort to further develop a robust supply chain for clean vehicles and the infrastructure that will support them.[135][136][137][138][139][140] Section IV.C.7 of this preamble and Chapters 3.1.3 and 3.1.4 of the RIA discuss these provisions and measures in more detail.

Incentives provided by the IRA, along with manufacturers' strategies to meet consumer demand, are expected to result in even greater adoption of electrification technologies. Our No Action case (*i.e.*, without this rule) includes effects of the IRA. The third-party estimates to which we compare our No Action case are all very recent and include the IRA. Importantly, they do not include these standards, but do differ in other assumptions such as state level policies and consideration of manufacturer announced plans. We project PEV penetration of 42 percent in 2030 in the No Action case, while mid-range third-party projections we have reviewed range from 48 to 58 percent in 2030.[141][142][143][144][145][146][147] We consider

[120] U.S. Department of the Treasury, "Remarks by Assistant Secretary for Tax Policy Lily Batchelder on Phase Three of Implementation of the Inflation Reduction Act's Clean Energy Provisions," January 31, 2024. Accessed February 4, 2024 at *https://home.treasury.gov/news/press-releases/jy2070.*

[121] Foreign entities of concern include entities (individuals and businesses) "owned by, controlled by, or subject to jurisdiction or direction of" a "covered nation" (defined in 10 U.S. Code 2533(c)(d)(2) as the Democratic People's Republic of North Korea, the People's Republic of China, the Russian Federation, and the Islamic Republic of Iran).

[122] Green Car Congress, "Ford sources battery capacity and raw materials for 600K EV annual run rate by late 2023, 2M by end of 2026; adding LFP," July 22, 2022.

[123] Ford Motor Company, "Ford Releases New Battery Capacity Plan, Raw Materials Details to Scale EVs; On Track to Ramp to 600K Run Rate by '23 and 2M+ by '26, Leveraging Global Relationships," Press Release, July 21, 2022.

[124] Green Car Congress, "GM signs major Li-ion supply chain agreements: CAM with LG Chem and lithium hydroxide with Livent," July 26, 2022.

[125] Grzelewski, J., "GM says it has enough EV battery raw materials to hit 2025 production target," The Detroit News, July 26, 2022.

[126] Hall, K., "GM announces new partnership for EV battery supply," The Detroit News, April 12, 2022.

[127] Hawkins, A., "General Motors makes moves to source rare earth metals for EV motors in North America," The Verge, December 9, 2021.

[128] Piedmont Lithium, "Piedmont Lithium Signs Sales Agreement With Tesla," Press Release, September 28, 2020.

[129] Subramanian, P., "Why Honda's EV battery plant likely wouldn't happen without new climate credits," Yahoo Finance, August 29, 2022.

[130] LG Chem, "LG Chem to Establish Largest Cathode Plant in US for EV Batteries," Press Release, November 22, 2022.

[131] Korea Economic Daily, "Hyundai Motor to boost EV leasing in US for tax credits from 2023," December 30, 2022. Accessed on February 14, 2024 at *https://www.kedglobal.com/electric-vehicles/newsView/ked202212300014.*

[132] Nikkei Asia, "U.S. rules force South Korea's EV battery makers to rethink China deals," December 8, 2023. Accessed on February 14, 2024 at *https://asia.nikkei.com/Business/Business-Spotlight/U.S.-rules-force-South-Korea-s-EV-battery-makers-to-rethink-China-deals.*

[133] Korea Economic Daily, "US regulations push Korean battery industry to cut reliance on China," December 12, 2023. Accessed on February 14, 2024 at *https://www.kedglobal.com/batteries/newsView/ked202312120008.*

[134] Argonne National Laboratory, "Light Duty Electric Drive Vehicles Monthly Sales Updates", January 2024. Accessed February 2, 2024 at *https://www.anl.gov/esia/light-duty-electric-drive-vehicles-monthly-sales-updates.*

[135] Executive Order 14017, Securing America's Supply Chains, February 24, 2021. *https://www.whitehouse.gov/briefing-room/presidential-actions/2021/02/24/executive-order-on-americas-supply-chains/.*

[136] The White House, "FACT SHEET: Biden-Harris Administration Driving U.S. Battery Manufacturing and Good-Paying Jobs," October 19, 2022. Available at: *https://www.whitehouse.gov/briefing-room/statements-releases/2022/10/19/fact-sheet-biden-harris-administration-driving-u-s-battery-manufacturing-and-good-paying-jobs/.*

[137] Department of Energy, "Biden Administration, DOE to Invest $3 Billion to Strengthen U.S. Supply Chain for Advanced Batteries for Vehicles and Energy Storage," February 11, 2022. Available at: *https://www.energy.gov/articles/biden-administration-doe-invest-3-billion-strengthen-us-supply-chain-advanced-batteries.*

[138] Department of Energy, "Supply Chains Progress Report," August 2023. *https://www.energy.gov/sites/default/files/2023-08/Supply%20Chain%20Progress%20Report%20-%20August%202023.pdf.*

[139] Argonne National Laboratory, "Quantification of Commercially Planned Battery Component Supply in North America through 2035," ANL–24/14, March 2024. *https://publications.anl.gov/anlpubs/2024/03/187735.pdf.*

[140] Argonne National Laboratory, "Securing Critical Materials for the U.S. Electric Vehicle Industry: A Landscape Assessment of Domestic and International Supply Chains for Five Key EV Battery Materials," ANL–24/06, February 2024. *https://publications.anl.gov/anlpubs/2024/03/187907.pdf.*

[141] Cole, Cassandra, Michael Droste, Christopher Knittel, Shanjun Li, and James H. Stock. 2023. "Policies for Electrifying the Light-Duty Fleet in the United States." AEA Papers and Proceedings 113: 316–322. doi:*https://doi.org/10.1257/pandp.20231063.*

[142] IEA. 2023. "Global EV Outlook 2023: Catching up with climate ambitions." International Energy Agency.

[143] Forsythe, Connor R., Kenneth T. Gillingham, Jeremy J. Michalek, and Kate S. Whitefoot. 2023. "Technology advancement is driving electric vehicle adoption." PNAS 120 (23). doi:*https://doi.org/10.1073/pnas.2219396120.*

our No Action case projections to be somewhat more conservative than these third-party estimates, although generally consistent given the differences in treatment of state-level policies and manufacturer announced plans. Nevertheless, the very substantial rates of PEV penetration under the No Action scenario underscore that a shift to widespread use of electrification technologies is already well underway, which contributes to the feasibility of further emissions controls under these standards.

*B. Summary of Light- and Medium-Duty Vehicle Emissions Programs*

EPA is establishing new emissions standards for both light-duty and medium-duty vehicles. The light-duty vehicle category includes passenger cars and light trucks consistent with previous EPA criteria pollutant and GHG rules. In this rule, heavy-duty Class 2b and 3 vehicles are referred to as ''medium-duty vehicles'' (MDVs) to distinguish them from Class 4 and higher vehicles, which remain under the heavy-duty program. EPA has not previously used the MDV nomenclature, referring to these larger vehicles in prior rules as light-heavy-duty vehicles,[148] heavy-duty Class 2b and 3 vehicles,[149] or heavy-duty pickups and vans.[150] In the context of this rule, the MDV category includes primarily large pickups and vans with a gross vehicle weight rating (GVWR) of 8,501 to 14,000 pounds and excludes vehicles used primarily as passenger vehicles (which are called medium-duty passenger vehicles, or MDPVs, and which are covered under the light-duty program).

The program consists of several key elements: more stringent emissions standards for GHGs, more stringent emissions standards for criteria pollutants, changes to certain optional credit programs, durability provisions

for light-duty and medium-duty electrified vehicle batteries, warranty provisions for both electrified vehicles and diesel engine-equipped vehicles, and various improvements to several elements of the existing light-duty and medium-duty programs.

For both light- and medium-duty vehicles, the levels of stringency established by this rule continue the trend over the past 50 years (for criteria pollutants) and over the past 14 years (for GHGs) of EPA establishing numerically lower performance-based emissions standards in recognition of both the continued threat to human health and welfare from pollution and continued advancements in emissions control technology that make it possible to achieve important emissions reductions at a reasonable cost. EPA has also continued its longstanding approach of allowing manufacturers flexibilities, such as averaging, banking and trading, to reduce their cost of reducing emissions while producing a diverse fleet meeting consumers' varied preferences. In addition to advanced ICE technologies, including hybrid electric vehicles, the feasibility assessment for this rule recognizes the increasing availability of zero and near-zero tailpipe emissions technologies, including PEVs, as cost-effective compliance technologies. The technological feasibility of PEVs is further supported by the economic incentives provided in the IRA and the auto manufacturers' stated plans for significantly increasing the production of zero and near-zero emission vehicles, including PEVs, independent of this rule. This increased feasibility of PEVs, in addition to ICE and advanced ICE technologies, is one of the factors EPA considered in setting the stringency of the standards.

Through the public comment process, EPA heard from a wide range of stakeholders and individuals who provided a diversity of views on a broad range of issues, including stringency and pace of the standards; availability and readiness of the industry to support the needs of electrified vehicles (such as battery critical minerals, charging infrastructure, electric grid, and consumer acceptance); and specific elements of EPA's analysis (such as potential PEV adoption rates, battery costs, BIL and IRA impacts, and other areas). As part of their comments, many stakeholders, including NGOs, industry groups, and others, provided detailed technical analyses for EPA to consider.

Many commenters strongly supported the proposal overall. Comments from organizations representing environmental, public health, and

consumer groups, as well as numerous state and local governments and associations, emphasized the importance of air pollution emissions reductions to protect public health and welfare and combat climate change, and noted that emissions reductions are especially critical in communities overburdened by air pollution. Many of these commenters recommended adopting the strongest standards possible for both GHGs and criteria pollutants. Some of these commenters supported light-duty GHG standards even more stringent than the proposal's most stringent alternative. Similarly, automakers that produce only electric vehicles (including Tesla, Rivian, and Lucid) and commenters representing the electric vehicle industry also expressed strong support for the proposal, with some of these stakeholders also advocating standards more stringent than the proposal's most stringent alternative. Automotive suppliers largely expressed strong support for performance-based standards for GHG and criteria pollutants. Some suggested that the GHG standards should phase-in more gradually, relying on increased ICE technology in the near term. Suppliers also strongly supported the proposed particulate matter (PM) emissions standard, attested to the feasibility and readiness of gasoline particulate filter technology expected to be used to meet the standard, and urged that the standard be phased in even sooner than proposed. Several commenters provided supportive data on development of the battery supply chain, critical minerals, grid readiness, and charging infrastructure.

Comments from automakers that historically have produced primarily ICE vehicles, such as comments by the Alliance for Automotive Innovation (hereafter referred to as ''the Alliance'') as well as comments by several individual automakers, generally expressed the auto industry's strong commitment to the goals of the proposed rule and to the transition to zero emission vehicles, as well as their support for continued efforts to reduce emissions from ICE vehicles that will continue to be produced during the transition to electrification. Many auto companies described their significant R&D investments in clean transportation and their corporate commitments to carbon neutrality and transitioning their vehicle offerings to electrified vehicles. The Alliance and many auto companies expressed their concern that the proposed standards would be very challenging to meet. A common theme was that the proposed GHG standards

---

[144] Bloomberg NEF. 2023. ''Electric Vehicle Outlook 2023.''

[145] U.S. Department of Energy, Office of Policy. 2023. ''Investing in American Energy: Significant Impacts of the Inflation Reduction Act and Bipartisan Infrastructure Law on the U.S. Energy Economy and Emissions Reductions.''

[146] Slowik, Peter, Stephanie Searle, Hussein Basma, Josh Miller, Yuanrong Zhou, Felipe Rodriguez, Claire Buysse, et al. 2023. ''Analyzing the Impact of the Inflation Reduction Act on Electric Vehicle Uptake in the United States.'' International Council on Clean Transportation and Energy Innovation Policy & Technology LLC.

[147] Mid-range third-party estimates exclude more extreme scenarios, which did not include all IRA incentives or were described as ''High'' or ''Advanced'' by respective study authors. See RIA Chapter 4.1.2.

[148] 66 FR 5002.

[149] 79 FR 23414.

[150] 76 FR 57106.

zero-emission vehicles with less complexity and with fewer certification requirements. The commenters did not, however, provide details on how such a concept could be constructed including the many implementation provisions that would need to be developed. EPA appreciates the spirit of these suggestions and the interest of certain stakeholders in exploring such alternative compliance pathways that might incentivize manufacturers to reduce emissions even sooner than required under our final program and considering the relationship to state programs. However, at this time, we believe that such concepts would need additional exploration and assessment. Although we are not finalizing such an alternate pathway in this rulemaking, EPA is open to continued dialog with all stakeholders on how such concepts might be structured for a potential future action.

d. Useful Life Standards and Test Procedures

The current program includes additional provisions that we did not reopen and so will continue to be implemented during the timeframe of this rule. We describe them briefly here for informational purposes.

Consistent with the requirement of CAA section 202(a)(1) that standards be applicable to vehicles "for their useful life," the MY 2027–2032 vehicle standards will apply for the useful life of the vehicle.[558]

The existing program also requires certain test procedures over which emissions are measured and weighted to determine compliance with the GHG standards. These procedures are the Federal Test Procedure (FTP or "city" test) and the Highway Fuel Economy Test (HFET or "highway" test). EPA is making only minor changes to the GHG test procedures in this rulemaking. Namely, EPA will require manufacturers to use the same Tier 3 test fuel already specified for demonstrating compliance with criteria pollutant standards, as described in the next section. We are also revising the fleet utility factor for plug-in hybrid electric vehicles as described in section III.B.8 of the preamble and referencing an updated version of SAE J1711 to reflect the latest developments in measurement procedures for all types of hybrid electric vehicles as described in section IX.I of the preamble.

e. What test fuel is EPA finalizing?

Within the structure of the footprint-based GHG standards, EPA is also finalizing that gasoline powered vehicle compliance with the standards be demonstrated on Tier 3 test fuel. The previous GHG standards for light-duty gasoline vehicles are set on the required use of Indolene, or Tier 2 test fuel. Tier 3 test fuel more closely represents the typical market fuel available to consumers in that it contains 10 percent ethanol. EPA had previously proposed an adjustment factor to allow demonstration of compliance with the existing GHG standards using Tier 3 test fuel but did not adopt those changes (85 FR 28564, May 13, 2020). This rule does not require an adjustment factor for tailpipe GHG emissions, but rather requires manufacturers to test on Tier 3 test fuel and use the resultant tailpipe emissions directly in their compliance calculation. Such an adjustment factor is not required because the technology penetrations, feasibility, and cost estimates in this rule are based on compliance using Tier 3 test fuel.

Both the Tier 3 and these Tier 4 criteria pollutant standards were based on vehicle performance with Tier 3 test fuel; as a result, manufacturers currently use two different test fuels to demonstrate compliance with GHG and criteria pollutant standards. Setting new GHG standards based on Tier 3 test fuel is intended to address concerns regarding test burden related to using two different test fuels and using a test fuel which is dissimilar to market fuels. Accordingly, we expect this change to streamline manufacturer testing and reduce the costs of demonstrating compliance with the final rule.

The difference in GHG emissions between the two fuels is small but significant. EPA estimates that testing on Tier 3 test fuel will result in about 1.66 percent lower $CO_2$ emissions.[559] Because this difference in GHG emissions between the two fuels is significant in the context of measuring compliance with previous GHG standards, but small relative to the change in stringency of the finalized GHG standards in this rule, and because the cost of compliance on Tier 3 test fuel is reflected in this analysis for this rule, EPA believes that this rulemaking and the associated new GHG standards create an opportune time to shift compliance to Tier 3 fuel.

EPA is applying the change from Indolene to Tier 3 test fuel for demonstrating compliance with GHG standards starting in model year 2027.

This is the same year as the new standards in this final rule begin, and we expect this model year alignment will facilitate a smooth transition for manufacturers. We accordingly allow manufacturers to continue to rely on the interim provisions adopted in 40 CFR 600.117 through model year 2026. These interim provisions address various testing concerns related to the arrangement for using different test fuels for different purposes. At the same time, we recognize that transitioning to a new test fuel is a change from how things have worked in the past, so we are providing additional flexibilities during the early years of the transition. Namely, manufacturers may optionally carry-over Indolene-based test results for model years 2027 through 2029.

For manufacturers that rely on Indolene-based test results in model years 2027 through 2029, we require a downward adjustment by 1.66 percent to GHG emission test results (*i.e.,* Tier 3 value = Tier 2 value ÷ 1.0166)) as a correction to correlate with test results that will be expected when testing with Tier 3 test fuel.

We separately proposed to apply an analogous correction for the opposite arrangement—testing with Tier 3 test fuel to demonstrate compliance with a GHG standard referenced to Indolene test fuel (85 FR 28564, May 13, 2020). We did not separately finalize the provisions in that proposed rule, and there is no longer a need to consider that provision now that vehicles are to be tested with the Tier 3 test fuel to demonstrate compliance with GHG standards.

Similar considerations apply for measuring fuel economy, both to meet Corporate Average Fuel Economy (CAFE) requirements and to determine values for fuel economy labeling. In this case, EPA is applying the calculation adjustments described in the 2020 proposal. This is necessary because fuel economy standards are set through a different regulatory process that has not been updated to accommodate the change to Tier 3 test fuel. These adjustments include: (1) New test methods for specific gravity and carbon mass (or weight) fraction of Tier 3 test fuel to calculate emissions in a way that accounts for ethanol blending while also remaining consistent with the calculations used to establish the CAFE standards, (2) a revised equation for calculating fuel economy that uses an "R-factor" of 0.81 to account for the difference in engine performance between Tier 3 and Tier 2 test fuels, and (3) amended instructions for calculating fuel economy label values based on 5-cycle values and derived 5-cycle values.

---

[558] The GHG emission standards apply for a useful life of 10 years or 120,000 miles for LDVs and LLDTs and 11 years or 120,000 miles for HLDTs and MDPVs. See 40 CFR 86.1805–17.

[559] EPA–420–R–18–004, "Tier 3 Certification Fuel Impacts Test Program," January 2018.

Our overall goal is for manufacturers to transition to fuel economy testing with Tier 3 test fuel on the same schedule as described for demonstrating compliance with GHG standards in the preceding paragraphs.

To reiterate, for the GHG compliance program, we are evaluating GHG compliance with standards that are set using Tier 3 fuel starting in MY 2027; therefore, any vehicles that continue to be tested on Indolene, will need to have the results adjusted to be consistent with results on Tier 3 fuel. For the CAFE standards, we are continuing to evaluate fuel economy compliance with standards that are established on Indolene; therefore, any vehicles that are tested on Tier 3 fuel will need to have the results adjusted to be consistent with results on Indolene. Similar to the CAFE fuel economy standards, we are keeping the fuel economy label consistent with the current program; therefore, any vehicles that are tested on Tier 3 fuel will need to have the results adjusted to be consistent with results on Indolene.

EPA is adopting the following (Table 23) to address fuel-related testing and certification requirements through the transition to the new standards. As noted above, for both GHG and fuel economy standards, vehicle manufacturers may choose to test their vehicles with either Indolene or Tier 3 test fuel through MY 2026. Manufacturers must certify all vehicles to GHG standards using Tier 3 test fuel starting in MY 2027; however, manufacturers may continue to meet fuel economy requirements through MY 2029 for any appropriate vehicles based on carryover data from testing performed before MY 2027.

The Alliance for Automotive Innovation requested EPA continue to allow automakers the option to retest on E0 for the litmus assessment[560] to determine whether to use the 5-cycle or 2-cycle testing methodology until the implications of the new E10 test fuel on the complex 5-cycle and litmus methodology can be fully examined and addressed. EPA will allow testing for determining the fuel economy label calculation method under 40 CFR 600.115–11 using either Tier 2 (Indolene) or Tier 3 test fuel provided that the same test fuel must be used for all 5 cycles until such time that EPA updates the 5-cycle adjustment factors through guidance, at which point Tier 3 test fuel must be used.

TABLE 23—FINAL FUEL-RELATED TESTING AND CERTIFICATION REQUIREMENTS

| Test fuel | GHG standards | | | Fuel economy standards | | | Criteria for determining the fuel economy label calculation method "litmus test" | | Fuel economy and environment label values | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre-MY 2027 | MY 2027–2029 | MY 2030 and later | Pre-MY 2027 | MY 2027–2029 | MY 2030 and later | Pre-MY 2027 | MY 2027 and later[a] | Pre-MY 2027 | MY 2027–2029 | MY 2030 and later |
| Indolene .. | No $CO_2$ adjustment required. | Carry-over test results only; Divide $CO_2$ test results by 1.0166. | Not allowed | No adjustment required. | Carry-over results only; No adjustment required. | Not allowed | Optional: No adjustment required **. | Optional: No adjustment required[b]. | No adjustment required. | Carry-over results only; No $CO_2$ adjustment required. | Not allowed. |
| Tier 3 ...... | Apply proposed $CO_2$ adjustment (multiply test results by 1.0166). | No $CO_2$ adjustment required | | Apply revised FE equation proposed in 2020 rule | | | Apply revised FE equation proposed in 2020 rule | | Apply revised FE equation proposed in 2020 rule; Apply proposed $CO_2$ adjustment (multiply test results by 1.0166).[a] | | |

[a] Until EPA updates the 5-cycle adjustment factors through guidance.
[b] When performing testing for determining the fuel economy label calculation method under §600.115–11, the same test fuel must be used for all 5 cycles.

The Alliance for Automotive Innovation (AAI) submitted comments that are nearly identical to the comments they submitted for the original 2020 Tier 3 Test Fuel NPRM. AAI submitted five specific comments on this rulemaking, each of which we have addressed in this FRM:

• Do Not Adjust the Tailpipe $CO_2$ Value for E10: EPA has addressed this comment in this FRM by not adjusting $CO_2$ values when vehicles are tested using Tier 3 test fuel. The GHG standards finalized in this FRM reflect the use of Tier 3 test fuel as does the feasibility analysis supporting this rule. No adjustment is required when testing on Tier 3 fuel.

• Set the R-Factor Equal to 1.0 for CAFE Performance on E10: EPA is finalizing an R-Factor of 0.81 based on the technical analysis provided in the 2020 Tier 3 Test Fuel NPRM.

• Delay E10 Phase-in, Allow Optional E0 Testing and Carryover of E0 Data and Revisit Any Adjustment as a Part of the Next CAFE/GHG Rulemaking: EPA accepted AAI's recommendation and is finalizing the Tier 3 test fuel change as part of this GHG standard setting rulemaking. In addition, this FRM includes provisions for phase-in of Tier 3 test fuel and the carry-over of data during the phase-in.

• Address the Impact of the E10 Transition on 5-cycle Testing and Litmus Test: EPA accepted this recommendation and has included provisions for addressing 5-cycle testing and the litmus test in this FRM.

• Consider Fuel Economy and Environmental Performance Labeling Impacts: EPA has considered impacts to the label and has included specific provisions in this FRM to address the use of E10 for vehicle testing and the resultant label values.

Several other commenters advised that adjusting $CO_2$ measurements from Tier 3 test fuel upward by 1.6 percent is improper since E10 test fuel represents market fuel. They also suggest that the proposed adjusted R-value of 0.81 is too low, stating that

---

[560] The "Litmus test" is the commonly known term used to describe the criteria for determining the fuel economy label calculation method (mpg based derived 5-cycle method or vehicle specific 5-cycle method or the modified 5-cycle method) for 2011 and later model year vehicles, as outlined in 40 CFR 600.115–08.

values around 0.9 have been published in recent literature, and that a value of 1.0 would be optimal as it avoids penalizing ethanol blends. One commenter explained that the computation of the test fuel's heating value and carbon mass fraction should be done using the original ASTM methods used in characterizing the historical reference fuel rather than the more modern methods we proposed, and that those values should account for sulfur and water content.

See section 6.3 of the RTC for a more detailed discussion of comments related to test fuel for fuel economy measurements.

### 3. Medium-Duty Vehicle GHG Standards

#### i. What $CO_2$ standards curves is EPA finalizing?

Medium-duty vehicles (8,501 to 14,000 pounds GVWR) that are not categorized as MDPVs utilize a "work-factor" metric for determining GHG targets. Unlike the light-duty attribute metric of footprint, which is oriented around a vehicle's usage for personal transportation, the work-factor metric is designed around work potential for commercially oriented vehicles and accounts for a combination of payload, towing and 4-wheel drive equipment.

We received comments from the Alliance for Automotive Innovation (Alliance), GM, Ford, and Stellantis that opposed changes to the work factor definition that capped GCWR within the WF calculation to no greater than 22,000 pounds. Both the Alliance and Stellantis opposed the GHG standards for MDV, stating that were too stringent and with Stellantis further characterizing the standards as "infeasible". The Alliance and Stellantis specifically cited a 37 percent reduction in GHG from MY 2028 through MY 2032 as too stringent, and that the assumption of 98 percent electrification of van applications within the technology feasibility analysis for the proposal was too high. Stellantis requested that the Agency include PHEV technology for MDVs within its analysis for the final rule. Conversely, ICCT and ACEEE commented that too few MDV BEVs were included within the analysis and argued for more stringent GHG standards for MDV.

Taking all of these comments into consideration, and for the reasons explained below (and in the RTC), we are finalizing the coefficients of the 2032 GHG standards as proposed for work factors less than 5,500 pounds, and we are finalizing the following changes relative to the proposal:

1. We have eliminated the proposed GCWR cap within the work factor equation and have returned to a definition and equation for work factor identical to the one used chassis-certified Class 2b and 3 vehicles under the Heavy-duty Phase 2 GHG Program. Instead, we modified the structure of the MDV GHG standards directly and introduced a flattening of standards above specific work factor set-points.

2. We are finalizing a more gradual and evenly-spaced change in GHG stringency from MY 2027 through 2031.

3. The flattening of standards above specific work factor set-points is phased-in gradually from MY 2028 through 2030.

Our GHG standards for MDVs continue to be entirely chassis-dynamometer based and continue to be work-factor-based as with the previous Heavy-duty Phase 2 standards. We are not finalizing our proposed 22,000-pound GCWR limit within the work factor equation. EPA had proposed this provision with the goal of preventing increases in the GHG emissions not fully captured within the loads and operation reflected during chassis dynamometer GHG emissions testing. Automaker commenters expressed concern that the proposal would disrupt vehicle categories, particularly when taking into consideration updates to the MDPV definition (see section III.E of this preamble). In response to comments, we are finalizing changes to the $CO_2$ targets which flatten the standards in the following manner:

• At or above a work factor of 8,000 pounds in 2028.

• At or above a work factor of 6,800 pounds in 2029.

• At or above a work factor of 5,500 pounds for model years 2030 and later.

The final standards will continue to use the same work factor (WF) and GHG target definitions (81 FR 73478, October 25, 2016). The testing methodology does not directly incorporate any GCWR (i.e., trailer towing) related direct load or weight increases, however, flattening the standards above a 5,500-pound work factor upper cutpoint addresses concerns of potential windfall compliance credits for higher GCWR ratings and approximately reflects a GCWR of 22,000 pounds. Thus we are finalizing both a $CO_2$ target equation and WF equation for determining GHG standards that are identical to those used in the heavy-duty Phase 2 GHG program, except with updated coefficients:[561]

$CO_2$ Target (g/mile) = [a × WF] + b

[561] Note: There is no 22,000-pound GCWR cap within the WF equation.

WF = [0.75 × (Payload Capacity + xwd)] + [0.25 × Towing Capacity]

Payload Capacity = GVWR (pounds) − Curb Weight (pounds)

xwd = 500 pounds for 4wd, 0 lbs. for 2wd

Towing Capacity = GCWR (pounds) − GVWR (pounds)

Final MDV GHG standards for model years 2027 and later are shown in Table 24 and Table 25.

TABLE 24—FINAL COEFFICIENTS FOR MDV GHG STANDARDS

| Model year | a | b |
|---|---|---|
| 2027 .......... | 0.0348 | 268 |
| 2028 [a] ........ | 0.0339 | 270 |
| 2029 [b] ........ | 0.0310 | 246 |
| 2030 [c] ........ | 0.0280 | 220 |
| 2031 [c] ........ | 0.0251 | 195 |
| 2032 [c] ........ | 0.0221 | 170 |

Applicable WF Thresholds:
[a] Only applicable at WF <8,000 pounds.
[b] Only applicable at WF <6,800 pounds.
[c] Only applicable at WF <5,500 pounds.

TABLE 25—FINAL MDV GHG STANDARDS ABOVE WF THRESHOLDS REFERENCED IN TABLE 24

| Model year | WF threshold | GHG standards, g $CO_2$/mi |
|---|---|---|
| 2028 ........ | WF ≥8,000 lbs .. | 541 |
| 2029 ........ | WF ≥6,800 lbs .. | 457 |
| 2030 ........ | WF ≥5,500 lbs .. | 374 |
| 2031 ........ | WF ≥5,500 lbs .. | 333 |
| 2032 ........ | WF ≥5,500 lbs .. | 292 |

The MDV target GHG standards are compared to the previous Heavy-duty (HD) Phase 2 gasoline standards in Figure 10. For MY 2027, we are finalizing a revision to the HD Phase 2 standards under which gasoline MDVs are subject to fuel-neutral standards identical to the HD Phase 2 diesel standards. MY 2027 standards for diesel MDV remain identical to HD Phase 2. EPA believes the revised MY 2027 MDV standard for gasoline MDV is reasonable given the significant advances in clean vehicle technology since our assessment at the time of the HD Phase 2 rule in 2016. In our assessment conducted during the development of HD Phase 2, we found only one manufacturer had certified HD BEVs through MY 2016, and we projected limited adoption of electric vehicles into the market for MYs 2021 through 2027. However, as discussed in section IV.C.1 of this preamble and RIA Chapter 3.1, there are now a wider range of feasible technology options for manufacturers to apply to the MDV fleet. In addition to ICE-based technologies, manufacturers are actively increasing their PHEV and BEV vehicle offerings in the MDV

# Tab 2

# Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles

Response to Comments



United States
Environmental Protection
Agency

# Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles

## Response to Comments

Assessment and Standards Division
Office of Transportation and Air Quality
U.S. Environmental Protection Agency

United States
Environmental Protection
Agency

EPA-420-R-24-005
March 2024

family. To include vehicles with characteristics noted in GTR No. 22 that would not be allowed in the same durability family, the manufacturer needs to provide data demonstrating the vehicle differences being included in the same durability family will age similarly and will degrade in an equivalent manner. Section III.G.3.iii of the preamble (BEV and PHEV Battery Durability Family) contains additional response and outlines how the manufacturer can request specific groupings when supported by appropriate data. Specifically in response to comments that all lithium-ion chemistries regardless of sub-chemistry should be eligible to be placed within the same group, EPA clarifies that placement in the same battery durability family is not indicated when chemistry differences exist that would be expected to influence durability. Chemistry differences may include differences such as proportional metal composition of the cathode (for example, NMC811, NMC622, NMC333, etc.), composition of the anode (for example, graphite, graphite with silicon, other forms of carbon), differences in particle size or morphology of cathode or anode active materials, or any other differences that would be expected to influence durability, unless data is provided otherwise as described above.

Ford commented on the requirement for including in the certification application battery UBE test results. This requirement is similar to updating applications as the manufacturer implements a running change during the model year. Manufacturers are allowed to update their applications as needed. There is no change needed to EPA's regulations to allow this current practice to continue. Ford also noted their concern about disconnects between California's ACC II test groupings and EPA's durability test groupings based on GTR No. 22. As described in section 16 of this RTC document and in section III.G of the preamble, EPA will accept compliance with California's ACC II durability program in lieu of the EPA durability program. By this means manufacturers now have the option of developing and offering for sale nationally vehicles complying with the ACC II battery durability requirements. Regarding comments related to analytically derived fuel economy (ADFE) calculations for hybrids and electrified vehicles, at this time the Agency is not proposing to develop analytically derived fuel economy calculations for hybrids and electrified vehicles. This request is beyond the scope of the proposal.

Tesla provided comments generally supportive of the EPA battery durability program and in-use testing to demonstrate compliance with the durability requirements. These comments are addressed in RTC section 16. Tesla did provide a comment in their footnotes seeking additional guidance regarding the definition of the net power of the electrical machines. At this time EPA believes the appropriate value for the net power of the electrical machines is the combined peak power of all the electrical machines used to power the vehicle.

Responses to comments relating to other topics of battery durability and warranty are covered in section 16 this document.

## 6.3 - Fuel economy testing

**Comments by Organizations**

*Organization: Alliance for Automotive Innovation*

5. Test Cycle Basis

We support EPA's intent to continue using the city (Federal Test Procedure or "FTP") and highway (HFET) test cycles as the basis for measuring greenhouse gas emissions. If EPA were to modify or add test cycles, the footprint-based targets would need to be modified to account for such a change. [EPA-HQ-OAR-2022-0829-0701, p. 111]

Although other approaches (for example 5-cycle tests) may yield a result closer to on-road values, it is important to recognize that reductions based on 2-cycle testing also translate to on-road reductions. Therefore, maintaining a consistent "measuring stick" does not detract from the improvements required by the standards. [EPA-HQ-OAR-2022-0829-0701, p. 111]

G. GHG / Fuel Economy Test Fuel

EPA acknowledges that it did not finalize the 2020 proposed rule238 for Tier 3 Test Procedure Adjustment.239 We look forward to working with the agency to ensure that regulatory text properly addresses necessary changes that were proposed in 2020. We reiterate comments that we submitted on the Tier 3 Test Procedure Adjustment proposed rule in 2020.240 In addition to relevant comments on the NPRM, previously submitted comments are summarized below. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

238 85 FR 28564, May 13, 2020

239 NPRM at 29240

240 https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087

1. Do Not Adjust the Tailpipe CO2 Value for E10

We appreciate EPA's decision to incorporate the change of GHG test fuel into the GHG standards, rather than pursuing a standalone test procedure adjustment for MY2027 and beyond. However, this approach creates a never-ending cycle of adjustments to GHG standards when a lower carbon certification fuel is established (e.g., E15 cert fuel). In addition, EPA has proposed an adjustment for use of Tier 3 test fuel of 1.0166 if the fuel is used to certify before MY2027. Adjusting measured GHG emissions will disincentivize OEMs from switching to Tier 3 early and will penalize the benefits of low carbon fuels. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

The proposed action would artificially increase the measured tailpipe CO2 emissions on Tier 3 E10 test fuel before MY2027 vehicles by 1.0166. Adding CO2 emissions that are not emitted by the vehicle for the purposes of calculating an adjusted compliance level for vehicles is counter to the goal of reducing carbon emissions from the transportation sector. We recommend that if OEMs use Tier 3 E10 test fuel before MY2027, no adjustments be applied to incentivize OEMs to switch and to recognize the benefits of lower carbon fuels. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

2. Set R-Factor Equal to 1.0 for CAFE Performance on E10

In contrast to GHG emissions, for the purposes of Corporate Average Fuel Economy (CAFE), EPA is required by statute to use test procedures that provide comparable results to those used for MY 1975.241 Also, unlike CO2, fuel economy is a calculated quantity; it is not directly measured. However, EPA's proposed actions in the 2020 proposal fall short in making the statutorily required adjustments. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

1260

One component of the fuel economy calculation is the "R-factor."242 In simple terms, an R-factor of 1.0 implies that the impact of the energy content of a test fuel relative to that of the 1975 baseline fuel is fully observed in the test results and adjusted for. An R-factor of less than implies that a test vehicle does not fully realize the impact of fuel energy content changes and results in a lower calculated fuel economy for fuels with lower energy content. In the NPRM, EPA proposes a new R-factor of 0.81, an increase from the prior value of 0.6. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

242 In this NPRM, EPA proposes to replace R-factor with Ra for E10. In our comments, Auto Innovators will explain that these terms are equivalent. The use of the terms R-factor and Ra are largely interchangeable in the context of our comments.

Previous studies and theoretical principles regarding ethanol fuel combustion support a conclusion that the new R-factor should be 1.0. These studies are described in greater detail in our previously submitted comments. EPA's proposal for an R-factor of 0.81 is based solely on its data from a January 2018 study of ten vehicles. In our comments, Auto Innovators identified a number of limitations to the EPA test program, the largest of which are inherent variability issues. Although the EPA study attempted to address emission measurement variability, it did not consider significant variability attributable to laboratory testing procedures for analyzing fuel properties, a key factor in the computation of an appropriate R-factor. Additionally, the measurement of R-factor has also been shown to be highly variable on a vehicle-to-vehicle basis; the average R-factor could have differed considerably had a slightly different mix of vehicles been tested. For example, in EPA's test program, by replacing one vehicle that should have been excluded with a vehicle that was inappropriately excluded, the R-factor calculated based on EPA's limited test program would rise from 0.81 to 0.90. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

A much larger test fleet, preferably of the newest vehicles, is needed to reasonably approximate a representative "average R" applicable to the wide variety of vehicles and technologies that will be included in manufacturers' fleets. In support of a much larger test fleet, in our comments on the Tier 3 Test Procedure Adjustment proposed rule in 2020,243 Auto Innovators prepared a large and newer vehicle dataset comparing tailpipe emission test results on E0 and E10 test fuel. The industry-paired compliance dataset supports an R-factor close to 1.0. Industry compliance data represents the variability that manufacturers have to manage, and the results of EPA's analysis demonstrate that many vehicles will be penalized if the R-factor is adjusted based solely on EPA's ten vehicle test program. The 2020 NPRM underestimates the care that is taken in certification testing. Manufacturers take care both to supply good data to the Agency and to be able to track laboratory and model performance. We urge EPA to utilize this new larger dataset and finalize an R-factor of 1.0. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

243 https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087

There are additional practical reasons to set an R-factor of 1.0. This approach would obviate the need for future test programs when the test fuel is changed. With a non-unity R-factor, any future test fuel (e.g., E15) or fleet (with improved fuel economy technologies) would require additional updates to the R-factor, resulting in a need to continue updating the R-factor. The R-

factor at 1.0 would eliminate the necessity to reassess the R-factor in the future. [EPA-HQ-OAR-2022-0829-0701, pp. 130-132]

3. Allow Carry-Over Throughout the Duration of the Rule

The NPRM allows a three-year phase in from MY 2027 through MY 2029, but that phase-in is too quick of a transition. Auto Innovators recommends the use of carry-over throughout the duration of the rule. Requiring new data, for a vehicle that is carryover, for MY2030 and beyond adds unnecessary testng burden. [EPA-HQ-OAR-2022-0829-0701, p. 132]

4.Address the Impact of the E10 Transition on 5-Cycle Testing and Litmus Test

The fuel economy label "litmus test" determines whether a manufacturer must test a vehicle model using the full 5-cycle test procedure, or whether it can apply a simplified calculation that only requires two test cycles. In this 2020 NPRM, EPA proposes to move all litmus testing to E10 without determining the impact of using E10 tests in an empirical system founded on E0 testing. [EPA-HQ-OAR-2022-0829-0701, pp. 132-134]

EPA analysis shows that R-factor or Ra is cycle-specific, yet no analysis was conducted for the Cold CO, SC03 or US06 test cycles, all of which are used to determine 5-cycle fuel economy values for use on the consumer-based fuel economy label and to conduct the litmus assessment. Auto Innovators believes requiring the use of E0 regressions and litmus limits for vehicles tested on E10 is inappropriate. Further, this approach can be expected to result in unwarranted litmus failures, causing additional test burden and competitive fuel economy label disadvantages for vehicles that are otherwise very similar to each other. Auto Innovators requests that EPA continue to allow automakers the option to retest on E0 for litmus assessment until the implications of the new E10 test fuel on the complex 5-cycle and litmus methodology can be fully examined and addressed. [EPA-HQ-OAR-2022-0829-0701, pp. 132-134]

5.Consider Fuel Economy and Environmental Performance Labeling Impacts

Auto Innovators believes that continued use of the existing derived fuel economy values is warranted for labeling purposes until proper E10 adjustments are developed. This reasoning does not hold for litmus test, however, since relatively small shifts in the cycle relationships can cause undue litmus failure and a lower label fuel economy for an affected vehicle model. [EPA-HQ-OAR-2022-0829-0701, pp. 132-134]

In Table 30 of the NPRM, EPA includes an adjustment for Fuel Economy and Environment Label Values. We believe that this was an error in drawing, as there should not be an adjustment for CO2 for fuel economy and environment label values. [EPA-HQ-OAR-2022-0829-0701, pp. 132-134]

SEE ORIGINAL COMMENT FOR Figure 39: NPRM Table 30: Proposed fuel-related testing and certification requirements.6.Allow Use of California LEV III Test Fuel [EPA-HQ-OAR-2022-0829-0701, pp. 132-134]

EPA should allow use of California LEV III E10 test fuel for GHG and fuel economy testing. To reduce complexity and streamline operations allow OEMs, who may choose, to use California LEV III test fuel as acceptable fuel alternative to the Tier 3 test fuel. In our 2020 comments and below, we provide carbon weight fraction and net heat of combustion calculations

that will enable use of LEV III test fuel in compliance calculations. [EPA-HQ-OAR-2022-0829-0701, pp. 132-134]

7.Net Heating of Combustion (NHC) and Carbon Weight Fraction (CWF) Equations

There are equation issues found in the 2020 NPRM that still must be resolved. Those issues are reiterated below. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

a)ASTM D240, ASTM D4809, and ASTM D5291 should not be used in the calculation of fuel economy and other ASTM test method corrections.

EPA previously requested feedback regarding analytical methods ASTM D5291 for Carbon Weight Fraction (CWF) and ASTM D4809 for Net Heat of Combustion (NHC). These test methods should not be employed for determining CWF and NHC used in the calculation of fuel economy. These test methods have a bias relative to the original test methods, which were used to establish the CWF and NHC of the 1975 baseline fuel. The biases in these test methods will introduce errors in the fuel economy results. In addition, these test methods have higher variability and will introduce unwanted variation into the calculated fuel economy results. Auto Innovators supports using ASTM D3338 and D3343 with modifications for E10 in the calculation of fuel economy. The two legacy trade associations submitted a joint letter to EPA on April 4, 2018, expressing support for using modified ASTM D3338 and D3343 test methods. The letter was included as Appendix D of Auto Innovators' submitted comments on the Tier 3 Test Procedure Adjustment proposed rule in 2020.244 [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

244 https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087

Corrections are also needed to the list of ASTM procedures adopted by reference in §600.011: modified D3338 replaces D240 and D4809 for NHC in §600.113-12(f)(1), and D5580 aromatic content of LEV III fuel should be added to §600.113-12(f)(1) and the list in §600.011. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Auto Innovators agrees with several of the Agency's proposed revisions to §600.113-12. The exception being that fuel sulfur content, water, and aromatic content should also be included in the calculations. For the aromatic content used to determine the NHC and CWF for use in the fuel economy equation when using LEV III fuel, a second alternative method, ASTM D5580-15, can be used as long as the result is first bias-corrected as described in D5580-15 to ASTM D5769-20 and is then bias-corrected as described in ASTM D1319. This second alternative method for bias correcting the aromatic content of LEV III should be added to §600.113–12. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Additional details were provided in Appendix E of Auto Innovators' submitted comments on the Tier 3 Test Procedure Adjustment proposed rule in 2020.245 [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

245 https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087

b) Implement consistent units and rounding procedures for Net Heat of Combustion and other technical amendments.

Paragraph §600.113-12(f)(1)(iii) of the previous NPRM contained inconsistencies of units and rounding instructions. To resolve the inconsistencies, changes are needed and must be made regardless of whether units are going to be retained as MJ/kg or changed to BTU/lb. We request that EPA take the approach of changing to consistent use of BTU/lb rounded to the nearest whole number for both E0 and E10 NHC. Additional details were provided in Appendix F of Auto Innovators' submitted comments on the Tier 3 Test Procedure Adjustment proposed rule in 2020.[246] [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

246 https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087

There are also additional changes needed to 600.113-12(f)(1) not related to units:

- NHV and CWF are used in the E0 equation in 600.113-12(h), which is the existing paragraph that addresses computation of mpg for tests still run on E0. This paragraph says to go to 600.113-12(f)(1) to obtain "NHV" and "CWF" for the E0 test fuel. But (f)(1) terminology has been changed from NHV and CWF to NHC and CMF. While this is just a terminology change, the regulations should be clarified such that they mean the same thing with regard to what values are obtained from (f)(1) for use in the equation in (h). [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

- The term $vFe$ needs to be defined as volume fraction of ethanol which is $vPe/100$. $vPe$ is defined as volume percentage, but steps in the calculations leap directly to use of $vFe$ without definition or explanation. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

- The typo should be fixed where it says $NHCf$ = net neat of combustion of test fuel = $NHGH \cdot (1 - mFe) + NHCe \cdot mFe$. NHGH should be NHCh. This was shown correctly in the "signature package" version of the NPRM and then the typo appeared in the FR version. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

A clarification is also needed in 600.101(c) to avoid additional test burden and unnecessary confusion to customers due to fuel economy value fluctuations, which are not essential, such as measurement variations. Additionally, the paragraph refers to criteria emission standards, but we believe E10 optional tests for EDV configuration is already allowed. Therefore, this sentence should be revised to refer to fuel economy as follows. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

600.101(c)

"… This requirement starts in model year XX for all fuel economy and certification testing in new test groups that do not use carryover data for criteria emission standards fuel economy…"[EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

5.3.Do not remove sulfur corrections and water correction to modified ASTM

D3338 [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

EPA is requesting feedback regarding removing the sulfur correction from the modified D3338 method for determining Net Heat of Combustion (NHC). The sulfur adjustment in ASTM D3338 lowers the calculated NHC. Eliminating the sulfur adjustment will result in a higher calculated NHC and lower calculated CAFE resulting in an increase in stringency. While the sulfur content in Tier 3 test fuel is very low and the adjustment is small, in some cases the sulfur

adjustment will cause the NHC value to round up instead of down. Sulfur is a required parameter for the Tier 3 test fuel and the sulfur value is already known for the test fuel. Eliminating the sulfur adjustment does not reduce burden. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

EPA is also requesting feedback regarding omitting the water adjustments from the modified D3338 method for determining NHC. The water adjustment in ASTM D3338 lowers the calculated NHC. Eliminating the water adjustment will result in a higher calculated NHC and lower calculated CAFE resulting in an increase in stringency. While the water content in Tier 3 and LEV III test fuel is very low and the adjustment is small, in some cases the water adjustment will cause the NHC value to round up instead of down. Water is typically reported in Tier 3 and LEV III certification fuel analyses. Omitting the water adjustment does not reduce burden. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

The required adjustments to include sulfur and water in the various equations follow. Include after (f) (1) (i)

- Water. Determine water using ASTM E1064. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

- Sulfur. Determine Sulfur using ASTM D2622 or ASTM D5453. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (ii)(A) by including the sulfur term in the E0 CMF determination:

- CMF = 1 – 0.01 × hydrogen mass percent – 0.01 × sulfur mass percent. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (ii) (B) by including the water term in the Carbon Mass Fraction:

- CMFf = carbon mass fraction of test fuel = CMFh × (1 – MFH2O – mFe) + CMFe × mFe. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (ii) (B) by including the water term in the aromatic content of the hydrocarbon fraction:

- ?? = aromatic content of the hydrocarbon fraction = vParo,f / (1 – vFe – VFH2O) [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (ii) (B) by including ASTM D5580 as an alternative method for determining aromatic content as long as it is corrected to ASTM D1319. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

- vParo,f = volume percent aromatics in the test fuel as determined by ASTM D1319-15 (incorporated by reference in §600.011). An acceptable alternative method is ASTM D5769-10 (incorporated by reference in §600.011), as long as the result is bias-corrected as described in ASTM D1319. An acceptable alternative method is ASTM D5580-15 (incorporated by reference in §600.011), as long as the result is bias-corrected to ASTM D5769-10 and then bias corrected again to ASTM D1319-15. [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (ii) (B) by including the water term in the specific gravity of the hydrocarbon fraction:

- SGh = specific gravity of the hydrocarbon fraction = (SGf – sGe × vFe – SGH2O × VFH2O) / (1 – vFe – VFH2O) [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (iii) (B) by including the water terms in the net heat of combustion of the test fuel:

- NHCf = net heat of combustion of test fuel = NHCh × (1 – mFe – MFH2O) + NHCe × mFe –

MFH2O × NHV60, H2O

- NHV60, H2O = net heat of vaporization of water at 60F = 1059 BTU/lb [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (iii) (B) by including the water term in the aromatic content of the hydrocarbon fraction:

- ? = aromatics content of the hydrocarbon fraction = vParo,f / (1 – vFe – VFH2O) [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

Change (f) (1) (iii) (B) by including the water term in the specific gravity of the hydrocarbon fraction:

- SGh = specific gravity of the hydrocarbon fraction = (SGf – sGe × vFe – SGH2O × VFH2O) / (1 – vFe – VFH2O) [EPA-HQ-OAR-2022-0829-0701, pp. 134-137]

*Organization: American Coalition for Ethanol (ACE)*

Vehicle incentives/credits are not the only area in which EPA seems to penalize technologies designed to operate efficiently on ethanol-blended fuel, indeed another inequity exists with the Agency's outdated fuel economy formula. In previous statements, EPA has acknowledged part of the fuel economy formula (the R-factor) unfairly penalizes fuel containing ethanol. Consequently, EPA is discouraging automakers from developing efficient engines that require higher octane ratings and higher ethanol content. EPA has previously said the 0.6 R-factor is erroneous and fails to achieve the statutory purpose of evaluating the fuel economy of fuels containing ethanol. The auto industry has asked EPA for an R-factor of 1.0. In response, EPA has suggested the correct value may lie "between 0.8 and 0.9." ACE supports an R-factor of 1.0. [EPA-HQ-OAR-2022-0829-0613, p. 5]

Section 202(a)(3)(A)(ii) of the Clean Air Act authorizes EPA to look beyond the basic engine to set its engine or vehicle emission standards. Specifically, the statute says "in establishing classes or categories of vehicles or engines for purposes of regulations under this paragraph, the Administrator may base such classes or categories on gross vehicle weight, horsepower, type of fuel used, or other appropriate factors (emphasis added)." To account for the "type of fuel used" EPA needs to conduct a full lifecycle GHG emissions analysis. [EPA-HQ-OAR-2022-0829-0613, p. 5]

*Organization: Clean Fuels Development Coalition et al.*

VI.   The Proposed Rule Should Fix the Problems with Fuel-Related Testing and Certification Requirements.

The proposed rule would also implement several changes to test fuel requirements, including requiring that model year 2027 and later vehicle compliance be demonstrated on Tier 3 test fuel. 88 Fed. Reg. 29,240. EPA explains that "Tier 3 test fuel more closely represents the typical market fuel available to consumers in that it contains 10 percent ethanol" and so EPA is reproposing an adjustment factor to allow demonstration of compliance with the existing standards using Tier 3 test fuel. Id. [EPA-HQ-OAR-2022-0829-0712, p. 45]

Requiring manufacturers to test on Tier 3 fuel and use the resultant tailpipe emissions directly in compliance calculation is a good step towards regulatory realism. But EPA's proposed approach does not fix many of the problems that have been identified in previous rulemakings. Some commentors here provided a full analysis of EPA's 2020 proposal to adjust vehicle test procedures for Tier 3 test fuel in comment submitted on that rulemaking docket. These previous comments should be considered comments on the agency's renewed attempt to finalize this proposal and are thus attached in an appendix to this comment. See Appendix B. EPA states that it "will be reevaluating comments received on the 2020 proposal as well as the comments for this proposal and considering if any corrections and adjustments are required, with any appropriate modifications based on the comments received and on the changing circumstances reflected in the current proposed rule for setting new standards for MY 2027 and later vehicles." 88 Fed Reg. 29,241 (emphasis added). Commentors reiterate that all issues raised in their previous comments apply to EPA's current revival of these same issues here. That the current proposal switches the 1.0166 factor from a multiplier applied to Tier 3 to test results to a divisor applied to Indolene test results does nothing to change the applicability of those comments. [EPA-HQ-OAR-2022-0829-0712, p. 45]

There are two primary issues with the proposed test fuel changes. First, the proposed rule's adjustment factor for carbon-dioxide emissions artificially inflates the carbon-related exhaust emissions for vehicles certified on the Tier 3 E10 test fuel. As a result, the rule penalizes low-carbon fuels like E10 by eliminating their natural advantage as a lower carbon solution. The Clean Air Act does not allow EPA to adjust test procedures to artificially distort $CO_2$ emissions from vehicles. Maintaining the 1.0166 factor for pre-model year 2027 artificially inflates the $CO_2$ emissions of vehicles certified on Tier 3 test fuels by making their $CO_2$ emissions appear 1.66% higher than they are. Similarly, dividing test results for Indolene by 1.0166 for MYs 2027-29 makes those vehicles' $CO_2$ emissions appear lower than they are. And maintaining a $CO_2$ factor at all sets up barriers to future higher ethanol blends. [EPA-HQ-OAR-2022-0829-0712, pp. 45-46]

Second, EPA's proposed R-factor of 0.81 is too low and a more accurate R-factor is closer to 1. The proposed R-factor is flawed because it is based on a test program that EPA has admitted is flawed. This test program did not use representative Tier 3 vehicles or test enough vehicles. Further EPA's analysis of the Tier 3 test program data was flawed because it systematically elected to included unreliable and unrepresentative data. Finally, EPA's conclusions are inconsistent with the results of its own prior studies. [EPA-HQ-OAR-2022-0829-0712, pp. 45-46]

A.   The Clean Air Act does not allow EPA to adjust test procedures to artificially distort $CO_2$ emissions.

While EPA has discretion under the Clean Air Act to define and execute appropriate emissions test procedures, EPA's proposed $CO_2$ adjustment, which artificially distorts the $CO_2$

emissions measured on vehicles certified using Tier 3 test fuel, exceeds that discretion. Section 202 directs EPA to "prescribe. . . standards applicable to the emission[s] . . . from any class or classes of new motor vehicles," including CO2 emissions. 42 U.S.C. §7521(a)(1); Massachusetts v. EPA, 549 U.S. 497, 528 (2007). To establish compliance with the prescribed emission standards, Section 206 authorizes EPA to test, or require manufacturers to test, vehicles "in such manner as [the agency] deems appropriate." 42 U.S.C. §§ 7525(a)(1), (a)(3)(B). EPA can further revise those tests "[f]rom time to time . . . as deem[ed] appropriate." 42 U.S.C. §7525(a)(4)(B). [EPA-HQ-OAR-2022-0829-0712, p. 46]

But EPA's authority to adjust emissions test procedures under Section 206 is not unbounded. Congress unequivocally indicated its desire that test procedures reflect actual vehicle emissions, directing EPA to "review and revise" test procedures "to insure that vehicles are tested under circumstances which reflect the actual current driving conditions under which motor vehicles are used, including conditions relating to fuel, temperature, acceleration, and altitude. 42 U.S.C. § 7525(h) (emphasis added); see also Energy Future Coalition v. EPA, 793 F.3d 141, 147 (D.C. Cir. 2015) ("[T]he Clean Air Act provides that EPA's test fuel regulations must 'reflect the actual current driving conditions under which motor vehicles are used, including conditions relating to fuel.'")." [EPA-HQ-OAR-2022-0829-0712, p. 46]

And Section 206 limits EPA to defining test procedures that are "appropriate... to determine whether [a vehicle] conforms with" the emissions standards set under Section 202(a). 42 U.S.C. § 7525(a)(1) (emphasis added). While the term "appropriate" may "leave[] agencies with [some] flexibility," the term still must be "[r]ead naturally in the [] context" of the statute. Michigan v. EPA, 135 S. Ct. 2699, 2707 (2015); see also City of Boerne v. Flores, 521 U.S. 507, 517 (1997) (legislation is "appropriate" if it is "adapted to carry out the objects the amendments have in view") (quoting Ex Parte Virginia, 100 U.S. 339, 345–46 (1879)). The most natural understanding of the term "appropriate" in the context of Section 206 is that test procedures should reflect accurate, actual, real-world vehicle emissions. It is not appropriate to distort measured emissions simply to maintain stringency. [EPA-HQ-OAR-2022-0829-0712, pp. 46-47]

Indeed, EPA itself has historically interpreted its authority to set test procedures as requiring test procedures that reflect actual, not scaled, tailpipe CO2 emissions. For each test fuel that EPA currently allows in certification—gasoline, diesel, methanol, natural gas, ethanol, liquified petroleum gas, and related fuel blends— EPA's procedures for determining CREE reflect the actual—not "adjusted"—vehicle CO2 emissions. See 40 C.F.R. § 600.113-12(h)–(m). EPA's proposed CO2 adjustment, which artificially adjusts CO2 emissions of vehicles by 1.66%, would be unprecedented. It would single out an individual test fuel and perversely penalize it alone for its lower carbon output. [EPA-HQ-OAR-2022-0829-0712, pp. 46-47]

Under the Clean Air Act, changes in vehicle emissions due to changes in test fuels are properly addressed by adjusting emission standards, not by changing test procedures. EPA's contrary arguments in the Tier 3 proposed rulemaking are unpersuasive. In the preamble to that proposed rule, EPA claims, without support, "that for testing for CO2 emissions compliance under the Clean Air Act, the statute allows, but does not require [CO2 emissions] adjustments back to 1975 test procedures, including for changes in test fuel properties." 85 Fed. Reg. 28,567. The relevant provisions, however, make no reference to scaling vehicle emissions test procedures to align with decades-old test procedures. Indeed, as CO2 emissions were first regulated in

model year 2012, 40 C.F.R. § 86.1818-12(c), EPA's theory is a pure anachronism: There are no 1975 CO2 test procedures EPA could adjust to. [EPA-HQ-OAR-2022-0829-0712, pp. 47-48]

EPA nevertheless claimed that the CO2 adjustment is necessary "to produce the expected CO2 performance had the vehicle been tested over the same test cycles while operating on Tier 2 fuel." 85 Fed. Reg. 28,573. However, unlike EPCA, which expressly states that compliance with fuel economy standards is tied to the 1975 test fuel, 49 U.S.C. § 32904(c), the Clean Air Act nowhere suggests that the greenhouse gas vehicle emissions used for compliance purposes are tied to a particular (i.e., Tier 2) baseline. Instead, the most natural reading of Section 202's requirement that "emission[s] . . . from any . . . new motor vehicles or new motor vehicle engines" must meet prescribed standards is that actual emissions—not some scaled version of them—must meet the imposed standards. [EPA-HQ-OAR-2022-0829-0712, pp. 47-48]

Had Congress intended EPA to develop test procedures that scale emissions tailpipe measurements to align with some predetermined model year baseline, it could have said so—as it did in the EPCA. The absence of any such language in the Clean Air Act suggests that Congress meant exactly what it said: that emissions test procedures should "reflect the actual current driving conditions under which motor vehicles are used, including conditions relating to fuel," 42 U.S.C. § 7525(h) (emphasis added), meaning the procedures reflect the actual CO2 emissions generated by tested vehicles using a particular test fuel that is representative of market fuel. [EPA-HQ-OAR-2022-0829-0712, p. 48]

Furthermore, the proposed adjustment is based on a fundamental misconception of EPA's statutory role under Section 202(a). EPA asserted that its CO2 adjustment is "predicated on a view of [greenhouse gas] . . . stringency as relating to vehicle efficiency rather than tailpipe emissions in a market representative fuel mix." 85 Fed. Reg. at 28,566; id. at 28,570 (claiming the proposed CO2 adjustment is "necessary to realign test results to maintain efficiency controls at the vehicle manufacturer level."). But unlike with CAFE, the purpose of CO2 regulation is not improving vehicle "efficiency," but protecting the health and welfare of the people of the United States. As the Supreme Court observed in Massachusetts v. EPA, "EPA has been charged with protecting the public's 'health' and 'welfare,' a statutory obligation wholly independent of DOT's mandate to promote energy efficiency." 549 U.S. at 532 (citation omitted). Yet the proposed CO2 adjustment is unlawfully predicated on the notion that Section 202(a) is an energy-efficiency mandate no different from DOT's obligation to increase fuel economy, in contravention of the Supreme Court's interpretation of the Act. [EPA-HQ-OAR-2022-0829-0712, p. 48]

Finally, EPA's interpretation of the scope of Section 206 has no principled limitation. If EPA may conjure up fake carbon molecules to the emissions of E10 simply to "maintain stringency," EPA would also be able to make measured carbon molecules disappear if regulatory changes or other factual circumstances make the standards more difficult to achieve than initially planned. This kind of hocus-pocus has no basis in the statute. EPA has no discretion to bias the test procedures against a test fuel to adjust the stringency of the CO2 standards. It should abandon its novel and flawed view of the Clean Air Act and adopt test procedures that measure real CO2 emissions. [EPA-HQ-OAR-2022-0829-0712, p. 48]

B.   The proposed CO2 adjustment is an arbitrary and capricious departure from the agency's policy of fuel neutrality.

1269

EPA's proposed CO2 adjustment is also an arbitrary and capricious departure from the agency's policy of fuel neutrality. When it departs from precedent, an "agency must at least 'display awareness that it is changing position' and 'show that there are good reasons for the new policy.'" Encino Motorcars, LLC v. Navarro, 136 S. Ct. 2117, 2126 (2016) (quoting FCC, 556 U.S. at 515). [EPA-HQ-OAR-2022-0829-0712, pp. 48-49]

By singling out a single test fuel for a CO2 penalty, EPA departs from its historic approach of applying emissions standards and related test procedures in a way that is "fuel neutral," so that "vehicles certified to operate on any fuel (e.g., gasoline, diesel fuel, ethanol blends, compressed natural gas, liquefied natural gas, hydrogen, and methanol) are all subject to the same standards." Cong. Research Serv., Tier 3 Motor Vehicle Emission and Fuel Standards 4 (Apr. 28, 2014); see also Tier 3 Rule, 79 Fed. Reg. at 23,558 ("Consistent with the Tier 2 principle of vehicle and fuel neutrality, the same Tier 3 standards apply to all LDVs, LDTs, or MDPVs, regardless of the fuel they use, as proposed. That is, vehicles certified to operate on any fuel (e.g., gasoline, diesel fuel, E85, CNG, LNG, hydrogen, and methanol) are all subject to the same standards."). In doing so, it eliminates the natural advantage of low-carbon test fuels in the certification process and wipes out the incentive to develop and adopt cleaner, lower-carbon fuels and technologies, cutting-off a promising pathway for achieving lower emissions and lower cost vehicles. [EPA-HQ-OAR-2022-0829-0712, pp. 48-49]

EPA's proposed rule effectively places a thumb on the scale in favor of electrification and against clean, low-carbon fuels, ultimately harming both the environment and the consumer. Moreover, by discouraging adoption of low-carbon fuels like high-octane mid-level ethanol blends as an option to reduce CO2 emissions, EPA's approach only endangers the public health and welfare, contrary to EPA's statutory duty. 42 U.S.C. § 7521(a)(1). To advance its mandate, EPA should encourage all fuel and vehicle low-carbon solutions, not pick winners and losers by erecting barriers to particular fuels. [EPA-HQ-OAR-2022-0829-0712, pp. 48-49]

C. The proposed R-factor exceeds EPA's authority to adjust fuel economy test procedures.

Under the existing statutory framework, Congress granted exclusive authority to DOT to "prescribe by regulation average fuel economy standards for automobiles." 49 U.S.C. § 32902(a). EPA has no authority to change the stringency of standards set by DOT. Rather, EPA is limited to prescribing fuel economy test procedures that give "comparable results" to the procedures used for model year 1975. 49 U.S.C. § 32904(c). [EPA-HQ-OAR-2022-0829-0712, pp. 49-50]

There is ample evidence that EPA's proposed R-factor of 0.81 is too low and that an accurate R-factor is closer to 1. See Appendix B; see also C. Scott Sluder et al., Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles, SAE Tech. Paper 2014-01-1572. Imposing an R-factor that is too low yields adjusted Tier 3 fuel economy results that are too low compared to the results that would be generated under 1975 vehicle test procedures, violating the comparability requirement. Moreover, EPA's improperly low proposed R-factor makes the fuel economy standards harder to meet, effectively raising their stringency and exceeding EPA's limited authority to adjust fuel economy test procedures. See id. [EPA-HQ-OAR-2022-0829-0712, pp. 49-50]

A simple example illustrates this increase in stringency: if the accurate R-factor is 1—a value that is close to values suggested by previous studies—EPA's proposed value of 0.81 results in an

adjusted Tier 3 fuel economy that is 0.52% lower than the accurate adjusted fuel economy, effectively increasing the standard that a vehicle certified with a Tier 3 test fuel must meet by the same amount. EPA undertakes no such cost-benefit analysis or consideration of alternatives in its notice of proposed rulemaking, and regardless, EPA has no authority to make any such change. Only DOT has legal authority to promulgate regulations that increase the stringency of fuel economy standards. [EPA-HQ-OAR-2022-0829-0712, p. 50]

EPA's authority in this instance is limited to promulgating an R-factor that gives "comparable results" to the test procedures used for model year 1975. 49 U.S.C.§ 32904(c). Because EPA's proposed R-factor of 0.81 is erroneous, the proposed rule changes fuel economy standards and thus it exceeds EPA's statutory authority to adjust test procedures. [EPA-HQ-OAR-2022-0829-0712, p. 50]

D.   EPA's analysis of the test program data was flawed and inconsistent with previous EPA studies.

EPA's analysis of the limited data it had from the test program is also flawed. Specifically, EPA systematically includes outlier data and data from unrepresentative vehicles that lowers the determined R-factor, while needlessly excluding other vehicle data that would increase the R-factor. As documented in Appendix B, the analysis inappropriately includes unreliable, outlier results from a faulty 2013 Chevrolet Malibu test vehicle, which significantly skews EPA's calculations and leads to a proposed R-factor that is far too low. At the same time, EPA arbitrarily excluded from its analysis results from the 2016 Acura ILX test vehicle simply because they were "unexpected." By excluding the Acura results, EPA's determined R-factor was lower than it would have been had it included all Test Program vehicles in its analysis. [EPA-HQ-OAR-2022-0829-0712, pp. 50-51]

EPA's analysis is also questionable because its determined R-factor is inconsistent with the results of numerous other recent EPA studies that have determined R factors much closer to 1. Within the past decade, EPA has sponsored or participated in at least three studies that have generated the data necessary to determine the R factor for vehicles operating using gasoline-ethanol fuel blends: the DOE Immediate Ethanol Effects Study, the EPAct/V2/E-89 Study, and the DOE Catalyst Durability Study. These studies included vehicles spanning model years 1999 to 2009. C. Scott Sluder et al., Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles, SAE Tech. Paper 2014-01-1572. While these studies were not designed specifically to measure R factor, the data they generated is nonetheless appropriate for doing so. [EPA-HQ-OAR-2022-0829-0712, pp. 50-51]

These previous EPA studies also have a significant advantage over the Tier 3 Test Program in that they evaluated a considerably larger number of vehicles and fuel blends, allowing determination of an R-factor with much greater certainty than EPA is able to do based on the Tier 3 Test Program data.25 So, while the vehicle selection and test method varied slightly compared to the Tier 3 Test Program, the results from these studies still provide a valuable reference point for corroborating EPA's conclusions from its Tier 3 Test Program. [EPA-HQ-OAR-2022-0829-0712, p. 51]

25 The Immediate Ethanol Effects Study included measurements on sixteen vehicle models and four fuel blends; the EPAct Study included measurements on fifteen vehicle models and a set of twenty- seven fuels; and the Catalyst Durability Study included 18 matched sets of vehicle models and four test fuels that produced data appropriate for R-factor analysis. The estimated uncertainties (95% confidence) for the R-

factor determinations from these studies ranges from 0.010 to 0.075, significantly smaller than the uncertainty in EPA's analysis for the proposed rule. See Appendix B.

These three previous studies uniformly found higher average R-factors than EPA's proposed R-factor of 0.81. Analysis of the Immediate Ethanol Effects Study results yielded an R-factor ranging from 0.86 to 0.89, the EPAct Study yielded an R-factor of 0.92, and the Catalyst Durability Study yielded an R factor of 0.94 to 0.96. All these studies had significantly lower uncertainties in their determined R-factors than EPA has in its proposed R-factor: the maximum R-factor uncertainty among the three studies of ±0.087, compared to an uncertainty of ±0.39 in EPA's proposal. The R-factor derived from these studies can be compared directly to EPA's proposal, and their uniformly higher values confirm that EPA's Tier 3 Test Program analysis underestimates R. [EPA-HQ-OAR-2022-0829-0712, p. 51]

As a result, the adjustment factors calculated by EPA are arbitrary and capricious. [EPA-HQ-OAR-2022-0829-0712, p. 51]

For all the reasons detailed above, EPA should withdraw the proposed rulemaking and issue another proposed rulemaking that complies with the agency's statutory obligations. To satisfy its obligations under the Clean Air Act, EPA should reconsider its proposed Tier 3 Test Fuel adjustments and instead finalize a rule that eliminates the proposed $CO_2$ adjustment and that includes an R-factor of not less than 0.95. Commentors strongly urge EPA to use its Section 202 powers effectively and consider the ways in which ethanol and other renewable fuels can improve our nation's light- and medium-duty fleet. [EPA-HQ-OAR-2022-0829-0712, pp. 51-52]

*Organization: Environmental. and Public Health Organizations*

XIII. EPA Should Finalize the Proposed Test Fuel Change for GHG and Fuel Economy Certification But Not for Labeling Purposes, and It Should Require the Use of Adjustment Factors in Appropriate Circumstances. [EPA-HQ-OAR-2022-0829-0759, p. 96]

We support EPA's proposal to require gasoline-powered vehicles to demonstrate compliance with the MY 2027-2032 GHG standards using Tier 3 test fuel, as well as its proposal to require the use of adjustment factors in certain situations. See 88 Fed. Reg. at 29240-42 & Tbl. 30. In addition to the points made below, we urge EPA to consider the comment letter that many of the undersigned organizations submitted to EPA in August 2020 regarding its related proposal on Tier 3 test fuel (which was never finalized).230 [EPA-HQ-OAR-2022-0829-0759, p. 96]

230 Comment Letter re: EPA-HQ-OAR-2016-0604, Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel (Aug. 14, 2020), at https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0081.

In the 2014 Tier 3 Rule, EPA appropriately decided to transition away from Indolene (also known as "Tier 2") test fuel, which no consumer can purchase, to a test fuel ("Tier 3," which contains 10% ethanol) that represents what consumers can actually purchase at the pump. 79 Fed. Reg. at 23525-26. As part of the Tier 3 rulemaking, EPA committed to assessing the impact of the test fuel change on the GHG emissions and fuel usage of the new vehicle fleet. Id. at 23531-32. The results of the Agency's subsequent research study were conclusive: switching from Indolene to Tier 3 test fuel reduces fuel economy and tailpipe emissions of carbon dioxide.231 As EPA rightly concludes, the "difference in GHG emissions between the two fuels

is significant in the context of measuring compliance" with GHG standards. 88 Fed. Reg. at 29241. [EPA-HQ-OAR-2022-0829-0759, pp. 96-97]

231 See U.S. EPA, Tier 3 Certification Fuel Impacts Test Program, EPA-420-R-18-004 (Jan. 2018), at 2, available at https://www.regulations.gov/document/EPA-HQ-OAR-2016-0604-0003.

Because EPA has based the proposed MY 2027-2032 GHG standards on the use of Tier 3 test fuel instead of Indolene, id. at 29240-41, requiring manufacturers to use Tier 3 test fuel to demonstrate compliance in MY 2027 and beyond is appropriate. We agree that compliance testing using Tier 3 fuel in MY 2027-2032 does not require an adjustment factor. [EPA-HQ-OAR-2022-0829-0759, p. 97]

We also agree with EPA's proposal that any manufacturers that use Tier 3 test fuel to certify compliance with pre-MY 2027 GHG standards must apply an adjustment factor of 1.0166. 88 Fed. Reg. at 29241 & Tbl. 30. Since the existing (pre-MY 2027) GHG standards are based on Indolene test fuel, using this adjustment factor is necessary to avoid arbitrarily crediting vehicles tested with Indolene with artificial reductions in GHG emissions. As EPA has recognized, not applying an adjustment factor would effectively (and inappropriately) reduce the stringency of the existing GHG standards. U.S. EPA, Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel, 85 Fed. Reg. 28564, 28566 (May 13, 2020) (proposed, never-finalized rule regarding Tier 3 test fuel change). Failing to require an adjustment factor would also impose unwarranted additional costs on consumers at the gas pump. To avoid unnecessary and harmful delays in manufacturers applying the adjustment factor to pre-MY 2027 vehicles tested on Indolene, EPA should also clarify that this provision takes effect 60 days after the rule becomes final. [EPA-HQ-OAR-2022-0829-0759, p. 97]

EPA's approach to adjusting the fuel economy and GHG certification values based on the certified fuel as outlined in Table 30 of the Proposal is appropriate. However, the Agency should begin requiring Tier 3 fuel used for certification for all non-carryover vehicles beginning with the first complete model year following finalization of the rule, in order to avoid manufacturers trying to exploit relative Indolene vs. Tier 3 performance different than the average adjustment factor. Manufacturers already certify vehicles on Tier 3 fuel and are aware of any potential discrepancies that could be used to their advantage, so the Agency should eliminate any opportunity for manipulation of certification results as soon as possible, with no phase in period. Allowing carryover is a sufficient compromise to minimize testing burden. [EPA-HQ-OAR-2022-0829-0759, p. 97]

We do not support EPA's proposal to adjust certification test fuel requirements for purposes of fuel economy and emissions labels. The use of Tier 3 fuel for certification was justified because this fuel more closely aligns with the fuel available to consumers at the pump.232 Thus, Tier 3 fuel is more representative of the fuel a consumer would use to judge their own fuel economy. In contrast, the data collected to support the latest iteration of the fuel economy label was collected in 2004-2005,233 prior to the Renewable Fuel Standard (RFS2) taking effect. Ethanol content in fuel in 2004-2005 was just 2%, on average; MTBE was the more popular oxygenate; and gasoline's oxygen content averaged just over 1%, as opposed to 2014, when Tier 3 (E10) fuel was defined to reflect the 10% ethanol content of the reformulated gasoline available to consumers and oxygen content nearly doubled.234 While Indolene has never been available at the gas pump, many of the average properties for 2004 pump fuel are directionally more similar to Indolene than to Tier 3 fuel: lower gravity, lower ethanol content, lower oxygen,

and higher aromatics.235 Thus, the fuel economy labeling tests were, to first order, based on the pump fuel at the time, and now such tests should reflect the updated fuel more representative of today's current pump fuel. Therefore, rather than applying the adjustment factor to Tier 3-certified vehicles, as EPA proposes, it would be more appropriate to apply the inverse adjustment factor to Indolene-certified vehicles. While we appreciate the point made by EPA that "a comprehensive assessment of real world fuel economy is the best process to ensure that all real-world effects are reflected," 85 Fed. Reg. at 28579, such an assessment is a resource-intensive undertaking that has not been attempted in nearly 20 years, and EPA has sufficient data based on its Tier 2/Tier 3 program to account for a shift in the available pump fuel. [EPA-HQ-OAR-2022-0829-0759, pp. 97-98]

232 "E10 most appropriately reflects in-use gasoline around the country today and into the foreseeable future, and thus we are finalizing E10 for the test fuel." 79 Fed. Reg. at 23450.

233 U.S. EPA, Final Technical Support Document–Fuel Economy Labeling of Motor Vehicles: Revisions to Improve Calculation of Fuel Economy Estimates, EPA-420-R-06-017 (Dec. 2006), at Appendix A, available at http://nepis.epa.gov/Exe/ZyPDF.cgi/P1004F41.PDF?Dockey=P1004F41.PDF.

234 U.S. EPA, Fuel Trends Report: 2006-2016, EPA-420-R-17-005 (2017), at 27, Tbl. 6, available at https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100T5J6.pdf.

235 Compare id. Tbl. 6 with U.S. EPA, Tier 3 Certification Fuel Impacts Test Program, EPA-420-R-18-004 (Jan. 2018), at 5, Tbl. 3.1.

*Organization: Ford Motor Company*

E10 Fuel Economy & GHG Testing Transition

Ford generally supports EPA's proposal to transition to E10 test fuel for GHG and fuel economy testing. Specifically, we support the ability to conduct E10 testing before 2027MY with appropriate adjustments, and the application of 1.0166 divisor to E0 testing conducted after 2026MY. [EPA-HQ-OAR-2022-0829-0605, p. 9]

Ford also recommends the following clarifications/adjustments to the proposed E10 provisions: [EPA-HQ-OAR-2022-0829-0605, p. 9]

- To ease test burden and provide greater flexibility, E0 carry-over testing should be extended through 2030MY. [EPA-HQ-OAR-2022-0829-0605, p. 9]

- Clarify that re-testing on E0 for 5-cycle litmus determination be permitted until updated derived 5-cycle regression equations are developed using regular-grade octane E10 fuel. [EPA-HQ-OAR-2022-0829-0605, p. 9]

Ford looks forward to working with EPA to help develop the provisions, test procedures and regulatory text related to this test fuel transition that are needed for the final rule. [EPA-HQ-OAR-2022-0829-0605, p. 9]

*Organization: Minnesota Corn Growers Association (MCGA)*

Update Fuel Related Testing and Certification Requirements

As NCGA recommended to EPA in 2020 comments on Docket EPA–HQ–OAR–2016-0604, actual tailpipe carbon emissions, regardless of the test fuel, must continue to be the only measure

of vehicle emissions performance in vehicle testing. CO2 test adjustments would needlessly complicate vehicle test procedures. Relying solely on test results eliminates uncertainty, averaging and potential for inaccuracies in procedures to adjust emission test results for the fuel. [EPA-HQ-OAR-2022-0829-0612, p. 12]

Correct the fuel economy formula by updating the R-Factor to 1.0 to reflect documented operation of modern engine technology.

Correcting the R-Factor in the fuel economy formula would support automakers developing high efficiency engines that require higher octane ratings and a higher ethanol content. EPA has acknowledged that the current EPA- mandated R-Factor of 0.6, originally established in the 1980s, is outdated and fails to achieve the statutory purpose of making fuel economy testing on today's fuel equivalent to fuel economy testing in 1975. An update to 1 from 0.6 would reflect results of analysis by the Department of Energy and EPA using modern engines and fulfill previous observations and commitments from EPA to address this issue. Published studies have shown that R for modern vehicles should be around 0.93 to 0.96.31 [EPA-HQ-OAR-2022-0829-0612, p. 12]

31 Sluder, C., West, B., Butler, A., Mitcham, A. et al. 2014. Determination of the R Factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles. SAE Int. J. Fuels Lubr. 7(2):2014, doi:10.4271/2014-01-1572.

Setting the R-factor to 1.0 sets fuel economy results on an energy basis. In application, the R factor equation is a "fuel response factor," adjusting for more than just energy density. An R of 1.0 essentially converts fuel economy to mile per gallon gasoline equivalent (MPGge), which is how other alternative fuels such as propane, natural gas, and electricity have been compared to their gasoline counterparts for decades. Setting R to 1.0 provides equitable treatment to renewable ethanol that other alternative fuels already receive. This change could help speed the transition to certification with Tier 3 fuel as well as encourage vehicle manufacturers to seek certification for even higher ethanol blends, such as E15 or the high octane E30 EPA suggested in its Tier 3 proposal several years ago. Manufacturers are not incentivized to build dedicated high-octane vehicles that reduce GHG emissions when those low carbon benefits are penalized by a low R factor. [EPA-HQ-OAR-2022-0829-0612, p. 12]

Lower GHG emissions from vehicles benefit consumers, our environment, and our energy security. Just as updating the test fuel from E0 to E10 reduced GHG emissions by blending cleaner, renewable ethanol with gasoline, E15 and future clean, high-octane fuels that blend more ethanol will further reduce emissions and improve fuel economy when used with optimized engines. Vehicle test procedures for Tier 3 fuel, or any future certification fuel, must not create impediments to low carbon fuels such as E15 and higher blends and the vehicle technologies that help reach our mutual goal of lower GHG emissions. Stringency of the standards is best maintained through the Administrator's authority to adjust the standards, as EPA is using in this proposal, not by adjusting emission test results. [EPA-HQ-OAR-2022-0829-0612, pp. 12-13]

Update the F-factor in the fuel economy formula to a forward-looking F-factor of at least 0.2. [EPA-HQ-OAR-2022-0829-0612, p. 13]

*Organization: National Corn Growers Association (NCGA)*

As NCGA recommended to EPA in 2020 comments on Docket EPA–HQ–OAR–2016-0604, actual tailpipe carbon emissions, regardless of the test fuel, must continue to be the only measure of vehicle emissions performance in vehicle testing. CO2 test adjustments would needlessly complicate vehicle test procedures. Relying solely on test results eliminates uncertainty, averaging and potential for inaccuracies in procedures to adjust emission test results for the fuel. [EPA-HQ-OAR-2022-0829-0643, p. 10]

Lower GHG emissions from vehicles benefit consumers, our environment, and our energy security. Just as updating the test fuel from E0 to E10 reduced GHG emissions by blending cleaner, renewable ethanol with gasoline, E15 and future clean, high-octane fuels that blend more ethanol will further reduce emissions and improve fuel economy when used with optimized engines. Vehicle test procedures for Tier 3 fuel, or any future certification fuel, must not create impediments to low carbon fuels such as E15 and higher blends and the vehicle technologies that help reach our mutual goal of lower GHG emissions. Stringency of the standards is best maintained through the Administrator's authority to adjust the standards, as EPA is using in this proposal, not by adjusting emission test results. [EPA-HQ-OAR-2022-0829-0643, p. 10]

*Organization: POET, LLC*

A. An R-factor of 1.0 Should Be Used by EPA for Fuel Economy Calculations on E10.

POET supports an R-factor equal to 1.0 for EPA's calculation fuel economy performance on E10, as broadly supported by commenters such as the Alliance for Automotive Innovation and Growth Energy. An R-factor of 1.0 implies energy content impact of a test fuel relative to that of the 1975 baseline fuel is fully observed in test results and adjusted for. An R-factor of less than 1.0 implies a test vehicle does not fully realize the impact of fuel energy content changes and results in a lower calculated fuel economy for fuels with lower energy content. In the 2020 NPRM, EPA inappropriately proposed an R-factor of 0.81. For reasons including those outlined by the Alliance for Automotive Innovation and Growth Energy, including the use of more representative data, POET supports an R-factor of 1.0 for an E10 test fuel.129 [EPA-HQ-OAR-2022-0829-0609, p. 28]

129 See Alliance for Automotive Innovation, Comments on Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel; Notice of Proposed Rulemaking (August 14, 2020), pp. 5-6, available at https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087. See also, Growth Energy, Vehicle Test Procedure Adjustments for Tier 3 Test Fuel (August 14, 2020)(supporting an R-factor of 1.0 and noting that EPA's lower proposed R-factor "fails to reflect real-world numbers or recognize the myriad of advancements in technology and the wealth of research in this area by national laboratories and others"), p.1, available at https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0079.

B. EPA Must Not Use a Carbon Adjustment Factor That Disincentives Using Low- Carbon Fuels.

EPA must not use a "CO2 adjustment" to GHG emission test results to arbitrarily and capriciously eliminate incentives for low carbon fuels. The Proposed Rule suggests use of a "CO2 adjustment" factor of 1.0166 for GHG standards "to demonstrate compliance with a GHG standard referenced to Indolene test fuel" and regarding "fuel economy and environment label values."130 However, the Proposed Rule also states, when determining compliance based on

Tier 3 Test Fuel, that "[t]his proposal does not include an adjustment factor for tailpipe GHG emissions but rather requires manufacturers to test on Tier 3 test fuel and use the resultant tailpipe emissions directly in their compliance calculation."131 [EPA-HQ-OAR-2022-0829-0609, p. 29]

130 88 Fed. Reg. at 29241 (emphasis added).

131 88 Fed. Reg. at 29240.

The Alliance for Automotive Innovation noted in comments on EPA's 2020 proposed rule that "Adding CO2 emissions that are not emitted by the vehicle for the purposes of calculating an adjusted compliance level for vehicles is counter to the goal of reducing carbon emissions from the transportation sector" and "will have the unintended consequence of undermining the large potential GHG reduction opportunities low carbon fuels."132 Similarly, Growth Energy noted EPA's CO2 adjustment factor in the 2020 proposal would "unnecessarily penalize automakers for the use of low carbon fuels" and the "use of low-carbon biofuels, such as ethanol, should be strongly encouraged given the benefits toward reducing greenhouse gas emissions and improving air quality." POET agrees that no CO2 adjustment factor should be used that disincentives the use of low carbon fuels.133 [EPA-HQ-OAR-2022-0829-0609, p. 29]

132 August 14, 2020 comments of Alliance for Automotive Innovation, supra, at 3.

133 August 14, 2020 comments of, supra at pp. 1-2.

## **EPA Summary and Response**

Summary:

The Alliance commented on the following items:

1. Do Not Adjust the Tailpipe $CO_2$ Value for E10

2. Set R-Factor Equal to 1.0 for CAFE Performance on E10

3. Delay E10 Phase-in, Allow Optional E0 Testing and Carryover of E0 Data

4. Address the Impact of the E10 Transition on 5-Cycle Testing and Litmus Test

5. Consider Fuel Economy and Environmental Performance Labeling Impacts

Several commenters advised that adjusting $CO_2$ measurements from Tier 3 test fuel upward by 1.6% is improper since E10 test fuel represents market fuel. (For example, a commenter states that "It is not appropriate to distort measured emissions simply to maintain stringency.") They also suggest that the proposed adjusted R-value of 0.81 is too low, stating that values around 0.9 or higher have been published in recent literature, and that a value of 1.0 would be optimal as it avoids penalizing ethanol blends. One commenter took issue with the choice of test vehicles retained in the dataset used to compute the updated R-factor, specifically that the 2013 Malibu was included while the Acura was excluded. Another commenter explained that the computation of the test fuel's heating value and carbon mass fraction should be done using the original ASTM methods used in characterizing the historical reference fuel rather than updated methods we proposed, and that the values should account for sulfur and water content. It was also suggested that the PM Index and/or heavy aromatics content of Tier 3 certification test gasoline should be

adjusted to better match current market gasoline, pointing to a downward shift since the original specification was set.

Some commentors mentioned that they believed EPA was penalizing technologies designed to operate efficiently on ethanol-blended fuel and discouraging automakers from developing efficient engines that require higher octane ratings and higher ethanol content. This disincentivizes the use of low carbon fuels with ethanol.

A commentor suggested that the proposed $CO_2$ adjustment is an arbitrary and capricious departure from the agency's policy of fuel neutrality. The commenter also stated the Clean Air Act does not allow EPA to adjust test procedures to artificially distort $CO_2$ emissions, or that it would unnecessarily complicate the compliance calculations.

Another commenter voiced support for the proposed adjustments to $CO_2$ and fuel economy measurements used for compliance, but opposed the adjustments to Tier 3 fuel results for vehicle labels on the basis that Tier 3 fuel is a reasonably good representation of market fuel.

Response:
The responses to the Alliance's list are available in Section III.C.2.iv.e of the preamble.

We are finalizing GHG standards the stringency of which accounts for E10 test fuel, therefore the 1.6% adjustment is no longer required in most situations. This would have been appropriate broadly when the standards were based on E0 test fuel since that fuel produces higher $CO_2$ emissions for the same vehicle and test conditions. Adjustments are reasonable when the current test fuel is different from the original test fuel for which the standards were set, but that is not the case with this rule's final GHG standards.

However, we are retaining the updated $R_a$-factor of 0.81 to represent equivalent fuel economy performance within the CAFE program. This factor was generated from a study carefully designed and rigorously conducted at EPA's lab. The decision to include data from the 2013 Malibu was based on its performance being within the expected range.

In addition, we want to clarify that R-factor values in the literature (e.g., in Sluder, *et al.*) are generally intended to isolate the actual sensitivity of fuel economy to fuel energy content, while the $R_a$ factor here rolls up multiple impacts related to this specific pair of test fuels that include the energy content difference, additional charge cooling due to ethanol's heat of vaporization, and potentially some marginal impacts of the octane change. Thus, we wouldn't expect this $R_a$ value to precisely match other R-factors found in the literature.

We have revised the fuel economy calculations to use ASTM methods D3338 and D3343 with appropriate accommodations for E10 blends and have addressed the inconsistency in heating value units. We did not incorporate water and sulfur adjustments to heating value and carbon content of test fuels. Since the updated R-factor was empirically derived from a study where the test fuels contained typical levels of water and sulfur, the results effectively incorporate impacts of those contaminates on fuel economy. Additional corrections should then be very small if applied as a deviation from our study fuels, or redundant if accounted for in full measure.

We are not adjusting the aromatics content specifications for certification test gasoline at this time, as we did not include any updated ranges in the proposal. We will consider this issue as part of our assessment of a potential heavy aromatic content standard for market gasoline.

A commentor suggested that the proposed $CO_2$ adjustment is an arbitrary and capricious departure from a policy of fuel neutrality and that the Clean Air Act does not allow EPA to adjust test procedures to artificially distort $CO_2$ emissions. Another commenter suggests that the adjustment will unnecessarily complicate the compliance calculations. EPA disagrees. The statute confers on the Administrator discretion to promulgate appropriate testing requirements. The commenters fundamentally misunderstand the purpose of the adjustment, which is not meant to artificially distort $CO_2$ emissions, but rather to account for the effects of different test fuels and accurately represent $CO_2$ emissions for purposes of compliance with the GHG standards. The adjustments are necessary to produce equivalent stringency of standards between testing that used Tier 2 versus Tier 3 fuels. Having no adjustment would effectively reduce the stringency of the earlier standards when Tier 3 fuel is used. Without this adjustment, manufacturers could reduce the $CO_2$ emissions of a given vehicle model by simply changing which test fuel was used during GHG certification testing. In any case, the $CO_2$ adjustment for Tier 3 test fuel is only required through model-year 2026 vehicles. In addition, the exact value of the adjustments are the result of a carefully executed test program using a variety of technologies with a wide cross section of vehicle types represented.

In response to comments opposing the $CO_2$ adjustments to Tier 3 fuel results for vehicle labels (on the basis that Tier 3 fuel is a reasonably good representation of market fuel), we assert that the adjustment is appropriate because the label calculations, being based on Tier 2 E0 fuel, already apply an adjustment to account for market fuel being E10. Therefore, using the Tier 3 test fuel value directly would effectively be double-counting for the ethanol content.

In response to the comments on penalizing technologies, the revised R-factor and $CO_2$ adjustments apply only to existing vehicle designs using E10 test fuel. Test fuels and procedures allowing manufacturers to certify vehicles at higher ethanol blend levels do not yet exist (with the exception of E85 fuel, which does not use these adjustment factors).

## 6.4 – Engine certification for high-GCWR vehicles

### Comments by Organizations

*Organization: Alliance for Automotive Innovation (Alliance)*

E. MDV Certification (Chassis vs Engine Dynamometer)

10. Background on Chassis vs. Engine Dynamometer Certification

Today, emission testing of trucks typically happens on either a chassis dynamometer or an engine dynamometer. Class 2b and 3 complete vehicles are required to test tailpipe emissions on a chassis dynamometer, while Class 4 and above vehicles test the performance of the engine itself. The two test procedures are very different in terms of laboratory hardware and test cycles. EPA is proposing that many MDVs will retain chassis dynamometer testing for GHG emissions

# Tab 3

addition to relevant comments on the NPRM, previously submitted comments are summarized below.

### 1.   Do Not Adjust the Tailpipe $CO_2$ Value for E10

We appreciate EPA's decision to incorporate the change of GHG test fuel into the GHG standards, rather than pursuing a standalone test procedure adjustment for MY2027 and beyond.  However, this approach creates a never-ending cycle of adjustments to GHG standards when a lower carbon certification fuel is established (e.g., E15 cert fuel).  In addition, EPA has proposed an adjustment for use of Tier 3 test fuel of 1.0166 if the fuel is used to certify before MY2027.  Adjusting measured GHG emissions will disincentivize OEMs from switching to Tier 3 early and will penalize the benefits of low carbon fuels.

The proposed action would artificially increase the measured tailpipe $CO_2$ emissions on Tier 3 E10 test fuel before MY2027 vehicles by 1.0166.  Adding $CO_2$ emissions that are not emitted by the vehicle for the purposes of calculating an adjusted compliance level for vehicles is counter to the goal of reducing carbon emissions from the transportation sector.  We recommend that if OEMs use Tier 3 E10 test fuel before MY2027, no adjustments be applied to incentivize OEMs to switch and to recognize the benefits of lower carbon fuels.

### 2.   Set R-Factor Equal to 1.0 for CAFE Performance on E10

In contrast to GHG emissions, for the purposes of Corporate Average Fuel Economy (CAFE), EPA is required by statute to use test procedures that provide comparable results to those used for MY 1975.[241]  Also, unlike $CO_2$, fuel economy is a calculated quantity; it is not directly measured.  However, EPA's proposed actions in the 2020 proposal fall short in making the statutorily required adjustments.

One component of the fuel economy calculation is the "R-factor."[242]  In simple terms, an R-factor of 1.0 implies that the impact of the energy content of a test fuel relative to that of the 1975 baseline fuel is fully observed in the test results and adjusted for.  An R-factor of less than 1.0 implies that a test vehicle does not fully realize the impact of fuel energy content changes and results in a lower calculated fuel economy for fuels with lower energy content.  In the NPRM, EPA proposes a new R-factor of 0.81, an increase from the prior value of 0.6.

Previous studies and theoretical principles regarding ethanol fuel combustion support a conclusion that the new R-factor should be 1.0.  These studies are described in greater detail in our previously submitted comments.  EPA's proposal for an R-factor of 0.81 is based solely on its data from a January 2018 study of ten vehicles.  In our comments, Auto Innovators identified a

---

[241] 49 U.S.C. § 32904(c).

[242] In this NPRM, EPA proposes to replace R-factor with Ra for E10. In our comments, Auto Innovators will explain that these terms are equivalent.  The use of the terms R-factor and Ra are largely interchangeable in the context of our comments.

number of limitations to the EPA test program, the largest of which are inherent variability issues.  Although the EPA study attempted to address emission measurement variability, it did not consider significant variability attributable to laboratory testing procedures for analyzing fuel properties, a key factor in the computation of an appropriate R-factor.  Additionally, the measurement of R-factor has also been shown to be highly variable on a vehicle-to-vehicle basis; the average R-factor could have differed considerably had a slightly different mix of vehicles been tested.  For example, in EPA's test program, by replacing one vehicle that should have been excluded with a vehicle that was inappropriately excluded, the R-factor calculated based on EPA's limited test program would rise from 0.81 to 0.90.

A much larger test fleet, preferably of the newest vehicles, is needed to reasonably approximate a representative "average R" applicable to the wide variety of vehicles and technologies that will be included in manufacturers' fleets.  In support of a much larger test fleet, in our comments on the Tier 3 Test Procedure Adjustment proposed rule in 2020,[243] Auto Innovators prepared a large and newer vehicle dataset comparing tailpipe emission test results on E0 and E10 test fuel.  The industry-paired compliance dataset supports an R-factor close to 1.0.  Industry compliance data represents the variability that manufacturers have to manage, and the results of EPA's analysis demonstrate that many vehicles will be penalized if the R-factor is adjusted based solely on EPA's ten vehicle test program.  The 2020 NPRM underestimates the care that is taken in certification testing.  Manufacturers take care both to supply good data to the Agency and to be able to track laboratory and model performance.  We urge EPA to utilize this new larger dataset and finalize an R-factor of 1.0.

There are additional practical reasons to set an R-factor of 1.0. This approach would obviate the need for future test programs when the test fuel is changed.  With a non-unity R-factor, any future test fuel (e.g., E15) or fleet (with improved fuel economy technologies) would require additional updates to the R-factor, resulting in a need to continue updating the R-factor.  Setting the R-factor at 1.0 would eliminate the necessity to reassess the R-factor in the future.

### 3.  Allow Carry-Over Throughout the Duration of the Rule

The NPRM allows a three-year phase in from MY 2027 through MY 2029, but that phase-in is too quick of a transition.  Auto Innovators recommends the use of carry-over throughout the duration of the rule.  Requiring new data, for a vehicle that is carryover, for MY2030 and beyond adds unnecessary testing burden.

### 4.  Address the Impact of the E10 Transition on 5-Cycle Testing and Litmus Test

The fuel economy label "litmus test" determines whether a manufacturer must test a vehicle model using the full 5-cycle test procedure, or whether it can apply a simplified calculation that only requires two test cycles.  In this 2020 NPRM, EPA proposes to move all litmus testing to E10 without determining the impact of using E10 tests in an empirical system founded on E0 testing.

---

[243] https://www.regulations.gov/comment/EPA-HQ-OAR-2016-0604-0087

**Tab 4**

would violate EPA's statutory duties under Section 202 and would, at the very least, make the proposed rule arbitrary and capricious.

## VI. The Proposed Rule Should Fix the Problems with Fuel-Related Testing and Certification Requirements.

The proposed rule would also implement several changes to test fuel requirements, including requiring that model year 2027 and later vehicle compliance be demonstrated on Tier 3 test fuel. 88 Fed. Reg. 29,240. EPA explains that "Tier 3 test fuel more closely represents the typical market fuel available to consumers in that it contains 10 percent ethanol" and so EPA is reproposing an adjustment factor to allow demonstration of compliance with the existing standards using Tier 3 test fuel. *Id.*

Requiring manufacturers to test on Tier 3 fuel and use the resultant tailpipe emissions directly in compliance calculation is a good step towards regulatory realism. But EPA's proposed approach does not fix many of the problems that have been identified in previous rulemakings. Some commentors here provided a full analysis of EPA's 2020 proposal to adjust vehicle test procedures for Tier 3 test fuel in comment submitted on that rulemaking docket. These previous comments should be considered comments on the agency's renewed attempt to finalize this proposal and are thus attached in an appendix to this comment. *See* Appendix B. EPA states that it "will be reevaluating comments received on the 2020 proposal as well as the comments for this proposal and considering if any corrections and adjustments are required, *with any appropriate modifications* based on the comments received and *on the changing circumstances reflected in the current proposed rule* for setting new standards for MY 2027 and later vehicles." 88 Fed Reg. 29,241 (emphasis added). Commentors reiterate that all issues raised in their previous comments apply to EPA's current revival of these same issues here. That the current proposal switches the 1.0166 factor from a multiplier applied to Tier 3 to test results to a divisor applied to Indolene test results does nothing to change the applicability of those comments.

There are two primary issues with the proposed test fuel changes. First, the proposed rule's adjustment factor for carbon-dioxide emissions artificially inflates the carbon-related exhaust emissions for vehicles certified on the Tier 3 E10 test fuel. As a result, the rule penalizes low-carbon fuels like E10 by eliminating their natural advantage as a lower carbon solution. The Clean Air Act does not allow EPA to adjust test procedures to artificially distort $CO_2$ emissions from vehicles. Maintaining the 1.0166 factor for pre-model year 2027 artificially inflates the $CO_2$ emissions of vehicles certified on Tier 3 test fuels by making their $CO_2$ emissions appear 1.66% higher than they are. Similarly, dividing test results for Indolene by 1.0166 for MYs 2027-

29 makes those vehicles' $CO_2$ emissions appear lower than they are. And maintaining a $CO_2$ factor at all sets up barriers to future higher ethanol blends.

Second, EPA's proposed R-factor of 0.81 is too low and a more accurate R-factor is closer to 1. The proposed R-factor is flawed because it is based on a test program that EPA has admitted is flawed. This test program did not use representative Tier 3 vehicles or test enough vehicles. Further EPA's analysis of the Tier 3 test program data was flawed because it systematically elected to included unreliable and unrepresentative data. Finally, EPA's conclusions are inconsistent with the results of its own prior studies.

### A. The Clean Air Act does not allow EPA to adjust test procedures to artificially distort $CO_2$ emissions.

While EPA has discretion under the Clean Air Act to define and execute appropriate emissions test procedures, EPA's proposed $CO_2$ adjustment, which artificially distorts the $CO_2$ emissions measured on vehicles certified using Tier 3 fuel, exceeds that discretion. Section 202 directs EPA to "prescribe. . . standards applicable to the emission[s] . . . from any class or classes of new motor vehicles," including $CO_2$ emissions. 42 U.S.C. §7521(a)(1); *Massachusetts v. EPA*, 549 U.S. 497, 528 (2007). To establish compliance with the prescribed emission standards, Section 206 authorizes EPA to test, or require manufacturers to test, vehicles "in such manner as [the agency] deems appropriate." 42 U.S.C. §§ 7525(a)(1), (a)(3)(B). EPA can further revise those tests "[f]rom time to time . . . as deem[ed] appropriate." 42 U.S.C. §7525(a)(4)(B).

But EPA's authority to adjust emissions test procedures under Section 206 is not unbounded. Congress unequivocally indicated its desire that test procedures reflect actual vehicle emissions, directing EPA to "review and revise" test procedures "to insure that vehicles are tested under circumstances which *reflect the actual current driving conditions under which motor vehicles are used, including conditions relating to fuel*, temperature, acceleration, and altitude. 42 U.S.C. § 7525(h) (emphasis added); *see also Energy Future Coalition v. EPA*, 793 F.3d 141, 147 (D.C. Cir. 2015) ("[T]he Clean Air Act provides that EPA's test fuel regulations must 'reflect the actual current driving conditions under which motor vehicles are used, including conditions relating to fuel.'")."

And Section 206 limits EPA to defining test procedures that are "*appropriate* ... to determine whether [a vehicle] conforms with" the emissions standards set under Section 202(a). 42 U.S.C. § 7525(a)(1) (emphasis added). While the term "appropriate" may "leave[] agencies with [some] flexibility," the term still must be "[r]ead naturally

there are good reasons for the new policy.'" *Encino Motorcars, LLC v. Navarro*, 136
S. Ct. 2117, 2126 (2016) (quoting *FCC*, 556 U.S. at 515).

By singling out a single test fuel for a $CO_2$ penalty, EPA departs from its his-
toric approach of applying emissions standards and related test procedures in a way
that is "fuel neutral," so that "vehicles certified to operate on any fuel (e.g., gasoline,
diesel fuel, ethanol blends, compressed natural gas, liquefied natural gas, hydrogen,
and methanol) are all subject to the same standards." Cong. Research Serv., Tier 3
Motor Vehicle Emission and Fuel Standards 4 (Apr. 28, 2014); *see also* Tier 3 Rule,
79 Fed. Reg. at 23,558 ("Consistent with the Tier 2 principle of vehicle and fuel neu-
trality, the same Tier 3 standards apply to all LDVs, LDTs, or MDPVs, regardless of
the fuel they use, as proposed. That is, vehicles certified to operate on any fuel (e.g.,
gasoline, diesel fuel, E85, CNG, LNG, hydrogen, and methanol) are all subject to the
same standards."). In doing so, it eliminates the natural advantage of low-carbon test
fuels in the certification process and wipes out the incentive to develop and adopt
cleaner, lower-carbon fuels and technologies, cutting-off a promising pathway for
achieving lower emissions and lower cost vehicles.

EPA's proposed rule effectively places a thumb on the scale in favor of electri-
fication and against clean, low-carbon fuels, ultimately harming both the environ-
ment and the consumer. Moreover, by discouraging adoption of low-carbon fuels like
high-octane mid-level ethanol blends as an option to reduce $CO_2$ emissions, EPA's
approach only endangers the public health and welfare, contrary to EPA's statutory
duty. 42 U.S.C. § 7521(a)(1). To advance its mandate, EPA should encourage *all* fuel
and vehicle low-carbon solutions, not pick winners and losers by erecting barriers to
particular fuels.

## C. The proposed R-factor exceeds EPA's authority to adjust fuel economy test procedures.

Under the existing statutory framework, Congress granted exclusive authority
to DOT to "prescribe by regulation average fuel economy standards for automobiles."
49 U.S.C. § 32902(a). EPA has no authority to change the stringency of standards set
by DOT. Rather, EPA is limited to prescribing fuel economy test procedures that give
"comparable results" to the procedures used for model year 1975. 49 U.S.C.
§ 32904(c).

There is ample evidence that EPA's proposed R-factor of 0.81 is too low and
that an accurate R-factor is closer to 1. *See* Appendix B; *see also* C. Scott Sluder et al.,
*Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended
Fuels over Two Test Cycles*, SAE Tech. Paper 2014-01-1572. Imposing an R-factor that

is too low yields adjusted Tier 3 fuel economy results that are too low compared to the results that would be generated under 1975 vehicle test procedures, violating the comparability requirement. Moreover, EPA's improperly low proposed R-factor makes the fuel economy standards harder to meet, effectively raising their stringency and exceeding EPA's limited authority to adjust fuel economy test procedures. *See id.*

A simple example illustrates this increase in stringency: if the accurate R-factor is 1—a value that is close to values suggested by previous studies—EPA's proposed value of 0.81 results in an adjusted Tier 3 fuel economy that is 0.52% lower than the accurate adjusted fuel economy, effectively increasing the standard that a vehicle certified with a Tier 3 test fuel must meet by the same amount. EPA undertakes no such cost-benefit analysis or consideration of alternatives in its notice of proposed rulemaking, and regardless, EPA has no authority to make any such change. Only DOT has legal authority to promulgate regulations that increase the stringency of fuel economy standards.

EPA's authority in this instance is limited to promulgating an R-factor that gives "comparable results" to the test procedures used for model year 1975. 49 U.S.C. § 32904(c). Because EPA's proposed R-factor of 0.81 is erroneous, the proposed rule changes fuel economy standards and thus it exceeds EPA's statutory authority to adjust test procedures.

### D. EPA's analysis of the test program data was flawed and inconsistent with previous EPA studies.

EPA's analysis of the limited data it had from the test program is also flawed. Specifically, EPA systematically includes outlier data and data from unrepresentative vehicles that lowers the determined R-factor, while needlessly excluding other vehicle data that would increase the R-factor. As documented in Appendix B, the analysis inappropriately includes unreliable, outlier results from a faulty 2013 Chevrolet Malibu test vehicle, which significantly skews EPA's calculations and leads to a proposed R-factor that is far too low. At the same time, EPA arbitrarily excluded from its analysis results from the 2016 Acura ILX test vehicle simply because they were "unexpected." By excluding the Acura results, EPA's determined R-factor was lower than it would have been had it included all Test Program vehicles in its analysis.

EPA's analysis is also questionable because its determined R-factor is inconsistent with the results of numerous other recent EPA studies that have determined R factors much closer to 1. Within the past decade, EPA has sponsored or participated in at least three studies that have generated the data necessary to determine the R factor for vehicles operating using gasoline-ethanol fuel blends: the DOE Immediate

Ethanol Effects Study, the EPAct/V2/E-89 Study, and the DOE Catalyst Durability Study. These studies included vehicles spanning model years 1999 to 2009. C. Scott Sluder et al., *Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles*, SAE Tech. Paper 2014-01-1572. While these studies were not designed specifically to measure R factor, the data they generated is nonetheless appropriate for doing so.

These previous EPA studies also have a significant advantage over the Tier 3 Test Program in that they evaluated a considerably larger number of vehicles and fuel blends, allowing determination of an R-factor with much greater certainty than EPA is able to do based on the Tier 3 Test Program data.[25] So, while the vehicle selection and test method varied slightly compared to the Tier 3 Test Program, the results from these studies still provide a valuable reference point for corroborating EPA's conclusions from its Tier 3 Test Program.

These three previous studies uniformly found higher average R-factors than EPA's proposed R-factor of 0.81. Analysis of the Immediate Ethanol Effects Study results yielded an R-factor ranging from 0.86 to 0.89, the EPAct Study yielded an R-factor of 0.92, and the Catalyst Durability Study yielded an R factor of 0.94 to 0.96. All these studies had significantly lower uncertainties in their determined R-factors than EPA has in its proposed R-factor: the maximum R-factor uncertainty among the three studies of ±0.087, compared to an uncertainty of ±0.39 in EPA's proposal. The R-factor derived from these studies can be compared directly to EPA's proposal, and their uniformly higher values confirm that EPA's Tier 3 Test Program analysis underestimates R.

As a result, the adjustment factors calculated by EPA are arbitrary and capricious.

\*     \*     \*

For all the reasons detailed above, EPA should withdraw the proposed rulemaking and issue another proposed rulemaking that complies with the agency's statutory obligations. To satisfy its obligations under the Clean Air Act, EPA should reconsider its proposed Tier 3 Test Fuel adjustments and instead finalize a rule that

---

[25] The Immediate Ethanol Effects Study included measurements on sixteen vehicle models and four fuel blends; the EPAct Study included measurements on fifteen vehicle models and a set of twenty-seven fuels; and the Catalyst Durability Study included 18 matched sets of vehicle models and four test fuels that produced data appropriate for R-factor analysis. The estimated uncertainties (95% confidence) for the R-factor determinations from these studies ranges from 0.010 to 0.075, significantly smaller than the uncertainty in EPA's analysis for the proposed rule. *See* Appendix B.

eliminates the proposed $CO_2$ adjustment and that includes an R-factor of not less
than 0.95. Commentors strongly urge EPA to use its Section 202 powers effectively
and consider the ways in which ethanol and other renewable fuels can improve our
nation's light- and medium-duty fleet.

**Tab 5**



# ENVIRONMENTAL PROTECTION AGENCY

**40 CFR Parts 85, 86, 600, 1036, 1037, and 1066**

**[EPA–HQ–OAR–2022–0829; FRL 8953–03–OAR]**

**RIN 2060–AV49**

## Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Proposed rule.

**SUMMARY:** Under its Clean Air Act authority, the Environmental Protection Agency (EPA) is proposing new, more stringent emissions standards for criteria pollutants and greenhouse gases (GHG) for light-duty vehicles and Class 2b and 3 ("medium-duty") vehicles that would phase-in over model years 2027 through 2032. In addition, EPA is proposing GHG program revisions in several areas, including off-cycle and air conditioning credits, the treatment of upstream emissions associated with zero-emission vehicles and plug-in hybrid electric vehicles in compliance calculations, medium-duty vehicle incentive multipliers, and vehicle certification and compliance. EPA is also proposing new standards to control refueling emissions from incomplete medium-duty vehicles, and battery durability and warranty requirements for light-duty and medium-duty plug-in vehicles. EPA is also proposing minor amendments to update program requirements related to aftermarket fuel conversions, importing vehicles and engines, evaporative emission test procedures, and test fuel specifications for measuring fuel economy.

**DATES:**

*Comments:* Written comments must be received on or before July 5, 2023.

Comments on the information collection provisions submitted to the Office of Management and Budget (OMB) under the Paperwork Reduction Act (PRA) are best assured of consideration by OMB if OMB receives a copy of your comments on or before June 5, 2023.

*Public Hearing:* EPA will announce information regarding the public hearing for this proposal in a supplemental **Federal Register** document.

**ADDRESSES:** You may send comments, identified by Docket ID No. EPA–HQ–OAR–2022–0829, by any of the following methods:

• *Federal eRulemaking Portal: https://www.regulations.gov/* (our preferred method). Follow the online instructions for submitting comments.

• *Email: a-and-r-Docket@epa.gov.* Include Docket ID No. EPA–HQ–OAR–2022–0829 in the subject line of the message.

• *Mail:* U.S. Environmental Protection Agency, EPA Docket Center, OAR, Docket EPA–HQ–OAR–2022–0829, Mail Code 28221T, 1200 Pennsylvania Avenue NW, Washington, DC 20460.

• *Hand Delivery or Courier (by scheduled appointment only):* EPA Docket Center, WJC West Building, Room 3334, 1301 Constitution Avenue NW, Washington, DC 20004. The Docket Center's hours of operations are 8:30 a.m.–4:30 p.m., Monday–Friday (except Federal Holidays).

*Instructions:* All submissions received must include the Docket ID No. for this rulemaking. Comments received may be posted without change to *https://www.regulations.gov/*, including any personal information provided. For detailed instructions on sending comments and additional information on the rulemaking process, see the "Public Participation" heading of the **SUPPLEMENTARY INFORMATION** section of this document.

**FOR FURTHER INFORMATION CONTACT:** Michael Safoutin, Office of Transportation and Air Quality, Assessment and Standards Division (ASD), Environmental Protection Agency, 2000 Traverwood Drive, Ann Arbor, MI 48105; telephone number: (734) 214–4348; email address: *Safoutin.Mike@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

## A. Public Participation

### Written Comments

EPA will keep the comment period open until July 5, 2023. All information will be available for inspection at the EPA Air Docket No. EPA–HQ–OAR–2022–0829. Submit your comments, identified by Docket ID No. EPA–HQ–OAR–2022–0829, at *https://www.regulations.gov* (our preferred method), or the other methods identified in the **ADDRESSES** section. Once submitted, comments cannot be edited or removed from the docket. EPA may publish any comment received to its public docket. Do not submit to EPA's docket at *https://www.regulations.gov* any information you consider to be Confidential Business Information (CBI) or other information whose disclosure is restricted by statute. Multimedia submissions (audio, video, etc.) must be accompanied by a written comment. The written comment is considered the official comment and should include discussion of all points you wish to make. EPA will generally not consider comments or comment contents located outside of the primary submission (*i.e.,* on the web, cloud, or other file sharing system). For additional submission methods, the full EPA public comment policy, information about CBI or multimedia submissions, and general guidance on making effective comments, please visit *https://www.epa.gov/dockets/commenting-epa-dockets.*

### Public Hearing

Please refer to the separate **Federal Register** notice issued by EPA for public hearing details. The hearing notice is available at *https://www.epa.gov/regulations-emissions-vehicles-and-engines/proposed-rule-multi-pollutant-emissions-standards-model.* Please also refer to this website for any updates regarding the hearings. EPA does not intend to publish additional documents in the **Federal Register** announcing updates.

### B. Does this action apply to me?

Entities potentially affected by this proposed rule include light-duty vehicle manufacturers, independent commercial importers, alternative fuel converters, and manufacturers and converters of medium-duty vehicles (*i.e.,* vehicles between 8,501 and 14,000 pounds gross vehicle weight rating (GVWR)). Potentially affected categories and entities include:

| Category | NAICS codes[A] | Examples of potentially affected entities |
|---|---|---|
| Industry .................................................. | 336111 336112 | Motor Vehicle Manufacturers. |

of 82 g/mi is 56 percent lower than that of the (adjusted) MY 2026 standards.

The derivation of the 82 g/mile estimate is described in Section IV.D.

EPA aggregated the estimates for individual manufacturers based on projected production volumes into the fleet-wide averages for cars, trucks, and the entire fleet.[407] The combined fleet estimates are based on a projected fleet mix of cars and trucks that varies over the MY 2027–2032 timeframe.

TABLE 29—ESTIMATED FLEET-WIDE $CO_2$ TARGETS CORRESPONDING TO THE PROPOSED STANDARDS [408] [409]

| Model year | Cars $CO_2$ (g/mile) | Trucks $CO_2$ (g/mile) | Fleet $CO_2$ (g/mile) |
|---|---|---|---|
| 2026 adjusted | 152 | 207 | 186 |
| 2027 | 134 | 163 | 152 |
| 2028 | 116 | 142 | 131 |
| 2029 | 99 | 120 | 111 |
| 2030 | 91 | 110 | 102 |
| 2031 | 82 | 100 | 93 |
| 2032 and later | 73 | 89 | 82 |

EPA is proposing standards that set increasingly stringent levels of $CO_2$ control from MY 2027 though MY 2032. Applying the $CO_2$ footprint curves applicable in each MY to the vehicles (and their footprint distributions) expected to be sold in each MY produces progressively more stringent estimates of fleet-wide $CO_2$ emission standards. EPA believes manufacturers can achieve the proposed standards' important $CO_2$ emissions reductions through the application of available control technology at reasonable cost, as well as the use of program averaging, credit banking and trading, and optional air conditioning efficiency credits and off-cycle credits, as available.

While EPA believes the proposed standards are appropriate for light-duty vehicle manufacturers on an overall industry basis, we recognize that some companies have made public announcements for plans for zero emission vehicle product launches (as discussed in Section I.A.2.ii) that may lead to $CO_2$ emissions even lower than those projected under the proposed standards. The existing program's averaging, banking, and trading provisions allow manufacturers to earn credits for overcompliance with the standards that can be banked for the company's future use (up to five model years) or traded to other companies (as discussed further in Section III.B.4). Beyond these credit banking and trading provisions, EPA is interested in public comments on whether there could be additional ways in which the program could provide for alternative pathways that could encourage manufacturers to achieve even lower $CO_2$ emissions earlier in the program; for example, by producing higher volumes of zero-emission vehicles earlier than would be necessitated under the proposed standards. Such an alternative pathway could be one way to recognize the environmental benefits of earlier introductions of even greater volumes of the cleanest vehicles. EPA seeks public comment on the potential merits of such an alternative pathway concept, whether it would be advantageous for both the GHG as well as the criteria pollutant standards program, and how it might be structured.

The existing program includes several provisions that we are not reopening and so would continue during the implementation timeframe of this proposed rule. Consistent with the requirement of CAA section 202(a)(1) that standards be applicable to vehicles "for their useful life," the proposed MY 2027–2032 vehicle standards will apply for the useful life of the vehicle.[410] EPA is proposing one test procedure change and that is the use of Tier 3 test fuel to demonstrate GHG compliance as described in Section III.B.2.iv.c; criteria pollutant standard demonstration already require the use of Tier 3 fuel. No other changes are proposed to the test procedures over which emissions are measured and weighted to determine compliance with the GHG standards. These procedures are the Federal Test Procedure (FTP or "city" test) and the Highway Fuel Economy Test (HFET or "highway" test). While EPA may consider requiring the use of test procedures other than the 2-cycle test procedures in a future rulemaking, EPA is not considering any test procedure changes in this rulemaking.

EPA has analyzed the feasibility of achieving the proposed $CO_2$ standards through the application of currently available technologies, based on projections of the technology and technology penetration rates to reduce emissions of $CO_2$, during the normal redesign process for cars and trucks, taking into account the effectiveness and cost of the technology. The results of the analysis are discussed in detail in Section IV, and in the DRIA. EPA also presents the overall estimated costs and benefits of the proposed car and truck $CO_2$ standards in Section VIII.

c. What test fuel is EPA proposing?

Within the structure of the footprint-based GHG standards, EPA is also proposing that gasoline powered vehicle compliance with the proposed standards be demonstrated on Tier 3 test fuel. The current GHG standards for light-duty gasoline vehicles are set on the required use of Indolene, or Tier 2 test fuel. Tier 3 test fuel more closely represents the typical market fuel available to consumers in that it contains 10 percent ethanol. EPA proposed an adjustment factor to allow demonstration of compliance with the existing GHG standards using Tier 3 test fuel but has not yet adopted those changes (85 FR 28564, May 13, 2020). This proposal does not include an adjustment factor for tailpipe GHG emissions but rather requires manufacturers to test on Tier 3 test fuel and use the resultant tailpipe emissions directly in their compliance calculation. Such an adjustment factor is not required because the technology penetrations, feasibility, and cost

---

[407] Due to rounding during calculations, the estimated fleet-wide $CO_2$ levels may vary by plus or minus 1 gram.

[408] MY 2026 targets are provided for reference, based on for fleet mix (40% cars and 60% trucks) and then adjusted (upward) by 20 g/mi for cars, 24 g/mi for trucks, and 22 g/mi total for the fleet, to normalize as a point of comparison to reflect the reduced available off-cycle and AC credits as proposed for MY 2027.

[409] Fleet $CO_2$ targets are calculated based on projected car and truck share. Truck share for the fleet is expected at 60% for MY 2026–2029, and 59% for MY 2030 and later.

[410] The GHG emission standards apply for a useful life of 10 years or 120,000 miles for LDVs and LLDTs and 11 years or 120,000 miles for HLDTs and MDPVs. See 40 CFR 86.1805–17.

estimates in this proposal are based on compliance using Tier 3 test fuel.

Both the current and proposed criteria pollutant standards were set based on vehicle performance with Tier 3 test fuel; as a result, manufacturers currently use two different test fuels to demonstrate compliance with GHG and criteria pollutant standards. Setting new GHG standards based on Tier 3 test fuel is intended to address concern for test burden related to using two different test fuels.

The difference in GHG emissions between the two fuels is small but significant. EPA estimates that testing on Tier 3 test fuel will result in about 1.5 percent lower $CO_2$ emissions.[411] Because this difference in GHG emissions between the two fuels is significant in the context of measuring compliance with existing GHG standards, but small relative to the change in stringency of the proposed GHG standards, and because the cost of compliance on Tier 3 test fuel is reflected in this analysis for this proposal, EPA believes that this rulemaking and the associated proposed new GHG standards create an opportune time to shift compliance to Tier 3 fuel.

EPA is proposing to apply the change from Indolene to Tier 3 test fuel for demonstrating compliance with GHG standards starting in model year 2027. Manufacturers may optionally carry-over Indolene-based for test results for model years 2027 through 2029. We accordingly propose to allow manufacturers to continue to rely on the interim provisions adopted in 40 CFR 600.117 through model year 2029. These interim provisions address various testing concerns related to the arrangement for using different test fuels for different purposes.

For manufacturers that rely on testing with Indolene in model years 2027 through 2029, we propose to allow

manufacturers to use good engineering judgment to apply a downward adjustment of 1.0166 percent to GHG emission test results as a correction to correlate with test results that would be expected when testing with Tier 3 test fuel. We separately proposed to apply an analogous correction for the opposite arrangement—testing with Tier 3 test fuel to demonstrate compliance with a GHG standard referenced to Indolene test fuel (85 FR 28564; May 13, 2020). We did not separately finalize the provisions in that proposed rule.

Similar considerations apply for measuring fuel economy, both to meet Corporate Average Fuel Economy requirements and to determine values for fuel economy labeling. EPA is proposing to apply the corrections described in the 2020 proposal. Those changes include: (1) New test fuel specifications for specific gravity and carbon weight fraction to properly calculate emissions in a way that accounts for the fuel properties of ethanol, (2) a revised equation for calculating fuel economy that uses an "R-factor" of 0.81 to account for the greater energy content of Indolene, and (3) amended instructions for calculating fuel economy label values based on 5-cycle values and derived 5-cycle values. Our overall goal is for manufacturers to transition to fuel economy testing with Tier 3 test fuel on the same schedule as described for demonstrating compliance with GHG standards in the preceding paragraphs. We will be reevaluating comments received on the 2020 proposal as well as the comments for this proposal and considering if any corrections and adjustments are required, with any appropriate modifications based on the comments received and on the changing circumstances reflected in the current proposed rule for setting new standards for MY 2027 and later vehicles. The

proposed change to Tier 3 test fuel impacts the demonstration of compliance with GHG and fuel economy standards and the fuel economy label. In addition, several vehicle manufacturers have requested to move to Tier 3 test fuel in advance of the MY 2027 start of this proposed program.

For the GHG compliance program, we are proposing to evaluate GHG compliance with standards that are set using Tier 3 fuel starting in MY 2027; therefore, any vehicles that continue to be tested on Indolene, would need to have the results adjusted to be consistent with results on Tier 3 fuel. For the CAFE fuel economy standards, we are proposing to continue to evaluate fuel economy compliance with standards that are established on Indolene; therefore, any vehicles that are tested on Tier 3 fuel would need to have the results adjusted to be consistent with results on Indolene. Similar to the CAFE fuel economy standards, we are proposing to keep the fuel economy label consistent with the current program; therefore, any vehicles that are tested on Tier 3 fuel would need to have the results adjusted to be consistent with results on Indolene.

Supported by the data and analysis in the 2020 proposal, EPA proposes the following (Table 30) to address fuel-related testing and certification requirements through the transition to the proposed standards. Vehicle manufacturers may choose to test their vehicles with either Indolene or Tier 3 test fuel through MY 2029. Manufacturers must certify all vehicles to GHG standards using Tier 3 test fuel starting in MY 2027; however, manufacturers may continue to meet fuel economy requirements through MY 2029 for any appropriate vehicles based on carryover data from testing performed before MY 2027.

TABLE 30—PROPOSED FUEL-RELATED TESTING AND CERTIFICATION REQUIREMENTS

| Test fuel | GHG standards | | | Fuel economy standards | | | Fuel economy and environment label values | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-MY 2027 | MYs 2027–2029 | MY 2030 and beyond | Pre-MY 2027 | MYs 2027–2029 | MY 2030 and beyond | Pre-MY 2027 | MYs 2027–2029 | MY 2030 and beyond |
| Indolene ...... | No adjustment required. | Carry-over test results only; divide test results by 1.0166. | Not allowed ... | No adjustment required. | Carry-over results only; no adjustment required. | Not allowed ... | No adjustment required. | Carry-over results only; no adjustment required. | Not allowed. |
| Tier 3 .......... | Multiply test results by 1.0166. | No adjustment required | | Apply revised FE equation proposed in 2020 rule | | | Apply revised FE equation proposed in 2020 rule. Apply proposed $CO_2$ adjustment (multiply test results by 1.0166). | | |

[411] EPA–420–R–18–004, "Tier 3 Certification Fuel Impacts Test Program," January 2018.

EPA requests comment regarding the implementation of this test fuel change and whether the change to Tier 3 test fuel should apply to GHG standards only or to GHG standards, fuel economy standards and fuel economy and environmental label combined, as described in Table 30.

3. Proposed Medium-Duty Vehicle GHG Standards

i. What $CO_2$ standards curves is EPA proposing?

Medium-duty vehicles (8,501 to 14,000 pounds GVWR) that are not categorized as MDPVs utilize a ''work-factor'' metric for determining GHG targets. Unlike the light-duty attribute metric of footprint, which is oriented around a vehicle's usage for personal transportation, the work-factor metric is designed around work potential for commercially oriented vehicles and accounts for a combination of payload, towing and 4-wheel drive equipment.

Our proposed GHG standards for MDVs are entirely chassis-dynamometer based and continue to be work-factor-based as with the previous heavy-duty Phase 2 standards. The standards also continue to use the same work factor (WF) and GHG target definitions (81 FR 73478, October 25, 2016). However, for MDVs above 22,000 pounds GCWR, we are proposing to limit the GCWR input into the work factor equation to 22,000 pounds GCWR in order to prevent increases in the GHG emissions target standards that are not fully captured within the loads and operation reflected during chassis dynamometer GHG emissions testing. The testing methodology does not directly incorporate any GCWR (*i.e.,* trailer towing) related direct load or weight increases; however, they are reflected in the higher target standards when calculating the GHG targets using GCWR values above 22,000 pounds Without some limiting ''cap,'' the resulting high target standards relative to actual measured performance are unsupported and may generate windfall compliance credits for higher GCWR ratings.

$CO_2$e Target (g/mi) = [a × WF] + b

WF = Work Factor = [0.75 × [Payload Capacity + xwd] + [0.25 × Towing Capacity]

Payload Capacity = GVWR (lb.) − Curb Weight (lb.)

xwd = 500 lb. if equipped with 4-wheel-drive, otherwise 0 lb.

Towing Capacity = GCWR (lb.) − GVWR (lb.)

and with a and b as defined in Table 31:

TABLE 31—PROPOSED COEFFICIENTS FOR MDV TARGET GHG STANDARDS

| Model year | a | b |
|---|---|---|
| 2027 | 0.0348 | 268 |
| 2028 | 0.0339 | 261 |
| 2029 | 0.0310 | 239 |
| 2030 | 0.0280 | 216 |
| 2031 | 0.0251 | 193 |
| 2032 | 0.0221 | 170 |

The MDV target GHG standards are compared to the current HD Phase 2 gasoline standards in Figure 11. Note that the standards continue beyond the data markers shown in Figure 11. The data markers within the figure reflect the approximate transition from light-duty trucks to MDVs at a WF of approximately 3,000 pounds and the approximate location of 22,000 pounds GCWR in work factor space (*e.g.,* a WF of approximately 5,500 pounds).

Beginning in 2027, the MDV GHG program moves gasoline, diesel, and PEV MDVs to fuel-neutral standards, *i.e.,* identical standards regardless of the fuel or energy source used. We consider these standards feasible taking into consideration the opportunities for increased MDV electrification, primarily within the van segment.

The smaller displacement diesel engines remaining within the MDV program are currently within the van segment and are all derived from passenger car or other light-duty applications. The gasoline MDVs have also historically used engines derived from light-duty applications. The larger displacement (6L and above) diesel engines in Class 2b and Class 3 applications all have GCWR above (in some cases, significantly above) 22,000 pounds and were not derived from light-duty applications.

BILLING CODE 6560–50–P

**Tab 6**



• Is not subject to requirements of Section 12(d) of the National Technology Transfer and Advancement Act of 1995 (15 U.S.C. 272 note) because application of those requirements would be inconsistent with the CAA; and

• Does not provide EPA with the discretionary authority to address, as appropriate, disproportionate human health or environmental effects, using practicable and legally permissible methods, under Executive Order 12898 (59 FR 7629, February 16, 1994).

In addition, the SIP is not approved to apply on any Indian reservation land or in any other area where EPA or an Indian tribe has demonstrated that a tribe has jurisdiction. In those areas of Indian country, the rule does not have tribal implications and will not impose substantial direct costs on tribal governments or preempt tribal law as specified by Executive Order 13175 (65 FR 67249, November 9, 2000), because redesignation is an action that affects the status of a geographical area and does not impose any new regulatory requirements on tribes, impact any existing sources of air pollution on tribal lands, nor impair the maintenance of ozone national ambient air quality standards in tribal lands.

## List of Subjects

### 40 CFR Part 52

Environmental protection, Air pollution control, Incorporation by reference, Intergovernmental relations, Nitrogen dioxide, Ozone, Reporting and recordkeeping requirements, Volatile organic compounds.

### 40 CFR Part 81

Environmental protection, Air pollution control, National parks, Wilderness areas.

Dated: May 4, 2020.

**Cheryl Newton,**

*Deputy Regional Administrator, Region 5.*

[FR Doc. 2020–09829 Filed 5–12–20; 8:45 am]

**BILLING CODE 6560–50–P**

## ENVIRONMENTAL PROTECTION AGENCY

### 40 CFR Parts 86 and 600

**[EPA–HQ–OAR–2016–0604; FRL–10007–47–OAR]**

**RIN 2060–AT21**

### Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice of proposed rulemaking.

**SUMMARY:** The Environmental Protection Agency (EPA) is proposing to make adjustments to certain laboratory tailpipe emission testing procedures for automobiles, light trucks, and heavy-duty pickup trucks and vans as the result of a test fuel change that was finalized as a part of EPA's 2014 Tier 3 vehicle emissions rule. In that rule, EPA changed its laboratory test fuel to be more similar to typical gasoline currently in use. In the Tier 3 Final Rulemaking, EPA required vehicle manufacturers to perform greenhouse gas (GHG) and CAFE fuel economy testing on the new Tier 3 test fuel, beginning for model year 2020 and later vehicles. Changes to the fuel used for emissions testing can result in a change in emission results on the tests. When we adopted the Tier 3 test fuel, we indicated that we intended to undertake rulemaking to re-align test results from GHG and CAFE fuel economy testing on the new Tier 3 test fuel so they are consistent with test results from testing on the original Tier 2 test fuel, in order to avoid an effective change in the stringency of the GHG and CAFE standards. Specifically, EPA is now proposing adjustment factors to apply to both vehicle GHG and fuel economy test results for the GHG and CAFE programs and the Fuel Economy and Environment Label. In addition, we propose that the shift to required use of the new fuel for all vehicle testing be phased in through Model Year 2024, but required in Model Year 2025. Because the purpose of the rule is simply to realign test results in response to the test fuel change, there would be no significant costs associated with the proposed action.

**DATES:**

*Comments:* Comments must be received on or before August 11, 2020.

*Public Hearing:* If anyone contacts us requesting a public hearing on or before May 20, 2020, we will hold a hearing and will publish additional information about the hearing in a subsequent **Federal Register** document.

**ADDRESSES:** Submit your comments, identified by Docket ID No. EPA–HQ–OAR–2016–0604, at *http://www.regulations.gov.* Follow the online instructions for submitting comments. Once submitted, comments cannot be edited or removed from *Regulations.gov.* The EPA may publish any comment received to its public docket. Do not submit electronically any information you consider to be Confidential Business Information (CBI) or other information whose disclosure is restricted by statute. Multimedia submissions (audio, video, etc.) must be accompanied by a written comment.

The written comment is considered the official comment and should include discussion of all points you wish to make. The EPA will generally not consider comments or comment contents located outside of the primary submission (*i.e.,* on the web, cloud, or other file sharing system). For additional submission methods, the full EPA public comment policy, information about CBI or multimedia submissions, and general guidance on making effective comments, please visit *http://www2.epa.gov/dockets/commenting-epa-dockets.*

**FOR FURTHER INFORMATION CONTACT:** Tad Wysor, Office of Transportation and Air Quality, Assessment and Standards Division, Environmental Protection Agency, 2000 Traverwood Drive, Ann Arbor, MI 48105; telephone number: (734) 214–4332; email address: *wysor.tad@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

## Table of Contents

I. General Information
  A. Does this action apply to me?
  B. What action is the Agency taking?
  C. What is the Agency's authority for taking this action?
  D. What are the incremental costs and benefits of this action?
II. Background and Purpose of the Proposed Test Procedure Adjustments
III. Summary of EPA Vehicle Testing Program and Summary of Test Results
  A. Summary of the EPA Test Program and Technical Report
  B. Summary of EPA Test Results
IV. Proposed Test Procedure Adjustment Factors
  A. CO₂ Adjustment Factor and Approach to Other GHG Exhaust Standards
  1. Methane and Nitrous Oxide Emissions Compliance
  B. Fuel Economy (CAFE) Adjustment Factor
  1. Analysis of Data and Development of the Proposed Fuel Economy Equation
  2. Proposed Fuel Economy Adjustment Factor
V. Proposed Implementation Schedule
VI. Projected Impacts
VII. Implications of Proposed Adjustments on the Fuel Economy and Environment Label
  A. Background
  B. City and Highway Fuel Economy Estimates Displayed on the Label
  C. CO₂ Performance Estimates Displayed on the Label
  D. Litmus Test
VIII. Statutory Authority and Executive Order Reviews
  A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review
  B. Executive Order 13771: Reducing Regulations and Controlling Regulatory Costs
  C. Paperwork Reduction Act (PRA)

D. Regulatory Flexibility Act (RFA)
E. Unfunded Mandates Reform Act (UMRA)
F. Executive Order 13132: Federalism
G. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments
H. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks
I. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution or Use
J. National Technology Transfer and Advancement Act (NTTAA)
K. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations

## I. General Information

### A. Does this action apply to me?

This proposed action would affect companies that manufacture or sell new gasoline fueled light-duty vehicles, light-duty trucks, medium-duty passenger vehicles, or heavy-duty vehicles up to 14,000 pounds GVWR, as defined under EPA's CAA regulations,[1] and passenger automobiles (passenger cars), non-passenger automobiles (light trucks), and heavy-duty pickup trucks and vans as defined under National Highway Traffic Safety Administration's (NHTSA's) Corporate Average Fuel Economy (CAFE) regulations.[2] Regulated categories and entities include the following:

| Category | NAICS codes [A] | Examples of potentially regulated entities |
|---|---|---|
| Industry | 336111, 336112 | Motor Vehicle Manufacturers. |
| | 811111, 811112, 811198, 423310 | Commercial Importers of Vehicles and Vehicle Components. |
| | 335312, 811198 | Alternative Fuel Vehicle Converters. |

[A] North American Industry Classification System (NAICS)

This list is not intended to be exhaustive, but rather provides a guide for readers regarding entities likely to be regulated by this action. If you have questions regarding the applicability of this action to a particular entity, consult the person listed in the **FOR FURTHER INFORMATION CONTACT** section.

### B. What action is the Agency taking?

EPA is proposing adjustments to certain laboratory emission testing procedures for gasoline fueled light-duty vehicles, light-duty trucks, and medium-duty passenger vehicles, and some gasoline fueled heavy-duty vehicles,[3] and provisions for the implementation of these proposed adjustments. As a part of EPA's 2014 Tier 3 vehicle emissions rule, which applies to non-GHG emissions, EPA changed the laboratory gasoline test fuel to be more similar to typical fuels currently in use (79 FR 23414, 23531, April 28, 2014). In the absence of the action proposed in this notice, this change in test fuel would apply to vehicles tested for compliance with the GHG and CAFE standards for Model Year (MY) 2020 and later. Because testing on the new test fuel results in slightly different CO$_2$ emissions measurements and fuel economy results than does testing on the current test fuel, rulemaking action is necessary to re-align test results from GHG and CAFE fuel economy testing on the new Tier 3 test fuel so they are consistent with test results from testing on the original Tier 2 test fuel, in order to avoid a change in the stringency of the GHG and CAFE standards.[4] In addition, as described in detail in Section VII below, EPA is proposing to re-align test results from fuel economy testing on the new Tier 3 test fuel such that the values on the Fuel Economy and Environment Label (i.e., the window sticker on new cars and light trucks) remain consistent with those generated under the current labeling program. The proposed action would also avoid unnecessary vehicle testing burdens as auto manufacturers transition to the Tier 3 E10 test fuel for GHG and fuel economy testing.

The regulatory changes that EPA is proposing in this notice would accomplish these objectives. Specifically, the proposed adjustments to vehicle testing results would avoid changes in the stringency of the GHG and CAFE standards as a result of the test fuel transition. Also, EPA is proposing to reduce the transitional testing burden on manufacturers in three steps, as follows: (1) By delaying the requirements to test with Tier 3 fuel for an additional model year, from MY 2020 until MY 2021; (2) by allowing optional certification on either fuel for model years 2021 and 2022, and allowing manufacturers that previously tested certification vehicles for compliance with the GHG and CAFE standards to "carry over" their existing data; and (3) by allowing carryover data for model years 2023 and 2024, but requiring new certification testing (for new models not eligible to use carryover data) to be done on Tier 3 fuel. Thus, testing of all vehicles on Tier 3 certification test fuel would not be required until model year 2025. See Section V below for more discussion of this proposed phasing-in of the new testing requirements. Note that this proposed phase-in schedule for the use of Tier 3 fuel is for certification testing to GHG and CAFE standards only. All certification testing for non-GHG pollutants must continue to be done as required by the Tier 3 rule, using Tier 3 fuel as of MY 2020 for LDVs, LDTs, and MDPVs and as of MY 2022 for heavy-duty pickup trucks and vans.

### C. What is the Agency's authority for taking this action?

Statutory authority for promulgating test procedures relating to fuel economy is found in 49 U.S.C. 32901 et seq. That authority originated in Title V of the Energy Policy and Conservation Act (Pub. L. 94–163, December 22, 1975), section 504(d)(1), and has been partially amended a few times, including in Title VII of the Energy Policy Act (Pub. L. 109–58, August 8, 2005) and Title I of the Energy Independence and Security Act (Pub. L. 110–140, December 19, 2007).

Statutory authority for promulgating test procedures related to EPA's greenhouse gas standards is found in section 206 of the Clean Air Act (CAA), which governs EPA's issuances of certificates of conformity. Under section 203 of the CAA, sales of vehicles are prohibited unless the vehicle is covered by a certificate of conformity.

---

[1] "Light-duty vehicle," "light-duty truck," "medium-duty passenger vehicle," and "heavy-duty vehicle" are defined in 40 CFR 86.1803–01.

[2] "Passenger automobile" and "non-passenger automobile" are defined in 49 CFR parts 523.4 and 523.5, respectively. "Heavy-duty pickup trucks and vans" are defined in 49 CFR part 523.7.

[3] Specifically, vehicles subject to standards under 40 CFR part 86, subpart S.

[4] In Section IV below, we describe how in the absence of the proposed adjustments, the certification test fuel change would result in slightly lower CO$_2$ emissions (due to the reduced fuel carbon content) and slightly lower fuel economy results (due to the overall reduction in fuel energy content due to differences in several fuel properties).

*D. What are the incremental costs and benefits of this action?*

As discussed in Section II below, this proposed action is designed to ensure that the changes in vehicle test fuel characteristics occurring under existing regulations do not affect the stringency of the current GHG and fuel economy standards or unnecessarily add to manufacturer testing burdens. As a result, under our understanding of GHG and CAFE stringency, this proposed action by design should not on average result in any significant changes in the emissions or fuel consumption benefits originally projected for the GHG or CAFE programs, nor any changes in the projected technology costs of the standards to manufacturers.

As we discuss in Section IV below, we derived the proposed test procedure adjustments on a fleetwide average basis. It is possible that vehicle manufacturers may find that for some individual vehicle models the proposed adjustments result in slightly different certification $CO_2$ emissions or fuel economy calculations in one direction or the other. Overall, however, especially in light of the fleetwide averaging of the standards, we believe that the proposed adjustment factors would result in no significant net changes in certification results for manufacturers. We request comment on this conclusion, including any data or information indicating that the proposed fleet-wide average approach would be problematic for any individual manufacturer's fleet.

Regarding the additional certification vehicle testing that the transition from Tier 2 to Tier 3 test fuel now underway will temporarily require, we discuss in Section V below a proposed implementation schedule for the transition to required use of Tier 3 test fuel (with the associated test procedure adjustments proposed here). We believe that the proposed phased implementation schedule will minimize any potential disruption of any manufacturer's current testing plans.[5] Because the purpose of this rule is to align certification results before and after the transition in test fuels, the proposed gradual implementation, including the proposed delay until MY 2021 for the required use of Tier 3 fuel, should have no impact on the projected

benefits and costs of the GHG and CAFE programs.[6]

## II. Background and Purpose of the Proposed Test Procedure Adjustments

The joint light-duty (LD) greenhouse gas (GHG) and fuel economy (FE) rules adopted by EPA and NHTSA (77 FR 62624, October 15, 2012) required that fuel economy and GHG emissions performance be measured in laboratory testing of vehicles using the long-standing regulatory gasoline and diesel test fuels.[7] The Tier 2 gasoline test fuel that has long been used for fuel economy and GHG testing is significantly different from today's market gasoline used by consumers. Over time, refiners have changed the composition and characteristics of market gasoline. Since the last time EPA changed our gasoline test fuel in the 1980s, market gasoline has become more distinct from Tier 2 test fuel, most notably in that Tier 2 fuel contains no ethanol ("E0 fuel") and it has higher levels of aromatic compounds (or "aromatics"). However, EPA did not pursue any changes to test fuel properties in the 2012 rule.

In 2014, EPA's Tier 3 final rule focused on reductions in non-GHG emissions (79 FR 23414, April 28, 2014).[8] As part of the Tier 3 rule, and in order to ensure the Tier 3 rule's reductions in non-GHG emissions were achieved, EPA acted to reduce the key differences in the properties between today's in-use fuel and the regulatory test fuel. In that rule, EPA introduced new test fuel specifications that are much more similar to the properties of typical fuels commercially available today, which on average contain about 10 percent ethanol (called "E10 fuel") and lower levels of aromatics than did the earlier E0 test fuel. Both of these changes in fuel composition affect the amount of carbon and energy per unit of volume of the fuel. These differences

result in small, but not insignificant, changes in the tailpipe emissions of $CO_2$ and in the fuel economy values that are calculated based on those $CO_2$ emissions,[9] as the EPA vehicle test program (Section III below) clearly demonstrates.

As discussed in Section III, EPA estimates that the impact on $CO_2$ emissions is a 1.6% difference, and thus without the test procedure adjustment proposed in this notice, a change from the Tier 2 gasoline certification fuel to the Tier 3 gasoline certification fuel would reduce the stringency of the EPA $CO_2$ standards by 1.6%. Thus, this action is predicated on a view of GHG and CAFE stringency as relating to vehicle efficiency rather than tailpipe emissions in a market representative fuel mix. EPA requests comment on whether the Agency should consider a regulatory approach where we require the use of Tier 3 gasoline certification fuel without any test procedure adjustment for $CO_2$. If the Agency were to consider such an approach, EPA also requests comment as to whether EPA would need to complete additional analysis, likely in the form of a Supplemental Notice of Proposed Rulemaking (SNPRM), or whether EPA could finalize a change in the gasoline certification fuel without any $CO_2$ adjustment factor and without issuing a SNPRM.

Instead of addressing the changes in test results caused by the change in test fuel by using the Administrator's authority to change the stringency of the standards under CAA 202(a), this rule proposes to maintain the existing stringency and use the Administrator's separate authority to modify the emission testing procedures under CAA 206(d). Under this authority, we have developed and are proposing to establish the numerical factors that will adjust emission test results and fuel economy calculations such that the test fuel changes do not on average increase or reduce the stringency of the existing $CO_2$ and fuel economy standards.

Beyond the $CO_2$ and fuel economy adjustment factors that we are proposing in order to maintain the stringency of the current standards, an additional requirement comes into play with respect to fuel economy compliance testing. When EPA makes changes to the test procedures, including changes to test fuel, that apply to testing for fuel economy compliance, the statutory provisions governing the CAFE program

---

[5] See EPA Memorandum to Docket EPA–HQ–OAR–2016–0604: "Listing of Technical Consultation Meetings between EPA Staff and Automobile Industry Technical Representatives Supporting the Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel, NPRM." Among other topics, these meetings included discussions of manufacturer fuel economy test scheduling.

[6] See EPA Memorandum to Docket EPA–HQ–OAR–2016–0604: "EPA/OTAQ—Estimated Cost Savings from Required Certification Test Fuel Related Adjustments," estimating that the industry-wide savings once EPA finalizes these proposed certification fuel adjustments will likely be well under $2 million per year.

[7] Similarly, the 2016 heavy-duty (HD) "Phase 2" GHG and fuel consumption rules, as they apply to large pickup trucks and vans, did not take action to change the gasoline test fuel, deferring to the test fuel change specified for these vehicles in the earlier Tier 3 rule discussed below. (The HD Phase 2 final rule is at 81 FR 73740, October 25, 2016). Note that the HD Phase 2 rule separately addressed test fuels for certifying heavy-duty gasoline engines.

[8] The Tier 3 rule applied to LDVs, LDTs, and MDPVs, as well as to large pickup trucks and vans (*i.e.*, heavy-duty Class 2b and 3 vehicles), including establishing implementation schedules for implementing the change in test fuel for the light-duty and heavy-duty vehicle categories.

[9] The change in test fuel that EPA established in the 2014 Tier 3 rule phased in the required use of Tier 3 E10 test fuel for testing for the new Tier 3 "criteria emissions" standards over several years, through MY 2019 (LDVs) and MY 2021 (HDVs).

(see Section I.C above) require EPA to use ''procedures that give comparable results'' to earlier procedures (see 49 U.S.C. 32904(c)):

It is important to distinguish that for testing for $CO_2$ emissions compliance under the Clean Air Act, the statute allows, but does not require, similar adjustments back to 1975 test procedures, including for changes in test fuel properties. Based upon our view of stringency means, we do not see any value to making such an additional adjustment for $CO_2$ and instead are proposing a simple adjustment to $CO_2$ certification emission test results.

In the Tier 3 rule (at 79 FR 23531), EPA required refiners to make changes to market gasoline that were necessary to enable the stringent new standards for vehicle emissions of criteria pollutants and their precursors. In that same rule, EPA adopted changes to certification fuel that would better represent in-use gasoline, including the new in-use gasoline changes.[10] EPA recognized that these changes to the test fuel would likely have some effect on certification testing results for the GHG and CAFE standards that had been adopted a few years before. However, EPA lacked sufficient data at that time to determine the magnitude of any such effect. Accordingly, EPA committed to undertaking a study of the effect of the change in test fuel, and, if appropriate, to propose test procedure adjustments. Our intent was to ensure that the stringency of the GHG and CAFE programs would not be affected by the change in test fuel.

These anticipated test procedure adjustments were to center around adjustments to the measured $CO_2$ results and the fuel economy calculations used to quantify vehicle GHG emissions and fuel economy performance. During the Tier 3 rulemaking, EPA and manufacturers recognized that insufficient GHG emission and fuel economy data existed at the time to appropriately quantify the impact of the new test fuel, especially on more advanced vehicle technologies that have recently been introduced in the light-duty fleet. Thus, as mentioned above, we committed to conducting a vehicle and fuel testing program to develop emissions data on both fuels to support

such test procedure adjustments. As discussed in Section III below, EPA has now completed such a test program.

Also in the Tier 3 rule we recognized that prior to the implementation of any such adjustments and during any phase-in of new test fuel requirements, manufacturers might choose to perform parallel compliance testing on both fuels (i.e., to perform Tier 3 compliance testing on E10 fuel but also continuing to perform GHG and CAFE fuel economy testing on E0 fuel during the transition). To reduce this potential temporary regulatory burden, EPA put in place several interim provisions to provide testing flexibility and reduce the number of additional required tests during the transition from the previous Tier 2 E0 test fuel to the new Tier 3 E10 test fuel.

In the Tier 3 preamble (79 FR 23533), EPA stated our intention to complete a rulemaking establishing a cutoff date after which manufacturers would need to perform all compliance testing on Tier 3 fuel, as well as establishing the related test procedure adjustments, in time for MY 2020 certification. EPA also noted in the Tier 3 preamble that manufacturers suggested various approaches to when and how such a requirement might be implemented, including phased provisions and revised provisions for carryover of earlier test data. Manufacturers also requested that the implementation of the new fuel requirement and corresponding test procedure adjustments take into account the necessary lead time and the temporary added testing burden generally required by the industry during a transition between certification test fuels.

In the sections below, EPA describes the steps we propose to take, as we anticipated in the 2014 Tier 3 rule. In Section III, we summarize the vehicle testing program that we have now conducted, designed to compare measured $CO_2$ emissions and calculated fuel economy on both the Tier 2 and Tier 3 test fuels, on vehicles incorporating advanced fuel efficiency technologies. We then describe our analyses of those data, concluding with our proposed $CO_2$ and fuel economy adjustment factors.[11]

As we discuss in detail in Section IV below, we needed to take two separate approaches to arriving at the proposed

$CO_2$ and fuel economy adjustment factors. The effect of the change in test fuel on $CO_2$ is measured directly from the tailpipe emissions. For this reason, and as discussed below, we directly used the observed change in $CO_2$ emissions between the two fuels from our test program as the proposed $CO_2$ adjustment factor, in order to baseline stringency more clearly in line with vehicle efficiency.

In contrast, fuel economy is derived indirectly using a formula that converts the measured mass of $CO_2$ (and other carbon emissions), in grams per mile, into a volume of gasoline used (miles per gallon), incorporating assumed or measured properties for the gasoline such as its energy and carbon content, as discussed below.

Because it relates the carbon content of the liquid fuel with the total carbon content of the gaseous emissions, fuel economy calculated in this way is often called the ''carbon-balance'' fuel economy. This method was devised in the 1970s to be a more practical and more accurate representation of the actual fuel economy than could be measured directly by attempting to precisely compare volumes of gasoline before and after the test.

An additional analytical step is necessary to convert the calculated carbon-balance fuel economy result into ''CAFE'' results, as required for CAFE compliance by the EPCA statute (and subsequent amendments) referenced in Section I.C above. This additional step is needed because test fuel properties have changed over the years. The EPCA (and subsequent) statutes require that test results that are to be used for CAFE compliance be consistent with results that would have been calculated in 1975, when the law was passed.[12] Because of this, in 1986 EPA adopted a modified carbon-balance fuel economy equation that was intended to align the calculated fuel economy values on average with 1975 test fuel and test conditions.[13] EPA made this change to account for the change in test fuel properties related to the phase out of lead from market gasoline. The CAFE equation revised at that time remains in effect today. We present that equation and discuss it further in Section IV.B.1 below.

The CAFE equation combines a term that represents carbon-balance fuel economy and a term that compensates for changes in the test fuel's volumetric energy density (VED) relative to the baseline fuel. This additional factor recognizes that a difference in VED

---

[10] For example, market gasoline has gradually evolved over the past two decades from largely zero ethanol and higher aromatics (around 31%) to nearly universal 10% ethanol fuel and lower aromatics (about 23%), qualities that are represented in the current Tier 3 certification fuel. The Tier 3 rule (2014) also reduced fuel sulfur content, which is important for catalytic converter operation and criteria emissions control, but which does not affect $CO_2$ or fuel economy and is not relevant to this proposed action.

[11] Note that because EPA set the Tier 3 ''criteria emissions'' standards based on testing on Tier 3 E10 certification test fuel, there is no misalignment between those standards as the auto industry has transitioned to testing on Tier 3 fuel for Tier 3 certification, and thus no test procedure adjustments are needed for criteria emissions testing.

[12] 49 U.S.C. 32904(c).

[13] FR volume 51, page 37844, October 24, 1986.

between test fuels is the primary driver of differences in fuel economy test results. This term in the equation also includes the empirical "R" factor, which EPA introduced in 1986 to reflect the sensitivity of fuel economy to a change in fuel energy content and set its value at 0.6, as discussed further in Section IV.B.1 below.[14]

We are proposing an updated CAFE equation for use with Tier 3 test fuel. In this proposed new equation, the original R-factor would be replaced by a new factor ($R_a$). In addition to accounting for the change in fuel energy content (the role of the original R-factor), the new empirically-derived $R_a$ in effect incorporates that factor, but also other impacts that may result from the change in test fuel (*e.g.,* from the change in aromatics content between Tier 2 and Tier 3 fuel). $R_a$ also incorporates any effects due to the updated methodologies that we now use to measure fuel properties, as discussed in Section IV.B. below. For the purpose of this rule, there is no need to separately evaluate these different factors or their interactions (including determining a new value for the original fuel energy content related "R-factor"), and we have not done so.

We have determined $R_a$ empirically such that the CAFE calculation from testing using Tier 3 test fuel would on average be numerically equivalent to the calculation that would have occurred using Tier 2 test fuel and the long-standing value of 0.6 assigned to the original R-factor. We are also proposing minor updates to the CAFE equation, as discussed in detail in Section IV.B.1 below. This proposed factor $R_a$ would serve as the CAFE fuel economy adjustment factor for testing on Tier 3 test fuel. Section IV.B below describes how we developed the proposed value for $R_a$, which results in adjusted CAFE compliance values that account for all test procedure, test condition, and test fuel changes since 1975, including the current transition to Tier 3 test fuel. We invite comment on this adjustment, and on our approach generally to harmonizing the baseline between GHG and CAFE standards.

Finally, as discussed in Section V below, we are proposing a delay in the existing requirement from the Tier 3 program for manufacturers to complete their transitions to performing all of their testing on Tier 3 E10 fuel, which we believe would avoid excessive testing burden on the automotive industry.

## III. Summary of EPA Vehicle Testing Program and Summary of Test Results

### A. Summary of the EPA Test Program and Technical Report

In order to respond to the need for test procedure adjustments due to the change to Tier 3 certification fuel, EPA conducted a test program at EPA's National Vehicle and Fuel Emissions Laboratory to quantify the differences in GHG emissions and fuel economy between Tier 2 and Tier 3 certification test fuels. This effort required additional steps beyond conventional testing methodologies, with a focus on reducing test-to-test variability in order to discern relatively small emissions effects on the order of 1.5–2 percent. The peer-reviewed Technical Report titled "Tier 3 Certification Fuel Impacts Program"[15] contains the details of the study design, how we conducted the testing, and our analysis of the results. EPA released this report to the public in January of 2018.

EPA designed the study to test vehicles that incorporated a variety of advanced powertrain technologies that already have a significant and increasing presence in the market today and are expected to be among the primary technologies applied by manufacturers to meet future GHG and fuel economy standards. Our selection of vehicles for the test program was designed to address the narrow purpose of this rule: Quantifying appropriate $CO_2$ and CAFE adjustments that on average would prevent the change in the stringency of those standards that would otherwise occur as the certification test fuel changed. We note that because it was necessary in this case for EPA to estimate test fuel effects into future years, we were not able to base our vehicle selection solely on the vehicle fleet as it currently exists. In other words, it was critical that the agency select vehicles equipped with technologies that represent how the fleet will look in the future (rather than how the fleet looks today). We invite comment upon this approach.

To capture the emission and fuel economy effects with the technologies that are becoming widespread in the fleet, we concluded that it was important to cover a wide range of engine configurations and cylinder displacements, and related technologies. We intentionally focused on specific technologies that we expect manufacturers to widely use in future vehicles, instead of on specific vehicles,

for two reasons: (1) Fuel effects on GHG emissions and fuel economy relate primarily to combustion characteristics of the engine, rather than to vehicle characteristics (*e.g.,* mass and aerodynamics); (2) While we are reasonably certain that the technologies we selected and tested will dominate the light-duty fleet in coming years, the distribution of specific vehicles in which they will be used over the 2025 and later time period is much more difficult to anticipate. EPA believes that the appropriateness of focusing our test vehicle selection on key engine and powertrain technologies is further reinforced by the long-standing practice by most manufacturers of using a single engine type in several different models of passenger cars, cross-overs, SUVs, minivans, and/or pick-up trucks.

Table III–2 below lists the powertrain technologies that EPA selected, after a series of technical consultation meetings with the Alliance and Global Automakers.[16] The selected vehicles cover 4-, 6-, and 8-cylinder engines, and a wide range of displacements per cylinder (ranging from 0.375 to 0.75 liters of displacement per cylinder). In addition, EPA's selected engines included both naturally aspirated and turbocharged engines and both direct-injection and port-injection fuel delivery systems.[17] Because these engine characteristics largely determine the dynamics of fuel combustion, they are closely related to emissions and efficiency when test fuel changes. We also included newer transmission technologies to reveal any potential effects beyond the engine. Several of these engine and transmission technologies are in widespread use today, and we expect the others to become more prevalent as future GHG, CAFE, and Tier 3 standards take effect.

As illustrated in the 2018 EPA Automotive Trends Report, the use of the key technologies incorporated in the EPA test program is growing in a wide range of vehicle applications across the industry, at the same time that earlier

---

[14] FR volume 51, page 37844, October 24, 1986.

[15] EPA Technical Report "Tier 3 Certification Fuel Impacts Test Program" January 2018, EPA–420–R–18–004 (*https://www.epa.gov/moves/tier-3-certification-fuel-impacts-test-program*). Docket EPA–HQ–OAR–2016–0604.

[16] See EPA Memorandum to Docket EPA–HQ–OAR–2016–0604: "Listing of Technical Consultation Meetings between EPA Staff and Automobile Industry Technical Representatives Supporting the Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel, NPRM. Among other topics, these meetings included detailed discussions of vehicle selection and test methodology issues for the EPA vehicle test program underway at the time.

[17] EPA did not include electric hybrid powertrains in the test program because the additional test variability caused by differences in battery state of charge and engine on/off operation would likely confound the small fuel effects.

competing technologies are generally declining.[18]

We chose eleven vehicles that incorporated one or more of these relevant advanced technologies, including the following: Gasoline direct injection (GDI) (which enables higher compression ratios for improved fuel efficiency and emissions reductions); engine turbocharging, (generally in conjunction with smaller, more efficient engines, another growing approach to improved fuel efficiency and reduced emissions); naturally aspirated high compression engines (featuring a high degree of valve timing authority to allow operation as Atkinson-Cycle engines when required; cylinder deactivation technology (to allow one or more cylinders to be deactivate while the vehicle is cruising, reducing fuel consumption and emissions); automatic transmissions with higher numbers of gears, as well as Continuously Variable Transmissions (CVTs), to allow engines to stay in the most efficient engine speed range as much as possible, improving fuel use and emissions. The test program also included a large pickup truck, a "Class 2b" heavy-duty vehicle, to assess whether larger gasoline trucks with engine technology that is common today and is likely to continue into the future show similar effects to LDVs and LDTs.[19]

The use of these technologies has been growing, and we expect them to continue to grow. For example, between 2008 and 2018, in the new model year fleet:

• Gasoline direct injection (GDI) penetration has grown from 2% to 51%.

• Gasoline engine turbocharging has grown from 3% to 31%.

• Cylinder deactivation has grown from 7% to 12%.

• 8-speed transmissions have grown from 0.2% to 19%.

• Continuously Variable Transmissions (CVTs) have grown from 6% to 20%.

The vehicles we selected for the test program were production vehicles that had emission levels that were compliant or nearly compliant with the Tier 3 emission standards. All of the vehicles we tested for this program were certified by the manufacturers to operate appropriately on regular grade fuel, to avoid any potential octane effects from the test fuel change (*i.e.,* from higher-octane Tier 2 test fuel to lower-octane Tier 3 test fuel).

Some stakeholders have asked EPA to consider using the manufacturer-generated test data that they submit to the EPA vehicle certification database as an alternative data source for estimating the impact of the change in $CO_2$ and fuel economy performance due to the test fuel change, rather than the data from the separate EPA vehicle test program.[20] In fact, early in the development of this proposed action, EPA considered the potential value of using available manufacturer certification data for this purpose of quantifying the impact of the test fuel change. However, EPA concluded that the manufacturer certification data submitted to EPA could not be used for the purpose of the technical analysis needed for this rule. As shown in Table III–1 below, EPA recognizes that there are many sources of vehicle test-to-test variability, and we have developed methodologies to control for these sources of variability for this test program. EPA's testing methodologies were informed by our experience with the challenges of measuring fuel effects on vehicle emission performance. EPA concluded that it is not possible to use manufacturer certification data, as submitted to EPA, to quantify the effects of the Tier 3 fuel change on $CO_2$ and fuel economy. This is why EPA instead

designed a targeted, controlled test program for the particular purposes of this rule.

In performing the testing of the selected vehicles, we took additional steps beyond those specified in the existing compliance testing regulations in order to reduce test-to-test variability to very low levels. This was necessary because we were working to discern very small changes in emissions and fuel economy between tests on the two fuels, requiring lower test-to-test variability than has been historically accepted for such testing, including compliance testing.[21] We accomplished this goal in several ways, in general by reducing or eliminating potential sources of variability. These steps included completing testing of one vehicle on one fuel in a single work week; maintaining the same test site and vehicle driver throughout the program across all fuels and vehicles; thorough removal of the previous test fuel from the fuel system, with enough driving to allow for the engine to adapt to the new fuel properties; maintaining the same number and type of test, and the same sequence, during each day of testing; and ensuring a fully-charged battery by using a trickle-charger overnight, over weekends, and over extended periods between tests. By taking these actions like these, we were able to reduce test-to-test variability significantly as compared to most routine testing on these test cycles.

Table III–1 lists several of the key features of vehicle testing that affect the variability of test results and that we specifically incorporated into the EPA vehicle test program. As shown, these methodological features are typically not present during manufacturer certification testing (nor are necessary for the accuracy required for that purpose).

TABLE III–1—TEST VARIABLES REQUIRING CONTROL FOR ACCURATE FUEL EFFECTS MEASUREMENT

| Methodological features | EPA test program | Available manufacturer certification data |
|---|---|---|
| Identical test fuels across all test vehicles | Yes | No |
| Appropriate methods for measuring Tier 3 (oxygenated) test fuel properties | Yes | Rarely |
| Multiple measurements of test fuel properties across several labs/samples | Yes | No |
| Comparative testing done in same test cell (to minimize impacts from vehicle loading and coast-down simulation, etc.) | Yes | Rarely |
| Testing using same driver | Yes | No |
| Testing using exact same test vehicle for all testing of a vehicle model | Yes | Rarely |

[18] The 2018 EPA Automotive Trends Report describes in detail the most recent trends among powertrain technologies, beginning at P. 37: *https://www.epa.gov/automotive-trends/download-automotive-trends-report#Full%20Report.*

[19] As discussed above, EPA regulates Class 2b (and Class 3) heavy-duty vehicles, which have gross vehicle weight ratings greater than 14,000 pounds,

separately from light-duty vehicles, but the 2014 Tier 3 certification test fuel changes applied to testing for both of these vehicle categories.

[20] See briefing document provided by the Alliance of Automobile Manufacturers for E.O. 12866 meeting May 28, 2019, EPA Docket EPA–HQ–OAR–2016–0604.

[21] For example, EPA historically allows up to a three percent difference in fuel economy from test to test when performing engineering evaluations. Guidance document VPCD–97–01 for testing vehicles with knock sensors highlights this existing variability allowance.

TABLE III–1—TEST VARIABLES REQUIRING CONTROL FOR ACCURATE FUEL EFFECTS MEASUREMENT—Continued

| Methodological features | EPA test program | Available manufacturer certification data |
|---|---|---|
| Careful control of vehicle preparation to reduce variability (beyond CFR requirements) | Yes | No |
| Statistical assessment of number of test replicates needed | Yes | No |
| Monitoring driver performance metrics for consistency with comparative tests | Yes | No |
| Highly controlled sequencing of test types (FTP, HFET, US06) | Yes | No |
| Fuel sequence order switched to avoid vehicle "learning bias" | Yes | No |
| Repeat of test sequences when necessary for statistical confidence | Yes | No |

EPA requests comments on ways that manufacturer certification data submitted to EPA, or any other data, might be used as an appropriate supplemental or alternative source of data for the purpose of quantifying the small average impacts on $CO_2$ and fuel economy due to the Tier 3 test fuel change. We request that commenters include any data or analysis that could mitigate the concerns we express above about the use of such data for the purpose of this proposed rule

Table III–2 lists the test vehicles EPA used in this test program and the key technologies they incorporated. EPA requests comment on our decision to focus our test vehicle selection for this program on vehicles with certain engine and powertrain technologies, and on the specific technologies we selected (Table III–2). EPA also requests any data that would indicate that the fuel economy and/or $CO_2$ performance of vehicles with other technologies that are currently widespread or are likely to be in the near future would vary from the consistent patterns seen in the EPA vehicle test program.

TABLE III–2—SUMMARY OF EPA VEHICLE TESTING PROGRAM & SUMMARY OF TEST RESULTS: EPA TEST PROGRAM VEHICLES

| Model year | Vehicle Make/Model | Engine | Technologies |
|---|---|---|---|
| 2014 | Ram 1500 | 3.6L V6 PFI | 8 speed automatic transmission, start-stop disabled. |
| 2016 | Acura ILX | 2.4L I4 GDI | 8 speed DCT with a torque converter. |
| 2013 | Nissan Altima | 2.5L I4 PFI | CVT. |
| 2016 | Honda Civic | 1.5L I4 GDI | CVT, downsized turbocharged engine. |
| 2015 | Ford F150 Eco-Boost | 2.7L V6 GDI | Downsized turbocharged engine, start-stop disabled. |
| 2013 | Chevrolet Malibu ("Malibu 1") | 2.4L I4 GDI | Gasoline direct injection engine. |
| 2016 | Chevrolet Malibu ("Malibu 2") | 1.5L I4 GDI | Downsized turbocharged engine. |
| 2014 | Mazda 3 | 2.0L I4 GDI | High compression ratio engine. |
| 2014 | Chevrolet Silverado 1500 | 4.3L V6 GDI | Cylinder deactivation. |
| 2015 | Volvo S60 T5 | 2.0L I4 GDI | Downsized turbocharged engine. |
| 2016 | Chevrolet Silverado 2500 | 6.0L V8 PFI | Class 2b truck. |

We note that the EPA test program and the associated Technical Report only evaluated the change in carbon-balance fuel economy between the two test fuels, not changes in CAFE calculations. However, these data serve as a basis for developing the proposed CAFE fuel economy adjustment factor described in Section IV.

### B. Summary of EPA Test Results

The EPA test program described above generated a set of high-quality vehicle emissions data, which then also served as inputs to the carbon-balance fuel-economy equation, on each of the two fuels of interest. The associated Technical Report referenced above includes a comprehensive summary and comparison of these data. We refer stakeholders interested in a fuller presentation of the entire program to the Technical Report.

The Technical Report, as a comprehensive presentation of EPA test program and its results, is independent of this rule and will likely be valuable in other contexts. Much of the data

collected in the test program and presented in the Technical Report is relevant to the development of the adjustment factors proposed in this rulemaking, as described in Section IV below. However, the report does not present the proposed adjustment factors or the analyses leading to them.

In summary, Figure III–1 shows the average percent change in $CO_2$ emissions by vehicle, calculated with respect to the Tier 2 fuel (or mathematically: % Difference = $(T3 - T2)/T2 \times 100$). The results indicate that for the Federal Test Procedure (FTP) and the Highway Fuel Economy Test (HFET) cycles, going from Tier 2 fuel to Tier 3 fuel results in a reduction in $CO_2$ per mile of 1.78 and 1.02 percent, respectively, corresponding to absolute $CO_2$ emissions decreases of 6.37 and 2.16 g/mi, respectively.[22] Vehicles which emitted comparatively large amounts of $CO_2$ on Tier 2 fuel generally showed larger reductions in

absolute $CO_2$ emissions when moving from Tier 2 fuel to Tier 3 fuel. However, these vehicles produced similar reductions to the other vehicles in the test program when expressed as a percent reduction, indicating a consistent effect proportional to the base vehicle performance of the test vehicle. In our view, stringency under GHG and CAFE standards relates to this base performance, rather than absolute $CO_2$ emissions levels. As market representative test fuel mixes become more efficient, it becomes comparatively easier for comparatively inefficient vehicles to comply with these standards. Under this view of stringency, then, it is necessary to realign test results to maintain efficiency controls at the vehicle manufacturer level. EPA invites comment on this approach.

Similarly, Figure III–2 shows the average percent change in actual in carbon-balance fuel economy when moving from Tier 2 to Tier 3 fuels, calculated in the same way as the $CO_2$ differences. We used the fuel-economy

---

[22] The FTP and HFET are EPA's standard dynamometer driving cycles, simulating city and highway driving, respectively.

values on each fuel calculated from measured $CO_2$ and other carbon-containing emissions to generate the actual carbon-balance fuel economy, before the final conversion to CAFE compliance values. The results indicate that for the FTP and the HFET cycles, the average reduction in fuel economy when moving from Tier 2 fuel to Tier 3 fuel are 2.29 percent and 2.98 percent, respectively, corresponding to average reductions in fuel economy of 0.66 and 1.34 miles per gallon.



**Figure III-1 Percent Change in $CO_2$ Emissions from Tier 2 to Tier 3 Test Fuel (%)**



**Figure III-2 Percent Change in Carbon-Balance Fuel Economy from Tier 2 to Tier 3 Test Fuel (%)**

The Acura showed a noticeably larger fuel economy difference than other vehicles on the highway cycle (HFET). To investigate this behavior, we performed a limited number of additional tests of this vehicle on both regular grade Tier 3 fuel and premium grade (higher octane) Tier 3 fuel. The results showed an unexpected level of fuel economy sensitivity to the test fuel's octane rating.[23] So although we present the results for this vehicle here

and in the Technical Report, we have excluded it from the analysis we used to determine the proposed test procedure adjustments in Section IV. Because this vehicle is not labeled by the manufacturer as requiring premium fuel, this behavior was unexpected on the recommended (lower octane) fuel. We thus did not want these results to inappropriately affect the proposed adjustments to $CO_2$ and fuel economy.

**IV. Proposed Test Procedure Adjustment Factors**

In this section, we describe how we used relevant data from the EPA test program summarized in the previous section to develop the proposed test fuel related adjustment factors. We present below the separate analyses we conducted to determine these adjustment factors for $CO_2$ and for CAFE fuel economy.

We note that the EPA test program results described in the Technical Report and summarized above differ in perspective from our development of the proposed adjustment factors discussed in this section. The Technical Report described the change in emissions and fuel economy with the

transition from the current Tier 2 fuel to Tier 3 fuel, so those comparisons were formed as Tier 3 relative to Tier 2 fuel. In contrast, this section describes how we used the test program results to determine adjustment factors that would maintain the stringency of the existing standards when testing is performed on Tier 3 test fuel. Thus, the comparison in this section is formed as Tier 2 relative to Tier 3 fuel. Another difference is the ASTM method[24] used to determine the carbon mass fraction of the test fuel for calculation of fuel economy. In the Technical Report we used the average D5291 result from five laboratories, whereas here we use the D3343 method modified for ethanol as appropriate, consistent with the proposed regulatory CAFE equation.[25]

Most individual vehicle and powertrain combinations will react slightly differently to a change in test fuel. As a result, an approach to test fuel

---

[23] Emission certification fuel, including Tier 2 test fuel, has historically been high-octane grade as a matter of convenience to avoid having to maintain separate octane levels of test fuels for different vehicle requirements. Later, with the implementation of electronic ignition and knock sensors in the 1990s, it became possible for the engine controls to optimize combustion for a number of factors including the fuel octane level, with varying effects on emissions and fuel economy. Thus, EPA issued guidance to manufacturers in 1997 (VPCD–97–01) clarifying that, in order to ensure representativeness of FE test results to real-world driving, any difference in emissions or FE between high octane and regular octane market fuel must be declared if it exceeds a 3% allowance for normal test-to-test variability. This requirement did not apply if the vehicle was marketed as requiring higher octane fuel. Note that under the Tier 3 program, the default test fuel is now regular octane, which obviates the situation of undeclared octane impacts between certification tests ad in-use driving on market gasoline.

[24] ASTM International (previously known as American Society for Testing and Materials).

[25] See proposed regulations at 40 CFR 600.113 and memo "Distillation adjustment for ethanol blending in Tier 3 and LEVIII test fuels" submitted by Aron Butler to docket EPA–HQ–OAR–2016–0604.

related adjustment that attempted to recognize the unique responses of every vehicle would be very complicated and, we believe, difficult to implement in a practical manner for manufacturer testing. Therefore, we are proposing to derive the adjustments based on average values. Such an averaging approach is not new. Historically, when EPA has corrected new test results back to the results on a previous test fuel EPA required that differing vehicle responses be accounted for on average, as discussed in Section II above. We believe this approach continues to be sufficient and appropriate for compliance with fleet-average requirements for fuel economy and $CO_2$.

We developed the proposed $CO_2$ and CAFE adjustment factors based on the Federal Test Procedure (FTP) and Highway Fuel Economy Test (HFET) results from the EPA test program, as described below for each of the two proposed adjustment factors. For consistency with the historical FTP/HFET weighting of 55 percent and 45 percent, respectively, which is used in the current regulations for compliance and other testing, we believe that this same 55 percent/45 percent weighting for FTP and HFET test results is appropriate for the adjustment factors proposed in this action.[26]

### A. $CO_2$ Adjustment Factor and Approach to Other GHG Exhaust Standards

For purposes of this proposed action, we analyzed the data from the EPA test program (excluding the data from the Acura because of the octane sensitivity issue discussed above). Table IV–1 presents our calculation process. The data show that the impact of the fuel change varies slightly among the vehicles, but it is consistently in the same direction and in the range of 1–2.5 percent, with a mean value of 1.66 percent.

TABLE IV–1—$CO_2$ RESULTS OF THE EPA TEST PROGRAM FOR THE FTP AND HFET CYCLES, WITH WEIGHTED VALUES FOR THE TWO CYCLES, AND CORRESPONDING PERCENT DIFFERENCES

| Vehicle | FTP | | HFET | | Weighted[1] | | Difference[2] | |
|---|---|---|---|---|---|---|---|---|
| | Tier 3 (g/mi) | Tier 2 (g/mi) | Tier 3 (g/mi) | Tier 2 (g/mi) | Tier 3 (g/mi) | Tier 2 (g/mi) | (g/mi) | % |
| Altima | 270.60 | 276.19 | 163.37 | 165.49 | 222.35 | 226.38 | 4.03 | 1.81 |
| Civic | 213.37 | 216.98 | 143.16 | 144.75 | 181.77 | 184.47 | 2.70 | 1.49 |
| F150 | 376.87 | 380.61 | 241.92 | 244.79 | 316.14 | 319.49 | 3.35 | 1.06 |
| Malibu 1 | 307.37 | 314.53 | 184.01 | 189.15 | 251.86 | 258.11 | 6.25 | 2.48 |
| Malibu 2 | 268.64 | 274.00 | 163.58 | 166.02 | 221.36 | 225.41 | 4.05 | 1.83 |
| Mazda | 238.57 | 242.12 | 160.32 | 161.87 | 203.36 | 206.01 | 2.65 | 1.30 |
| Ram | 414.49 | 423.94 | 260.67 | 262.76 | 345.27 | 351.41 | 6.14 | 1.78 |
| Silverado | 419.88 | 427.69 | 281.05 | 281.37 | 357.41 | 361.84 | 4.44 | 1.24 |
| Volvo | 299.83 | 305.98 | 173.22 | 175.61 | 242.86 | 247.31 | 4.46 | 1.84 |
| Silverado (2b) | 706.83 | 721.57 | 443.11 | 447.66 | 588.16 | 598.31 | 10.15 | 1.73 |
| Mean | ................ | ................ | ................ | ................ | ................ | ................ | ................ | 1.66 |

[1] As 0.55FTP + 0.45HFET.
[2] As T2 − T3, and as 100 (T2 − T3)/T3.

The formula for combining and weighting $CO_2$ test results is straightforward:

$$CO_2 = 0.55 \times CO_{2city} + 0.45 > CO_{2highway}$$

Where:

$CO_2$ = weighted $CO_2$ in grams per mile
$CO_{2city}$ = $CO_2$ as measured on the FTP test cycle
$CO_{2highway}$ = $CO_2$ as measured on the HFET test cycle

Based on the results of the analysis of test data in Table IV–1, EPA proposes that measured $CO_2$ from FTP and HFET testing on Tier 3 test fuel, weighted as discussed above (55/45 percent), be adjusted by multiplying by a factor of 1.0166 to produce the expected $CO_2$ performance had the vehicle been tested over the same test cycles while operating on Tier 2 fuel. In other words, the $CO_2$ emissions test results from a vehicle being tested for GHG

compliance using Tier 3 test fuel would be multiplied by this factor to arrive at the $CO_2$ value used for compliance.[27] For example, the compliance $CO_2$ value would be computed as 1.0166 × (0.55 × $CO_{2,FTP}$ + 0.45 × $CO_{2,HFET}$). We welcome comment on the proposed value for this factor and on the approach we used to determine it.

#### 1. Methane and Nitrous Oxide Emissions Compliance

We also propose that, with the transition to Tier 3 test fuel for CAFE and $CO_2$ requirements, compliance with the separate GHG standards for methane ($CH_4$) and nitrous oxide ($N_2O$) (or the related alternative standards optional program[28]) also be determined using only the results from testing with the Tier 3 test fuel, on the same proposed implementation schedule discussed in

Section V below and synchronized with the parallel $CO_2$ testing. Manufacturers test for these additional GHG emissions in conjunction with the primary $CO_2$ testing, and this proposed parallel provision eliminates the need for redundant testing on both fuels for $CH_4$ and $N_2O$ certification.

Unlike $CO_2$, these emission components are overwhelmingly affected by catalytic converter performance. If there is a change in engine-out emissions (i.e., ahead of the catalyst), due to the change in certification fuel, that change will be small, and we likewise expect any change in post-catalyst tailpipe emissions from the change in certification fuel to also be small, if there is one at all. If there were any small changes in tailpipe emissions from the change in fuel, we do not

---

[26] The proposed test procedure adjustments would apply to testing on all federal Tier 3 gasoline certification fuels, including premium certification fuel and LEVIII fuels.

[27] Compliance for the LD GHG standards is based on all carbon-related exhaust emissions (CREE). The adjustment factor applies only to the $CO_2$ emission aspect of the CREE equation. For discussion of CREE impacts in the EPA test program, see memo

"Carbon-related Exhaust Emissions (CREE) Measured on Current and Proposed Certification Gasolines," submitted by Jim Warila to docket EPA–HQ–OAR–2016–0604.

[28] 40 CFR 86.1818–12(f)(1) through (3).

expect they would affect a vehicle's compliance with the standards for these pollutants, since these are "cap" standards set at specific levels to prevent future backsliding (rather than fleet-average standards intended to achieve reductions in the emission levels of the current and future vehicle fleet). For these reasons, we are not proposing any changes to these cap standards nor any other adjustments to the $CH_4$ and $N_2O$ test results when using the Tier 3 test fuel. We welcome any comment and data relative to the $CH_4$ and $N_2O$ cap standards.

## B. Fuel Economy (CAFE) Adjustment Factor

### 1. Analysis of Data and Development of the Proposed Fuel Economy Equation

As we did with the $CO_2$ test data above, we used the EPA test program results (again, excluding the Acura) to determine an adjustment factor that would be applied to the FTP and HFET results for test vehicles operating on Tier 3 test fuel to produce CAFE fuel economy results equivalent to those from testing on Tier 2 test fuel. Tier 2 test fuel is the result of EPA's 1986 test fuel changes and the associated adjustment, designed to produce results that represent the CAFE fuel economy that would have been observed under 1975 test conditions (as required by the statutes governing the CAFE program and discussed in Section I.C above). The

CAFE fuel economy adjustment proposed here would align Tier 3 test fuel testing with Tier 2 test fuel results, and, by extension, with results that would have been observed using 1975 test fuel.

Note that the proposed adjustment factor would also be used for all other test cycles required for fuel economy labeling, as further discussed in Section VII below. This current section summarizes EPA's analysis and the resulting value we are proposing for the CAFE fuel economy adjustment factor. As discussed above in Section II, a vehicle's CAFE fuel economy is based primarily on the same measured $CO_2$ emissions that determine its compliance with the GHG standards. For the reasons discussed in that section, the CAFE calculation is necessarily more complex than the direct $CO_2$ emissions measurement, and adjusting the calculation carries these complexities.

To provide NHTSA with the fuel economy data it uses for CAFE compliance, EPA uses calculations that account for the difference in volumetric energy density (VED, *e.g.*, Btu/gal) of the test fuel relative to the baseline test fuel on which NHTSA based the original CAFE standards in 1975. In the mid-1980s, when EPA last made such a test-fuel related adjustment, empirical data available to the Agency suggested that there was not a direct, 1-to-1 response of fuel economy to changes in test fuel

VED. Because of this, EPA proposed and took final action to insert an additional factor, called the "R-factor," into the equation. EPA defined this R-factor, established in the regulations with a value of 0.6, as the percent change in fuel economy per percent change in test fuel VED. For example, for R = 0.6, a 10 percent decrease in test fuel VED would only produce a 6 percent decrease in fuel economy.

Table IV–2 shows this R=0.6 adjusted fuel economy value alongside the carbon-balance fuel economy for both test fuels. The VED of the Tier 2 fuel was higher than the 1975 CAFE reference fuel, so the R-factor adjustment reduces the fuel economy result slightly relative to the carbon-balance value. For Tier 3 test fuel, which has lower VED, the R-factor adjustment increases the fuel economy result slightly. If the adjustment were functioning optimally (*i.e.*, if R=0.6 were exactly the right adjustment for both fuels), we'd expect the corrected value in the R=0.6 columns in Table IV–2 to be the same value for both test fuels. However, there is still 55a directionally consistent offset, with the Tier 3 test fuel values slightly lower than the Tier 2 values for all but one vehicle, suggesting that an R-factor of 0.6 is not optimal and should be higher for this test fleet operating on Tier 3 fuel. A higher value is also supported by analyses of other recent datasets.[29]

### TABLE IV–2—CARBON-BALANCE AND R-ADJUSTED FUEL ECONOMY RESULTS BY VEHICLE AND FUEL

[City/highway-weighted values, mpg]

| | Tier 2 test fuel[a] | | Tier 3 test fuel[b] | |
|---|---|---|---|---|
| | C-balance equation | R=0.6 equation | C-balance equation | R=0.6 equation |
| Altima | 39.40 | 39.26 | 38.51 | 39.10 |
| Civic | 48.43 | 48.26 | 47.16 | 47.88 |
| F150 | 27.97 | 27.87 | 27.12 | 27.53 |
| Malibu 1 | 34.49 | 34.37 | 34.00 | 34.52 |
| Malibu 2 | 39.61 | 39.48 | 38.72 | 39.31 |
| Mazda | 43.38 | 43.23 | 42.16 | 42.81 |
| Ram | 25.42 | 25.34 | 24.83 | 25.22 |
| Silverado | 24.66 | 24.58 | 23.96 | 24.32 |
| Volvo | 36.08 | 35.95 | 35.24 | 35.78 |
| Silverado (2b) | 14.90 | 14.85 | 14.56 | 14.79 |

[a] For the Tier 2 fuel, we calculated the adjusted fuel economy using ASTM methods D3343 and D3338, and lumped THC emission term, consistent with how fuel economy is calculated and reported under the current requirements.
[b] For the Tier 3 fuel, we used modified methods D3343 and D3338, and separate NMOG and $CH_4$ emission terms as specified in this proposal. The reason for the change in emission terms is explain in more detail below.

Because of the remaining offset seen in Table IV–2, we are proposing an updated fuel economy equation for use with Tier 3 test fuel where the R-factor is replaced by a new factor ($R_a$),

determined empirically so as to make the fleet-average fuel economy result using Tier 3 test fuel numerically equivalent to the fleet-average result using Tier 2 test fuel and R=0.6. The

goal is to have no change in stringency for compliance with fuel economy standards with the new test fuel. Note that this new factor not only updates the sensitivity of fuel economy to VED (the

[29] Sluder, C., West, B., Butler, A., Mitcham, A. et al., "Determination of the R Factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles," SAE Int. J. Fuels Lubr. 7(2):551–562, 2014.

main purpose of the original R-factor) but also accommodates other changes to the calculation discussed in more detail below. For reference, we show the current equation for Tier 2 test fuel (which we described in Section II above) here:[30]

$$FE_{CAFE} = \left[ \frac{CMF_{T.fuel} \cdot SG_{T.fuel} \cdot \rho_{water}}{CMF_{exh} \cdot THC + 0.429 \cdot CO + 0.273 \cdot CO_2} \right] \cdot \left[ \frac{NHC_{B.fuel} \cdot SG_{B.fuel}}{\left( R \cdot NHC_{T.fuel} \cdot SG_{T.fuel} \right) + \left( \left( 1 - R \right) \cdot NHC_{B.fuel} \cdot SG_{B.fuel} \right)} \right]$$

One of these proposed changes to the equation is an update from using THC emissions in the Tier 2 carbon-balance denominator to using NMOG and $CH_4$ with Tier 3 test fuel, where NMOG is determined as specified in 40 CFR 1066.635. The inclusion of NMOG better accounts for the oxygenated emission products resulting from ethanol in the test fuel, and is consistent with the use of NMOG in the Tier 3 emission standards. With the very low emission levels of Tier 3 vehicles, we expect the difference between THC and the sum of NMOG + $CH_4$ to be negligible. We request comment and any data regarding this proposed change to the equation.

$$FE_{CAFE} = \left[ \frac{CMF_{T.fuel} \cdot SG_{T.fuel} \cdot \rho_{water}}{CMF_{exh} \cdot NMOG + 0.749 \cdot CH_4 + 0.429 \cdot CO + 0.273 \cdot CO_2} \right] \cdot \left[ \frac{NHC_{B.fuel} \cdot SG_{B.fuel}}{\left( R_a \cdot NHC_{T.fuel} \cdot SG_{T.fuel} \right) + \left( \left( 1 - R_a \right) \cdot NHC_{B.fuel} \cdot SG_{B.fuel} \right)} \right]$$

A second change we are proposing to the fuel economy calculation is to update the test methods used in determining specific gravity (SG), carbon mass fraction (CMF), and net heat of combustion (NHC). As indicated earlier, EPA designed the existing CAFE equation around the use of E0 test fuel, and specified that these fuel parameters be determined using ASTM methods D1298, D3343, and D3338, respectively. The latter two methods determine the unknown fuel property by mathematical correlation to other known properties, and these correlations are not suitable for ethanol blends as published. Therefore, we are proposing additional calculations to be used with D3343 and D3338 to determine CMF and NHC of E10 test fuel. These modified methods have been previously described in EPA guidance and other technical literature, and are specified in detail in the proposed regulations included as part of this notice.[31] As a simplification, we request comment on omitting water and sulfur adjustments in these calculations because their impact is negligible (less than 0.05% of FE, combined) over the allowable ranges in test fuel. We are also proposing that method D4052 be adopted as equivalent to D1298 for determining SG. We request comment on the potential use of other methods for fuel property determination for fuel economy calculation, including the analytical methods D5291 for CMF and D4809 for NHC.

In deriving the appropriate value to propose for $R_a$, *i.e.,* the value that produces the equivalent fuel economy with Tier 3 E10 test fuel, we used the current Tier 2 methods and R=0.6 when calculating the fuel economy using Tier 2 test fuel, and the proposed updated methods when using Tier 3 test fuel. Because of the proposed changes to the measurement methods discussed in the previous paragraph and the new $R_a$ factor being specific to the Tier 3 test fuel, this proposed new equation would not be valid for reporting fuel economy when testing using Tier 2 fuel. We are proposing to incorporate the small impacts of these calculation formula changes within the single new $R_a$ factor. We request comment on the appropriateness of this approach, versus another approach such as requiring correction(s) for the fuel property test method(s) separate from a factor serving the purpose of the existing R-factor.

As with the proposed $CO_2$ adjustment factor, for the CAFE adjustment factor, we weighted the results from city (FTP) and highway (HFET) testing in the EPA test program as follows:

$$MPG = \frac{1}{\frac{0.55}{MPG_{city}} + \frac{0.45}{MPG_{highway}}}$$

Our analysis of the study data as described shows that a value of $R_a$=0.81 produces a fleet average fuel economy difference very close to zero between the two test fuels. Table IV–3 compares the adjusted city/highway weighted fuel economy for each study vehicle as it is currently calculated with Tier 2 fuel to the adjusted fuel economy on Tier 3 fuel using the updated calculations and an $R_a$ value of 0.81. At the right-hand side of the table is the percent difference by vehicle, with the fleet average difference of near zero shown at the bottom.

TABLE IV–3—ADJUSTED FUEL ECONOMY RESULTS BY VEHICLE AND FUEL SHOWING IMPACT OF PROPOSED $R_a$ FACTOR

[City/highway-weighted values]

| | Tier 2 test fuel (R=0.6) | Tier 3 test fuel ($R_a$=0.81) | Tier 3 vs. Tier 2 (%) |
|---|---|---|---|
| Altima | 39.26 | 39.32 | 0.16 |
| Civic | 48.26 | 48.15 | −0.23 |
| F150 | 27.87 | 27.69 | −0.65 |
| Malibu 1 | 34.37 | 34.72 | 1.02 |
| Malibu 2 | 39.48 | 39.54 | 0.15 |

[30] We present the equations below in a form that highlights the changes between the existing and proposed CAFE equations. These equations are functionally equivalent to those in the proposed regulatory language associated with this notice (§ 600.113–12), with the latter equations structured in form conventionally used for CAFE compliance purposes. This proposed regulatory language also defines each of the terms in these CAFE equations.

[31] EPA Guidance Letter CD–95–09 and SAE technical paper 930138 describe adjustment of ASTM D3338 and D3343 results for oxygenates.

More detail on accommodation of ethanol's volatility impact in the ASTM methods can be found in the memo "Distillation adjustment for ethanol blending in Tier 3 and LEVIII test fuels," May 2, 2018, submitted by Aron Butler to docket EPA–HQ–OAR–2016–0604.

TABLE IV–3—ADJUSTED FUEL ECONOMY RESULTS BY VEHICLE AND FUEL SHOWING IMPACT OF PROPOSED $R_a$ FACTOR—Continued

[City/highway-weighted values]

| | Tier 2 test fuel (R=0.6) | Tier 3 test fuel ($R_a$=0.81) | Tier 3 vs. Tier 2 (%) |
|---|---|---|---|
| Mazda | 43.23 | 43.05 | −0.41 |
| Ram | 25.34 | 25.36 | 0.09 |
| Silverado | 24.58 | 24.46 | −0.46 |
| Volvo | 35.95 | 35.98 | 0.08 |
| Silverado (2b) | 14.85 | 14.87 | 0.14 |
| Average difference | | | −0.01 |

Figure IV–1 shows the percent change in city/highway weighted fuel economy when moving from Tier 2 to Tier 3 test fuel using three computation methods. The bottom series (with square markers) shows the difference using the carbon-balance calculation, which makes no adjustment for VED and therefore is the best estimate of the actual, real-world effect. The middle series (with round markers) shows the difference calculated using the appropriate CAFE formula and fuel property measurements for each test fuel and R=0.6 for both (the values shown in Table IV–2). Finally, the top series (dashed with triangular markers) shows the effect of adjusting the R-factor in the Tier 3 equation to a value of 0.81. The difference of approximately 0.6 percent between the top and middle lines is the fuel economy reduction due to the test fuel change that would be mitigated by the proposed R-factor update. The top line in this figure corresponds to the right-hand column in Table IV–3.



**Figure IV-1 City/Highway Weighted Fuel Economy Difference Between Test Fuels for Different Calculation Methods, Shown by Vehicle (Fleet Average at Right)**

2. Proposed Fuel Economy Adjustment Factor

As described above, the fuel economy difference between the fuels, as shown in the analysis presented in Figure IV–1 is very near zero with an $R_a$ factor of 0.81. Thus, we propose to adopt this value for adjustment of fuel economy values from testing on Tier 3 fuel to equivalent values under 1975 test conditions and test fuel. We also propose to use the same fuel economy equation form and $R_a$ factor for any tests performed on LEVIII fuel (which

manufacturers sometimes choose to and are allowed to use), given that its carbon content and VED closely match those of Tier 3 test fuel. EPA requests comment on the methodology we used to determine the proposed value for $R_a$, and on the proposed value itself.

## V. Proposed Implementation Schedule

Testing required for compliance with light-duty vehicle GHG emission and CAFE standards, as well as for fuel economy labeling, is substantial, and comprises the majority of all necessary yearly vehicle emissions testing performed by manufacturers.[32] This is also generally the case with compliance with standards for large pickup trucks and vans (i.e., the heavy-duty Class 2b and 3 vehicle GHG and fuel consumption standards. Because of the quantity of testing required, manufacturers typically plan testing with sufficient lead time to stagger the necessary testing among their limited testing facilities, often over several years. Key to this approach to managing testing is the ability of manufacturers to "carry over" the test results for some specific vehicle models, often for several years, thus avoiding the need to re-test the same vehicle model in sequential model years when little or no change to the vehicle model has occurred (see 40 CFR 86.1839).

At the time of the Tier 3 final rule in 2014 (discussed in Section I.B above), we anticipated that it would be possible for EPA to organize and complete the vehicle testing program undergirding this proposal (discussed in Section III above), and propose and finalize the necessary test procedure adjustments soon thereafter. In that final rule, at 79 FR 23532, EPA said that ". . . [A]t the present time, EPA expects to have the needed data in early to mid 2015 and will then be in a position to conduct a thorough assessment of the impacts of different emission test fuels on Tier 3/ LEV III vehicles and develop any appropriate adjustments and changes, in consultation and coordination with NHTSA." At the same time, we also recognized in that final rule, at page 23533, that timing projections leading to setting the mandatory use of Tier 3 fuel for MY 2020, along with the needed adjustments, "are subject to revision based on timing of the completion of the

future action and the data and record developed in that future rulemaking."

Thus, the expectation of EPA and the industry at the time was that if EPA took the necessary actions expeditiously, sufficient transitional time would be available to avoid disruption of manufacturer testing plans. Since the EPA actions are now well underway but final action on the adjustments is still some months away, the timing situation is now different. Today, necessary testing for MY 2020 production has begun. For this reason, EPA now believes that additional time is warranted before manufacturers are required to do all of their necessary GHG and fuel economy testing on Tier 3 fuel and with the test procedure adjustments proposed in this notice. This would avoid the need for manufacturers to immediately test all of their vehicle models on Tier 3 fuel, instead of being able to continue to use carryover data developed using Tier 2 fuel and the existing factors for some of their vehicle models.

Therefore, we are proposing a limited phased implementation of this requirement that we believe will avoid such disruption for manufacturers of light-duty vehicles, light-duty trucks, and MDPVs, allowing them to continue into the near future the widespread practice of using "carry-over" Tier 2 E0 test data for certification of later model year vehicles. Specifically, we propose to implement the required use of Tier 3 fuel and the proposed test procedure adjustment factors for GHG and fuel economy reporting in four phases. First, because EPA will likely now be issuing a final rule for this proposal later in 2019, we propose to delay the start of Tier 3 test fuel testing for GHGs and fuel economy for one model year, until MY 2021. This proposed provision would have the simple effect of extending without change the current test-fuel related requirements for one model year, such that all GHG and fuel economy testing would continue to be performed on Tier 2 E0 fuel. Second, for MYs 2021 through 2022, we propose that manufacturers have the option of testing vehicles for GHG and fuel economy on either Tier 2 or Tier 3 test fuel (with Tier 3 test fuel testing incorporating the associated adjustment factors proposed in this notice).

Next, to ensure continued progress toward Tier 3 fuel testing, for MYs 2023 and 2024 we propose that manufacturers perform all GHG and fuel economy testing of new vehicle models (i.e., those that do not use carryover criteria emission data) on Tier 3 fuel. For vehicle models essentially unchanged from an earlier model year,

we propose that manufacturers be able to use carryover GHG and fuel economy test data from testing on earlier model year vehicles using Tier 2 fuel, so long as the manufacturer and EPA consider that data to be appropriate for that vehicle model. Finally, beginning in MY 2025, we propose that all testing for GHG and fuel economy reporting (including carryover testing) would need to be performed on Tier 3 test fuel and use the proposed test procedure adjustment factors.

We also propose to apply the same phased implementation schedule to heavy-duty Class 2b and 3 vehicles,[33] with the exception that the option to test on Tier 3 fuel would begin with MY 2022 instead of MY 2021 (MY 2022 is the first year of the Tier 3 test fuel requirement for those vehicles under the Tier 3 program).

Finally, as stated above, we recognize that the time it has taken EPA to propose, and will take to finalize, these provisions will necessarily extend beyond the time that most manufacturers will need to begin testing for the 2020 model year, sales for which a manufacturer may choose to begin as early as January 2, 2019. Again, our intention is to avoid disruption of manufacturer testing plans during the transition to Tier 3 E10 test fuel. Therefore, until this proposal is finalized, a manufacturer may request in writing to perform fuel economy testing for 2020 MY vehicles on Tier 2 E0 test fuel, based on the "special procedures" provisions of 40 CFR 1066–10(c) and 40 CFR 1065–10(c)(2). EPA would expect to approve such requests because a vehicle cannot be appropriately tested on Tier 3 E10 test fuel until EPA finalizes the adjustment factors proposed in this action. Test results produced in this way would be acceptable for all regulatory purposes, including compliance with fuel economy labeling requirements and compliance with CAFE and GHG emissions standards. Upon EPA's issuing of a final rule for this proposed rule, the phased implementation process proposed in this action (or as revised based on comments) would become effective and replace any interim use of special procedures.

Because the fundamental purpose of the proposed test procedure adjustments is to maintain program stringency during the transition to Tier 3 fuel, we do not believe that this proposed phased delay in the requirement for

---

[32] Tier 3 (non-GHG) testing is done according to "test groups," with testing on one worst-case vehicle normally covering a number of vehicle models within the test group. While the non-GHG emission characteristics are treated as the same across the models in the test group (using the worst case model), GHG and CAFE values typically vary significantly among the models in the test group, resulting in many times more required tests.

[33] These vehicles, primarily pickups and large vans, are tested using similar test procedures and calculations to those that apply to light-duty vehicles.

manufacturers to test on Tier 3 test fuel will result in any changes in overall emission levels from the fleet (or in vehicle technology costs) (See Section VI below). EPA requests comment on this proposed approach to implementing the transition to exclusive use of Tier 3 test fuel.

## VI. Projected Impacts

This proposed action is designed to ensure that the changes in vehicle test fuel characteristics occurring under existing regulations do not affect the stringency of the current GHG and fuel economy standards or unnecessarily add to manufacturer testing burdens. As a result, this proposed action by design should not result in any significant changes in the emissions or fuel consumption benefits originally projected for the EPA GHG or the DOT CAFE programs, nor any significant changes in the projected incremental technology costs of the standards to manufacturers.

As we discuss in Section IV above, we derived the proposed test procedure adjustments on a fleetwide average basis. Thus, it is possible that vehicle manufacturers may find that for some individual vehicle models the proposed adjustments result slightly different certification $CO_2$ emissions and fuel economy calculations in one direction or the other. Overall, because manufacturers also certify on a fleet-average basis, we believe that the proposed adjustment factors would result in no significant net changes in certification results for manufacturers. In addition, as noted above, adjustments to the test procedure are necessary to maintain the same level of stringency for the GHG and CAFE standards. As also noted above, we believe that model-by-model adjustment factors would be so unwieldly and burdensome on both EPA and manufacturers that an averaging approach is more appropriate. We request comment on this conclusion, including any data or information indicating that the proposed approach would be problematic for any individual manufacturer's fleet.

Regarding the additional certification vehicle testing that the transition from Tier 2 to Tier 3 test fuel now underway will temporarily require, we discuss in Section V above a proposed implementation schedule for the transition to required use of Tier 3 test fuel (with the associated test procedure adjustments proposed here). As discussed in Section V above, we believe that the proposed phased implementation schedule will minimize any potential disruption of any

manufacturer's current testing plans. Because the purpose of this rule is to align certification results before and after the transition in test fuels, the proposed gradual implementation, including the proposed delay until MY 2021 for the required use of Tier 3 fuel, should have no impact on the projected benefits and costs of the GHG and CAFE programs.

## VII. Implications of Proposed Adjustments on the Fuel Economy and Environment Label

### A. Background

Prior to introducing a vehicle into commerce, manufacturers are required to perform testing to generate the fuel economy and GHG emission performance estimates that will be displayed on the Fuel Economy and Environment Label (window sticker on new cars and light trucks). This testing is performed by the manufacturer on one or more versions of a given vehicle model (e.g. Ford F150 Regular cab, Super cab, Supercrew cab). Testing for the label is based on EPA regulations and guidance, generally using an average of the projected highest volume versions of a vehicle model that they plan to build for that coming model year.[34] The results are used to determine the city and highway fuel economy estimates, and the $CO_2$ performance level that will be displayed on the window sticker to provide consumers important information when making purchasing decisions. Under the interim Tier 3 fuel economy requirements described in 40 CFR 600.117, the fuel economy and $CO_2$ performance values are currently based on testing using Tier 2 E0 test fuel.

As described in 40 CFR 600.210–12, the fuel economy label city and highway ratings are calculated using one of two primary methods permitted under the labeling requirements. The first method is the 5-cycle methodology where the FTP and HFET and three additional test cycles (US06, SC03, Cold FTP), are used in a set of formulas that weight the different portions of the five test cycles to produce the city and highway fuel economy rating for the label.[35] The 5-cycle formulas result in city and highway fuel economy estimates displayed on the label that have been adjusted to more accurately represent

the fuel economy that customers can expect to achieve in the real world.

The other method is the derived 5-cycle methodology, where the city and the highway label values are determined using a correlation from a large data set of 5-cycle results across different vehicle types. The derived 5-cycle methodology reduces the number of tests required to two, the FTP and HFET.[36] However, the derived 5-cycle correlation method requires an initial check on the certification emission-data vehicle that is used to demonstrate compliance with criteria pollutant emission standards for the FTP (city), HFET (highway), US06, SC03 and Cold FTP tests. The fuel economy results of these five tests are used for the initial check to determine whether fuel economy label testing may be performed using the 5-cycle method or the derived 5-cycle method. This check is commonly called the "litmus test" and it determines whether or not the derived 5-cycle method is a reliable predictor of 5-cycle fuel economy performance for a given test group. Other flexibilities exist in the program if a vehicle meets the litmus test criteria for only the FTP test but doesn't meet the litmus test criteria for the HFET test. The "litmus test" criteria are outlined in 40 CFR 600.115–11.

The $CO_2$ performance of a vehicle is also displayed on the label in different forms. The first way $CO_2$ performance information is made available on the label is in the form of a numerical value in grams/mile determined by the 5-cycle or derived 5-cycle methods, or, if actual test data was not collected, by an analytically derived equivalent value. The second way $CO_2$ performance is displayed is in the "Fuel Economy and Greenhouse Gas Rating" horizontal bar scaled from one (worst) to ten (best). The rating bar indicates the weighted city and highway $CO_2$ levels from testing, relative to other vehicles in the same model year. Note that similarly to the fuel economy estimates shown on the label, the $CO_2$ estimates displayed on the label are also adjusted using the 5-cycle or derived 5-cycle formula to more accurately represent the (tailpipe) $CO_2$ emissions that customers can expect to achieve in the real world.

---

[34] The minimum data requirements for labeling are outlined in 40 CFR 600.010(c) and EPA Advisory Circular 83A (*https://iaspub.epa.gov/otaqpub/publist1.jsp*).

[35] The three additional cycles account for more extreme driving conditions, like higher speeds and accelerations, air conditioning use, and cold ambient temperatures.

[36] US06 testing is sometimes required for relatively few labels that use the derived 5-cycle method to determine the FE Label city estimate and use the modified 5-cycle method to determine the FE Label highway estimate. See 40 CFR 600.115–11(b)(2)(ii)(B). In the 2017 model year, 54 of 1404 labels (3.8%) used the modified 5-cycle method to determine the highway fuel economy label estimates.

## B. City and Highway Fuel Economy Estimates Displayed on the Label

EPA strives to provide accurate Fuel Economy and Environment Label estimates to consumers and endeavors to maintain as much consistency as possible among vehicles and across model years. The labeling methodology adjusts laboratory test results downward to reflect multiple real-world variables that are not incorporated into dynamometer test results, including roadway roughness, road grade (hills), wind, low tire pressure, heavier loads, snow/ice, effects of ethanol in gasoline, larger vehicle loads (*e.g.*, trailers, cargo, multiple passengers), and others. (See 71 FR 77876). Real-world fuel ethanol content has increased since the development of the label 5-cycle methodology established in 2008, but ethanol energy content is only one of many variables that affect fuel economy.

If the isolated effect of increased ethanol in the new test fuel were to be reflected on the label, there could be a one MPG decrease on a significant number of vehicle labels as a result of the lower energy content of E10, relative to the current methodology. However, there are many variables that affect fuel economy, and EPA believes that a comprehensive assessment of real world fuel economy is the best process to ensure that all real-world effects are reflected. In the future, EPA may reassess the label adjustments to determine the overall effect of changes over time in the real world driving conditions. EPA recognizes that individual vehicle mileage will always vary for a number of reasons, believes the EPA fuel economy values provide the best currently available estimates for typical U.S. drivers and average driving conditions, and finds that piecemeal changes to attempt to reflect changes due to E10 are not warranted. Therefore, for calculating Fuel Economy and Environment label values from testing on Tier 3 E10 test fuel, EPA is proposing to apply adjustment factors to the test results, such that the values remain consistent with those generated under the current program (that is, on Tier 2 E0 test fuel). We invite comment on this proposed approach.

EPA proposes that for a given label, all emission test cycles should be performed using the same test fuel and test procedures for purposes of determining the fuel economy label estimates. We propose that the city and highway fuel economy estimates for labels be determined from test results on Tier 3 E10 test fuel, using the proposed new fuel economy equation, including the new $R_a$ adjustment factor, to align

with Tier 2 E0 test fuel results (as described in Section IV.B above), beginning with testing for the same model year that CAFE and GHG compliance for a vehicle becomes based on the new Tier 3 E10 test fuel. This would ensure that the Fuel Economy and Environment Label values remain consistent with the respective values generated from Tier 2 E0 results under the current program. Note that fuel economy label values based on Tier 2 E0 test fuel testing, whether the data are new or carried over, would continue to require the use of Tier 2 E0 fuel and the current test procedures across all test cycles.

Because the city and highway fuel economy label values can be based on the sales-weighted results of different vehicle versions as described above, we propose that all the test results used for a sales-weighted Fuel Economy and Environment Label be based on the same test fuel and test procedures. For example, if a manufacturer switches one version of a vehicle model used in a sales weighted fuel economy label to the new Tier 3 E10 test fuel and test procedures, the other versions used for that weighted label must also have results based on the Tier 3 E10 test fuel. In this example, the fuel economy estimates displayed on the label would be calculated using the newly-proposed Tier 3 E10 gasoline fuel economy equation to align the Tier 3 E10 test fuel testing with Tier 2 E0 test fuel results (and then adjusted using the 5-cycle or derived 5-cycle formula to more accurately represent the fuel economy that customers can expect to achieve in the real world).

## C. CO₂ Performance Estimates Displayed on the Label

As described above, the $CO_2$ estimates displayed in both forms on the Fuel Economy and Environment Label (numerically and graphically) represent the same results, in $CO_2$ form, as the results used to generate the city and highway fuel economy labels. Therefore, we propose that $CO_2$ results from testing on Tier 3 E10, adjusted by the factor of 1.0166 proposed in Section IV.A, be used as input $CO_2$ values for the 5-cycle or derived 5-cycle equations used to determine the $CO_2$ information shown on the label.[37] As with the approach

proposed for fuel economy label values above, this adjustment to the $CO_2$ test results on Tier 3 E10 fuel would ensure that $CO_2$ label values remain consistent with Tier 2 E0 results generated under the current program. We invite comment on this approach.

## D. Litmus Test

As discussed in Section VII. A. above, the "litmus test" is performed on emission certification vehicles and is used as an initial check to determine whether fuel economy label testing may be performed using the derived 5-cycle method instead of the full 5-cycle method. Currently the provisions of 40 CFR 600.117(d) allow manufacturers to perform the litmus test using either Tier 2 E0 test fuel or Tier 3 E10 test fuel (using the current fuel economy equation), provided all five tests use a test fuel with the same nominal ethanol content. Consistent with the test procedure changes proposed in this notice, we also propose that the "litmus test" requirements transition to using Tier 3 E10 test fuel-based results on the same implementation schedule as the proposed GHG and CAFE test procedure adjustments discussed in Section IV above.[38] We invite comment on this proposed approach.

## VIII. Statutory Authority and Executive Order Reviews

### A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review

This action is a "significant regulatory action" that was submitted to the Office of Management and Budget (OMB) for review. Any changes made in response to OMB recommendations have been documented in the docket.

This proposed action is designed to ensure that the changes in vehicle test fuel characteristics occurring under existing regulations do not affect the stringency of the current GHG and fuel economy standards or unnecessarily add to manufacturer testing burdens. As a result, this proposed action by design should not result in any significant changes in the emissions or fuel consumption benefits originally projected for the EPA GHG or the DOT CAFE programs, nor any significant changes in the projected incremental technology costs of the standards to manufacturers. Thus, a regulatory impact evaluation or analysis is unnecessary.

---

[37] Consistent with Section VII.B. above, we propose that all the test results used for the $CO_2$ estimates for the label be based on the same test fuel and test procedures. For example, if a manufacturer tests one version of a vehicle model used in a label on Tier 3 E10 test fuel and Tier 3 test procedures, the other test vehicle versions used for that label must also be tested using Tier 3 E10 test fuel and test procedures.

[38] The litmus test is discussed in more detail in EPA Guidance letter CISD–2010–04, "2011 Fuel Economy Label Implementation."

*B. Executive Order 13771: Reducing Regulations and Controlling Regulatory Costs*

This proposed rule is not expected to be subject to the requirements of EO13771 because this proposed rule is expected to result in no more than de minimis costs.

*C. Paperwork Reduction Act (PRA)*

This proposed action would not impose any new information collection burden under the PRA, since the proposal would simply adjust the calculations already required under the existing CAFE and GHG emissions standards. OMB has previously approved the information collection activities contained in the existing regulations and has assigned OMB control number 2060–0104.

*D. Regulatory Flexibility Act (RFA)*

I certify that this proposed action would not have a significant economic impact on a substantial number of small entities under the RFA. In making this determination, the impact of concern is any significant adverse economic impact on small entities. An agency may certify that a rule will not have a significant economic impact on a substantial number of small entities if the rule relieves regulatory burden, has no net burden or otherwise has a positive economic effect on the small entities subject to the rule. This proposed action is designed to ensure that the changes in vehicle test fuel characteristics occurring under existing regulations do not affect the stringency of the current GHG and fuel economy standards or unnecessarily add to manufacturer testing burdens. We therefore anticipate no costs and therefore no regulatory burden associated with this proposed rule. Further, small entities are generally exempt from the light-duty vehicles greenhouse gas standards unless the small entity voluntarily opts into the program. See 40 CFR 86.1801–12(j). We have therefore concluded that this proposed action will have no net regulatory burden for all directly regulated small entities.

*E. Unfunded Mandates Reform Act (UMRA)*

This proposed action does not contain any unfunded mandate as described in UMRA, 2 U.S.C. 1531–1538, and does not significantly or uniquely affect small governments. The proposed action imposes no enforceable duty on any state, local or tribal governments. Requirements for the private sector do not exceed $100 million in any one year.

*F. Executive Order 13132: Federalism*

This proposed action does not have federalism implications. It will not have substantial direct effects on the states, on the relationship between the national government and the states, or on the distribution of power and responsibilities among the various levels of government.

*G. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments*

This proposed action does not have tribal implications as specified in Executive Order 13175. This rule only corrects and clarifies regulatory provisions that apply to light-duty vehicle manufacturers. Tribal governments would be affected only to the extent they purchase and use regulated vehicles. Thus, Executive Order 13175 does not apply to this action.

*H. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks*

This proposed action is not subject to Executive Order 13045 because it is not economically significant as defined in Executive Order 12866, and because there are no environmental health or safety risks created by this action that could present a disproportionate risk to children. This proposed rule merely maintains existing regulatory provisions.

*I. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution or Use*

This proposed action is not subject to Executive Order 13211, because it is not economically significant as defined in Executive Order 12866.

*J. National Technology Transfer and Advancement Act (NTTAA)*

Section 12(d) of the National Technology Transfer and Advancement Act of 1995 ("NTTAA"), Public Law 104–113, 12(d) (15 U.S.C. 272 note) directs EPA to use voluntary consensus standards in its regulatory activities unless to do so would be inconsistent with applicable law or otherwise impractical. Voluntary consensus standards are technical standards (*e.g.,* materials specifications, test methods, sampling procedures, and business practices) that are developed or adopted by voluntary consensus standards bodies. NTTAA directs agencies to provide Congress, through OMB, explanations when the Agency decides not to use available and applicable voluntary consensus standards. This action involves technical standards.

We are proposing to revise the test procedures as required for proper measurement of an ethanol-blended test fuel. Specifically, we propose to use the following voluntary consensus standards:

• The current regulation specifies ASTM D3338 for net heat of combustion (or net heating value). This method is appropriate for neat gasoline, but it is not valid for measuring net heat of combustion for gasoline blended with ethanol. We are instead specifying that manufacturers must use either ASTM D240 (January 2017) or ASTM D4809 (May 2013), each of which provides a technically appropriate measurement method for net heat of combustion with ethanol-blended gasoline.

• The current regulation specifies ASTM D3343 for carbon mass fraction of gasoline test fuel. This method is appropriate for neat gasoline, but it is not valid for determining carbon mass fraction for gasoline blended with ethanol. We are instead specifying that manufacturers use ASTM D5291 (May 2010), which provides a technically appropriate measurement method for carbon mass fraction with ethanol-blended gasoline. ASTM D5291 is already the method we specify for measuring criteria emissions in § 1065.655.

• The current regulation specifies ASTM D1298 (June 2012, reapproved in July 2017) as the method for measuring specific gravity. This method is no longer commonly used. As a result, we are proposing to specify ASTM D4052 as an upgraded procedure, consistent with industry practice.

If ASTM publishes new versions of these or other standards referenced in 40 CFR part 600 before the final rule is completed, we intend to reference those updated documents in the final rule.

*K. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations*

The EPA believes that this action is not subject to Executive Order 12898 (59 FR 7629, February 16, 1994) because it does not establish an environmental health or safety standard. This proposed regulatory action maintains the effect of a previously established regulatory action and as such does not have any impact on human health or the environment.

**List of Subjects in 40 CFR Part 86**

Administrative practice and procedure, Confidential business information, Labeling, Motor vehicle

pollution, Reporting and recordkeeping requirements.

**Andrew Wheeler,**
*Administrator.*

For the reasons set out in the preamble, we propose to amend title 40, chapter I of the Code of Federal Regulations as set forth below.

## PART 86—CONTROL OF EMISSIONS FROM NEW AND IN-USE HIGHWAY VEHICLES AND ENGINES

■ 1. The authority citation for part 86 continues to read as follows:

**Authority:** 42 U.S.C. 7401–7671q.

■ 2. Amend § 86.1819–14 by revising paragraph (d)(4) to read as follows:

### § 86.1819–14  Greenhouse gas emission standards for heavy-duty vehicles.

\*  \*  \*  \*  \*

(d) \* \* \*
(4) Measure emissions using the procedures of subpart B of this part and 40 CFR part 1066. Determine separate emission results for the Federal Test Procedure (FTP) described in 40 CFR 1066.801(c)(1) and the Highway Fuel Economy Test (HFET) described in 40 CFR 1066.801(c)(3). Calculate composite emission results from these two test cycles for demonstrating compliance with the $CO_2$, $N_2O$, and $CH_4$ standards based on a weighted average of the FTP (55%) and HFET (45%) emission results. Note that this differs from the way the criteria pollutant standards apply. Test fuel requirements apply as described in 40 CFR 600.101(c). Multiply measured $CO_2$ emission results by 1.0166 for vehicles tested with E10 for demonstrating compliance with the fleet average $CO_2$ standard.

\*  \*  \*  \*  \*

## PART 600—FUEL ECONOMY AND GREENHOUSE GAS EXHAUST EMISSIONS OF MOTOR VEHICLES

■ 3. The authority citation for part 600 continues to read as follows:

**Authority:** 49 U.S.C. 32901–23919q, Pub. L. 109–58.

■ 4. Amend § 600.011 by revising paragraphs (a) and (b) to read as follows:

### § 600.011  Incorporation by reference.

(a) Certain material is incorporated by reference into this part with the approval of the Director of the Federal Register under 5 U.S.C. 552(a) and 1 CFR part 51. To enforce any edition other than that specified in this section, the Environmental Protection Agency must publish a notice of the change in the **Federal Register** and the material must be available to the public. All

approved material is available for inspection at U.S. EPA, Air and Radiation Docket and Information Center, 1301 Constitution Ave. NW, Room B102, EPA West Building, Washington, DC 20460, (202) 202–1744, and is available from the sources listed below. It is also available for inspection at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202–741–6030, or go to: *http://www.archives.gov/ federal_register/code_of_federal_ regulations/ibr_locations.html*. In addition, these materials are available from the sources listed below.

(b) ASTM International, 100 Barr Harbor Drive, P.O. Box C700, West Conshohocken, PA 19428–2959, (610) 832–9585, or *http://www.astm.org/*.

(1) ASTM D240–17, Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter, approved January 1, 2017, IBR approved for § 600.113–12(f).

(2) ASTM D975–13a, Standard Specification for Diesel Fuel Oils, approved December 1, 2013, IBR approved for § 600.107–08(b).

(3) ASTM D1298–12b (Reapproved 2017), Standard Test Method for Density, Relative Density, or API Gravity of Crude Petroleum and Liquid Petroleum Products by Hydrometer Method, approved July 15, 2017, IBR approved for §§ 600.113–12(f) and 600.510–12(g).

(4) ASTM D1945–03 (Reapproved 2010), Standard Test Method for Analysis of Natural Gas By Gas Chromatography, approved January 1, 2010, IBR approved for § 600.113–12(f) and (k).

(5) ASTM D3338/D3338M–09 (Reapproved 2014), Standard Test Method for Estimation of Net Heat of Combustion of Aviation Fuels, approved May 1, 2014, IBR approved for § 600.113–12(f).

(6) ASTM D3343–05 (Reapproved 2010), Standard Test Method for Estimation of Hydrogen Content of Aviation Fuels, approved October 1, 2010, IBR approved for § 600.113–12(f).

(7) ASTM D4052–16, Standard Test Method for Density, Relative Density, and API Gravity of Liquids by Digital Density Meter, approved December 1, 2016, IBR approved for § 600.113–12(f).

(8) ASTM D4809–13, Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method), approved May 1, 2013, IBR approved for § 600.113–12(f).

\*  \*  \*  \*  \*

■ 5. Add § 600.101 to subpart B to read as follows:

### § 600.101  Testing overview.

Perform testing under this part as described in § 600.111. This involves the following specific requirements:

(a) Perform the following tests and calculations for LDV, LDT, and MDPV:

(1) Testing to demonstrate compliance with Corporate Average Fuel Economy standards and greenhouse gas emission standards generally involves a combination of two cycles—the Federal Test Procedure and the Highway Fuel Economy Test (see 40 CFR 1066.801). Testing to determine values for fuel economy labeling under subpart D of this part generally involves testing with three additional test cycles; § 600.210 describes circumstances in which testing with these additional test cycles does not apply for labeling purposes.

(2) Diesel-fueled vehicles are not subject to cold temperature emission standards; however, you must test at least one vehicle in each test group over the cold temperature FTP to comply with requirements of this part. You may omit PM measurements during the cold temperature FTP test.

(3) Calculate fuel economy and CREE values for vehicle subconfigurations, configurations, base levels, model types as described in §§ 600.206 and 600.208. Calculate fleet-average values for fuel economy and CREE as described in § 600.510.

(4) Determine fuel economy values for labeling as described in § 600.210 using either the vehicle-specific 5-cycle method or the derived 5-cycle method as described in § 600.115.

(i) For vehicle-specific 5-cycle labels, the test vehicle (subconfiguration) data are adjusted to better represent in-use fuel economy and $CO_2$ emissions based on the vehicle-specific equations in § 600.114. Sections 600.207 and 600.209 describe how to use the "adjusted" city and highway subconfiguration values to calculate adjusted values for the vehicle configuration, base level, and the model type. These "adjusted" city, highway, and combined fuel economy estimates and the combined $CO_2$ emissions for the model type are shown on the fuel economy label.

(ii) For derived 5-cycle labels, calculate "unadjusted" fuel economy and $CO_2$ values for vehicle subconfigurations, configurations, base levels, and model types as described in §§ 600.206 and 600.208. Section 600.210 describes how to use the unadjusted model type values to calculate "adjusted" model type values for city, highway, and combined fuel economy and $CO_2$ emissions using the derived 5-cycle equations for the fuel economy label.

(b) Perform the following tests and calculations for chassis-tested HDV other than MDPV:

(1) Test vehicles as described in 40 CFR 86.1816 and 86.1819. Testing to demonstrate compliance with $CO_2$ emission standards generally involves a combination of two cycles for each test group—the Federal Test Procedure and the Highway Fuel Economy Test (see 40 CFR 1066.801). Fuel economy labeling requirements do not apply for heavy-duty vehicles (except MDPV).

(2) Determine fleet-average $CO_2$ emissions as described in 40 CFR 86.1819–14(d)(9).

(3) These $CO_2$ emission results are used to calculate corresponding fuel consumption values to demonstrate compliance with fleet average fuel consumption standards under 49 CFR part 535.

(c) Manufacturers must use E10 gasoline test fuel as specified in 40 CFR 1065.710(b) to demonstrate compliance with $CO_2$, $CH_4$, and $N_2O$ emission standards and determine fuel economy values. This requirement starts in model year 2023 for all fuel economy and certification testing in test groups that do not use carryover data for criteria emission standards, and starting in model year 2025 for all other vehicles. Any vehicle that relies on E10 testing for fuel economy or any greenhouse gases must use the E10 testing results for all these values. For testing with California ARB's E10 gasoline test fuel (LEV III gasoline), all the provisions of this part apply as specified for EPA's E10 test fuel. The following interim provisions apply:

(1) Manufacturers may optionally use this E10 gasoline test fuel starting in model year 2021 for vehicles subject to standards under 40 CFR 86.1818, and starting in model year 2022 for vehicles subject to standards under 40 CFR 86.1819.

(2) Section 600.117 describes how to comply with E0 test fuel for greenhouse gas standards and fuel economy measurements, and using E10 test fuel for criteria emission standards.

■ 6. Amend § 600.113–12 by revising paragraphs (f)(1) and (o) and adding paragraph (p) to read as follows:

### § 600.113–12 Fuel economy, $CO_2$ emissions, and carbon-related exhaust emission calculations for FTP, HFET, US06, SC03 and cold temperature FTP tests.

\* \* \* \* \*

(f) \* \* \*

(1) Gasoline test fuel properties shall be determined by analysis of a fuel sample taken from the fuel supply. A sample shall be taken after each addition of fresh fuel to the fuel supply.

Additionally, the fuel shall be resampled once a month to account for any fuel property changes during storage. Less frequent resampling may be permitted if EPA concludes, on the basis of manufacturer-supplied data, that the properties of test fuel in the manufacturer's storage facility will remain stable for a period longer than one month. The fuel samples shall be analyzed to determine fuel properties as follows for neat gasoline (E0) and for a low-level ethanol-gasoline blend (E10):

(i) *Specific gravity.* Determine specific gravity using ASTM D4052 (incorporated by reference in § 600.011). Note that ASTM D4052 refers to specific gravity as relative density.

(ii) *Carbon mass fraction.* (A) For E0, determine hydrogen mass percent using ASTM D3343 (incorporated by reference in § 600.011), then determine carbon mass fraction as CMF = $1 - 0.01 \times$ hydrogen mass percent.

(B) For E10, determine carbon mass fraction using the following equation, rounded to three decimal places.

$CMF_f$ = carbon mass fraction of test fule = $CMF_h \cdot (1 - MF_e) + CMF_e \cdot MF_e$.

Where:

$MF_e$ = mass fraction ethanol in the test fuel =

$$\frac{VP_e}{100} \cdot \frac{SG_e}{SG_f}.$$

$VP_e$ = volume percent ethanol in the test fuel as determined by ASTM D5599–00 or ASTM D4815–13 (incorporated by reference in § 600.011).

$SG_e$ = specific gravity of pure ethanol. Use $SG_e$ = 0.7939.

$SG_f$ = specific gravity of the test fuel as determined by ASTM D1298–12b or ASTM D4052–11.

$CMF_e$ = carbon mass fraction of pure ethanol. Use $CMF_e$ = 0.5214.

$CMF_h$ = carbon mass fraction of the hydrocarbon fraction of the test fuel as determined using ASTM D3343 (incorporated by reference in § 600.011) with the following inputs, using $V_{Tier3}$ or $V_{LEVIII}$ as appropriate:

$A$ = aromatics content of the hydrocarbon fraction =

$$\frac{VP_{aro,f}}{1 - VF_e}.$$

$G$ = API gravity of the hydrocarbon fraction =

$$\frac{141.5}{SG_h} - 131.5.$$

$V_{Tier3}$ = average volatility of the Tier 3 hydrocarbon fraction =

$$\frac{T10 + T50 + T90}{3} + 14.8.$$

$V_{LEVIII}$ = average volatility of the LEV III hydrocarbon fraction =

$$\frac{T10 + T50 + T90}{3} + 11.8.$$

Where:

$VP_{aro,f}$ = volume percent aromatics in the test fuel as determined by ASTM D1319–15 (incorporated by reference in § 600.011). An acceptable alternative method is ASTM D5769–10 (incorporated by reference in § 600.011), as long as the result is bias-corrected as described in ASTM D1319.

$SG_h$ = specific gravity of the hydrocarbon fraction =

$$\frac{SG_f - SG_e \cdot VF_e}{1 - VF_e}.$$

$T10, T50, T90$ = the 10, 50, and 90 percent distillation temperatures of the test fuel, respectively, in degrees Fahrenheit, as determined by D86 (incorporated by reference in § 600.011).

(iii) *Net heat of combustion (MJ/kg).* (A) For E0, determine net heat of combustion using ASTM D3338/D3338M (incorporated by reference in § 600.011).

(B) For E10, determine net heat of combustion using the following equation, rounding the result to the nearest whole number:

$NHC_f$ = net neat of combustion of test fule = NHGH $\cdot (1 - MF_e) + NHC_e \cdot MF_e$.

Where:

$MF_e$ = mass fraction ethanol in the test fuel =

$$\frac{VP_e}{100} \cdot \frac{SG_e}{SG_f}.$$

$VP_e$ = volume percent ethanol in the test fuel as determined by ASTM D5599–00 or ASTM D4815–13 (incorporated by reference in § 600.011).

$SG_e$ = specific gravity of pure ethanol. Use $SG_e$ = 0.7939.

$SG_f$ = specific gravity of the test fuel as determined by ASTM D1298–12b or ASTM D4052–11 (incorporated by reference in § 600.011).

$NHC_e$ = net heat of combustion of pure ethanol. Use $NHC_e$ = 11,530 Btu/lb.

$NHC_h$ = net heat of combustion of the hydrocarbon fraction of the test fuel as determined using ASTM D3338 (incorporated by reference in § 600.011) with the following inputs, using $V_{Tier3}$ or $V_{LEVIII}$ as appropriate:

$A$ = aromatics content of the hydrocarbon fraction =

$$\frac{VP_{aro,f}}{1 - VF_e}.$$

$G$ = API gravity of the hydrocarbon fraction =

$$\frac{141.5}{SG_h} - 131.5.$$

$V_{Tier3}$ = average volatility of the Tier 3 hydrocarbon fraction =

$$\frac{T10 + T50 + T90}{3} + 14.8.$$

$V_{LEVIII}$ = average volatility of the LEV III hydrocarbon fraction =

$$\frac{T10 + T50 + T90}{3} + 11.8.$$

Where:

$VP_{arof}$ = volume percent aromatics in the test fuel as determined by ASTM D1319–15 (incorporated by reference in § 600.011). An acceptable alternative method is ASTM D5769–10 (incorporated by reference in § 600.011), as long as the result is bias-corrected as described in ASTM D1319.

$SG_h$ = specific gravity of the hydrocarbon fraction =

$$\frac{SG_f - SG_e \cdot VF_e}{1 - VF_e}.$$

$T10, T50, T90$ = the 10, 50, and 90 percent distillation temperatures of the test fuel, respectively, in degrees Fahrenheit, as determined by D86 (incorporated by reference in § 600.011).

\* \* \* \* \*

(o)(1) For testing with E10, calculate fuel economy in miles per gallon using the following equation, rounded to the nearest 0.1 miles per gallon:

$$FE_{[interval]} = \frac{(CMF_{testfuel} \cdot SG_{testfuel}) \cdot (\rho_{H2O} \cdot SG_{basefuel} \cdot NHC_{basefuel})}{[(CMF_{testfuel} \cdot NMOG) + (0.749 \cdot CH_4) + (0.429 \cdot CO) + (0.273 \cdot CO_2)] \cdot [(R_a \cdot SG_{testfuel} \cdot NHC_{testfuel}) + (SG_{basefuel} \cdot NHC_{basefuel} \cdot (1 - R_a))]}$$

Where:

$CMF_{testfuel}$ = carbon mass fraction of the test fuel, expressed to three decimal places.

$SG_{testfuel}$ = the specific gravity of the test fuel as obtained in paragraph (f)(1) of this section, expressed to three decimal places.

$\rho_{H2O}$ = the density of pure water at 60 °F. Use $\rho_{H2O}$ = 3781.69 g/gal.

$SG_{basefuel}$ = the specific gravity of the 1975 base fuel. Use $SG_{basefuel}$ = 0.7394.

$NHC_{basefuel}$ = net heat of combustion of the 1975 base fuel. Use $NHC_{basefuel}$ = 43.047 MJ/kg.

NMOG = NMOG emission rate over the test interval or duty cycle in grams/mile.

$CH_4$ = $CH_4$ emission rate over the test interval or duty cycle in grams/mile.

CO = CO emission rate over the test interval or duty cycle in grams/mile.

$CO_2$ = measured tailpipe $CO_2$ emission rate over the test interval or duty cycle in grams/mile.

$R_a$ = sensitivity factor that represents the response of a typical vehicle's fuel economy to changes in fuel properties, such as volumetric energy content. Use $R_a$ = 0.81.

$NHC_{testfuel}$ = net heat of combustion by mass of test fuel as obtained in paragraph (f)(1) of this section, expressed to three decimal places.

(2) Use one of the following methods to calculate the carbon-related exhaust emissions for model year 2017 and later testing with the low-level ethanol-gasoline blend test fuel specified in 40 CFR 1065.710(b):

(i) For manufacturers not complying with the fleet averaging option for $N_2O$ and $CH_4$ as allowed under § 86.1818 of this chapter, calculate CREE in grams per mile using the following equation, rounded to the nearest whole gram per mile:

CREE = (CMF/0.273 × NMOG) + (1.571 × CO) + 1.0166 × $CO_2$ + (0.749 × $CH_4$)

Where:

CREE = carbon-related exhaust emissions.

NMOG = grams/mile NMOG as obtained in 40 CFR 1066.635.

$CH_4$ = grams/mile $CH_4$ as obtained in paragraph (g)(2) of this section.

CO = grams/mile CO as obtained in paragraph (g)(2) of this section.

$CO_2$ = measured tailpipe grams/mile $CO_2$ as obtained in paragraph (g)(2) of this section.

CMF = carbon mass fraction of test fuel as obtained in paragraph (f)(1) of this section and rounded according to paragraph (g)(3) of this section.

(ii) For manufacturers complying with the fleet averaging option for $N_2O$ and $CH_4$ as allowed under § 86.1818 of this chapter, calculate CREE in grams per mile using the following equation, rounded to the nearest whole gram per mile:

CREE = [(CMF/0.273) × NMOG] + (1.571 × CO) + 1.0166 × $CO_2$ + (298 × $N_2O$) + (25 × $CH_4$)

Where:

CREE means the carbon-related exhaust emissions as defined in § 600.002.

NMOG = Grams/mile NMOG as obtained in 40 CFR 1066.635.

CO = Grams/mile CO as obtained in paragraph (g)(2) of this section.

$CO_2$ = Measured tailpipe grams/mile $CO_2$ as obtained in paragraph (g)(2) of this section.

$N_2O$ = Grams/mile $N_2O$ as obtained in paragraph (g)(2) of this section.

$CH_4$ = Grams/mile $CH_4$ as obtained in paragraph (g)(2) of this section.

CMF = Carbon mass fraction of test fuel as obtained in paragraph (f)(1) of this section and rounded according to paragraph (g)(3) of this section.

(p) Equations for fuels other than those specified in this section may be used with advance EPA approval. Alternate calculation methods for fuel economy and carbon-related exhaust emissions may be used in lieu of the methods described in this section if shown to yield equivalent or superior results and if approved in advance by the Administrator.

■ 7. Amend § 600.114–12 by revising paragraphs (d)(2), (e)(3), (f)(1), (2), and (4) to read as follows:

### § 600.114–12 Vehicle-specific 5-cycle fuel economy and carbon-related exhaust emission calculations.

\* \* \* \* \*

(d) \* \* \*

(2) To determine the City $CO_2$ emissions, use the appropriate $CO_2$ grams/mile values instead of CREE values in the equations in this paragraph (d). For fuel economy labels generated from E10 test data, use "A166 $CO_2$" input values to the equations in paragraph (d)(1) of this section (instead of CREE input values), where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

\* \* \* \* \*

(e) \* \* \*

(3) To determine the Highway $CO_2$ emissions, use the appropriate $CO_2$ grams/mile values instead of CREE values in the equations in this paragraph (e). For fuel economy labels generated from E10 test data, use "A166 $CO_2$" input values to the equations in paragraphs (e)(1) and (2) of this section (instead of CREE input values), where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

\* \* \* \* \*

(f) \* \* \*

(1) *Four-bag FTP equations.* If the 4-bag sampling method is used, manufacturers may use the equations in paragraphs (a) and (b) of this section to determine city and highway $CO_2$ and carbon-related exhaust emissions values. For fuel economy labels generated from E10 test data, use "A166 $CO_2$" input values to the equation in paragraph (f)(1) of this section (instead of CREE input values), where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the

test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile. If this method is chosen, it must be used to determine both city and highway $CO_2$ emissions and carbon-related exhaust emissions. Optionally, the following calculations may be used, provided that they are used to determine both city and highway $CO_2$ and carbon-related exhaust emissions values:

\* \* \* \* \*

(2) *Two-bag FTP equations.* If the 2-bag sampling method is used for the 75 °F FTP test, it must be used to determine both city and highway $CO_2$ emissions and carbon-related exhaust emissions. For fuel economy labels generated from E10 test data, use "A166 $CO_2$" input values to the equation in paragraph (f)(2) of this section (instead of CREE input values), where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile. The following calculations must be used to determine both city and highway $CO_2$ emissions and carbon-related exhaust emissions:

\* \* \* \* \*

(4) To determine the City and Highway $CO_2$ emissions, use the appropriate $CO_2$ grams/mile values instead of CREE values in the equations in paragraphs (f)(1) through (3) of this section. For fuel economy labels generated from E10 test data, use "A166 $CO_2$" input values to the equations in paragraphs (f)(1) through (3) of this section (instead of CREE input values), where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

\* \* \* \* \*

■ 8. Revise § 600.117 to read as follows:

**§ 600.117 Interim provisions.**

The following provisions apply if manufacturers demonstrate compliance with greenhouse gas emission standards and determine fuel economy values using E0 gasoline test fuel as specified in 40 CFR 86.113–04(a)(1):

(a) [Reserved]

(b) Manufacturers may demonstrate that vehicles comply with Tier 3 emission standards as specified in 40 CFR part 86, subpart S, during fuel economy or greenhouse gas measurements using the E0 gasoline test fuel specified in 40 CFR 86.113–04(a)(1), as long as this test fuel is used in fuel economy or greenhouse gas testing for all applicable duty cycles specified in 40 CFR part 86, subpart S.

If a vehicle fails to meet a Tier 3 emission standard using the E0 gasoline test fuel specified in 40 CFR 86.113–04(a)(1), the manufacturer must retest the vehicle using the Tier 3 test fuel specified in 40 CFR 1065.710(b) (or the equivalent LEV III test fuel for California) to demonstrate compliance with all applicable emission standards over that test cycle.

(c) If a manufacturer demonstrates compliance with emission standards for criteria pollutants over all five test cycles using the Tier 3 test fuel specified in 40 CFR 1065.710(b) (or the equivalent LEV III test fuel for California), the manufacturer may use test data with the same test fuel to determine whether a test group meets the criteria described in § 600.115 for derived 5-cycle testing for fuel economy labeling. Such vehicles may be tested over the FTP and HFET cycles with the E0 gasoline test fuel specified in 40 CFR 86.113–04(a)(1) under this paragraph (c); the vehicles must meet the Tier 3 emission standards over those test cycles as described in paragraph (b) of this section. This paragraph (c) applies only for LDV, LDT, and MDPV.

(d) Manufacturers may perform testing with the appropriate gasoline test fuels specified in 40 CFR 86.113–04(a)(1), 40 CFR 86.213(a)(2), and in 40 CFR 1065.710(b) to evaluate whether their vehicles meet the criteria for derived 5-cycle testing under 40 CFR 600.115. All five tests must use test fuel with the same nominal ethanol concentration. This paragraph (d) applies only for LDV, LDT, and MDPV.

(e) For IUVP testing under § 86.1845, manufacturers may demonstrate compliance with greenhouse gas emission standards using a test fuel meeting specifications for demonstrating compliance with emission standards for criteria pollutants.

■ 9. Amend § 600.206–12 by revising paragraphs (a)(1), (2)(ii) and (iii) to read as follows:

**§ 600.206–12 Calculation and use of FTP-based and HFET-based fuel economy, $CO_2$ emissions, and carbon-related exhaust emission values for vehicle configurations.**

(a) \* \* \*

(1) If only one set of FTP-based city and HFET-based highway fuel economy values is accepted for a subconfiguration at which a vehicle configuration was tested, these values, rounded to the nearest tenth of a mile per gallon, comprise the city and highway fuel economy values for that subconfiguration. If only one set of FTP-based and HFET-based highway $CO_2$ emissions and carbon-related

exhaust emission values is accepted for a subconfiguration at which a vehicle configuration was tested, these values, rounded to the nearest gram per mile, comprise the city and highway $CO_2$ emissions and carbon-related exhaust emission values for that subconfiguration. When calculating $CO_2$ values for fuel economy labels generated from E10 test data, the FTP-based city and HFET-based highway $CO_2$ emissions for a test vehicle (and for the subconfiguration), shall be the "A166 $CO_2$" emission values for that test vehicle, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

(2) If more than one set of FTP-based city and HFET-based highway fuel economy and/or carbon-related exhaust emission values are accepted for a vehicle configuration:

(i) All data shall be grouped according to the subconfiguration for which the data were generated using sales projections supplied in accordance with § 600.208–12(a)(3).

(ii) Within each group of data, all fuel economy values are harmonically averaged and rounded to the nearest 0.0001 of a mile per gallon and all $CO_2$ emissions and carbon-related exhaust emission values are arithmetically averaged and rounded to the nearest tenth of a gram per mile in order to determine FTP-based city and HFET-based highway fuel economy, $CO_2$ emissions, and carbon-related exhaust emission values for each subconfiguration at which the vehicle configuration was tested. When calculating $CO_2$ values for fuel economy labels generated from E10 test data, the FTP-based city and HFET-based highway $CO_2$ emissions for a test vehicle shall be the "A166 $CO_2$" emission values for that test vehicle, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

(iii) All FTP-based city fuel economy, $CO_2$ emissions, and carbon-related exhaust emission values and all HFET-based highway fuel economy and carbon-related exhaust emission values calculated in paragraph (a)(2)(ii) of this section are (separately for city and highway) averaged in proportion to the sales fraction (rounded to the nearest 0.0001) within the vehicle configuration (as provided to the Administrator by the manufacturer) of vehicles of each tested subconfiguration. Fuel economy values shall be harmonically averaged, and $CO_2$ emissions and carbon-related exhaust

emission values shall be arithmetically averaged. The resultant fuel economy values, rounded to the nearest 0.0001 mile per gallon, are the FTP-based city and HFET-based highway fuel economy values for the vehicle configuration. The resultant $CO_2$ emissions and carbon-related exhaust emission values, rounded to the nearest tenth of a gram per mile, are the FTP-based city and HFET-based highway $CO_2$ emissions and carbon-related exhaust emission values for the vehicle configuration. Note that for fuel economy labels generated from E10 test data, the vehicle subconfiguration $CO_2$ values calculated in paragraph (a)(1) or (a)(2)(ii) of this section as applicable (which are used to calculate the configuration $CO_2$ values in this paragraph (a)(2)(iii)) are required to be "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

* * * * *

■ 10. Amend § 600.207–12 by revising the section heading and paragraphs (a)(1) and (2)(ii) to read as follows:

**§ 600.207–12 Calculation and use of vehicle-specific 5-cycle-based fuel economy and CO₂ emission values for vehicle configurations.**

(a) * * *

(1) If only one set of 5-cycle city and highway fuel economy and $CO_2$ emission values is accepted for a vehicle configuration, these values, where fuel economy is rounded to the nearest 0.0001 of a mile per gallon and the $CO_2$ emission value in grams per mile is rounded to the nearest tenth of a gram per mile, comprise the city and highway fuel economy and $CO_2$ emission values for that configuration. Note that for fuel economy labels generated from E10 test data, the vehicle specific 5-cycle based $CO_2$ values calculated in paragraph § 600.114–12 are based on "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

(2) * * *

(ii) Within each subconfiguration of data, all fuel economy values are harmonically averaged and rounded to the nearest 0.0001 of a mile per gallon in order to determine 5-cycle city and highway fuel economy values for each subconfiguration at which the vehicle configuration was tested, and all $CO_2$ emissions values are arithmetically averaged and rounded to the nearest tenth of gram per mile to determine 5-cycle city and highway $CO_2$ emission values for each subconfiguration at

which the vehicle configuration was tested. Note that for fuel economy labels generated from E10 test data, the vehicle specific 5-cycle based $CO_2$ values calculated in § 600.114–12 are based on "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

* * * * *

■ 11. Amend § 600.208–12 by revising paragraphs (a)(4)(i) and (4)(ii) and adding a new paragraph (b)(3)(iii)(C) to read as follows:

**§ 600.208–12 Calculation of FTP-based and HFET-based fuel economy, CO₂ emissions, and carbon-related exhaust emissions for a model type.**

(a) * * *

(4) Vehicle configuration fuel economy, $CO_2$ emissions, and carbon-related exhaust emissions, as determined in § 600.206–12(a), (b) or (c), as applicable, are grouped according to base level.

(i) If only one vehicle configuration within a base level has been tested, the fuel economy, $CO_2$ emissions, and carbon-related exhaust emissions from that vehicle configuration will constitute the fuel economy, $CO_2$ emissions, and carbon-related exhaust emissions for that base level. Note that for fuel economy labels generated from E10 test data, the vehicle configuration $CO_2$ values calculated in § 600.206–12(a)(2)(iii) (which are used to calculate the base level $CO_2$ values in this paragraph (a)(4)(i)) are required to be "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

(ii) If more than one vehicle configuration within a base level has been tested, the vehicle configuration fuel economy values are harmonically averaged in proportion to the respective sales fraction (rounded to the nearest 0.0001) of each vehicle configuration and the resultant fuel economy value rounded to the nearest 0.0001 mile per gallon; and the vehicle configuration $CO_2$ emissions and carbon-related exhaust emissions are arithmetically averaged in proportion to the respective sales fraction (rounded to the nearest 0.0001) of each vehicle configuration and the resultant carbon-related exhaust emission value rounded to the nearest tenth of a gram per mile. Note that for fuel economy labels generated from E10 test data, the vehicle configuration $CO_2$ values calculated in § 600.206–12(a)(2)(iii) (which are used to calculate the base level $CO_2$ values in this

paragraph (a)(4)(i)) are required to be "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

* * * * *

(b) * * *

(3) * * *

(iii) * * *

(C) Note that for fuel economy labels generated from E10 test data, the base level $CO_2$ values determined in paragraphs (a)(4)(i) and (4)(ii) of this section, as applicable, (which are used to calculate the model type FTP-based city $CO_2$ values in this paragraph (b)(3)(iii)) are required to be "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

■ 12. Amend § 600.209–12 by revising paragraphs (a) and (b) to read as follows:

**§ 600.209–12 Calculation of vehicle-specific 5-cycle fuel economy and CO₂ emission values for a model type.**

(a) *Base level.* 5-cycle fuel economy and $CO_2$ emission values for a base level are calculated from vehicle configuration 5-cycle fuel economy and $CO_2$ emission values as determined in § 600.207 for low-altitude tests. Note that for fuel economy labels generated from E10 test data, the vehicle specific 5-cycle based $CO_2$ values calculated in § 600.114–12 are based on "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

* * * * *

(b) *Model type.* For each model type, as determined by the Administrator, city and highway fuel economy and $CO_2$ emissions values will be calculated by using the projected sales and fuel economy and $CO_2$ emission values for each base level within the model type. Separate model type calculations will be done based on the vehicle configuration fuel economy and $CO_2$ emission values as determined in § 600.207, as applicable. Note that for fuel economy labels generated from E10 test data, the vehicle specific 5-cycle based $CO_2$ values calculated in § 600.114–12 are based on "A166 $CO_2$" values, where "A166 $CO_2$" emissions are equal to the measured tailpipe $CO_2$ emissions for the test cycle multiplied by a factor of 1.0166 and rounded to the nearest 0.1 grams/mile.

* * * * *

■ 13. Amend § 600.210–12 by revising paragraphs (a)(2)(i)(B), (ii)(B), (b)(2)(i)(B), and (ii)(B) to read as follows:

**§ 600.210–12 Calculation of fuel economy and CO₂ emission values for labeling.**

(a) * * *

(2) * * *

(i) * * * (B) For each model type, determine the derived five-cycle city CO₂ emissions using the following equation and coefficients determined by the Administrator:

$$\text{Derived } 5-\text{cycle City CO}_2 = (\{\text{City Intercept}\} \times A) + (\{\text{City Slope}\} \times \text{MT FTP CO}_2)$$

Where:

A = 8,887 for gasoline-fueled vehicles, 10,180 for diesel-fueled vehicles, or an appropriate value specified by the Administrator for other fuels.

City Intercept = Intercept determined by the Administrator based on historic vehicle-specific 5-cycle city fuel economy data.

City Slope = Slope determined by the Administrator based on historic vehicle-specific 5-cycle city fuel economy data.

MT FTP CO₂ = the model type FTP-based city CO₂ emissions determined under § 600.208–12(b), rounded to the nearest 0.1 grams per mile. Note that for fuel economy labels generated from E10 test data, the MT FTP CO₂ input value is required to be "A166 CO₂" values for the model type, where "A166 CO₂" emissions are equal to the measured tailpipe CO₂ emissions for the test cycle multiplied by a factor of 1.0166, rounded to the nearest 0.1 grams per mile, as obtained in § 600.208–12(b)(3)(iii).

* * * * *

(ii) * * *

(B) For each model type, determine the derived five-cycle highway CO₂ emissions using the equation below and coefficients determined by the Administrator:

$$\text{Derived 5-cycle Highway CO}_2 = (\{\text{Highway Intercept}\} \times A) + (\{\text{Highway Slope}\} \times \text{MT HFET CO}_2)$$

Where:

A = 8,887 for gasoline-fueled vehicles, 10,180 for diesel-fueled vehicles, or an appropriate value specified by the Administrator for other fuels.

Highway Intercept = Intercept determined by the Administrator based on historic vehicle-specific 5-cycle highway fuel economy data.

Highway Slope = Slope determined by the Administrator based on historic vehicle-specific 5-cycle highway fuel economy data.

MT HFET CO₂ = the model type highway CO₂ emissions determined under § 600.208–12(b), rounded to the nearest 0.1 grams per mile. Note that for fuel economy labels generated from E10 test data, the MT HFET CO₂ input value is required to be "A166 CO₂" values for the model type, where "A166 CO₂"

emissions are equal to the measured tailpipe CO₂ emissions for the test cycle multiplied by a factor of 1.0166, rounded to the nearest 0.1 grams per mile, as obtained in § 600.208–12(b)(3)(iii) and § 600.208–12(b)(4).

* * * * *

(b) * * *

(2) * * *

(i) * * * (B) Determine the derived five-cycle city CO₂ emissions of the configuration using the equation below and coefficients determined by the Administrator:

$$\text{Derived 5-cycle City CO}_2 = \{\text{City Intercept}\} + \{\text{City Slope}\} \times \text{Config FTP CO}_2$$

Where:

City Intercept = Intercept determined by the Administrator based on historic vehicle-specific 5-cycle city fuel economy data.

City Slope = Slope determined by the Administrator based on historic vehicle-specific 5-cycle city fuel economy data.

Config FTP CO₂ = the configuration FTP-based city CO₂ emissions determined under § 600.206, rounded to the nearest 0.1 grams per mile. Note that for specific labels generated from E10 test data, the Config FTP CO₂ input value is required to be "A166 CO₂" values for the configuration, where "A166 CO₂" emissions are equal to the measured tailpipe CO₂ emissions for the test cycle multiplied by a factor of 1.0166, rounded to the nearest 0.1 grams per mile, as obtained in § 600.206–12(a)(2)(iii).

* * * * *

(ii) * * * (B) Determine the derived five-cycle highway CO₂ emissions of the configuration using the equation below and coefficients determined by the Administrator:

$$\text{Derived 5-cycle city Highway CO}_2 = \{\text{Highway Intercept}\} + \{\text{Highway Slope}\} \times \text{Config HFET CO}_2$$

Where:

Highway Intercept = Intercept determined by the Administrator based on historic vehicle-specific 5-cycle highway fuel economy data.

Highway Slope = Slope determined by the Administrator based on historic vehicle-specific 5-cycle highway fuel economy data.

Config HFET CO₂ = the configuration highway fuel economy determined under § 600.206, rounded to the nearest tenth. Note that for specific labels generated from E10 test data, the Config HFET CO₂ input value is required to be "A166 CO₂" values for the configuration, where "A166 CO₂" emissions are equal to the measured tailpipe CO₂ emissions for the test cycle multiplied by a factor of 1.0166, rounded to the nearest 0.1 grams per mile, as obtained in § 600.206–12(a)(2)(iii).

* * * * *

[FR Doc. 2020–07202 Filed 5–12–20; 8:45 am]

**BILLING CODE 6560–50–P**

## FEDERAL COMMUNICATIONS COMMISSION

**47 CFR Part 73**

[MB Docket No. 20–74, GN Docket No. 16–142; FCC 20–43; FRS 16707]

**Rules Governing the Use of Distributed Transmission System Technologies, Authorizing Permissive Use of the "Next Generation" Broadcast Television Standard**

**AGENCY:** Federal Communications Commission.

**ACTION:** Proposed rule.

**SUMMARY:** In this document, the Commission seeks comment on whether to modify the Commission's rules governing the use of distributed transmission system (DTS) technologies by broadcast television stations. Specifically, the Commission seek comment on amending section 73.626 of its rules to permit, within certain limits, DTS signals to spill over beyond a station's authorized service area by more than the "minimal amount" currently allowed; how DTS signals extending beyond their current service areas should be treated for interference purposes if such spillover is allowed; potential impacts to other spectrum users, such as TV translators and LPTV stations, including whether there are alternatives to the proposed rule changes that could accomplish the intended objectives; whether to modify the DTS rules as they relate to Class A and LPTV licensees; and whether and to what extent the proposed changes are also appropriate for stations broadcasting in ATSC 1.0.

**DATES:** *Comments Due:* June 12, 2020. *Replies Due:* July 13, 2020.

**ADDRESSES:** You may submit comments, identified by MB Docket No. 20–74 and GN Docket No. 16–142, by any of the following methods:

• Federal Communications Commission's website: *http://apps.fcc.gov/ecfs/*. Follow the instructions for submitting comments.

• People with Disabilities: Contact the FCC to request reasonable accommodations (accessible format documents, sign language interpreters, CART, etc.) by email: *FCC504@fcc.gov* or phone: 202–418–0530 or TTY: 202–418–0432.

For detailed instructions for submitting comments and additional information on the rulemaking process, see the **SUPPLEMENTARY INFORMATION** section of this document.

**FOR FURTHER INFORMATION CONTACT:** Ty Bream, Industry Analysis Division,

**Tab 7**

# Tier 3 Certification Fuel Impacts Test Program



# Tier 3 Certification Fuel Impacts Test Program

Assessment and Standards Division
Office of Transportation and Air Quality
U.S. Environmental Protection Agency

*NOTICE*

*This technical report does not necessarily represent final EPA decisions or positions. It is intended to present technical analysis of issues using data that are currently available. The purpose in the release of such reports is to facilitate the exchange of technical information and to inform the public of technical developments.*



United States
Environmental Protection
Agency

EPA-420-R-18-004
January 2018

Table of Contents

1. Executive Summary ...................................................................................2
2. Introduction / Purpose .............................................................................2
3. Study Design ............................................................................................3
   3.1. Test Fuels ........................................................................................3
   3.2. Test Vehicles ...................................................................................5
   3.3. Emission Test Design .......................................................................7
      3.3.1. Test Cycles ..............................................................................7
      3.3.2. Test Site and Emission Measurements ....................................9
   3.4. Test Procedures.............................................................................10
   3.5. Prospective Power Analysis ...........................................................14
4. Results ...................................................................................................17
   4.1. $CO_2$ Emissions ..............................................................................19
   4.2. Fuel Economy ...............................................................................20
   4.3. Paired Tests ..................................................................................21
   4.4. Drive Quality Statistics .................................................................26
   4.5. Fuel Order Effect ..........................................................................29
5. Additional Study of Acura and Fuel Octane...........................................31
6. Discussion .............................................................................................32


Appendices

A. Supplemental Information on Test Fuels.........................................34
B. Tests Used in Analysis...................................................................40
C. Tests Excluded from Analysis........................................................44
D. Supplemental Emissions Data........................................................47

## 1. Executive Summary

The U.S. Environmental Protection Agency (EPA) has the responsibility to determine the test procedures to be used when performing emission and fuel economy testing for vehicles and engines. Part of this responsibility involves defining the properties of the test fuels that are required for the testing performed by manufacturers and laboratories, and also providing the proper analytical equations to calculate both emission and fuel economy for the test fuels. When test fuel properties change, as they have recently for the Tier 3 vehicle emissions program, EPA must make the proper test procedure adjustments to maintain the intended level of stringency for existing or new emission and fuel economy (FE) standards. The test procedure adjustments include changes to the method of calculating the emission and FE results that are subject to applicable standards. To determine the appropriate test procedure adjustments from the changes to the test fuel properties included in the Tier 3 program, the agency performed a study on eleven vehicles operating over the two required test cycles using the two test fuels, the Tier 2 and the new Tier 3 test fuel. The overall results across the test fleet showed a reduction in $CO_2$ of 1.78% for the FTP and 1.02% for the HFET tests for Tier 3 compared to Tier 2 test fuel. For fuel economy the overall reduction was 2.29% for the FTP and 2.98% for the HFET tests for Tier 3 compared to Tier 2 test fuel. Throughout, the high levels of statistical significance observed, both for $CO_2$ and fuel economy, suggest that the measured differences in these parameters are actual and in reasonable agreement with the difference projected during the planning of the study.

## 2. Introduction / Purpose

EPA adopted a new set of "Tier 3" fuel and motor vehicle emission standards in 2014 to reduce air pollution.[1] The Tier 3 emission standards include changes to several properties of emission test fuel to make it more representative of in-use fuel, and some of these changes are expected to affect emissions and fuel economy. Among the property changes as specified in Section 3.1 below, the property changes of interest for greenhouse gas (GHG) emissions and fuel economy included total aromatics, aromatics distribution and ethanol content. This test program was initiated to compare Tier 2 certification fuel, the fuel on which the Phase 1 and Phase 2 GHG and Corporate Average Fuel Economy (CAFE) standards were established for light-duty and heavy duty-vehicles, with the new Tier 3 certification fuel from the Tier 3 program. The program results will be used as a basis for test procedure adjustments to ensure consistent stringency of GHG and fuel economy standards as vehicle certification makes the transition to Tier 3 test fuel.

---

[1] For additional information on the light-duty Tier 3 program, see https://www.epa.gov/regulations-emissions-vehicles-and-engines/final-rule-amendments-related-tier-3-motor-vehicle

3. Study Design

To determine the impact of the new Tier 3 fuel on GHG emissions and fuel economy, we designed a study that would test vehicles with the most recent technologies deployed in vehicles presently available to consumers. These technologies have largely been implemented in gasoline vehicles to reduce GHG emissions and improve fuel economy in response to more stringent GHG and fuel economy standards. The study was designed to test these vehicles while operating on the Tier 2 gasoline certification fuel, which was the fuel used to determine the stringency levels when the 2017 to 2025 GHG and CAFE standards were finalized, and then test the same exact vehicles while operating on the Tier 3 certification fuel finalized in the Tier 3 rule. The GHG and fuel economy results of each vehicle in the test program on the two different test fuels would then have a statistical analysis performed to determine the impact of the fuel change on $CO_2$ and fuel economy that is to be expected on these advanced technology vehicles when the required GHG and CAFE test fuel becomes Tier 3 fuel in model year 2020 and later. Unless otherwise specified, the term fuel economy in this analysis refers to the carbon balance result, not the adjusted CAFE value.

3.1. Test Fuels

The two test fuels used to generate the emission and fuel economy results in this study were Tier 2 EEE and Tier 3 regular grade. Both fuels were dispensed from underground tanks through the conditioning and metering system at the EPA National Vehicle and Fuel Emission Laboratory (NVFEL). The Tier 2 fuel was the same fuel used daily for ongoing certification and in-use surveillance programs at NVFEL. The Tier 3 fuel was procured for use in validating test methods and emission calculations in anticipation of its phase-in as the required test fuel. Table 3.1 summarizes the test fuel properties, with more detailed data available in Appendix A. Both fuels met their respective regulatory specifications, also available in Appendix A.

Regulatory fuel economy calculations include measured values for three fuel properties: specific gravity, carbon weight fraction, and net heat of combustion. ASTM publishes reproducibility values for the test methods, which are determined by performing statistical analysis on tests of the same sample made over a period of time by different operators in different locations. This value represents the variability inherent in the test method and can be used as a guide as to whether two different test results indicate an actual difference in the sample. Specific gravity (SG) by ASTM D4052 has a small ASTM reproducibility value relative to the other two fuel property methods. At least two SG test results were obtained for each fuel to produce the average used in the analysis. For the other two properties, test results from at least four laboratories were combined into an average value. After collecting all test results, relative standard deviation (RSD), defined as the standard deviation divided by the mean, among the labs was found to be 0.5% or less for each fuel property.

Carbon weight fraction (CWF) values used in this study were derived from percent mass results by ASTM D5291. This method combusts a small sample of fuel and measures the gaseous products. It was developed for diesel and other low-volatility fuels but can be run for

3

gasoline by a skilled operator, and several labs produce acceptable results. This method also reports hydrogen content, but not oxygen. The Tier 2 test fuel contains negligible oxygen so interpreting D5291 results is straightforward and all labs reported C+H sums falling with the range 99-101%. For oxygenated fuels, such as Tier 3 test fuel, D5291 results are typically normalized to 100% using oxygen content determined by D5599 or D4815. Thus, since the Tier 3 CWF relied on oxygen data, we obtained three oxygen content measurements by D5599. These were averaged, and that average was used to normalize each lab's Tier 3 CWF value, with those results then being averaged to produce the CWF result used in the fuel economy analysis.

Net heat of combustion (or net heating value, NHV) for both test fuels was determined according to ASTM D4809. This method combusts a small sample inside an oxygen-purged calorimeter and reports gross heat of combustion ($C_v$) as the direct results, with an equation to convert the result to NHV ($C_p$) using mass percent hydrogen in the sample. This step was carried out individually for each lab using its D5291 result for hydrogen, after which the NHVs were averaged to produce the final value used in the fuel economy analysis. Comparing the two test fuels, we see Tier 3 fuel has 3.46% less energy on a mass basis, or 2.77% less on a volumetric basis, than Tier 2 fuel. In terms of carbon intensity, Tier 3 fuel has 1.33% less carbon per unit energy.

Table 3.1: Test fuel properties.

| Parameter | Tier 2 | Tier 3 | Units | ASTM Method |
|---|---|---|---|---|
| Initial Boiling Point | 89 | 100 | °F | D86 |
| T10 | 126 | 129 | | |
| T50 | 223 | 210 | | |
| T90 | 317 | 322 | | |
| Final Boiling Point | 406 | 387 | | |
| Recovery | 97.5 | 97.3 | vol % | |
| Residue | 1.1 | 0.9 | | |
| Loss | 1.4 | 1.8 | | |
| Specific Gravity, 60°F | 0.7437 [a] | 0.7490 [a] | - | D4052 |
| Density, 60°F | 0.7430 [a] | 0.7482 [a] | g/cm$^3$ | |
| DVPE (EPA equation) | 9.0 | 8.8 | psi | D5191 |
| Ethanol | 0.0 | 10.15 | vol % | D5599 |
| Oxygenates other than EtOH | 0.0 | 0.0 | | |
| Oxygen | 0.0 | 3.7 [a] | mass % | |
| Carbon | 86.8 [a] | 82.7 [a] | | D5291 |
| Hydrogen | 13.2 [a] | 13.6 [a] | | |
| Carbon | 86.6 | 82.6 | mass % | D3343 |
| Hydrogen | 13.4 | 13.7 | | |
| Sulfur | 39.6 | 8.3 | mg/kg | D2622 |
| Aromatics | 30.6 | 22.9 | vol % | D1319 |
| Olefins | 0.6 | 5.4 | | |
| Saturates | 68.8 | 71.7 | | |
| Aromatics | 32.3 | 23.8 | | D5769 |
| Water Content | 70 | 930 | mg/kg | E1064 |
| Research Octane Number | 96.5 | 91.0 | - | D2699 |
| Motor Octane Number | 88.7 | 83.5 | - | D2700 |
| AKI (R+M)/2 | 92.6 | 87.3 | - | D2699/2700 |
| Net Heat of Combustion | 18,446 | -[b] | Btu/lb | D3338 |
| Net Heat of Combustion, 25°C | 18,529 [a] | 17,889 [a] | Btu/lb | D4809 |
| Net Heat of Combustion, 25°C | 114,870 | 111,689 | Btu/gal | Calculated |
| Carbon Intensity | 21,252 | 20,968 | gC/MMBtu | Calculated |

[a] Value is an average of measurements from multiple laboratories.
[b] Method is not valid for oxygenated fuels.

## 3.2. Vehicles

EPA selected a set of test vehicles that represent a variety of technologies likely to be used to meet the GHG emission and fuel economy standards in the future. Eleven vehicles, described in Table 3.2, are included in the analysis of this test program. Most were acquired by EPA's National Center for Advanced Technology (NCAT) to help validate EPA's Advanced Light-duty Powertrain and Hybrid Analysis (ALPHA) model, a full-vehicle simulation tool for predicting

5

JA080

fuel economy and $CO_2$ emissions. The ALPHA model was central to the 2017-2025 Light-Duty CAFE and GHG Emission Standards rulemaking. Just over half are vehicles with Gasoline Direct Injection (GDI) engines which enables higher compression ratio for improved fuel efficiency and combustion control. This technology approach to improving FE and GHG emissions has been adopted by several manufacturers and is prevalent in a large portion of the fleet today. Some of the vehicles are equipped with downsized turbocharged engines. This technology is most prevalent in light-duty cars and trucks produced by Ford and is also used in the Volvo S60 T5, the Honda Civic as well as the Ford F150 in this program. The Mazda 3 uses a naturally aspirated high compression engine with a high degree of valve timing authority in order to operate as an Atkinson Cycle engine when required. The use of this technology is starting to increase as it can be found in several models currently entering the market and in the future plans of other vehicles. The Silverado 1500 pickup truck uses cylinder deactivation technology which is also popular in several larger engine displacement models from various manufacturers. When cruising, the six cylinders deactivate down to using only five, four and even three cylinders to propel the vehicle down the road. This technology has been popular in certain larger vehicles such as the GM Silverado pick-up which uses the GM Active Fuel Management (formerly known as Displacement on Demand or DoD) to deactivate cylinders when they are not needed resulting in reductions in emissions and fuel usage. The Ram has stop-start technology and an 8-speed automatic transmission. Transmissions are moving to a higher number of gears for greater efficiencies in the future, even going to 9 and 10 speeds. The stop-start feature reduces time the engine spends idling such as at traffic lights and in traffic jams, which can reduce fuel consumption and emissions. The Altima and the Civic in this program both have Continuously Variable Transmissions (CVT), which varies the ratio while the engine stays at the most efficient RPM window, allowing for greater fuel efficiency. A heavy-duty Class 2b truck, the Chevrolet Silverado 2500, was also tested in the program to determine whether heavy-duty gasoline engines are likely to show an effect similar to light-duty vehicles.

Table 3.2:   Test vehicle information.

| Model Year | Vehicle Make/Model | Engine | Odometer Miles | Technologies |
|---|---|---|---|---|
| 2014 | Ram 1500 | 3.6L V6 PFI | 5,300 | 8 speed automatic transmission, start-stop disabled |
| 2016 | Acura ILX | 2.4L I4 GDI | 4,100 | 8 speed DCT with a torque converter |
| 2013 | Nissan Altima | 2.5L I4 PFI | 8,700 | CVT |
| 2016 | Honda Civic | 1.5L I4 GDI | 9,000 | CVT, downsized turbocharged engine |
| 2015 | Ford F150 Eco-Boost | 2.7L V6 GDI | 7,600 | Downsized turbocharged engine, start-stop disabled |
| 2013 | Chevrolet Malibu | 2.4L I4 GDI | 8,900 | |
| 2016 | Chevrolet Malibu | 1.5L I4 GDI | 5,400 | Downsized turbocharged engine |
| 2014 | Mazda 3 | 2.0L I4 GDI | 16,300 | High compression ratio engine |
| 2014 | Chevrolet Silverado 1500 | 4.3L V6 GDI | 8,700 | Cylinder deactivation |
| 2015 | Volvo S60 T5 | 2.0L I4 GDI | 8,000 | Downsized turbocharged engine |
| 2016 | Chevrolet Silverado 2500 | 6.0L V8 PFI | 14,600 | Class 2b truck |

## 3.3. Emission Test Design

### 3.3.1.   Test Cycles

The emission tests were conducted on a chassis dynamometer using the drive cycles required for certification of the light-duty GHG emission and corporate average fuel economy standards. The vehicles were tested on both fuels over the Federal Test Procedure (FTP) and Highway Fuel Economy (HFET) certification test cycles.  The speed versus time schedule for these cycles are shown in Figures 3.3.1 and 3.3.2.



Figure 3.3.1.  EPA FTP test cycle speed vs. time profile.



Figure 3.3.2.  EPA HFET test cycle speed vs. time profile.

JA083

### 3.3.2. Test Site and Emission Measurements

The test site used for this study is compliant with 40 CFR part 1066 requirements for regulated gaseous and particulate measurements. Table 3.3 gives information on the test site equipment. The focus of the study was primarily on fuel economy and carbon dioxide ($CO_2$), a GHG which is also the most important emission input for the fuel economy calculation. Methane ($CH_4$) was measured for all tests, but due to an analyzer malfunction some tests on the Civic and Silverado 1500 are missing measured values. The median emission value from similar tests on the same vehicle was substituted for the missing values when fuel economy was calculated. These values are shown in Appendix D. Overall this is a tiny adjustment, as methane emission rates fall below 0.005% of $CO_2$ across the dataset. Measurement of $N_2O$ was also initiated but ongoing equipment problems resulted in unreliable results for most tests, therefore an analysis of the $N_2O$ emissions impact from the fuel could not be performed. Other pollutants including total hydrocarbons (THC), methane ($CH_4$), nonmethane organic gases (NMOG), carbon monoxide (CO), oxides of nitrogen ($NO_X$), and particulate matter (PM as $PM_{2.5}$) were also measured or calculated.

Fuel economy was calculated as shown in Equation 3.1, which is the carbon-balance form of the equation being proposed by EPA for use with Tier 3 test fuel.[2] While this equation is specified for low-level ethanol blends, it was applied to both test fuels for the results reported here in order to provide as precise a comparison as possible.

$$FE = \left[ \frac{CWF_{fuel} \cdot SpecificGravity_{fuel} \cdot 3781.7}{CWF_{exh} \cdot NMOG + 0.749 \cdot CH_4 + 0.429 \cdot CO + 0.273 \cdot CO_2} \right] \qquad \text{Eq. 3.1}$$

NMOG values were determined using the calculation method described 40 CFR 1066.635(c) for each emission phase (bag), then the FTP composite value was determined using the typical emission weighting factors.[3] The carbon weight fraction (CWF) of exhaust was assumed to be the same as that of the fuel, consistent with current certification practices.

---

[2] The carbon-balance form does not attempt to adjust results back to a baseline fuel using NHV. This Tier 3 version also uses NMOG+$CH_4$ in place of THC emissions to better account for combustion products of oxygenated fuels.
[3] The weighting factors are 0.43 for the cold transient phase (bag 1), 1.0 for the cold stabilized phase (bag 2), and 0.57 for the hot transient phase (bag 3).

JA084

Table 3.3: Test site equipment.

| Test site | 40 CFR part 1066 compliant. |
|---|---|
| Dynamometer | MAHA medium duty 48" roll 4WD dynamometer capable of testing up to 20,000 lbs GVWR single and dual drive axle vehicles |
| CVS | 8" diameter dilution tunnel with tailpipe pressure control, heated dilution air capability, and HEPA filtration; Horiba CVS-7200T flow control utilizing four critical flow venturis capable of 15 flow rates up to 1200 CFM |
| Test cell host | Horiba CDTCS 5000 |
| Gaseous analytical equipment | Horiba MEXA-ONE C1 and D1 dilute and raw benches that measure CO, CO2, THC, CH4, NOx, and N2O (dilute only) |
| PM equipment | Horiba MEXA-ONE PM consisting of three sample trains to allow measurement of 3 samples simultaneously |

All analyzer checks were performed according to 40 CFR part 1066 specifications. There were several calibration and maintenance activities conducted in the test site including, but not limited to the following:

- Daily: bag leak checks[4], air handling system tests, and zero spans.

- Weekly: repeatable car checks[5], coastdowns for MAHA 2WD and 4WD dynamometer[6], Dynamometer Parasitic Losses Verification[7], Gravimetric Propane Injection for THC[8], Vehicle Sampling Analysis Correlations for bag checks on CO, $CO_2$, $CH_4$, $NO_x$.[9]

- Every 35 days: $CH_4$ Gas Chromatography column efficiency check, NOx converter check, chemiluminescent detector $CO_2$ + $H_2O$ Quench Check, MEXA-ONE analyzer linearizations per Horiba instructions and linearity checks per 40 CFR part 1066.

- Typically, annually: FID $O_2$ inference check, FID response factor check, and NDIR interference checks.

## 3.4. Test Procedures

The test program was designed to develop datasets that could distinguish small differences in $CO_2$ emissions and fuel economy between the two fuels. Special efforts were taken to reduce

---

[4] EPA National Vehicle Fuel and Emissions Laboratory Work Instructions WI-1029
[5] EPA National Vehicle Fuel and Emissions Laboratory Work Instructions WI-1262
[6] EPA National Vehicle Fuel and Emissions Laboratory Work Instructions WI-1109
[7] EPA National Vehicle Fuel and Emissions Laboratory Work Instructions WI-1078
[8] EPA National Vehicle Fuel and Emissions Laboratory Work Instructions WI-1269
[9] EPA National Vehicle Fuel and Emissions Laboratory Work Instructions WI-1199

test-to-test variability with a minimum number of tests. The procedures were designed with the goal of completing testing of one vehicle on one fuel in a single work week. However, there were instances when additional testing was required so that testing extended to an additional week. We attempted to utilize the same test site and driver throughout the program across all fuels and vehicles to reduce site-to-site and driver variability but a subset of the tests was conducted with a different driver. In addition, the fuel order was reversed for the second half of the vehicles to avoid any potential fuel-order bias. As shown in Tables 3.5.4 and 3.5.5, approximately half of the vehicles were tested first with the Tier 2 fuel and then with the Tier 3 fuel.

The fuel preparation procedures, as shown in Table 3.4.1, were outlined prior to testing to ensure that the fuel was completely flushed and the vehicle control systems appropriately adapted to the new fuel. For each fuel change, a triple drain and fill procedure was used to completely flush out the previous fuel. Prior to testing, each vehicle ran three LA4 cycles, defined as the first two phases of the FTP, to allow for the engine to adapt to the new fuel properties, including ethanol.

The emissions testing followed the procedures laid out in Table 3.4.2. Two changes were implemented during the program to further reduce the testing variability. A plug-in trickle charger was used to keep the battery on the vehicle completely charged during the soak times over the weekend and each overnight soak. In addition, we made an adjustment to run the same test sequence and number of tests each day. At the beginning of the program we maximized the number of tests run in a day, but this led to a different number of tests conducted on a daily basis. We observed a higher variability with this approach. Therefore, we then required the same sequence on each day and the test data became more repeatable.

In addition to the procedures in Table 3.4.2, weekly background and dilution air checks were also run throughout the program to maintain integrity of the data and to understand the variables in case of fluctuating measurements. These were within normal range and did not appear to affect the data. The test cell conditions such as temperature, pressure and relative humidity were monitored and remained stable throughout the program per 40 CFR parts 1065 and 1066 requirements.

The complete valid dataset can be found in Appendix B in chronological order for each vehicle. We did experience some additional issues which resulted in excluded tests, which are shown in Appendix C. The issues included the following:

- PM filer holder issue during HFET testing: The first two PM filter holders were being left open while sample collection occurred on the fourth filter. Since the system was pulling airflow through all filters this resulted in an unknown error on all gaseous emissions. Therefore, it was necessary to repeat all HFET tests conducted in the first portion of the program until the situation was fixed.
- Modal bench malfunction: A modal bench malfunction caused an error in the calculated results for the gaseous bag emissions which resulted in invalid tests for the Ram and the first Malibu (Malibu 1).

11

- Inconsistent Acura results: The initial HFET data for the Acura showed no clear effect of the test fuel, which was inconsistent with the FTP results. We added a controlled experiment with additional replicates comparing the fuels and the result suggested an opposite fuel effect. This latter experiment used a different driver, and we did not want to mix data from different drivers so we used only the newer data in the overall analysis. Later tests with Tier 3 premium fuel indicated an effect of octane on $CO_2$ emissions, which could explain the opposite fuel effect observed with Tier 3 regular fuel. However, the Tier 3 premium data was not included in the overall analysis or this report. This is further discussed in Section 5.

- Inconsistent Altima results: The Altima initial HFET tests were repeated at a later time because of the filter holder issue. In this later experiment, the initial fuel effect was inconsistent with the FTP results so a decision was made to conduct additional confirmatory tests. The first data of testing with the first fuel showed a large spread with descending $CO_2$ values. With further investigation we realized the trickle charger had not been on the vehicle during several weeks of vehicle non-use prior to these additional tests. After ensuring the vehicle battery was charged, another test set was performed. This final set was retained in the dataset.

- Inconsistent Malibu 1 results: The initial HFET tests for the first Malibu were also repeated at a later time because of the filter holder issue. Again, we saw an inconsistent trend as compared to the FTP data. These tests also had some repeatability issues. This vehicle had been used by another testing group and had been returned to us with a fault code. Necessary actions were taken to resolve any issues before an additional test set was performed. This final data set was retained in the dataset.

- Inconsistent Silverado results: The initial Silverado HFET data showed no clear effect of test fuel, which was inconsistent with the FTP results. An additional set of data with both fuels was collected and confirmed the original results from the first dataset. Since a different driver was used and we wished to keep to our resolve of not mixing drivers, only the newer data was used in the analysis.

JA087

Table 3.4.1:  Fuel change procedure.

| Step | Description |
|:---:|:---|
| 1 | **With the ignition key in OFF position, drain vehicle fuel completely via installed fuel drain or the fuel rail.**<br><br>Note:  Contact project engineer for additional instructions if the vehicle has a saddle tank and does not have the fuel drain installed. |
| 2 | **Turn vehicle ignition to RUN position for 30 seconds to allow the fuel level reading to stabilize.  Confirm the return of fuel gauge reading to zero.** |
| 3 | **Turn ignition off.  Fill fuel tank to 50% with next test fuel in sequence. Fill-up fuel temperature must be less than 60°F.** |
| 4 | **Repeat Steps 1-3. (If repeated steps 1-3, move to Step 5)** |
| 5 | **Repeat Steps 1-3, but fill the fuel tank to 100%.** |
| 6 | **Fully warm up the vehicle and run three sampled LA4 prep cycles (gaseous emissions only), with key-off after every test.** |
| 7 | **Run vehicle coastdowns following the 3 LA4 prep cycles.** |
| 8 | **Allow the vehicle to idle in neutral for two minutes, then shut the engine down in preparation for the soak. Report results of those tests to project engineer.** |
| 9 | **Move vehicle to soak area without starting the engine (or can leave on dyno for soak).** |
| 10 | **Park vehicle in soak area at proper temperature (75 °F) for no more than 100 hours.**<br><br>Note:  During the soak period, maintain the nominal charge of the vehicle's battery using an appropriate charging device.<br><br>Note:  If 100-hour soak time is exceeded before Step 3 of the Vehicle Test Protocol is executed, drain the fuel tank and fill it to 100% with the same fuel the following Friday, then repeat Steps 7 and 8. |

JA088

Table 3.4.2: Vehicle test procedure to be performed during one work week.

| Step | Description |
|------|-------------|
| 1 | **Move the vehicle to an appropriate area and without starting the engine take an 8 oz. sample of fuel from the fuel rail. Submit the sample to the Chemistry Lab for the measurement of density at 60ºF by ASTM D4052 and ethanol content by ASTM D5599. Request that results be available within 24 hours, if possible.**<br><br>Note: Make sure the label on the fuel container includes vehicle designation, fuel FTAG number and date sample was taken. |
| 2 | **Move vehicle to test area without starting engine.** |
| 3 | **Perform a sampled FTP test followed by a sampled HFET test and a sampled US06 test.** |
| 4 | **Move vehicle to soak area without starting the engine (or can leave on dyno for soak).** |
| 5 | **Park vehicle in soak area at proper temperature for 12-52 hours.**<br><br>Note: During the soak period, maintain the nominal charge of the vehicle's battery using an appropriate charging device.<br><br>Note: If the 52-hour soak time limit is exceeded or if there is no chance to complete Steps 6 and 7 in the course of the same week, drain the fuel tank and fill it to 100% with the same fuel the following Friday, then repeat Steps 7 and 8 of the Fuel Change and Vehicle Preparation Procedure. |
| 6 | **Move vehicle to test area without starting the engine.** |
| 7 | **Repeat Steps 3-5 until the required number of replicates is met.** |

3.5    Prospective Power Analyses

In the implementation of the project an important consideration concerned the number of replicate tests required for each vehicle for each cycle. Rather than performing a pre-determined number of replicates, decisions were made dynamically, based on estimates of statistical power to detect a difference in $CO_2$ emissions between the two fuels on each vehicle. The precision goal for FTP cycle data from each vehicle was to detect an effect of 1.5%, with 80% power at a 95% confidence level. However, in some cases the results achieved differed from the target due to logistical issues involving test-site and vehicle availability. The estimated effect size of 1.5%

was based on the $CO_2$ model from the EPAct/V2/E-89 study and typical certification fuel properties.[10]

For each vehicle, we performed three initial replicates on the first test fuel selected. We then calculated power to detect the specified effect size, based on the observed variance and the mean of the first three replicates, assuming that the variance of three replicates on the second test fuel would equal that of the first fuel. If the power was below the target, an additional replicate test was performed, and this process repeated until the target was met. At this point the fuel was changed and the process was repeated on the second fuel until the target power was achieved using the actual variance values.

For the majority of vehicles, the numbers of HFET replicates matched those on the FTP cycle, as these tests were conducted in pairs. A subset of vehicles required additional HFET replicates to confirm or replace tests where procedural or equipment problems occurred.

The calculation was performed as for a one-tailed two-sample test, under an assumption of equal variances. We followed a one-tailed assumption because we thought it reasonable to expect a reduction in $CO_2$ emissions on the Tier 3 fuel, due primarily to its lower aromatics level.

To estimate power, we assigned the acceptance region under the null hypothesis, as defined by its upper and lower confidence limits, calculated as shown in Eq. 3.5.1

$$\text{acceptance region} = 0 \pm t_{0.95, n_{T2}+n_{T3}-2} s_{\text{difference}} \qquad \text{Eq. 3.5.1}$$

where the standard error of the difference is defined as

$$s_{\text{difference}} = s_{\text{pooled}} \sqrt{\frac{1}{n_{T2}} + \frac{1}{n_{T3}}} \qquad \text{Eq. 3.5.2}$$

In estimating the standard error, the pooled variance for the difference in means is defined as

$$s_{\text{pooled}}^2 = \frac{(n_{T2}-1)s_{T2}^2 + (n_{T3}-1)s_{T3}^2}{n_{T2} + n_{T3} - 2} \qquad \text{Eq. 3.5.3}$$

where:

$n_{T2}$ = number of replicates on the Tier 2 fuel,
$n_{T3}$ = number of replicates on the Tier 3 fuel,
$s_{T2}$ = standard deviation of replicate measurements on the Tier 2 fuel, and
$s_{T3}$ = standard deviation of replicate measurements on the Tier 3 fuel.

The test statistics for the acceptance region, representing lower and upper confidence limits under the null hypothesis, were then calculated with reference to the assumed difference under the alternative hypothesis, as shown in Eq. 3.5.4,

---

[10] Memo to Tier 3 final rulemaking docket by James Warila, February 28. 2013. Docket entry number EPA-HQ-OAR-2011-0135-0605.

$$t_{\text{lower}} = \frac{\text{CL}_{\text{lower}} - \left(-0.015 x_{\text{1st-fuel}}\right)}{s_{\text{difference}}}, \quad t_{\text{upper}} = \frac{\text{CL}_{\text{upper}} - \left(-0.015 x_{\text{1st-fuel}}\right)}{s_{\text{difference}}} \qquad \text{Eq. 3.5.4}$$

with the standard error of the difference defined as above.

The probability of accepting the null hypothesis when it is false (Type-II error) was then estimated as the probability that the actual test result would fall in the acceptance region. This probability is defined as shown in Eq. 3.5.5.

$$\beta = \Pr\{ t_{\text{actual}} > t_{\text{lower}} \text{ and } t_{\text{actual}} < t_{\text{upper}} \} \qquad \text{Eq. 3.5.5}$$

In cases where both $t_{\text{lower}}$ and $t_{\text{upper}}$ were of the same sign, either positive or negative, $\beta$ was calculated as the difference in probabilities for the lower and upper $t$-statistics.

If $t_{\text{lower}}$ and $t_{\text{upper}}$ were both negative, $\beta$ was estimated as

$$\beta = abs(\Pr\{ t < t_{\text{upper}} \} - \Pr\{ t < t_{\text{lower}} \}) \qquad \text{Eq. 3.5.6}$$

However, if $t_{\text{lower}}$ and $t_{\text{upper}}$ were both positive, $\beta$ was estimated as in Eq. 3.5.7.

$$\beta = abs(\Pr\{ t > t_{\text{lower}} \} - \Pr\{ t > t_{\text{upper}} \}) \qquad \text{Eq. 3.5.7}$$

In both cases, power for the test was calculated simply as $1-\beta$.

However, if $t_{\text{lower}}$ and $t_{\text{upper}}$ were of opposite sign, power was calculated directly as the sum of the probabilities for the lower and upper $t$-statistics.

Specifically, if $t_{\text{lower}} < 0$ and $t_{\text{upper}} > 0$, power was estimated as

$$1 - \beta = \text{power} = \Pr\{ t < t_{\text{lower}} \} + \Pr\{ t > t_{\text{upper}} \} \qquad \text{Eq. 3.5.8}$$

But if $t_{\text{lower}} > 0$ and $t_{\text{upper}} < 0$, power was estimated as

$$1 - \beta = \text{power} = \Pr\{ t < t_{\text{upper}} \} + \Pr\{ t > t_{\text{lower}} \} \qquad \text{Eq. 3.5.9}$$

In all cases, the degrees of freedom for test statistics were given as $n_{\text{T2}} + n_{\text{T3}} - 2$.

Power results for tests on the FTP and HFET test cycles are shown in Tables 3.5.4 and 3.5.5, respectively. For the FTP cycle, calculated power exceeded the target level for all vehicles. For the HFET cycle, power was below the target for two vehicles, but exceeded the target for the remaining nine vehicles. For most vehicles, three replicates on each fuel proved adequate to achieve the target power level. However, in some cases, up to six replicates were performed on one of the fuels.

Table 3.5.4: FTP Cycle: Prospective power analyses for $CO_2$ emissions, by vehicle.

| Vehicle | first fuel | Mean[1] | Difference $(H_a)$[2] | Replicates | | Standard Deviations | | Margin-of-error[3] | t-values: acceptance region | | p-values: acceptance region | | $\beta$ | Power |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (g/mi) | (g/mi) | $n_{T2}$ | $n_{T3}$ | T2 | T3 | (g/mi) | lower | upper | lower | upper | | |
| Acura | T2 | 275.66 | -4.135 | 4 | 3 | 1.7579 | 1.4539 | 2.5287 | 1.280 | 5.310 | 0.128 | 0.002 | 0.12679 | 0.8732 |
| Altima | T2 | 276.19 | -4.143 | 3 | 5 | 0.9739 | 1.0967 | 1.5004 | 3.422 | 7.308 | 0.007 | 0.0002 | 0.00689 | 0.9931 |
| Malibu 1 | T2 | 314.53 | -4.718 | 3 | 3 | 0.5403 | 0.7474 | 1.1351 | 6.729 | 10.993 | 0.001 | 0.0002 | 0.00108 | 0.9989 |
| Mazda | T2 | 242.12 | -3.632 | 3 | 3 | 1.2054 | 0.4800 | 1.5969 | 2.717 | 6.980 | 0.027 | 0.001 | 0.02548 | 0.9745 |
| Ram | T2 | 423.94 | -6.359 | 6 | 3 | 1.8872 | 3.7524 | 3.4330 | 1.615 | 5.404 | 0.075 | 0.001 | 0.07469 | 0.9253 |
| Volvo | T2 | 305.98 | -4.590 | 6 | 3 | 1.7998 | 0.4699 | 2.0653 | 2.316 | 6.105 | 0.027 | 0.0002 | 0.02662 | 0.9734 |
| Civic | T3 | 213.37 | 3.201 | 3 | 3 | 0.8475 | 0.5022 | 1.2124 | -7.759 | -3.496 | 0.001 | 0.012 | 0.01175 | 0.9882 |
| F150 | T3 | 376.87 | 5.653 | 3 | 3 | 1.4747 | 1.5390 | 2.6235 | -6.725 | -2.462 | 0.001 | 0.035 | 0.03351 | 0.9665 |
| Malibu 2 | T3 | 268.64 | 4.030 | 3 | 5 | 0.4382 | 0.8567 | 1.0555 | -9.362 | -5.475 | 0.00004 | 0.001 | 0.00073 | 0.9993 |
| Silverado | T3 | 419.88 | 6.298 | 3 | 6 | 1.5009 | 2.5931 | 3.1265 | -5.711 | -1.922 | 0.0004 | 0.048 | 0.04766 | 0.9523 |
| Silverado (2b) | T3 | 706.83 | 10.60 | 3 | 3 | 0.5384 | 0.8865 | 1.2766 | -19.84 | -15.57 | 0.00002 | 0.00005 | 0.00003 | 1.0000 |

1 Mean FTP cycle aggregate result on the first fuel tested.
2 Expected difference under the alternative hypothesis, calculated as 1.5% of the mean on the first fuel.
3 Calculated as the product of the critical $t$-statistic, for 95% confidence and $n_{T2}+n_{T3}-2$ degrees of freedom, and the standard error for the difference in means.

Table 3.5.5: HFET Cycle: Prospective power analyses for $CO_2$ emissions, by vehicle.

| Vehicle | first fuel | Mean[1] | Difference $(H_a)$[2] | Replicates | | Standard Deviations | | Margin-of-error[3] | t-values: acceptance region | | p-values: acceptance region | | $\beta$ | Power |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (g/mi) | (g/mi) | $n_{T2}$ | $n_{T3}$ | T2 | T3 | (g/mi) | lower | upper | lower | upper | | |
| Acura | T2 | 171.31 | -2.570 | 3 | 3 | 0.3619 | 0.3842 | 0.6496 | 6.301 | 10.565 | 0.002 | 0.0002 | 0.00139 | 0.99861 |
| Altima | T2 | 165.49 | -2.482 | 6 | 3 | 0.4796 | 1.1564 | 0.9903 | 2.855 | 6.644 | 0.012 | 0.0001 | 0.01211 | 0.98789 |
| Malibu 1 | T2 | 189.15 | -2.837 | 3 | 4 | 2.3365 | 1.0493 | 2.5956 | 0.188 | 4.218 | 0.429 | 0.004 | 0.42509 | 0.57491 |
| Mazda | T2 | 161.87 | -2.428 | 3 | 3 | 0.5045 | 0.5376 | 0.9074 | 3.573 | 7.836 | 0.012 | 0.001 | 0.01094 | 0.98906 |
| Ram | T2 | 262.76 | -3.941 | 3 | 3 | 0.5913 | 1.2250 | 1.6743 | 2.887 | 7.150 | 0.022 | 0.001 | 0.02134 | 0.97866 |
| Volvo | T2 | 175.61 | -2.634 | 3 | 3 | 0.8586 | 1.6970 | 2.3408 | 0.267 | 4.531 | 0.401 | 0.005 | 0.39601 | 0.60399 |
| Civic | T3 | 144.75 | 2.147 | 3 | 3 | 0.3345 | 0.6830 | 0.9363 | -7.022 | -2.758 | 0.001 | 0.025 | 0.02438 | 0.97562 |
| F150 | T3 | 244.79 | 3.629 | 3 | 3 | 1.5878 | 0.8544 | 2.2193 | -5.618 | -1.354 | 0.002 | 0.124 | 0.12112 | 0.87888 |
| Malibu 2 | T3 | 166.02 | 2.454 | 3 | 5 | 0.5799 | 0.8100 | 1.0519 | -6.476 | -2.589 | 0.0003 | 0.021 | 0.02030 | 0.97970 |
| Silverado | T3 | 281.37 | 4.216 | 3 | 3 | 1.4616 | 0.6754 | 1.7182 | -6.667 | -2.403 | 0.001 | 0.037 | 0.03573 | 0.96427 |
| Silverado (2b) | T3 | 447.66 | 6.647 | 3 | 3 | 1.7182 | 0.9522 | 2.4178 | -7.992 | -3.729 | 0.001 | 0.010 | 0.00950 | 0.99050 |

1 Mean HWFET result on the first fuel tested.
2 Expected difference under the alternative hypothesis, calculated as 1.5% of the mean on the first fuel.
3 Calculated as the product of the critical $t$-statistic, for 95% confidence and $n_{T2}+n_{T3}-2$ degrees of freedom, and the standard error of the difference in means.

## 4. Results

This section describes and presents statistical analyses of the results for $CO_2$ and carbon-balance fuel economy. In addition to $CO_2$, the calculation of fuel economy involves the use of test results for several other species, including CO, THC, NMOG, and $CH_4$. Results for these species are not summarized in this section. However, we have included test results for each in Appendix D. For completeness, we have also included results for $NO_x$ and PM.

As a counterpart to the prospective power calculations performed during testing to determine sample sizes for each vehicle, we performed tests of significance for each vehicle after the completion of testing.

As with the power calculations, the retrospective tests were performed as two-sample $t$-tests for differences in means. However, it is important to note that the retrospective analysis of results incorporated several important differences from the prospective power analyses:

- The retrospective tests were performed as two-tailed, rather than one-tailed tests. The prospective one-tailed assumption was revised due to the realization that increases in $CO_2$ emissions on the Tier 3 fuel were possible for some vehicles, although unlikely.
- The retrospective tests were performed assuming unequal, rather than equal variances. The unequal-variances assumption was adopted following observation of two- to three-fold differences in standard deviations for replicates on the two fuels for several vehicles. Consistent with this assumption, the degrees of freedom for each test were estimated using a Satterthwaite approximation, as described below.
- The difference in means is consistently calculated as the mean on Tier 3 fuel minus that on Tier 2 fuel ($\bar{x}_{T3} - \bar{x}_{T2}$), without respect to testing order.
- Tests were performed for carbon-balance fuel economy, as well as for $CO_2$ emissions.

Accordingly, the tests were formulated as follows:

Null hypothesis: $H_0$: $\bar{x}_{T3} - \bar{x}_{T2} = 0$

Alternative hypothesis: $H_a$: $\bar{x}_{T3} - \bar{x}_{T2} \neq 0$

Accordingly, the test statistic was calculated as shown in Eq. 4.1,

$$t_{\text{actual}} = \frac{(\bar{x}_{T3} - \bar{x}_{T2}) - 0}{\sqrt{\dfrac{s_{T2}^2}{n_{T2}} + \dfrac{s_{T3}^2}{n_{T3}}}} \qquad \text{Eq. 4.1}$$

where:

$n_{T2}$ = number of replicates on the Tier 2 fuel,
$n_{T3}$ = number of replicates on the Tier 3 fuel,
$s_{T2}$ = standard deviation of replicate measurements on the Tier 2 fuel, and
$s_{T3}$ = standard deviation of replicate measurements on the Tier 3 fuel.

Note that, consistent with the two-tailed assumption, the critical $t$-statistic for each test was the value corresponding to the 97.5% confidence level. The corresponding degrees of freedom for each test is based on the variances of the two means and was calculated using the Satterthwaite approximation, shown in Eq. 4.2.

$$\text{d.f.} = \frac{\left(\dfrac{s_{T2}^2}{n_{T2}} + \dfrac{s_{T3}^2}{n_{T3}}\right)^2}{\dfrac{\left(\dfrac{s_{T2}^2}{n_{T2}}\right)^2}{n_{T2} - 1} + \dfrac{\left(\dfrac{s_{T3}^2}{n_{T3}}\right)^2}{n_{T3} - 1}} \qquad \text{Eq. 4.2}$$

## 4.1 CO$_2$ Emissions

The CO$_2$ emission results of the two-sample individual vehicle tests for the FTP and HFET cycles shown in Tables 4.1.1 and 4.1.2, respectively.

For the FTP cycle (Table 4.1.1), all differences are negative, and are significant for 10 of the 11 vehicles at the 95% confidence level. The difference for the remaining vehicle, the Acura, is marginally significant. Absolute differences are generally proportional to emission levels, and range from -15 to -3 grams/mile, with an average of -6.37 grams/mile. Percent differences range from -2.3% to -1.0%, relative to the Tier 2 level, with an average of -1.8%.

For the HFET cycle (Table 4.1.2), differences are negative for 10 of the 11 vehicles, except for the Acura, which shows a positive difference. Overall, the degree of statistical significance is not as pronounced as for the FTP. Of the 11 vehicles, six show significant differences at the 95% confidence level, including the Acura, which shows a significant positive difference. Of the remaining five vehicles, three show marginal significance ($0.05 < p < 0.10$), and two show insignificant differences ($p > 0.10$). Of the 11 vehicles, the Silverado shows the smallest and least significant difference (-0.32 g/mi, -0.1 %, $p$=0.75). Overall, absolute differences range from -5.14 to 1.27 g/mi, averaging -2.16 g/mi, with percent differences ranging from -2.72% to 0.74%, averaging -1.02%.

Table 4.1.1:  FTP Cycle: Two-sample t-tests for differences in CO$_2$ emissions, by vehicle.

| Vehicle | Means (g/mi) | | Difference[1] | | Replicates | | Standard Deviations | | d.f. | standard error | $t_{actual}$ | $p$-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T2 | T3 | (g/mi) | (%) | $n_{T2}$ | $n_{T3}$ | T2 | T3 | | | | |
| Acura | 275.66 | 272.74 | -2.92 | -1.06 | 4 | 3 | 1.7579 | 1.4539 | 4.88 | 1.2154 | -2.406 | 0.06240 |
| Altima | 276.19 | 270.60 | -5.59 | -2.02 | 3 | 5 | 0.9739 | 1.0967 | 4.81 | 0.7461 | -7.486 | 0.00080 |
| Malibu 1 | 314.53 | 307.37 | -7.16 | -2.28 | 3 | 3 | 0.5403 | 0.7474 | 3.64 | 0.5324 | -13.450 | 0.00031 |
| Mazda | 242.12 | 238.57 | -3.55 | -1.47 | 3 | 3 | 1.2054 | 0.4800 | 2.62 | 0.7491 | -4.742 | 0.02401 |
| Ram | 423.94 | 414.49 | -9.46 | -2.23 | 6 | 3 | 1.8872 | 3.7524 | 2.52 | 2.2993 | -4.114 | 0.03605 |
| Volvo | 305.98 | 299.83 | -6.15 | -2.01 | 6 | 3 | 1.7998 | 0.4699 | 6.17 | 0.7832 | -7.849 | 0.00020 |
| Civic | 216.98 | 213.37 | -3.61 | -1.66 | 3 | 3 | 0.8475 | 0.5022 | 3.25 | 0.5687 | -6.340 | 0.00621 |
| F150 | 380.61 | 376.87 | -3.74 | -0.98 | 3 | 3 | 1.4747 | 1.5390 | 3.99 | 1.2306 | -3.041 | 0.03845 |
| Malibu 2 | 274.00 | 268.64 | -5.36 | -1.96 | 3 | 5 | 0.4382 | 0.8567 | 5.98 | 0.4591 | -11.676 | 0.00002 |
| Silverado | 427.69 | 419.88 | -7.81 | -1.83 | 3 | 6 | 1.5009 | 2.5931 | 6.57 | 1.3681 | -5.707 | 0.00091 |
| Silverado (2b) | 721.57 | 706.83 | -14.7 | -2.04 | 3 | 3 | 0.5384 | 0.8865 | 3.30 | 0.5988 | -24.616 | 0.00007 |
| Means | 350.84 | 344.47 | -6.37 | -1.78 | | | | | | | | |

[1] Calculated as T3 - T2, and as % relative to the T2 fuel.
[2] Degrees of freedom for the difference in means, based on the Satterthwaite approximation.
[3] Two-tailed value at the 95% confidence level.

Table 4.1.2: HFET Cycle: Two-Sample $t$-tests for differences in $CO_2$ emissions, by vehicle.

| Vehicle | Means (g/mi) | | Difference[1] | | Replicates | | Standard Deviations | | d.f. | standard error | $t_{actual}$ | $p$-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T2 | T3 | (g/mi) | (%) | $n_{T2}$ | $n_{T3}$ | T2 | T3 | | | | |
| Acura | 171.31 | 172.58 | 1.27 | 0.74 | 3 | 3 | 0.3619 | 0.3842 | 3.99 | 0.3047 | 4.173 | 0.014 |
| Altima | 165.49 | 163.37 | -2.13 | -1.29 | 6 | 3 | 0.4796 | 1.1564 | 2.35 | 0.6958 | -3.060 | 0.075 |
| Malibu 1 | 189.15 | 184.01 | -5.14 | -2.72 | 3 | 4 | 2.3365 | 1.0493 | 2.61 | 1.4474 | -3.554 | 0.047 |
| Mazda | 161.87 | 160.32 | -1.54 | -0.95 | 3 | 3 | 0.5045 | 0.5376 | 3.98 | 0.4256 | -3.625 | 0.022 |
| Ram | 262.76 | 260.67 | -2.09 | -0.79 | 3 | 3 | 0.5913 | 1.2250 | 2.88 | 0.7854 | -2.658 | 0.080 |
| Volvo | 175.61 | 173.22 | -2.39 | -1.36 | 3 | 3 | 0.8586 | 1.6970 | 2.96 | 1.0980 | -2.179 | 0.119 |
| Civic | 144.75 | 143.16 | -1.59 | -1.10 | 3 | 3 | 0.3345 | 0.6830 | 2.91 | 0.4391 | -3.627 | 0.038 |
| F150 | 244.79 | 241.92 | -2.87 | -1.17 | 3 | 3 | 1.5878 | 0.8544 | 3.07 | 1.0410 | -2.758 | 0.069 |
| Malibu 2 | 166.02 | 163.58 | -2.44 | -1.47 | 3 | 5 | 0.5799 | 0.8100 | 5.59 | 0.4933 | -4.953 | 0.003 |
| Silverado | 281.37 | 281.05 | -0.32 | -0.11 | 3 | 3 | 1.4616 | 0.6754 | 2.82 | 0.9296 | -0.344 | 0.755 |
| Silverado (2b) | 447.66 | 443.11 | -4.54 | -1.02 | 3 | 3 | 1.7182 | 0.9522 | 3.12 | 1.1341 | -4.007 | 0.026 |
| Means | 219.16 | 217.00 | -2.16 | -1.02 | | | | | | | | |

[1] Calculated as T3 - T2. and as % relative to the T2 fuel.
[2] Degrees of freedom for the difference in means. based on the Satterthwaite approximation.
[3] Two-tailed value at the 95% confidence level.

## 4.2    Fuel Economy Results

The fuel economy results of the individual two-sample tests for fuel economy are shown in Tables 4.2.1 and 4.2.2.

For the FTP cycle (Table 4.2.1), all vehicles showed reductions in fuel economy on the Tier 3 fuel, as they did with $CO_2$. Absolute differences range from -1.01 to -0.24 mpg, with an average of -0.66 mpg. In relative terms, these values correspond to differences of -3.1% to -1.73%, with an average of -2.29%. All reductions are significant at the 95% confidence level for all vehicles except the Ram, which is marginally significant ($p$=0.054). In contrast to its behavior for $CO_2$, the Acura has the second largest reduction in fuel economy both in absolute and percentage terms.

For the HFET cycle (Table 4.2.2), results are similar. All vehicles show fuel economy reductions on Tier 3 fuel, ranging from -2.49 to -0.36 mpg, and averaging -1.34 mpg. Percentage differences are larger than those for the FTP on the whole, ranging from -4.8% to -0.76%, and averaging -3.0%. The Acura is distinguished in having the largest reduction, both in absolute and relative terms. For this cycle, all reductions are significant at the 95% level, except for the Malibu 1, which has the minimum absolute and relative differences (-0.36 mpg, -0.76%, $p$=0.47). This Malibu is also conspicuous for the size of its standard deviations, particularly on the Tier 2 fuel.

Table 4.2.1:  FTP Cycle: Two-sample $t$-tests for differences in fuel economy, by vehicle.

| Vehicle | Means (mpg) | | Difference[1] | | Replicates | | Standard Deviations | | d.f. | standard error | $t_{actual}$ | $p$-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T2 | T3 | (mpg) | (%) | $n_{T2}$ | $n_{T3}$ | T2 | T3 | | | | |
| Acura | 32.43 | 31.45 | -0.98 | -3.02 | 4 | 3 | 0.2051 | 0.1666 | 4.91 | 0.1406 | -6.972 | 0.00101 |
| Altima | 32.29 | 31.63 | -0.66 | -2.03 | 3 | 5 | 0.1017 | 0.1313 | 5.33 | 0.0830 | -7.913 | 0.00038 |
| Malibu 1 | 28.32 | 27.83 | -0.49 | -1.73 | 3 | 3 | 0.0575 | 0.0643 | 3.95 | 0.0498 | -9.862 | 0.00063 |
| Mazda | 36.90 | 35.93 | -0.97 | -2.63 | 3 | 3 | 0.1950 | 0.0604 | 2.38 | 0.1179 | -8.235 | 0.00839 |
| Ram | 21.06 | 20.68 | -0.39 | -1.83 | 6 | 3 | 0.0947 | 0.1846 | 2.54 | 0.1134 | -3.399 | 0.05437 |
| Volvo | 29.15 | 28.54 | -0.62 | -2.12 | 6 | 3 | 0.1590 | 0.0513 | 6.59 | 0.0713 | -8.665 | 0.00008 |
| Civic | 41.18 | 40.18 | -1.01 | -2.44 | 3 | 3 | 0.1635 | 0.0895 | 3.10 | 0.1076 | -9.345 | 0.00227 |
| F150 | 23.47 | 22.74 | -0.73 | -3.10 | 3 | 3 | 0.0899 | 0.0945 | 3.99 | 0.0753 | -9.668 | 0.00065 |
| Malibu 2 | 32.58 | 31.89 | -0.68 | -2.10 | 3 | 5 | 0.0434 | 0.1080 | 5.63 | 0.0544 | -12.585 | 0.00002 |
| Silverado | 20.85 | 20.38 | -0.47 | -2.25 | 3 | 6 | 0.0740 | 0.1181 | 6.27 | 0.0644 | -7.297 | 0.00028 |
| Silverado (2b) | 12.34 | 12.11 | -0.24 | -1.91 | 3 | 3 | 0.0109 | 0.0121 | 3.96 | 0.0094 | -25.092 | 0.00002 |
| Means | 28.23 | 27.58 | -0.66 | -2.29 | | | | | | | | |

[1] Calculated as T3 - T2, and as % relative to the T2 fuel.
[2] Degrees of freedom for the difference in means, based on the Satterthwaite approximation.
[3] Two-tailed value at the 95% confidence level.

Table 4.2.2:  HFET Cycle: Two-sample $t$-tests for differences in fuel economy, by vehicle.

| Vehicle | Means (mpg) | | Difference[1] | | Replicates | | Standard Deviations | | d.f. | standard error | $t_{actual}$ | $p$-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T2 | T3 | (mpg) | (%) | $n_{T2}$ | $n_{T3}$ | T2 | T3 | | | | |
| Acura | 52.20 | 49.71 | -2.49 | -4.78 | 3 | 3 | 0.1109 | 0.1098 | 4.00 | 0.0901 | -27.679 | 0.00001 |
| Altima | 53.88 | 52.42 | -1.46 | -2.71 | 6 | 3 | 0.1574 | 0.3655 | 2.38 | 0.2206 | -6.609 | 0.014 |
| Malibu 1 | 46.97 | 46.61 | -0.36 | -0.76 | 3 | 4 | 0.7011 | 0.2645 | 2.43 | 0.4259 | -0.843 | 0.474 |
| Mazda | 55.22 | 53.49 | -1.73 | -3.13 | 3 | 3 | 0.1826 | 0.1743 | 3.99 | 0.1458 | -11.847 | 0.0003 |
| Ram | 34.01 | 32.90 | -1.11 | -3.26 | 3 | 3 | 0.0726 | 0.1557 | 2.83 | 0.0992 | -11.193 | 0.0020 |
| Volvo | 50.82 | 49.42 | -1.41 | -2.77 | 3 | 3 | 0.2423 | 0.5049 | 2.87 | 0.3233 | -4.346 | 0.025 |
| Civic | 61.70 | 59.86 | -1.84 | -2.98 | 3 | 3 | 0.1493 | 0.2783 | 3.06 | 0.1823 | -10.089 | 0.0019 |
| F150 | 36.51 | 35.44 | -1.07 | -2.94 | 3 | 3 | 0.2387 | 0.1258 | 3.03 | 0.1558 | -6.882 | 0.0061 |
| Malibu 2 | 53.80 | 52.41 | -1.39 | -2.59 | 3 | 5 | 0.1982 | 0.2608 | 5.40 | 0.1634 | -8.522 | 0.0002 |
| Silverado | 31.75 | 30.50 | -1.25 | -3.94 | 3 | 3 | 0.1659 | 0.0767 | 2.82 | 0.1055 | -11.841 | 0.0017 |
| Silverado (2b) | 19.95 | 19.36 | -0.59 | -2.97 | 3 | 3 | 0.0757 | 0.0413 | 3.09 | 0.0498 | -11.903 | 0.0011 |
| Means | 45.17 | 43.83 | -1.34 | -2.98 | | | | | | | | |

[1] Calculated as T3 - T2, and as % relative to the T2 fuel.
[2] Degrees of freedom for the difference in means, based on the Satterthwaite approximation.
[3] Two-tailed value at the 95% confidence level.

### 4.3    Paired Tests

The absolute differences in $CO_2$ and fuel economy, by vehicle, are summarized graphically below.  Figure 4.3.1 shows absolute changes in $CO_2$ emissions, by cycle.  As described previously, the chart makes it clear that $CO_2$ reductions were larger and more significant on the FTP than on the HFET.

The reverse is true for the differences in fuel economy, shown in Figure 4.3.2. Reductions on the HFET are definitely larger for most vehicles although the degree of significance is not markedly higher.



Figure 4.3.1:  CO$_2$ Emissions: Absolute differences (g/mi), on the FTP and HFET cycles, with 95% confidence intervals (calculated as the result on T3 fuel minus that on T2 fuel).



Figure 4.3.2:  Fuel Economy: Absolute differences (mpg), on the FTP and HFET cycles (calculated as the result on T3 fuel minus that on T2 fuel).

The culminating step in analysis is to assess the differences in $CO_2$ and fuel economy for the vehicle sample as a whole. The step was achieved through the application of paired $t$ tests to absolute emissions and fuel economy. The paired test is based on the mean and variance of the difference in means, with the difference for each vehicle calculated as shown in Eq. 4.3.1.

$$d_i = \bar{x}_{T3,i} - \bar{x}_{T2,i}$$ 

Eq. 4.3.1

The mean difference for the vehicle sample is calculated as in Eq. 4.3.2.

$$\bar{d} = \frac{\sum_{i=1}^{n_{veh}}\left(\bar{x}_{T3,i} - \bar{x}_{T2,i}\right)}{n_{veh}} = \frac{\sum_{i=1}^{n_{veh}} d_i}{n_{veh}}$$

Eq. 4.3.2

To account for the fact that the each of the vehicle means incorporated multiple replicates with their associated variability, we calculated between-vehicle and within-vehicle variance components in estimating the variance of $\bar{d}$.

The between-vehicle variance component was calculated very simply as the sum of squared errors for the $d_i$, with the degrees of freedom reflecting the number of vehicles in the sample (Eq. 4.3.3).

$$s_b^2 = \frac{\sum_{i=1}^{n_{veh}}\left(d_i - \bar{d}\right)^2}{n_{veh} - 1}$$

Eq. 4.3.3

The within-vehicle variance component, analogous to an error sum of squares, was calculated by summing the pooled-sums of squares for each of the $d_i$, as previously shown in Eq. 4.3.4. The degrees of freedom for the within-vehicle variance component was also the sum of the degrees of freedom for individual vehicle differences.

$$s_w^2 = \frac{\sum_{i=1}^{n_{veh}}\left[\left(n_{T2,i} - 1\right)s_{T2,i}^2 + \left(n_{T3,i} - 1\right)s_{T3,i}^2\right]}{\sum_{i=1}^{n_{veh}}\left(n_{T2,i} + n_{T3,i} - 2\right)}$$

Eq. 4.3.4

Incorporating the between-vehicle and within-vehicle variance components, the standard error of $\bar{d}$ is then calculated as shown in Eq. 4.3.5,

$$s_d = \sqrt{\frac{s_b^2}{n_{veh}} + \frac{s_w^2}{n_{total}}}$$

Eq. 4.3.5

with the total of all measurements on all vehicles and fuels, denoted as $n_{total}$, calculated as

23

$$n_{\text{total}} = \sum_{i=1}^{n_{\text{veh}}} \left( n_{T2,i} + n_{T3,i} \right)$$

Eq. 4.3.6

After calculating these parameters, the test statistic for the paired test, under a null hypothesis of no difference in means, is

$$t_{\text{actual}} = \frac{\overline{d} - 0}{s_d}$$

Eq. 4.3.7

The critical value of $t$ for this two-tailed test was taken at the 97.5% confidence level, with $n_{\text{veh}}-1$ degrees of freedom.

The results of the paired tests for $CO_2$ and fuel economy on both cycles are shown in Table 4.3.1. As shown above, the mean $CO_2$ differences for this vehicle sample are -6.4 and -2.2 grams/mile on the FTP and HFET cycles, respectively. Corresponding mean differences for fuel economy are -0.66 and -1.34 mpg. All results are highly significant. The tests for fuel economy are apparently more significant than those for $CO_2$ emissions. However, it is not clear that this result is of interpretive significance, given the importance of the carbon balance in the fuel economy calculation, i.e., that fuel economy is itself dependent on $CO_2$ emissions.

The importance of the variability of replicate measurements on the estimation of the standard error of the difference is shown in the relationships between the two variance components, each divided by their respective degrees of freedom. For $CO_2$, examination of the two terms in Eq. 4.3.5, prior to taking the square root, shows that the within-vehicle component accounts for 2.8% of the variance of the difference for the FTP, and 5.0% for the HFET. While the contribution of the within-vehicle component is small in both cases, it's contribution is twice as large for the HFET, reflecting the somewhat greater relative variability of replicate measurements on this cycle.

Table 4.3.1: Paired $t$-tests for $CO_2$ emissions and fuel economy, on the FTP and HFET cycles.

*$CO_2$*

| Cycle | Mean Difference | | $n_{\text{veh}}$ | $n_{\text{total}}$ | d.f.$_{\text{within}}$ | $s_b^2$ | $s_w^2$ | $s_d$ | $t_{\text{actual}}$ | *p*-value |
|-------|--------|-------|------|------|------|-------|-------|-------|-------|-------|
|       | (g/mi) | (%)   |      |      |      |       |       |       |       |       |
| FTP   | -6.37  | -1.78 | 11   | 80   | 58   | 11.83 | 2.457 | 1.052 | -6.06 | 0.00012 |
| HFET  | -2.16  | -1.02 | 11   | 72   | 50   | 3.11  | 1.090 | 0.546 | -3.96 | 0.00267 |

*Carbon-balance Fuel Economy*

| Cycle | Mean Difference | | $n_{\text{veh}}$ | $n_{\text{total}}$ | d.f.$_{\text{within}}$ | $s_b^2$ | $s_w^2$ | $s_d$ | $t_{\text{actual}}$ | *p*-value |
|-------|--------|-------|------|------|------|--------|--------|--------|-------|-------|
|       | (mpg)  | (%)   |      |      |      |        |        |        |       |       |
| FTP   | -0.66  | -2.29 | 11   | 80   | 58   | 0.0645 | 0.0146 | 0.0778 | -8.45 | 0.000019 |
| HFET  | -1.34  | -2.98 | 11   | 72   | 50   | 0.340  | 0.0645 | 0.1784 | -7.49 | 0.000010 |

In the interpretation and application of these results, the ostensible transportability of the relative differences will be the most relevant factor.

24

Figures 4.3.3 and 4.3.4 show relative reductions in $CO_2$ and fuel economy on the Tier 3 fuel, relative to the Tier 2 fuel, by vehicle. Mean relative differences in $CO_2$ are -1.78 and -1.02% on the FTP and HFET cycles, respectively. Corresponding values for fuel economy are -2.29 and -2.98%. The charts illustrate the patterns described above, namely, that the relative differences in $CO_2$ are generally larger on the FTP than on the HFET (9 of 11 vehicles). The reverse holds true for fuel economy (10 of 11 vehicles).

One conclusion from this work is that the mean relative differences, at least for the FTP cycle, are in the neighborhood of the prediction from the model used to define the expected effect on $CO_2$ emissions in the design and conduction of the study (-1.5%). The agreement on the FTP may be due to the fact that the model was itself based on cycle aggregate emissions from the LA92 cycle, thus incorporating start and running emissions.



Figure 4.3.3: Relative differences in $CO_2$ emissions on the FTP and HFET cycles, by vehicle (calculated as $100\times(T3 - T2)/T2$).



Figure 4.3.4: Relative differences in fuel economy on the FTP and HFET cycles, by vehicle (calculated as $100\times(T3 - T2)/T2$).

## 4.4 Drive Quality Statistics

After data collection the drive quality statistics were reviewed to ensure the tests were driven in a repeatable manner. All metrics were calculated according to SAE J2951, and are included in the reports generated by the dynamometer control software. Tables 4.4.1 and 4.4.2 summarize these statistics as average values by vehicle and fuel for the FTP and HFET cycles, respectively. The percentages are calculated for each metric as the driver value minus the target divided by the target, times 100 percent. These tables only include vehicles that were considered "good" tests in this analysis (see Appendix B).

Overall the results indicate the vehicles were driven consistently between the test fuels and that driver performance did not bias the $CO_2$ or fuel economy results. Figures 4.4.1 and 4.4.2 show the drive cycle energy metrics, where in all cases there was less than 0.5% difference in energy between test fuels on any vehicle, and roughly an equal number of vehicles where slightly more energy was used on Tier 2 fuel versus on Tier 3 fuel. There was no attempt to normalize results based on drive quality statistics within a test group or between vehicles.

The Absolute Speed Change % for HFET shows larger differences than other driver metrics especially for the Malibu 1. Since these HFETs were rerun with a different driver we would expect some differences in drive characteristics. The same driver also did the revised tests for the Altima, Acura and Silverado which also have slightly higher Absolute Speed % changes than the other vehicles. All tests fell within the required limits of the trace and for most vehicles no

warnings or alarms were triggered. The Malibu 1 did have an accelerator fault code occasionally occur on the Tier 2 HFET tests with a message indicating reduced engine power, but since there was not a violation of speed trace there was not sufficient grounds to exclude the test.

Table 4.4.1: Drive quality statistics for the FTP.

| Vehicle | Fuel type | Energy | Distance | Energy Economy | Absolute Speed Change | Inertial Work |
|---|---|---|---|---|---|---|
| Malibu 1 | Tier 2 | 0.07% | 0.00% | -0.07% | 0.30% | 0.30% |
| | Tier 3 | -0.11% | 0.08% | 0.34% | 0.13% | 0.32% |
| Civic | Tier 2 | -0.61% | -0.41% | 0.21% | -0.06% | -0.28% |
| | Tier 3 | -0.47% | -0.31% | 0.16% | 0.09% | 0.34% |
| Ram | Tier 2 | -0.06% | -0.09% | -0.03% | 0.77% | 1.19% |
| | Tier 3 | -0.06% | -0.11% | -0.06% | 0.53% | 0.83% |
| Altima | Tier 2 | 1.35% | -0.34% | -1.66% | 1.63% | 2.15% |
| | Tier 3 | 0.94% | -0.23% | -1.16% | 1.20% | 1.52% |
| Silverado | Tier 2 | -0.78% | -0.33% | 0.45% | 1.08% | 1.72% |
| | Tier 3 | -0.85% | -0.34% | 0.51% | 0.91% | 1.44% |
| Silverado (2b) | Tier 2 | -0.30% | -0.07% | 0.23% | 1.20% | 1.73% |
| | Tier 3 | -0.60% | -0.20% | 0.41% | 1.44% | 2.19% |
| Volvo | Tier 2 | -0.64% | 0.00% | 0.65% | 0.23% | 0.29% |
| | Tier 3 | -0.72% | 0.06% | 0.79% | 0.37% | 0.52% |
| Acura | Tier 2 | -0.15% | -0.33% | -0.18% | 0.01% | -0.10% |
| | Tier 3 | -0.48% | -0.35% | 0.13% | -0.31% | -0.54% |
| Malibu 2 | Tier 2 | -0.80% | -0.01% | 0.79% | 0.99% | 2.38% |
| | Tier 3 | -0.89% | -0.09% | 0.80% | 0.84% | 1.97% |
| Mazda | Tier 2 | -1.09% | -0.02% | 1.09% | -0.40% | -0.69% |
| | Tier 3 | -1.13% | -0.14% | 1.00% | -0.37% | -0.64% |
| F150 | Tier 2 | -1.36% | -0.09% | 1.29% | -1.11% | -1.70% |
| | Tier 3 | -1.22% | -0.05% | 1.18% | -1.05% | -1.60% |

27

Table 4.4.2: Drive quality statistics for the HFET.

| Vehicle | Fuel type | Energy | Distance | Energy Economy | Absolute Speed Change | Inertial Work |
|---|---|---|---|---|---|---|
| Malibu 1 | Tier 2 | 0.03% | -0.02% | -0.06% | 9.82% | 12.17% |
| | Tier 3 | 0.31% | 0.09% | -0.22% | 10.12% | 12.75% |
| Civic | Tier 2 | -0.70% | -0.14% | 0.56% | 0.69% | 1.00% |
| | Tier 3 | -0.59% | -0.12% | 0.48% | 0.85% | 1.00% |
| Ram | Tier 2 | 0.73% | 0.00% | -0.73% | 4.37% | 5.24% |
| | Tier 3 | 0.52% | -0.03% | -0.54% | 2.56% | 3.13% |
| Altima | Tier 2 | 0.62% | -0.04% | -0.65% | 6.26% | 8.06% |
| | Tier 3 | 0.70% | 0.01% | -0.69% | 5.38% | 7.23% |
| Silverado | Tier 2 | -0.59% | -0.15% | 0.45% | 4.88% | 5.87% |
| | Tier 3 | -0.65% | -0.20% | 0.45% | 4.19% | 5.00% |
| Silverado (2b) | Tier 2 | -0.69% | -0.19% | 0.50% | 3.86% | 4.49% |
| | Tier 3 | -0.28% | -0.14% | 0.13% | 3.19% | 3.95% |
| Volvo | Tier 2 | -0.80% | -0.18% | 0.62% | 2.61% | 3.43% |
| | Tier 3 | -0.76% | -0.14% | 0.63% | 2.15% | 2.60% |
| Acura | Tier 2 | 0.15% | 0.03% | -0.11% | 2.99% | 3.97% |
| | Tier 3 | 0.27% | -0.01% | -0.27% | 5.70% | 7.44% |
| Malibu 2 | Tier 2 | -0.76% | -0.17% | 0.60% | 6.13% | 7.46% |
| | Tier 3 | -0.86% | -0.14% | 0.73% | 6.20% | 7.69% |
| Mazda | Tier 2 | -0.63% | -0.12% | 0.52% | 2.45% | 3.23% |
| | Tier 3 | -0.67% | -0.19% | 0.49% | 2.51% | 3.33% |
| F150 | Tier 2 | -0.91% | -0.17% | 0.74% | -0.03% | 0.13% |
| | Tier 3 | -0.76% | -0.09% | 0.66% | 0.94% | 1.54% |

JA103



Figure 4.4.1: FTP drive cycle energy by fuel type.



Figure 4.4.2: HFET drive cycle energy by fuel type.

## 4.5    Fuel-Order Effect

During the project, the Tier 2 fuel was tested as the first fuel in six vehicles, and the Tier 3 fuel tested first in the remaining five vehicles.  As it was not practical to randomize the order of the test fuels for logistical reasons, we investigated the remote possibility that an order effect exists in the resulting data.

29

This analysis was performed by conducting paired $t$-tests for the two groups of vehicles, as described in 4.1 above. We then tested the two mean differences against each other, as shown in Eq. 4.1, as for a two-sample test, in which the standard error for the difference in the mean differences was calculated from the standard errors for each.

$$t = \frac{\bar{d}_{\text{T3-1st}} - \bar{d}_{\text{T2-1st}}}{\sqrt{s_{d,\text{T3-1st}}^2 + s_{d,\text{T2-1st}}^2}} \qquad \text{Eq. 4.1}$$

The critical value for the test was taken as a two-tailed $t$ statistic at the 95% confidence level with 9 degrees of freedom, estimated as 6+5-2. Results for the tests are shown in Tables 4.5.1 and 4.5.2 for results on the FTP and HFET cycles, respectively.

For the FTP cycle, the difference in the mean differences between the fuel-order groups is -1.246 g/mi. This value is roughly half of its standard error, resulting in a low $t$ statistic and a highly insignificant $p$-value. The level of significance would be even lower, but for the inclusion of the 2b Silverado in the T3-first group. Its relatively large absolute difference increases the mean difference and standard error for this group, as shown graphically in Figure 4.5.1.

For the HFET cycle, the difference in the mean differences is -0.35 g/mi. This value is less than one third of its standard error, giving an insignificant p-value. This result would be even less significant if the Acura's result did not differ in sign from those for the other vehicles, thus increasing the variance for the Tier-2-first group. This is shown in Figure 4.5.2.

On the whole, the conclusion is that this analysis shows no evidence of a bias or artifact related to test fuel-order for measurements on either cycle.

Table 4.5.1. FTP Cycle: Comparison of paired $t$-tests for groups of vehicles, by fuel order.

| Group | Differences | | $n_{\text{veh}}$ | $s_d$ | $t$-statistic | $p$-value |
|---|---|---|---|---|---|---|
| | (g/mi) | % | | | | |
| T2 first | -5.805 | -1.85 | 6 | 1.008476 | -5.756 | 0.00222 |
| T3 first | -7.051 | -1.69 | 5 | 2.184972 | -3.388 | 0.01378 |
| | | | | | | |
| Difference | -1.246 | | 11 | 2.312548 | -0.538 | 0.6031 |

Table 4.5.2. HFET Cycle: Comparison of paired $t$-tests for groups of vehicles, by fuel order.

| Group | Differences | | $n_{\text{veh}}$ | $s_d$ | $t$-statistic | $p$-value |
|---|---|---|---|---|---|---|
| | (g/mi) | % | | | | |
| T2 first | -2.004 | -1.06 | 6 | 0.852321 | -2.351 | 0.0654 |
| T3 first | -2.354 | -0.97 | 5 | 0.723467 | -3.254 | 0.0313 |
| | | | | | | |
| Difference | -0.350 | | 11 | 1.117969 | -0.3131 | 0.7614 |



Figure 4.5.1: Absolute differences in $CO_2$ emissions on the FTP cycle, by test-fuel order.



Figure 4.5.2: Absolute differences in $CO_2$ emissions on the HFET cycle, by test-fuel order.

## 5. Additional Study of Acura and Fuel Octane

During the course of testing the Acura, we encountered vehicle behavior in the HFET that was unexpected and counter to what we had observed in other vehicles, as well as being inconsistent with its own behavior over the FTP portion of the testing (see Figure 4.3.3). In an effort to better understand these observations, we performed additional testing on this vehicle using a Tier 3 premium grade test fuel to examine whether octane level could be a contributing factor.

Figure 5.1 shows $CO_2$ results for replicate HFET tests on the Tier 2 and Tier 3 test fuels, as well as Tier 3 premium (T3P). Note that Tier 3 regular grade and Tier 3 premium grade fuels are very closely matched in property specifications other than octane rating.[11] These results, showing equivalent performance on Tier 2 and Tier 3 premium fuels, which have very similar

---

[11] Tier 3 premium test fuel properties are available in Table A-5 of Appendix A.

octane but significantly different aromatics and ethanol levels, are suggestive that the vehicle is deriving a performance benefit from the additional octane value. The Tier 3 program does allow the use of higher octane fuel for any vehicle labeled as requiring premium grade fuel, however, the Acura does not have a premium fuel manufacturer recommendation and was specifically included in this study because it was not expected to be sensitive to fuel octane level.



Figure 5.1: Acura $CO_2$ emissions over replicate HFET cycles using Tier 2, Tier 3 regular, and Tier 3 premium grade test fuels.

6. Discussion

This test program and analysis examined effects of a test fuel change on both $CO_2$ emission rates and fuel economy. Fuel economy is calculated from $CO_2$ but when comparing two fuels, these values can move in the same or opposite directions depending on fuel properties. Relative to Tier 2 test fuel, Tier 3 test fuel has less carbon per unit energy primarily due to its lower aromatic content. This difference is the primary driver for the observed lower emissions of $CO_2$ in grams per mile and is consistent with results of the EPAct/V2/E-89 study. At the same time, the Tier 3 fuel's lower aromatic content, as well as the presence of ethanol, lowers its volumetric energy density (Btu/gal), resulting in lower fuel economy. In other words, when using Tier 3 test fuel these results show that vehicles emit less $CO_2$ per mile while consuming more fuel volume than when using Tier 2 test fuel.

The test fleet consisted of eleven vehicles covering a range of advanced technologies that reasonably represent a future fleet meeting the greenhouse gas and fuel-economy standards for

light- and heavy-duty applications. We observed a consistent response to the fuel change across the vehicle sample regardless of specific engine technology, lending confidence to application of these results to other engine technologies.

Fundamental to determining the small effect of this test fuel change with statistical confidence was careful study design and consistent execution of procedures from day to day. Also important was the analysis of key fuel properties at several laboratories to establish accurate inputs to the calculation of fuel economy. Additionally, driver metrics were recorded and reviewed to confirm driver behavior did not bias the fuel comparison.

The overall results across the test fleet showed a reduction in $CO_2$ of 1.78% for the FTP and 1.02% for the HFET tests for Tier 3 compared to Tier 2 test fuel. For fuel economy the overall reduction was 2.29% for the FTP and 2.98% for the HFET tests for Tier 3 compared to Tier 2 test fuel. Throughout, the high levels of statistical significance observed, both for $CO_2$ and fuel economy, suggest that the measured differences in these parameters are actual and in reasonable agreement with the difference projected during the planning of the study.

Appendix A

Supplemental Information on Test Fuels

**Table A-1.  Detailed data for test fuels used in this study.**

| Property | Test Method | Units | Tier 2 Test Fuel | | | Tier 3 Reg Test Fuel | | |
|---|---|---|---|---|---|---|---|---|
| | | | Mean | RSD[1] | n[2] | Mean | RSD[1] | n[2] |
| API Gravity, 60°F | | °API | 58.8 | 0.36% | 2 | 57.5 | 0.18% | 2 |
| Density, 60°F | ASTM D4052 | g/cm$^3$ | 0.7430 | 0.10% | 2 | 0.7482 | 0.06% | 4 |
| Specific Gravity, 60°F | | - | 0.7437 | 0.10% | 2 | 0.7490 | 0.06% | 4 |
| DVPE (EPA equation) | ASTM D5191 | psi | 8.95 | - | 1 | 8.75 | - | 1 |
| Ethanol | | vol % | - | - | 0 | 10.15 | 3.92% | 3 |
| Oxygenates other than EtOH | ASTM D5599 | | - | - | 0 | 0 | 0.00% | 3 |
| Oxygen | | mass % | - | - | 0 | 3.74 | 3.81% | 3 |
| Carbon | ASTM D5291 | mass % | 87.01 | 0.40% | 5 | 82.88 | 0.59% | 5 |
| Hydrogen | | | 13.21 | 1.27% | 5 | 13.59 | 0.89% | 5 |
| Mass% sum with oxygen | calc from D5291 | mass % | 100.22 | 0.30% | 5 | 100.20 | 0.41% | 5 |
| C, normalized | calc from D5291 | mass % | 86.82 | 0.20% | 5 | 82.70 | 0.19% | 5 |
| H, normalized | calc from D5291 | mass % | 13.18 | 1.32% | 5 | 13.56 | 1.17% | 5 |
| Mass% sum, normalized | calc from D5291 | mass % | 100.00 | 0.00% | 5 | 100.00 | 0.00% | 5 |
| Carbon Weight Fraction | calc from D5291 | - | 0.8682 | 0.20% | 5 | 0.8270 | 0.19% | 5 |
| Hydrogen | ASTM D3343[3] | mass % | 13.35 | - | - | 13.68 | - | - |
| Carbon | calc from D3343 | mass % | 86.65 | - | 1 | 82.58 | - | 1 |
| Sulfur | ASTM D2622 | mg/kg | 41.8 | 7.44% | 2 | 9.2 | 13.14% | 2 |
| Aromatics | | | 30.6 | - | 1 | 22.9 | - | 1 |
| Olefins | ASTM D1319 | vol % | 0.6 | - | 1 | 5.4 | - | 1 |
| Saturates | | | 68.8 | - | 1 | 71.7 | - | 1 |
| Olefins | ASTM D6550 | mass % | - | - | - | 6.4 | - | 1 |
| Water Content | ASTM E1064 | mg/kg | 70 | - | 1 | 930 | - | 1 |
| Existent Gum, washed | ASTM D381 | mg/100ml | - | - | - | 0.5 | - | 1 |
| Research Octane Number | ASTM D2699 | - | 96.5 | 0.15% | 2 | 91 | - | 1 |
| Motor Octane Number | ASTM D2700 | - | 88.65 | 0.40% | 2 | 83.5 | - | 1 |
| AKI (R+M)/2 | D2699/D2700 | - | 92.6 | 0.31% | 2 | 87.25 | - | 1 |
| Octane sensitivity | D2699/D2700 | - | 7.85 | 2.70% | 2 | 7.50 | - | 1 |
| Net Heat of Combustion | ASTM D3338[3] | Btu/lb | 18,446 | - | - | 18,527 | - | - |
| Gross Heat of Combustion, 25°C | ASTM D4809 | Btu/lb | 19,734 | 0.35% | 4 | 19,124 | 0.17% | 4 |
| Gross Heat of Combustion, 25°C | ASTM D4809 | MJ/kg | 45.900 | 0.35% | 4 | 44.482 | 0.17% | 4 |
| Net Heat of Combustion, 25°C | ASTM D4809 | MJ/kg | 43.100 | 0.43% | 4 | 41.610 | 0.25% | 4 |
| Net Heat of Combustion, 25°C | ASTM D4809 | Btu/lb | 18,529 | 0.43% | 4 | 17,889 | 0.25% | 4 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.
(2) Number of replicate fuel property measurements from different labs included in the mean.
(3) This method is a calculated result which used the mean of other property measurements, thus n and RSD were omitted.

**Table A-2.  Detailed data for test fuels used in this study.**

| Property | Test Method | Units | Tier 2 Test Fuel | | | Tier 3 Reg Test Fuel | | |
|---|---|---|---|---|---|---|---|---|
| | | | Mean | RSD[1] | n[2] | Mean | RSD[1] | n[2] |
| Distillation - IBP | ASTM D86 | °F | 89.4 | - | 1 | 93.7 | - | 1 |
| 5% | | | 111.9 | - | 1 | 120.9 | - | 1 |
| 10% | | | 125.6 | - | 1 | 129.2 | - | 1 |
| 20% | | | 147.0 | - | 1 | 140.5 | - | 1 |
| 30% | | | 171.7 | - | 1 | 148.8 | - | 1 |
| 40% | | | 201.9 | - | 1 | 154.4 | - | 1 |
| 50% | | | 222.6 | - | 1 | 210.0 | - | 1 |
| 60% | | | 232.4 | - | 1 | 239.9 | - | 1 |
| 70% | | | 241.9 | - | 1 | 255.6 | - | 1 |
| 80% | | | 259.8 | - | 1 | 286.3 | - | 1 |
| 90% | | | 317.3 | - | 1 | 322.0 | - | 1 |
| 95% | | | 340.7 | - | 1 | 340.2 | - | 1 |
| Distillation - EP | | | 405.9 | - | 1 | 387.0 | - | 1 |
| Recovery | | vol % | 97.5 | - | 1 | 97.3 | - | 1 |
| Residue | | | 1.1 | - | 1 | 0.9 | - | 1 |
| Loss | | | 1.4 | - | 1 | 1.8 | - | 1 |
| Benzene | ASTM D6729 | vol % | 0.03 | - | 1 | 0.55 | - | 1 |
| Toluene | | | 25.2 | - | 1 | 6.8 | - | 1 |
| C8 Aromatics | | | 0.9 | - | 1 | 6.4 | - | 1 |
| C9 Aromatics | | | 9.1 | - | 1 | 6.2 | - | 1 |
| C10+ Aromatics | | | 3.1 | - | 1 | 5.6 | - | 1 |
| Total Aromatics | | | 38.3 | - | 1 | 25.4 | - | 1 |
| C4 Paraffins | | | 0.7 | - | 1 | 3.5 | - | 1 |
| C5 Paraffins | | | 24.7 | - | 1 | 8.8 | - | 1 |
| C6 Paraffins | | | 6.5 | - | 1 | 8.8 | - | 1 |
| C7 Paraffins | | | 3.7 | - | 1 | 4.8 | - | 1 |
| C8 Paraffins | | | 17.7 | - | 1 | 13.4 | - | 1 |
| C9 Paraffins | | | 2.4 | - | 1 | 4.3 | - | 1 |
| C10+ Paraffins | | | 2.2 | - | 1 | 4.1 | - | 1 |
| Total Paraffins | | | 57.9 | - | 1 | 47.7 | - | 1 |
| Cycloparaffins | | | 1.0 | - | 1 | 9.7 | - | 1 |
| Olefins | | | 0.1 | - | 1 | 6.4 | - | 1 |
| Ethanol | | | 0.0 | - | 1 | 9.7 | - | 1 |
| Unidentified | | | 2.7 | - | 1 | 1.0 | - | 1 |
| PM Index | See note (3) | - | 1.86 | - | 1 | 1.52 | - | 1 |
| Benzene | ASTM D5769 | vol % | 0.05 | - | 1 | 0.56 | - | 1 |
| Toluene | | | 20.0 | - | 1 | 6.2 | - | 1 |
| C8 Aromatics | | | 0.9 | - | 1 | 6.2 | - | 1 |
| C9 Aromatics | | | 9.9 | - | 1 | 5.5 | - | 1 |
| C10+ Aromatics | | | 1.5 | - | 1 | 5.4 | - | 1 |
| Total Aromatics | | | 32.3 | - | 1 | 23.8 | - | 1 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.
(2) Number of replicate fuel property measurements from different labs included in the mean.
(3) Calculated as described in SAE technical paper 2010-01-2115.

**Table A-3.  Tier 3 regular grade emission test fuel specifications for a low-level ethanol-gasoline blend (also Table 1 of 40 CFR 1065.710).**

| Property | Unit | Specification | | | Reference procedure[1] |
| --- | --- | --- | --- | --- | --- |
| | | **General testing** | **Low-temp. testing** | **High-alt. testing** | |
| Antiknock Index (R + M)/2 | - | 87.0—88.4[2] | | 87.0 Min. | ASTM D2699 and D2700. |
| Sensitivity (R-M) | - | 7.5 Min. | | | ASTM D2699 and D2700. |
| Dry Vapor Pressure Equivalent (*DVPE*)[3,4] | kPa (psi) | 60.0-63.4 | 77.2-81.4 | 52.4-55.2 | ASTM D5191. |
| | | (8.7-9.2) | (11.2-11.8) | (7.6-8.0) | |
| Distillation[4] | °C (°F) | 49-60 | 43-54 | 49-60 | ASTM D86. |
| 10% evaporated | | (120-140) | (110-130) | (120-140) | |
| 50% evaporated | °C (°F) | 88-99 (190-210). | | | |
| 90% evaporated | °C (°F) | 157-168 (315-335). | | | |
| Evaporated final boiling point | °C (°F) | 193-216 (380-420). | | | |
| Residue | ml | 2.0 Max. | | | |
| Total Aromatic Hydrocarbons | vol% | 21.0-25.0 | | | ASTM D5769. |
| C6 Aromatics (benzene) | vol% | 0.5-0.7. | | | |
| C7 Aromatics (toluene) | vol% | 5.2-6.4. | | | |
| C8 Aromatics | vol% | 5.2-6.4. | | | |
| C9 Aromatics | vol% | 5.2-6.4. | | | |
| C10 + Aromatics | vol% | 4.4-5.6. | | | |
| Olefins[5] | mass % | 4.0-10.0 | | | ASTM D6550. |
| Ethanol blended | vol% | 9.6-10.0 | | | See para (b)(3) of this section. |
| Ethanol confirmatory[6] | vol% | 9.4-10.2 | | | ASTM D4815 or D5599. |
| Total Content of Oxygenates Other than Ethanol[6] | vol% | 0.1 Max. | | | ASTM D4815 or D5599. |
| Sulfur | mg/kg | 8.0-11.0 | | | ASTM D2622, D5453 or D7039. |
| Lead | g/liter | 0.0026 Max. | | | ASTM D3237. |
| Phosphorus | g/liter | 0.0013 Max. | | | ASTM D3231. |
| Copper Corrosion | - | No. 1 Max. | | | ASTM D130. |
| Solvent-Washed Gum Content | mg/100 milliliter | 3.0 Max. | | | ASTM D381. |
| Oxidation Stability | minute | 1000 Min. | | | ASTM D525. |

[1]ASTM procedures are incorporated by reference in §1065.1010. See §1065.701(d) for other allowed procedures.

[2]Octane specifications apply to exhaust emission tests. When premium test fuel is required, as described in paragraph (d) of this section, the adjusted AKI specification is a minimum of 91.0 with no maximum. All other specifications apply for this high-octane fuel.

[3]Dry vapor pressure equivalent, *DVPE*, is intended to be equivalent to Reid Vapor Pressure using a different test method.

[4]Parenthetical values are shown for informational purposes only.

[5]The reference procedure prescribes measurement of olefin concentration in mass %. Multiply this result by 0.857 and round to the first decimal place to determine the olefin concentration in volume %.

[6]ASTM D5599 prescribes concentration measurements for ethanol and other oxygenates in mass %. Convert results to volume % as specified in Section 14.3 of ASTM D4815.

37

**Table A-4. Tier 2 emission test fuel specifications for gasoline without ethanol (also Table 1 of 40 CFR 86.113-04).**

| Item | Regular | Reference procedure[1] |
|---|---|---|
| Research octane, Minimum[2] | 93 | ASTM D2699; ASTM D2700 |
| Octane sensitivity[2] | 7.5 | ASTM D2699; ASTM D2700 |
| Distillation Range (°F): | | |
|   Evaporated initial boiling point[3] | 75-95 | ASTM D86 |
|   10% evaporated | 120-135 | |
|   50% evaporated | 200-230 | |
|   90% evaporated | 300-325 | |
|   Evaporated final boiling point | 415 Max. | |
| Hydrocarbon composition (vol %): | | |
|   Olefins | 10% Max. | ASTM D1319 |
|   Aromatics | 35% Max. | |
|   Saturates | Remainder | |
| Lead, g/gallon (g/liter), Maximum | 0.050 (0.013) | ASTM D3237 |
| Phosphorous, g/gallon (g/liter), Maximum | 0.005 (0.0013) | ASTM D3231 |
| Total sulfur, wt. %[4] | 0.0015-0.008 | ASTM D2622 |
| Dry Vapor Pressure Equivalent (*DVPE*), psi (kPa)[5] | 8.7-9.2 (60.0-63.4) | ASTM D5191 |

[1]ASTM procedures are incorporated by reference in §86.1.

[2]Octane specifications are optional for manufacturer testing.

[3]For testing at altitudes above 1,219 m (4000 feet), the specified range is 75-105 °F.

[4]Sulfur concentration will not exceed 0.0045 weight percent for EPA testing.

[5]For testing unrelated to evaporative emission control, the specified range is 8.0-9.2 psi (55.2-63.4 kPa). For testing at altitudes above 1,219 m (4000 feet), the specified range is 7.6-8.0 psi (52.4-55.2 kPa). Calculate dry vapor pressure equivalent, *DVPE,* based on the measured total vapor pressure, $p_T$, using the following equation: $DVPE$ (psi) = 0.956 · $p_T$−0.347 (or *DVPE* (kPa) = 0.956 · $p_T$−2.39). *DVPE* is intended to be equivalent to Reid Vapor Pressure using a different test method.

**Table A-5. Properties of Tier 3 premium grade emission test fuel used in this study.**

| Property | Test Method | Units | Tier 3 Premium Test Fuel |
|---|---|---|---|
| API Gravity, 60°F | | °API | 58.23 |
| Density, 60°F | ASTM D4052 | g/cm³ | 0.7451 |
| Specific Gravity, 60°F | | - | 0.7458 |
| DVPE (EPA equation) | ASTM D5191 | psi | 8.77 |
| Ethanol | | vol % | 9.80 |
| Oxygenates other than EtOH | ASTM D5599 | | <0.01 |
| Oxygen | | mass % | 3.62 |
| Carbon | ASTM D5291 | mass % | 82.67 |
| Hydrogen | | | 13.70 |
| Mass% sum with oxygen | Calc. | mass % | 99.99 |
| Aromatics | ASTM D5769 | vol% | 23.94 |
| Sulfur | ASTM D5453 | mg/kg | 8.9 |
| Distillation IBP | | | 103.3 |
| 10% | | | 132.6 |
| 50% | ASTM D86 | °F | 208.4 |
| 90% | | | 325.0 |
| Distillation EP | | | 385.0 |
| Olefins | ASTM D6550 | vol % | 5.2 |
| Existent Gum, washed | ASTM D381 | mg/100ml | 0.5 |
| Research Octane Number | ASTM D2699 | - | 97.8 |
| Motor Octane Number | ASTM D2700 | - | 88.4 |
| AKI (R+M)/2 | ASTM D2699/D2700 | - | 93.1 |
| Octane sensitivity | ASTM D2699/D2700 | - | 9.4 |
| Net Heat of Combustion, 25°C | D240 | Btu/lb | 17,967 |

Appendix B

Tests Used in Analysis

**Table B-1. List of tests used in CO₂ and FE analysis (page 1 of 3).**

| Vehicle | Test DateTime | Fuel | TestCycle | Driver | CO₂ (g/mi) | FE (mpg) | Notes |
|---------|---------------|------|-----------|--------|-----------|----------|-------|
| Ram | 2/24/2016 11:46 | Tier 2 | FTP | Primary | 425.07 | 21.04 | |
| Ram | 2/25/2016 13:02 | Tier 2 | FTP | Primary | 423.81 | 21.09 | |
| Ram | 2/26/2016 8:48 | Tier 2 | FTP | Primary | 424.77 | 21.07 | |
| Ram | 3/1/2016 12:30 | Tier 2 | FTP | Primary | 420.25 | 21.28 | |
| Ram | 3/2/2016 10:22 | Tier 2 | FTP | Primary | 425.35 | 21.04 | |
| Ram | 3/3/2016 8:22 | Tier 2 | FTP | Primary | 424.43 | 21.07 | |
| Ram | 3/29/2016 10:22 | Tier 3 | FTP | Primary | 410.44 | 21.03 | |
| Ram | 3/30/2016 10:04 | Tier 3 | FTP | Primary | 417.86 | 20.65 | |
| Ram | 3/31/2016 7:30 | Tier 3 | FTP | Primary | 415.15 | 20.79 | |
| Ram | 4/7/2016 15:02 | Tier 3 | HFET | Alt | 261.77 | 32.82 | |
| Ram | 4/7/2016 15:50 | Tier 3 | HFET | Alt | 260.90 | 32.93 | |
| Ram | 4/7/2016 16:38 | Tier 3 | HFET | Alt | 259.35 | 33.12 | |
| Ram | 4/8/2016 14:00 | Tier 2 | HFET | Alt | 263.13 | 33.83 | |
| Ram | 4/8/2016 15:02 | Tier 2 | HFET | Alt | 263.08 | 33.84 | |
| Ram | 4/8/2016 15:52 | Tier 2 | HFET | Alt | 262.08 | 33.96 | |
| Silverado (2b) | 6/22/2016 9:09 | Tier 3 | FTP | Primary | 706.28 | 12.19 | |
| Silverado (2b) | 6/22/2016 10:21 | Tier 3 | HFET | Primary | 442.23 | 19.42 | |
| Silverado (2b) | 6/23/2016 13:39 | Tier 3 | FTP | Primary | 706.36 | 12.18 | |
| Silverado (2b) | 6/23/2016 14:44 | Tier 3 | HFET | Primary | 442.99 | 19.39 | |
| Silverado (2b) | 6/24/2016 7:08 | Tier 3 | FTP | Primary | 707.86 | 12.16 | |
| Silverado (2b) | 6/24/2016 8:24 | Tier 3 | HFET | Primary | 444.12 | 19.34 | |
| Silverado (2b) | 6/28/2016 13:15 | Tier 2 | FTP | Primary | 721.16 | 12.34 | |
| Silverado (2b) | 6/28/2016 14:33 | Tier 2 | HFET | Primary | 449.34 | 19.79 | |
| Silverado (2b) | 6/29/2016 10:10 | Tier 2 | FTP | Primary | 722.18 | 12.33 | |
| Silverado (2b) | 6/29/2016 11:21 | Tier 2 | HFET | Primary | 447.73 | 19.86 | |
| Silverado (2b) | 6/30/2016 9:20 | Tier 2 | FTP | Primary | 721.38 | 12.36 | |
| Silverado (2b) | 6/30/2016 10:49 | Tier 2 | HFET | Primary | 445.90 | 19.94 | |
| Acura | 5/3/2016 12:22 | Tier 2 | FTP | Primary | 276.45 | 32.40 | |
| Acura | 5/4/2016 7:30 | Tier 2 | FTP | Primary | 273.92 | 32.68 | |
| Acura | 5/5/2016 10:45 | Tier 2 | FTP | Primary | 277.74 | 32.25 | |
| Acura | 5/6/2016 7:20 | Tier 2 | FTP | Primary | 274.54 | 32.61 | |
| Acura | 5/10/2016 7:19 | Tier 3 | FTP | Primary | 271.51 | 31.78 | |
| Acura | 5/11/2016 13:05 | Tier 3 | FTP | Primary | 274.34 | 31.48 | |
| Acura | 5/12/2016 9:07 | Tier 3 | FTP | Primary | 272.37 | 31.71 | |
| Acura | 6/14/2016 14:46 | Tier 3 | HFET | Alt | 172.16 | 49.91 | |
| Acura | 6/14/2016 16:03 | Tier 3 | HFET | Alt | 172.91 | 49.69 | |
| Acura | 6/14/2016 16:57 | Tier 3 | HFET | Alt | 172.68 | 49.76 | |
| Acura | 6/16/2016 12:53 | Tier 2 | HFET | Alt | 171.68 | 51.87 | |
| Acura | 6/16/2016 14:12 | Tier 2 | HFET | Alt | 170.95 | 52.09 | |
| Acura | 6/16/2016 14:57 | Tier 2 | HFET | Alt | 171.31 | 51.98 | |
| Altima | 3/22/2016 9:11 | Tier 2 | FTP | Primary | 275.07 | 32.40 | |
| Altima | 3/23/2016 14:39 | Tier 2 | FTP | Primary | 276.61 | 32.26 | |
| Altima | 3/24/2016 8:05 | Tier 2 | FTP | Primary | 276.88 | 32.27 | |
| Altima | 4/6/2016 13:06 | Tier 3 | FTP | Primary | 270.26 | 31.92 | |
| Altima | 4/7/2016 7:57 | Tier 3 | FTP | Primary | 271.23 | 31.78 | |
| Altima | 4/19/2016 9:10 | Tier 3 | FTP | Primary | 269.12 | 32.08 | |
| Altima | 4/20/2016 12:03 | Tier 3 | FTP | Primary | 270.37 | 31.94 | |
| Altima | 4/21/2016 7:28 | Tier 3 | FTP | Primary | 272.04 | 31.71 | |
| Altima | 5/5/2016 15:01 | Tier 2 | HFET | Alt | 164.62 | 53.95 | |
| Altima | 5/5/2016 16:34 | Tier 2 | HFET | Alt | 165.70 | 53.60 | |
| Altima | 5/5/2016 17:27 | Tier 2 | HFET | Alt | 165.53 | 53.67 | |
| Altima | 6/9/2016 14:55 | Tier 2 | HFET | Alt | 165.72 | 53.55 | |
| Altima | 6/9/2016 16:00 | Tier 2 | HFET | Alt | 165.38 | 53.65 | |
| Altima | 6/9/2016 16:48 | Tier 2 | HFET | Alt | 166.02 | 53.51 | |
| Altima | 6/10/2016 15:49 | Tier 3 | HFET | Alt | 162.05 | 52.92 | |
| Altima | 6/10/2016 17:09 | Tier 3 | HFET | Alt | 163.83 | 52.34 | |
| Altima | 6/10/2016 17:58 | Tier 3 | HFET | Alt | 164.22 | 52.24 | |

**Table B-1. List of tests used in the CO₂ and FE analysis (page 2 of 3).**

| Vehicle | Test DateTime | Fuel | TestCycle | Driver | CO₂ (g/mi) | FE (mpg) | Notes |
|---------|---------------|------|-----------|--------|------------|----------|-------|
| Civic | 7/19/2016 7:31 | Tier 3 | FTP | Primary | 213.20 | 40.40 | Methane analyzer malfunction (1) |
| Civic | 7/19/2016 10:03 | Tier 3 | HFET | Primary | 143.90 | 59.65 | Methane analyzer malfunction (1) |
| Civic | 7/20/2016 12:31 | Tier 3 | FTP | Primary | 213.94 | 40.28 | Methane analyzer malfunction (1) |
| Civic | 7/20/2016 13:42 | Tier 3 | HFET | Primary | 142.56 | 60.19 | Methane analyzer malfunction (1) |
| Civic | 7/21/2016 9:11 | Tier 3 | FTP | Primary | 212.97 | 40.45 | Methane analyzer malfunction (1) |
| Civic | 7/21/2016 10:29 | Tier 3 | HFET | Primary | 143.00 | 60.00 | Methane analyzer malfunction (1) |
| Civic | 7/26/2016 13:00 | Tier 2 | FTP | Primary | 216.86 | 41.14 | |
| Civic | 7/26/2016 14:13 | Tier 2 | HFET | Primary | 145.10 | 61.27 | |
| Civic | 7/27/2016 7:44 | Tier 2 | FTP | Primary | 217.88 | 40.96 | |
| Civic | 7/27/2016 9:00 | Tier 2 | HFET | Primary | 144.70 | 61.46 | |
| Civic | 7/28/2016 9:11 | Tier 2 | FTP | Primary | 216.19 | 41.28 | |
| Civic | 7/28/2016 10:25 | Tier 2 | HFET | Primary | 144.44 | 61.57 | |
| F150 | 7/6/2016 12:42 | Tier 3 | FTP | Primary | 375.14 | 22.95 | |
| F150 | 7/6/2016 13:59 | Tier 3 | HFET | Primary | 241.00 | 35.63 | |
| F150 | 7/7/2016 7:42 | Tier 3 | FTP | Primary | 378.07 | 22.76 | |
| F150 | 7/7/2016 8:57 | Tier 3 | HFET | Primary | 242.07 | 35.47 | |
| F150 | 7/8/2016 10:14 | Tier 3 | FTP | Primary | 377.40 | 22.83 | |
| F150 | 7/8/2016 11:20 | Tier 3 | HFET | Primary | 242.69 | 35.38 | |
| F150 | 7/12/2016 12:22 | Tier 2 | FTP | Primary | 382.28 | 23.33 | |
| F150 | 7/12/2016 13:39 | Tier 2 | HFET | Primary | 246.06 | 36.16 | |
| F150 | 7/13/2016 9:27 | Tier 2 | HFET | Primary | 245.27 | 36.29 | |
| F150 | 7/14/2016 13:17 | Tier 2 | FTP | Primary | 379.49 | 23.52 | |
| F150 | 7/14/2016 14:33 | Tier 2 | HFET | Primary | 243.02 | 36.62 | |
| F150 | 7/15/2016 7:39 | Tier 2 | FTP | Primary | 380.06 | 23.49 | |
| Malibu 1 | 3/15/2016 11:00 | Tier 2 | FTP | Primary | 314.27 | 28.44 | |
| Malibu 1 | 3/16/2016 10:48 | Tier 2 | FTP | Primary | 315.15 | 28.39 | |
| Malibu 1 | 3/17/2016 14:20 | Tier 2 | FTP | Primary | 314.18 | 28.49 | |
| Malibu 1 | 3/22/2016 14:57 | Tier 3 | FTP | Primary | 308.16 | 28.03 | |
| Malibu 1 | 3/24/2016 14:11 | Tier 3 | FTP | Primary | 306.68 | 28.16 | |
| Malibu 1 | 3/25/2016 8:03 | Tier 3 | FTP | Primary | 307.28 | 28.08 | |
| Malibu 1 | 6/6/2016 15:19 | Tier 2 | HFET | Alt | 186.68 | 47.47 | Accelerator fault code (2) |
| Malibu 1 | 6/6/2016 16:17 | Tier 2 | HFET | Alt | 191.32 | 46.08 | Accelerator fault code (2) |
| Malibu 1 | 6/6/2016 17:04 | Tier 2 | HFET | Alt | 189.45 | 46.77 | Accelerator fault code (2) |
| Malibu 1 | 6/15/2016 14:23 | Tier 3 | HFET | Alt | 182.99 | 46.94 | |
| Malibu 1 | 6/15/2016 15:35 | Tier 3 | HFET | Alt | 184.31 | 46.61 | |
| Malibu 1 | 6/15/2016 16:33 | Tier 3 | HFET | Alt | 185.34 | 46.35 | |
| Malibu 1 | 6/15/2016 17:20 | Tier 3 | HFET | Alt | 183.39 | 46.84 | |
| Malibu 2 | 5/17/2016 12:33 | Tier 3 | FTP | Primary | 269.68 | 31.92 | |
| Malibu 2 | 5/17/2016 13:43 | Tier 3 | HFET | Primary | 163.83 | 52.40 | |
| Malibu 2 | 5/18/2016 7:22 | Tier 3 | FTP | Primary | 267.65 | 32.18 | |
| Malibu 2 | 5/18/2016 8:36 | Tier 3 | HFET | Primary | 163.38 | 52.53 | |
| Malibu 2 | 5/19/2016 12:52 | Tier 3 | FTP | Primary | 269.38 | 31.98 | |
| Malibu 2 | 5/19/2016 13:57 | Tier 3 | HFET | Primary | 163.30 | 52.59 | |
| Malibu 2 | 5/24/2016 7:24 | Tier 2 | FTP | Primary | 273.56 | 32.60 | |
| Malibu 2 | 5/24/2016 9:28 | Tier 2 | HFET | Primary | 166.60 | 53.39 | |
| Malibu 2 | 5/25/2016 11:41 | Tier 2 | FTP | Primary | 274.01 | 32.58 | |
| Malibu 2 | 5/25/2016 12:55 | Tier 2 | HFET | Primary | 166.03 | 53.55 | |
| Malibu 2 | 5/26/2016 12:29 | Tier 2 | FTP | Primary | 274.43 | 32.53 | |
| Malibu 2 | 5/26/2016 14:06 | Tier 2 | HFET | Primary | 165.44 | 53.78 | |
| Malibu 2 | 6/14/2016 7:53 | Tier 3 | FTP | Primary | 268.18 | 32.10 | |
| Malibu 2 | 6/14/2016 9:03 | Tier 3 | HFET | Primary | 164.79 | 52.10 | |
| Malibu 2 | 6/15/2016 10:31 | Tier 3 | FTP | Primary | 268.30 | 32.09 | |
| Malibu 2 | 6/15/2016 11:48 | Tier 3 | HFET | Primary | 162.59 | 52.81 | |

42

**Table B-1. List of tests used in the CO₂ and FE analysis (page 3 of 3).**

| Vehicle | Test DateTime | Fuel | TestCycle | Driver | CO₂ (g/mi) | FE (mpg) | Notes |
|---|---|---|---|---|---|---|---|
| Mazda | 5/17/2016 7:28 | Tier 2 | FTP | Primary | 241.64 | 36.96 | |
| Mazda | 5/17/2016 9:22 | Tier 2 | HFET | Primary | 161.62 | 55.07 | |
| Mazda | 5/18/2016 12:35 | Tier 2 | FTP | Primary | 243.50 | 36.68 | |
| Mazda | 5/18/2016 13:53 | Tier 2 | HFET | Primary | 161.53 | 55.11 | |
| Mazda | 5/19/2016 7:17 | Tier 2 | FTP | Primary | 241.24 | 37.03 | |
| Mazda | 5/19/2016 10:18 | Tier 2 | HFET | Primary | 162.45 | 54.78 | |
| Mazda | 5/24/2016 11:43 | Tier 3 | FTP | Primary | 238.07 | 36.17 | |
| Mazda | 5/24/2016 13:09 | Tier 3 | HFET | Alt | 160.94 | 53.37 | |
| Mazda | 5/25/2016 7:39 | Tier 3 | FTP | Primary | 238.61 | 36.10 | |
| Mazda | 5/25/2016 8:50 | Tier 3 | HFET | Primary | 160.06 | 53.66 | |
| Mazda | 5/26/2016 9:01 | Tier 3 | FTP | Primary | 239.03 | 36.04 | |
| Mazda | 5/26/2016 10:31 | Tier 3 | HFET | Primary | 159.97 | 53.69 | |
| | | | | | | | |
| Silverado | 7/6/2016 7:44 | Tier 3 | FTP | Primary | 421.72 | 20.41 | |
| Silverado | 7/7/2016 13:55 | Tier 3 | FTP | Primary | 416.27 | 20.62 | |
| Silverado | 7/8/2016 7:06 | Tier 3 | FTP | Primary | 417.00 | 20.61 | |
| Silverado | 7/12/2016 7:16 | Tier 2 | FTP | Primary | 427.19 | 20.87 | |
| Silverado | 7/13/2016 12:34 | Tier 2 | FTP | Primary | 429.37 | 20.78 | |
| Silverado | 7/14/2016 9:25 | Tier 2 | FTP | Primary | 426.49 | 20.90 | |
| Silverado | 7/19/2016 13:06 | Tier 3 | FTP | Primary | 420.36 | 20.45 | Methane analyzer malfunction (1) |
| Silverado | 7/20/2016 7:47 | Tier 3 | FTP | Primary | 422.12 | 20.38 | Methane analyzer malfunction (1) |
| Silverado | 7/21/2016 13:04 | Tier 3 | FTP | Primary | 421.79 | 20.41 | Methane analyzer malfunction (1) |
| Silverado | 7/26/2016 9:18 | Tier 3 | HFET | Primary | 281.83 | 30.45 | |
| Silverado | 7/26/2016 10:08 | Tier 3 | HFET | Primary | 280.61 | 30.59 | |
| Silverado | 7/26/2016 11:17 | Tier 3 | HFET | Primary | 280.71 | 30.58 | |
| Silverado | 7/28/2016 13:54 | Tier 2 | HFET | Primary | 282.62 | 31.47 | |
| Silverado | 7/28/2016 14:45 | Tier 2 | HFET | Primary | 279.76 | 31.79 | |
| Silverado | 7/28/2016 15:39 | Tier 2 | HFET | Primary | 281.72 | 31.57 | |
| | | | | | | | |
| Volvo | 4/19/2016 13:22 | Tier 2 | FTP | Primary | 309.08 | 28.90 | |
| Volvo | 4/20/2016 7:36 | Tier 2 | FTP | Primary | 306.57 | 29.11 | |
| Volvo | 4/22/2016 7:30 | Tier 2 | FTP | Primary | 304.16 | 29.35 | |
| Volvo | 5/3/2016 7:09 | Tier 2 | FTP | Primary | 306.18 | 29.21 | |
| Volvo | 5/3/2016 9:10 | Tier 2 | HFET | Primary | 176.36 | 50.39 | |
| Volvo | 5/4/2016 12:29 | Tier 2 | FTP | Primary | 305.57 | 29.25 | |
| Volvo | 5/4/2016 13:54 | Tier 2 | HFET | Primary | 175.80 | 50.56 | |
| Volvo | 5/5/2016 7:29 | Tier 2 | FTP | Primary | 304.33 | 29.34 | |
| Volvo | 5/5/2016 8:44 | Tier 2 | HFET | Primary | 174.67 | 50.87 | |
| Volvo | 5/10/2016 10:53 | Tier 3 | FTP | Primary | 300.35 | 28.64 | |
| Volvo | 5/10/2016 13:37 | Tier 3 | HFET | Primary | 173.75 | 49.33 | |
| Volvo | 5/11/2016 7:25 | Tier 3 | FTP | Primary | 299.73 | 28.71 | |
| Volvo | 5/11/2016 8:39 | Tier 3 | HFET | Primary | 174.59 | 49.08 | |
| Volvo | 5/12/2016 13:02 | Tier 3 | FTP | Primary | 299.42 | 28.74 | |
| Volvo | 5/12/2016 14:08 | Tier 3 | HFET | Primary | 171.32 | 50.06 | |

**Footnotes**

| | |
|---|---|
| (1) | Malfunctioning methane analyzer could have produced a very small effect on calculated fuel economy but no effect on CO₂. Not considered sufficient grounds for excluding tests. |
| (2) | Accelerator fault code occasionally occurred on this vehicle, with message indicating reduced engine power. However, no violation of speed trace recorded during test. Not considered sufficient grounds for excluding tests. |

Appendix C

Tests Excluded from Analysis

**Table C-1. List of tests not used in the data analysis, with explanatory notes (page 1 of 2).**

| Vehicle | Test DateTime | Fuel | TestCycle | Driver | $CO_2$ (g/mi) | FE (mpg) | Notes |
|---|---|---|---|---|---|---|---|
| Ram | 2/24/2016 13:51 | Tier 2 | HFET | Primary | 266.83 | 33.37 | PM procedural issue (1) |
| Ram | 2/25/2016 14:21 | Tier 2 | HFET | Primary | 267.46 | 33.29 | PM procedural issue (1) |
| Ram | 2/26/2016 10:47 | Tier 2 | HFET | Primary | 268.10 | 33.21 | PM procedural issue (1) |
| Ram | 3/1/2016 15:20 | Tier 2 | HFET | Primary | 268.04 | 33.22 | PM procedural issue (1) |
| Ram | 3/2/2016 11:48 | Tier 2 | HFET | Primary | 267.10 | 33.34 | PM procedural issue (1) |
| Ram | 3/3/2016 9:48 | Tier 2 | HFET | Primary | 266.98 | 33.35 | PM procedural issue (1) |
| Ram | 3/8/2016 15:36 | Tier 3 | FTP | Primary | 411.66 | 20.96 | Modal bench malfunction (2) |
| Ram | 3/9/2016 11:53 | Tier 3 | HFET | Primary | 267.35 | 32.13 | PM procedural issue (1) |
| Ram | 3/9/2016 13:39 | Tier 3 | HFET | Primary | 266.32 | 32.26 | PM procedural issue (1) |
| Ram | 3/10/2016 14:19 | Tier 3 | FTP | Primary | 411.28 | 20.98 | Modal bench malfunction (2) |
| Ram | 3/10/2016 15:41 | Tier 3 | HFET | Primary | 262.19 | 32.77 | PM procedural issue (1) |
| Ram | 3/11/2016 7:26 | Tier 3 | FTP | Primary | 414.17 | 20.83 | Modal bench malfunction (2) |
| Ram | 3/29/2016 11:26 | Tier 3 | HFET | Primary | 272.27 | 31.55 | PM procedural issue (1) |
| Ram | 3/30/2016 11:49 | Tier 3 | HFET | Primary | 272.07 | 31.58 | PM procedural issue (1) |
| | | | | | | | |
| Acura | 5/3/2016 13:34 | Tier 2 | HFET | Primary | 169.66 | 52.49 | Repeatability concerns (3) |
| Acura | 5/4/2016 8:51 | Tier 2 | HFET | Primary | 169.98 | 52.39 | Repeatability concerns (3) |
| Acura | 5/5/2016 11:55 | Tier 2 | HFET | Primary | 172.50 | 51.62 | Repeatability concerns (3) |
| Acura | 5/6/2016 8:45 | Tier 2 | HFET | Primary | 171.97 | 51.78 | Repeatability concerns (3) |
| Acura | 5/10/2016 8:48 | Tier 3 | HFET | Primary | 171.86 | 50.00 | Repeatability concerns (3) |
| Acura | 5/11/2016 14:25 | Tier 3 | HFET | Primary | 171.95 | 49.97 | Repeatability concerns (3) |
| Acura | 5/12/2016 10:30 | Tier 3 | HFET | Primary | 171.33 | 50.15 | Repeatability concerns (3) |
| Altima | 3/22/2016 11:22 | Tier 2 | HFET | Primary | 170.85 | 51.94 | PM procedural issue (1) |
| Altima | 3/24/2016 9:24 | Tier 2 | HFET | Primary | 172.05 | 51.64 | PM procedural issue (1) |
| Altima | 3/24/2016 10:17 | Tier 2 | HFET | Primary | 170.65 | 52.06 | PM procedural issue (1) |
| Altima | 4/5/2016 8:45 | Tier 3 | FTP | Primary | 278.87 | 30.91 | Irregular test/prep sequence (4) |
| Altima | 4/5/2016 10:50 | Tier 3 | HFET | Primary | 174.27 | 49.19 | PM procedural issue (1) |
| Altima | 4/6/2016 14:14 | Tier 3 | HFET | Primary | 166.23 | 51.60 | PM procedural issue (1) |
| Altima | 4/7/2016 9:10 | Tier 3 | HFET | Primary | 170.60 | 50.26 | PM procedural issue (1) |
| Altima | 4/19/2016 10:27 | Tier 3 | HFET | Primary | 168.92 | 50.77 | PM procedural issue (1) |
| Altima | 4/20/2016 13:53 | Tier 3 | HFET | Primary | 171.54 | 50.00 | PM procedural issue (1) |
| Altima | 4/21/2016 10:53 | Tier 3 | HFET | Primary | 167.46 | 51.19 | PM procedural issue (1) |
| Altima | 4/29/2016 14:52 | Tier 3 | HFET | Alt | 169.28 | 50.62 | Repeatability concerns (5) |
| Altima | 4/29/2016 15:49 | Tier 3 | HFET | Alt | 166.88 | 51.35 | Repeatability concerns (5) |
| Altima | 4/29/2016 16:35 | Tier 3 | HFET | Alt | 167.45 | 51.20 | Repeatability concerns (5) |
| Altima | 6/7/2016 15:35 | Tier 2 | HFET | Alt | 169.75 | 52.24 | Repeatability concerns (5) |
| Altima | 6/7/2016 16:47 | Tier 2 | HFET | Alt | 167.90 | 52.90 | Repeatability concerns (5) |
| Altima | 6/7/2016 17:38 | Tier 2 | HFET | Alt | 165.97 | 53.48 | Repeatability concerns (5) |
| | | | | | | | |
| Malibu 1 | 3/8/2016 10:17 | Tier 2 | FTP | Primary | 314.12 | 28.46 | Irregular test/prep sequence (4) |
| Malibu 1 | 3/8/2016 11:31 | Tier 2 | HFET | Primary | 190.44 | 46.64 | PM procedural issue (1) |
| Malibu 1 | 3/9/2016 16:14 | Tier 2 | FTP | Primary | 319.21 | 27.95 | Modal bench malfunction (2) |
| Malibu 1 | 3/10/2016 7:55 | Tier 2 | FTP | Primary | 318.15 | 28.05 | Modal bench malfunction (2) |
| Malibu 1 | 3/10/2016 9:20 | Tier 2 | HFET | Primary | 191.49 | 46.40 | PM procedural issue (1) |
| Malibu 1 | 3/10/2016 10:33 | Tier 2 | HFET | Primary | 191.89 | 46.29 | PM procedural issue (1) |
| Malibu 1 | 3/15/2016 13:35 | Tier 2 | HFET | Primary | 190.50 | 46.64 | PM procedural issue (1) |
| Malibu 1 | 3/16/2016 12:59 | Tier 2 | HFET | Primary | 189.99 | 46.76 | PM procedural issue (1) |
| Malibu 1 | 3/17/2016 15:31 | Tier 2 | HFET | Primary | 189.60 | 46.86 | PM procedural issue (1) |
| Malibu 1 | 3/23/2016 8:15 | Tier 3 | FTP | Primary | 311.80 | 27.64 | Irregular test/prep sequence (4) |
| Malibu 1 | 3/23/2016 10:14 | Tier 3 | HFET | Primary | 187.43 | 45.78 | PM procedural issue (1) |
| Malibu 1 | 3/23/2016 11:09 | Tier 3 | HFET | Primary | 187.15 | 45.85 | PM procedural issue (1) |
| Malibu 1 | 3/25/2016 9:57 | Tier 3 | HFET | Primary | 186.67 | 45.97 | PM procedural issue (1) |
| Malibu 1 | 5/20/2016 9:39 | Tier 3 | HFET | Alt | 204.28 | 41.96 | Repeatability concerns (6) |
| Malibu 1 | 5/20/2016 10:58 | Tier 3 | HFET | Alt | 204.30 | 41.87 | Repeatability concerns (6) |
| Malibu 1 | 5/20/2016 11:53 | Tier 3 | HFET | Alt | 203.03 | 42.20 | Repeatability concerns (6) |
| Malibu 1 | 6/2/2016 15:30 | Tier 2 | HFET | Alt | 203.70 | 43.68 | Repeatability concerns (6) |
| Malibu 1 | 6/2/2016 16:59 | Tier 2 | HFET | Alt | 209.40 | 42.47 | Repeatability concerns (6) |
| Malibu 1 | 6/2/2016 17:59 | Tier 2 | HFET | Alt | 206.86 | 43.00 | Repeatability concerns (6) |

**Table C-1. List of tests not used in the data analysis, with explanatory notes (page 2 of 2).**

| Vehicle | Test DateTime | Fuel | TestCycle | Driver | CO$_2$ (g/mi) | FE (mpg) | Notes |
|---|---|---|---|---|---|---|---|
| Silverado | 7/6/2016 9:40 | Tier 3 | HFET | Primary | 280.42 | 30.59 | Repeatability concerns (7) |
| Silverado | 7/7/2016 14:57 | Tier 3 | HFET | Primary | 275.07 | 31.22 | Repeatability concerns (7) |
| Silverado | 7/8/2016 8:18 | Tier 3 | HFET | Primary | 281.84 | 30.44 | Repeatability concerns (7) |
| Silverado | 7/12/2016 8:54 | Tier 2 | HFET | Primary | 279.16 | 31.88 | Repeatability concerns (7) |
| Silverado | 7/13/2016 13:36 | Tier 2 | HFET | Primary | 280.46 | 31.72 | Repeatability concerns (7) |
| Silverado | 7/14/2016 10:44 | Tier 2 | HFET | Primary | 279.21 | 31.86 | Repeatability concerns (7) |
| Silverado | 7/19/2016 14:27 | Tier 3 | HFET | Primary | 282.72 | 30.33 | Repeatability concerns (7) |
| Silverado | 7/20/2016 9:00 | Tier 3 | HFET | Primary | 279.82 | 30.67 | Repeatability concerns (7) |
| Silverado | 7/21/2016 14:06 | Tier 3 | HFET | Primary | 278.28 | 30.84 | Repeatability concerns (7) |
| Volvo | 4/5/2016 15:46 | Tier 2 | HFET | Primary | 184.30 | 48.19 | PM procedural issue (1) |
| Volvo | 4/6/2016 7:25 | Tier 2 | FTP | Primary | 310.07 | 28.79 | Irregular test/prep sequence (4) |
| Volvo | 4/6/2016 8:36 | Tier 2 | HFET | Primary | 183.60 | 48.40 | PM procedural issue (1) |
| Volvo | 4/7/2016 12:01 | Tier 2 | FTP | Primary | 325.34 | 27.62 | Irregular test/prep sequence (4) |
| Volvo | 4/7/2016 13:04 | Tier 2 | HFET | Primary | 181.72 | 48.89 | PM procedural issue (1) |
| Volvo | 4/19/2016 14:30 | Tier 2 | HFET | Primary | 184.15 | 48.23 | PM procedural issue (1) |
| Volvo | 4/20/2016 8:49 | Tier 2 | HFET | Primary | 183.00 | 48.55 | PM procedural issue (1) |
| Volvo | 4/22/2016 8:57 | Tier 2 | HFET | Primary | 180.53 | 49.22 | PM procedural issue (1) |

**Footnotes**

| | |
|---|---|
| (1) | PM filter holders for unused test phases were configured inconsistently in this test, producing an unknown error in all gaseous results and thus we excluded this test. |
| (2) | A malfunction in the modal bench caused an error in calculated results for gaseous bag emissions, which was sufficient ground for excluding this test. |
| (3) | Initial HFET results for the Acura showed no clear effect of test fuel, which was inconsistent with FTP results. We added a controlled experiment with additional replicates comparing the fuels, and the result suggested an opposite fuel effect. This latter experiment used a different driver, and we did not want to mix data from different drivers so we used the newer data in the overall analysis. Additional tests with Tier 3 premium fuel indicated an effect of octane on CO$_2$ emissions, which could explain the opposite fuel effect observed with Tier 3 regular. The tests performed on T3 premium were not included in the overall analysis. |
| (4) | We observed higher emission variability when prior day's test sequence was inconsistent with the test plan. We also generally attempted to keep testing in 4-day work-week blocks. |
| (5) | Initial HFET tests for the Altima were repeated in a later experiment because of the filter holder issue (1). In this later experiment, the initial fuel effect was inconsistent with FTP results so a decision was made to conduct additional confirmatory tests. These results showed a large spread with descending CO$_2$ results, and it was determined that the trickle charger had not been connected during several weeks of vehicle storage prior to these additional tests. After ensuring the vehicle battery was charged, another test set was performed. This final set was retained in the dataset. |
| (6) | Initial HFET tests for the Malibu 1were repeated in a later experiment die to the filter holder issue (1). The initial fuel comparison in this experiment showed a trend inconsistent with the FTP data. At this point we had concerns about repeatability after vehicle had been used by another testing group and returned to us with a fault code. Actions were taken to resolve any issues, and an additional test set was performed over the following two weeks. This final set was retained in the dataset. |
| (7) | Initial HFET results for the Silverado showed no clear effect of test fuel, which was inconsistent with FTP results. We added a controlled experiment with additional replicates comparing the fuels, which confirmed the original result of no effect. This later experiment used a different driver, and we did not want to mix data from different drivers so we used the newer data in the overall analysis. |

Appendix D

Supplemental Emissions Data

**Table D1. Supplemental emissions data for tests included in the analyses (page 1 of 3).[a]**

| Vehicle | Fuel | TestCycle | Test Date/Time | THC (g/mi) | CH₄ (g/mi) | CO (g/mi) | NMOG (g/mi) | NOx (g/mi) | PM (mg/mi) |
|---|---|---|---|---|---|---|---|---|---|
| Silverado (2b) | Tier 2 | FTP | 6/28/2016 13:15 | 0.1530 | 0.0286 | 1.8638 | 0.1295 | 0.0201 | 1.4843 |
| Silverado (2b) | Tier 2 | FTP | 6/29/2016 10:10 | 0.0662 | 0.0248 | 1.7805 | 0.0450 | 0.0193 | 0.9988 |
| Silverado (2b) | Tier 2 | FTP | 6/30/2016 9:20 | 0.0613 | 0.0225 | 1.4870 | 0.0417 | 0.0197 | 0.7846 |
| Silverado (2b) | Tier 2 | HFET | 6/28/2016 14:33 | 0.0177 | 0.0133 | 0.3551 | 0.0054 | 0.0082 | 1.0188 |
| Silverado (2b) | Tier 2 | HFET | 6/29/2016 11:21 | 0.0171 | 0.0132 | 0.3897 | 0.0049 | 0.0090 | 0.9497 |
| Silverado (2b) | Tier 2 | HFET | 6/30/2016 10:49 | 0.0167 | 0.0128 | 0.3799 | 0.0048 | 0.0096 | 0.8718 |
| Silverado (2b) | Tier 3 | FTP | 6/22/2016 9:09 | 0.0499 | 0.0165 | 1.0437 | 0.0386 | 0.0199 | 1.2380 |
| Silverado (2b) | Tier 3 | FTP | 6/23/2016 13:39 | 0.0506 | 0.0174 | 1.2281 | 0.0391 | 0.0180 | |
| Silverado (2b) | Tier 3 | FTP | 6/24/2016 7:08 | 0.0486 | 0.0168 | 0.9187 | 0.0365 | 0.0213 | |
| Silverado (2b) | Tier 3 | HFET | 6/22/2016 10:21 | 0.0068 | 0.0067 | 0.0701 | 0.0005 | 0.0033 | 1.1232 |
| Silverado (2b) | Tier 3 | HFET | 6/23/2016 14:44 | 0.0057 | 0.0062 | 0.0714 | 0.0000 | 0.0041 | |
| Silverado (2b) | Tier 3 | HFET | 6/24/2016 8:24 | 0.0062 | 0.0064 | 0.0632 | 0.0002 | 0.0037 | |
| Acura | Tier 2 | FTP | 5/3/2016 12:22 | 0.0147 | 0.0031 | 0.0465 | 0.0124 | 0.0180 | |
| Acura | Tier 2 | FTP | 5/4/2016 7:30 | 0.0228 | 0.0032 | 0.0558 | 0.0205 | 0.0200 | 0.1200 |
| Acura | Tier 2 | FTP | 5/5/2016 10:45 | 0.0122 | 0.0031 | 0.0532 | 0.0099 | 0.0177 | |
| Acura | Tier 2 | FTP | 5/6/2016 7:20 | 0.0131 | 0.0028 | 0.0478 | 0.0108 | 0.0173 | 0.2067 |
| Acura | Tier 2 | HFET | 6/16/2016 12:53 | 0.0004 | 0.0006 | 0.0026 | 0.0000 | 0.0052 | |
| Acura | Tier 2 | HFET | 6/16/2016 14:12 | 0.0004 | 0.0006 | 0.0002 | 0.0000 | 0.0034 | |
| Acura | Tier 2 | HFET | 6/16/2016 14:57 | 0.0003 | 0.0006 | 0.0004 | 0.0000 | 0.0042 | |
| Acura | Tier 3 | FTP | 5/10/2016 7:19 | 0.0162 | 0.0034 | 0.0256 | 0.0146 | 0.0237 | |
| Acura | Tier 3 | FTP | 5/11/2016 13:05 | 0.0121 | 0.0034 | 0.0249 | 0.0103 | 0.0215 | 0.2723 |
| Acura | Tier 3 | FTP | 5/12/2016 9:07 | 0.0115 | 0.0030 | 0.0258 | 0.0099 | 0.0199 | |
| Acura | Tier 3 | HFET | 6/14/2016 14:46 | 0.0004 | 0.0005 | 0.0059 | 0.0000 | 0.0045 | |
| Acura | Tier 3 | HFET | 6/14/2016 16:03 | 0.0004 | 0.0005 | 0.0015 | 0.0000 | 0.0034 | |
| Acura | Tier 3 | HFET | 6/14/2016 16:57 | 0.0004 | 0.0005 | 0.0030 | 0.0000 | 0.0033 | |
| Altima | Tier 2 | FTP | 3/22/2016 9:11 | 0.0239 | 0.0068 | 0.5167 | 0.0183 | 0.0124 | 0.5970 |
| Altima | Tier 2 | FTP | 3/23/2016 14:39 | 0.0112 | 0.0059 | 0.4765 | 0.0063 | 0.0104 | 0.6672 |
| Altima | Tier 2 | FTP | 3/24/2016 8:05 | 0.0158 | 0.0059 | 0.3861 | 0.0109 | 0.0108 | 0.5325 |
| Altima | Tier 2 | HFET | 5/5/2016 15:01 | 0.0030 | 0.0022 | 0.2792 | 0.0010 | 0.0020 | |
| Altima | Tier 2 | HFET | 5/5/2016 16:34 | 0.0036 | 0.0039 | 0.2818 | 0.0000 | 0.0036 | |
| Altima | Tier 2 | HFET | 5/5/2016 17:27 | 0.0048 | 0.0048 | 0.2411 | 0.0004 | 0.0051 | |
| Altima | Tier 2 | HFET | 6/9/2016 14:55 | 0.0034 | 0.0035 | 0.3644 | 0.0001 | 0.0032 | |
| Altima | Tier 2 | HFET | 6/9/2016 16:00 | 0.0042 | 0.0045 | 0.3814 | 0.0000 | 0.0036 | |
| Altima | Tier 2 | HFET | 6/9/2016 16:48 | 0.0030 | 0.0035 | 0.2463 | 0.0000 | 0.0032 | |
| Altima | Tier 3 | FTP | 4/6/2016 13:06 | 0.0100 | 0.0051 | 0.3258 | 0.0063 | 0.0088 | 0.3376 |
| Altima | Tier 3 | FTP | 4/7/2016 7:57 | 0.0145 | 0.0050 | 0.4100 | 0.0113 | 0.0095 | 0.2591 |
| Altima | Tier 3 | FTP | 4/19/2016 9:10 | 0.0127 | 0.0053 | 0.3849 | 0.0089 | 0.0097 | 0.4698 |
| Altima | Tier 3 | FTP | 4/20/2016 12:03 | 0.0096 | 0.0051 | 0.3294 | 0.0059 | 0.0088 | 0.2306 |
| Altima | Tier 3 | FTP | 4/21/2016 7:28 | 0.0122 | 0.0053 | 0.4017 | 0.0083 | 0.0128 | 0.3164 |
| Altima | Tier 3 | HFET | 6/10/2016 15:49 | 0.0011 | 0.0015 | 0.1977 | 0.0000 | 0.0017 | |
| Altima | Tier 3 | HFET | 6/10/2016 17:09 | 0.0014 | 0.0018 | 0.2020 | 0.0000 | 0.0023 | |
| Altima | Tier 3 | HFET | 6/10/2016 17:58 | 0.0015 | 0.0019 | 0.1601 | 0.0000 | 0.0033 | |
| Civic | Tier 2 | FTP | 7/26/2016 13:06 | 0.0162 | 0.0080 | 0.0899 | 0.0090 | 0.0121 | 0.7907 |
| Civic | Tier 2 | FTP | 7/27/2016 7:44 | 0.0196 | 0.0078 | 0.0924 | 0.0127 | 0.0133 | 0.5581 |
| Civic | Tier 2 | FTP | 7/28/2016 9:11 | 0.0148 | 0.0078 | 0.0822 | 0.0079 | 0.0116 | 0.6652 |
| Civic | Tier 2 | HFET | 7/26/2016 14:13 | 0.0006 | 0.0011 | 0.1466 | 0.0000 | 0.0008 | 0.1530 |
| Civic | Tier 2 | HFET | 7/27/2016 9:00 | 0.0006 | 0.0010 | 0.1200 | 0.0000 | 0.0008 | 0.1688 |
| Civic | Tier 2 | HFET | 7/28/2016 10:25 | 0.0009 | 0.0012 | 0.1279 | 0.0000 | 0.0009 | 0.1988 |
| Civic | Tier 3 | FTP | 7/19/2016 7:31 | 0.0195 | 0.0078 | 0.0684 | 0.0215 | 0.0116 | 0.4757 |
| Civic | Tier 3 | FTP | 7/20/2016 12:31 | 0.0158 | 0.0078 | 0.0473 | 0.0174 | 0.0123 | 0.6495 |
| Civic | Tier 3 | FTP | 7/21/2016 9:11 | 0.0159 | 0.0078 | 0.0770 | 0.0175 | 0.0130 | 0.5276 |
| Civic | Tier 3 | HFET | 7/19/2016 10:03 | 0.0007 | 0.0011 | 0.0994 | 0.0007 | 0.0008 | 0.0977 |
| Civic | Tier 3 | HFET | 7/20/2016 13:42 | 0.0008 | 0.0011 | 0.1159 | 0.0008 | 0.0012 | 0.0504 |
| Civic | Tier 3 | HFET | 7/21/2016 10:29 | 0.0008 | 0.0011 | 0.1242 | 0.0009 | 0.0008 | |

**Table D1.  Supplemental emissions data for tests included in the analyses (page 2 of 3).**

| Vehicle | Fuel | TestCycle | Test Date/Time | THC (g/mi) | CH₄ (g/mi) | CO (g/mi) | NMOG (g/mi) | NOx (g/mi) | PM (mg/mi) |
|---------|------|-----------|----------------|------------|------------|-----------|-------------|------------|------------|
| F150 | Tier 2 | FTP | 7/12/2016 12:22 | 0.0322 | 0.0103 | 0.2214 | 0.0233 | 0.0083 | 2.8749 |
| F150 | Tier 2 | FTP | 7/14/2016 13:17 | 0.0300 | 0.0000 | 0.2446 | 0.0308 | 0.0085 | 3.6695 |
| F150 | Tier 2 | FTP | 7/15/2016 7:39 | 0.0385 | 0.0137 | 0.2104 | 0.0285 | 0.0113 | 3.4875 |
| F150 | Tier 2 | HFET | 7/12/2016 13:39 | 0.0004 | 0.0009 | 0.1087 | 0.0000 | 0.0017 | 0.2706 |
| F150 | Tier 2 | HFET | 7/13/2016 9:27 | 0.0008 | 0.0014 | 0.0934 | 0.0000 | 0.0020 | 0.2200 |
| F150 | Tier 2 | HFET | 7/14/2016 14:33 | 0.0007 | 0.0000 | 0.0947 | 0.0007 | 0.0017 | 0.2579 |
| F150 | Tier 3 | FTP | 7/6/2016 12:42 | 0.0401 | 0.0100 | 0.1730 | 0.0340 | 0.0080 | 4.4866 |
| F150 | Tier 3 | FTP | 7/7/2016 7:42 | 0.0424 | 0.0123 | 0.2210 | 0.0344 | 0.0096 | 3.8411 |
| F150 | Tier 3 | FTP | 7/8/2016 10:14 | 0.0322 | 0.0106 | 0.1635 | 0.0250 | 0.0081 | 4.0318 |
| F150 | Tier 3 | HFET | 7/6/2016 13:59 | 0.0008 | 0.0011 | 0.1046 | 0.0000 | 0.0016 | 0.2800 |
| F150 | Tier 3 | HFET | 7/7/2016 8:57 | 0.0008 | 0.0012 | 0.1052 | 0.0000 | 0.0017 | 0.3505 |
| F150 | Tier 3 | HFET | 7/8/2016 11:20 | 0.0007 | 0.0011 | 0.1101 | 0.0000 | 0.0016 | 0.3465 |
| Malibu 1 | Tier 2 | FTP | 3/15/2016 11:00 | 0.0234 | 0.0070 | 0.7375 | 0.0176 | 0.0117 | 2.8690 |
| Malibu 1 | Tier 2 | FTP | 3/16/2016 10:48 | 0.0222 | 0.0084 | 0.8118 | 0.0151 | 0.0120 | 2.3943 |
| Malibu 1 | Tier 2 | FTP | 3/17/2016 14:20 | 0.0177 | 0.0073 | 0.6824 | 0.0118 | 0.0111 | 2.2597 |
| Malibu 1 | Tier 2 | HFET | 6/6/2016 15:19 | 0.0173 | 0.0106 | 0.5395 | 0.0077 | 0.0035 | |
| Malibu 1 | Tier 2 | HFET | 6/6/2016 16:17 | 0.0299 | 0.0151 | 1.1752 | 0.0162 | 0.0021 | |
| Malibu 1 | Tier 2 | HFET | 6/6/2016 17:04 | 0.0163 | 0.0104 | 0.5764 | 0.0068 | 0.0013 | |
| Malibu 1 | Tier 3 | FTP | 3/22/2016 14:57 | 0.0149 | 0.0059 | 0.4838 | 0.0110 | 0.0118 | 3.0627 |
| Malibu 1 | Tier 3 | FTP | 3/24/2016 14:11 | 0.0159 | 0.0070 | 0.5214 | 0.0110 | 0.0107 | 2.8856 |
| Malibu 1 | Tier 3 | FTP | 3/25/2016 8:03 | 0.0200 | 0.0068 | 0.6101 | 0.0156 | 0.0116 | 3.0935 |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 14:23 | 0.0003 | 0.0008 | 0.0347 | 0.0000 | 0.0037 | |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 15:35 | 0.0007 | 0.0011 | 0.0272 | 0.0000 | 0.0044 | |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 16:33 | 0.0018 | 0.0021 | 0.0304 | 0.0000 | 0.0049 | |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 17:20 | 0.0026 | 0.0029 | 0.0328 | 0.0000 | 0.0049 | |
| Malibu 2 | Tier 2 | FTP | 5/24/2016 7:24 | 0.0170 | 0.0047 | 0.3724 | 0.0130 | 0.0094 | 2.5376 |
| Malibu 2 | Tier 2 | FTP | 5/25/2016 11:41 | 0.0077 | 0.0030 | 0.2475 | 0.0053 | 0.0024 | 2.7309 |
| Malibu 2 | Tier 2 | FTP | 5/26/2016 12:29 | 0.0082 | 0.0032 | 0.2891 | 0.0057 | 0.0041 | 2.7257 |
| Malibu 2 | Tier 2 | HFET | 5/24/2016 9:28 | 0.0001 | 0.0005 | 0.1313 | 0.0000 | 0.0011 | 1.5311 |
| Malibu 2 | Tier 2 | HFET | 5/25/2016 12:55 | 0.0000 | 0.0002 | 0.1653 | 0.0000 | 0.0015 | 1.5110 |
| Malibu 2 | Tier 2 | HFET | 5/26/2016 14:06 | 0.0000 | 0.0001 | 0.0945 | 0.0000 | 0.0025 | 1.3014 |
| Malibu 2 | Tier 3 | FTP | 5/17/2016 12:53 | 0.0135 | 0.0044 | 0.2926 | 0.0103 | 0.0024 | 2.6620 |
| Malibu 2 | Tier 3 | FTP | 5/18/2016 7:22 | 0.0146 | 0.0037 | 0.2114 | 0.0125 | 0.0027 | 2.8018 |
| Malibu 2 | Tier 3 | FTP | 5/19/2016 12:52 | 0.0080 | 0.0030 | 0.2107 | 0.0058 | 0.0071 | 2.5406 |
| Malibu 2 | Tier 3 | FTP | 6/14/2016 7:53 | 0.0078 | 0.0032 | 0.1726 | 0.0054 | 0.0024 | 2.5665 |
| Malibu 2 | Tier 3 | FTP | 6/15/2016 10:31 | 0.0068 | 0.0025 | 0.1693 | 0.0051 | 0.0080 | 2.5896 |
| Malibu 2 | Tier 3 | HFET | 5/17/2016 13:43 | 0.0004 | 0.0001 | 0.0864 | 0.0003 | 0.0018 | 2.8146 |
| Malibu 2 | Tier 3 | HFET | 5/18/2016 8:36 | 0.0002 | 0.0002 | 0.1125 | 0.0001 | 0.0012 | 1.7568 |
| Malibu 2 | Tier 3 | HFET | 5/19/2016 13:57 | 0.0000 | 0.0001 | 0.0595 | 0.0000 | 0.0028 | 1.6465 |
| Malibu 2 | Tier 3 | HFET | 6/14/2016 9:03 | 0.0000 | 0.0001 | 0.0791 | 0.0000 | 0.0033 | 1.5561 |
| Malibu 2 | Tier 3 | HFET | 6/15/2016 11:48 | 0.0000 | 0.0000 | 0.0689 | 0.0000 | 0.0014 | 1.4652 |
| Mazda | Tier 2 | FTP | 5/17/2016 7:28 | 0.0169 | 0.0045 | 0.0874 | 0.0131 | 0.0067 | 1.2025 |
| Mazda | Tier 2 | FTP | 5/18/2016 12:35 | 0.0159 | 0.0053 | 0.1752 | 0.0112 | 0.0054 | 1.3648 |
| Mazda | Tier 2 | FTP | 5/19/2016 7:17 | 0.0131 | 0.0039 | 0.0916 | 0.0097 | 0.0065 | 1.1983 |
| Mazda | Tier 2 | HFET | 5/17/2016 9:22 | 0.0034 | 0.0025 | 0.0387 | 0.0010 | 0.0019 | 0.0337 |
| Mazda | Tier 2 | HFET | 5/18/2016 13:53 | 0.0059 | 0.0032 | 0.0336 | 0.0030 | 0.0015 | 0.0129 |
| Mazda | Tier 2 | HFET | 5/19/2016 10:18 | 0.0078 | 0.0041 | 0.0650 | 0.0041 | 0.0018 | 0.0739 |
| Mazda | Tier 3 | FTP | 5/24/2016 11:43 | 0.0160 | 0.0054 | 0.1642 | 0.0121 | 0.0054 | 2.1290 |
| Mazda | Tier 3 | FTP | 5/25/2016 7:39 | 0.0115 | 0.0040 | 0.0770 | 0.0085 | 0.0067 | 1.8756 |
| Mazda | Tier 3 | FTP | 5/26/2016 9:01 | 0.0114 | 0.0042 | 0.0756 | 0.0084 | 0.0066 | 2.0560 |
| Mazda | Tier 3 | HFET | 5/24/2016 13:09 | 0.0008 | 0.0008 | 0.0272 | 0.0000 | 0.0022 | 0.0739 |
| Mazda | Tier 3 | HFET | 5/25/2016 8:50 | 0.0006 | 0.0007 | 0.0522 | 0.0000 | 0.0018 | 0.0575 |
| Mazda | Tier 3 | HFET | 5/26/2016 10:31 | 0.0005 | 0.0006 | 0.0368 | 0.0000 | 0.0022 | 0.0394 |

**Table D1. Supplemental emissions data for tests included in the analyses (page 3 of 3).**

| Vehicle | Fuel | TestCycle | Test Date/Time | THC (g/mi) | CH$_4$ (g/mi) | CO (g/mi) | NMOG (g/mi) | NOx (g/mi) | PM (mg/mi) |
|---------|------|-----------|----------------|-----------|---------------|-----------|-------------|------------|------------|
| Ram | Tier 2 | FTP | 2/24/2016 11:46 | 0.0178 | 0.0037 | 0.3175 | 0.0151 | 0.0081 | 0.1850 |
| Ram | Tier 2 | FTP | 2/25/2016 13:02 | 0.0824 | 0.0060 | 0.4532 | 0.0787 | 0.0111 | 0.6961 |
| Ram | Tier 2 | FTP | 2/26/2016 8:48 | 0.0188 | 0.0040 | 0.3852 | 0.0157 | 0.0073 | 0.1127 |
| Ram | Tier 2 | FTP | 3/1/2016 12:30 | 0.0160 | 0.0033 | 0.3021 | 0.0135 | 0.0062 | 0.1441 |
| Ram | Tier 2 | FTP | 3/2/2016 10:22 | 0.0183 | 0.0022 | 0.2619 | 0.0169 | 0.0107 | 0.1223 |
| Ram | Tier 2 | FTP | 3/3/2016 8:22 | 0.0181 | 0.0031 | 0.2881 | 0.0157 | 0.0058 | 0.0734 |
| Ram | Tier 2 | HFET | 4/8/2016 14:00 | 0.0000 | 0.0004 | 0.0639 | 0.0000 | 0.0059 | |
| Ram | Tier 2 | HFET | 4/8/2016 15:02 | 0.0000 | 0.0003 | 0.0639 | 0.0000 | 0.0072 | |
| Ram | Tier 2 | HFET | 4/8/2016 15:52 | 0.0000 | 0.0005 | 0.0909 | 0.0000 | 0.0044 | |
| Ram | Tier 3 | FTP | 3/29/2016 10:22 | 0.0143 | 0.0031 | 0.2769 | 0.0129 | 0.0073 | 0.0674 |
| Ram | Tier 3 | FTP | 3/30/2016 10:04 | 0.0148 | 0.0032 | 0.2051 | 0.0132 | 0.0077 | 0.1006 |
| Ram | Tier 3 | FTP | 3/31/2016 7:30 | 0.0178 | 0.0032 | 0.2153 | 0.0164 | 0.0091 | 0.0585 |
| Ram | Tier 3 | HFET | 4/7/2016 15:02 | 0.0000 | 0.0001 | 0.0400 | 0.0000 | 0.0036 | |
| Ram | Tier 3 | HFET | 4/7/2016 15:50 | 0.0000 | 0.0002 | 0.0317 | 0.0000 | 0.0030 | |
| Ram | Tier 3 | HFET | 4/7/2016 16:38 | 0.0000 | 0.0002 | 0.0307 | 0.0000 | 0.0047 | |
| Silverado | Tier 2 | FTP | 7/12/2016 7:16 | 0.0436 | 0.0120 | 0.7421 | 0.0335 | 0.0042 | 1.3943 |
| Silverado | Tier 2 | FTP | 7/13/2016 12:34 | 0.0382 | 0.0108 | 0.7539 | 0.0294 | 0.0028 | 1.6073 |
| Silverado | Tier 2 | FTP | 7/14/2016 9:25 | 0.0325 | 0.0534 | 0.6472 | 0.0212 | 0.0043 | 1.4249 |
| Silverado | Tier 2 | HFET | 7/28/2016 13:54 | 0.0026 | 0.0030 | 0.2048 | 0.0000 | 0.0004 | |
| Silverado | Tier 2 | HFET | 7/28/2016 14:45 | 0.0046 | 0.0040 | 0.2029 | 0.0009 | 0.0032 | |
| Silverado | Tier 2 | HFET | 7/28/2016 15:39 | 0.0070 | 0.0047 | 0.2417 | 0.0027 | 0.0077 | |
| Silverado | Tier 3 | FTP | 7/6/2016 7:44 | 0.0510 | 0.0113 | 0.5703 | 0.0450 | 0.0040 | 1.4320 |
| Silverado | Tier 3 | FTP | 7/7/2016 13:55 | 0.0920 | 0.0144 | 0.7943 | 0.0869 | 0.0066 | 1.8988 |
| Silverado | Tier 3 | FTP | 7/8/2016 7:06 | 0.0465 | 0.0125 | 0.6026 | 0.0386 | 0.0041 | 1.3235 |
| Silverado | Tier 3 | FTP | 7/19/2016 13:06 | 0.0436 | 0.0115 | 0.6733 | 0.0479 | 0.0045 | 1.8905 |
| Silverado | Tier 3 | FTP | 7/20/2016 7:47 | 0.0493 | 0.0115 | 0.4884 | 0.0544 | 0.0041 | 1.4426 |
| Silverado | Tier 3 | FTP | 7/21/2016 13:04 | 0.0342 | 0.0115 | 0.5374 | 0.0377 | 0.0044 | 1.5833 |
| Silverado | Tier 3 | HFET | 7/26/2016 9:18 | 0.0004 | 0.0012 | 0.2038 | 0.0000 | 0.0004 | |
| Silverado | Tier 3 | HFET | 7/26/2016 10:08 | 0.0002 | 0.0011 | 0.1521 | 0.0000 | 0.0005 | |
| Silverado | Tier 3 | HFET | 7/26/2016 11:17 | 0.0006 | 0.0014 | 0.1870 | 0.0000 | 0.0005 | |
| Volvo | Tier 2 | FTP | 4/19/2016 13:22 | 0.0123 | 0.0036 | 0.3190 | 0.0095 | 0.0056 | 0.8402 |
| Volvo | Tier 2 | FTP | 4/20/2016 7:36 | 0.0205 | 0.0041 | 0.4900 | 0.0174 | 0.0075 | 0.9924 |
| Volvo | Tier 2 | FTP | 4/22/2016 7:30 | 0.0178 | 0.0038 | 0.5293 | 0.0148 | 0.0067 | 0.8195 |
| Volvo | Tier 2 | FTP | 5/3/2016 7:09 | 0.0199 | 0.0033 | 0.4080 | 0.0176 | 0.0082 | 0.8560 |
| Volvo | Tier 2 | FTP | 5/4/2016 12:29 | 0.0117 | 0.0036 | 0.4879 | 0.0088 | 0.0070 | 0.8440 |
| Volvo | Tier 2 | FTP | 5/5/2016 7:29 | 0.0205 | 0.0033 | 0.5200 | 0.0181 | 0.0084 | 0.7952 |
| Volvo | Tier 2 | HFET | 5/3/2016 9:10 | 0.0000 | 0.0005 | 0.2284 | 0.0000 | 0.0005 | 0.0406 |
| Volvo | Tier 2 | HFET | 5/4/2016 13:54 | 0.0000 | 0.0005 | 0.2158 | 0.0000 | 0.0006 | 0.0542 |
| Volvo | Tier 2 | HFET | 5/5/2016 8:44 | 0.0000 | 0.0004 | 0.2505 | 0.0000 | 0.0005 | 0.0680 |
| Volvo | Tier 3 | FTP | 5/10/2016 10:53 | 0.0113 | 0.0040 | 0.5327 | 0.0087 | 0.0057 | 0.9388 |
| Volvo | Tier 3 | FTP | 5/11/2016 7:25 | 0.0162 | 0.0037 | 0.5130 | 0.0143 | 0.0069 | 0.8453 |
| Volvo | Tier 3 | FTP | 5/12/2016 13:02 | 0.0123 | 0.0036 | 0.4327 | 0.0101 | 0.0062 | |
| Volvo | Tier 3 | HFET | 5/10/2016 13:37 | 0.0000 | 0.0003 | 0.2753 | 0.0000 | 0.0004 | 0.0352 |
| Volvo | Tier 3 | HFET | 5/11/2016 8:39 | 0.0000 | 0.0002 | 0.2969 | 0.0000 | 0.0005 | 0.0203 |
| Volvo | Tier 3 | HFET | 5/12/2016 14:08 | 0.0000 | 0.0002 | 0.2120 | 0.0000 | 0.0005 | |

[a] Blank values indicate that data was not collected or there was a procedural problem that invalidated the specific result but not overall test. Some missing CH$_4$ values for the Silverado and Civic were replaced with medians taken from similar tests on the same vehicle, as described in Section 3.3.2.

# Tab 8

# COMMENTS

### submitted on behalf of

# THE ILLINOIS, INDIANA, IOWA, KANSAS, KENTUCKY, MICHIGAN, MISSOURI, NEBRASKA, and WISCONSIN CORN GROWERS ASSOCIATIONS, OHIO CORN & WHEAT GROWERS ASSOCIATION, TEXAS CORN PRODUCERS, URBAN AIR INITIATIVE, INC., CLEAN FUELS DEVELOPMENT COALITION, and AMERICAN COALITION FOR ETHANOL

### Concerning the U.S. Environmental Protection Agency's

*Vehicle Test Procedure Adjustments for Tier 3 Test Fuel;*

### Docket ID No. EPA-HQ-OAR-2016-0604

By  C. Boyden Gray
Jonathan Berry
James R. Conde
  *Primary Contact*
T. Elliot Gaiser
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620
conde@boydengrayassociates.com

Technical assistance provided by
Laura B. Ruppalt, Ph.D.
BOYDEN GRAY & ASSOCIATES PLLC

August 14, 2020

**CONTENTS**

INTRODUCTION & EXECUTIVE SUMMARY ................................................ 1

BACKGROUND ................................................................................. 3

I.    THE FUEL ECONOMY EQUATION ................................................ 3

  A.   The Corporate Average Fuel Economy Program.......................... 3

  B.   The "Comparability" Requirement.............................................. 3

  C.   The Gasoline Fuel Economy Equation ....................................... 4

      1.   The 1976 test procedures used a "carbon-balance" method to estimate fuel economy. ................................................................... 4

      2.   The 1988 test procedures introduced an adjustment to account for the effect of changes in test fuel energy density on fuel economy. ..................... 5

      3.   Subsequent studies suggested that EPA's 1988 fuel economy equation is inaccurate................................................................. 7

      4.   The erroneous R factor had little effect on Tier 2 fuel economy results............... 8

II.   THE CARBON-RELATED GREENHOUSE GAS EMISSIONS EQUATION ................. 8

  A.   EPA's Regulation of Motor Vehicle Carbon Dioxide ..................... 8

  B.   The Carbon-Related Exhaust Emissions Calculation..................... 9

III.  THE TIER 3 E10 TEST FUEL........................................................ 10

  A.   EPA's Delay in Implementing E10 Test Fuel for Fuel Economy and Greenhouse Gas Emissions Compliance...................................... 10

  B.   The E10 Test Fuel's Effect on Fuel Economy and Carbon Dioxide........................... 11

      1.   The E10 test fuel has a significantly lower energy density than the 1975 test fuel, reducing fuel economy. ........................................................ 11

      2.   The E10 test fuel has a significantly lower carbon-intensity than the gasoline test fuel, reducing carbon dioxide emissions. ....................... 11

IV.  THE SAFE RULE........................................................................ 12

V.   THE PROPOSED RULE ................................................................ 12

  A.   The Tier 3 Certification Fuel Impacts Test Program ................... 12

B.    The Proposed Fuel Economy Equation ........................................................ 13

C.    The Proposed $CO_2$ Emissions Adjustment ............................................ 14

D.    The Proposed Timeline for Implementation ........................................... 14

ARGUMENT .......................................................................................................... 14

I.    THE PROPOSED $CO_2$ ADJUSTMENT FACTOR VIOLATES THE CLEAN AIR ACT. ............... 14

A.    The Clean Air Act Does Not Allow EPA to Adjust Test Procedures to Artificially Distort $CO_2$ Emissions from Vehicles Using Tier 3 Test Fuel. ................... 15

B.    The Proposed $CO_2$ Adjustment Evades Statutory Requirements for Changing Emissions Standards. ............................................................................... 17

II.    THE PROPOSED $CO_2$ ADJUSTMENT IS AN ARBITRARY AND CAPRICIOUS DEPARTURE FROM THE AGENCY'S POLICY OF FUEL NEUTRALITY. ............................. 19

III.    THE PROPOSED $CO_2$ ADJUSTMENT IS UNNECESSARY GIVEN THE LEAD TIME PROVIDED BY EPA. ................................................................................... 20

IV.    THE PROPOSED $CO_2$ ADJUSTMENT MAY BE WITHDRAWN WITHOUT A SUPPLEMENTAL NOTICE OF PROPOSED RULEMAKING. ............................................ 21

V.    THE PROPOSED $R_A$ FACTOR EXCEEDS EPA'S AUTHORITY TO ADJUST FUEL ECONOMY TEST PROCEDURES. ..................................................................... 21

VI.    THE PROPOSED RULE IS ARBITRARY AND CAPRICIOUS BECAUSE IT IS BASED ON A FLAWED TEST PROGRAM. ........................................................................... 23

A.    The Test Program Did Not Use Representative Tier 3 Vehicles. ................. 24

B.    The Test Program Used Too Few Vehicles. ............................................. 26

C.    EPA's Analysis of Test Program Data Was Flawed. ................................... 28

    1.    EPA's analysis included unreliable Malibu 1 results. ...................... 28

    2.    EPA's analysis arbitrarily excluded Acura results. .......................... 31

    3.    EPA's analysis was skewed by high-pumping loss vehicle results. ... 32

D.    The Test Program Results are Inconsistent with Previous EPA Studies. ..... 32

VII.    EPA SHOULD ADOPT AN $R_A$ FACTOR OF 0.95 OR HIGHER ........................... 33

VIII.    THE PROPOSED RULE FAILS TO COMPLY WITH EXECUTIVE ORDER 13771. ............ 35

CONCLUSION ...................................................................................................... 36

## GLOSSARY

1975 test fuel .....................................The gasoline emissions test fuel used to certify motor vehicle compliance with the Clean Air Act for model year 1975

ASTM D3338/D3338M ...................Standard test method for estimation of net heat of combustion of aviation fuels

ASTM D4052 ...................................Standard test method for density, relative density, and API gravity of liquids by digital density meter

Btu .............................................British thermal unit, a unit of energy equal to the quantity of heat required to raise the temperature of one pound of liquid water from 59.5 degrees to 60.5 degrees Fahrenheit at standard pressure

CAFE .............................................The automobile manufacturer corporate average fuel economy program required by Chapter 329 of Title 49 of the U.S. Code

Comparability requirement ................EPA's duty under subsection 32904(c) of Title 49 of the U.S. Code to ensure that fuel economy test procedures for passenger vehicles be the same as 1975 test procedures or "yield comparable results" for fuel economy

CREE .............................................Carbon-related exhaust emissions

CWF .............................................Carbon weight fraction, the percentage of carbon in a substance by mass

DOT .............................................Department of Transportation

E0 .............................................Fuel blends consisting of gasoline and no ethanol

E10 .............................................Fuel blends consisting of gasoline and 9 to 10 percent ethanol

FTP .............................................The Federal Test Procedure, also known as the city drive cycle, a certification test cycle described in section 1066.801(c) of Title 40 of the Code of Federal Regulations

g/gal .............................................Grams per gallon

g/mi .............................................Grams per mile

mpg .............................................Miles per gallon

HFET .............................................The Highway Fuel Economy Test procedure, a certification test cycle described in section 1066.40 of Title 40 of the Code of Federal Regulations

NHC .............................................Net heat of combustion, the energy released when a mass of fuel is burned in oxygen in a constant volume enclosure, with all the products, including water, being gaseous. NHC is often expressed in British thermal units per pound (Btu/lb) or megajoules per kilogram (MJ/kg)

R factor.............................................A measure of a vehicle's response to changes in the volumetric energy density of two different test fuels, determined by dividing the change in vehicle fuel economy by the change in the volumetric energy density of the test fuels

S.G. .............................................Specific gravity, the density of a substance relative to water at a given temperature, often 60 degrees Fahrenheit

Tier 2 test fuel ...................................The E0 emissions test fuel specified in Table 1 of section 86.113-04 of Title 40 of the Code of Federal Regulations, and commonly known as "indolene"

Tier 3 test fuel ...................................The E10 emissions test fuel specified in Table 1 of section 1065.710 of Title 40 of the Code of Federal Regulations

VED .............................................Volumetric energy density, the energy per volume of a substance (e.g., British thermal units per gallon or megajoules per liter)

## INTRODUCTION & EXECUTIVE SUMMARY

For the first time in the history of the Clean Air Act (CAA), EPA seeks to penalize a test fuel, not because the fuel's carbon emissions are too high, but because they are *too low*. EPA's proposed *Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel* rule would artificially inflate the $CO_2$ emissions of vehicles certified with the Tier 3 E10 test fuel instead of the Tier 2 E0 test fuel.

This distortion is perverse. Penalizing the E10 test fuel for producing *fewer* carbon emissions than other test fuels would deter innovation and thwart the CAA's goal of reducing greenhouse gas emissions. The proposed distortion of reality would set a pernicious precedent that would obstruct the adoption of low-carbon fuels—like high-octane mid-level ethanol blends—by eliminating their natural advantage, cutting off a cost-effective pathway for future reductions in vehicle carbon emissions. By doing so, the proposed rule places a thumb on the scale in favor of electrification and against clean, low-carbon fuels, ultimately harming both the environment and the consumer. EPA should not depart from its longstanding "fuel-neutral" approach to setting emission standards and test procedures.

The proposed rule also proposes a fuel economy adjustment factor ($R_a$) of 0.81, far lower than the adjustment factor found in *every* empirical study since the early 1990s. As a result, vehicles certified with the E10 test fuel will have significantly lower fuel economy than vehicles certified with the current E0 test fuel. This will increase the effective stringency of the fuel economy standards, undermining the balance struck by the Department of Transportation.

The proposed rule exceeds EPA's authority, and it is arbitrary and capricious for numerous reasons.

**1. $CO_2$ Adjustment.** The proposed distortion of measured $CO_2$ emissions exceeds EPA's authority under CAA § 206 to determine vehicle test procedures. EPA justifies its test procedure distortion as a way to "maintain the stringency" of the $CO_2$ standards given the change in test fuels. But EPA's only authority to adjust the *stringency of emissions standards* is CAA § 202, which allows the Agency to directly amend emissions standards. By contrast, CAA § 206 is focused on maintaining the *accuracy of test procedures*, not the stringency of emission standards. Under CAA § 206, EPA must promulgate test procedures that accurately reflect actual vehicle emissions. EPA exceeds that limited authority—and evades the requirements of CAA § 202—when it adopts test procedures that are *less accurate* simply to "maintain the stringency" of the standards.

But the rule does not even "maintain stringency." Instead, the adjustment effectively *increases* the stringency of the $CO_2$ standards for vehicles certified on the E10 test fuel, and, in doing so, violates requirements for changing emissions standards under CAA § 202. If EPA believes $CO_2$ standards are now too lenient considering the test fuel change, it should change emissions standards using its standard-setting authority, as EPA ordinarily does when circumstances change. Given that mandatory certification of all vehicles using the E10 test fuel will be delayed until 2025 or 2026, there is no need to shortcut the normal regulatory

process by distorting vehicle test procedures. EPA has ample time to properly, and lawfully, adjust the standards if desired.

**2. Fuel Economy Adjustment.** EPA's proposed fuel economy adjustment factor ($R_a$) of 0.81 is far too low, underestimating calculated fuel economy and effectively changing the fuel economy standards. Unlike for $CO_2$ emissions, EPA has no authority to set the *stringency of fuel economy standards*; that authority is exclusively vested in the Department of Transportation. EPA's mandate under the Corporate Average Fuel Economy Program is limited to the *comparability of test procedures*, that is, EPA is required to promulgate test procedures that provide "comparable results" to the original 1975 test procedures. Because its proposed $R_a$ factor does not provide comparable results, but rather effectively changes the standards, the proposed rule exceeds EPA's limited authority to revise fuel economy test procedures and unlawfully usurps the Department of Transportation's sole power to amend fuel economy standards.

The proposed $R_a$ factor is too low because EPA derived it based on the results of an inadequate vehicle test program that is contradicted by all other available data. EPA's test program has two fatal flaws, either of which prevents a determination of an acceptable $R_a$ factor from its results. First, the vehicles are not representative of the future fleet. Second, and relatedly, there are not enough vehicles to determine $R_a$ *for the entire fleet* with any reasonable level of statistical confidence.

*The vehicles are not representative.* The test program's vehicles are not representative of the Tier 3 vehicles to which the $R_a$ factor will be applied. The test program vehicles range in model year from 2013 to 2016 and use already-outdated technologies, while the determined $R_a$ factor will be applied to vehicles for model years 2025 and later. Moreover, the mix of fuel-efficient technologies among the older test program vehicles does not reflect the likely technology distribution of the future fleet. Finally, all but *one* of the test vehicles were certified to older, Tier 2 standards, violating EPA's own prior assertion that the Tier 3 $R_a$ factor must be determined based on testing of Tier 3-certified vehicles. Without a representative distribution of representative vehicles and future fuel-efficiency technologies, EPA's test program cannot provide the data necessary to determine an appropriate $R_a$ factor for the future fleet.

*There are not enough vehicles.* The test program tested only eleven vehicles—and EPA used results from only ten of those vehicles—far too few to determine an $R_a$ factor with enough statistical certainty to represent the entire light-duty vehicle fleet. Given the small number of vehicles tested and the variation in performance among those vehicles, the uncertainty in EPA's proposed value is unacceptably large to be used to adjust fuel economy values, a deficiency that can only be remedied by testing more vehicles. In fact, EPA previously admitted that it would need results from nearly ten times as many vehicles as it tested to determine an accurate R factor with satisfactory confidence.

Even beyond these fatal deficiencies, EPA's analysis of the limited test program results is flawed. EPA selectively includes and excludes vehicle data to lower the determined $R_a$ factor. As a result, EPA's proposed $R_a$ factor is far lower than it would be if the test program's data were properly analyzed. Indeed, EPA's proposed $R_a$ factor is far lower than that found by *all*

previous EPA and Department of Energy studies, which have consistently determined that the R factor for vehicles using ethanol blends is closer to 1.

**3. EO 13,771 Compliance.** By failing to account for the significant costs associated with the change in emissions and fuel economy standards that would result from the adjustments, the proposed rule fails to comply with Executive Order 13,771.

**Conclusion:** EPA should withdraw its proposed $CO_2$ adjustment and set a fuel economy $R_a$ factor of at least 0.95—consistent with previous studies and vehicle technology trends—to ensure fuel economy comparability for vehicles certified using the Tier 3 E10 test fuel.

## BACKGROUND

I.    THE FUEL ECONOMY EQUATION

### A.    The Corporate Average Fuel Economy Program

The Energy Policy and Conservation Act of 1975 (EPCA) required the Secretary of the Department of Transportation (DOT) to establish mandatory corporate average fuel economy (CAFE) standards applicable to manufacturers of new passenger cars and light-duty trucks.[1] By 1985, each automobile manufacturer had to meet a sales-weighted passenger car fuel economy standard of 27.5 miles per gallon (mpg).[2] For light-duty trucks, DOT was required to set sales-weighted fuel economy standards at "the maximum feasible average fuel economy level."[3]

Congress increased the stringency of the CAFE program in the 2007 Energy Independence and Security Act, requiring a fuel economy standard of "at least 35 miles per gallon" by 2020 for the combined fleet of automobiles, and the "maximum feasible average fuel economy standard" by 2030.[4] When setting maximum feasible fuel economy standards, DOT must consider "technological feasibility, economic practicability, the effect of other motor vehicle standards of the Government on fuel economy, and the need of the United States to conserve energy."[5]

### B.    The "Comparability" Requirement

While EPCA put DOT in charge of setting fuel economy standards, it put EPA in charge of promulgating fuel economy "testing and calculation procedures."[6] But EPCA

---

[1] *Ctr. for Auto Safety v. NHTSA*, 793 F.2d 1322, 1324 (D.C. Cir. 1986).

[2] Energy Policy and Conservation Act of 1975, Pub. L. 94-163 § 502(a)(1), 89 Stat. 871, 902 (1975) (EPCA).

[3] *Id.* § 502(a)(4), (b), 89 Stat. at 903.

[4] 49 U.S.C. § 32902(b)(2), Energy Independence and Security Act of 2007, Pub. L. 110-140 § 102(b)(2) (2007).

[5] *Id.* § 32902(f).

[6] EPCA § 503(d)(1), 89 Stat. at 907.

circumscribed EPA's ability to set test procedures. For passenger cars, EPA had to use the emission testing procedures that were in place in 1975 under the Clean Air Act, "or procedures which yield comparable results."[7] This "comparability requirement" is intended "to insure that auto manufacturers be credited only with real fuel economy gains, not illusory gains [or losses] generated by changes in test procedures."[8] The comparability requirement ensures that the stringency of the fuel economy targets set by Congress (27.5 mpg by 1985, or 35 mpg by 2020) does not change as a result of EPA changes to vehicle test procedures.[9] It also preserves DOT's role as the standard-setting agency for fuel economy standards, ensuring that changes to the stringency of fuel economy standards happen only after consideration of all the relevant factors.

## C.    The Gasoline Fuel Economy Equation

### 1.    The 1976 test procedures used a "carbon-balance" method to estimate fuel economy.

Historically, there was no simple way to measure vehicle fuel economy directly, so EPA required automakers to measure fuel economy using a "carbon-balance" method: by measuring carbon in the test fuel and then measuring carbon in tailpipe emissions per mile, automakers could indirectly estimate how fast a vehicle was consuming fuel based on how rapidly the vehicle was consuming the fuel's carbon.[10] The form of a carbon-balance fuel economy equation is as follows:

$$MPG \ = \ \frac{Carbon \ (g/gal)_{t.fuel}}{Carbon \ (g/mi)_{exh.}} \qquad\qquad \text{Eq. (1)}$$

Where the numerator is the grams of carbon per gallon in the test fuel, and the denominator is the grams of carbon per mile emitted through the vehicle exhaust.

EPA codified the following carbon-balance equation in 1976:[11]

---

[7] *Id.*

[8] *Ctr. for Auto Safety v. Thomas*, 847 F.2d 843, 846 (D.C. Cir.) (en banc) (Wald, C.J., concurring), *reh'g granted and opinion vacated*, 856 F.2d 1557 (D.C. Cir. 1988) (per curiam); *see also* H.R. Rep. 94-340, at 92 (1975), *reprinted in* 1975 U.S.C.C.A.N. 1762, 1854 ("1975 House Report") ("The words 'or procedures which yield comparable results' are intended to give EPA wide latitude in modifying the 1975 test procedures to achieve procedures that are more accurate or easier to administer, so long as the modified procedure does not have the effect of substantially changing the average fuel economy standards.").

[9] 1975 House Report, *supra* note 8, at 92.

[10] Aron Butler et al., Analysis of the Effects of Changing Fuel Properties on the EPA Fuel Economy Equation and R-Factor, at 1, Memorandum to the Tier 3 Docket, EPA-HQ-OAR-2011-0135 (Feb. 28, 2013).

[11] *See Fuel Economy Testing for 1978 Model Year Automobiles and Calculation Procedures for 1977 and Subsequent Model Year Automobiles: Exhaust Emissions Test Procedures for 1978 Model Year Automobiles and Light-Duty Trucks*, 41 Fed. Reg. 38,674, 38,689, 38,695 (Sept. 10, 1976). For a sample calculation using this equation, see 40 C.F.R. § Part 600, App'x II(a).

$$MPG = \frac{2{,}421}{0.866*HC+0.429*CO+0.273*CO_2} \qquad \text{Eq. (2)}$$

Where the numerator, 2,421, represents the grams of carbon per gallon of a typical 1975 gasoline test fuel.[12] The equation's denominator is the mass of carbon-related exhaust emissions emitted per mile—hydrocarbons (HC), carbon monoxide (CO), and carbon dioxide ($CO_2$)—multiplied by their respective carbon-weight fractions to exclude mass attributable to hydrogen and oxygen.

### 2. The 1988 test procedures introduced an adjustment to account for the effect of changes in test fuel energy density on fuel economy.

In 1979, Ford Motor Company (Ford) and General Motors (GM) "filed petitions for rulemaking with the EPA."[13] The petitions "alleged that changes in the EPA's testing procedures since [model year] 1975 had caused their CAFE ratings to be lower than they would have been under original testing procedures."[14]

EPA denied the administrative petitions, and the companies sued in the Sixth Circuit.[15] "That court remanded the case to the EPA to initiate a rulemaking that would establish an 'adjustment factor' reconciling current test procedures with previous ones."[16] On remand, EPA published a proposed rule to ensure fuel economy results are "comparable" to results obtained using 1975 test procedures.[17]

A year later, EPA issued a supplemental notice of proposed rulemaking to "account for changes in the properties of the test fuel used for gasoline-powered vehicles."[18] EPA acknowledged that "test fuel properties gradually shifted in the period between 1979 and June 1984."[19] In particular, there had been an increase in the gasoline test fuel's volumetric energy density (VED).[20] This fuel property has a significant impact on fuel economy. Indeed, the fuel

---

[12] This estimate is based on the product of the fuel's Carbon Weight Fraction (CWF), 0.866, and Specific Gravity (S.G.), 0.739, multiplied by 3,783, the density of water in grams per gallon, to convert to grams per gallon: 0.866 ×0.739 × 3,783 = 2,421 g/gal. *Fuel Economy Test Procedures; CAFE Adjustments To Compensate for Changes in 1975 Test Procedures*, 50 Fed. Reg. 27,172, 27,179 (July 1, 1985) (1985 CAFE Adjustment Rule).

[13] *Ctr. for Auto Safety*, 847 F.2d at 846.

[14] *Id.* at 846.

[15] *Id.*

[16] *Id.* (citing *General Motors Corp. v. Costle*, Nos. 80–3271, 80–3272, & 80–3655, mem. order (6th Cir.1982)); *see also General Motors Corp. v. Costle*, 698 F.2d 1219 (6th Cir. 1982).

[17] *Fuel Economy Test Procedures; Proposed Procedures for Adjustment to Test Results To Compensate for Changes in 1975 Test Procedure*, 48 Fed. Reg. 56,526 (Dec. 21, 1983).

[18] *Fuel Economy Test Procedures; Additional Proposed Procedures for Adjustment of CAFE Results To Compensate for Changes in Test Procedures*, 49 Fed. Reg. 48,024 (Dec. 7, 1984).

[19] *Id.* at 48,024.

[20] *Id.* Fuel VED is often expressed in British thermal units per gallon of fuel (Btu/gal). It can be derived by multiplying a fuel's net heating content (NHC) by pounds per gallon of fuel. Btu/gal = (Btu/lb) * (lb/gal).

economy of gasoline internal combustion engines is largely determined by VED and engine efficiency.[21]

Adjusting fuel economy to account for changes in the test fuel's VED is not, however, straightforward: VED effects on fuel economy vary by vehicle. EPA has traditionally incorporated a correlation factor that estimates how vehicle fuel economy will, on average, respond to changes in VED. This correlation is known as the "R factor," which is the percentage change in fuel economy divided by the percentage change in a test fuel's VED.

Based on limited test data of vehicles from the 1970s and 1980s equipped with open-loop, carbureted engines, GM suggested an R factor of 0.6, implying that for each percentage change in test fuel VED, vehicles respond with a 0.6% change in fuel economy.[22] EPA agreed with this R factor after Ford submitted additional limited data that corroborated this result.[23] Ford, however, warned that the R factor should "be reevaluated in the future when wider application of fast burn, low friction concepts or other technological improvements can be expected to increase the value of the 'R' factor."[24]

In 1986, EPA finalized the amended gasoline fuel economy equation for 1988 and later model years to "adjust for changes in energy density relative to the 1975 test fuel."[25] The form of the amended equation is as follows:

$$MPG = \frac{Carbon\ (g/gal)_{t.fuel}}{Carbon\ (g/mi)_{exh.}} \times \frac{VED_{1975}}{(R \times VED_{t.fuel}) + ((1-R) \times VED_{1975})} \qquad \text{Eq. (3)}$$

The blue portion on the left is a "carbon-balance" equation, which gives unadjusted (true) fuel economy. The red portion on the right represents the adjustment for changes in VED,[26]

---

EPA established a NHC for the 1975 test fuel of 18,507 Btu/lb (43.047 MJ/kg) and a S.G. of 0.739. 1985 CAFE Adjustment Rule, 50 Fed. Reg. at 27,179.

[21] *See* Leone et al., *The Effect of Compression Ratio, Fuel Octane Rating, and Ethanol Content on Spark-Ignition Engine Efficiency*, Envtl. Sci. & Tech. 10,778, 10,785, eq. 7 (2015).

[22] 1985 CAFE Adjustment Rule, 50 Fed. Reg. at 27,179; *see also* T.M. Fisher, General Motors, EPA Dkt. No. A-85-16, II-D-1, at 4 (Aug. 15, 1984) ("Results of testing reported in SAE Paper 740522 indicate an average value of 0.67. General Motors testing on more recent systems yields R values ranging from 0.1 to 0.9 with an average of 0.5. An overall average of 0.6 is suggested for purposes of this analysis.").

[23] 1985 CAFE Adjustment Rule, 50 Fed. Reg. at 27,179 ("Ford submitted data from over 200 vehicle tests which substantiated the value 'R' used by GM"). While the preamble references "200 vehicle tests," Ford appears to have submitted data from "192 tests" of only "four current model year vehicles;" hardly enough vehicles to represent the light-duty fleet in 1980. Donald R. Buist, Ford Motor Co., EPA Dkt. No. A-85-16, II-D-2, at 5 (Jan. 22, 1985).

[24] *Fuel Economy Test Procedures; Revised Fuel Economy Calculation Equation and Light Truck Mileage Accumulation Limits*, 51 Fed. Reg. 37,847 (Oct. 24, 1986) ("E0 Test Fuel Equation Rule").

[25] E0 Test Fuel Equation Rule, 51 Fed. Reg. at 37,844. The equation also required automakers to measure the actual carbon content of the test fuel instead of using a "typical" value. *Id.* at 37,845-46

[26] VED = NHC × SG.

relative to the 1975 reference test fuel, with the R factor visible in the denominator. The output is adjusted fuel economy.

The equation codified by EPA for calculating adjusted fuel economy, calibrated using an R factor of 0.6, is reproduced below:[27]

$$MPG = \frac{CWF_{t.fuel} \times SG_{t.fuel} \times 3{,}783 \times 1.3677 \times 10^4}{(CWF_{exh} \times HC + 0.429 \times CO + 0.273 \times CO_2)(0.6 \times NHV_{t.fuel} \times SG_{t.fuel} + 5{,}471)} \quad \text{Eq. (4)}$$

The blue portion on the left represents the "carbon-balance" equation. The red portion on the right purportedly represents the adjustment necessary to account for fuel economy changes due to changes in test fuel VED since 1975, using an R factor of 0.6.[28]

### 3. Subsequent studies suggested that EPA's 1988 fuel economy equation is inaccurate.

When EPA promulgated the 1988 fuel economy equation for the gasoline test fuel with no ethanol (E0), it acknowledged that "as technological improvements allow an engine to more efficiently convert the heat energy content of the fuel to mechanical energy, the 'R' value may increase. If these sorts of technological improvements become predominant throughout the automobile industry, an 'R' value of 0.6 may not be representative and, thus, may require revision."[29] EPA committed to "initiate a future regulatory review of the 'R' value if appropriate."[30]

Studies soon suggested that the R factor of 0.6 for the E0 test fuel was far too low. A 1993 study exploring fuel composition effects on fuel economy estimated an R factor of $0.93 \pm 0.05$ for 1989 model year vehicles, and $0.92 \pm 0.21$ for 1983 to 1985 model year vehicles.[31] Subsequent studies using a variety of fuels similarly yielded R factors much higher than 0.6. A 2013 EPA memorandum estimated "an R-factor between 0.8 and 0.9."[32] And a 2014 statistical analysis of three different test programs by EPA and Oak Ridge National Laboratory scientists concluded "that R factor values for modern vehicles are closer to unity than the 0.6 value originally established in the 1980s."[33] Studies "that have attempted to

---

[27] 40 C.F.R. § 600.113-12(h)(1).

[28] The numerator, $1.3677 \times 10^4$, is the VED of the 1975 test fuel: 18,507 Btu/lb × 0.739 = $1.3677 \times 10^4$. 5,471, calibrates the equation to an R factor of 0.6, obtained as follows: $5{,}471 = (1 - 0.6) \times 1.3677 \times 10^4$.

[29] E0 Test Fuel Equation Rule, 51 Fed. Reg. at 37,847. For a sample calculation using this equation, see 40 C.F.R. § Part 600, App'x II(b).

[30] *Id.*

[31] A. Hochhauser et al., *Fuel Composition Effects on Automotive Fuel Economy - Auto/Oil Air Quality Improvement Research Program*, SAE Tech. Paper 930138 (1993).

[32] Butler et al., *supra* note 10, at 5.

[33] C. Scott Sluder et al., *Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles*, SAE Tech. Paper 2014-01-1572.

measure R values experimentally [for a variety of fuel blends] have obtained values that are in the range of 0.93 to 0.95."[34]

### 4. The erroneous R factor had little effect on Tier 2 fuel economy results.

Despite acknowledging that its R factor of 0.6 was wrong, EPA never corrected it.[35] In any event, this had little effect on fuel economy results because the VED of the current E0 ("Tier 2") test fuel is only about 0.25% higher than the VED of the 1975 gasoline test fuel.[36] As a result, even though the low R factor *overestimates* fuel economy for the Tier 2 test fuel, the effect on fuel economy is relatively trivial (≤0.05 mpg).[37]

But as the VED of test fuel "moves further from that of the reference fuel, the difference in the [adjusted] 1975 fuel economy value resulting from [erroneous] values of R becomes larger."[38]

## II. THE CARBON-RELATED GREENHOUSE GAS EMISSIONS EQUATION

### A. EPA's Regulation of Motor Vehicle Carbon Dioxide

Under § 202(a)(1) of the Clean Air Act (CAA), EPA must regulate "any air pollutant from" new motor vehicles which in its judgment "cause[s], or contribute[s] to, air pollution which may reasonably be anticipated to endanger public health or welfare."[39] EPA traditionally exercised this authority to regulate vehicle emissions that are detrimental to air quality.

In 1999, a group of environmental non-profits petitioned EPA to find that $CO_2$ and other greenhouse gas emissions from motor vehicles were endangering public health and welfare because they contribute to global climate change.[40] EPA rebuffed this petition,[41] but in *Massachusetts v. EPA*, the Supreme Court held that EPA had to decide whether motor vehicle

---

[34] C. Scott Sluder, *Analytical Examination of the Relationship between Fuel Properties, Engine Efficiency, and R Factor Values*, SAE Tech. Paper 2019-01-0309.

[35] *See* 40 C.F.R. § 1065.710, Table 2 (specifications to Tier 2 or neat gasoline test fuel).

[36] Based on the Tier 2 test fuel published by EPA: 18,446 Btu/lb, obtained with ASTM D3338/D3338M, and SG 0.744, obtained with ASTM D4052. EPA-HQ-OAR-2016-0604-0028.

[37] Even for the most fuel-efficient vehicle in EPA's test program, the Honda Civic, the change in adjusted fuel economy when using an R factor of 1.0 rather than an R factor of 0.6 is only approximately 0.05 mpg. *See Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel*, 85 Fed. Reg. 28,564, 28,574, Table IV-2 (May 13, 2020) (Proposed Rule). For less fuel-efficient vehicles, the change in adjusted fuel economies is even less.

[38] Sluder et al., *supra* note 33, at 2.

[39] CAA § 202(a)(1), 42 U.S.C. § 7521(a)(1).

[40] *See* EPA-HQ-OAR-20001-0002-0001; *Massachusetts v. EPA*, 549 U.S. 497, 505 (2007).

[41] *Control of Emissions From New Highway Vehicles and Engines*, 65 Fed. Reg. 52,922, 52,933 (Sept. 8, 2003).

greenhouse gas emissions were endangering public health or welfare by contributing to climate change.[42]

On remand, EPA concluded that motor vehicle greenhouse gas emissions were endangering public health and welfare.[43] As $CO_2$ emissions are intertwined with vehicle fuel economy (Eq. (4)), in 2010 and 2012, EPA and DOT jointly promulgated standards to implement their (now) overlapping obligation to regulate fuel economy and $CO_2$ emissions for model year 2012 to 2025 motor vehicles.[44] When it promulgated these standards, EPA promised to revise the fuel economy equation if it decided to change the test fuel in a future rule.[45]

## B. The Carbon-Related Exhaust Emissions Calculation

To calculate carbon dioxide emissions under the greenhouse gas standards, EPA measures $CO_2$ and all other carbon-related exhaust emissions (CREE) in grams per mile. This ensures that automakers are not able to report lower $CO_2$ emissions by emitting other carbon pollution.[46]

The CREE equation is as follows:[47]

$$CREE = (CWF_{t.fuel} \div 0.273 \times HC) + (1.571 \times CO) + CO_2 \qquad \text{Eq. (5)}$$

---

[42] *Id.* at 532.

[43] *Endangerment and Cause or Contribute Finding for Greenhouse Gases Under Section 202(a) of the Clean Air Act*, 74 Fed. Reg. 66,496 (Dec. 15, 2009).

[44] 40 C.F.R. § 86.1818-12. Because DOT lacks authority to promulgate standards for more than five years in a row, the fuel economy standards for model years 2022 to 2025 were non-binding "augural" standards. 49 U.S.C. § 32902(b)(3)(B).

[45] *2017 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions and Corporate Average Fuel Economy Standards*, 77 Fed. Reg. 62,624, 62,777–78 (Oct. 15, 2012) ("If the certification test fuel is changed to include ethanol through a future rulemaking, EPA would be required under EPCA to address the need for a test procedure adjustment to preserve the level of stringency of the CAFE standards.").

[46] CREE and $CO_2$ emissions are nearly identical because $CO_2$ accounts for nearly all the carbon mass in gasoline-vehicle exhaust emissions. *See, e.g.*, 40 C.F.R. App'x II(b)(1) (Reporting a sample of "HC = .139 grams/mile. CO = 1.59 grams/mile. $CO_2$ = 317 grams/mile," or 99.5% $CO_2$ mass emissions).

[47] *Id.* § 600.113-12(h)(2)(i). 0.273 is the carbon weight fraction of $CO_2$, and 1.571 converts CO to $CO_2$-equivalent emissions by accounting for the additional mass of the additional oxygen molecule.

### III.   The Tier 3 E10 Test Fuel

#### A.   EPA's Delay in Implementing E10 Test Fuel for Fuel Economy and Greenhouse Gas Emissions Compliance

In the 2014 Tier 3 Rule, EPA changed the emissions certification test fuel from E0 to E10 to reflect the widespread use of E10 in the marketplace.[48] Under the Tier 3 Rule, some light-duty vehicles began using E10 for emissions testing in model year 2017, and beginning in 2020, all gasoline light-duty vehicles must be certified for emissions testing with the E10 fuel.

EPA, however, deferred the use of the E10 test fuel for fuel economy and greenhouse gas emissions compliance, requiring the continued use of the Tier 2 E0 test fuel until model year 2020.[49] EPA argued that it lacked sufficient data to develop a fuel economy equation for the new E10 test fuel, but noted that it intended to use future certification data from new vehicles tested with both E0 and E10 test fuel to develop an appropriate equation.[50] EPA rejected comments by the International Council for Clean Transportation and the Alliance for Automobile Manufacturers suggesting that an R factor of 0.96 for the E10 test fuel would be justified based on the available data from EPA and DOE test programs.[51] EPA reasoned that these R factor datasets were based on vehicles certified to comply with Tier 2 emission standards, and not the Tier 3 emission standards that would apply beginning in model year 2017.[52]

---

[48] *Id.* §§ 86.113-15(a)(1), 1065.710(b); *see also Control of Air Pollution From Motor Vehicles: Tier 3 Motor Vehicle and Fuel Standards*, 79 Fed. Reg. 23,414, 23,526 (Apr. 28, 2014) (Tier 3 Rule) ("[W]e are requiring all light-duty . . . gasoline vehicles to be certified to Tier 3 standards on federal E10 test fuel.").

[49] 40 C.F.R. § 600.117(a).

[50] Tier 3 Rule, 79 Fed. Reg. at 23,531 ("While there has been some data evaluated to assess the impact of changing the emission test fuel on the 'R' factor, EPA did not propose a value in the NPRM and specifically stated that we would continue to investigate this issue and if necessary address it as part of a future action, as opposed to changing it in the Tier 3 final rule."); *id.* at 23,532 (stating that current studies "will provide data need to assess the 'R' value" and stating that "EPA expects to have the needed data in early to mid 2015 and will then be in a position to conduct a thorough assessment of the impacts of different emission test fuels on Tier 3/LEV III vehicles and develop any appropriate adjustments and changes, in consultation and coordination with NHTSA.").

[51] EPA, Summary and Analysis of Comments for Control of Air Pollution from Motor Vehicles: Tier 3 Motor Vehicle Emission and Fuel Standards, EPA-420-R-14-004, 4-352 (Feb. 2014) (Tier 3 Response to Comments) ("We do not agree with ICCT that a value of 0.96 is appropriate because it is not based on the results for Tier 3/LEV III technology vehicles tested on Tier 3/LEV III fuels."); *id.* at 4-357 ("Test data based on Tier 3/LEVIII fuel in Tier 3/LEVIII technology vehicles will provide the data needed to determine any appropriate test procedure changes. The data available now such as that discussed in Appendix 8 of the Alliance and Global Automakers comments may inform the analysis but are not sufficient to meet the needs of the assessment since it does not focus fully on the fuels and vehicles of interest.").

[52] *Id.*

### B.     The E10 Test Fuel's Effect on Fuel Economy and Carbon Dioxide

#### 1.     The E10 test fuel has a significantly lower energy density than the 1975 test fuel, reducing fuel economy.

Due to changes in the test fuel specifications (primarily lower aromatic hydrocarbons and higher ethanol content), the Tier 3 E10 test fuel's VED is approximately 2.65% lower than the VED of the 1975 test fuel.[53] The following table, developed using the test fuels used in the proposed rule, illustrates the relevant differences in fuel properties between the 1975, Tier 2 E0, and the Tier 3 E10 test fuels:

**Table 1 - Test Fuel Properties[54]**

|                  | 1975 Test Fuel | Tier 2 Test Fuel | Tier 3 Test Fuel |
| ---------------- | -------------- | ---------------- | ---------------- |
| NHC (Btu/lb)     | 18,507         | 18,446           | 17,785           |
| S.G.             | 0.7394         | 0.7437           | 0.7490           |
| VED (Btu/gal)    | 114,089        | 114,374          | 111,061          |
| **ΔVED**         |                | **0.25%**        | **-2.65%**       |

As a result of its lower VED, changing to the Tier 3 test fuel will have a significant effect on fuel economy results. Consequently, if the goal is to ensure fuel economy results that are comparable to 1975, it is important to develop an R factor that accurately reflects how future Tier 3 vehicle fuel economy will tend to respond to the changes in test fuel VED relative to the 1975 fuel.

#### 2.     The E10 test fuel has a significantly lower carbon-intensity than the gasoline test fuel, reducing carbon dioxide emissions.

Vehicles tested using the Tier 3 E10 test fuel will have significantly lower $CO_2$ emissions than vehicles tested with Tier 2 gasoline test fuel, primarily because the Tier 3 E10 test fuel has a significantly lower carbon intensity (approximately 1.33% less carbon per unit of energy).[55]

---

[53] See EPA-HQ-OAR-2016-0604-0028; Proposed Rule, 85 Fed. Reg. at 28,583; see also Leone et al., supra note 21, at 10,785 ("Increased content of aromatic hydrocarbons or ethanol tend to have opposite effects: aromatics typically yield an increase in volumetric energy content (LHVv = LHVm × ρ; MJ/L) and carbon intensity or energy-based carbon content (Ce = Cm/LHVm; kg C/MJ), while ethanol tends to result in a decrease in these properties.").

[54] See Exhibit A.

[55] See Tier 3 Certification Fuel Impacts Test Program, EPA-420-R-18-004, 5, Table 3.1 (Jan. 2018) (Tier 3 Test Fuel Program).

## IV.   THE SAFE RULE

DOT and EPA adjusted the fuel economy and greenhouse gas standards in April 2020 as part of the Safer Affordable Fuel-Efficient (SAFE) Vehicles final rule.[56] EPA could have used the rulemaking as an opportunity to consider the effect of the E10 test fuel on the stringency of the standards, as automobile manufacturers urged during the comment period.[57] As the Auto Alliance argued, "considerations that could affect stringency should not be considered as separate issues but should be handled together as a comprehensive evaluation.[58] But EPA did not consider the effect of the E10 test fuel in the final rule.

## V. THE PROPOSED RULE

### A.    The Tier 3 Certification Fuel Impacts Test Program

Instead of using Tier-3-vehicle certification data to determine the new R factor, in 2018, EPA finalized a report for a test program it conducted to determine the change in fuel economy and $CO_2$ emissions attributable to the transition from Tier 2 E0 to Tier 3 E10 test fuel (the "Tier 3 Test Program").[59]

For the Test Program, EPA borrowed eleven (primarily Tier-2 certified) vehicles from other test programs, which EPA asserted "represent a variety of technologies likely to be used . . . in the future."[60] The tested vehicles ranged in model year from 2013 to 2016 and included seven passenger cars, three light-duty trucks, and one heavy-duty Class 2b truck (the Chevrolet Silverado 2500). [61] EPA conducted emissions testing on each vehicle over the Federal Test Procedure (FTP) and Highway Fuel Economy (HFET) drive cycles, using both Tier 2 E0 and Tier 3 E10 test fuels.[62]

Based on the Test Program results, EPA calculated the change in emissions and fuel economies for each vehicle for each drive cycle when using the Tier 2 and Tier 3 fuels. EPA then used these calculations to determine the adjustment factors included in the test procedures of the proposed rule.

---

[56] *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Years 2021-2026 Passenger Cars and Light Trucks*, 85 Fed. Reg. 24,174 (Apr. 30, 2020) (SAFE Rule).

[57] Auto Alliance Comments, NHTSA-2018-0067-12073, at 40–41 (Oct. 26, 2018).

[58] *Id.*

[59] *See generally* Tier 3 Test Fuel Program, *supra* note 55.

[60] *Id.* at 5. All except one test vehicle (the 2016 Honda Civic) were certified to Tier 2 instead of Tier 3 standards.

[61] *Id.* at 6-7.

[62] *Id.* at 7.

## B.  The Proposed Fuel Economy Equation

In the proposed rule, EPA revises the fuel economy equation in several respects. First, EPA proposes to update the denominator of the carbon balance equation by replacing the measurement of total hydrocarbon emissions with a measurement of the non-methane organic gases (NMOG) and a weighted methane emission term.[63] Second, the agency proposes to update the test methods used to determine several quantities required for the calculation.[64] EPA expects these changes to have only a small effect on the calculated fuel economy.[65] Finally, and most significantly, EPA proposes to replace the R factor with a new "$R_a$ factor."[66] The new $R_a$ factor is intended to account for the change in fuel economy that results from changing the test fuel (as the existing R factor does), as well as any changes that result from the proposed adjustments to test methods and carbon-balance determinations.[67] The proposed fuel economy equation is:[68]

$$FE_{CAFE} = CB \times AF \qquad \text{Eq. (5)}$$

where the blue portion, $CB$, is the new carbon-balance fuel economy:

$$CB = \frac{CMF_{t.fuel} \times SG_{t.fuel} \times \rho_{H2O}}{(CMF_{exh} \times NMOG + 0.749 \times CH_4 + 0.429 \times CO + 0.273 \times CO_2)} \qquad \text{Eq. (6)}$$

And the red portion, $AF$, is the new test-fuel-specific adjustment factor:

$$AF = \frac{SG_{b.fuel} \times NHC_{b.fuel}}{\left(R_a \times SG_{t.fuel} \times NHC_{t.fuel} + \left(SG_{b.fuel} \times NHC_{b.fuel} \times (1 - R_a)\right)\right)} \qquad \text{Eq. (7)}$$

The adjustment factor $AF$ includes the new $R_a$ factor introduced by EPA. Based on its analysis of the results of the Tier 3 Test Program, EPA proposes an $R_a$ value of 0.81.[69] EPA's proposed value is significantly lower than the R factor that has been repeatedly found in other EPA and DOE studies.[70]

---

[63] Proposed Rule, 85 Fed. Reg. at 28,575.

[64] *Id.*

[65] *Id.*

[66] *Id.*

[67] *Id.*

[68] *Id.*

[69] *Id.* at 28,575.

[70] *See* Sluder, *supra* note 33, at 11 (analyzing results from three previous EPA studies of ethanol blend fuels on vehicle performance and determining average R factors ranging from 0.891 to 0.949).

## C. The Proposed $CO_2$ Emissions Adjustment

In the proposed rule, EPA also proposes, for the first time, to apply an adjustment factor to the measured $CO_2$ emissions. Based on results from the Tier 3 Test Program showing that vehicles emitted, on average, 1.66% less $CO_2$ when tested using Tier 3 fuel than when using Tier 2 fuel, EPA proposes to multiply $CO_2$ emissions produced by the Tier 3 test fuel by a factor of 1.0166 "to produce the expected $CO_2$ performance had the vehicle been tested over the same test cycles while operating on Tier 2 fuel."[71]

## D. The Proposed Timeline for Implementation

To avoid disruptions in vehicle testing, EPA proposes a delayed, phased implementation of the Tier 3 test fuel.[72] Specifically, EPA proposes that use of the Tier 3 test fuel be optional for model year 2021 and 2022 vehicles, required for new testing on model year 2023 and 2024 vehicles except in vehicle models that remain "essentially unchanged," and required for all model year 2025 vehicles.[73]

This phase-in schedule was developed based on EPA's assumption that it would be "issuing a final rule . . . for this proposal later in 2019."[74] Remarkably, EPA failed to update the proposed phase-in schedule even though a final rule is now unlikely to be published until late in 2020 at the earliest. Automobile manufacturers will begin selling model year 2022 vehicles as early as January 2, 2021.[75] The automobile industry would thus have only a single year of lead time before the E10 test fuel is required, much shorter than the phase-in period EPA had planned when drafting the proposal.

## ARGUMENT

## I. THE PROPOSED $CO_2$ ADJUSTMENT FACTOR VIOLATES THE CLEAN AIR ACT.

In the proposed rule, EPA, for the first time ever, proposes applying an adjustment factor to measured vehicular $CO_2$ emissions for the purpose of adjusting CAA emission standards to a new test fuel. EPA's proposed $CO_2$ adjustment factor of 1.0166 artificially inflates the $CO_2$ emissions of vehicles certified on Tier 3 test fuels by making their $CO_2$ emissions appear 1.66% higher than they are. By misusing its limited authority to promulgate *accurate test procedures* to instead adjust the *stringency of the $CO_2$ standards*, EPA violates the CAA and evades statutorily prescribed requirements for changing emissions standards.

---

[71] Proposed Rule, 85 Fed. Reg. at 28,573.

[72] *Id.* at 28,577.

[73] *Id.*

[74] *Id.*

[75] *See* 40 C.F.R. § 85.2304 (defining the "annual production period").

## A. The Clean Air Act Does Not Allow EPA to Adjust Test Procedures to Artificially Distort $CO_2$ Emissions from Vehicles Using Tier 3 Test Fuel.

While EPA has discretion under the CAA to define and execute appropriate emissions test procedures, EPA's proposed $CO_2$ adjustment, which artificially distorts the $CO_2$ emissions measured on vehicles certified using Tier 3 test fuel, exceeds that discretion.

Title II of the CAA directs EPA to "prescribe (and from time to time revise) . . . standards applicable to the emission[s] . . . from any class or classes of new motor vehicles," including $CO_2$ emissions.[76] To establish compliance with the prescribed emission standards, EPA is authorized to test, or require manufacturers to test, vehicles "in such manner as [the agency] deems appropriate."[77] EPA can further revise those tests "[f]rom time to time . . . as deem[ed] appropriate."[78]

EPA's authority to adjust emissions test procedures under Title II is not, however, unbounded. Congress unequivocally indicated its desire that test procedures reflect actual vehicle emissions, directing EPA to "review and revise" test procedures "to insure that vehicles are tested under circumstances which *reflect the actual current driving conditions under which motor vehicles are used*, *including conditions relating to fuel*, temperature, acceleration, and altitude."[79]

Moreover, the CAA limits EPA to defining test procedures that are "*appropriate* . . . to determine whether [a vehicle] conforms with" the emissions standards set under CAA § 202(a).[80] While the term "appropriate" may "leave[] agencies with [some] flexibility," the term still must be "[r]ead naturally in the [] context" of the statute.[81] The most natural understanding of the term "appropriate" in the context of CAA § 206 is that test procedures should reflect accurate, *actual*, real-world vehicle emissions. It is not appropriate to *distort* measured emissions simply to maintain stringency.

Indeed, EPA itself has historically interpreted its authority to set test procedures as requiring test procedures that reflect actual, not scaled, tailpipe $CO_2$ emissions. For each test fuel that EPA currently allows in certification—gasoline, diesel, methanol, natural gas, ethanol, liquified petroleum gas, and related fuel blends—EPA's procedures for determining CREE reflect the actual—not "adjusted"—vehicle $CO_2$ emissions.[82] EPA's proposed $CO_2$

---

[76] CAA § 202(a)(1), 42 U.S.C. §7521(a)(1); *Massachusetts*, 549 U.S. at 528.

[77] CAA §§ 206(a)(1), a(3)(B), 42 U.S.C. §§ 7525(a)(1), (a)(3)(B).

[78] CAA § 206(a)(4)(B), 42 U.S.C. §7525(a)(4)(B).

[79] CAA § 206(h), 42 U.S.C. § 7525(h) (emphasis added); *see also Energy Future Coalition v. EPA*, 793 F.3d 141, 147 (D.C. Cir. 2015) ("[T]he Clean Air Act provides that EPA's test fuel regulations must 'reflect the actual current driving conditions under which motor vehicles are used, including conditions relating to fuel.'").

[80] CAA § 206(a)(1), 42 U.S.C. § 7525(a)(1) (emphasis added).

[81] *Michigan v. EPA*, 135 S. Ct. 2699, 2707 (2015); *see also City of Boerne v. Flores*, 521 U.S. 507, 517 (1997) (legislation is "appropriate" if it is "adapted to carry out the objects the amendments have in view") (quoting *Ex Parte Virginia*, 100 U.S. 339, 345–46 (1879)).

[82] *See* 40 C.F.R. § 600.113-12(h)–(m).

adjustment, which artificially inflates $CO_2$ emissions of vehicles certified with the Tier 3 test fuel by 1.66%, would be unprecedented. It would single out the Tier 3 E10 test fuel and perversely penalize it alone for its lower carbon output.

Under the CAA, changes in vehicle emissions due to changes in test fuels are properly addressed by adjusting emission standards, not by changing test procedures. This is, in fact, what EPA has proposed to do in a recent notice of proposed rulemaking for heavy-duty engines and other engines.[83] In that notice, EPA proposes allowing certification of certain marine engines, nonroad engines, recreational vehicles, and motorcycles using the E10 test fuel instead of E0.[84] Recognizing that the change to E10 could have "significant effects on the HC, $NO_x$, and CO emissions," EPA states that it "would generally expect to adopt adjusted standards . . . [to] maintain[] equivalent stringency."[85] There is no compelling reason why EPA should depart from this approach of adjusting standards, not test procedures, in addressing any changes to $CO_2$ emissions of light-duty vehicles due to the use of the Tier 3 test fuel.

EPA's contrary argument here is unpersuasive. In the preamble to the proposed rule, EPA claims, without support, "that for testing for $CO_2$ emissions compliance under the Clean Air Act, the statute allows, but does not require [$CO_2$ emissions] adjustments back to 1975 test procedures, including for changes in test fuel properties."[86] The relevant Title II provisions, however, make no reference to scaling vehicle emissions test procedures to align with decades-old test procedures.[87] Indeed, as $CO_2$ emissions were first regulated in model year 2012,[88] EPA's theory is a pure anachronism: there are no 1975 $CO_2$ test procedures EPA could adjust to.

EPA nevertheless claims that the $CO_2$ adjustment is necessary "to produce the expected $CO_2$ performance had the vehicle been tested over the same test cycles while operating on Tier 2 fuel."[89] However, unlike the EPCA, which expressly states that compliance with fuel economy standards is tied to the 1975 test fuel,[90] Title II nowhere suggests that the greenhouse gas vehicle emissions used for compliance purposes are tied to a particular (i.e., Tier 2) baseline.[91] Instead, the most natural reading of the CAA's requirement that "emission[s] . . . from any . . . new motor vehicles or new motor vehicle engines" must meet prescribed

---

[83] *Improvements for Heavy-Duty Engine and Vehicle Test Procedures, and Other Technical Amendments*, 85 Fed. Reg. 28,140, 28,153–54 (May 12, 2020) (Heavy-Duty Engine Rule).

[84] *Id.* at 28,154.

[85] *Id.*

[86] Proposed Rule, 85 Fed. Reg. at 28,567.

[87] *See* CAA §§ 202 to 219, 42 U.S.C. §§ 7521 to 7554.

[88] 40 C.F.R. § 86.1818-12(c).

[89] Proposed Rule, 85 Fed. Reg. at 28,573.

[90] 49 U.S.C. § 32904(c).

[91] *See* CAA §§ 202 to 219, 42 U.S.C. §§ 7521 to 7554.

standards[92] is that *actual* measured tailpipe emissions—not some scaled version of them—must meet the imposed standards.

Had Congress intended EPA to develop test procedures that scale emissions tailpipe measurements in order to align with some predetermined model year baseline, it could have said so—as it did in the EPCA.[93] The absence of any such language in the CAA suggests that Congress meant exactly what it said: that emissions test procedures should "reflect the *actual* current driving conditions under which motor vehicles are used, including conditions relating to fuel,"[94] meaning the procedures reflect the actual $CO_2$ emissions generated by tested vehicles using a particular test fuel that is representative of market fuel.

Furthermore, the proposed adjustment is based on a fundamental misconception of EPA's statutory role under § 202(a) of the CAA. EPA asserts that its $CO_2$ adjustment is "predicated on a view of [greenhouse gas] . . . stringency as relating to vehicle efficiency rather than tailpipe emissions in a market representative fuel mix."[95] But unlike with CAFE, the purpose of $CO_2$ regulation is not improving vehicle "efficiency," but protecting the health and welfare of the people of the United States.[96] As the Supreme Court observed in *Massachusetts v. EPA*, "EPA has been charged with protecting the public's 'health' and 'welfare,' a statutory obligation wholly independent of DOT's mandate to promote energy efficiency."[97] Yet the proposed $CO_2$ adjustment is unlawfully predicated on the notion that § 202(a) is an energy-efficiency mandate no different from DOT's obligation to increase fuel economy, in contravention of the Supreme Court's interpretation of the Act.

Finally, EPA's interpretation of the scope of § 206 has no principled limitation. If EPA may conjure up fake carbon molecules to the emissions of E10 simply to "maintain stringency," EPA would also be able to make measured carbon molecules disappear if regulatory changes or other factual circumstances make the standards more difficult to achieve than initially planned. This kind of hocus-pocus has no basis in the statute.

EPA has no discretion to bias the test procedures against a test fuel to adjust the stringency of the $CO_2$ standards. It should abandon its novel and flawed view of the CAA and adopt test procedures that measure real tailpipe $CO_2$ emissions.

### B. The Proposed $CO_2$ Adjustment Evades Statutory Requirements for Changing Emissions Standards.

The proposed rule evades EPA's statutorily prescribed obligations by changing the $CO_2$ emissions standard without considering the economic costs of compliance, as required by

---

[92] *See* CAA § 202(a)(1), 42 U.S.C. § 7521(a)(1).

[93] 49 U.S.C. § 32904(c).

[94] CAA § 206(h), 42 U.S.C. § 7525(h) (emphasis added).

[95] Proposed Rule, 85 Fed. Reg. at 28,566; *id.* at 28,570 (claiming the proposed $CO_2$ adjustment is "necessary to realign test results to maintain efficiency controls at the vehicle manufacturer level.").

[96] CAA § 202(a)(1), 42 U.S.C. § 7521(a)(1).

[97] *Massachusetts*, 549 U.S. at 532 (citation omitted).

CAA § 202(a).[98] While EPA cannot artificially distort tailpipe emissions through its test procedures to maintain some extratextual efficiency baseline, § 202(a) of the CAA does give EPA the authority to directly revise emissions standards "from time to time."[99] Indeed, as noted above, changing emissions standards is the way EPA has traditionally addressed changes in test fuels, vehicle technologies, and consumer behavior.[100] Section 202(a) requires, however, that any changes to emissions standards can only take effect "after such period as [EPA] finds necessary to permit the development and application of the requisite technology, giving appropriate consideration to the cost of compliance within such period."[101] This provision requires EPA to consider, and thus justify, the economic costs of compliance when implementing new vehicle emissions standards or increasing stringency.[102] As the Supreme Court has noted, "[n]o regulation is 'appropriate' if it does significantly more harm than good."[103]

The proposed rule changes the $CO_2$ emissions standards for Tier 3 vehicles tested on E10. It does so by artificially inflating $CO_2$ emissions for vehicles certified using the Tier 3 E10 test fuel. Vehicles certified on the Tier 3 E10 test fuel will have to meet a $CO_2$ emissions standard that is effectively 1.63% more stringent than the current standard for vehicles certified on the Tier 2 E0 test fuel.[104] This represents a significant change. Under the SAFE Rule, $CO_2$ emissions standards increase in stringency at a rate of approximately 1.5% per year.[105] EPA's proposed adjustment factor effectively advances $CO_2$ emissions standards by over a year for vehicles certified using Tier 3 test fuel.

But instead of using its standard-setting authority under § 202(a), EPA attempts to institute that change by manipulating the test procedures. This error is not harmless: it evades EPA's requirement to examine and justify the economic costs of compliance, circumventing the

---

[98] *See* CAA § 202(a)(2), 42 U.S.C. § 7521(a)(2).

[99] CAA § 202(a), 42 U.S.C. § 7521(a).

[100] *See, e.g.,* Heavy-Duty Engine Rule, 85 Fed. Reg. at 28,154; *see also* Tier 3 Final Rule, 79 Fed. Reg. at 23,449 (noting that EPA "adopt[ed] more stringent standards [for] non-methane organic gases (NMOG), $NO_x$, and PM and evaporative hydrocarbon emissions" based on the recent development of "a wide range of improved technologies capable of reducing [these] emissions"); SAFE Rule NPRM, 83 Fed. Reg. at 42,991 (observing that the proposed $CO_2$ and fuel economy standard changes were motivated, in part, because "previous assumptions about how much fuel can be saved or how much emissions can be reduced by employing various technologies may not have played out as prior analyses suggested," specifically citing lower-than-expected adoption rates of particular vehicle technologies).

[101] CAA § 202(a)(2), 42 U.S.C. § 7521(a)(2).

[102] *See Motor & Equipment Mfrs. Assoc. v. EPA*, 627 F.2d 1095, 1118 (D.C. Cir. 1979) (*MEMA*) (observing that section 202(a)'s "cost of compliance" provision "requires that emission regulations be technologically feasible within economic parameters"); *see also* SAFE Rule, 85 Fed. Reg. at 25,105 (noting that, when promulgating standards under CAA section 202(a), "EPA must consider costs to those entities which are directly subject to the standards") (citing *MEMA*, 627 F.2d at 1118).

[103] *Michigan v. EPA*, 135 S. Ct. 2699, 2707 (2015).

[104] Inflating the measured $CO_2$ emissions by 1.66% results in an effective lowering in the $CO_2$ standard of 1.63%. *See* Exhibit B.

[105] SAFE Rule, 85 Fed. Reg. at 24,175; 40 CFR § 86.1818-12.

requirements of § 202(a). If EPA wishes to adjust stringency to maintain "vehicle efficiencies" in $CO_2$ emissions, it must do so through the comprehensive and transparent evaluation required by CAA § 202(a), not through a backdoor test procedure adjustment that will distort emission results.

Historically, EPA has considered all the relevant factors before adjusting the stringency of the standards. EPA's past changes to emissions standards have included extensive analyses of the economic impact of the proposed changes. EPA most recently adjusted the $CO_2$ emissions standards in April 2020 as part of the SAFE Rule.[106] The preamble for that rule included detailed modeling justifying its proposed $CO_2$ emissions standard change, as well as detailed joint EPA-NHTSA regulatory impact analyses considering all of the relevant costs and benefits.[107]

The proposed rule deviates from this pattern. In contrast to the SAFE Rule or prior standards, EPA's preamble here contains only cursory statements that the proposed rule "should not result in . . . any significant changes in the projected incremental technology costs of the standards to manufacturers,"[108] and that the rule "is expected to result in no more than de minimis costs."[109] These cursory statements are inadequate. They are also only true if the adjustments effect no change in the standards, which, as demonstrated below, is not the case, given the significant shortcomings of the Tier 3 Test Program.[110]

The preamble includes no substantive discussion of the costs of the effective change in standards.[111] As a result, EPA's perfunctory discussion of the proposed rule's costs falls far short of its statutory and legal obligation to consider all of the relevant factors and at least pay "some attention to cost" when adjusting $CO_2$ emissions standards under the CAA to take into account regulatory changes.[112]

## II.  THE PROPOSED $CO_2$ ADJUSTMENT IS AN ARBITRARY AND CAPRICIOUS DEPARTURE FROM THE AGENCY'S POLICY OF FUEL NEUTRALITY.

EPA's proposed $CO_2$ adjustment is also an arbitrary and capricious departure from the Agency's policy of fuel neutrality. When it departs from precedent, an "agency must at least 'display awareness that it is changing position' and 'show that there are good reasons for the new policy.' "[113]

---

[106] SAFE Rule, 85 Fed. Reg. at 25,268.

[107] *See generally id.*

[108] Proposed Rule, 85 Fed. Reg. at 28,579.

[109] *Id.* at 28,580; *see also id.* at 28,578.

[110] *See infra* Section V.

[111] *See* Proposed Rule, 85 Fed. Reg. 28,564.

[112] *Michigan*, 135 S. Ct. at 2707.

[113] *Encino Motorcars, LLC v. Navarro*, 136 S. Ct. 2117, 2126 (2016) (quoting *FCC v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009)).

By singling out the Tier 3 E10 test fuel for a $CO_2$ penalty, EPA departs from its historic approach of applying emissions standards and related test procedures in a way that is "fuel neutral," so that "vehicles certified to operate on any fuel (e.g., gasoline, diesel fuel, ethanol blends, compressed natural gas, liquefied natural gas, hydrogen, and methanol) are all subject to the same standards."[114] In doing so, it eliminates the natural advantage of low-carbon test fuels in the certification process and wipes out the incentive to develop and adopt cleaner, lower-carbon fuels and technologies, cutting-off a promising pathway for achieving lower emissions and lower cost vehicles.

EPA's proposed rule effectively places a thumb on the scale in favor of electrification and against clean, low-carbon fuels, ultimately harming both the environment and the consumer. Moreover, by discouraging adoption of low-carbon fuels like high-octane mid-level ethanol blends as an option to reduce $CO_2$ emissions, EPA's approach only endangers the public health and welfare, contrary to EPA's statutory duty.[115] To advance its mandate, EPA should encourage *all* fuel and vehicle low-carbon solutions, not pick winners and losers by erecting barriers to particular fuels.

And yet, EPA fails to even acknowledge its departure from the principle of fuel neutrality. That is arbitrary and capricious.

## III. THE PROPOSED $CO_2$ ADJUSTMENT IS UNNECESSARY GIVEN THE LEAD TIME PROVIDED BY EPA.

Under EPA's current phase-in schedule, the E10 test fuel will not be required for all vehicles until model year 2025.[116] Because the phase-in schedule is based on the erroneous assumption that EPA would be "issuing a final rule . . . for this proposal later in 2019," the phase-in of the E10 test fuel should be extended by at least an additional model year, if not more.[117] In the final rule, consistent with the original intent of the phase-in schedule, the E10 test fuel should not be required until at least model year 2026, the very last year covered by the SAFE Rule.

This phase-in schedule for the E10 test fuel belies EPA's professed need to adjust test procedures in order to maintain the stringency of the SAFE Rule. If the E10 test fuel will only be required for the very final years of the SAFE Rule, then there is no need for any adjustment whatsoever. EPA could simply delay the use of the E10 test fuel for an additional year or two until it has an opportunity to set new greenhouse gas standards, as it will likely do again long

---

[114] Cong. Research Serv., Tier 3 Motor Vehicle Emission and Fuel Standards 4 (Apr. 28, 2014); *see also* Tier 3 Rule, 79 Fed. Reg. at 23,558 ("Consistent with the Tier 2 principle of vehicle and fuel neutrality, the same Tier 3 standards apply to all LDVs, LDTs, or MDPVs, regardless of the fuel they use, as proposed. That is, vehicles certified to operate on any fuel (e.g., gasoline, diesel fuel, E85, CNG, LNG, hydrogen, and methanol) are all subject to the same standards.").

[115] *See* CAA § 202(a)(1), 42 U.S.C. § 7521(a)(1).

[116] Proposed Rule, 85 Fed. Reg. at 28,577.

[117] *Id.*

before model year 2026. At that time EPA could consider the use of the E10 test fuel as part of the ordinary standard-setting process, as the CAA requires.

Even if it wanted to transition to $CO_2$ certification with the E10 test fuel long before model year 2026, EPA has sufficient lead time to properly revise the $CO_2$ emissions standards using its authority under CAA § 202(a).[118] If EPA believes that existing $CO_2$ emissions standards are too lenient as a result of the new Tier 3 E10 test fuels, the agency should change the $CO_2$ emissions standards while maintaining fuel-neutral test procedures.[119]

## IV. THE PROPOSED $CO_2$ ADJUSTMENT MAY BE WITHDRAWN WITHOUT A SUPPLEMENTAL NOTICE OF PROPOSED RULEMAKING.

Because elimination of the $CO_2$ adjustment is a logical outgrowth of the proposed rule, EPA can withdraw the adjustment without issuing a Supplemental Notice of Proposed Rulemaking (SNPRM). "[N]otice and comment requirements are met when an agency issues rules that do not exactly coincide with the proposed rule so long as the final rule is the 'logical outgrowth' of the proposed rule."[120] A final rule is "the logical outgrowth of a proposed rule if a new round of notice and comment would not provide commenters with 'their first occasion to offer new and different criticisms which the agency might find convincing.' "[121]

In the preamble to the proposed rule, EPA expressly "requests comment on whether the Agency should consider a regulatory approach where [it] require[s] the use of Tier 3 gasoline certification fuel without any test procedure adjustment for $CO_2$."[122] Withdrawal of the $CO_2$ adjustment is clearly a contemplated option, and parties are unambiguously invited to comment on that alternative approach. A SNPRM would not provide any new opportunity for different or unexplored criticisms beyond that which exists in the present round of comment, so it is unwarranted.

## V. THE PROPOSED $R_A$ FACTOR EXCEEDS EPA'S AUTHORITY TO ADJUST FUEL ECONOMY TEST PROCEDURES.

Under the existing statutory framework, Congress granted exclusive authority to DOT to "prescribe by regulation average fuel economy standards for automobiles."[123] EPA has no authority to change the stringency of standards set by DOT. Rather, EPA is limited to

---

[118] CAA § 202(a), 42 U.S.C. § 7521(a).

[119] *Id.*

[120] *Association of Battery Recyclers, Inc. v. EPA*, 208 F.3d 1047, 1058–59 (D.C. Cir. 2000) (citation and quotation marks omitted).

[121] *Id.* at 1059 (quoting *Fertilizer Inst. v. EPA*, 935 F.2d 1303, 1311 (D.C. Cir. 1991)).

[122] Proposed Rule, 85 Fed. Reg. at 28,566.

[123] 49 U.S.C. § 32902(a).

prescribing fuel economy test procedures that give "comparable results" to the procedures used for model year 1975.[124]

There is ample evidence that EPA's proposed $R_a$ factor of 0.81 is too low and that an accurate $R_a$ factor is closer to 1.[125] Imposing an $R_a$ factor that is too low yields adjusted Tier 3 fuel economy results that are too low compared to the results that would be generated under 1975 vehicle test procedures, violating the comparability requirement.

Moreover, EPA's improperly low proposed $R_a$ factor makes the fuel economy standards harder to meet, effectively raising their stringency and exceeding EPA's limited authority to adjust fuel economy test procedures.[126]

A simple example illustrates this increase in stringency: if the accurate $R_a$ factor is 1—a value that is close to values suggested by previous studies[127]—EPA's proposed $R_a$ of 0.81 results in an adjusted Tier 3 fuel economy that is 0.52% lower than the accurate adjusted fuel economy, effectively increasing the standard that a vehicle certified with a Tier 3 test fuel must meet by the same amount.[128]

This increase in stringency will also be expensive. Given the difficulty of improving fuel economy, this 0.52% increase in stringency is significant. Current fuel economy standards set by DOT require an annual increase in fleet average fuel economy of approximately 1.5%.[129] The additional increase imposed by EPA's inaccurate $R_a$ factor amounts to a one-time stringency increase of over 0.5%, in addition to the annual 1.5% increase. This change will likely impose significant additional costs on automobile manufacturers and new motor vehicle purchasers.[130]

DOT has not analyzed the effect of this increase in stringency. DOT last adjusted the fuel economy standards in April 2020 as part of the SAFE final rule.[131] The standards were changed only after an extensive cost-benefit analysis, consideration of multiple alternatives,

---

[124] *See* 49 U.S.C. § 32904(c).

[125] *See, e.g.,* Sluder, *supra* note 33, at 11; *see also infra* Section VII.

[126] The effect of an inaccurate $R_a$ factor on adjusted Tier 3 fuel economy is apparent from the Adjustment Factor (AF) portion (Eq. (7)) of the EPA's proposed fuel economy equation. For the Tier 3 test fuel, which has a NHC less than that of the 1975 base fuel, lowering $R_a$ beyond the accurate value lowers the resultant AF, which then lowers the calculated adjusted fuel economy. Increasing $R_a$ above the accurate value has the reverse effect.

[127] *See, e.g.,* Sluder, *supra* note 33, at 11.

[128] *See* Exhibit C.

[129] SAFE Rule, *supra* note 56, 85 Fed. Reg. at 24,188.

[130] *See id.* at 24,201, Table II-20 (cataloging the costs of alternative annual percentage increases in CAFE stringency).

[131] *Id.* at 25,272–74.

and opportunity for public comment.[132] EPA undertakes no such cost-benefit analysis or consideration of alternatives in its notice of proposed rulemaking,[133] and regardless, EPA has no authority to make any such change. Only DOT has legal authority to promulgate regulations that increase the stringency of fuel economy standards.

EPA's authority in this instance is limited to promulgating an $R_a$ factor that gives "comparable results" to the test procedures used for model year 1975.[134] Because EPA's proposed $R_a$ factor of 0.81 is erroneous, the proposed rule changes fuel economy standards, just as the SAFE rule did, and thus it exceeds EPA's statutory authority to adjust test procedures.

## VI. THE PROPOSED RULE IS ARBITRARY AND CAPRICIOUS BECAUSE IT IS BASED ON A FLAWED TEST PROGRAM.

EPA's proposed rule is based exclusively on its analysis of the test results of the Tier 3 Test Program. But both the underlying Test Program as well as EPA's analysis of the Test Program's results are defective. EPA's determined adjustment factors are thus arbitrary and capricious, and subject to judicial reversal.[135]

The Tier 3 Test Program's design is defective because it did not use representative Tier 3 vehicles, nor did it test enough vehicles. As a result, EPA is unable to determine accurate adjustment factors for the E10-certified Tier 3 light-duty vehicle and truck fleet with enough statistical certainty.

EPA's analysis of the Test Program data was also flawed. Specifically, EPA systematically elected to include unreliable and unrepresentative vehicle data that lowered the determined $R_a$ factor, while unnecessarily excluding vehicle data that would increase the determined $R_a$ factor. The result is that EPA's proposed $R_a$ factor is far lower than the $R_a$ factor would be if the Test Program's data were properly analyzed.[136]

Finally, EPA's conclusions from the Test Program are inconsistent with the results of its own prior studies, casting further doubt on the accuracy and reliability of its proposed adjustment factors.

---

[132] The notice of proposed rulemaking for the SAFE Rule was published on Aug. 24, 2018 and consisted of 515 pages in the Federal Register. 83 Fed. Reg. 42,986 (Aug. 24, 2018). (SAFE Rule NPRM). After receiving more than 750,000 comments, 85 Fed. Reg. at 24,181, and holding three public hearings, https://www.regulations.gov/document?D=EPA-HQ-OAR-2018-0283-0757, the SAFE Rule was finalized on April 20, 2020. 85 Fed. Reg. 24,174. The publication of the final rule ran 1105 pages, which included an extensive cost-benefit analysis and discussion of considered alternatives. *Id.*

[133] *See* Proposed Rule, 85 Fed. Reg. 28,564.

[134] *See* 49 U.S.C. § 32904(c).

[135] *See* 5 U.S.C. § 706(2)(A). For the same reason, the fuel economy adjustment violates EPCA's "comparability" requirement. 49 U.S.C. § 32904(c).

[136] For the same reasons, the $CO_2$ adjustment is higher than it would be, if the data were properly analyzed.

In short, EPA should not finalize an $R_a$ that will govern fuel economy testing for years or decades to come based on an egregiously faulty Test Program and a faulty data analysis that is contradicted by other available data.

## A.    The Test Program Did Not Use Representative Tier 3 Vehicles.

Because the Tier 3 Test Program did not include representative Tier 3 Vehicles, by EPA's own standard, the Test Program cannot yield accurate Tier 3 adjustment factors.

In the Tier 3 Final Rule, EPA stated that "emission test data generated by [] early Tier 3/LEVIII vehicles covering both Tier 2 and Tier 3 test fuel will provide data needed to assess the "R" value."[137] Indeed, EPA expressly rejected suggestions that the Tier 3 R factor could be determined based on tests performed on non-Tier 3-certified vehicles (i.e., on Tier 2-certified vehicles), stating that an R factor that is "not based on the results for Tier 3/LEV III technology vehicles tested on Tier 3/LEV III fuels" would not be appropriate for future vehicles.[138]

Of the eleven vehicles in the Tier 3 Test Program, only one was certified to Tier 3 standards. The remainder are certified according to Tier 2 standards. By EPA's own criterion, then, the test vehicles it selected for the Tier 3 Test Program cannot be used to determine the Tier 3 $R_a$ factor because they were not Tier 3 or LEVIII certified.

Moreover, the eleven test vehicles do not, as EPA desires, "represent how the fleet will look in the future."[139] Vehicle technologies, especially those related to fuel efficiency, advance rapidly. Between 2012 and 2016, for example, efficient Atkinson Cycle engines, previously "limited to [hybrid and plug-in hybrid electric vehicles] . . . have been introduced into non-hybrid applications."[140] In that same time frame, "[a] new generation of [continuously variable transmissions] CVTs has been introduced," which "have significant improvements in the areas of efficiency, integration, and customer acceptance over the previous generation."[141] Indeed, at least three of the eleven test vehicles include engines that are no longer available in the 2020 model lines.[142]

---

[137] Tier 3 Final Rule, 79 Fed. Reg. at 23,532.

[138] *See* Tier 3 Response to Comments, *supra* note 51, at 4-353; *see also id.* 4-352 ("We do not agree with ICCT that a value of 0.96 is appropriate because it is not based on the results for Tier 3/LEV III technology vehicles tested on Tier 3/LEV III fuels.").

[139] Proposed Rule, 85 Fed. Reg. at 28,568.

[140] EPA et al., Draft Technical Assessment Report: Midterm Evaluation of Light-Duty Vehicle Greenhous Gas Emissions Standards and Corporate Average Fuel Economy Standards for Model Years 2022-2025, 5-31, EPA-420-D-16-900 (July 2016).

[141] *Id.* at 5-6.

[142] The 2013 Chevrolet Malibu's 2.4L I4 GDI engine, the 2013 Nissan Altima's 2.5L I4 PFI engine, and the 2016 Chevrolet Silverado 2500's 6.0L V8 PFI engine are no longer offered in the 2020 model lines. *See* 2020 Chevrolet Malibu Specifications, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/malibu/2020.tab1.html; 2020 Nissan Altima

There is no reason to believe that continued improvements in vehicle technology will stall. The oldest vehicles in the Tier 3 Test Program were 2013 models, and the newest are 2016 models.[143] EPA's proposed rule thus locks-in dated effects: fuel economies of model year 2023 vehicles, the first for which the rule would be mandatory,[144] would be adjusted based on the performance of decade-old technologies.

EPA asserts that it selected vehicles "to cover a wide range of engine configurations and cylinder displacements, and related technologies," and "focused on specific technologies . . . instead of on specific vehicles [because the] distribution of specific vehicles [that will be part of the fleet] over the 2025 and later time period is . . . difficult to anticipate."[145] But the distribution of EPA's selected technologies in the future fleet is also difficult to anticipate. Without market projections—which EPA does not provide—it is impossible to know whether the Tier 3 Test Program includes enough vehicle technologies to "represent how the fleet will look in the future."[146]

In any event, as shown in Table 2, the distribution of technologies of the ten vehicles used to determine $R_a$ are not even representative of model year *2019* vehicles, let alone 2023 and future model year vehicles.

**Table 2 – Technologies Underrepresented in Test Program Compared to MY 2019**

|  | CVT | 7+Gears | Cylinder Deactivation | StopStart | Hybrid |
|---|---|---|---|---|---|
| Tier 3 Test Program[147] | 20% | 10% | 10% | 20% | 0% |
| MY 2019[148] | 24% | 48% | 13% | 36% | 6% |

Specifications, https://www.nissanusa.com/vehicles/cars/altima/specs/compare-specs.html#modelName=S|FWD; 2020 Chevrolet Silverado 2500HD Specifications, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/silveradohd/2020.tab1.html.

[143] Tier 3 Test Fuel Program, *supra* note 55, at 7.

[144] Proposed Rule, 85 Fed. Reg. at 28,577.

[145] *Id.* at 25,568.

[146] *See id.*

[147] Proposed Rule, 85 Fed. Reg. at 28,570, Table III-2; Tier 3 Test Fuel Program, *supra* note 55, at 8, Table 3.2 (excluding the 2016 Acura ILX, which EPA did not included in its analysis).

[148] EPA, Highlights of the Automotive Trends Report, Highlight 5#, https://www.epa.gov/automotive-trends/highlights-automotive-trends-report#Highlight5.

These fuel-efficiency technologies are likely to increase in the future fleet as the standards increase.[149] EPA's test program is thus not representative of future technologies and likely underpredicts $R_a$ in future vehicles.[150]

## B.   The Test Program Used Too Few Vehicles.

The Tier 3 Test Program used far too few vehicles to be able to determine an $R_a$ factor with acceptable statistical accuracy. As a result, applying the values derived from the Test Program to the entire light-duty vehicle and truck fleet is scientifically indefensible and thus would be arbitrary and capricious.[151]

The Tier 3 Test Program evaluated only eleven vehicles, and EPA used data from only ten of those vehicles to determine an $R_a$ factor. By contrast, when contemplating a similar test procedure change for California vehicles in 1995, EPA determined that "to reach a conclusion regarding the appropriate R factor for [the new test fuel], EPA would need city and highway tests . . . *for a minimum of 75 to 100 [ ] vehicles.*"[152] EPA's own scientific experts further acknowledge that "[t]he R factor calculation is sensitive to experimental variability; hence large amounts of data are needed to examine R values with reasonable confidence intervals."[153]

EPA's experimental determination of a fleet-wide $R_a$ factor has two primary sources of uncertainty: (1) variability in the measurement of $R_a$ on any individual vehicle and (2) variability in the actual $R_a$ across different vehicles. Reducing uncertainty arising from an individual vehicle (source (1)) requires taking *repeated measurements on the same vehicle*. Reducing uncertainty arising across different vehicles (source (2)) requires taking *measurements on many different vehicles*. If an insufficient number of replicate tests are taken on a given vehicle or an insufficient number of vehicles are tested, the resulting uncertainty in the determined $R_a$ will be unacceptably large, and thus unable to predict an average $R_a$ that will be accurate for the light-duty vehicle fleet.

EPA's Tier 3 Test Program Report presents both prospective and retrospective statistical power analyses showing that the agency performed enough replicate tests on each vehicle to reduce the uncertainty due to variability in individual vehicle measurements (i.e., source (1))

---

[149] *See* 2019 EPA Automotive Trends Report 50 ("The use of cylinder deactivation in gasoline vehicles has been steadily climbing, and in model year 2018 gasoline engines with cylinder deactivation were 13% of all vehicles. This trend is expected to continue."); *id.* at 61 ("[M]anufacturers are increasingly adopting transmissions with seven or more speeds and CVTs."); *id.* at 98 ("The implementation of stop/start has been increasing rapidly.").

[150] *See* Sluder, *supra* note 34, at 9 (R values "shift upwards as engine efficiency improves").

[151] *See* 5 U.S.C. § 706(2)(A).

[152] EPA Guidance Letter CD-95-09, at 3 (June 1, 1995) (EPA, CD-05-09); EPA's NPRM on Vehicle Test Procedure Adjustments for Tier 3 Test, Fuel Presentation Prepared for OMB OIRA Meeting, at 7 (May 28, 2019) (OIRA Meeting) (emphasis added).

[153] Sluder, *supra* note 33, at 11.

to an acceptable level.[154] EPA does not address, however, in either its Tier 3 Test Program Report or in the preamble, whether it tested a sufficient number of different vehicles to reduce the uncertainty due to the variation in $R_a$ across vehicles (i.e., source (2)) to an acceptable level.[155]

Though EPA failed to present an uncertainty analysis for $R_a$, an estimate of the uncertainty in the Test Program results can be derived from EPA's data. Because of the small number of vehicles EPA tested and the significant variation in $R_a$ across different vehicles, the resulting uncertainty in the proposed $R_a$ factor is unacceptably large.

The uncertainty in EPA's proposed $R_a$ value can be estimated by first calculating an $R_a$ factor for each of the ten vehicles in EPA's data set, and then applying standard uncertainty analysis techniques to the ten calculated $R_a$ values.[156] Performing this analysis using EPA's reported data and assuming a t-distribution with a 95% confidence interval[157] yields an estimated uncertainty of ±0.39 in EPA's proposed $R_a$ value of 0.81. This uncertainty is considerable, as it suggests that EPA can only state, with 95% confidence, that an accurate fleet-wide $R_a$ factor falls somewhere between 0.42 and 1.20.[158]

This level of uncertainty is unacceptably large in the context of fuel economy standards. With this uncertainty range, the adjusted fuel economies calculated using the proposed $R_a$ factor of 0.81 could be expected to deviate from the accurate adjusted fuel economy by more than 1%,[159] a significant difference when the annual fuel economy increase required by the current CAFE standards is itself 1.5%.[160]

The unacceptably large uncertainty in EPA's proposed $R_a$ conclusively establishes that the Tier 3 Test Program did not test enough vehicles to determine a representative $R_a$ factor with a sufficient level of statistical certainty for the purpose of fuel economy standards. It also corroborates EPA's own previous conclusion that the agency must test nearly *ten times* as many vehicles to determine an $R_a$ factor with satisfactory certainty.[161] Given the uncertainty

---

[154] Tier 3 Test Fuel Program, *supra* note 55, at 14–16, 22–24.

[155] *See id.*; Proposed Rule, 85 Fed. Reg. at 28,564–86.

[156] *See, e.g.,* Richard DeVor et al., Statistical Quality Design and Control 592–600 (1992). A similar method was used by Sluder et al. in evaluating the uncertainty of R factors in previous EPA studies. *See* Sluder, *supra* note 33, at 8–9.

[157] *See* Exhibit D. Use of the t-distribution is appropriate due to the small sample size (i.e., ten vehicles) and the uncertainty in the underlying population variance. *See* DeVor, *supra* note 156, at 594–95.

[158] Strictly speaking, the uncertainty analysis indicates that, 95% of the time that an average $R_a$ is determined from a set of ten vehicles (selected from the entire population of vehicles), that average $R_a$ will fall between 0.42 and 1.2.

[159] The fuel economy Adjustment Factor (Eq. (7)) for $R_a$=0.42 is $AF_{0.42}$ 1.0113, for $R_a$=0.81 is $AF_{0.81}$=1.0220, and for $R_a$=1.20 is $AF_{1.2}$=1.0329. As a result, the difference between adjusted fuel economies determined using $R_a$=0.42 and $R_a$=0.81 is $(AF_{0.81}/AF_{0.42}-1)$ = 1.06%, and the difference using $R_a$=1.20 and $R_a$=0.81 is $(AF_{0.81}/AF_{1.20}-1)$ = -1.06%.

[160] SAFE Rule, 85 Fed. Reg. at 24,188.

[161] *See* EPA, CD-05-09, *supra* note 152, at 3; OIRA Meeting, *supra* note 152, at 7.

in EPA's analysis, finalizing the proposed $R_a$ factor of 0.81 and applying it to all light-duty vehicles and trucks would be arbitrary and capricious.[162]

## C.    EPA's Analysis of Test Program Data Was Flawed.

EPA's analysis of the limited data it had from the Test Program is also flawed. Specifically, EPA systematically includes outlier data and data from unrepresentative vehicles that lowers the determined $R_a$ factor, while needlessly excluding other vehicle data that would increase the $R_a$ factor. As a result, the adjustment factors calculated by EPA are arbitrary and capricious.

### 1.    EPA's analysis included unreliable Malibu 1 results.

EPA's analysis inappropriately includes unreliable, outlier results from a faulty 2013 Chevrolet Malibu ("Malibu 1") test vehicle, which significantly skews EPA's calculations and leads to a proposed $R_a$ factor that is far too low. The unreliability of the Malibu 1 results is evidenced both by EPA's own observations of the vehicle's behavior—recorded in the Tier 3 Test Program Report—and by the Test Program results.

The Tier 3 Test Program Report states that data from initial Malibu 1 highway cycle tests was discarded because it demonstrated an "inconsistent trend as compared to [city cycle] FTP data . . . [and because] [t]hese tests also had some repeatability issues."[163] Later testing on the Malibu 1 was also problematic. The Test Program Report notes that the Malibu 1 vehicle exhibited a "fault code" after being returned from another testing group.[164] Though "[n]ecessary actions were taken to resolve any issues" before subsequent testing, "an accelerator fault code occasionally occur[ed] on the Tier 2 [Malibu 1 highway cycle] HFET tests with a message indicating reduced engine power."[165] EPA retained—and includes in its analysis—the data from these later faulty Malibu 1 tests, however, since, despite the accelerator error, the Malibu 1's "speed trace" data indicated that the vehicle's speeds met the HFET cycle requirements during those tests.[166]

While EPA recorded no speed trace violation on those tests, the Test Program Report does note that the Malibu 1 data was "conspicuous for the [large] size of its standard deviations, particularly on the Tier 2 fuel" tests,[167] which included the very HFET tests on which the accelerator fault code had triggered. Indeed, the Malibu 1 Tier 2 and Tier 3 HFET drive quality metrics show *substantially* larger variance than the drive metrics for any other

---

[162] *See* 5 U.S.C. § 706(2)(A).

[163] Tier 3 Test Fuel Program, *supra* note 55, at 12.

[164] *Id.* at 12.

[165] *Id.* at 27.

[166] *Id.*

[167] *Id.* at 20.

vehicle.[168] The inconsistency of the test data, the repeated triggering of engine fault codes during testing, and the substantially larger variation in drive quality metrics for HFET drive cycles all indicate that the Test Program's Malibu 1 data is unreliable and should be excluded from subsequent analyses.

The Test Program's results further confirm that the Malibu 1 result is an outlier that significantly skews the $R_a$ value and $CO_2$ adjustments. One broadly accepted approach for identifying outlier data is the interquartile range test, which can be used to determine upper and lower bounds for "normal" (i.e., non-outlier) data.[169] Generally, data that fall outside of these bounds are considered outliers that should be excluded from subsequent analyses.

Under the interquartile range test, the Malibu 1 result is unambiguously an outlier. The percentage difference between the Malibu 1's Tier 3 and Tier 2 adjusted fuel economies, 1.02%, falls well above the upper bound for "normal" percentage change in fuel economies.[170] The same conclusion follows when considering the individual $R_a$ factors that can be calculated for each vehicle: the Malibu 1 $R_a$ factor of 0.44 is below the lower bound for "normal" $R_a$ factors determined by the interquartile range method.[171]

Because the Malibu 1's individual $R_a$ factor is so much lower than those of the other vehicles tested, including the Malibu 1 results substantially lowers EPA's calculated $R_a$ factor. If the Malibu 1 results are excluded, EPA's method of selecting an $R_a$ factor that "produces a fleet average fuel economy difference very close to zero between the two test fuels"[172] for the remaining nine vehicles yields an $R_a$ factor of 0.86, significantly higher than EPA's proposed value of 0.81.[173] For the same reason, EPA's failure to exclude the outlier Malibu 1 results also significantly inflates its proposed $CO_2$ adjustment factor.[174]

Excluding the outlier Malibu 1 results not only increases the determined $R_a$ factor, but also yields an $R_a$ that better aligns the Tier 3 and Tier 2 adjusted fuel economies (i.e., leads to a better "fit"). The effectiveness of a particular $R_a$ factor at aligning Tier 3 and Tier 2 adjusted

---

[168] For example, the average absolute speed change recorded for the Malibu 1 during Tier 2 and Tier 3 testing was 9.82% and 10.12%, respectively. These variations are substantially larger than those recorded for the other ten vehicles: the average speed change of those other ten vehicles was 3.39%, with a maximum speed change of 6.26% for the Altima during Tier 2 testing, substantially less than that recorded for Malibu 1. Tier 3 Test Fuel Program, *supra* note 55, at 28, Table 4.4.2.

[169] Under the interquartile range test, a data point is considered an outlier if it falls more than 1.5 times the interquartile range above the third quartile (the upper bound) or more than 1.5 times the interquartile range below the first quartile (the lower bound). *See, e.g.,* Danial T. Larose & Chantal D. Larose, Discovering Knowledge in Data: An Introduction to Data Mining 35–36 (2nd ed., 2014). Note that the interquartile range test is considered to be more robust than other common outlier tests, such as approaches based on the standard deviation of the sample data. *Id.* at 36.

[170] *See* Exhibit E.

[171] *See id.*

[172] Proposed Rule, 85 Fed. Reg. at 28,575.

[173] *See* Exhibit F.

[174] If the Malibu 1 data is excluded from the analysis, the calculated average difference in $CO_2$ emissions would be only 1.56%. *See* Exhibit P.

fuel economies can be evaluated by calculating the root mean square error (RMSE) of the data set. The RMSE is a generally accepted metric for assessing the "goodness of fit" of a model, that is, how well the model (i.e., the Tier 3 adjusted fuel economy equation) predicts the observed values (i.e., the 1975 fuel economies, as estimated by the Tier 2 adjusted fuel economies).[175] The lower the RMSE, the better the model is at predicting (i.e., aligning with) the observed values.

While EPA does not report RMSE, or any other estimate of fit, for its proposed $R_a$, the RMSE can be calculated from the data included in the preamble. Using EPA's proposed $R_a$ factor of 0.81, determined by including the Malibu 1 data, yields a RMSE of 0.1492.[176] Alternatively, using an $R_a$ factor of 0.86, determined by excluding the Malibu 1 data, yields an RMSE of 0.0940.[177] The significantly lower RMSE associated with the $R_a$ factor of 0.86 indicates that the $R_a$ factor of 0.86 better aligns the Tier 3 and Tier 2 adjusted fuel economies of the tested vehicles.

Even had the Malibu 1 data been reliable, the vehicle's inclusion in the Test Program would still be inappropriate because it is not representative of the vehicles to which the rule will apply. EPA observed in the preamble that, "because it was necessary . . . to estimate test fuel effects into future years, [EPA was] not able to base [its] vehicle selection solely on the vehicle fleet as it currently exists. In other words, it was critical that the agency select vehicles equipped with technologies that represent how the fleet will look in the future (rather than how the fleet looks today)."[178] As a 2013 model, the Malibu 1 is one of the oldest vehicles in the Test Program.[179] Beyond the now-common gasoline direct injection, which is also present in seven other test vehicles, the Malibu 1 does not include any of the technologies EPA cited as being "likely to be used to meet the [greenhouse gas] emission and fuel economy standards in the future."[180] And its 2.4L engine is no longer even available in the 2020 Malibu model line.[181] The 2013 Malibu 1 is thus unlikely to "represent how the fleet will look in the future,"[182] and is particularly unlikely to be representative of the model year 2023 and later

---

[175] *See, e.g.*, Larose, *supra* note 169, at 279; Daniel Kaplan, Stats for Data Science, Chapter 16.1 (2019), https://dtkaplan.github.io/SDS-book/mean-square-error.html#mean-square-error.

[176] *See* Exhibit G.

[177] *See id.*

[178] Proposed Rule, 85 Fed. Reg. at 28,568.

[179] *See* Tier 3 Test Fuel Program, *supra* note 55, at 7, Table 3.2.

[180] *See id.* at 5-7, Table 3.2.

[181] The 2013 Chevrolet Malibu's 2.4L DOHC I-4 VVC DI engine is no longer offered in the 2020 Chevrolet Malibu line. *See* 2013 Chevrolet Malibu Specifications, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/malibu/2013.tab1.html; 2020 Chevrolet Malibu Specifications, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/malibu/2020.tab1.html.

[182] *See* Proposed Rule, 85 Fed. Reg. at 28,568.

vehicles for which the rule is mandated.[183] The Malibu 1 should not have been included as one of the Tier 3 Test Program test vehicles in the first place.

## 2. EPA's analysis arbitrarily excluded Acura results.

While EPA inappropriately included the unreliable, outlier results from the unrepresentative Malibu 1 test vehicle, it arbitrarily excluded from its analysis results from the 2016 Acura ILX (the "Acura") test vehicle simply because they were "unexpected."[184] By excluding the Acura results, EPA's determined $R_a$ factor was lower than it would have been had it included all Test Program vehicles in its analysis.

EPA's rationale for excluding the Acura results from its analysis is unpersuasive. EPA states that "[t]he Acura showed a noticeably larger fuel economy difference than other vehicles on the highway cycle (HFET)" and "an unexpected level of fuel economy sensitivity to the test fuel's octane rating."[185] This octane-dependence was unexpected "[b]ecause the vehicle is not labeled by the manufacturer as requiring premium fuel."[186]

Excluding data simply because that data is "unexpected" runs contrary to sound scientific principles. There are likely many vehicles that are not "premium required" and yet exhibit some sensitivity to the higher octane of the Tier 2 test fuel. Throwing these results out thus makes the study less representative and further biases the results against the lower octane Tier 3 test fuel.

It also makes the Tier 3 Test Program less representative of future vehicles. Indeed, as a 2016 vehicle, the Acura is one of the newest vehicles in the Tier 3 Test Program.[187] It is also the only test vehicle to include a dual clutch transmission, a key technology for improving engine efficiency that is expected to proliferate in the coming years.[188] The Acura is thus more likely to be representative of the Tier 3 vehicles to which the proposed $R_a$ factor would apply than many of the other vehicles in the Tier 3 Test Program; accordingly, the Acura's results should be included in any Test Program analysis.

---

[183] Under the Proposed Rule, manufacturers have the option of using the Tier 3 test fuel (and the proposed adjustment factors) for testing of model years 2021 and 2022 vehicles and would be required to use the Tier 3 test fuel for testing of new 2023 and 2024 vehicles. Proposed Rule, 85 Fed. Reg. at 28,577.

[184] Proposed Rule, 85 Fed. Reg. at 28,572.

[185] *Id.*

[186] *Id.*

[187] Tier 3 Test Fuel Program, *supra* note 55 at 7, Table 3.2.

[188] *See id.*; Press Release, Market Watch, *Dual-Clutch Transmissions Market Growth Analysis by 2026 | Top 3 key trends that will fuel the industry outlook* (May 28, 2020), https://www.marketwatch.com/press-release/dual-clutch-transmissions-market-growth-analysis-by-2026-top-3-key-trends-that-will-fuel-the-industry-outlook-2020-05-28; *see also* Nat'l Research Council, Cost, Effectiveness, and Deployment of Fuel Economy Technologies for Light-Duty Vehicles 24, Table 2.1 (2015) ("NRC Technology Report") (indicating that 56% of model year 2025 vehicles are expected to include 8-speed dual clutch transmissions based on EPA and NHTSA 2012 projections).

If the Acura is included in the analysis with the other ten test vehicles, EPA's method[189] yields an $R_a$ factor of 0.86,[190] significantly higher than EPA's proposed value of 0.81. Indeed, if the unreliable, unrepresentative 2013 Malibu 1 results are excluded, analysis of the remaining ten vehicles (including the 2016 Acura) yields an even higher $R_a$ factor of 0.90.[191]

### 3. EPA's analysis was skewed by high-pumping loss vehicle results.

EPA's determination of an $R_a$ factor was further skewed by the overrepresentation of inefficient high-pumping loss vehicles in the Test Program vehicle set. Four out of the eleven Tier 3 Test Program vehicles—the Nissan Altima, the 2013 Chevrolet Malibu (Malibu 1), the Dodge Ram 1500, and the Chevrolet Silverado 2500—include large displacement engines when compared to other vehicles in their class (e.g., mid-size sedans and full-size trucks). The larger displacements in these engines lead to higher pumping losses, reducing efficiency.[192] None of these engines include technologies, like cylinder deactivation, projected to be widely used in the near future to substantially reduce pumping and friction losses in the lightly loaded fuel economy drive cycles.[193] Indeed, three of these engines are not even offered for the 2020 model year vehicles.[194] These test vehicles are thus not representative of the future vehicle fleet.

R factors drop as engine efficiencies drop.[195] Including these four inefficient vehicles in the Tier 3 Test Program thus significantly lowered the $R_a$ factor calculated by EPA. If these four vehicles are excluded from the analysis and the Acura results are retained, EPA's method for selecting $R_a$ yields an $R_a$ factor of 0.96, a result that is consistent with other available science.[196]

### D. The Test Program Results are Inconsistent with Previous EPA Studies.

EPA's analysis is also questionable because its determined $R_a$ factor is inconsistent with the results of numerous other recent EPA studies that have determined R factors much closer to 1.

Within the past decade, EPA has sponsored or participated in at least three studies that have generated the data necessary to determine the R factor for vehicles operating using gasoline-ethanol fuel blends: the DOE Immediate Ethanol Effects Study, the EPAct/V2/E-

---

[189] EPA determined its $R_a$ factor by selecting the value that "produces a fleet average fuel economy difference very close to zero between the two test fuels." Proposed Rule, 85 Fed. Reg. at 28,575.

[190] *See* Exhibit H.

[191] *See* Exhibit I.

[192] Pumping loss is energy lost to move air into and exhaust out of the cylinder. The losses account for about 5% of total fuel energy. NRC Technology Report, *supra* note 188, at 24.

[193] *Id.* at 33–34.

[194] *See supra* note 142.

[195] *See* Sluder, *supra* note 34, at 9 (R values "shift upwards as engine efficiency improves.").

[196] *See* Exhibit J.

89 Study, and the DOE Catalyst Durability Study.[197] These studies included vehicles spanning model years 1999 to 2009.[198]

While these studies were not designed specifically to measure R factor, the data they generated is nonetheless appropriate for doing so.[199] These previous EPA studies also have a significant advantage over the Tier 3 Test Program in that they evaluated a considerably larger number of vehicles and fuel blends, allowing determination of an R factor with much greater certainty than EPA is able to do based on the Tier 3 Test Program data.[200] So, while the vehicle selection and test method varied slightly compared to the Tier 3 Test Program, the results from these studies still provide a valuable reference point for corroborating EPA's conclusions from its Tier 3 Test Program.

These three previous studies uniformly found higher average R factors than EPA's proposed $R_a$ of 0.81. Analysis of the Immediate Ethanol Effects Study results yielded an R factor ranging from 0.86 to 0.89, the EPAct Study yielded an R factor of 0.92, and the Catalyst Durability Study yielded an R factor of 0.94 to 0.96.[201] All of these studies had significantly lower uncertainties in their determined R factors than EPA has in its proposed $R_a$ factor: the maximum R factor uncertainty among the three studies of $\pm 0.087$,[202] compared to an uncertainty of $\pm 0.39$ in EPA's proposed $R_a$.[203] The R factor derived from these studies can be compared directly to EPA's proposed $R_a$,[204] and their uniformly higher values confirm that EPA's Tier 3 Test Program analysis underestimates R.

## VII.  EPA SHOULD ADOPT AN $R_A$ FACTOR OF 0.95 OR HIGHER

Instead of relying on its flawed analysis of its limited test data, in the absence of additional data from Tier 3-certified vehicles, EPA should adopt the findings of its most recent and most extensive previous study, the Catalyst Durability Study, which determined an R factor of

---

[197] Sluder, *supra* note 33, at 4.

[198] *See id.* at 5-8.

[199] *See id.* at 4.

[200] The Immediate Ethanol Effects Study included measurements on sixteen vehicle models and four fuel blends; the EPAct Study included measurements on fifteen vehicle models and a set of twenty-seven fuels; and the Catalyst Durability Study included 18 matched sets of vehicle models and four test fuels that produced data appropriate for R factor analysis. *See* Sluder, *supra* note 33, at 4–5. The estimated uncertainties (95% confidence) for the R factor determinations from these studies ranges from 0.010 to 0.075, *id.* at 9-10, significantly smaller than the uncertainty in EPA's analysis for the proposed rule. *See* Section VI.B, *supra*.

[201] Sluder, *supra* note 33, at 9–10.

[202] The Immediate Ethanol Effects Tier 2 fleet estimate had an uncertainty of 0.087 and the overall fleet estimate had an uncertainty of 0.075, *id.* at 9. The EPAct Study's uncertainty was 0.010, *id.*, and the Catalyst Durability Study's uncertainty ranged from 0.042 to 0.051. *Id.* at 10. All reported uncertainties are for a 95% confidence interval. *Id.* at 9.

[203] *See* Exhibit D; Section VI.B., *supra*.

[204] While EPA's $R_a$ factor includes a correction to account for the proposed changes in the carbon-balance calculation, Proposed Rule 86 Fed. Reg. at 28,575, that correction is minimal, as the proposed changes in the carbon-balance calculation have a very small effect on calculated fuel economy. *See* Exhibit K.

approximately 0.95.[205] That study measured emissions of eighteen vehicle models in matched sets of three or four vehicles, with tests from fifty-nine vehicles analyzed to determine R.[206] Unlike the Immediate Ethanol Effects and EPAct studies, which used the LA92 drive cycle,[207] the Catalyst Durability Study used the same FTP city drive cycle required for Tier 3 certification.[208] Vehicles were tested using a variety of ethanol blends, including E10, and each vehicle was evaluated at three emissions test intervals—the beginning, middle, and end of the test program.[209]

The average R factor for Tier 2 vehicles was 0.94; when inconsistent results from one model were excluded, the average R factor was 0.96.[210] The large number of vehicles, fuel blends, and intervals tested yields estimated uncertainty in these values of less than ±0.06.[211] Because vehicle fuel economies are typically more sensitive to fuel VED for highway drive cycles than for city drive cycles, the R factor of approximately 0.95 determined by the Catalyst Durability Study for the FTP city cycle can be considered a lower bound for the weighted city-highway R.[212]

An $R_a$ factor of 0.95 or higher would not only be more scientifically defensible than EPA's proposed value of 0.81, it would be consistent with EPA's Test Program data when appropriate vehicles are considered,[213] consistent with measurements on vehicles using ethanol blends over the last twenty-five years,[214] and in line with expected technological trends: as vehicle engines become more efficient, their R factors will continue to increase.[215] An $R_a$ factor of 0.95 or higher is thus justified and would likely be far more representative of the future fleet than the proposed $R_a$.

---

[205] Sluder, *supra* note 33, at 10; C. Scott Sluder & Brian H. West, *Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy* 12, ORNL/TM-2013/198 (June 2013) ("Catalyst Durability Study").

[206] *See* Catalyst Durability Study, *supra* note 205, at 3-4, 5, 7, Tables 2.3, 2.4.

[207] Sluder, *supra* note 33, at 4.

[208] Catalyst Durability Study, *supra* note 205, at 1.

[209] *Id.* at 4.

[210] Sluder, *supra* note 33, at 10; Catalyst Durability Study, *supra* note 205, at 12.

[211] Sluder, *supra* note 33, at 10.

[212] By definition, a greater sensitivity of fuel economy to fuel VED results in a larger R factor, since R is the percentage change in fuel economy divided by the percentage change in a test fuel's VED. The greater sensitivity of the highway cycle fuel economy to fuel VED is borne out in the Tier 3 Test Program results, which show that the average change in fuel economy between the Tier 2 and Tier 3 test fuels is larger for the HFET cycle (-2.98%) than for the FTP cycle (-2.29%). *See* Tier 3 Test Program Report at 21, Tables 4.2.1 and 4.2.1. *See also* Proposed Rule, 85 Fed. Reg. at 28,572, Figure III-2 (showing that the change in carbon balance fuel economy is greater for the HFET cycle than for the FTP cycle for nine of the eleven test vehicles).

[213] *See* Section VI.C.3, *supra*.

[214] A 1993 study determined R factors ranging from 0.92 to 0.93 for vehicles tested using ethanol blends. Hochhauser, *supra* note 31, at 18.

[215] Sluder, *supra* note 34, at 7.

# VIII. THE PROPOSED RULE FAILS TO COMPLY WITH EXECUTIVE ORDER 13771.

In addition to its legal and technical deficiencies, the proposed rule fails to comply with Executive Order (EO) 13,771. EO 13,771 requires that for "any new incremental costs associated with the new regulations shall . . . be offset by the elimination of existing costs associated with at least two prior regulations."[216] EO 13,771 applies to any "significant regulatory action," as defined by EO 12,866, "that has been finalized and that imposes total costs greater than zero,"[217] though "de minimis actions" "may qualify for a full or partial exemption from EO 13,771's" mandate.[218]

While EPA acknowledges that the proposed rule is a "significant regulatory action,"[219] it claims that the rule is exempt from the EO 13,771 requirements because it "is expected to result in no more than de minimis costs."[220] This determination, however, is improper.

The economic impact of EPA's underestimate of the $R_a$ factor is significant. One way to gauge the marginal economic impact of the rule is by looking at the fines payable under CAFE, which some automobile manufactures choose to pay in lieu of meeting the standards.[221] Under the current civil penalty rules, each 0.1 mpg below the CAFE standard carries a \$5.50 fine for each automobile produced subject to the standard.[222] This fine could rise to \$14 per vehicle per 0.1 mpg, depending on the outcome of pending litigation.[223] If an accurate $R_a$ factor is close to 1, finalizing EPA's proposed $R_a$ factor of 0.81 would underestimate adjusted fuel economy by about 0.2 mpg.[224] This underestimation could lead to a penalty of \$11 to \$28 per vehicle produced for a given standard. For a company like Fiat

---

[216] Exec. Order No. 13,771, 82 Fed. Reg. 9339, § 2(c) (Jan. 30, 2017).

[217] OMB, Guidance Implementing Executive Order 13771, Titled "Reducing Regulation and Controlling Regulatory Costs," 3 (Q2) (Apr. 5, 2017).

[218] *Id.* at 13 (Q33).

[219] Proposed Rule, 85 Fed. Reg. at 28,579.

[220] *Id.* at 28,580.

[221] Maxine Joselow, *Fiat Chrysler Faces \$79M Fine for Fuel Economy Shortfall*, E&E News (Oct. 17, 2019).

[222] 49 C.F.R. § 578.6(h)(2).

[223] The fine level of \$5.50 per 0.1 mpg is being challenged as inconsistent with the Inflation Adjustment Act. *New York v. NHTSA*, No. 19-2395 (2d Cir.). Oral argument was heard June 1. If these challenges succeed, the fine may be increased to \$14 a day, as proposed under the Obama Administration. 81 Fed. Reg. at 43,526.

[224] If the accurate $R_a$ factor is 1, EPA's proposed $R_a$ of 0.81 results in an underestimate of the adjusted Tier 3 fuel economy by 0.52%. *See* Exhibit C. Under the current CAFE standards set by the SAFE rule, the average fuel economy standard for model year 2021 will be 37.3 mpg. *See* NHTSA & EPA, The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Year 2021-2026 Passenger Cars and Light Trucks Final Regulatory Impact Analysis 1315, Table VII-2 (July 1, 2020 Update). As a result, the underestimate in adjusted fuel economy for a vehicle fleet that just meets the average standard is approximately 37.3 mpg x 0.52% = 0.19 mpg ≈ 0.2 mpg. The average results must be rounded to the nearest decimal as required by CAFE. 49 U.S.C. § 32904(c) ("A measurement of fuel economy *or a calculation of average fuel economy* shall be rounded off to the nearest .1 of a mile a gallon.") (emphasis added).

Chrysler, which produces about 1.5 million light-trucks per year,[225] the cost in fines of a 0.2 mpg increase would be $16.5 million under the current rules, or $42 million if the fine increases to $14 per vehicle per 0.1 mpg. For the 16 million new vehicles produced per year, the annual cost would be $176 million, or $448 million if the fine increases. Since companies are usually reluctant to pay fines, this fine-based approximation likely underestimates the actual compliance costs.

This approximation in the hundreds of millions per year also accounts only for the compliance costs of an inaccurate $R_a$ factor. EPA's proposed $CO_2$ adjustment also imposes additional costs. Though more difficult to calculate with certainty, manufacturers will incur additional compliance costs to satisfy the more stringent $CO_2$ emissions standards that result from the new $CO_2$ adjustment. Those costs are highly unlikely to be "de minimis."

As a result, the rule remains subject to the mandates of EO 13,771.

## CONCLUSION

To satisfy its obligations under the CAA and EPCA, EPA should reconsider its proposed rule and instead finalize a rule that eliminates the proposed $CO_2$ adjustment and that includes an $R_a$ factor of not less than 0.95.

---

[225] NHTSA, Projected Fuel Economy Performance Report, https://one.nhtsa.gov/CAFE_PIC/MY%202018%20and%202019%20Projected%20Fuel%20Economy%20Performance%20Report_v07%20-%20Final.pdf.

# Tab 9

## Exhibit A: Test Fuel Properties

| | 1975 Test Fuel* | Tier 2 Test Fuel† | Tier 3 Test Fuel‡ |
|---|---|---|---|
| **NHC (Btu/lb)** | 18507 | 18446 | 17785 |
| **S.G.** | 0.7394 | 0.7437 | 0.7490 |
| **Density (lb/gal)** | 6.165 | 6.200 | 6.245 |
| **VED (Btu/gal)** | 114089 | 114374 | 111061 |
| **ΔVED (%)** | | 0.25% | -2.65% |

**Inputs and Conversion Factors**

rho_H2O (g/gal)    3781.69 Proposed Rule, 40 CFR 600.113-12(o)(1)

Density Conversion Factors

| | |
|---|---|
| lb/kg | 2.20466 |
| g/kg | 1000 |

**\*1975 Test Fuel Properties**

NHC (MJ/kg)    43.047 Proposed Rule, 40 CFR 600.113-12(o)(1)

NHC Conversion Factors

| | |
|---|---|
| Btu/MJ | 947.82 |
| kg/lb | 0.4536 |
| Btu/MJ*kg/lb | 429.930 |

NHC (Btu/lb)    18507

S.G.    0.7394 Proposed Rule, 40 CFR 600.113-12(o)(1)

**†Tier 2 Test Fuel Properties (same as those used in NPRM Data Supplement 5-8-20, EPA-HQ-OAR-2016-0604-0028)**

NHC (Btu/lb)    18446 Tier 3 Test Program Report, Table A-1 (ASTM D3338)

S.G.    0.7437 Tier 3 Test Program Report, Table A-1 (ASTM D4052)

**‡Tier 3 Test Fuel Properties (same as those used in NPRM Data Supplement 5-8-20, EPA-HQ-OAR-2016-0604-0028)**

test fuel properties provided in Tier 3 Test Fuel Program, Tables A-1 and A-2, see

NHC (Btu/lb)    17785 Ex. N- Tier 3 Inputs

S.G.    0.7490 Tier 3 Test Program Report, Table A-1 (ASTM D4052)

# Exhibit B: Change in CO2 Emissions Standard

## Definitions

CREE = carbon-related exhaust emissions for test vehicle
CMF = carbon mass fraction of Tier 3 test fuel
NMOG = measured non-methane organic gas emissions of test vehicle
CO = measured CO emissions of test vehicle
$CO_2$ = measured $CO_2$ emissions of test vehicle
CH4 = measured CH4 emissions of test vehicle
$CO_2\_adj$ = adjusted $CO_2$ emissions using EPA's proposed adjustment factor
$AF\_CO_2$ = EPA's proposed $CO_2$ adjustment factor
CREE_standard = current regulatory standard for carbon-related exhaust emissions
CREE_standard_eff = effective carbon-related exhaust emissions resulting from EPA's proposed $CO_2$ adjustment factor
ΔCREE_standard = change in CREE (i.e., $CO_2$) standard that results from EPA's $CO_2$ adjustment

## Calculations

| | |
|---|---|
| $AF\_CO_2$ | 1.0166 |
| ΔCREE_standard | -1.63% | (calculating Eq. (8)) |

Because the CREE standard decreases, it becomes more difficult to meet and thus more stringent.

## Derivation

According to the Proposed Rule 40 CFR 600.113-12(o)(1):
$$CREE = (CMF/0.273 \times NMOG) + (1.571 \times CO) + (AF\_CO_2 \times CO_2) + (0.749 \times CH4) \quad \text{Eq. (1)}$$

Because $CO_2$ emissions are much larger than NMOG, CO, and CH4 contributions:
$$CREE \approx AF\_CO_2 \times CO_2 \quad \text{Eq. (2)}$$

Compliance with the CREE standard requires:
$$CREE \leq CREE\_standard \quad \text{Eq. (3)}$$

Substituting Eq. (2) into Eq. (3) yields:
$$AF\_CO_2 \times CO_2 \leq CREE\_standard \quad \text{Eq. (4)}$$

Rearranging terms of Eq. (4) yields:
$$CO_2 \leq CREE\_standard / AF\_CO_2 \quad \text{Eq. (5)}$$

The new effective CREE standard, that the $CO_2$ emissions actually must meet, is the right side of Eq. (5):
$$CREE\_standard\_eff = CREE\_standard / AF\_CO_2 \quad \text{Eq. (6)}$$

The change in CREE (i.e., $CO_2$) standard (ΔCREE_standard) is:
$$\Delta CREE\_standard = (CREE\_standard\_eff - CREE\_standard) / CREE\_standard \quad \text{Eq. (7)}$$

Substituting Eq. (6) into Eq. (7) yields
$$\Delta CREE\_standard = (1 / AF\_CO_2) - 1 \quad \text{Eq. (8)}$$

# Exhibit C: Change in Fuel Economy Standard

## Tier 3 Adjusted Fuel Economy Inputs

| | | | |
|---|---|---|---|
| CMF_testfuel* | 0.826 | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs | |
| SG_testfuel | 0.749 | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), Tier 3 Test Program Table A-1 | |
| rho_H2O | 3781.69 g/gal | Proposed Rule 40 CFR 600.113-12(o)(1) | |
| SG_basefuel | 0.7394 | Proposed Rule 40 CFR 600.113-12(o)(1) | |
| NHC_basefuel | 43.047 MJ/kg | Proposed Rule 40 CFR 600.113-12(o)(1) | |
| NHC_testfuel | 41.367 MJ/kg | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs | |

†*Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

## Calculations

| | Ra | Tier 3 Adj. Factor (AF)†† |
|---|---|---|
| | 1 | 1.0273 |
| | 0.81 | 1.0220 |
| Δ FE_standard | | 0.52% (calculating Eq. (8)) |

**Because the fuel economy standard increases, it becomes more difficult to meet and thus more stringent**

## Definitions

FE_0.81 = required, but incorrect, adjusted fuel economy using Ra=0.81

FE_1.0 = correct adjusted fuel economy using Ra=1.0

CB = carbon balance fuel economy measured using Tier 3 test fuel

AF_0.81 = fuel economy adjustment factor using Ra=0.81

AF_1.0 = fuel economy adjustment factor using Ra=1.0

FE_standard = current regulatory fuel economy standard

FE_standard_eff = effective fuel economy standard resulting from use of EPA's incorrect Ra factor

ΔFE_standard = change in fuel economy standard that results from imposing incorrect Ra factor

## Derivation

| | |
|---|---|
| $FE\_0.81 = CB \times AF\_0.81$ | Eq. (1) |
| $FE\_1.0 = CB \times AF\_1.0$ | Eq. (2) |

Combining Eq. (1) and Eq. (2) yields:

| | |
|---|---|
| $FE\_0.81 = FE\_1.0 \times (AF\_0.81 / AF\_1.0)$ | Eq. (3) |

If EPA imposes Ra = 0.81, compliance with the fuel economy standard requires:

| | |
|---|---|
| $FE\_0.81 \geq FE\_standard$ | Eq. (4) |

Substituting Eq. (3) into Eq. (4) yields:

| | |
|---|---|
| $FE\_1.0 \geq FE\_standard \times (AF\_1.0 / AF\_0.81)$ | Eq. (5) |

Because FE_1.0 is the correct adjusted fuel economy, Eq. (5) represents the correct (actual) fuel economy standard that vehicles must meet.

The new effective standard for the correct adjusted fuel economy (FE_1.0) is the right side of Eq. (5):

| | |
|---|---|
| $FE\_standard\_eff = FE\_standard \times (AF\_1.0 / AF\_0.81)$ | Eq. (6) |

The change in fuel economy standard that results from use of incorrect R (ΔFE_standard) is:

| | |
|---|---|
| $\Delta FE\_standard = (FE\_standard\_eff - FE\_standard) / FE\_standard$ | Eq. (7) |

Substituting Eq. (6) into Eq. (7) yields:

| | |
|---|---|
| $\Delta FE\_standard = (AF\_1.0 / AF\_0.81) - 1$ | Eq. (8) |

**Exhibit D: Uncertainty in EPA Ra Factor**

| | Tier 3 Carbon Balance (mpg) | | Ra | Adj. Factor | Tier 3 Adj. FE (mpg) | | Tier 3 Adj. FE, Weighted (mpg) | Tier 2 Adj. FE, Weighted (mpg) | % ΔFE |
|---|---|---|---|---|---|---|---|---|---|
| | FTP | HFET | | | FTP_adj | HFET_adj | | | |
| Altima | 31.61 | 52.38 | 0.75 | 1.0203 | 32.25 | 53.45 | 39.26 | 39.26 | -0.010% |
| Civic | 40.15 | 59.81 | 0.89 | 1.0242 | 41.12 | 61.26 | 48.26 | 48.26 | -0.007% |
| F150 | 22.72 | 35.41 | 1.05 | 1.0287 | 23.37 | 36.43 | 27.87 | 27.87 | -0.006% |
| Malibu1 | 27.81 | 46.58 | 0.44 | 1.0118 | 28.14 | 47.13 | 34.37 | 34.37 | 0.001% |
| Malibu2 | 31.87 | 52.37 | 0.76 | 1.0206 | 32.53 | 53.45 | 39.48 | 39.48 | 0.000% |
| Mazda | 35.90 | 53.45 | 0.96 | 1.0262 | 36.84 | 54.85 | 43.23 | 43.23 | -0.002% |
| Ram | 20.66 | 32.88 | 0.79 | 1.0214 | 21.11 | 33.59 | 25.34 | 25.34 | 0.013% |
| Silverado | 20.36 | 30.47 | 0.99 | 1.0270 | 20.91 | 31.29 | 24.58 | 24.58 | 0.008% |
| Silverado (2b) | 12.10 | 19.34 | 0.76 | 1.0206 | 12.35 | 19.74 | 14.85 | 14.85 | -0.005% |
| Volvo | 28.51 | 49.37 | 0.78 | 1.0211 | 29.12 | 50.42 | 35.95 | 35.95 | 0.009% |

*For data, including calculation of individual Ra factors, see Ex. L- Vehicle Ra Factors

**Uncertainty Analysis**

| | | |
|---|---|---|
| Average Ra | 0.817 | |
| Std. Dev. (sample) | 0.172 | |
| t-statistic (0.975, 9 DOF) | 2.262 | *DeVor, *supra* note 152, at 790. |
| 95% conf. uncertainty (±) | **0.39** | =(t-statistic x Std. Dev.) |
| % uncertainty | 47.53% | |

# Exhibit E: Malibu 1 Outlier Analysis

| | Tier 2 Adj. FE, Weighted (mpg) | Tier 3 Adj. FE, Weighted (mpg) | %ΔAFE | |
|---|---|---|---|---|
| F150 | 27.87 | 27.69 | -0.65% | |
| Silverado 1 | 24.58 | 24.46 | -0.46% | |
| Mazda | 43.23 | 43.05 | -0.41% | Q1 |
| Civic | 48.26 | 48.15 | -0.23% | |
| Volvo | 35.95 | 35.98 | 0.08% | |
| Ram | 25.34 | 25.36 | 0.09% | |
| Silverado 2(b) | 14.85 | 14.87 | 0.14% | |
| Malibu 2 | 39.48 | 39.54 | 0.15% | Q3 |
| Altima | 39.26 | 39.32 | 0.16% | |
| **Malibu 1** | **34.37** | **34.72** | **1.02%** | |

\* Data from Proposed Rule, Table IV-3

\* Q1 = median of lowest five data values

\* Q3 = median of highest five data values

| Interquartile Range Test | |
|---|---|
| Q1 | -0.41% |
| Q3 | 0.15% |
| IQR | 0.56% |
| 1.5*IQR | 0.84% |
| Upper "Normal" Data Bound | 0.99% |
| Lower "Normal" Data Bound | -1.25% |

**Conclusion: Under the interquartile range test, the MAL1 %ΔAFE is above the upper "normal" data bound, indicating that it is an outlier.**

| | Ra* | |
|---|---|---|
| Malibu1 | **0.44** | |
| Altima | 0.75 | |
| Malibu2 | 0.76 | Q1 |
| Silverado (2b) | 0.76 | |
| Ram | 0.78 | |
| Volvo | 0.78 | |
| Civic | 0.89 | |
| Mazda | 0.96 | Q3 |
| Silverado | 0.98 | |
| F150 | 1.05 | |

\* Data from Ex. L- Vehicle Ra Factors

\* Q1 = median of lowest five data values

\* Q3 = median of highest five data values

| Interquartile Range Test | |
|---|---|
| Q1 | 0.76 |
| Q3 | 0.96 |
| IQR | 0.20 |
| 1.5*IQR | 0.30 |
| Upper "Normal" Data Bound | 1.26 |
| Lower "Normal" Data Bound | 0.46 |

**Conclusion: Under the interquartile range test, the MAL1 Ra factor is below the lower "normal" data bound, indicating that it is an outlier.**

# Exhibit F: Ra Factor Without Malibu 1 Results

| | mass | |
|---|---|---|
| CMF_testfuel* | 0.826 fraction | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |
| SG_testfuel | 0.749 | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), Tier 3 Test Program, Table A-1 |
| rho_H2O | 3781.69 g/gal | Proposed Rule 40 CFR 600.113-12(o)(1) |
| SG_basefuel | 0.7394 | Proposed Rule 40 CFR 600.113-12(o)(1) |
| NHC_basefuel | 43.047 MJ/kg | Proposed Rule 40 CFR 600.113-12(o)(1) |
| Ra | 0.86 | |
| NHC_testfuel | 41.367 MJ/kg | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |

| | Tier 3 Carbon Balance (mpg)† | | Tier 3 Adj. Factor†† | Tier 3 Adjusted FE (mpg)††† | | Tier 3 Adj. FE, Weighted (mpg)‡ | Tier 2 Adj. FE, Weighted (mpg)‡‡ | % ΔFE‡‡‡ |
|---|---|---|---|---|---|---|---|---|
| | FTP | HHET | | FTP | HHET | | | |
| Altima | 31.61 | 52.38 | 1.0234 | 32.35 | 53.61 | 39.37 | 39.26 | 0.28% |
| Civic | 40.15 | 59.81 | 1.0234 | 41.08 | 61.21 | 48.22 | 48.26 | -0.08% |
| F150 | 22.72 | 35.41 | 1.0234 | 23.25 | 36.24 | 27.72 | 27.87 | -0.54% |
| Malibu1 | | | | | | | | |
| Malibu2 | 31.87 | 52.37 | 1.0234 | 32.61 | 53.59 | 39.59 | 39.48 | 0.28% |
| Mazda | 35.90 | 53.45 | 1.0234 | 36.74 | 54.70 | 43.11 | 43.23 | -0.28% |
| Ram | 20.66 | 32.88 | 1.0234 | 21.15 | 33.65 | 25.39 | 25.34 | 0.20% |
| Silverado | 20.36 | 30.47 | 1.0234 | 20.84 | 31.18 | 24.50 | 24.58 | -0.33% |
| Silverado (2b) | 12.10 | 19.34 | 1.0234 | 12.38 | 19.79 | 14.89 | 14.85 | 0.27% |
| Volvo | 28.51 | 49.37 | 1.0234 | 29.18 | 50.53 | 36.03 | 35.95 | 0.22% |
| | | | | | | | Average %ΔFE | 0.00% |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance calculated using CB portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

††Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

†††Tier 3 Adj. FE calculated using proposed fuel economy equation (Eq. (5)) = CB * AF, where CB is either FTP or HFET value

‡Tier 3 Adj. FE, Weighted calculated by: mpg = 1/(0.55/FTP_adj + 0.45/HFET_adj)

‡‡Tier 2 Adj. FE, Weighted from Proposed Rule, Table IV-3; Acura value calculated from current Tier 2 FE equation and emissions data from Tier 3 Test Program, Table D1, see Ex. L- Vehicle Ra Factors

‡‡‡%ΔFE is the % change in weighted, Adjusted fuel economies, calculated by %ΔFE = (Tier 3 Adj. FE - Tier 2 Adj. FE)/Tier 2 Adj. FE

## Exhibit G: Model Fit With and Without Malibu 1 Results

| | Tier 3 Adj. FE, Weighted (mpg) (w/ MAL1, Ra=0.81)* | Tier 3 Adj. FE, Weighted (mpg) (w/o MAL1, Ra=0.86)† | Tier 2 Adj. FE, Weighted (mpg) (R=0.6)* | Squared Error (w/ MAL1)†† | Squared Error (w/o MAL1)†† |
|---|---|---|---|---|---|
| Altima | 39.32 | 39.37 | 39.26 | 3.60E-03 | 1.21E-02 |
| Civic | 48.15 | 48.22 | 48.26 | 1.21E-02 | 1.60E-03 |
| F150 | 27.69 | 27.72 | 27.87 | 3.24E-02 | 2.25E-02 |
| Malibu1 | 34.72 | | 34.37 | 1.23E-01 | |
| Malibu2 | 39.54 | 39.59 | 39.48 | 3.60E-03 | 1.21E-02 |
| Mazda | 43.05 | 43.11 | 43.23 | 3.24E-02 | 1.44E-02 |
| Ram | 25.36 | 25.39 | 25.34 | 4.00E-04 | 2.50E-03 |
| Silverado | 24.46 | 24.50 | 24.58 | 1.44E-02 | 6.40E-03 |
| Silverado (2b) | 14.87 | 14.89 | 14.85 | 4.00E-04 | 1.60E-03 |
| Volvo | 35.98 | 36.03 | 35.95 | 9.00E-04 | 6.40E-03 |
| | | | RMSE‡ | 0.1492 | 0.0940 |

* Data from Proposed Rule, Table IV-3

† Tier 3 Adj. FE, Weighted calculated in Ex. F- R Factor wo MAL1

†† Squared Error = (Tier 3 Adj. FE - Tier 2 Adj. FE)^2

‡ RMSE = sqrt (average(squared errors))

JA173

## Exhibit H: Ra Factor with Acura Results Included

| | mass | |
|---|---|---|
| CMF_testfuel* | 0.826 fraction | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |
| SG_testfuel | 0.7490 | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), Tier 3 Test Program, Table A-1 |
| rho_H2O | 3783.69 g/gal | |
| SG_basefuel | 0.7394 | Proposed Rule 40 CFR 600.113-12(o)(1) |
| NHC_basefuel | 43.047 MJ/kg | Proposed Rule 40 CFR 600.113-12(o)(1) |
| Ra | 0.86 | |
| NHC_testfuel | 41.367 MJ/kg | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |

| | Tier 3 Carbon Balance (mpg)† | | Tier 3 Adj. Factor*† | Tier 3 Adjusted FE (mpg)†*† | | Tier 3 Adj. FE, Weighted (mpg)‡ | Tier 2 Adj. FE, Weighted (mpg)‡† | % ΔFE‡‡‡ |
|---|---|---|---|---|---|---|---|---|
| | FTP | HFET | HFET | FTP | HFET | | | |
| Acura | 31.42 | 49.67 | 1.0234 | 32.16 | 50.83 | 38.53 | 38.96 | -1.10% |
| Altima | 31.61 | 52.38 | 1.0234 | 32.35 | 53.61 | 39.37 | 39.26 | 0.28% |
| Civic | 40.15 | 59.81 | 1.0234 | 41.08 | 61.21 | 48.22 | 48.26 | -0.08% |
| F150 | 22.72 | 35.41 | 1.0234 | 23.25 | 36.24 | 27.72 | 27.87 | -0.54% |
| Malibu1 | 27.81 | 46.58 | 1.0234 | 28.46 | 47.67 | 34.76 | 34.37 | 1.13% |
| Malibu2 | 31.87 | 52.37 | 1.0234 | 32.61 | 53.59 | 39.59 | 39.48 | 0.28% |
| Mazda | 35.90 | 53.45 | 1.0234 | 36.74 | 54.70 | 43.11 | 43.23 | -0.28% |
| Ram | 20.66 | 32.88 | 1.0234 | 21.15 | 33.65 | 25.39 | 25.34 | 0.20% |
| Silverado | 20.36 | 30.47 | 1.0234 | 20.84 | 31.18 | 24.50 | 24.58 | -0.33% |
| Silverado (2b) | 12.10 | 19.34 | 1.0234 | 12.38 | 19.79 | 14.89 | 14.85 | 0.27% |
| Volvo | 28.51 | 49.37 | 1.0234 | 29.18 | 50.53 | 36.03 | 35.95 | 0.22% |
| | | | | | | | Average %ΔFE | 0.00% |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance calculated using CB portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

†*Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

†*†Tier 3 Adj. FE calculated using proposed fuel economy equation (Eq. (5)) = CB * AF, where CB is either FTP or HFET value

‡Tier 3 Adj. FE, Weighted calculated by: mpg = 1/(0.55/FTP_adj + 0.45/HFET_adj))

‡†Tier 2 Adj. FE, Weighted from Proposed Rule, Table IV-3; Acura value calculated from current Tier 2 FE equation and emissions data from Tier 3 Test Program, Table D1, see Ex. L- Vehicle Ra Factors

‡‡‡%ΔFE is the % change in weighted, adjusted fuel economies, calculated by %ΔFE = (Tier 3 Adj. FE - Tier 2 Adj. FE)/Tier 2 Adj. FE

**Exhibit I: Ra Factor with Acura Results Included and Without Malibu 1 Results**

| | | mass | |
|---|---|---|---|
| CMF_testfuel* | 0.826 | fraction | Proposed Rule 40 CFR 600.113-12(l)(1)(ii)(B), see Ex. N- Tier 3 Inputs |
| SG_testfuel | 0.7490 | | Proposed Rule 40 CFR 600.113-12(l)(1)(ii)(B), Tier 3 Test Program, Table A-1 |
| rho_H2O | 3781.69 | g/gal | Proposed Rule 40 CFR 600.113-12(o)(1) |
| SG_basefuel | 0.7394 | | Proposed Rule 40 CFR 600.113-12(o)(1) |
| NHC_basefuel | 43.047 | MJ/kg | Proposed Rule 40 CFR 600.113-12(o)(1) |
| Ra | 0.90 | | |
| NHC_testfuel | 41.367 | MJ/kg | Proposed Rule 40 CFR 600.113-12(l)(1)(ii)(B), see Ex. N- Tier 3 Inputs |

| | Tier 3 Carbon Balance (mpg)† | | Tier 3 Adj. Factor†† | Tier 3 Adjusted FE (mpg)††† | | Tier 3 Adj. FE, Weighted (mpg)‡ | Tier 2 Adj. FE, Weighted (mpg)‡‡ | % ΔFE‡‡‡ |
|---|---|---|---|---|---|---|---|---|
| | FTP | HHET | | FTP | HHET | | | |
| Acura | 31.42 | 49.67 | 1.0245 | 32.19 | 50.89 | 38.57 | 38.96 | -1.00% |
| Altima | 31.61 | 52.38 | 1.0245 | 32.38 | 53.66 | 39.42 | 39.26 | 0.41% |
| Civic | 40.15 | 59.81 | 1.0245 | 41.13 | 61.27 | 48.27 | 48.26 | 0.02% |
| F150 | 22.72 | 35.41 | 1.0245 | 23.28 | 36.28 | 27.75 | 27.87 | -0.43% |
| Malibu1 | | | | | | | | |
| Malibu2 | 31.87 | 52.37 | 1.0245 | 32.65 | 53.65 | 39.63 | 39.48 | 0.38% |
| Mazda | 35.90 | 53.45 | 1.0245 | 36.78 | 54.76 | 43.16 | 43.23 | -0.16% |
| Ram | 20.66 | 32.88 | 1.0245 | 21.17 | 33.69 | 25.42 | 25.34 | 0.32% |
| Silverado | 20.36 | 30.47 | 1.0245 | 20.86 | 31.22 | 24.52 | 24.58 | -0.24% |
| Silverado (2b) | 12.10 | 19.34 | 1.0245 | 12.39 | 19.82 | 14.91 | 14.85 | 0.40% |
| Volvo | 28.51 | 49.37 | 1.0245 | 29.21 | 50.58 | 36.07 | 35.95 | 0.33% |
| | | | | | | | Average %ΔFE | 0.00% |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance calculated using C8 portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

††Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

†††Tier 3 Adj. FE calculated using proposed fuel economy equation (Eq. (5)) = C8 * AF, where C8 is either FTP or HHET value

‡Tier 3 Adj. FE, Weighted calculated by: mpg = 1/(0.55/FTP_adj + 0.45/HHET_adj)

‡‡Tier 2 Adj. FE, Weighted from Proposed Rule, Table IV-3; Acura value calculated from current Tier 2 FE equation and emissions data from Tier 3 Test Program, see Ex. L- Vehicle Ra Factors

‡‡‡%ΔFE is the % change in weighted, adjusted fuel economies, calculated by %ΔFE = (Tier 3 Adj. FE - Tier 2 Adj. FE)/Tier 2 Adj. FE

**Exhibit J: Ra Factor With Acura Results Included and Without High-Pumping Loss Vehicle Results**

| | mass | |
|---|---|---|
| CMF_testfuel* | 0.826 | fraction | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |
| SG_testfuel | 0.7490 | fraction | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), Tier 3 Test Program, Table A-1 |
| rho_H2O | 3781.69 g/gal | | Proposed Rule 40 CFR 600.113-12(o)(1) |
| SG_basefuel | 0.7394 | | Proposed Rule 40 CFR 600.113-12(o)(1) |
| NHC_basefuel | 43.047 MJ/kg | | Proposed Rule 40 CFR 600.113-12(o)(1) |
| Ra | 0.96 | | |
| NHC_testfuel | 41.367 MJ/kg | | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |

| | Tier 3 Carbon Balance (mpg)† | | Tier 3 Adj. Factor†† | Tier 3 Adjusted FE (mpg)††† | | Tier 3 Adj, FE, Weighted (mpg)‡ | Tier 2 Adj, FE, Weighted (mpg)‡‡ | %,LIFE‡‡‡ |
|---|---|---|---|---|---|---|---|---|
| | FTP | HFET | | FTP | HFET | | | |
| Acura | 31.42 | 49.67 | 1.0262 | 32.25 | 50.97 | 38.63 | 38.96 | -0.85% |
| Altima | | | | | | | | |
| Civic | 40.15 | 59.81 | 1.0262 | 41.20 | 61.37 | 48.35 | 48.26 | 0.19% |
| F150 | 22.72 | 35.41 | 1.0262 | 23.32 | 36.34 | 27.80 | 27.87 | -0.25% |
| Malibu | | | | | | | | |
| Malibu2 | 31.87 | 52.37 | 1.0262 | 32.70 | 53.74 | 39.70 | 39.48 | 0.56% |
| Mazda | 35.90 | 53.45 | 1.0262 | 36.84 | 54.85 | 43.23 | 43.23 | 0.00% |
| Ram | | | | | | | | |
| Silverado | | | | | | | | |
| Silverado (2b) | 20.36 | 30.47 | 1.0262 | 20.89 | 31.27 | 24.56 | 24.58 | -0.08% |
| Volvo | 28.51 | 49.37 | 1.0262 | 29.26 | 50.67 | 36.13 | 35.95 | 0.50% |
| | | | | | | | Average %dFE | 0.01% |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance calculated using CB portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

††Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

†††Tier 3 Adj. FE calculated using proposed fuel economy equation (Eq. (5)) = CB * AF, where CB is either FTP or HFET value

‡Tier 3 Adj, FE, Weighted calculated by: mpg = 1/(0.55/FTP_adj +0.45/HFET_adj)

‡‡Tier 2 Adj, FE, Weighted from Proposed Rule, Table IV-3; Acura value calculated from current Tier 2 FE equation and emissions data from Tier 3 Test Program, Table D1, see Ex. L- Vehicle Ra Factors

‡‡‡%dFE is the % change in weighted, adjusted fuel economies, calculated by %dFE =(Tier 3 Adj, FE - Tier 2 Adj, FE)/ Tier 2 Adj, FE

## Exhibit K: Carbon Balance Comparison

| | | |
|---|---|---|
| CMF_testfuel* | 0.826 mass fraction | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |
| SG_testfuel | 0.749 | Proposed Rule 40 CFR 600.113-12(f)(1)(iii)(B), Tier 3 Test Program, Table A-1 |
| rho_H2O | 3781.69 g/gal | Proposed Rule 40 CFR 600.113-12(o)(1) |
| SG_basefuel | 0.7394 | Proposed Rule 40 CFR 600.113-12(o)(1) |
| NHC_basefuel | 43.047 MJ/kg | Proposed Rule 40 CFR 600.113-12(o)(1) |
| NHC_testfuel | 41.367 MJ/kg | Proposed Rule 40 CFR 600.113-12(f)(1)(iii)(B), see Ex. N- Tier 3 Inputs |

| | Tier 3 Carbon Balance (New Eq.)† | | Tier 3 Carbon Balance (Old Eq.)†† | |
|---|---|---|---|---|
| | FTP | HFET | FTP | HFET |
| Altima | 31.6085 | 52.3815 | 31.6088 | 52.3818 |
| Civic | 40.1453 | 59.8103 | 40.1503 | 59.8116 |
| F150 | 22.7228 | 35.4124 | 22.7233 | 35.4125 |
| Malibu1 | 27.8096 | 46.5769 | 27.8100 | 46.5770 |
| Malibu2 | 31.8696 | 52.3682 | 31.8698 | 52.3683 |
| Mazda | 35.9037 | 53.4523 | 35.9041 | 53.4523 |
| Ram | 20.6628 | 32.8811 | 20.6630 | 32.8812 |
| Silverado | 20.3621 | 30.4723 | 20.3636 | 30.4725 |
| Silverado (2b) | 12.0974 | 19.3417 | 12.0976 | 19.3417 |
| Volvo | 28.5148 | 49.3747 | 28.5151 | 49.3749 |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance (New Eq.) calculated using CB portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

††Tier 3 Carbon Balance (Old Eq.) calculated using CB of prior equation, Tier 3 Adjustment Proposed Rule, 85 Fed. Reg. at 28,575, and emissions data from Tier 3 Test Program, Table D1

**Note: this comparison does not take into account any differences between current and proposed test methods required for SG, CMF, or NHC determination

## Exhibit L: Individual Vehicle Ra Factors

**Tier 3 Adjusted Fuel Economy Inputs**

| | | | |
|---|---|---|---|
| CMF_testfuel* | 0.826 | fraction mass | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B), see Ex. N- Tier 3 Inputs |
| SG_testfuel | 0.749 | | Proposed Rule 40 CFR 600.113-12(f)(1)(ii)(B)(II), Tier 3 Test Program Table A-I |
| rho_H2O | 3781.69 | g/gal | Proposed 40 CFR Rule 600.113-12(o)(1) |
| SG_basefuel | 0.7394 | | Proposed 40 CFR Rule 600.113-12(o)(1) |
| NHC_basefuel | 43.047 | MJ/kg | Proposed 40 CFR Rule 600.113-12(o)(1) |
| NHC_testfuel | 41.367 | MJ/kg | Proposed 40 CFR Rule 600.113-12(f)(1)(ii)(B)(II), see Ex. N- Tier 3 Input |

**Tier 2 Adjusted Fuel Economy Inputs**

| | | | |
|---|---|---|---|
| CWF_tier2 | 0.8665 | | per 40 CFR 600.113-12(f)(1), should be from ASTM 3343; Tier 3 Test Program Table A-I |
| SG_tier2 | 0.7437 | | per 40 CFR 600.113-12(f)(1), should be from ASTM 1298; use ASTM D4052 value, Tier 3 Test Program Table A- |
| NHV_tier2 | 18446 | btu/lb | per 40 CFR 600.113-12(f)(1), should be from ASTM 3338; Tier 3 Test Program Table A-I |

| | Tier 3 Carbon Balance (mg/l) | | Ra | Tier 3 Adj. Factor†† | Tier 3 Adjusted FE (mg/l)††† | | Tier 3 Adj. FE, Weighted (mg/l)‡ | Tier 2 Adjusted FE (mg/l)‡‡ | | Tier 2 Adjusted FE, Weighted (mg/l)‡‡ | Tier 2 Adjusted FE, Weighted (mg/l)‡‡ (EPA Calculated) | %ΔFE ‡‡‡ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FTP | HFET | | | FTP | HFET | | FTP | HFET | | | |
| Acura | 31.42 | 49.67 | 1.27 | 1.0349 | 32.52 | 51.41 | 38.96 | 32.32 | 52.03 | 38.96 | 39.26 | 0.003% |
| Altima | 31.61 | 52.38 | 0.75 | 1.0203 | 32.25 | 53.45 | 39.26 | | | | 39.26 | -0.010% |
| Civic | 40.15 | 59.81 | 0.89 | 1.0242 | 41.12 | 61.26 | 48.26 | | | | 48.26 | -0.007% |
| F150 | 22.72 | 35.41 | 1.05 | 1.0287 | 23.37 | 36.43 | 27.87 | | | | 27.87 | -0.006% |
| Malibu1 | 27.81 | 46.58 | 0.44 | 1.0118 | 28.14 | 47.13 | 34.37 | | | | 34.37 | 0.001% |
| Malibu2 | 31.67 | 52.17 | 0.76 | 1.0206 | 32.53 | 53.45 | 39.48 | | | | 39.48 | 0.000% |
| Mazda | 35.90 | 53.45 | 0.96 | 1.0262 | 36.84 | 54.85 | 43.23 | | | | 43.23 | -0.002% |
| Ram | 20.66 | 32.88 | 0.79 | 1.0214 | 21.11 | 33.59 | 25.34 | | | | 25.34 | 0.013% |
| Silverado | 20.36 | 30.47 | 0.99 | 1.0270 | 20.91 | 31.29 | 24.58 | | | | 24.58 | 0.008% |
| Silverado (2b) | 12.10 | 19.34 | 0.76 | 1.0206 | 12.35 | 19.74 | 14.85 | | | | 14.85 | -0.005% |
| Volvo | 28.51 | 49.37 | 0.78 | 1.0211 | 29.12 | 50.42 | 35.55 | | | | 35.55 | 0.009% |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance calculated using CB portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

††Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

†††Tier 3 Adj. FE calculated using proposed fuel economy equation (Eq. (5)) = CB * AF, where CB is either FTP or HFET value

‡Tier 3 Adj. FE, Weighted calculated by mpg = 1/(0.55/FTP_adj + 0.45/HFET_adj)

‡‡Tier 2 Adj. FE, Weighted from Proposed Rule, Table IV-3; Acura value calculated from current Tier 2 FE equation (40 CFR 600.113-12(h)(1)) and emissions data from Tier 3 Test Program, Table D1; see Ex. O- FE Calculation Procedure

JA178

**Exhibit M: Verification of EPA Calculations**

**Tier 3 Adjusted Fuel Economy Inputs**

| | | mass |
|---|---|---|
| CMF_testfuel* | 0.826 | fraction |
| SG_testfuel | 0.749 | |
| rho_H2O | 3781.69 | g/gal |
| SG_basefuel | 0.7394 | |
| NHC_basefuel | 43.047 | MJ/kg |
| Ra | 0.81 | |
| NHC_testfuel | 41.367 | MJ/kg |

| | Tier 3 Carbon Balance (mpg)† | | Tier 3 Adj. Factor†† | Tier 3 Adjusted FE (mpg)††† | | Tier 3 Adj. FE, Weighted (mpg)‡ | Tier 3 Adj. FE, Weighted (mpg)‡‡ | Squared Error‡‡‡ |
|---|---|---|---|---|---|---|---|---|
| | FTP | HHET | | FTP | HHET | | EPA Calc. | |
| Acura | | | | | | | | |
| Altima | 31.61 | 52.38 | 1.0220 | 32.30 | 53.53 | 39.32 | 39.32 | 0.00E+00 |
| Civic | 40.15 | 59.81 | 1.0220 | 41.03 | 61.12 | 48.15 | 48.15 | 0.00E+00 |
| F150 | 22.72 | 35.41 | 1.0220 | 23.22 | 36.19 | 27.69 | 27.69 | 0.00E+00 |
| Malibu1 | 27.81 | 46.58 | 1.0220 | 28.42 | 47.60 | 34.72 | 34.72 | 0.00E+00 |
| Malibu2 | 31.87 | 52.37 | 1.0220 | 32.57 | 53.52 | 39.54 | 39.53 | 1.00E-04 |
| Mazda | 35.90 | 53.45 | 1.0220 | 36.69 | 54.63 | 43.05 | 43.05 | 0.00E+00 |
| Ram | 20.66 | 32.88 | 1.0220 | 21.12 | 33.60 | 25.36 | 25.36 | 0.00E+00 |
| Silverado | 20.36 | 30.47 | 1.0220 | 20.81 | 31.14 | 24.46 | 24.46 | 0.00E+00 |
| Silverado (Db) | 12.10 | 19.34 | 1.0220 | 12.36 | 19.77 | 14.87 | 14.87 | 0.00E+00 |
| Volvo | 28.51 | 49.37 | 1.0220 | 29.14 | 50.46 | 35.98 | 35.98 | |
| | | | | | | | RMSE | 3.16E-03 |

*Though the Proposed Rule indicates that CMF_testfuel should be rounded to 3 decimal places, the best fit to EPA's Tier 3 Calculations in the NPRM are achieved if the CMF_testfuel is not rounded. For consistency with EPA's calculations, the CMF_testfuel has not been rounded here

†Tier 3 Carbon Balance calculated using CB portion of proposed fuel economy equation (Eq. (6)), emissions data from Tier 3 Test Program, Table D1

††Adjustment Factor calculated using AF portion of proposed fuel economy equation (Eq. (7)) for specified Ra

†††Tier 3 Adj. FE calculated using proposed fuel economy equation (Eq. (5)) = CB * AF, where CB is either FTP or HFET value

‡Tier 3 Adj. FE, Weighted calculated by: mpg = 1/(0.55/FTP_adj + 0.45/HFET_adj)

‡‡Tier 3 Adj. FE, Weighted (EPA Calculated) from Proposed Rule, Table IV-3

‡‡‡Squared error is the difference between calculated Tier 3 Adjusted FE, Weighted (calculated in this spreadsheet) and Tier 3 Adjusted FE, Weighted (calculated by EPA).

**Exhibit N: Tier 3 Fuel Property Inputs**

Inputs Required for Tier 3 Adjusted Fuel Economy Calculation, according to proposed rule 40 CFR 600.113-12(f)(1)(iii)(B) [for determining CMF_testfuel] and 40 CFR 600.113-12(f)(1)(iii)(B) [for determining NHC_test_fuel]

| Variable | Value | Unit | Reference |
|---|---|---|---|
| CMF_Testfuel | 0.826281 | | |
| CMF_h | 86.30363 | % | 40 CFR 600.113-12(f)(1)(iii)(B), calculated according to ASTM D3343 (see below) |
| CMF_e | 0.5214 | | 40 CFR 600.113-12(f)(1)(iii)(B) |
| MF_e | 0.107585 | | 40 CFR 600.113-12(f)(1)(iii)(B) |
| VP_e | 10.15 | % | per 40 CFR 600.113-12(f)(1)(iii)(B), should be from ASTM D5599-00 or D4815-13; used Tier 3 Test Program data, Table A-1 (ASTM D5599) |
| SG_e | 0.7939 | | 40 CFR 600.113-12(f)(1)(iii)(B) |
| SG_f | 0.749 | | per 40 CFR 600.113-12(f)(1)(iii)(B), should be from ASTM D1298-12b or D4052-11; used Tier 3 Test Program data, Table A-1 (ASTM D4059) |
| | | | |
| CMP_hc | 86.30363 | % | CMP = 100-HMP (for hydrocarbons) |
| HMP_hc | 13.69637 | % | calculated according to D3343-95 |
| A | 25.48692 | | 40 CFR 600.113-12(f)(1)(iii)(B) |
| VP_arof | 22.9 | | per 40 CFR 600.113-12(f)(1)(iii)(B), should be from ASTM D1319-15 or D5769-10; used Tier 3 Test Program data, Table A-1 (ASTM D1319) |
| VF_e | 0.1015 | | not defined in rule, but must be volume fraction ethanol |
| G | 58.70662 | | 40 CFR 600.113-12(f)(1)(iii)(B) |
| SG_h | 0.743928 | | 40 CFR 600.113-12(f)(1)(iii)(B) |
| V_tier3 | 235.2 | F | Tier 3 Test Program Data, Table A-2 |
| T10 | 129.2 | F | Tier 3 Test Program Data, Table A-2 |
| T50 | 210 | F | Tier 3 Test Program Data, Table A-2 |
| T90 | 322 | F | Tier 3 Test Program Data, Table A-2 |
| | | | |
| NHC_test_fuel | 17784.59 | Btu/lb | 40 CFR 600.113-12(f)(1)(iii)(B) |
| NHC_e | 11530 | Btu/lb | 40 CFR 600.113-12(f)(1)(iii)(B) |
| NHC_h | 18538.61 | Btu/lb | 40 CFR 600.113-12(f)(1)(iii)(B), calculated according to ASTM D3338 |

# Exhibit O: Test Program Emissions Data

*emissions data from Tier 3 Test Program, Table D1, pp. 48 - 50

| Vehicle | Fuel | Test Cycle | Test Date/Time | THC (g/mi) | CH₄ (g/mi) | CO (g/mi) | NMOG (g/mi) | NOx (g/mi) | PM (mg/mi) | CO2 (g/mi) |
|---|---|---|---|---|---|---|---|---|---|---|
| Acura | Tier 2 | FTP | 5/3/2016 12:22 | 0.0147 | 0.0031 | 0.0465 | 0.0124 | 0.018 | | 276.45 |
| Acura | Tier 2 | FTP | 5/4/2016 7:20 | 0.0228 | 0.0032 | 0.0558 | 0.0205 | 0.02 | 0.12 | 273.92 |
| Acura | Tier 2 | FTP | 5/5/2016 10:45 | 0.0122 | 0.0031 | 0.0532 | 0.0099 | 0.0177 | | 277.74 |
| Acura | Tier 2 | FTP | 5/6/2016 7:20 | 0.0131 | 0.0028 | 0.0478 | 0.0108 | 0.0173 | 0.2067 | 274.54 |
| Acura | Tier 2 | HFET | 6/16/2016 12:53 | 0.0004 | 0.0006 | 0.0026 | 0 | 0.0052 | | 171.68 |
| Acura | Tier 2 | HFET | 6/16/2016 14:12 | 0.0004 | 0.0006 | 0.0002 | 0 | 0.0034 | | 170.95 |
| Acura | Tier 2 | HFET | 6/16/2016 14:57 | 0.0003 | 0.0006 | 0.0004 | 0 | 0.0042 | | 171.31 |
| Acura | Tier 3 | FTP | 5/10/2016 7:19 | 0.0162 | 0.0034 | 0.0256 | 0.0146 | 0.0237 | | 271.51 |
| Acura | Tier 3 | FTP | 5/11/2016 13:05 | 0.0121 | 0.0034 | 0.0249 | 0.0103 | 0.0215 | 0.2723 | 274.34 |
| Acura | Tier 3 | FTP | 5/12/2016 9:07 | 0.0115 | 0.003 | 0.0258 | 0.0099 | 0.0199 | | 272.37 |
| Acura | Tier 3 | HFET | 6/14/2016 14:46 | 0.0004 | 0.0005 | 0.0059 | 0 | 0.0045 | | 172.16 |
| Acura | Tier 3 | HFET | 6/14/2016 16:03 | 0.0004 | 0.0005 | 0.0015 | 0 | 0.0034 | | 172.91 |
| Acura | Tier 3 | HFET | 6/14/2016 16:57 | 0.0004 | 0.0005 | 0.003 | 0 | 0.0033 | | 172.68 |
| Altima | Tier 2 | FTP | 3/22/2016 9:11 | 0.0230 | 0.0068 | 0.5167 | 0.0183 | 0.0124 | 0.597 | 275.07 |
| Altima | Tier 2 | FTP | 3/23/2016 14:39 | 0.0112 | 0.0059 | 0.4765 | 0.0063 | 0.0104 | 0.6672 | 276.61 |
| Altima | Tier 2 | FTP | 3/24/2016 8:05 | 0.0158 | 0.0059 | 0.3861 | 0.0109 | 0.0108 | 0.5325 | 276.88 |
| Altima | Tier 2 | HFET | 5/5/2016 15:01 | 0.003 | 0.0022 | 0.2792 | 0.001 | 0.002 | | 164.62 |
| Altima | Tier 2 | HFET | 5/5/2016 16:34 | 0.0036 | 0.0039 | 0.2818 | 0 | 0.0036 | | 165.7 |
| Altima | Tier 2 | HFET | 5/5/2016 17:27 | 0.0048 | 0.0048 | 0.2411 | 0.0004 | 0.0051 | | 165.53 |
| Altima | Tier 2 | HFET | 6/9/2016 14:55 | 0.0034 | 0.0035 | 0.3644 | 0.0001 | 0.0032 | | 165.72 |
| Altima | Tier 2 | HFET | 6/9/2016 16:00 | 0.0042 | 0.0045 | 0.3814 | 0 | 0.0036 | | 165.38 |
| Altima | Tier 2 | HFET | 6/9/2016 16:48 | 0.003 | 0.0035 | 0.2463 | 0 | 0.0032 | | 166.02 |
| Altima | Tier 3 | FTP | 4/6/2016 13:06 | 0.01 | 0.0051 | 0.3258 | 0.0063 | 0.0088 | 0.3376 | 270.26 |
| Altima | Tier 3 | FTP | 4/7/2016 7:57 | 0.0145 | 0.005 | 0.41 | 0.0113 | 0.0095 | 0.2591 | 271.23 |
| Altima | Tier 3 | FTP | 4/19/2016 9:10 | 0.0127 | 0.0053 | 0.3849 | 0.0089 | 0.0097 | 0.4698 | 269.12 |
| Altima | Tier 3 | FTP | 4/20/2016 12:03 | 0.0096 | 0.0051 | 0.3294 | 0.0059 | 0.0088 | 0.2306 | 270.37 |
| Altima | Tier 3 | FTP | 4/21/2016 7:28 | 0.0122 | 0.0053 | 0.4017 | 0.0083 | 0.0128 | 0.3164 | 272.04 |
| Altima | Tier 3 | HFET | 6/10/2016 15:49 | 0.0011 | 0.0015 | 0.1977 | 0 | 0.0017 | | 162.05 |
| Altima | Tier 3 | HFET | 6/10/2016 17:09 | 0.0014 | 0.0018 | 0.202 | 0 | 0.0023 | | 163.83 |
| Altima | Tier 3 | HFET | 6/10/2016 17:58 | 0.0015 | 0.0019 | 0.1601 | 0 | 0.0033 | | 164.22 |
| Civic | Tier 2 | FTP | 7/26/2016 13:00 | 0.0162 | 0.008 | 0.0899 | 0.009 | 0.0121 | 0.7907 | 216.86 |
| Civic | Tier 2 | FTP | 7/27/2016 7:44 | 0.0196 | 0.0078 | 0.0924 | 0.0127 | 0.0133 | 0.5581 | 217.88 |
| Civic | Tier 2 | FTP | 7/28/2016 9:11 | 0.0148 | 0.0078 | 0.0822 | 0.0079 | 0.0116 | 0.6652 | 216.19 |
| Civic | Tier 2 | HFET | 7/26/2016 14:13 | 0.0006 | 0.0011 | 0.1466 | 0 | 0.0008 | 0.153 | 145.1 |
| Civic | Tier 2 | HFET | 7/27/2016 9:00 | 0.0006 | 0.001 | 0.12 | 0 | 0.0008 | 0.1688 | 144.7 |
| Civic | Tier 2 | HFET | 7/28/2016 10:25 | 0.0009 | 0.0012 | 0.1279 | 0 | 0.0009 | 0.1988 | 144.44 |
| Civic | Tier 3 | FTP | 7/19/2016 7:31 | 0.0195 | 0.0078 | 0.0684 | 0.0215 | 0.0116 | 0.4757 | 213.2 |
| Civic | Tier 3 | FTP | 7/20/2016 12:31 | 0.0158 | 0.0078 | 0.0473 | 0.0174 | 0.0123 | 0.6495 | 213.94 |
| Civic | Tier 3 | FTP | 7/21/2016 9:11 | 0.0159 | 0.0078 | 0.0477 | 0.0175 | 0.013 | 0.5276 | 212.97 |
| Civic | Tier 3 | HFET | 7/19/2016 10:03 | 0.0007 | 0.0011 | 0.0994 | 0.0007 | 0.0008 | 0.0977 | 143.9 |
| Civic | Tier 3 | HFET | 7/20/2016 13:42 | 0.0008 | 0.0011 | 0.1159 | 0.0008 | 0.0012 | 0.0504 | 142.56 |
| Civic | Tier 3 | HFET | 7/21/2016 10:29 | 0.0008 | 0.0011 | 0.1242 | 0.0009 | 0.0008 | | 143 |
| F150 | Tier 2 | FTP | 7/12/2016 12:22 | 0.0322 | 0.0103 | 0.2214 | 0.0233 | 0.0083 | 2.8749 | 382.28 |
| F150 | Tier 2 | FTP | 7/14/2016 13:17 | 0.03 | 0 | 0.2446 | 0.0308 | 0.0085 | 3.6695 | 379.49 |
| F150 | Tier 2 | FTP | 7/15/2016 7:35 | 0.0385 | 0.0137 | 0.2104 | 0.0285 | 0.0113 | 3.4875 | 380.06 |
| F150 | Tier 2 | HFET | 7/12/2016 13:39 | 0.0004 | 0.0009 | 0.1087 | 0 | 0.0017 | 0.2706 | 246.08 |
| F150 | Tier 2 | HFET | 7/13/2016 9:27 | 0.0008 | 0.0014 | 0.0934 | 0 | 0.002 | 0.22 | 245.27 |
| F150 | Tier 3 | FTP | 7/14/2016 14:33 | 0.0007 | 0 | 0.0947 | 0.0007 | 0.0017 | 0.2579 | 243.02 |
| F150 | Tier 3 | FTP | 7/6/2016 12:42 | 0.0401 | 0.01 | 0.173 | 0.034 | 0.008 | 4.4866 | 375.14 |
| F150 | Tier 3 | FTP | 7/7/2016 7:42 | 0.0424 | 0.0123 | 0.221 | 0.0344 | 0.006 | 3.8411 | 378.07 |
| F150 | Tier 3 | FTP | 7/8/2016 10:14 | 0.0322 | 0.0106 | 0.1635 | 0.025 | 0.0081 | 4.0318 | 377.4 |
| F150 | Tier 3 | HFET | 7/6/2016 13:59 | 0.0008 | 0.0011 | 0.1046 | 0 | 0.0016 | 0.28 | 241 |
| F150 | Tier 3 | HFET | 7/7/2016 8:57 | 0.0008 | 0.0012 | 0.1052 | 0 | 0.0017 | 0.3505 | 242.07 |
| F150 | Tier 3 | HFET | 7/8/2016 11:20 | 0.0007 | 0.0011 | 0.1101 | 0 | 0.0016 | 0.3465 | 242.69 |
| Malibu 1 | Tier 2 | FTP | 3/15/2016 11:00 | 0.0234 | 0.007 | 0.7375 | 0.0176 | 0.0117 | 2.869 | 314.27 |
| Malibu 1 | Tier 2 | FTP | 3/16/2016 10:48 | 0.0222 | 0.0084 | 0.8118 | 0.0115 | 0.012 | 2.9343 | 315.15 |
| Malibu 1 | Tier 2 | FTP | 3/17/2016 14:20 | 0.0177 | 0.0073 | 0.6824 | 0.0118 | 0.0111 | 2.2597 | 314.18 |
| Malibu 1 | Tier 2 | HFET | 6/6/2016 15:19 | 0.0173 | 0.0106 | 0.5395 | 0.0077 | 0.0035 | | 186.68 |
| Malibu 1 | Tier 2 | HFET | 6/6/2016 16:17 | 0.0299 | 0.0151 | 1.1752 | 0.0162 | 0.0021 | | 191.32 |
| Malibu 1 | Tier 2 | HFET | 6/6/2016 17:04 | 0.0163 | 0.0104 | 0.5764 | 0.0068 | 0.0013 | | 189.45 |
| Malibu 1 | Tier 3 | FTP | 3/22/2016 14:57 | 0.0149 | 0.0059 | 0.4838 | 0.011 | 0.0118 | 3.0627 | 308.16 |
| Malibu 1 | Tier 3 | FTP | 3/24/2016 14:11 | 0.0159 | 0.007 | 0.5214 | 0.011 | 0.0107 | 2.8856 | 306.68 |
| Malibu 1 | Tier 3 | FTP | 3/25/2016 8:03 | 0.02 | 0.0068 | 0.6101 | 0.0156 | 0.0116 | 3.0935 | 307.28 |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 14:23 | 0.0003 | 0.0008 | 0.0347 | 0 | 0.0037 | | 182.99 |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 15:35 | 0.0007 | 0.0011 | 0.0272 | 0 | 0.0044 | | 184.31 |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 16:33 | 0.0018 | 0.0021 | 0.0304 | 0 | 0.0049 | | 185.34 |
| Malibu 1 | Tier 3 | HFET | 6/15/2016 17:20 | 0.0026 | 0.0029 | 0.0328 | 0 | 0.0049 | | 183.39 |
| Malibu 2 | Tier 2 | FTP | 5/24/2016 7:24 | 0.017 | 0.0047 | 0.3724 | 0.013 | 0.0094 | 2.5376 | 273.56 |
| Malibu 2 | Tier 2 | FTP | 5/25/2016 11:41 | 0.0077 | 0.003 | 0.2475 | 0.0053 | 0.0024 | 2.7309 | 274.01 |
| Malibu 2 | Tier 2 | FTP | 5/26/2016 12:29 | 0.0082 | 0.0032 | 0.2891 | 0.0057 | 0.0041 | 2.7257 | 274.43 |
| Malibu 2 | Tier 2 | HFET | 5/24/2016 9:28 | 0.0001 | 0.0005 | 0.1313 | 0 | 0.0011 | 1.5311 | 166.6 |
| Malibu 2 | Tier 2 | HFET | 5/25/2016 12:55 | 0 | 0.0002 | 0.1653 | 0 | 0.0015 | 1.511 | 166.03 |
| Malibu 2 | Tier 2 | HFET | 5/26/2016 14:06 | 0 | 0.0001 | 0.0945 | 0 | 0.0025 | 1.3014 | 165.44 |
| Malibu 2 | Tier 3 | FTP | 5/17/2016 12:33 | 0.0135 | 0.0044 | 0.2926 | 0.0103 | 0.0024 | 2.662 | 269.68 |
| Malibu 2 | Tier 3 | FTP | 5/18/2016 7:22 | 0.0146 | 0.0037 | 0.2114 | 0.0125 | 0.0027 | 2.8018 | 267.65 |
| Malibu 2 | Tier 3 | FTP | 5/19/2016 12:52 | 0.008 | 0.003 | 0.2107 | 0.0058 | 0.0071 | 2.5406 | 269.38 |
| Malibu 2 | Tier 3 | FTP | 6/14/2016 7:53 | 0.0078 | 0.0032 | 0.1726 | 0.0043 | 0.0024 | 2.5665 | 268.18 |
| Malibu 2 | Tier 3 | FTP | 6/15/2016 10:31 | 0.0068 | 0.0025 | 0.1693 | 0.0051 | 0.008 | 2.5896 | 268.3 |
| Malibu 2 | Tier 3 | HFET | 5/17/2016 13:43 | 0.0004 | 0.0001 | 0.0864 | 0.0003 | 0.0028 | 2.8146 | 163.83 |
| Malibu 2 | Tier 3 | HFET | 5/18/2016 8:36 | 0.0002 | 0.0002 | 0.1125 | 0.0001 | 0.0012 | 1.7568 | 163.38 |
| Malibu 2 | Tier 3 | HFET | 5/19/2016 13:57 | 0 | 0.0001 | 0.0595 | 0 | 0.0028 | 1.6465 | 163.3 |
| Malibu 2 | Tier 3 | HFET | 6/14/2016 9:03 | 0 | 0.0001 | 0.0791 | 0 | 0.0033 | 1.5561 | 164.79 |

| Vehicle | Tier | Test | Date/Time | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Malibu 2 | Tier 3 | HFET | 6/15/2016 11:48 | 0 | 0 | 0.0689 | 0 | 0.0014 | 1.4652 | 162.59 |
| Mazda | Tier 2 | FTP | 5/17/2016 7:28 | 0.0169 | 0.0045 | 0.0874 | 0.0131 | 0.0067 | 1.2025 | 241.64 |
| Mazda | Tier 2 | FTP | 5/18/2016 12:35 | 0.0159 | 0.0053 | 0.1752 | 0.0112 | 0.0054 | 1.3648 | 243.5 |
| Mazda | Tier 2 | FTP | 5/19/2016 7:17 | 0.0131 | 0.0039 | 0.0916 | 0.0097 | 0.0065 | 1.1983 | 241.24 |
| Mazda | Tier 2 | HFET | 5/17/2016 9:22 | 0.0034 | 0.0025 | 0.0387 | 0.001 | 0.0019 | 0.0337 | 161.62 |
| Mazda | Tier 2 | HFET | 5/18/2016 13:53 | 0.0059 | 0.0032 | 0.0336 | 0.003 | 0.0015 | 0.0129 | 161.53 |
| Mazda | Tier 2 | HFET | 5/19/2016 10:18 | 0.0078 | 0.0041 | 0.065 | 0.0041 | 0.0018 | 0.0739 | 162.45 |
| Mazda | Tier 3 | FTP | 5/24/2016 11:43 | 0.016 | 0.0054 | 0.1642 | 0.0121 | 0.0054 | 2.129 | 238.07 |
| Mazda | Tier 3 | FTP | 5/25/2016 7:39 | 0.0115 | 0.004 | 0.077 | 0.0085 | 0.0067 | 1.8756 | 238.61 |
| Mazda | Tier 3 | FTP | 5/26/2016 9:01 | 0.0114 | 0.0042 | 0.0756 | 0.0084 | 0.0066 | 2.056 | 239.03 |
| Mazda | Tier 3 | HFET | 5/24/2016 13:09 | 0.0008 | 0.0008 | 0.0272 | 0 | 0.0022 | 0.0739 | 160.94 |
| Mazda | Tier 3 | HFET | 5/25/2016 8:47 | 0.0006 | 0.0007 | 0.0522 | 0 | 0.0018 | 0.0575 | 160.06 |
| Mazda | Tier 3 | HFET | 5/26/2016 10:31 | 0.0005 | 0.0006 | 0.0368 | 0 | 0.0023 | 0.0394 | 159.97 |
| Ram | Tier 2 | FTP | 2/24/2016 11:46 | 0.0178 | 0.0037 | 0.3175 | 0.0151 | 0.0081 | 0.185 | 425.07 |
| Ram | Tier 2 | FTP | 2/25/2016 12:34 | 0.0824 | 0.006 | 0.4532 | 0.0787 | 0.0111 | 0.6961 | 423.81 |
| Ram | Tier 2 | FTP | 2/26/2016 8:48 | 0.0188 | 0.004 | 0.3852 | 0.0157 | 0.0073 | 0.1127 | 424.77 |
| Ram | Tier 2 | FTP | 3/1/2016 12:30 | 0.016 | 0.0033 | 0.3021 | 0.0135 | 0.0062 | 0.1441 | 420.25 |
| Ram | Tier 2 | FTP | 3/2/2016 10:22 | 0.0183 | 0.0022 | 0.2619 | 0.0169 | 0.0107 | 0.1223 | 425.35 |
| Ram | Tier 2 | FTP | 3/3/2016 8:22 | 0.0181 | 0.0031 | 0.2881 | 0.0157 | 0.0058 | 0.0734 | 424.43 |
| Ram | Tier 3 | HFET | 4/8/2016 14:00 | 0 | 0.0004 | 0.0639 | 0 | 0.0059 | | 263.13 |
| Ram | Tier 3 | HFET | 4/8/2016 15:02 | 0 | 0.0003 | 0.0639 | 0 | 0.0072 | | 263.08 |
| Ram | Tier 3 | HFET | 4/8/2016 15:52 | 0 | 0.0005 | 0.0909 | 0 | 0.0044 | | 262.08 |
| Ram | Tier 3 | FTP | 3/29/2016 10:22 | 0.0143 | 0.0031 | 0.2769 | 0.0129 | 0.0073 | 0.0674 | 410.44 |
| Ram | Tier 3 | FTP | 3/30/2016 10:04 | 0.0148 | 0.0032 | 0.2051 | 0.0132 | 0.0077 | 0.1006 | 417.86 |
| Ram | Tier 3 | FTP | 3/31/2016 7:30 | 0.0178 | 0.0032 | 0.2153 | 0.0164 | 0.0091 | 0.0585 | 415.15 |
| Ram | Tier 3 | HFET | 4/7/2016 15:02 | 0 | 0.0001 | 0.04 | 0 | 0.0036 | | 261.77 |
| Ram | Tier 3 | HFET | 4/7/2016 15:50 | 0 | 0.0002 | 0.0317 | 0 | 0.003 | | 260.9 |
| Ram | Tier 3 | HFET | 4/7/2016 16:38 | 0 | 0.0002 | 0.0307 | 0 | 0.0047 | | 259.35 |
| Silverado | Tier 2 | FTP | 7/12/2016 7:16 | 0.0436 | 0.012 | 0.7421 | 0.0335 | 0.0042 | 1.3943 | 427.19 |
| Silverado | Tier 2 | FTP | 7/13/2016 12:34 | 0.0382 | 0.0108 | 0.7539 | 0.0294 | 0.0028 | 1.6073 | 429.37 |
| Silverado | Tier 2 | FTP | 7/14/2016 9:25 | 0.0325 | 0.0534 | 0.6472 | 0.0212 | 0.0043 | 1.4249 | 426.49 |
| Silverado | Tier 2 | HFET | 7/28/2016 13:54 | 0.0026 | 0.003 | 0.2048 | 0 | 0.0004 | | 282.62 |
| Silverado | Tier 2 | HFET | 7/28/2016 14:45 | 0.0046 | 0.004 | 0.2029 | 0.0009 | 0.0003 | | 279.76 |
| Silverado | Tier 2 | HFET | 7/28/2016 15:39 | 0.007 | 0.0047 | 0.2417 | 0.0027 | 0.0077 | | 281.72 |
| Silverado | Tier 3 | FTP | 7/6/2016 7:44 | 0.051 | 0.0113 | 0.5703 | 0.045 | 0.004 | 1.432 | 421.72 |
| Silverado | Tier 3 | FTP | 7/7/2016 13:55 | 0.092 | 0.0144 | 0.7943 | 0.0869 | 0.0066 | 1.8988 | 416.27 |
| Silverado | Tier 3 | FTP | 7/8/2016 7:06 | 0.0465 | 0.0125 | 0.6026 | 0.0386 | 0.0041 | 1.3235 | 417 |
| Silverado | Tier 3 | FTP | 7/19/2016 13:06 | 0.0436 | 0.0115 | 0.6733 | 0.0479 | 0.0045 | 1.8905 | 420.36 |
| Silverado | Tier 3 | FTP | 7/20/2016 7:47 | 0.0493 | 0.0115 | 0.4884 | 0.0544 | 0.0041 | 1.4426 | 422.12 |
| Silverado | Tier 3 | FTP | 7/21/2016 13:04 | 0.0342 | 0.0115 | 0.5374 | 0.0377 | 0.0044 | 1.5833 | 421.79 |
| Silverado | Tier 3 | HFET | 7/26/2016 9:18 | 0.0004 | 0.0012 | 0.2038 | 0 | 0.0004 | | 281.83 |
| Silverado | Tier 3 | HFET | 7/26/2016 10:48 | 0.0002 | 0.0011 | 0.1521 | 0 | 0.0005 | | 280.61 |
| Silverado | Tier 3 | HFET | 7/26/2016 11:17 | 0.0006 | 0.0014 | 0.187 | 0 | 0.0005 | | 280.71 |
| Silverado (2b) | Tier 2 | FTP | 6/28/2016 13:15 | 0.153 | 0.0286 | 1.8638 | 0.1295 | 0.0201 | 1.4843 | 721.16 |
| Silverado (2b) | Tier 2 | FTP | 6/29/2016 10:10 | 0.0662 | 0.0248 | 1.7805 | 0.045 | 0.0193 | 0.9988 | 722.18 |
| Silverado (2b) | Tier 2 | FTP | 6/30/2016 9:20 | 0.0613 | 0.0225 | 1.487 | 0.0417 | 0.0197 | 0.7846 | 721.38 |
| Silverado (2b) | Tier 2 | HFET | 6/28/2016 14:33 | 0.0177 | 0.0133 | 0.3551 | 0.0054 | 0.0082 | 1.0188 | 449.34 |
| Silverado (2b) | Tier 2 | HFET | 6/29/2016 11:21 | 0.0171 | 0.0132 | 0.3897 | 0.0049 | 0.009 | 0.9497 | 447.73 |
| Silverado (2b) | Tier 2 | HFET | 6/30/2016 10:49 | 0.0167 | 0.0128 | 0.3799 | 0.0048 | 0.0096 | 0.8718 | 445.9 |
| Silverado (2b) | Tier 3 | FTP | 6/22/2016 9:09 | 0.0499 | 0.0165 | 1.0437 | 0.0386 | 0.0199 | 1.238 | 706.28 |
| Silverado (2b) | Tier 3 | FTP | 6/23/2016 13:39 | 0.0506 | 0.0174 | 1.2281 | 0.0391 | 0.018 | | 706.36 |
| Silverado (2b) | Tier 3 | FTP | 6/24/2016 7:08 | 0.0486 | 0.0168 | 0.9187 | 0.0365 | 0.0213 | | 707.86 |
| Silverado (2b) | Tier 3 | HFET | 6/22/2016 10:21 | 0.0068 | 0.0067 | 0.0701 | 0.0005 | 0.0033 | 1.1232 | 442.23 |
| Silverado (2b) | Tier 3 | HFET | 6/23/2016 14:44 | 0.0057 | 0.0062 | 0.0714 | 0 | 0.0041 | | 442.99 |
| Silverado (2b) | Tier 3 | HFET | 6/24/2016 8:24 | 0.0062 | 0.0064 | 0.0632 | 0.0002 | 0.0037 | | 444.12 |
| Volvo | Tier 2 | FTP | 4/19/2016 13:22 | 0.0123 | 0.0036 | 0.319 | 0.0095 | 0.0056 | 0.8402 | 309.08 |
| Volvo | Tier 2 | FTP | 4/20/2016 7:36 | 0.0205 | 0.0041 | 0.49 | 0.0174 | 0.0075 | 0.9924 | 306.57 |
| Volvo | Tier 2 | FTP | 4/22/2016 7:30 | 0.0178 | 0.0038 | 0.5293 | 0.0148 | 0.0067 | 0.8195 | 304.16 |
| Volvo | Tier 2 | FTP | 5/3/2016 7:09 | 0.0199 | 0.0033 | 0.408 | 0.0176 | 0.0082 | 0.856 | 306.18 |
| Volvo | Tier 2 | FTP | 5/4/2016 12:29 | 0.0117 | 0.0036 | 0.4879 | 0.0088 | 0.007 | 0.844 | 305.57 |
| Volvo | Tier 2 | FTP | 5/5/2016 7:29 | 0.0205 | 0.0033 | 0.52 | 0.0181 | 0.0084 | 0.7952 | 304.33 |
| Volvo | Tier 2 | HFET | 5/3/2016 9:10 | 0 | 0.0005 | 0.2284 | 0 | 0.0005 | | 176.36 |
| Volvo | Tier 2 | HFET | 5/4/2016 13:54 | 0 | 0.0005 | 0.2158 | 0 | 0.0006 | 0.0542 | 175.8 |
| Volvo | Tier 2 | HFET | 5/5/2016 8:44 | 0 | 0.0004 | 0.2505 | 0 | 0.0005 | 0.068 | 174.67 |
| Volvo | Tier 3 | FTP | 5/10/2016 10:53 | 0.0113 | 0.004 | 0.5327 | 0.0087 | 0.0057 | 0.9388 | 300.35 |
| Volvo | Tier 3 | FTP | 5/11/2016 7:25 | 0.0162 | 0.0037 | 0.513 | 0.0143 | 0.0069 | 0.8453 | 299.73 |
| Volvo | Tier 3 | FTP | 5/12/2016 13:02 | 0.0123 | 0.0036 | 0.4327 | 0.0101 | 0.0042 | | 299.42 |
| Volvo | Tier 3 | HFET | 5/10/2016 13:37 | 0 | 0.0003 | 0.2753 | 0 | 0.0004 | 0.0352 | 173.75 |
| Volvo | Tier 3 | HFET | 5/11/2016 8:39 | 0 | 0.0002 | 0.2969 | 0 | 0.0005 | 0.0203 | 174.59 |
| Volvo | Tier 3 | HFET | 5/12/2016 14:08 | 0 | 0.0002 | 0.212 | 0 | 0.0005 | | 171.32 |

## Exhibit P: Calculated Average Vehicle Emissions

| | Tier 2 CO2 (g/mi) | | Tier 3 CO2 (g/mi) | | Weighted CO2 (0.55FTP + 0.45 HFET) | | Difference (g/mi) | Difference (T2-T3)/T3 |
|---|---|---|---|---|---|---|---|---|
| | FTP | HFET | FTP | HFET | Tier 2 | Tier 3 | | |
| Acura | 275.66 | 171.31 | 272.74 | 172.58 | 228.71 | 227.67 | 1.04 | 0.45% |
| Altima | 276.19 | 165.50 | 270.60 | 163.37 | 226.38 | 222.35 | 4.03 | 1.81% |
| Civic | 216.98 | 144.75 | 213.37 | 143.15 | 184.47 | 181.77 | 2.70 | 1.49% |
| F150 | 380.61 | 244.79 | 376.87 | 241.92 | 319.49 | 316.14 | 3.35 | 1.06% |
| Malibu1 | 314.53 | 189.15 | 307.37 | 184.01 | 258.11 | 251.86 | 6.25 | 2.48% |
| Malibu2 | 274.00 | 166.02 | 268.64 | 163.58 | 225.41 | 221.36 | 4.05 | 1.83% |
| Mazda | 242.13 | 161.87 | 238.57 | 160.32 | 206.01 | 203.36 | 2.65 | 1.30% |
| Ram | 423.95 | 262.76 | 414.48 | 260.67 | 351.41 | 345.27 | 6.15 | 1.78% |
| Silverado | 427.68 | 281.37 | 419.88 | 281.05 | 361.84 | 357.40 | 4.44 | 1.24% |
| Silverado (2b) | 721.57 | 447.66 | 706.83 | 443.11 | 598.31 | 588.16 | 10.15 | 1.73% |
| Volvo | 305.98 | 175.61 | 299.83 | 173.22 | 247.31 | 242.86 | 4.46 | 1.84% |

| | |
|---|---|
| Mean | 1.55% |
| Mean w/o Acura | 1.66% |
| Mean w/o Acura and w/o MAL1 | 1.56% |
| Mean w/o high pumping loss | 1.46% |

JA183

| Tier 2 CH4 (g/mi) | | Tier 3 CH4 (g/mi) | | Weighted CH4 (0.55FTP + 0.45 HFET) | |
| --- | --- | --- | --- | --- | --- |
| FTP | HFET | FTP | HFET | Tier 2 | Tier 3 |
| 0.0031 | 0.0006 | 0.0033 | 0.0005 | 0.0019 | 0.0020 |
| 0.0062 | 0.0037 | 0.0052 | 0.0017 | 0.0051 | 0.0036 |
| 0.0079 | 0.0011 | 0.0078 | 0.0011 | 0.0048 | 0.0048 |
| 0.0080 | 0.0008 | 0.0110 | 0.0011 | 0.0047 | 0.0065 |
| 0.0076 | 0.0120 | 0.0066 | 0.0017 | 0.0096 | 0.0044 |
| 0.0036 | 0.0003 | 0.0034 | 0.0001 | 0.0021 | 0.0019 |
| 0.0046 | 0.0033 | 0.0045 | 0.0007 | 0.0040 | 0.0028 |
| 0.0037 | 0.0004 | 0.0032 | 0.0002 | 0.0022 | 0.0018 |
| 0.0254 | 0.0039 | 0.0121 | 0.0012 | 0.0157 | 0.0072 |
| 0.0253 | 0.0131 | 0.0169 | 0.0064 | 0.0198 | 0.0122 |
| 0.0036 | 0.0005 | 0.0038 | 0.0002 | 0.0022 | 0.0022 |

| Tier 2 NMOG (g/mi) | | Tier 3 NMOG (g/mi) | | Weighted NMOG (0.55FTP + 0.45 HFET) | |
| --- | --- | --- | --- | --- | --- |
| FTP | HFET | FTP | HFET | Tier 2 | Tier 3 |
| 0.0134 | 0.0000 | 0.0116 | 0.0000 | 0.0074 | 0.0064 |
| 0.0118 | 0.0003 | 0.0081 | 0.0000 | 0.0066 | 0.0045 |
| 0.0099 | 0.0000 | 0.0188 | 0.0008 | 0.0054 | 0.0107 |
| 0.0275 | 0.0002 | 0.0311 | 0.0000 | 0.0152 | 0.0171 |
| 0.0148 | 0.0102 | 0.0125 | 0.0000 | 0.0128 | 0.0069 |
| 0.0080 | 0.0000 | 0.0078 | 0.0001 | 0.0044 | 0.0043 |
| 0.0113 | 0.0027 | 0.0097 | 0.0000 | 0.0074 | 0.0053 |
| 0.0259 | 0.0000 | 0.0142 | 0.0000 | 0.0143 | 0.0078 |
| 0.0280 | 0.0012 | 0.0518 | 0.0000 | 0.0160 | 0.0285 |
| 0.0721 | 0.0050 | 0.0381 | 0.0002 | 0.0419 | 0.0210 |
| 0.0144 | 0.0000 | 0.0110 | 0.0000 | 0.0079 | 0.0061 |

JA184

| Tier 2 CO (g/mi) | | Tier 3 CO (g/mi) | | Weighted CO (0.55FTP + 0.45 HFET) | |
| --- | --- | --- | --- | --- | --- |
| FTP | HFET | FTP | HFET | Tier 2 | Tier 3 |
| 0.0508 | 0.0011 | 0.0254 | 0.0035 | 0.0284 | 0.0155 |
| 0.4598 | 0.2990 | 0.3704 | 0.1866 | 0.3874 | 0.2877 |
| 0.0882 | 0.1315 | 0.0642 | 0.1132 | 0.1077 | 0.0863 |
| 0.2255 | 0.0989 | 0.1858 | 0.1066 | 0.1685 | 0.1502 |
| 0.7439 | 0.7637 | 0.5384 | 0.0313 | 0.7528 | 0.3102 |
| 0.3030 | 0.1304 | 0.2113 | 0.0813 | 0.2253 | 0.1528 |
| 0.1181 | 0.0458 | 0.1056 | 0.0387 | 0.0855 | 0.0755 |
| 0.3347 | 0.0729 | 0.2324 | 0.0341 | 0.2169 | 0.1432 |
| 0.7144 | 0.2165 | 0.6111 | 0.1810 | 0.4903 | 0.4175 |
| 1.7104 | 0.3749 | 1.0635 | 0.0682 | 1.1094 | 0.6156 |
| 0.4590 | 0.2316 | 0.4928 | 0.2614 | 0.3567 | 0.3887 |

| Tier 2 THC (g/mi) | | Tier 3 THC (g/mi) | | Weighted THC (0.55FTP + 0.45 HFET) | |
| --- | --- | --- | --- | --- | --- |
| FTP | HFET | FTP | HFET | Tier 2 | Tier 3 |
| 0.0157 | 0.0004 | 0.0133 | 0.0004 | 0.0088 | 0.0075 |
| 0.0170 | 0.0037 | 0.0118 | 0.0013 | 0.0110 | 0.0071 |
| 0.0169 | 0.0007 | 0.0171 | 0.0008 | 0.0096 | 0.0097 |
| 0.0336 | 0.0006 | 0.0382 | 0.0008 | 0.0187 | 0.0214 |
| 0.0211 | 0.0212 | 0.0169 | 0.0014 | 0.0211 | 0.0099 |
| 0.0110 | 0.0000 | 0.0101 | 0.0001 | 0.0060 | 0.0056 |
| 0.0153 | 0.0057 | 0.0130 | 0.0006 | 0.0110 | 0.0074 |
| 0.0286 | 0.0000 | 0.0156 | 0.0000 | 0.0157 | 0.0086 |
| 0.0381 | 0.0047 | 0.0528 | 0.0004 | 0.0231 | 0.0292 |
| 0.0935 | 0.0172 | 0.0497 | 0.0062 | 0.0592 | 0.0301 |
| 0.0171 | 0.0000 | 0.0133 | 0.0000 | 0.0094 | 0.0073 |

# Exhibit Q: Fuel Economy Calculation Procedure

Adjusted Tier 3 FE Calculation Procedure

For each vehicle:

(1) Determine average emissions per test cycle (FTP, HFET) from Test Report data

(2) Based on average emissions, calculate carbon balance FE for each test cycle (FTP, HFET) using Tier 3 formula (Proposed Rule, 85 Fed. Reg. at 28,575)

(3) Calculate adjusted FE for each test cycle (FTP, HFET) by multiplying CB FE by adjustment factor, AF (Proposed Rule, 85 Fed. Reg. at 28,575)

(4) Calculate combined adjusted FE for vehicle by taking weighted harmonic average of FTP, HFET adjusted FEs determined in step (3) (Proposed Rule, 85 Fed. Reg. at 28,575)

Adjusted Tier 2 FE Calculation Procedure

For Acura only (other Adjusted Tier 2 FEs provided in Proposed Rule, 85 Fed. Reg. at 28,575-76, Table IV-3)

(1) Determine average emissions per test cycle (FTP, HFET) from Test Report data

(2) Based on average emissions, calculate adjusted FE for each test cycle (FTP, HFET) using Tier 2 equation (40 CFR 600.113-12(h), see 40 CFR 600 Appendix II)

(3) Calculate combined adjusted FE for vehicle by taking weighted harmonic average of FTP, HFET adjusted FEs determined in step (2) (40 CFR 600.206-12(a)(3)(i))

# Tab 10

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM

Copyright Protected



2014-01-1572
Published 04/01/2014
doi:10.4271/2014-01-1572
saefuel.saejournals.org

# Determination of the R Factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles

## C. Scott Sluder and Brian H. West
Oak Ridge National Laboratory

## Aron D. Butler and Arvon L. Mitcham
US Environmental Protection Agency

## William J. Ruona
Ford Motor Co.

## ABSTRACT

During the 1980s, the U.S. Environmental Protection Agency (EPA) incorporated the R factor into fuel economy calculations in order to address concerns about the impacts of test fuel property variations on corporate average fuel economy (CAFE) compliance, which is determined using the Federal Test Procedure (FTP) and Highway Fuel Economy Test (HFET) cycles. The R factor is defined as the ratio of the percent change in fuel economy to the percent change in volumetric heating value for tests conducted using two differing fuels. At the time the R-factor was devised, tests using representative vehicles initially indicated that an appropriate value for the R factor was 0.6. Reassessing the R factor has recently come under renewed interest after EPA's March 2013 proposal to adjust the properties of certification gasoline to contain significant amounts of ethanol. This proposed change will likely result in a significant deviation from the CAFE baseline test fuel heating value, and thus increased importance of the R factor. This paper reports on the analysis of fuel economy data from three relatively large vehicle studies recently conducted using ethanol-blended fuels; the analysis determines the value of R for Tier-1 and Tier-2 compliant vehicles. These data sets include the DOE Intermediate Ethanol Blends Immediate Effects Study, the EPAct/V2/E-89 project results, and the DOE Intermediate Ethanol Blends Catalyst Durability Program. The Immediate Effects Study and EPAct test program yielded measurements for R of 0.891±0.075 and 0.921±0.010, respectively for the LA92 drive cycle. Both studies using the LA92 cycle observed a tendency for the R value to rise for E15 and E20 fuels. The results of the DOE Intermediate Ethanol Catalyst Durability Program produced an average R factor of 0.949±0.041 for the FTP cycle. Increasing fuel ethanol content did not have a significant effect on FTP R factor values for the FTP cycle.

CITATION: Sluder, C., West, B., Butler, A., Mitcham, A. et al., "Determination of the R Factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles," *SAE Int. J. Fuels Lubr.* 7(2):2014, doi:10.4271/2014-01-1572.

## INTRODUCTION

On December 22, 1975, the Energy Policy and Conservation Act (EPCA) was signed into law for the purpose of serving the nation's energy demands and promoting fuel conservation methods. Under EPCA, provisions were put in place requiring that manufacturers' average fuel economies for passenger automobiles meet minimum standards in the 1978 and later model years) also known as the Corporate Average Fuel Economy (CAFE) standards [1]. In addition, it directed the National Highway Traffic and Safety Administration (NHTSA) to establish the vehicle fuel economy standards while the United States Environmental Protection Agency (U.S. EPA or EPA)

was directed to establish vehicle testing and calculation of fuel economy values used by manufacturers for compliance with the CAFE standards.

The Energy Independence and Security Act (EISA) was enacted in the United States in 2007 to decrease petroleum consumption. EISA established a series of biofuel consumption targets, the most well-known being a requirement for the U.S. transportation sector to utilize at least 36 billion gallons (or just over 136 billion liters) per year of biofuels by 2022, at least 21 billion gallons (79.5 billion liters) of which must be derived from non-starch sources [2]. As a result of the EISA mandates, nearly all gasoline in the United States now contains up to 10% ethanol.

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM

Copyright Protected
*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*

EPA has recently proposed a major program, referred to as "Tier 3", designed to reduce air pollution from passenger cars and trucks starting with model year 2017 [3]. This program considers the vehicle and its fuel as an integrated system, and thus in addition to new vehicle emission standards, also includes updated specifications for federal emissions certification test fuel to better match properties of in-use gasoline including significant ethanol content.

When EPA makes changes to the test procedures used for fuel economy (e.g., Federal Test Procedure (FTP) and Highway Fuel Economy Test (HFET)), they must evaluate the need for an adjustment to the measured fuel economy results to comply with this requirement referred to as a CAFE/fuel economy test procedure adjustments or adjustment factors [1].

As a result of the proposed change in certification fuel under the Tier 3 Program the test fuel will have a significantly lower volumetric heating value. Consequently, EPA must evaluate the need to revise the current fuel economy adjustment factors, with the main focus on the current fuel economy adjustment factor, the "reactivity" or "R" Factor.

## R FACTOR

Determination of the fuel economy of a vehicle operated on a chassis dynamometer drive cycle is accomplished by assessing the carbon dioxide ($CO_2$), carbon monoxide (CO), and unburned hydrocarbon (HC) emissions to compute the total carbon mass emissions of the vehicle on a unit distance travelled basis. Analysis of the test fuel produces a measure of the fuel density and the carbon weight fraction of the fuel. These metrics enable calculation of the carbon mass in a given volume of fuel. Volumetric fuel economy is calculated by dividing the mass of carbon per unit volume of fuel by the carbon emissions on a per unit distance basis to obtain a volumetric fuel economy.

However, the calculation of a fuel economy result from the certification test cycles is more complicated. In 1986, EPA introduced the R factor to address issues associated with test fuel variability and the resulting complexities it introduced into the Corporate Average Fuel Economy (CAFE) calculations [4,5,6]. The R factor, first investigated by J.C. Ingamells of Chevron Research, relates the sensitivity of vehicle fuel economy results to changes in the volumetric net heating value of the fuel [7]. R is defined according to Equation 1.

$$R = \frac{\left(\frac{VOLFEi}{VOLFEr}\right) - 1}{\left(\frac{VOLHVi}{VOLHVr}\right) - 1}$$

(1)

VOLFEi is the resultant volumetric fuel economy from a test using a test fuel with a volumetric heating value of VOLHVi. VOLFEr is the resultant volumetric fuel economy from a test using a reference fuel with volumetric heating value of VOLHVr. EPA uses the R factor to establish a linkage between test

results with modern certification fuels and equivalent test results (on an energy consumed per unit distance basis) conducted with a 1975 certification fuel known as Indolene [4,5,6]. This linkage maintains consistency in terms of CAFE reporting and compliance since the CAFE regulations were originally put in place in 1975 when Indolene was in use as a certification fuel.

The R factor was assigned a value of 0.60 based on limited testing conducted in the 1970s and 80s using carbureted vehicles [4,6]. The references for the 0.6 value do not provide an uncertainty value or a means of estimating it from the underlying data. More testing performed in the context of the Auto/Oil study in the early 1990s found an R value of 0.92 ± 0.21 for a test fleet covering model years 1983-1985, and a value of 0.93 ± 0.05 for a test fleet of model year 1989 vehicles with current technology at that time. [6]. However, as of this writing, the R factor used in fuel economy calculations specified in the Code of Federal Regulations remains at 0.6 [5].

Figure 1 shows how much the calculated 1975 fuel economy value depends upon both R and the volumetric heating value of the test fuel, with the value of R determining the slope of the line. This example is for a vehicle with an arbitrary, uncorrected fuel economy of 25 miles per gallon. The volumetric heating value of the reference fuel was taken to be 113,936 BTU/gallon, which is consistent with that of 1975 Indolene [6].



Figure 1. Influence of volumetric heating value and R value on calculated 1975 fuel economy results.

If the test fuel has the same heating value as the reference fuel, the value of R is of no consequence, and the uncorrected value of fuel economy is the same as the 1975 fuel economy result. As the test fuel heating value moves further from that of the reference fuel, the difference in the resulting 1975 fuel economy value resulting from different values of R becomes larger. The inclusion of ethanol in certification gasoline will result in a significant reduction in the volumetric heating value of the test fuel, increasing the importance of the value of R. It is worth noting that if the volumetric heating value of the test fuel

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM

Copyright Protected
*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*

is higher than that of Indolene, as was the case for a number of the E0 fuels reported in this paper, the 1975 fuel economy result is highest for low values of R. For fuels with heating values that are lower than Indolene, such as the ethanol-containing fuels reported in this paper, increasing the value of R also increases the 1975 fuel economy result. If, for example, the fuel economy data in Figure 1 is assessed at a test fuel volumetric heating value of 111,000 BTU/gallon (consistent with an E10 fuel blend), moving from an R value of 0.6 to a value of 1.0 increases the 1975 fuel economy result by about 0.25 miles per gallon. This level of difference is significant in terms of calculation of the corporate average fuel economy for a given vehicle manufacturer, and is the reason for increased interest in the value of R.

The value of the R factor indicates whether the fuel economy change is smaller, larger, or the same as the change in fuel volumetric heating value between the test fuel and the reference fuel. To examine situations in which the fuel economy change is not the same as the heating value change, it is useful to translate the definition for the R factor to cycle average engine efficiency. Consider a vehicle conducting a driving cycle. The energy delivered to the road during the cycle can be written as in Equation 2.

$$E = V_F * D_F * HV_F * \eta_E * \eta_P$$

*(2)*

In this relationship, E is the energy delivered to the road to move the vehicle. $V_F$ is the volume of fuel consumed, $D_F$ is the density of the fuel, and $HV_F$ is the heating value of the fuel on a mass basis. $\eta_E$ is the cycle-average engine efficiency, and $\eta_p$ is the lumped cycle average efficiency of the remainder of the powertrain. Dividing both sides of the equation by the distance traveled during the cycle and gathering terms, the equation can be re-written as Equation 3.

$$VOLFE = VOLHV * \eta_E * \eta_P * \frac{distance}{E}$$

*(3)*

When written in this way, the previously introduced terms VOLFE and VOLHV emerge. The equation can be both for a test fuel (subscript i) and for the reference fuel (subscript r). These expressions can then be substituted into the equation for R (equation 1). Assuming the vehicle powertrain and the drive cycle are constant, the distance, E, and $\eta_p$ cancel, leaving equation 4 that relates R, VOLHV, and $\eta_E$, which is now written with subscripts i and r to reflect the potentially different engine efficiencies when the two different fuels are used.

$$R = \frac{[VOLHV_i * \eta_{Ei} - VOLHV_r * \eta_{Er}]}{[VOLHV_i - VOLHV_r] * \eta_{Er}}$$

*(4)*

At this point, it becomes obvious that R must be equal to unity if the two cycle average engine efficiencies are equal. Thus, R values different from unity are a result of differences in engine efficiency that result from the use of two different test fuels. It is

also noteworthy that the change in engine efficiency for a given value of R is linked to the corresponding change in volumetric heating value of the fuel. Figure 2 shows the relationship between R and the brake thermal efficiency change for a notional change in VOLHV from 115,254 BTU/gallon to 109,247 BTU/gallon. This energy change is typical for a change from an ethanol-free fuel (as the reference fuel) to a splash-blended fuel containing 15% ethanol by volume (as the test fuel).

Readers should note that the brake thermal efficiency values listed in the legend are assumed cycle-average values typical for the FTP, not peak efficiency values for the engine, which would tend to be significantly higher [8]. The change in cycle average brake thermal efficiency (y-axis) for a given value of R increases as the reference value of brake thermal efficiency increases, meaning that the error associated with using an incorrect value for R is more significant with more efficient engines. The value of R is also very sensitive to small changes in cycle average engine brake thermal efficiency, particularly when a relatively large change in the volumetric heating value of the fuel is considered.



Figure 2. Relationship between R factor and Change in Cycle Average Brake Thermal Efficiency.

R values greater than unity indicate that the percent change in fuel economy is greater than the corresponding percent change in volumetric heating value. For the cases considered in Figure 2, where the volumetric heating value was lower for the test fuel than for the reference fuel, a value of R greater than unity means that the fuel economy declined more than would be expected from the change in volumetric heating value. In such a case, R values greater than unity mean that the cycle average engine efficiency has declined on the test fuel relative to its efficiency on the reference fuel.

R values less than unity indicate that the percent change in fuel economy is smaller than the corresponding percent change in heating value. For the case considered in Figure 2, where the volumetric heating value was lower for the test fuel than for the reference fuel, a value of R less than unity means that the fuel

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM
Copyright Protected

economy declined less than would be expected from the change in volumetric heating value. Such a value of R indicates that the cycle average engine efficiency has increased for the test fuel compared with the reference fuel.

While the R factor was established to account for changes in the volumetric heating value of different fuels, this change is generally accompanied by changes to other fuel properties that may have an impact on fuel economy. For example, blending higher levels of aromatics into gasoline can increase the volumetric heating value while blending ethanol into gasoline lowers the heating value. However, both of these actions increase a fuel's octane rating and heat of vaporization, both of which can improve knock resistance. Stoichiometric air/fuel ratio will also change. Since the R factor is very sensitive to cycle average engine efficiency, marginal changes in efficiency caused by changes in fuel formulation can significantly influence the value of R. Thus, R is intended to represent the fact that efficiency changes within an engine and vehicle are not directly proportional to the volumetric heating value of the fuel, there can be other impacts on fuel economy that may also be attributed to the R factor in an empirical test program.

This paper reports on analysis of the data from three relatively large emission test programs, though none of them were designed specifically to evaluate fuel effects on R. The analyses examined the relationship between volumetric fuel economy and volumetric heating value when ethanol blends of up to 20% in gasoline were used in both the FTP and the LA92 drive cycle.

## EXPERIMENTAL DATA

Three sources of fuel economy and fuel heating value data for modern cars were utilized in the analyses reported in this paper. The first was the Immediate Ethanol Effects Study that was conducted as a part of the DOE Intermediate Ethanol Blends Program [9, 10]. The second study was the EPAct/V2/E-89 study conducted by EPA, DOE, and CRC to quantify the impacts of five fuel parameters on exhaust emissions of Tier-2-compliant passenger cars and light trucks [11]. The third study was the Catalyst Durability Study that was conducted as part of the DOE Intermediate Ethanol Blends Program [12]. These studies used vehicles that were representative of the dominant engine technologies at the time. The vehicles all used port fuel injection and none were flex-fuel vehicles, for example. Since direct fuel injection had not achieved significant market penetration at the time, this technology was not represented among the data analyzed to determine the R factor.

### *Immediate Effects Study*

The Immediate Ethanol Effects study focused on the short-term or immediate effect of mid-level ethanol blends on emissions and exhaust temperatures in the legacy fleet [9, 10]. This study

utilized the LA92 drive cycle, and was conducted at three test facilities. The National Renewable Energy Laboratory (NREL) supervised testing at the Colorado Department of Public Health (CDPHE), Argonne National Laboratory (ANL) contracted the Transportation Research Center, Inc. (TRC) to conduct tests, and Oak Ridge National Laboratory (ORNL) conducted tests at its facility. Figure 3 shows the speed-time profile of the LA92 drive cycle.

During this study, 16 vehicle models were studied, using four ethanol blends: 0% (E0), 10%, (E10), 15% (E15), and 20% (E20). Each vehicle was tested using each ethanol fuel blend. Data from all 16 vehicle models as shown in Table 1 were included in the R factor analysis. The fuels at all three test sites were sourced from Gage Products. Fuel analyses were conducted to determine ethanol content, heating value, specific gravity, carbon, hydrogen, and oxygen content. The results of these analyses are shown in Table 2. These results were used in calculations of the volumetric fuel economy results from the program and for the R factor analysis.

### *EPAct/V2/E-89 Study*

The second study providing data for an R-factor analysis is the EPAct/V2/E-89 fuel effects program (referred to here as "EPAct"), conducted by Southwest Research Institute between March 2009 and May 2010. Data collection was sponsored by EPA, DOE/NREL, and CRC to quantify the impacts of five fuel parameters on exhaust emissions of Tier-2-compliant passenger cars and light trucks [11]. The resulting dataset includes 926 fuel economy results collected on a test fleet of 15 high-sales vehicles (described in Table 3) driven over the LA92 test cycle at a nominal temperature of 75°F (REF EPAct testing Report).

A set of 27 test fuels was arranged in a matrix optimized to allow analysis and modeling of the five main property effects plus several interactive effects. The range of test fuel properties was chosen to span the typical range found in U.S. market gasoline except for ethanol, which had levels up to 20% volume. A round robin was conducted to measure all test fuel properties, with three or more laboratories providing results for each parameter. One exception is the heating value for fuel 25 where one measurement fell below the expected range and was removed from the average. The resulting properties as used in the R-factor analysis are given in Table 4.

Other procedures used during the EPAct study to ensure high quality data included measurement of fuel carryover in test vehicle tanks to ensure drain/fill procedures were sufficient, monitoring of fuel trim learning to ensure stable values were reached after changes in fuel ethanol level, and randomization of test fuel order for each vehicle.

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM
Copyright Protected

*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*



Figure 3. Speed-time profile for the LA92 drive cycle.

## Catalyst Durability Study

The final data source for the R factor analyses was the Catalyst Durability Study that was also conducted during the Intermediate Ethanol Blends Program, in which 86 vehicles were studied with extensive aging and emissions tests to examine catalyst durability with ethanol blends [12]. This study utilized the FTP drive cycle, which is shown in Figure 3. Tests were conducted at Southwest Research Institute (SwRI), TRC, and at Environmental Testing Corporation (ETC). Data from tests at SwRI and TRC were included in the R factor analysis. A preliminary analysis was published in 2013 [13].

Table 1. Vehicle models from V1 study included in R factor analysis.

| Model Year | Vehicle Model | Engine Family Number | Engine Configuration |
|---|---|---|---|
| 2007 | Chrysler Town & Country | 7CRXT03.8NEO | 3.3L V6 |
| 2007 | Ford F150 | 7FMXT05.44H7 | 5.4L V8 |
| 2003 | Ford F150 | 3MFXT05.4PFB | 5.4L V8 |
| 2003 | Ford Taurus | 3FMXV03.0VF3 | 3.0L V6 |
| 2007 | Buick Lucerne | 7GMXV03.9146 | 3.8L V6 |
| 2003 | Buick LeSabre | 3GMXV03.8044 | 3.8L V6 |
| 2007 | GM Silverado | 7GMXT05.3379 | 4.8L V8 |
| 2007 | Honda Accord | 7HNXV02.4KKC | 2.4L I4 |
| 2003 | Nissan Altima | 3NSXV03.5C7A | 3.5L V6 |
| 2007 | Toyota Camry | 7TYXV02.4BEB | 2.4L I4 |
| 2003 | Toyota Camry | 3TYXV02.4HHA | 2.4L I4 |
| 2001 | Chrysler PT Cruiser | 1CRXV02.4VD0 | 2.4L I4 |
| 1999 | Ford Crown Victoria | XFMXV04.6VBE | 4.6L V8 |
| 1999 | Honda Civic | XHNXV01.6TA3 | 1.6L I4 |
| 1999 | Toyota Corolla | XTYXV01.8XBA | 1.8L I4 |
| 2004 | VW Golf TDI | 4ADXV01.8356 | 1.8L I4 Turbo |

Table 2. Results of fuel analyses in the Immediate Ethanol Effects study.

| Test Laboratory | Fuel | D5599 Ethanol (vol%) | D240 LHV (BTU/lbm) | D4052 Specific Gravity | D5291 Carbon (wt%) | D5291 Hydrogen (wt%) | D5599 Oxygen (wt%) |
|---|---|---|---|---|---|---|---|
| NREL/CDPHE | E0 | 0.0 | 18,533 | 0.746 | 86.15% | 13.05% | 0.00% |
| | E10 | 9.9 | 17,873 | 0.750 | 81.84% | 12.37% | 3.65% |
| | E15 | 13.9 | 17,471 | 0.752 | 80.72% | 12.68% | 5.11% |
| | E20 | 18.6 | 17,091 | 0.754 | 78.77% | 12.92% | 6.79% |
| ORNL | E0 | 0.0 | 18,534 | 0.746 | 86.83% | 12.97% | 0.00% |
| | E10 | 9.1 | 17,844 | 0.750 | 82.56% | 12.62% | 3.36% |
| | E15 | 14.4 | 17,485 | 0.752 | 80.16% | 12.52% | 5.27% |
| | E20 | 19.8 | 17,043 | 0.755 | 79.66% | 12.84% | 7.23% |
| ANL/TRC | E0 | 0.0 | 18,542 | 0.746 | 86.83% | 12.85% | 3.62% |
| | E10 | 9.9 | 17,793 | 0.751 | 82.29% | 12.85% | 3.62% |
| | E15 | 14.3 | 17,412 | 0.752 | 80.58% | 13.41% | 5.24% |
| | E20 | 19.6 | 17,044 | 0.755 | 78.97% | 12.71% | 7.17% |

Table 3. Vehicle models from EPAct study included in R factor analysis.

| Vehicle ID | Model Year | Brand/Model | Engine Family | Engine Size |
|---|---|---|---|---|
| CCOB | 2008 | Chevrolet Cobalt | 8GMXV02.4025 | 2.2L I4 |
| CIMP | 2008 | Chevrolet Impala FFV | 8GMXV03.9052 | 3.5L V6 |
| CSIL | 2008 | Chevrolet Silverado | 8GMXT05.3373 | 5.3L V8 |
| DCAL | 2008 | Dodge Caliber | 8CRXB02.4MEO | 2.4L I4 |
| F150 | 2008 | Ford F150 FFV | 8FMXT05.44HF | 5.4L V8 |
| FEXP | 2008 | Ford Explorer | 8FMXT04.03DB | 4.0L V6 |
| FFOC | 2008 | Ford Focus | 8FMXV02.0VD4 | 2.0L I4 |
| HCIV | 2008 | Honda Civic | 8HNXV01.8LKR | 1.8L I4 |
| HODY | 2008 | Honda Odyssey | 8HNXT03.54KR | 3.5L V6 |
| JLIB | 2008 | Jeep Liberty | 8CRXT03.7NE0 | 3.7L V6 |
| NALT | 2008 | Nissan Altima | 8NSXV02.5G5A | 2.5L I4 |
| SOUT | 2008 | Saturn Outlook | 8GMXT03.6151 | 3.6L V6 |
| TCAM | 2008 | Toyota Camry | 8TYXV02.4BEA | 2.4L I4 |
| TCOR | 2008 | Toyota Corolla | 8TYXV01.8BEA | 1.8L I4 |
| TSIE | 2008 | Toyota Sienna | 8TYXT03.5BEM | 3.5L V6 |

During the catalyst durability study, matched sets of each vehicle model were studied. Vehicles that were aged using an ethanol-blended fuel (for example E15) were emissions tested using that fuel and E0 at three points during the aging study. These points were referred to as start-of-test (SOT), mid-test (MID), and end-of-test (EOT). E15 and E20 data were available from all vehicle models, and E10 results were available for 5 vehicle models. 18 vehicle models from the catalyst durability study were utilized for the R factor analysis [13]. The 18 vehicles are listed in Table 5. Multiple batches of each fuel were used at each site owing to the much larger size of the program and logistical limitations on fuel storage.

Fuels at SwRI were managed by assigning batches to vehicle models so that each vehicle model used the same fuels throughout the program. Fuel batches at TRC were used chronologically, meaning that several vehicle models used different batches of fuel as the program proceeded.

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM
Copyright Protected

Table 4. Fuel properties for the EPAct study fuels.

| Fuel ID | D5599 Ethanol (vol %) | D4809 Net Heating Value (Btu/gal) | D4052 Density (g/ml) | D5291 Carbon Mass Frac. |
|---|---|---|---|---|
| 1 | 10.0 | 108,412 | 0.7211 | 0.8170 |
| 2 | 0.0 | 113,752 | 0.7220 | 0.8512 |
| 3 | 10.4 | 109,404 | 0.7350 | 0.8161 |
| 4 | 9.9 | 110,450 | 0.7346 | 0.8221 |
| 5 | 0.0 | 116,567 | 0.7573 | 0.8658 |
| 6 | 10.6 | 109,941 | 0.7342 | 0.8152 |
| 7 | 0.0 | 112,975 | 0.7208 | 0.8516 |
| 8 | 0.0 | 113,481 | 0.7191 | 0.8512 |
| 9 | 0.0 | 115,429 | 0.7454 | 0.8703 |
| 10 | 9.8 | 112,887 | 0.7644 | 0.8347 |
| 11 | 10.3 | 112,093 | 0.7596 | 0.8368 |
| 12 | 9.8 | 111,455 | 0.7517 | 0.8332 |
| 13 | 0.0 | 116,653 | 0.7540 | 0.8676 |
| 14 | 0.0 | 112,657 | 0.7223 | 0.8528 |
| 15 | 0.0 | 114,749 | 0.7428 | 0.8688 |
| 16 | 10.8 | 112,231 | 0.7636 | 0.8340 |
| 20 | 20.3 | 106,589 | 0.7425 | 0.7806 |
| 21 | 20.1 | 109,165 | 0.7754 | 0.7990 |
| 22 | 20.5 | 105,747 | 0.7371 | 0.7824 |
| 23 | 20.3 | 106,936 | 0.7476 | 0.7834 |
| 24 | 20.5 | 106,700 | 0.7422 | 0.7847 |
| 25 | 20.0 | 108,938 | 0.7702 | 0.8062 |
| 26 | 15.2 | 109,893 | 0.7593 | 0.8148 |
| 27 | 14.9 | 109,395 | 0.7434 | 0.8027 |
| 28 | 15.0 | 111,429 | 0.7699 | 0.8178 |
| 30 | 9.8 | 111,135 | 0.7508 | 0.8317 |
| 31 | 20.1 | 109,294 | 0.7742 | 0.7990 |



Figure 4. Speed-time profile for the FTP drive cycle.

The carbon, hydrogen, and oxygen fractions did not sum to 100% for some of the SwRI fuels, presumably due to incomplete recovery during the American Society for Testing and Materials (ASTM) D5291 test due to the volatility of the test fuels. In such cases, the carbon and hydrogen weight fractions were adjusted by computing a scaling factor to account for the incomplete recovery. The reported carbon and hydrogen fractions were multiplied by the scaling factor so that the sum of the carbon, hydrogen, and oxygen fractions summed to 100%, and these adjusted fractions were used in calculation of the fuel economy results and the R factor values. The oxygen fractions were accepted as correct and not adjusted, since they were determined through a different test, ASTM D5599.

The heating value results for three fuels used at TRC were found to be suspect. Since all of the ethanol blends at TRC were derived from a single batch of E0, the relationship between fuel oxygen content and heating value would be expected to be linear. Three heating value results were found to deviate considerably from a linear behavior. The remaining fuel analysis results were used to construct a best-fit line and the resulting best-fit relationship was used to calculate the appropriate heating value results for the three suspect fuels based on their measured oxygen content. This relationship is shown in Figure 5. The square data points indicate the suspect values. The hollow circles indicate the heating values that were used in calculations. Additionally, a previously-published correlation based on the carbon, hydrogen, and oxygen weight fractions was used to estimate the suspect heating values for comparison [14]. In all three cases, the estimate based on carbon, hydrogen, and oxygen weight fractions confirmed that the originally reported values of heating value were suspiciously low. The values estimated from the weight fractions were within 100 BTU/lbm of the values estimated using the remaining data from this study. Thus, the values estimated from heating value and oxygen content of fuels in this study were used in R factor calculations, as shown in Figure 5. Carbon fraction, density, and heating value for the SwRI fuels are shown in Table 6. Similar data are shown for the TRC fuels in Table 7. Fuels with adjusted parameters as discussed previously are highlighted with a light-gray background in both tables.



Figure 5. Adjustment of heating values for three TRC fuels.

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM

Copyright Protected
*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*

Table 5. Vehicles from the catalyst durability study included in R factor analysis.

| Model year | Vehicle model | Engine family number | Engine Configuration |
|---|---|---|---|
| 2007 | Honda Accord | 7HNXV02.4KKC | 2.4L I4 |
| 2006 | Chevrolet Silverado | 6GMXT05.3379 | 5.3L V8 |
| 2008 | Nissan Altima | 8NSXV02.5G5A | 2.5L I4 |
| 2008 | Ford Taurus | 8FMXV03.5VEP | 3.5L V6 |
| 2007 | Dodge Caravan | 7CRXT03.8NEO | 3.8L V6 |
| 2006 | Chevrolet Cobalt | 6GMXV02.4029 | 2.4L I4 |
| 2007 | Dodge Caliber | 7CRXB02.4MES | 2.4L I4 |
| 2002 | Nissan Frontier | 2NSXT02.4C4B | 2.4L I4 |
| 2002 | Dodge Durango | 2CRXT04.75B0 | 4.7L V8 |
| 2009 | Jeep Liberty | 9CRXT03.74PO | 3.7L V6 |
| 2009 | Ford Explorer | 9FMXT04.03DC | 4.0L V6 |
| 2009 | Honda Civic | 9HNXV01.8XB9 | 1.8L I4 |
| 2009 | Toyota Corolla | 9TYXV01.8BEA | 1.8L I4 |
| 2005 | Toyota Tundra | 5TYXT04.0NEM | 4.0L V6 |
| 2006 | Chevrolet Impala | 6GMXV03.9048 | 3.9L V6 |
| 2005 | Ford F150 | 5FMXT05.4R17 | 5.4L V8 |
| 2003 | Toyota Camry | 3TYXV02.4HHA | 2.4L I4 |
| 2003 | Ford Taurus | 3FMXV03.0VF3 | 3.0L V6 |

## R FACTOR CALCULATION

The Auto/Oil study published in 1993 focused on a regression technique to calculate values for the R factor [6]. In this approach, each vehicle was individually tested on every fuel included in the study. The average of all vehicle results for each fuel was calculated and these values used in a regression with volumetric heating value. The slope of the best-fit line through these data is related to R in a defined way, allowing R to be calculated from the slope of the line. As discussed

previously, the vehicles in the Immediate Effects Study and the EPAct/V2/E-89 study were each tested with all of the ethanol-blended fuels. R-factor results for individual vehicles in the EPAct study were calculated in a similar manner described for the Auto/Oil program. Volumetric fuel economy results across all test fuels were regressed on fuel net heating value (NHV) for each vehicle (approximately 60 observations with replicates) using a least-squares method. Underline Figure 6 shows the weighted composite dataset, with trend lines indicating increasing fuel economy with NHV for each vehicle (weighted composite was calculated using the standard FTP factors of 0.43 times bag 1+2 plus 0.57 times bag 2+3). The resulting slope values were then used with the high and low NHVs to compute R for each vehicle. Uncertainty was computed as 95% confidence intervals about the standard error values for each vehicle's slope. Test fleet average R-values for the EPAct study were calculated by fitting a mixed model to the dataset treating vehicle as a random effect. The model-estimated slope and its standard error were used to compute R and its confidence intervals in the same way as for the individual vehicles.

Screening for outliers was done for each vehicle's fuel economy dataset using a test of whether points fell outside a range defined as three times the inter-quartile range above the 75th percentile or below the 25th percentile. No observations were found to be outliers by this method.

The slope method is very useful when each vehicle in the study is tested using a relatively large number of fuels, as was the case for both the Auto/Oil and the EPAct studies. Although the Immediate Effects study did test each car with every fuel, there were only four fuels studied. Thus, individual R values for each fuel and vehicle were calculated, as described below.

Table 6. SwRI test fuel properties.

| Vehicle | E0 Fuel | | | E10 Fuel | | | E15 Fuel | | | E20 Fuel | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) |
| 2007 Accord | 0.869 | 0.744 | 115,495 | 0.831 | 0.748 | 111,491 | 0.815 | 0.752 | 109,656 | 0.792 | 0.754 | 106,727 |
| 2006 Silverado | 0.869 | 0.743 | 115,138 | 0.829 | 0.751 | 111,296 | 0.812 | 0.751 | 108,849 | 0.794 | 0.752 | 107,213 |
| 2008 Altima | | | | | | | | | | | | |
| 2008 Taurus | 0.878 | 0.742 | 116,328 | 0.832 | 0.748 | 111,707 | 0.817 | 0.751 | 109,844 | 0.795 | 0.752 | 107,269 |
| 2007 Caravan | | | | | | | | | | | | |
| 2006 Cobalt | 0.866 | 0.744 | 114,784 | Vehicles not tested on E10 | | | 0.813 | 0.751 | 109,483 | 0.793 | 0.753 | 107,330 |
| 2007 Caliber | | | | | | | | | | | | |
| 2002 Frontier | | | | | | | | | | | | |
| 2002 Durango | 0.866 | 0.743 | 115,083 | | | | 0.811 | 0.752 | 108,782 | 0.798 | 0.753 | 107,549 |

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM
Copyright Protected

*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*

Table 7. TRC test fuel properties.

**Start of Test**

| Vehicle | E0 Fuel Carbon Fraction ASTM D5291 | E0 Fuel Density (g/cc) ASTM D4052 | E0 Fuel LHV (BTU/gal) | E15 Fuel Carbon Fraction ASTM D5291 | E15 Fuel Density (g/cc) ASTM D4052 | E15 Fuel LHV (BTU/gal) | E20 Fuel Carbon Fraction ASTM D5291 | E20 Fuel Density (g/cc) ASTM D4052 | E20 Fuel LHV (BTU/gal) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Civic | | | | | | | | | |
| 2009 Explorer | | | | | | | 0.801 | 0.753 | 107,680 |
| 2009 Corolla | | | | | | | | | |
| 2009 Liberty | 0.872 | 0.743 | 115,205 | 0.809 | 0.751 | 108,441 | | | |
| 2005 Tundra | | | | | | | | | |
| 2006 Impala | | | | | | | 0.792 | 0.754 | 106,648 |
| 2005 F150 | | | | | | | | | |
| 2003 Camry | | | | | | | 0.792 | 0.752 | 106,659 |
| 2003 Taurus | | | | | | | | | |

**Midlife Test**

| Vehicle | E0 Fuel Carbon Fraction ASTM D5291 | E0 Fuel Density (g/cc) ASTM D4052 | E0 Fuel LHV (BTU/gal) | E15 Fuel Carbon Fraction ASTM D5291 | E15 Fuel Density (g/cc) ASTM D4052 | E15 Fuel LHV (BTU/gal) | E20 Fuel Carbon Fraction ASTM D5291 | E20 Fuel Density (g/cc) ASTM D4052 | E20 Fuel LHV (BTU/gal) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Civic | | | | | | | | | |
| 2009 Explorer | | | | | | | 0.792 | 0.754 | 106,648 |
| 2009 Corolla | | | | | | | | | |
| 2009 Liberty | 0.872 | 0.743 | 115,205 | 0.809 | 0.751 | 108,441 | | | |
| 2005 Tundra | | | | | | | | | |
| 2006 Impala | | | | | | | 0.792 | 0.752 | 106,659 |
| 2005 F150 | | | | | | | | | |
| 2003 Camry | | | | | | | 0.795 | 0.752 | 106,910 |
| 2003 Taurus | | | | 0.813 | 0.749 | 109,111 | 0.797 | 0.752 | 107,161 |

**End of Test**

| Vehicle | E0 Fuel Carbon Fraction ASTM D5291 | E0 Fuel Density (g/cc) ASTM D4052 | E0 Fuel LHV (BTU/gal) | E15 Fuel Carbon Fraction ASTM D5291 | E15 Fuel Density (g/cc) ASTM D4052 | E15 Fuel LHV (BTU/gal) | E20 Fuel Carbon Fraction ASTM D5291 | E20 Fuel Density (g/cc) ASTM D4052 | E20 Fuel LHV (BTU/gal) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Civic | | | | 0.809 | 0.751 | 108,441 | 0.792 | 0.752 | 106,659 |
| 2009 Explorer | | | | | | | | | |
| 2009 Corolla | | | | | | | | | |
| 2009 Liberty | | | | | | | | | |
| 2005 Tundra | 0.872 | 0.743 | 115,205 | 0.813 | 0.749 | 109,111 | 0.797 | 0.752 | 107,161 |
| 2006 Impala | | | | | | | | | |
| 2005 F150 | | | | | | | | | |
| 2003 Camry | | | | | | | | | |
| 2003 Taurus | | | | | | | | | |

The vehicles in the catalyst durability study were tested such that one vehicle of each model was tested with one ethanol-blended fuel plus E0. Thus, while it is possible to use the regression method to calculate the R factor from the EPACT study data, it is not possible to use this method for the results of the catalyst durability study.

Accordingly, a different method for R factor calculation was adopted for the immediate effects and the catalyst durability studies. The average fuel economy for a given vehicle (not vehicle model) was calculated for each fuel and at each test interval. For example, consider a 2009 Ford Explorer from the catalyst durability study. Two of these vehicles used an ethanol-blended fuel: one used E15 and the other used E20. Both were also tested using E0. These tests occurred three times during the program, at SOT, MID, and EOT. The average fuel economy of the E15 vehicle was computed for tests where it used E0 and again for tests using E15. These average values were used with the appropriate fuel property information to calculate an R value for the E15 vehicle at each test interval, with the E0 results taken as the reference fuel results. Similarly, R values for the E20 vehicle were calculated. This process was repeated for each vehicle included from the catalyst durability study. Similarly, R values were calculated based on the E0 and each ethanol-blended fuel for each vehicle in the Immediate Effects Study.

JA194

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM
Copyright Protected



Figure 6. Weighted composite fuel economy dataset from the EPAct study.

The calculated R values for each vehicle were averaged in several characteristic groupings for analysis of the results. In each case, a 95% confidence interval was calculated for the average. The confidence intervals varied considerably in magnitude according to variability and the number of data points used in the average. For example, an average R value was computed for each vehicle model. These results typically have the largest confidence intervals, since only 6 values (for vehicles models tested with E15 and E20) or 9 values (for vehicles tested with E10, E15, and E20) were included in the average.

## RESULTS

R factor values calculated from the Immediate Effects Study using the LA92 drive cycle test results are shown in Figure 7. The results show that there is no statistically significant difference between the average values for the Tier 2 and pre-Tier 2 fleets. Average values are less than 0.9 in all cases except for the E20 data. The average R value tends to increase for all fleets with increasing fuel ethanol content, indicating that cycle average engine efficiencies decreased as ethanol content increased. However, an analysis of variance (ANOVA) test was conducted and confirmed that differences in R values between the test fuel groupings were not statistically significant at the 95% confidence level. The total fleet average R factor on all fuels for the LA92 cycle was 0.891±0.075, and for the Tier 2 fleet was 0.858±0.087. A t-test determined that the difference between the Tier-2 fleet and the Pre-Tier-2 fleet averages was not statistically significant. The number of observations available for each individual vehicle was too low to obtain meaningful R values by vehicle.

Since the EPAct study generated a larger number of observations on each vehicle, it was possible to determine R values by vehicle, as shown in Figure 8. The results show that there is significant variation in response among vehicles. The average R value for the EPAct test fleet was 0.921±0.010.

R values can also be calculated for the individual emission bags, as well as subsets of the fuel matrix containing different ethanol levels. Test fleet average values for these results are shown in Figure 9. Differences between bags don't appear to be meaningful, however these results suggest the R value found for E15-E20 test fuels is higher than for E0 or E10 fuels. Note that results shown by ethanol level for the EPAct study describe the effect of a change in heating value at fixed ethanol level, while results for the "All Fuels" group (as well as the other studies in this paper) include the change in ethanol level as part of the change in heating value.

Both studies using the LA92 cycle suggest with varying levels of statistical confidence that R values increase as ethanol content in the fuel increases. This trend indicates that cycle average engine efficiency for the LA92 cycle declines marginally as the fuel ethanol content increases. Referring to Figure 2, this marginal decline is very small, on the order of 0.05-0.085% brake thermal efficiency. It is not possible to determine a precise reason for this decline from the data, and it is likely that differences occur across vehicle models.

Reduction of knock-limited operation resulting from the higher octane ethanol blends would cause engine efficiency to increase. Although this effect may be present, the results suggest it is of smaller impact than other effects that tend to decrease engine efficiency.

One possible effect that could explain the observed decrease in efficiency is that the use of learned fuel trim during open loop conditions results in greater fuel use with the oxygenated fuels than with the non-oxygenated baseline fuel. Such a shift could increase fuel consumption without changing the useful work output of the engine, and thus cause the efficiency to decline slightly. This hypothetical effect, if correct, could explain the results observed from both studies on the LA92 cycle, but may not be the only plausible explanation. Additional studies designed to examine this issue are needed in order to firmly establish the cause of the ethanol effects on the LA92 cycle R values.



Figure 7. R factor values from the Immediate Effects Study.

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM

Copyright Protected

*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*



Figure 8. Weighted composite R values from the EPAct study by vehicle using all test fuels.



Figure 9. EPAct test fleet average R values by ethanol level and emission bag.

The R factor results from the Catalyst Durability Study using the FTP drive cycle are shown in Figure 10. The vehicles were grouped according to whether they were certified to the Tier 2 emissions standard or an emissions standard prior to Tier 2 and as a total fleet. R factors were pooled to analyze each of the fleet groupings for each ethanol level and with all fuels combined. In each case, the bar shows the average value, with the error bars indicating 95% confidence intervals. The number of vehicles tested using E10 was considerably smaller than for E15 and E20, and this smaller pool of data resulted in increased confidence intervals for E10 relative to the other fuels.

The results show that the average R factor is slightly lower than unity, but greater than 0.9 in all cases. The pre-Tier 2 fleet average R factor is consistently lower than the Tier 2 fleet, but a t-test confirmed that the difference was not statistically significant. The FTP average R factor for the total fleet on all fuels was 0.935±0.042. The Tier 2 fleet average R factor on all fuels was 0.939±0.051. Results from the 2007 Honda Accords were found to be inconsistent and questionable. For example, the E10 vehicle returned R values for the SOT, MID, and EOT of 0.761, 0.824, and 0.198. Examination of the test results

showed that the variability was a result of variability in the reported fuel economy data. The EOT results for the E10 vehicle tested on E0 appeared inexplicably low compared with other tests. Similarly, the E15 vehicle appeared to have tests using E15 that were not consistent, and the E20 vehicle MID test data with both E0 and E20 was inconsistent. These issues caused the calculated R values to vary widely and to magnitudes that do not appear rational, such as the 0.198 result for the E10 vehicle and values greater than 1.1 for the E20 vehicle. No single cause for the questionable nature of the results could be firmly established, and it is worth noting that the inconsistencies are only on the order of about 0.5 miles per gallon. If the results from this vehicle model are eliminated from the analysis, the total fleet average R value increases slightly to 0.949±0.041, and the Tier 2 fleet average becomes 0.958±0.052.



Figure 10. Weighted composite R values from the FTP cycle.

The fleet average R values for most fuels on the LA92 cycle were slightly lower than those observed for the FTP cycle. The E15-E20 fuel average from the EPAct study as well and the E20 fuel average from the Immediate Effects Study was higher than the corresponding fuel average R values on the FTP cycle. As has been previously discussed, differences in drive cycle could give rise to differences in R values depending upon some aspects of engine design and calibration.

The tendency for increasing fuel ethanol content to increase the value of R on the LA92 cycle was not observed on the FTP cycle. The most significant difference between the two cycles is the inclusion of more aggressive acceleration events in bag 2 of the LA92 cycle. It is possible that ethanol specific effects on R, arising from ethanol's higher knock resistance or the application of learned fuel trim during open-loop transients, may arise during these aggressive accelerations. As the trend for downsizing and downspeeding of engines to improve fuel economy progresses, it is conceivable that ethanol effects could become observable on the FTP cycle for future vehicles. These are topics that should be explored in future studies more specifically focused on fuel economy.

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM
Copyright Protected
*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*

## Uncertainties in R Factor Determination

An important consideration in conducting experimental analyses for R-factor is the sensitivity of the results to measurement error and variability. Since the differences in fuel economy and fuel heating value being examined are typically small relative to their values, Equation 1 can produce widely varying quotients. This issue is complex because the fuel economy measurements contain test-to-test variability in emission results as well as fuel property measurements that contain some level of uncertainty. The acceptable level of repeatability for the ASTM D240 net heating value test is ±0.40 MJ/kg, or approximately ±172 BTU/gallon [15]. This level of uncertainty in the fuel heating value results in an uncertainty in R of approximately 0.05. Similarly, the uncertainty in R posed by the acceptable repeatability in the ASTM D4052 test for specific gravity is 0.00031, which produces an uncertainty in R of approximately 0.0004 [16]. The acceptable repeatability for determination of the carbon weight fraction by ASTM D5291 is 0.5644% [17]. It is noteworthy, however, that gasoline-range fuels are no longer included in the scope of ASTM D5291 due to their volatility. Nevertheless, variations of this test method are still in wide use for gasoline. The uncertainty in R produced by the level of repeatability stated for D5291 is approximately 0.11. The uncertainties imposed by variability in the ASTM methods have not been included in the R factor confidence intervals reported in this paper.

Additionally, experimental issues beyond test variability can confound determination of the R factor. While it is not practical to calculate the effect that some of these issues could have with a high degree of confidence, it is possible to estimate the direction and magnitude of their impacts. Plotting the fuel economy results versus the heating value for the test fuels (such as in Figure 6) can aid in identifying outliers in the data.

For example, one issue of consequence is that of fuel carryover during test fuel changes. Fuel carryover that results from an incomplete fuel change would have the effect of reducing the difference in volumetric fuel economy measured for the test fuels. Thus, fuel carryover would tend to reduce the value of the numerator in Eq. (1) while the denominator would remain fixed, resulting in a reduction in R regardless of the test order for the fuels. If the fuel carryover level was just 1%, it could result in an error in the actual heating value of the fuel in the tank as high as 81 BTU/gallon, which would cause a reduction in R of roughly 0.025.

Another potential issue is absorption of water from air in the storage tank headspace by ethanol-blended fuel after heating value determination but before vehicle testing. In this case, fuel economy would decline more than expected based on heating value difference and thus would cause the value of R to increase for a change to a fuel with a lower heating value than the reference fuel. If the fuel absorbs water at the rate of 1% of the ethanol volume in the blend, an E20 blend could experience an increase its water content of 0.2%. This change would decrease the actual heating value of the fuel in tank by approximately 200 BTU/gallon and would increase the value of R by about 0.06.

## CONCLUSIONS

- The Intermediate Ethanol Blends Immediate Effects Study showed an average R value for the total test fleet and for all fuels of 0.891±0.075 using the LA92 drive cycle.

- The EPAct study showed an average R value for the total test fleet and for all fuels of 0.921±0.010 using the LA92 drive cycle.

- Results for the LA92 drive cycle suggest R factor may be higher for E15 and E20 fuels than for E0 or E10 fuels.

- Fuel economy results from the Intermediate Ethanol Blends Catalyst Durability Study showed an average R value for the total test fleet and for all fuels of 0.935±0.042 using the FTP drive cycle. This value increases to 0.949±0.041 if questionable results from one vehicle model are discarded.

- R values for the FTP cycle were not observed to have a dependence on the fuel ethanol content.

- The R factor calculation is sensitive to experimental variability; hence, large amounts of data are needed to examine R values with reasonable confidence intervals.

- Examination of the results from all three studies shows that R factor values for modern vehicles are closer to unity than the 0.6 value originally established in the 1980s.

## REFERENCES

1. "Average Fuel Economy Standards," Title 49 *U.S. Code*, Sec. 32902 et seq, 2001 ed.

2. "Energy Independence and Security," 42 *U.S. Code*, Sec. 17001 et seq, 2007 ed.

3. "Control of Air Pollution From Motor Vehicles: Tier 3 Motor Vehicle Emission and Fuel Standards; Proposed Rule," 78 *Federal Register* [98], 21 May 2013, pp. 29816-30191.

4. "Fuel Economy Test Procedures; Revised Fuel Economy Calculation Equation and Light Truck Mileage Accumulation Limits; Final Rule," 51 *Federal Register*, [206], 24 October 1986, pp. 37844-37852

5. "Protection of Environment," Title 40 *Code of Federal Regulations*, Pt. 600. 2012 ed.

6. Hochhauser, A., Benson, J., Burns, V., Gorse, R. et al., "Fuel Composition Effects on Automotive Fuel Economy - Auto/Oil Air Quality Improvement Research Program," SAE Technical Paper 930138, 1993, doi:10.4271/930138.

7. Ingamells, J., "Fuel Economy and Cold-Start Drivability with Some Recent-Model Cars," SAE Technical Paper 740522, 1974, doi:10.4271/740522.

8. Conklin, J.C., and Szybist, J.P., "A Highly Efficient Six-stroke Internal Combustion Engine Cycle with Water Injection for In-Cylinder Exhaust Heat Recovery,"*Energy* 35:1658-1664, 2010, doi:10.1016/j.energy.2009.12.012.

9. Knoll Keith, West Brian, Clark Wendy, Graves Ronald, Orban John, Przesmitzki Steve, Theiss Timothy, *Effects of Intermediate Ethanol Blends on Legacy Vehicles and Small Non-Road Engines, Report 1-Updated*, NREL/TP-540-43543, ORNL/TM-2008/117, February 2009, available at http://info.ornl.gov/sites/publications/Files/Pub12154.pdf

10. Knoll, K., West, B., Huff, S., Thomas, J. et al., "Effects of Mid-Level Ethanol Blends on Conventional Vehicle Emissions," SAE Technical Paper 2009-01-2723, 2009, doi:10.4271/2009-01-2723.

11. "EPAct/V2/E-89: Assessing the Effect of Five Gasoline Properties on Exhaust Emissions from Light-Duty Vehicles Certified to Tier 2

Downloaded from SAE International by Oak Ridge National Laboratory, Tuesday, April 01, 2014 08:32:39 AM

Copyright Protected
*Sluder et al / SAE Int. J. Fuels Lubr. / Volume 7, Issue 2 (June 2014)*

Standards, Final Report on Program Design and Data Collection", Report Number EPA-420-R-13-004, available at http://www.epa.gov/otaq/models/moves/epact.htm.

12. West, Brian H., Sluder Scott, Knoll Keith, Orban John, Feng Jingyu, *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012, available at http://info.ornl.gov/sites/publications/Files/Pub31271.pdf

13. Sluder, C. Scott, and West Brian H., *Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy*, ORNL/TM-2013/198, June 2013.

14. Geng, P, Furey, R., and Konzack, A., "Calculation of Heating Value for Gasoline Containing Ethanol," *SAE Int. J. Fuels Lubr*. 3(2):229-237, 2010, doi:10.4271/2010-01-1517.

15. ASTM Standard D240 - 09, "Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter," ASTM International, West Conshohocken, PA, 2009.

16. ASTM Standard D4052 - 11, "Standard Test Method for Density, Relative Density, and API Gravity of Liquids by Digital Density meter," ASTM International, West Conshohocken, PA, 2011.

17. ASTM Standard D5291 - 10, "Standard Test Method for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Petroleum Products and Lubricants," ASTM International, West Conshohocken, PA, 2010.

## CONTACT INFORMATION

C. Scott Sluder
sluders@ornl.gov

Brian H. West
westbh@ornl.gov

Aron D. Butler
butler.aron@epa.gov

Arvon L. Mitcham
mitcham.arvon@epa.gov

William Ruona
wruona@ford.com

## ACKNOWLEDGMENTS

The authors gratefully acknowledge Kevin Stork and Steve Przesmitzki of the U.S. Department of Energy for their support of this study. The authors also thank the staff of Transportation Research Center, Inc. and Southwest Research Institute for their efforts in data collection during the studies used in this paper. The authors would also like to thank James Warila of the US EPA Office of Transportation and Air Quality for assistance with data analysis and presentation.

## DISCLAIMER

The submitted manuscript has been authored by a contractor of the U.S. government under contract number DE-AC05-00OR22725. Accordingly, the U.S. government retains a nonexclusive, royalty-free license to publish or reproduce the published form of this contribution, or allow others to do so, for the U.S. government.

## DEFINITIONS/ABBREVIATIONS

**ANL** - Argonne National Laboratory

**ANOVA** - Analysis of variance

**ASTM** - American Society for Testing and Materials

**CAFE** - Corporate Average Fuel Economy Standards

**CDPHE** - Colorado Department of Public Health

**CO** - Carbon Monoxide

**$CO_2$** - Carbon Dioxide

**$D_F$** - Fuel density

**E** - Energy delivered to the road

**E0** - Gasoline blend with 0 vol% ethanol

**E10** - Gasoline blend with 10 vol% ethanol

**E15** - Gasoline blend with 15 vol% ethanol

**E20** - Gasoline blend with 20 vol% ethanol

**EISA** - Energy Independence and Security Act

**EOT** - End-of-test

**EPA** - (or U.S. EPA) United States Environmental Protection Agency

**EPCA** - Energy Policy and Conservation Act

**ETC** - Environmental Testing Corporation

**FTP** - Federal Test Procedure

**HC** - Hydrocarbons

**HFET** - Highway Fuel Economy Test

**$HV_F$** - Mass basis fuel heating value

**MID** - Mid-test

**NHTSA** - National Highway Traffic Safety Administration

**NHV** - Net heating value

**NREL** - National Renewable Energy Laboratory

**ORNL** - Oak Ridge National Laboratory

**R** - R factor

**SOT** - Start-of-test

**SwRI** - Southwest Research Institute

**TRC** - Transportation Research Center, Inc.

**$V_F$** - Volume of fuel consumed

**VOLFEi** - Volumetric fuel economy result for test fuel

**VOLFEr** - Volumetric fuel economy result for reference fuel

**VOLHVi** - Volumetric heating value for test fuel

**VOLHVr** - Volumetric heating value for reference fuel

**$\eta_E$** - Cycle average engine efficiency

**$\eta_{EI}$** - Cycle average engine efficiency for the test fuel

**$\eta_{Er}$** - Cycle average engine efficiency for the reference fuel

**$\eta_P$** - Cycle average lumped powertrain efficiency

This is a work of a Government and is not subject to copyright protection. Foreign copyrights may apply. The Government under which this paper was written assumes no liability or responsibility for the contents of this paper or the use of this paper, nor is it endorsing any manufacturers, products, or services cited herein and any trade name that may appear in the paper has been included only because it is essential to the contents of the paper.

Positions and opinions advanced in this paper are those of the author(s) and not necessarily those of SAE International. The author is solely responsible for the content of the paper.

**Tab 11**



**Comments on Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel;
Notice of Proposed Rulemaking**

**Docket ID No.
EPA-HQ-OAR-2016-0604**

**August 14, 2020**

The Alliance for Automotive Innovation (Auto Innovators)[1] hereby submits comment on the U.S. Environmental Protection Agency's (EPA's) notice of proposed rulemaking "Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel"[2] (the NPRM). These comments provide additional analysis and detail to our testimony provided on July 13, 2020.

**Executive Summary**

EPA has proposed to revise calculations and test procedures for measuring greenhouse gas (GHG) emissions and fuel economy in conjunction with a new test fuel (Tier 3 E10[3]) to be used for certifying gasoline-powered motor vehicles starting in model year 2021. While these adjustments to GHG and fuel economy performance on the new test fuel are intended to better align with the ethanol content of today's U.S. market fuels, Auto Innovators is concerned that:

- The proposed adjustment to laboratory-measured $CO_2$ revises GHG standards without following the Clean Air Act (CAA) prescribed standard-setting process and sets a policy precedent that is unsupportive of the potential of future low carbon fuels to contribute to reductions in transportation carbon emissions.
- The proposed calculation changes for fuel economy fall short of their statutory requirements and do not adequately reflect the performance of the newest automotive powertrain technologies.

---

[1] Formed in 2020, the Alliance for Automotive Innovation is the singular, authoritative and respected voice of the automotive industry. Focused on creating a safe and transformative path for sustainable industry growth, the Alliance for Automotive Innovation represents the manufacturers producing nearly 99 percent of cars and light trucks sold in the U.S. The organization, a combination of the Association of Global Automakers and the Alliance of Automobile Manufacturers, is directly involved in regulatory and policy matters impacting the light-duty vehicle market across the country. Members include motor vehicle manufacturers, original equipment suppliers, technology and other automotive-related companies and trade associations. The Alliance for Automotive Innovation is headquartered in Washington, DC, with offices in Detroit, MI and Sacramento, CA. For more information, visit our website http://www.autosinnovate.org.

[2] U.S. Environmental Protection Agency, "Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel, Notice of Proposed Rulemaking," 85 *Fed. Reg.* 28564 (May 13, 2020).

[3] Tier 3 E10 test fuel is approximately 10% ethanol, 90% gasoline.

- The proposed timing (affecting a model year already underway) does not provide adequate lead-time for planning and testing, specifically the impacts of the new test fuel on other requirements such as 5-cycle fuel economy testing and the associated "litmus test."

The automotive industry is committed to continued GHG emissions reductions and fuel economy improvements. Our members deliver on this commitment by investing in ongoing vehicle efficiency measures and advanced powertrain technologies, all while meeting the diverse needs of our many customers. While the recent focus has certainly highlighted the unprecedented investment by our members into vehicle electrification, our members also foresee that advanced combustion technologies will continue to be the technology of choice for many of our customers for years to come. Given the timespan over which combustion technology will continue to be sought by new car shoppers, and the timespan that those vehicles will remain in the field, low carbon fuels are becoming an increasingly important technology pathway to help achieve carbon reductions while obstacles for electrified vehicles are resolved and the market continues to grow.

A significant portion of the Auto Innovators comments below will focus on the proposal by EPA to adjust laboratory-measured $CO_2$ emissions, which is aimed at preserving the relative stringency of the agency's fleet average $CO_2$ regulation due to the phase-in of E10 certification fuel. This proposal is as much a policy decision with far-reaching implications for the future of low carbon fuels as it is a technical decision based on the chemistry of a single new fuel. The outcome of this NPRM could establish precedent upon which the future "vehicles and fuels as a system" are both regulated and incentivized in the United States.

The goal of Auto Innovators is to ensure that this rulemaking helps set a positive policy foundation that values the potential of low carbon fuels in contributing toward our shared climate goals. Auto Innovators proposes that making adjustments to laboratory results is not the optimal path forward and that the effect of E10, and other future low carbon fuels, is best handled within the context of future iterations of fleet average greenhouse gas standards.

I.     Do Not Adjust the Tailpipe $CO_2$ Value for E10

EPA seeks comment on whether to implement an adjustment factor that effectively increases the stringency of the $CO_2$ standards. The answer is no, because a regulatory action to attain or adjust a GHG standard should be undertaken in a full rulemaking under Section 202(a) of the CAA, not a test procedure revision under Section 206. If needed, such a change should have been completed with the recently finalized Safer Affordable Fuel Efficient (SAFE) Vehicles rulemaking.[4] Doing so now through the proposed test procedure revision would side-step considerations and requirements under the standard-setting process laid out by Section 202 such as feasibility, cost, and lead-time for technology development. Moving forward with the proposed $CO_2$ adjustment factor would bring into question whether the action is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" under CAA Section 307 and the Administrative Procedures Act.

---

[4] See 85 Fed. Reg. 24,174 (April 30, 2020).

EPA asserts that the proposed $CO_2$ adjustment represents a policy decision needed to "maintain stringency." However, existing standards should not be adjusted based on the perceived degree of difficulty in achieving those standards after their promulgation. Technological advancements that enable greater emissions reductions and/or lower costs to achieve an existing standard should be considered when setting a new standard. EPA's proposed attempt to maintain stringency will only remove the benefit of low carbon fuels from the level of emissions manufacturers are required to meet.

The proposed action would artificially increase the measured tailpipe $CO_2$ emissions on E10 test fuel by 1.66 percent. Adding $CO_2$ emissions that are not emitted by the vehicle for the purposes of calculating an adjusted compliance level for vehicles is counter to the goal of reducing carbon emissions from the transportation sector. This type of adjustment will have the unintended consequence of undermining the large potential GHG reduction opportunities low carbon fuels offer going forward, not just on the new vehicle fleet, but on the entire car parc. If this rule is finalized as proposed, it will negatively impact future clean, renewable fuels development and implementation that are needed to meet aggressive carbon reduction targets.

Lower carbon fuels will become increasingly important as a pathway for industry and other stakeholders to lowering emissions from internal combustion engine (ICE) vehicles, a technology most agree will be on the road for decades to come. However, if the agency negates the benefit of low carbon fuels, these opportunities will not be realized. In other words, the proposed change implies that for any future developed low carbon fuel, EPA would "adjust" the $CO_2$ at the tailpipe to what $CO_2$ would have been emitted had the vehicle run on pure gasoline, curbing an incentive to develop and commercialize the improved fuel. Future low carbon fuels may require the development of enhanced or dedicated vehicles and hardware and in order to best support the simultaneous introduction of vehicles and fuels into the marketplace, it is not appropriate to adjust out the benefits of the $CO_2$ reductions in the laboratory results. Given the complexity of introducing new fuels and vehicles into the market, the Agency should instead look for measures which incentivize both vehicles and fuels and provide positive support for such a transition.

The value of future low carbon fuels is supported by the significant investments into clean transportation fuels technology being made by branches of the Federal Government. There are at least three U.S. Department of Energy (DOE) offices that conduct work in low carbon fuels and related projects: Bio-Energy Technologies Office, Vehicle Technologies Office and the Hydrogen and Fuel Cell Technologies Office. These three offices have a combined annual budget in the range of $600-$700 million and are estimated to spend at least $100 million per year directly in low carbon fuels research.[5] A policy, like the one proposed to adjust $CO_2$ in this NPRM, works counter to this investment as it would add non-existent $CO_2$ to the tailpipe of every vehicle and permanently remove the current and future $CO_2$ benefits of low carbon fuels.

Auto Innovators recommends that EPA capitalize on the significant opportunity to promote low carbon fuels. Vehicles and fuels are a system and need to be treated as such. Adding $CO_2$ to the tailpipe emissions measurement, not because it is emitted, but to preserve the regulatory stringency of an existing fleet program, disincentivizes automobile manufacturers' accommodation of fuels that promise

---

[5] https://www.energy.gov/sites/prod/files/2019/03/f60/Day%201_Plenary_Berube_Sustainable%20Transportation.pdf.

future carbon emission reductions. EPA should use the vehicle's true, measured tailpipe $CO_2$ emissions value, without further adjustment, regardless of the fuel that is used (e.g. E0, E10 or EXX).

The proposed $CO_2$ adjustment would introduce additional contradictions and complications. EPA has never introduced an artificial adjustment to a directly measured emission rate. In fact, the precedent is to not adjust tailpipe $CO_2$ emissions when lower carbon fuels are used for compliance with greenhouse gas standards. In its final rule for 2012-2016 Model Year (MY) Light-Duty Vehicle GHG Standards and Corporate Average Fuel Economy Standards,[6] EPA specifically addressed the measurement approach for $CO_2$ emissions of MY 2016 and later E85[7] flexible fuel vehicles (FFVs). EPA states, "FFV emissions would be based on actual $CO_2$ results from emission testing on the fuels on which it operates" and further directed that the $CO_2$ emissions be based on "the demonstrated tailpipe emissions performance on gasoline and E85," (i.e. direct emissions measurements from the tailpipe of $CO_2$ grams per mile).[8] EPA's fuel-neutral approach to E85 is also applied to other fuels such as methanol, compressed natural gas and ultra-low sulfur diesel. This NPRM proposes to arbitrarily add emissions, in this case $CO_2$, to a test result, which is unprecedented in the context of a test procedure adjustment under the Clean Air Act.

If EPA were to adopt a $CO_2$ adjustment as proposed, the proposed $CO_2$ adjustment is too high based on the most up-to-date technical data supplied by Auto Innovators in these comments. The NPRM calls for measured tailpipe $CO_2$ emissions (by far the largest component of GHG emissions) to be artificially increased by 1.66 percent. While a small percentage correction for $CO_2$ may seem unimportant, an E10 adjustment impacts every gasoline-fueled vehicle certified by manufacturers every year for years to come. ICE vehicles will continue to be a prevalent technology in the car parc for decades, and any small overestimation of a $CO_2$ adjustment factor will cumulatively and negatively impact every gasoline-fueled vehicle certified by manufacturers.

If EPA insists on changing measured tailpipe $CO_2$ emissions, Auto Innovators would like to point out that EPA's proposed adjustment factor is based on a small sample of older vehicles that were tested in a manner unrepresentative of certification test procedures and variation. Auto Innovators has compiled a much larger and more representative dataset that both demonstrates the variability of the impact of E10 on $CO_2$ and provides a sound technical basis indicating that EPA's proposed adjustment factor is incorrect and actually over-adjusts $CO_2$ by a significant amount. To put this over-adjustment into context, using the SAFE Vehicle rule's estimated car and truck performance,[9] estimated car/truck mix,[10] and assuming 17 million units of vehicle production per year, the over-adjustment proposed by EPA would represent adding 5.8 million metric tons of $CO_2$ to manufacturer's liabilities, costing in excess of $200 million in added technology costs in MY 2025 alone, and with increasing costs every model year thereafter.[11]

---

[6] 75 FR 25324 (May 7, 2010).
[7] E85 is a blend of approximately 85% ethanol with gasoline.
[8] 75 FR 25434 (May 7, 2010).
[9] 85 FR 24198 Table II-15 and Table II-16.
[10] 85 FR 24623 Table VI-157.
[11] EPA previously estimated in 2014 that reducing 4.75 million metric tons of $CO_2$ emissions costs "in excess of $200M." https://www.epa.gov/enforcement/hyundai-and-kia-clean-air-act-settlement.

Given the dramatic differences in $CO_2$ impact that these two datasets show, and given the significant impact in both greenhouse gas program compliance credits and technology costs, it is extremely important that EPA consider any $CO_2$ emissions impacts resulting from E10 during a primary fuel economy and GHG rulemaking.

Further reflecting on the complex policy impacts that an adjustment to measured $CO_2$ emissions creates, EPA provides no explanation of where the adjusted carbon emissions go when considering the collective policy goals of EPA's various regulations. If EPA artificially adds carbon emissions to automotive tailpipe emissions measurements, it is logical that there should be an offsetting benefit elsewhere to a regulated party lest EPA be seen as over-reporting net carbon emissions across all of its programs or punitive at both the tailpipe and the fuel source. The apparent need for such offsets creates a regulatory morass as interested parties seek reimbursement for the otherwise double-counted $CO_2$ emissions.

## II.    Set R-Factor Equal to 1.0 for CAFE Performance on E10

In contrast to GHG emissions, for the purposes of Corporate Average Fuel Economy (CAFE), EPA is required by statute to use test procedures that provide comparable results to those used for MY 1975.[12] Also, unlike $CO_2$, fuel economy is a calculated quantity; it is not directly measured. However, EPA's proposed actions fall short in making the statutorily required adjustments.

One component of the fuel economy calculation is the "R-factor."[13] In simple terms, an R-factor of 1.0 implies that the impact of the energy content of a test fuel relative to that of the 1975 baseline fuel is fully observed in the test results and adjusted for. An R-factor of less than 1.0 implies that a test vehicle does not fully realize the impact of fuel energy content changes and results in a lower calculated fuel economy for fuels with lower energy content. In the NPRM, EPA proposes a new R-factor of 0.81, an increase from the prior value of 0.6.

Previous studies and theoretical principles regarding ethanol fuel combustion support a conclusion that the new R-factor should be 1.0. These studies are described in greater detail in our comments herein. EPA's proposal for an R-factor of 0.81 is based solely on its data from a January 2018 study of ten vehicles. In our comments, Auto Innovators identifies a number of limitations to the EPA test program, the largest of which is inherent variability issues. Although the EPA study attempted to address emission measurement variability, it did not consider significant variability attributable to laboratory testing procedures for analyzing fuel properties, a key factor in the computation of an appropriate R-factor. Additionally, the measurement of R-factor has also been shown to be highly variable on a vehicle to vehicle basis; the average R-factor could have differed considerably had a slightly different mix of vehicles been tested. For example, in EPA's test program, by replacing one vehicle that should have been excluded with a vehicle that was inappropriately excluded, the R-factor calculated based on EPA's limited test program would rise from 0.81 to 0.90.

---

[12] 49 U.S.C. § 32904(c).

[13] In this NPRM, EPA proposes to replace R-factor with Ra for E10. In our comments, Auto Innovators will explain that these terms are equivalent. The use of the terms R-factor and Ra are largely interchangeable in the context of our comments.

A much larger test fleet, preferably of the newest vehicles, is needed to reasonably approximate a representative "average R" applicable to the wide variety of vehicles and technologies that will be included in manufacturers' fleets. In support of a much larger test fleet, Auto Innovators has prepared a large and newer vehicle dataset comparing tailpipe emission test results on E0 and E10 test fuel. The industry-paired compliance dataset supports an R-factor close to 1.0. Industry compliance data represents the variability that manufacturers have to manage and the results of EPA's analysis demonstrate that many vehicles will be penalized if the R-factor is adjusted based solely on EPA's ten vehicle test program. The NPRM underestimates the care that is taken in certification testing. Manufacturers take care both to supply good data to the Agency and to be able to track laboratory and model performance. We urge EPA to utilize this new larger dataset and finalize an R-factor of 1.0.

There are additional practical reasons to set an R-factor of 1.0. This approach would obviate the need for future test programs when the test fuel is changed. With a non-unity R-factor, any future test fuel (e.g., E15) or fleet (with improved fuel economy technologies) would require additional updates to the R-factor, resulting in a need to continue updating the R-factor. Setting the R-factor at 1.0 would eliminate the necessity to reassess the R-factor in the future.

III.  Delay E10 Phase-In, Allow Optional E0 Testing and Carryover of E0 Data and Revisit Any Adjustment as Part of the Next CAFE / GHG Rulemaking

The NPRM proposes that fuel economy and GHG compliance testing be performed on Tier 3 E10 test fuel for new models beginning in MY 2023 and for all models by MY 2025. Auto Innovators acknowledges the Agency's burden of maintaining two test fuels and is aligned with the goal of completing an E10 test fuel phase-in; however, the transition should not come at the risk of manufacturer compliance by applying a "one-size-fits-all" average adjustment factor for the R-factor and $CO_2$.

Given that MY 2021 is currently underway, MY 2022 will begin in less than five months, and a final rule associated with this NPRM is now anticipated at the end of calendar year 2020, the proposed timing does not provide adequate lead-time nor enough flexibility for manufacturers to adjust test plans or attempt to mitigate the negative impact of a $CO_2$ over-adjustment on GHG compliance should a $CO_2$ adjustment be adopted.

The appropriate policy decision the Agency should make is to not apply an adjustment factor to alter $CO_2$ tailpipe emission test results. Utilizing this approach, Auto Innovators requests that the NPRM phase-in timing be delayed until two model years after the final rule is published in the *Federal Register*.

If a "one-size-fits-all" average adjustment is applied to $CO_2$ tailpipe emissions, manufacturers should have the option to test on E0 or E10 fuel to mitigate potential impacts to GHG compliance. Providing the option to test on E0 or E10 would have no impact on real-world GHG emissions, nor on the GHG standards themselves. Irrespective of the policy decision, carryover E0 test data for GHG and CAFE compliance over the life of a vehicle program should be allowed, as this also has no impact on real-world GHG emissions or the standards – the described purpose of an artificial $CO_2$ adjustment is to generate results more similar to those expected with E0 fuel.

Delaying the proposed phase-in and allowing carryover of E0 fuel economy data will have no impact on criteria emissions. The use of market-representative E10 test fuel for criteria standards certification started in MY 2017 and is now completely phased in for light-duty vehicles. Automobile manufacturers and suppliers are designing and certifying (for criteria emissions) all products on E10 test fuel, and these products are subject to in-use enforcement, including recall, if they fail those standards. Nothing in this rulemaking affects stringency of the criteria pollutant standards. Hence there are no issues of compromise of smog, ozone, or particulate matter standards involved in this rulemaking or with our recommended changes to the phase-in schedule and accommodations for carryover vehicles.

A $CO_2$ adjustment factor designed to provide the perception of maintaining stringency would in fact have a detrimental impact on test results and long-term testing and compliance planning. The proposed adjustment factor is based on data that is highly variable from vehicle-to-vehicle. Therefore, an average fleet-wide adjustment applied to an individual vehicle may unintentionally, but negatively, impact a manufacturer's GHG compliance. Any concerns related to GHG standard stringency are better addressed in the development of the future rulemaking for GHG standards beyond MY 2026, rather than an artificial increase during vehicle certification.

IV.    Address the Impact of the E10 Transition on 5-Cycle Testing and Litmus Test

The fuel economy label "litmus test" determines whether a manufacturer must test a vehicle model using the full 5-cycle test procedure, or whether it can apply a simplified calculation that only requires two test cycles. In this NPRM, EPA proposes to move all litmus testing to E10 without determining the impact of using E10 tests in an empirical system founded on E0 testing. EPA analysis shows that R-factor or Ra is cycle-specific, yet no analysis was conducted for the Cold CO, SC03 or US06 test cycles, all of which are used to determine 5-cycle fuel economy values for use on the consumer-based fuel economy label and to conduct the litmus assessment. Auto Innovators believes requiring the use of E0 regressions and litmus limits for vehicles tested on E10 is inappropriate. Further, this approach can be expected to result in unwarranted litmus failures, causing additional test burden and competitive fuel economy label disadvantages for vehicles that are otherwise very similar to each other. Auto Innovators requests that EPA continue to allow automakers the option to retest on E0 for litmus assessment until the implications of the new E10 test fuel on the complex 5-cycle and litmus methodology can be fully examined and addressed.

V.    Consider Fuel Economy and Environmental Performance Labeling Impacts

Auto Innovators believes that continued use of the existing derived fuel economy values is warranted for labeling purposes until proper E10 adjustments are developed. This reasoning does not hold for litmus test, however, since relatively small shifts in the cycle relationships can cause undue litmus failure and a lower label fuel economy for an affected vehicle model.

VI.    Summary and Conclusions

Auto Innovators offers the following summary of recommendations for a final rule that keeps the door open for future improvements in fuel technology and lower carbon fuels (further expanded on in the following pages):

- Do not artificially adjust measured $CO_2$ emissions. Using the measured emissions preserves the value of future biofuel and low carbon fuel investments and avoids an extreme, lasting cost to the automotive industry.

- E10 test fuel does not alter required GHG emission reduction requirements. Address changes in GHG standard feasibility in the context of the next CAFE and GHG standard-setting rulemaking.

- Set the fuel economy R-factor equal to 1.0.

- Provide a minimum two-year delay on the transition to E10 test fuel with no $CO_2$ adjustment factor. If EPA proceeds with an adjustment factor, extend optional E0 or E10 testing until a new CAFE and GHG rulemaking.

- Allow the use of carryover E0 certification data for the life of a vehicle program.

- Assemble additional data on premium-required vehicles, heavy-duty gasoline engines, and 5-cycle fuel economy and litmus testing before extending applicability of 2-cycle light duty vehicle results to these additional categories.

- Continue to allow OEMs the option to retest on E0 for litmus assessment until the implications of the new E10 test are fully examined.

- Make additional technical corrections as described in detailed comments below.

The proposed test procedure adjustments for $CO_2$ should not be included in this rulemaking, and the proposed test procedure adjustments for CAFE fall short of their statutory requirements. Additional consideration should be given to appropriate lead-time, associated impacts on other requirements, and what technical adjustments best align with the goal to be more representative of real world, lower-carbon fuels, like E10. Auto Innovators submits the following comments in support of the elements noted above that will help define a successful transition to E10 fuel for fuel economy and GHG testing.

If you have any questions on these comments, please contact Dan Bowerson, Director of Energy & Environment at the Alliance for Automotive Innovation, 248-357-4717.

## Table of Contents

**1. Do not adjust the tailpipe $CO_2$ value for E10** .................................................................................... 11

    1.1.    A $CO_2$ adjustment misrepresents what is coming out of the tailpipe ............................................. 11

    1.2.    A $CO_2$ adjustment eliminates any benefit of future low carbon liquid fuels ................................... 12

    1.3.    The final rule should establish a regulatory approach without a $CO_2$ adjustment factor for E10 test fuel ............................. 15

    1.4.    EPA's proposed $CO_2$ adjustment is not supported by the CAA Sections cited ................................ 16

    1.5.    Stringency impacts should be aligned during primary GHG and Fuel Economy rulemaking ................ 21

    1.6.    A small $CO_2$ over-adjustment would come at an extreme cost to industry ....................................... 24

**2. Set R-factor equal to 1.0 for CAFE Performance on E10** ...................................................................... 25

    2.1.    R-factor and adjusted R-factor (Ra) are the same values ............................................................. 29

    2.2.    Industry has concerns with EPA's test program ......................................................................... 31

        *2.2.1.    Vehicle / Engine Selection Concerns* ..................................................................................... 31

        *2.2.2.    Fuel Concerns* ................................................................................................................... 33

        *2.2.3.    EPA test vehicle concerns* ................................................................................................... 33

        *2.2.4.    Analysis of statistical outliers in EPA's test program* ............................................................. 33

        *2.2.5.    Elimination of the Malibu 1 from EPA's test program* ............................................................ 35

        *2.2.6.    Inclusion of the Acura in EPA's test program.* ...................................................................... 36

        *2.2.7.    Updated Ra and $CO_2$ adjustment with Malibu 1 excluded and Acura included* ........................ 38

    2.3.    Use Industry Compliance Paired Dataset for R-factor Determination and Set R-factor Equal to 1.0 ..................... 39

    2.4.    R-factor determination must account for variability due to fuel properties ....................................... 42

**3. Delay E10 phase-in, allow optional E0 testing and carryover of E0 data, and revisit any adjustment as part of the next CAFE / GHG Rulemaking** ............................................................................................................................... 47

**4. Do not use E0 regressions and litmus limits for vehicles tested on E10, allow optional testing on E0 for litmus** ...................... 49

    4.1.    Adjusted R-factor is cycle-specific ......................................................................................... 50

    4.2.    Reduced octane can distort litmus results ................................................................................ 50

**5.    Implement Additional Industry Recommendations** .................................................................................................... 51

5.1.    ASTM D240, ASTM D4809, and ASTM D5291 should not be used in the calculation of fuel economy and other ASTM test method corrections ............................................................................................................................................................... 51

5.2.    Implement consistent units and rounding procedures for Net Heat of Combustion and other technical amendments ................... 52

5.3.    Do not remove sulfur corrections and add water correction to modified ASTM D3338 ................................................... 53

**Appendix A - Derived Carbon Intensity of Tier 2 and Tier 3 Fuels from EPA Test Program** ...................................... 55

**Appendix B – Automotive Industry Compliance Data-Paired Analysis** ........................................................................... 56

**Appendix C – Auto Industry Fuel Study** ........................................................................................................................... 61

**Appendix D - Auto Alliance & Global Automakers Letter to EPA re: Fuel Property Analysis Methods** ....................... 64

**Appendix E - Net Heat of Combustion and Carbon Weight Fraction Background** ........................................................... 73

**Appendix F - Inconsistent Units** ......................................................................................................................................... 75

**Appendix G - Fuel Economy Testing & R-factor** ................................................................................................................ 77

### 1. Do not adjust the tailpipe $CO_2$ value for E10

In the NPRM, EPA seeks to offset changes in vehicle GHG emissions attributed to E10 test fuel in order to preserve comparability to past emissions tests and trends. This adjustment is not required by statute and fails to recognize the real performance of fuel used in more than 98 percent of the market today. If implemented, this rulemaking may discourage future improvements and carbon reductions of fuels. Adding emissions that are not emitted by the vehicle is counter to the goals of carbon reductions applicable to the transportation sector. If EPA seeks to make an adjustment to the stringency of the GHG standards, it should do so via standard-setting instead of test procedure adjustments.

#### 1.1. A $CO_2$ adjustment misrepresents what is coming out of the tailpipe

The NPRM proposes test procedure adjustments to be used with Tier 3 E10 test fuel for measuring National Highway Traffic Safety Administration (NHTSA) CAFE and EPA GHG emissions of Tier 3 motor vehicles. EPA seeks to adjust out changes in vehicle emissions attributed to the test fuel in order to preserve comparability to past emissions tests and trends. This approach is contradictory to EPA's own public messaging on the impact of ethanol in gasoline.[14] EPA justifies this approach in order to compare GHG or $CO_2$ emissions to previous test results, but this comparative approach ignores the benefits of lower carbon fuels.

Auto Innovators disagrees with EPA's approach with respect to GHG emissions, namely to apply an adjustment factor to the measured tailpipe $CO_2$ emissions value for GHG compliance. Adding emissions that are not emitted by the vehicle for the purpose of assessing compliance to otherwise clean and efficient vehicles, is short-sighted and counter to the goals of carbon reductions within the transportation sector. This fictitious $CO_2$ is not emitted from the vehicle's tailpipe – and would not be emitted when using E10 in real-world operation. It would, however, penalize the use of higher ethanol blends in gasoline, in this case E10, for vehicle GHG certification testing.

Auto Innovators supports a regulatory approach to use Tier 3 or LEV III (i.e. E10) certification test fuel without further test procedure adjustments for $CO_2$. Measuring and accounting for $CO_2$ in a consistent manner is critical for transparency and equity in regulatory treatment regardless of the test fuel. As it relates to $CO_2$ tailpipe emissions, it should reflect what is measured from testing the vehicle on the applicable test fuel. An approach that does not apply a test procedure adjustment for $CO_2$ aligns with EPA's current precedent established for other fuels such as E85, methanol, compressed natural gas

---

[14] EPA's website provides the following question and response:

> Question: "I thought my gasoline was blended with ethanol. Does that change my tailpipe $CO_2$ emissions?"

> EPA response: "While your fuel economy when using an ethanol blend in your vehicle will be slightly lower than when using gasoline without ethanol, the $CO_2$ tailpipe emissions per mile will be similar."

EPA's answer supports a test procedure adjustment for CAFE and contradicts this NPRM's proposed $CO_2$ test procedure adjustment for use of E10 test fuel. Source: EPA website (June 28, 2020), Greenhouse Gas Emissions from a Typical Passenger Vehicle, https://www.epa.gov/greenvehicles/greenhouse-gas-emissions-typical-passenger-vehicle - pane-7.

and ultra-low sulfur diesel. When EPA changed the Flexible Fuel Vehicle Exhaust Emissions Test Fuel in its Tier 3 standards[15] by lowering the ethanol content in the test fuel, it did not change the CREE equation. Additionally, EPA lowered sulfur levels in Tier 3 Certification Fuel relative to Tier 2 Certification Fuel which, all things equal, resulted in lower HC, CO, and NOx emissions. However, an adjustment factor was not implemented for the lower emission levels with Tier 3 certification fuel. EPA did not add factors to compensate for this sort of change, and there is no need to break precedent and institute a change for this test fuel change.

Also, counter to comments made at the public hearing on the NPRM, adjusting (or not adjusting) $CO_2$ will not impact air quality. The use of market-representative E10 test fuel for criteria standards certification started in MY 2017 and is now completely phased in for light-duty vehicles. The industry is designing and certifying all products on E10 test fuel for criteria emissions, and nothing in this rulemaking affects stringency or implementation timing of the criteria pollutant standards. Hence there are no issues of compromise of smog, ozone, or PM health-based standards involved in this rulemaking.

We urge the Agency to adopt an approach in its final rule that does not apply a test procedure adjustment for $CO_2$. Instead, if the Agency continues to be concerned regarding stringency, EPA can consider any stringency changes under the next phase of GHG regulations, as explained further in Section 1.5 below.

### 1.2. A $CO_2$ adjustment eliminates any benefit of future low carbon liquid fuels

In considering vehicles and fuels as a system, the role of liquid fuel improvements for gasoline vehicles can act as a complement to the GHG reduction from the electric vehicle (EV) fleet turnover. Electric vehicles cost thousands of dollars more than ICE models and come with capability and charging infrastructure limitations that challenge wide market acceptance today. For example, today there are only 26,677 Level 2 + DC Fast Chargers compared to 168,000 gas stations.[16] These obstacles have challenged wide EV market acceptance. Per the 2019 EPA trends report,[17] MY 2019 combined plug-in hybrid and battery electric vehicle (PHEV+BEV) market share is projected to be just over 3 percent of the total new vehicle market.

---

[15] 79 CFR 23529 (April 28, 2014).

[16] Charging Stations in U.S: AFDC Alternative Fuel Data Center Level 2+ in the United States Charging Stations https://afdc.energy.gov/stations/; Gas Stations in U.S: https://www.fueleconomy.gov/feg/quizzes/answerquiz16.shtml.

[17] EPA-420-R-20-006 (March 2020), https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100YVFS.pdf.



**Figure 1.1:** 2019 EPA Trends Report - Production share of EVs, PHEVs, and FCVs, Model Year 1995-2019

[18]

Even with ambitious GHG and zero emissions vehicle (ZEV) requirements for the new vehicle fleet, ICE vehicles will remain on the road for many years while electrification costs improve, infrastructure grows, market acceptance increases and the fleet transitions. In 2018, there were 278 million vehicles registered in the United States. Of those, only one million, or 0.4 percent, were EVs. EV sales need to increase significantly over time to replace the existing car parc that relies on petroleum fuels. As is shown in Figure 1.2, third-party analysis points to high penetrations of ICE vehicles remaining in the car parc through 2040.[19]

---

[18] https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100YVFS.pdf at 54.
[19] https://data.bloomberglp.com/professional/sites/24/2018/05/annual-global-light-duty-vehicle-sales.jpg.

13



**Figure 1.2** Vehicle fleet mix through 2040 [20]

Liquid fuel improvements enable vehicle GHG and fuel saving technologies while the market for EVs grows. Liquid fuel improvements have the potential to impact the entire car parc and may not require fleet turnover to realize the benefit. Liquid fuels can also mitigate some of the natural challenges to EV adoption by taking advantage of existing and wide-spread infrastructure, providing functional transparency to consumers, and avoiding market barriers that other technologies like electrification and fuel cells need to overcome.

By offsetting the benefits of $CO_2$ reduction from fuels, EPA discourages facilitation of the significant opportunity liquid fuel technology offers to reduce mobile source GHG emissions for the entire light-duty car parc. EPA should maintain a technology-neutral approach and recognize all $CO_2$-reducing technology that can improve light-duty fleet emissions across both the new vehicle and existing on-road fleet.

The core principle of the light-duty vehicle GHG program is to reduce GHG emissions from motor vehicles. Achieving this principal goal requires regulators to recognize and incentivize ***all*** carbon-reducing technologies. Vehicle testing should accurately reflect the $CO_2$ emissions as emitted during the test cycle, rather than an artificial technical adjustment, or address such changes in GHG emissions as part of a broader policy and standard-setting process. Vehicle and fuels are a system, and

---

[20] https://data.bloomberglp.com/professional/sites/24/2018/05/annual-global-light-duty-vehicle-sales.jpg.

14

low carbon liquid fuels (e.g. E10) are a $CO_2$-reducing technology that can complement (not replace) other technologies like electrification.

If this rule is finalized as proposed, it will act as a disincentive for auto manufacturers to design for or warrant use of future low carbon or net-zero carbon fuels if the benefits of using the fuel will be adjusted out and automakers are left with only the costs of upgrading their products. The rule, as proposed, will impact future clean fuels development and implementation that are critical to meet aggressive GHG reduction targets.

The Federal Government values and invests in future clean fuels technology for use in the transportation sector. There are at least three different U.S. Department of Energy (DOE) offices that conduct work in low carbon fuels and related projects: Bio-Energy Technologies Office, Vehicle Technologies Office and the Hydrogen and Fuel Cell Technologies Office. These three offices have a combined annual budget in the range of $600-$700M and are estimated to spend at least $100M per year directly in low carbon fuels.[21] A policy, like the one to adjust $CO_2$ in this NPRM, could strand this investment if the EPA will adjust out any benefits of low carbon fuels.

For example, the U.S. DOE Co-Optimization of Fuels and Engines program (Co-Optima) is a collaborative effort of nine national laboratories and more than 20 academic and industry partners to investigate how fuels and engines can operate together to improve efficiency and reduce emissions.[22] Co-Optima has identified ten gasoline blendstocks from four chemical classes that have the greatest potential to increase boosted spark-ignited (SI) engine efficiency, nine of which have low carbon content. The investment in this program from the Federal Government, academia and industry partners is substantial. Adopting a test procedure adjustment that penalizes automakers and does not recognize the GHG reduction benefits from fuel will jeopardize implementation of innovations resulting from programs such as Co-Optima.

A wide range of fuel and vehicle technologies will be needed to achieve significant GHG reductions from the transportation sector going forward. Auto Innovators recommends a final rule that will preserve future biofuel, low carbon and net-zero carbon fuel investment. We urge the Agency in a final rule to adopt a regulatory approach to preserve future fuel investment, one that does not artificially adjust the $CO_2$ compliance value from the measured tailpipe emissions value.

1.3. The final rule should establish a regulatory approach without a $CO_2$ adjustment factor for E10 test fuel

EPA specifically requests comment on whether a different regulatory approach should be considered for the use of Tier 3 (or LEV III) certification fuel.

> EPA requests comment on whether the Agency should consider a regulatory approach where we require the use of Tier 3 gasoline certification fuel without any test procedure adjustment for $CO_2$. If the Agency were to consider such an

---

[21] https://www.energy.gov/sites/prod/files/2019/03/f60/Day%201_Plenary_Berube_Sustainable%20Transportation.pdf.
[22] DOE, "Co-Optimization of Fuels & Engine" webpage, https://www.energy.gov/eere/bioenergy/co-optimization-fuels-engines.

approach, EPA also requests comment as to whether EPA would need to complete additional analysis, likely in the form of a Supplemental Notice of Proposed Rulemaking (SNPRM), or whether EPA could finalize a change in the gasoline certification fuel without any $CO_2$ adjustment factor and without issuing a SNPRM.[23]

Auto Innovators recommends that the $CO_2$ compliance value using Tier 3 or LEV III test fuel should be equal to the measured $CO_2$ emissions as weighted 55 percent from the FTP and 45 percent from HFET cycles. The Agency can finalize this alternative without further analysis and without a SNPRM, because EPA solicited comments for alternative approaches as part of the NPRM. Our proposed regulatory approach matches the current regulatory $CO_2$ calculations under the light-duty GHG program. Unlike the test procedure adjustment for CAFE, EPA has no statutory obligation to deviate from measured $CO_2$ tailpipe emissions.

1.4. <u>EPA's proposed $CO_2$ adjustment is not supported by the CAA Sections cited</u>

EPA should not adjust the stringency of its standards by revising test procedures under CAA 206(d), as it intends to do with its proposed $CO_2$ adjustment factor. Development of that factor is not required action under EPA's CAA test procedure development authority; EPA itself has recognized that "for testing for $CO_2$ emissions compliance under the CAA, the statute allows, *but does not require*, similar adjustments back to 1975 test procedures, including for changes in test fuel properties."[24] Rather, such a change amounts to standard-setting and, if EPA determines a revision is needed, should be executed under the terms of Section 202(a)(2).

In the NPRM, EPA cites statute governing its responsibility for fuel economy testing as part of the CAFE program under Title V of the Energy Policy and Conservation Act.[25] EPA also cites to its CAA authority to adjust test procedures for its GHG emission standards program, which directs simply and only that EPA "shall by regulation establish methods and procedures for making tests" for vehicle compliance testing and certification.[26] However, EPA's proposed $CO_2$ adjustment factor effectively increases the stringency of its $CO_2$ standards—a regulatory action that, if needed, should be taken in accordance with CAA Section 202, not Section 206. EPA is proposing as part of the test procedure to add an ancillary "correction" factor onto the emissions from the tailpipe, which is what the EPA CAA standards are intended to capture. If EPA seeks to attain a particular level for GHG standards, the mechanism for so doing is not to remedy an issue through test procedures but rather to undertake a full rulemaking under Section 202(a)—such as that recently completed as part of the Safer Affordable Fuel-Efficient vehicles proceeding.

Section 202(a)(1) directs EPA to:

> prescribe (and from time to time revise) in accordance with the provisions of this section, standards applicable to the emission of any air pollutant from any class or

---

[23] 85 FR 28566 (May 13, 2020).
[24] 85 FR 28567 (May 13, 2020).
[25] 85 FR 28565 (May 13, 2020); 49 USC 32901 *et seq.*, 32904(c).
[26] 85 FR 28565 (May 13, 2020).

classes of new motor vehicles or new motor vehicle engines, which in his judgment cause, or contribute to, air pollution which may *reasonably be anticipated to endanger public health or welfare*. Such standards shall be *applicable to such vehicles and engines for their useful life . . . .*[27]

This section makes clear EPA's goal in standard-setting and in setting test procedures for those standards: its aim is not to achieve "fuel efficiency" for vehicles, but rather to regulate emissions such that they do not "endanger public health or welfare." In contrast, EPA often cites in the NPRM to the idea of maintaining consistency with the original Tier 2 test fuel and avoid changes in stringency of the rules,[28] and predicates "GHG . . . stringency as relating to vehicle efficiency rather than tailpipe emissions." The assertions of these priorities instead of protection of public health and welfare are incorrect and introduce into the CAA evaluation considerations that are not directed by statute. EPA is also turning the effects of its proposed actions on their head in order to justify the proposal. The $CO_2$ adjustment does not avoid changes in stringency but rather effects changes in the level of stringency manufacturers had utilized for product planning, and for this reason, the $CO_2$ adjustment factor is not an appropriate part of a test procedure adjustment.

Section 202(a) also outlines a number of evaluations that EPA must undertake in standard-setting, which EPA bypasses here by effectively revising the standards through a test procedure adjustment factor. These include consideration of technological feasibility, cost, energy, and safety factors.[29] EPA should not institute the $CO_2$ adjustment factor because it has not completed these necessary evaluations.

Critically, in setting standards under Section 202(a), EPA also is instructed to give sufficient lead time to auto manufacturers "to permit the development and application of the requisite technology, giving appropriate consideration to the cost of compliance within such period."[30] Here, the effective increase in stringency would have immediate impact and affect vehicles in MY 2021, which is nearing completion of the certification process. Similarly, the $CO_2$ adjustment factor would appear to potentially affect in-use confirmatory testing for MYs already certified, which similarly did not allow for the consideration of this adjustment factor in the development of the vehicles. The appropriate way for EPA to adjust the stringency of its GHG standards is not through the $CO_2$ adjustment factor but rather through a Section 202 rulemaking, which would necessarily allow manufacturers the lead time needed to adjust to the sort of change that EPA is proposing to make.

It is clear that by adjusting stringency through a $CO_2$ adjustment factor as part of test procedures, EPA would be side-stepping a number of considerations and requirements under the standard-setting process laid out by Section 202. Moving forward with the $CO_2$ adjustment factor as proposed therefore would raise the question of whether such action would be "arbitrary, capricious, an abuse of discretion,

---

[27] 42 USC 7521(a)(1) (emphasis added).
[28] "[EPA] indicated that we intended to undertake rulemaking to re-align test results from GHG and CAFE fuel economy testing on the new Tier 3 test fuel so *they are consistent with test results from testing on the original Tier 2 test fuel*, in order to *avoid an effective change in the stringency* of the GHG and CAFE standards." (*emphasis added*) 85 FR 28564 (May 13, 2020).
[29] 42 USC 7521(a)(3).
[30] 42 USC 7521(a)(2).

or otherwise not in accordance with law" under CAA Section 307 and the Administrative Procedures Act.[31]

Indeed, this conclusion is consistent with federal case law. Agency interpretations of statute are governed by a *Chevron* analysis, pursuant to which an agency "first ask[s] 'whether Congress has directly spoken to the precise question at issue,' in which case [it] 'must give effect to the unambiguously expressed intent of Congress.'"[32] This is known as *Chevron* step 1. If, however, "the 'statute is silent or ambiguous with respect to the specific issue,'" the court "defer[s] to the agency's interpretation as long as it is 'based on a permissible construction of the statute.'"[33] This is known as *Chevron* step 2.

*Chevron* step 1 applies here. That is, EPA is, in effect, making a change to the emissions standards. It is adjusting the GHG and fuel economy standards so they are as stringent as currently promulgated even with the use of Tier 3 test fuel. Such changes to emissions standards are clearly governed by Section 202. Because Congress has spoken directly to this issue and has mandated that changes to emissions standards be promulgated under Section 202, *Chevron* step 1 would require a court to give effect to this unambiguous intent and would require that EPA issue this rule properly as a change to the emissions standards under Section 202.

In fact, the D.C. Circuit has addressed a similar situation where EPA promulgated a rule under one section of the CAA, when it should have promulgated a rule under a different section, and its holding supports the position above. This case addressed CAA Title I, Part D, Subparts 1 and 4.[34] Subpart 1 addresses "Nonattainment Areas in General" (areas that have not attained compliance with NAAQS).[35] In 1971, pursuant to Subpart 1, EPA established PM NAAQS up to 25-45 micrometers in diameter, and in 1987 revised the NAAQS to apply to PM equal or smaller than 10 micrometers ($PM_{10}$).[36] In 1990, Congress added Subpart 4 to Part D, which applies to "Particulate Matter Nonattainment Areas." *Id.* In 1997, EPA revised the PM NAAQS, setting separate $PM_{2.5}$ standards, while retaining the existing $PM_{10}$ standards.[37] In 2007 and 2008, it published implementation rules for $PM_{2.5}$ and $PM_{10}$ pursuant to Subpart 1, the general implementation provisions, rather than Subpart 4, the PM-specific provisions. These implementation rules were challenged.

The Court analyzed EPA's interpretation under *Chevron* step 1, finding that the statute was plain on its face and that the PM implementation rules should have been promulgated under Subpart 4. *Id.* at 437. It found that:

> by its express terms, Subpart 4, when enacted, governed all $PM_{10}$ particles, including those now denominated $PM_{2.5}$. The scope of the statutory definition—and consequently of Subpart 4's application—did not change when EPA subdivided

---

[31] 42 USC 7607(d)(9)(A); 5 USC 706(2)(A).

[32] *Nat. Res. Def. Council v. E.P.A.*, 706 F.3d 428, 431 (D.C. Cir. 2013) (hereinafter, "*NRDC*") (*quoting Chevron U.S.A. Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837, 842–43 (1984)).

[33] *Id.*

[34] *See NRDC*, 706 F.3d at 430.

[35] *Id.*

[36] *Id.*

[37] *Id.* at 431.

PM$_{10}$ by regulation. . . . [T]he intent of the 1990 amendments was to limit the broad implementation discretion Subpart 1 had previously granted EPA.[38]

Thus, the Court concluded that under "the plain meaning of the statutory language," meaning the CAA as a whole not just the specific statute under which the rule was purportedly promulgated, the PM rules should have been promulgated under Subpart 4.[39] It remanded to EPA to re-promulgate the rules pursuant to Subpart 4.[40]

Applying the holding here, by the CAA's express terms, Section 202 governs emissions standards. EPA is, in effect, changing the emissions standards as a result of its proposed change. Taking the CAA as a whole, including Section 202 and Section 206, this rule should be promulgated under Section 202. This conclusion is supported by not only the *NRDC* opinion, but also by more general tenants of *Chevron* Step 1. At *Chevron* Step 1,

> A reviewing court should not confine itself to examining a particular statutory provision in isolation. . . . It is a "fundamental canon of statutory construction that the words of a statute must be read in their context and with a view to their place in the overall statutory scheme." A court must therefore interpret the statute "as a symmetrical and coherent regulatory scheme," and "fit, if possible, all parts into an harmonious whole."[41]

Therefore, a review of EPA's promulgation of this rule under Section 206 would not be confined to examining the language of Section 206. Rather, such an analysis would examine the text of the CAA as a whole, including Section 202. And again, Section 202 clearly applies to the promulgation of emissions standards.

The fact that Section 206 is arguably ambiguous and may permit this type of rule should not change the outcome. The Court in *NRDC* specifically declined to address EPA's argument that "reading the act is, at minimum, a 'permissible' interpretation entitled to deference under *Chevron* step two."[42] The Court found that the argument was foreclosed "under *Chevron* step 1 because the statute is plain on its face."[43] Accordingly, because the CAA is plain on its face that emissions standards should be promulgated under Section 202, it is not relevant whether EPA's reading of Section 206 is permissible and would otherwise be deferred to.

Even if Section 202 does not clearly apply, and a *Chevron* step 2 analysis is pursued, Section 206(d) does not permit the type of action here. The meaning of Section 206(d) has been addressed in the context of the CAP 2000 rulemaking. CAP 2000 promulgated "revised emissions compliance procedures" by "simplify[ing] and streamlin[ing] the current procedures manufacturers must follow to obtain pre-production emission certification of new motor vehicles."[44] As part of this rulemaking, EPA

---

[38] *Id.* at 435.

[39] *See id.* at 436.

[40] *Id.* at 437.

[41] *Food & Drug Admin. v. Brown & Williamson Tobacco Corp.*, 529 U.S. 120, 132–33 (2000) (internal citations omitted).

[42] *NRDC*, 706 F.3d at 437.

[43] *Id.*

[44] Control of Air Pollution from New Motor Vehicles; Compliance Programs for New Light-Duty Vehicles and Light-Duty Trucks, 64 FR 23906 (May 4, 1999).

established a framework for manufacturers to develop their own durability tests to be used after EPA approval. EPA relied on Section 206 to do so.

The D.C. Circuit addressed this rulemaking in 2002 after a manufacturer of fuel and lubricant additives argued that "CAP 2000 violates the Act because it provides for test procedures and methods to be vetted in individual closed proceedings rather than in a notice-and-comment rulemaking."[45] The Court found that "CAP 2000 does not, as § 206 directs, 'establish methods and procedures for making tests' . . . ." Instead, it provides criteria for individual automobile manufacturers to develop their own test methods and procedures, which the EPA approves in a process that does not involve rulemaking."[46] It further noted that as follows:

> Conceivably § 206(d)'s requirement that EPA use regulation to "establish methods and procedures for making tests" could be squared with the record by reading "making tests" as referring to devising the tests rather than conducting them. Thus Congress would be mandating that the EPA use regulations merely to set up a system for picking tests (which might then be picked any old way) rather than mandating the use of regulations to decide how the tests themselves should be conducted. *But nothing in the context of the provision suggests that the "establish[ment]" under § 206(d) is to be so remote from the actual process of conducting tests*, and it is hard to see any congressional purposes that would be served by such a requirement. Indeed, neither in the administrative proceedings nor before us has the EPA invoked such a reading.[47]

Arguably, what EPA is trying to do here is too "remote from the actual process of conducting tests", because it is in effect altering test results which are already the result of established test procedures in order to avoid changing emissions standards. It is not actually establishing a process for conducting tests, the results of which are compared against the standard.

The Court further noted the difference between "(1) vaguely articulated test procedures (which would be reviewed deferentially under such cases as *American Trucking*) and (2) procedures for later development of tests (invalid under *MST Express*)."[48] The action here arguably is more similar to the second category than the first, because it is, in effect, the establishment of procedures for manufacturers to adjust test results established after implementing EPA's test procedures, not the establishment of test procedures themselves.

If EPA determines, or had determined, that a revision to stringency is needed, the appropriate process for doing so—as Auto Innovators and its predecessors have long advocated, including in comments to the SAFE rule NPRM[49]—is to use its authority under CAA Section 202(a) to directly revise the standard that it seeks to affect here, using an approach that considers the joint role of the vehicle and fuels as a system, rather than by tweaking test procedures to result in an equivalent outcome.

---

[45] *Ethyl Corp. v. EPA*, 306 F.3d 1144, 1146 (D.C. Cir. 2002).
[46] *Id.* at 1149.
[47] *Id.* (emphasis added).
[48] *Id.* at 1149–50.
[49] *See, e.g.,* Auto Alliance comments on The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Years 2021–2026 Passenger Cars and Light Trucks, Comment ID EPA-HQ-OAR-2018-0283-6186 (Oct. 26, 2018), at 40-41.

Just as the Tier 3 rule approached the change in test fuel to E10 for criteria emissions, from a systems-based approach that considered both the test fuel and the vehicle, EPA should have taken a similar approach for the GHG emissions portion if stringency was a concern. EPA recently had this opportunity as part of its SAFE 2 standards rulemaking and declined to do so; it should not seek to remedy that choice by adjusting test procedures.

1.5. Stringency impacts should be aligned during primary GHG and Fuel Economy rulemaking

GHG stringency and fleet performance depend on complex factors that are determined in primary stringency rulemaking. These factors include vehicle and footprint by sales mix, technology penetration by sales mix, technology performance in varying vehicle applications, market forecasts, and technology improvement rates.

Test procedure adjustments impose a "fixed" offset on all vehicles, ignoring the above-listed complex factors that determine overall stringency. An ideal test procedure adjustment should not have a compliance impact depending on vehicle mix or sales volumes and should be void of any influence on stringency. Instead, the adjustment factor should accurately represent the performance differences of E0 versus E10 for all models in the 17-million-unit per year vehicle fleet. If this ideal adjustment factor is determined, using significant data and sample size, this factor would make the decision to perform GHG and fuel economy testing using E0 versus E10 irrelevant to overall stringency. Additionally, if this ideal value is discovered, the use of either test fuel would meet the Agency's expectations for testing.

Auto Innovators acknowledges the burden of maintaining multiple test fuels and is aligned with EPA's goal of completely phasing in E10 test fuel for GHG and fuel economy testing in the future. Unfortunately, the test procedure adjustments proposed by the EPA are derived from a small sample and do not account for fleet or technology mix across industry or time. Today there are over 380 models sold, and it is difficult to justify how 10 vehicles from model years 2013-2016 represent the full breadth of the fleet. Further, the newest vehicles have undergone two sets of GHG and fuel economy regulated improvements since 2012 and, at the same time, come into compliance with the Tier 3 criteria emissions standards. The EPA's vehicle test set is not representative of the vehicles being sold today or in the future.

In addition, the proposed adjustment factor is based on a simple ten vehicle average with a large variation between each individual data point. This "simple average" does not hold true when applied to a much larger sample of vehicles and models. The "simple average" would likely result in a negative impact on OEM fleet performance, because it unpredictably changes testing output when applied to an entire new-vehicle fleet with numerous different vehicle programs and technologies.

The Agency's test procedure adjustment data shows a high variability indicating that there can be adjustments that differ greatly from the claimed "average" of 1.66 percent.

The EPA tested each of their test vehicles at least three and as many as six times on each test fuel. This repeat testing allows for calculation of a mean and standard deviation with each vehicle/fuel combination. The standard deviation for this value can be found by the method partial derivative

propagation of error technique. Figure 1.3 shows the mean $CO_2$ offset[50] for each vehicle and the overall average along with 95 percent confidence bands ($2\sigma$). Clearly there is a great deal of variation that is entirely due to variation in the $CO_2$ measurements of the individual vehicles when tested on the two fuels.



**Figure 1.3:** EPA test program $CO_2$ Adjustment with 95% confidence limits

---

[50] The $CO_2$ offset is defined as Tier 2 composite $CO_2$ emissions divided by the Tier 3 composite $CO_2$ emissions.

| Vehicle | CO2 Offset (10 pairs) |
|---|---|
| Altima | 1.81% |
| Civic | 1.49% |
| F150 | 1.06% |
| Malibu 1 | 2.48% |
| Malibu 2 | 1.83% |
| Mazda | 1.30% |
| Ram | 1.78% |
| Silverado | 1.24% |
| Silverado (2b) | 1.73% |
| Volvo | 1.84% |
| *Min* | *1.06%* |
| *Max* | *2.48%* |
| *Mean* | *1.66%* |
| *Standard Deviation* | *0.39%* |

**Table 1.1** EPA test program $CO_2$ adjustment

The industry-paired compliance dataset provided in Figure 1.4 below shows similarly high variability on a vehicle-to-vehicle comparison basis. However, with 157 vehicles, representing newer technologies and a wide range of vehicle types, the dataset produces a lower "average" $CO_2$ adjustment of 0.73 percent compared to the Agency's test procedure adjustment data. This industry-paired compliance data emphasizes the deficiencies resulting from a much smaller and older set of vehicles, and it reinforces that not only is EPA's $CO_2$ adjustment factor inappropriately proposed for today's vehicles, but that it should not be applied at all. The technical decision to apply a highly variable and inadequately derived factor to all vehicles, when it is not required or necessary, is not reflective of a science-based or logical approach. And again, it negates the purpose of reflecting how vehicles use E10 in the real world. Depending on an OEM's vehicle fleet and technology mix, a broad stroke test procedure adjustment can have a significant impact on overall stringency and performance once complex factors like sales and technology mix are applied. In fact, by simply excluding one vehicle and including another from the EPA test program fleet, the $CO_2$ adjustment for EPA's program would decrease from 1.66 percent to 1.45 percent. Note, Auto Innovators believes one vehicle never should have been included in the EPA data analysis, because of testing issues, and that another vehicle was inappropriately excluded. Further details are provided below in the section on R-factor.

Auto Innovators recommends that EPA not apply a $CO_2$ adjustment factor that risks manufacturer GHG compliance without fully understanding the complexities of sales and technology mix. EPA and industry provided data highlights significant variation in a GHG adjustment factor, even within the larger dataset. To the extent stringency concerns remain, the Agency should account for the stringency impact of E10 directly through the footprint curves applied to an OEM in the next GHG stringency rulemaking. This approach would better account for sales, market, and technology mix. It would also allow for a more appropriate analysis of vehicles and fuels as a system. Rather than making a blanket correction from a limited amount of data, using the actual E10 baseline fleet certification data in

a GHG rulemaking process would automatically take into account the effects of sales mix and engine technologies. An adjustment factor takes away any real-world tailpipe benefit of using E10.

### 1.6. A small $CO_2$ over-adjustment would come at an extreme cost to industry

While a small percentage correction in $CO_2$ may seem unimportant, the E10 adjustment is significant due to the fact that it will impact every gasoline-fueled vehicle certified by manufacturers for years to come. This impact will then apply across all vehicle sales for the duration of new ICE vehicle production. Using the SAFE rule's estimated car and truck performance,[51] car/truck mix,[52] and assuming 17 million units per year, the 1.66 percent over-correction proposed by EPA would represent artificially adding 5.8 million metric tons of $CO_2$ in MY 2025 alone.

EPA estimated in the Hyundai-Kia settlement from 2014 that 4.75 million metric tons of $CO_2$ credits were worth "in excess of $200M."[53] The 5.8 million metric tons added by the over-correction would add a similar burden to manufacturers each year. Given this impact in both credits and cost, it is extremely important that should EPA pursue this adjustment, it be done correctly.

The derived carbon intensity (CI) difference of E10 and E0 from the EPA test program, based on mass $CO_2$ emissions per unit energy of fuel, was 0.84 percent.[54] The CI is calculated using industry recommended carbon weight fraction and net heat of combustion methods[55] for each fuel without being exposed to the variation and noise factors of full vehicle testing. The CI assumes that the carbon in the fuel is converted to $CO_2$, and that the amount of $CO_2$ is proportional to the energy content of the fuel. All things being equal, a change from E0 to E10 should be no different than the calculated CI difference of 0.84 percent forming the basis for determining the impact of E10 fuel on $CO_2$ emissions that should be fully understood during a primary fuel economy and GHG rulemaking.

EPA's test program resulted in a $CO_2$ offset of 1.66 percent, almost double the calculated CI of 0.84 percent, indicating some $CO_2$ benefit unrelated to the pure carbon difference of the fuels.

As is discussed in greater detail in section 2.3 of our comments, Auto Innovators and our members have collected available certification data from 157 vehicles with 69 batches of fuel. These 157 vehicles are far more representative of today's fleet than EPA's test program and provide a much larger sample size. There is variability in any test program, and one way to address this variability is to test a large number of vehicles. The auto industry compliance paired data provides greater than 15 times as many vehicles as EPA's test program. While variation still exists in the auto industry certification paired data, this variability is what manufacturers have to deal with during official certification testing.

Of the 157 vehicles, 95 are available with full fuel properties allowing a calculation of CI. The mean CI for the 69 batches of fuel representing these vehicles is 0.75, showing that the typical carbon

---

[51] 85 FR 24198 Table II-15 and Table II-16.
[52] 85 FR 24623 Table VI-157.
[53] https://www.greencarcongress.com/2014/11/20141103-hyuniudaikia.html.
[54] Derived carbon intensity of Tier 2 and Tier 3 fuels from EPA test program, reported as lb $CO_2$/MMBTU, see Appendix A.
[55] The auto industry recommended carbon weight fraction and net heat of combustion methods are outlined in a letter from the former Alliance for Automobile Manufacturers and Association of Global Automakers and is included as Appendix C.

offset expected from current certification data is slightly lower than the batches of fuel used by EPA's test program. Further, the mean $CO_2$ offset for the full dataset (see "X" marker for Overall Manufacturer Data on Figure 1.4) is 0.73 percent showing that despite increased variability of the industry compliance data pairs, the mean $CO_2$ difference much more closely matches the expected value based on CI.



**Figure 1.4** Manufacturer and EPA datasets versus $CO_2$ offset

Given that 0.75 percent is mathematically justifiable based on the compliance fuel batches and that the test data matches that value, an adjustment factor greater than 0.75 percent (if an adjustment is adopted at all) would penalize auto manufacturers and bring undue cost for compliance to industry.

## 2. Set R-factor equal to 1.0 for CAFE Performance on E10

For the purposes of CAFE, EPA is required by statute to use test procedures that provide comparable results to those used for MY 1975.[56] EPA's proposed actions fall short in making the statutorily required adjustments to the R-factor.

R-factor is defined as the percentage change in volumetric fuel economy divided by the percentage change in volumetric energy content when comparing two fuels. For cases where the test fuel has a higher volumetric heating value than the reference fuel (this was the case for when the R-

---

[56] 49 USC 32904(c).

factor was developed), an R of less than one means that the additional energy in the fuel is not utilized to the same extent as the energy in the reference fuel.

R-factor was introduced into the CAFE fuel economy equation in 1986, because the volumetric energy content of the test fuel at that time had increased slightly from the 1975 baseline fuel. The vehicles of that era with carbureted engines could not adjust (due to open-loop fuel control) to the increased fuel energy content and thus not could not realize the full fuel economy benefit from the increased fuel energy content. For an open loop control engine, which meters a fixed amount of fuel, enrichment beyond stoichiometry may occur and not all the fuel would be fully combusted and thus some of the energy would be wasted. This effect might be apparent in higher HC and CO emissions. For this same engine operating on a lower energy fuel, the fuel flow for a given amount of air flow would be insufficient, resulting in leaner operation and potentially higher fuel efficiency on an energy basis. This higher efficiency would be reflected in the lower R value but would typically be balanced by increases in exhaust temperature and increases in NOx emissions. This was documented in a study by the Australian Department of the Environment in the early 2000s.[57]

As EPA observed: "…the efficiency term [R-factor] reduces or discounts the calculated correction. For example, if the energy content per unit volume decreased by 20 percent, the fuel economy correction would only be about 10 percent. It is unlikely that vehicles could tolerate a significant decrease in the energy density of the fuel without experiencing an equivalent decrease in fuel economy."[58]

Conversely, an R-factor of greater than 1.0 means that an engine would utilize fuel more efficiently if operating on a fuel with higher volumetric energy content than the reference fuel and less efficiently if operating on a fuel with lower volumetric energy content than the reference fuel. Such a vehicle, if it had an open loop control system, would have to have a fuel control system that somehow over-compensated for the change in fuel volumetric energy content.

The current R-factor of 0.6 was derived from vehicles dating from the early 1970s to the mid-1980s. An R-factor of 0.6 implies only 60 percent of the change in net heating value is reflected by a change in fuel economy. An R-factor equal to 0.6 reflected the state of vehicle technology at that time. Nearly 25 years ago, EPA indicated it planned to revisit and evaluate the use of 0.6 as the R-factor for use with the former California phase 2 fuel containing MTBE.[59] However, this evaluation was not done and the factor of 0.6 is still in use today.

Starting with vehicles certified to the Tier 3 emissions standards, EPA proposes for GHG emissions and fuel economy compliance that certification fuel contain ethanol similar to the predominant market fuel. An ethanol-containing fuel will have a lower volumetric energy content than a

---

[57] Orbital Engine Company, Reports to Environment Australia, "A Literature Review Based Assessment on the Impacts of a 20% Ethanol Gasoline Fuel Blend on the Australian Vehicle Fleet," November, 2002; "A Testing Based Assessment to Determine Impacts of a 20% Ethanol Gasoline Fuel Blend on the Australian Passenger Vehicle Fleet," March 2003; "A Testing Based Assessment to Determine Impacts of a 20% Ethanol Gasoline Fuel Blend on the Australian Passenger Vehicle Fleet –2000 hrs Material Compatibility Testing," May 2003; and "Testing Gasoline Containing 20% Ethanol (E20), Phase 2B Final Report," May 2004.
[58] Corrections for Variations in Test Fuel Properties, EPA-AA-SDSB-84-3.
[59] EPA Guidance Letter CD-95-09 (June 1, 1995), page 3.

non-blended fuel because ethanol has approximately two-thirds (~2/3) the energy content of gasoline. As the Department of Energy concluded after extensive testing of a fleet of late model U.S. vehicles: "Fuel economy was decreased … consistent with the energy density of the test fuel."[60]  The proposed certification fuels will have roughly 3.5 percent (E10) or 5.25 percent (E15) less volumetric energy than straight gasoline.  Other, higher ethanol blends will have even higher losses.  Vehicles built to meet the Tier 3 standards have very sophisticated control systems that finely balance the fuel and air ratio to ensure minimal NOx, HC, and CO emissions.  These vehicles are able to fully compensate for the change in volumetric energy content.  This means that the ratio of volumetric energy content (R = 1.0) correction is adjusted only by the ratio of 1975 to current fuel volumetric energy content, which is what EPA contemplated before the concept of R-factor was conceived, can now be implemented.

Today's higher efficiency, clean vehicles correct precisely for fuel (closed-loop fuel control) and will result in fuel economy changes that are effectively proportional to the change in fuel energy content.  In the case of vehicles with highly effective closed loop control (vehicles certified to Tier 3 standards would be of this type), there could be no mixture enrichment or enleanment in response to changes in fuel energy content, at least within the authority of the control system.  Therefore, any changes in vehicle fuel economy that did not correlate with fuel energy content would be a result of changes in the efficiency of combustion and work extraction.  This would presumably be apparent in an energy balance on the engine, since the engine would be generating more or less waste heat, depending on signs of the R-factor and the change in fuel energy content.  Further, these changes in the efficiency of combustion and work extraction would not necessarily be only test cycle specific but specific to the engine, its calibration, its transmission calibration and other vehicle characteristics.  This near unity relationship means the R-factor should be equal to 1.0 for these vehicles.

In simple terms, an R-factor of 1.0 implies that the impact of the energy content of a test fuel relative to that of the 1975 baseline fuel is fully observed in the test results and adjusted for.  With more modern test fuels, an R-factor less than 1.0 implies that a test vehicle does not fully react to the impact of fuel energy content changes and results in a lower calculated fuel economy.  In the NPRM, EPA proposes a new R-factor of 0.81, an increase from the prior value of 0.6.

Previous studies and theoretical principles regarding ethanol fuel combustion support a conclusion that an R-factor of 1.0 should apply for the CAFE program.  Should EPA insist on setting the R-factor at a value different from 1.0, the data to determine its value should be developed using the same test cycle as it will be used to correct.  Since EPA has not proposed a fundamental change to the test cycle for Tier 3 emissions, we can look to work that has already be done using the FTP-75 cycle.  The first is the work that was done in the Auto-Oil test program on 1989 model year vehicles.[61]  This program determined an R-factor value of approximately 0.93.  More recently, DOE has published its own analysis; this work has developed values ranging from 0.92 to 1.03.[62]  For virtually all vehicles evaluated, the 95 percent confidence intervals shown include the 1.0 value.  The authors of the DOE report note that "[a]dditionally, there is uncertainty present in the ASTM results for heating value,

---

[60] K. Knoll, B. H. West, et al, *Effects of Intermediate Ethanol Blends on Legacy Vehicles and Small Non-Road Engines, Report 1 – Updated*.

[61] Albert Hochhauser et al., "Fuel Composition Effects on Automotive Fuel Economy—Auto/Oil Air Quality Improvement Research Program," SAE paper 930138, SAE International, Warrendale, Pennsylvania, March 1993.

[62] S. Sluder and B. H. West, Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy; http://info.ornl.gov/sites/publications/Files/Pub42819.pdf.

carbon weight fraction, and specific gravity that have not been included in the confidence intervals. Inclusion of these uncertainties would increase the confidence intervals."

EPA's original, documented rationale that laid the groundwork for setting the R-factor in 1975 said R-factor would trend toward 1.0 with higher efficiency vehicles, such as today's closed-loop high efficiency powertrains. EPA technical report *Correction for Variation in Test Fuel Properties*, EPA-AA-SDSB-84-3,[63] questioned the use of R-factor when a fuel's energy content per unit volume decreases (e.g. E0 to E10). The paper suggests that R-factor would be 1.0 in this situation.

In addition, the Society of Automotive Engineers (SAE) paper *Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles*[64] documents and summarizes R-factors derived in multiple studies predating the EPA test program detailed in the NPRM. The conclusion section of this paper indicates a range of R from about 0.89 to 0.95 for all of the reviewed studies. Other than one study analyzed from the SAE paper, however, the studies involved testing on the LA92 cycle, which is a more aggressive cycle than the Federal Test Procedure (FTP).[65] The one study included in the SAE paper that involved testing on the FTP analyzed fuel economy data from the "Catalyst Durability Study."[66] This study resulted in the maximum R-factor from the above cited range at 0.95. The only other historical FTP-based study was the older "Auto Oil Study,"[67] which indicated an R-factor of 0.93 for a test fleet of late 1980's technology vehicles. Additionally, none of the historical studies involved testing on the highway test (HFET). Yet the R-factor used must apply to composite FTP/HFET results which are used for CAFE compliance. Data indicates that the R-factor for the HFET would be higher than for the FTP. For example, this indication was also observed in EPA's recent test program. When this consideration is combined with the studies that indicated an FTP-based R-factor would be in the 0.93 to 0.95 range, the composite FTP/HFET R-factor will approach much closer to 1.0.

In this NPRM, EPA incorrectly concludes that the R-factor should be based on its January 2018 Test Report data for testing on ten vehicles.[68] There are limitations to EPA's test program design, which may bias the R-factor results on the low end. These limitations are discussed further in this section, but in short, the biggest deficiency was not appropriately considering several inherent variability issues. The computed R-factor is sensitive to small changes in fuel properties values used in the computation. Additionally, the measurement of R-factor has also been shown to be highly variable on a vehicle to

---

[63] G. D. Thompson, "Correction for Variation in Test Fuel Properties," U. S. Environmental Protection Agency Technical Report, EPA-AA-SDSB-84-3.

[64] Sluder, C., West, B., Butler, A., Mitcham, A. et al., "Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles," *SAE Int. J. Fuels Lubr.* 7(2):551-562, 2014, https://doi.org/10.4271/2014-01-1572.

[65] Albert Hochhauser et al., "Fuel Composition Effects on Automotive Fuel Economy—Auto/Oil Air Quality Improvement Research Program," SAE paper 930138, SAE International, Warrendale, Pennsylvania, March 1993.

[66] C. Scott Sluder and Brian H. West , "Preliminary Examination of Ethanol Fuel Effects on EPA's R-Factor for Vehicle Fuel Economy," ORNL/TM-2013/198 report, dated June 2013.

[67] Hochhauser, A., Benson, J., Burns, V., Gorse, R. et al., "Fuel Composition Effects on Automotive Fuel Economy - Auto/Oil Air Quality Improvement Research Program," SAE Technical Paper 930138, 1993, doi:10.4271/930138.

[68] EPA's test program (https://www.regulations.gov/document?D=EPA-HQ-OAR-2016-0604-0003) included eleven vehicles; however, the Acura was removed so ten vehicles were used in the data analysis to determine test procedure adjustments.

vehicle basis. This has been true of every test program run, including EPA's ten vehicle program, demonstrating that there is a vehicle-specific R-factor.

The average R-factor for the EPA test fleet could have differed considerably had a slightly different or larger mix of vehicles been tested. A much larger test fleet is needed to reasonably approximate a representative "average R" applicable to the wide variety of vehicles and technologies that will be included in manufacturers' compliance program test fleets.

There are also practical issues that support setting an R-factor of 1.0. It avoids continually running test programs and performing analyses when the test fuel or fleet is changed. With any future test fuel (e.g., higher ethanol blends), the R-factor will need to be updated once again in a never-ending activity chain if EPA defers to an R-factor lower than 1.0. On the other hand, setting the R-factor at 1.0 would eliminate the necessity to re-determine the R-factor for EPA and manufacturers with future ethanol blends and simplify the implementation and use of lower carbon fuels going forward.

The R-factor should be set to 1.0, which simplifies the fuel economy equation so that the calculated fuel economy is adjusted only by the ratio of 1975 to current fuel volumetric energy content. This is what EPA contemplated before the concept of R-factor was conceived.

2.1. R-factor and adjusted R-factor (Ra) are the same values

In the proposed rule, EPA suggests replacing the R-factor with a new factor, "Ra":

> We are proposing an updated CAFE equation for use with Tier 3 test fuel. In this proposed new equation, the original R-factor would be replaced by a new factor (Ra). In addition to accounting for the change in fuel energy content (the role of the original R-factor), the new empirically-derived Ra in effect incorporates that factor, but also other impacts that may result from the change in test fuel (e.g., from the change in aromatics content between Tier 2 and Tier 3 fuel). Ra also incorporates any effects due to the updated methodologies that we now use to measure fuel properties, as discussed in Section IV.B. below. For the purpose of this rule, there is no need to separately evaluate these different factors or their interactions (including determining a new value for the original fuel energy content related ''R-factor''), and we have not done so.

> We have determined Ra empirically such that the CAFE calculation from testing using Tier 3 test fuel would on average be numerically equivalent to the calculation that would have occurred using Tier 2 test fuel and the longstanding value of 0.6 assigned to the original R-factor. We are also proposing minor updates to the CAFE equation, as discussed in detail in Section IV.B.1 below. This proposed factor Ra would serve as the CAFE fuel economy adjustment factor for testing on Tier 3 test fuel. Section IV.B below describes how we developed the proposed value for Ra, which results in adjusted CAFE compliance values that account for all test procedure, test condition, and test fuel changes since 1975, including the current transition to Tier 3 test fuel. We invite

comment on this adjustment, and on our approach generally to harmonizing the baseline between GHG and CAFE standards.[69]

EPA references the "updated methodologies" for fuels. With the incorporation of D3338 and D3343 methods modified for E10 test fuel, the biases due to fuel property test methods are no longer present. Therefore, the empirically derived Ra and calculated R-factor are equivalent. This is demonstrated by using the EPA Test Program data and fuel properties and determining both empirically derived Ra and calculated R-factors for each vehicle. EPA empirically derived Ra such that its test fleet average fuel economy with Tier 3 test fuel and this Ra factor would be equal to the fleet average fuel economy with Tier 2 test fuel and computed via CAFE procedures (including use of the equation that incorporates the current 0.6 R-factor).

EPA's method is shown in Table IV-3 of the NPRM. EPA did not compute separate Ra factors for each vehicle. They determined a single Ra value, which was applied to each vehicle resulting in computation of a percentage difference in the Tier 3 vs. Tier 2 fuel economy for each vehicle. Then these percent differences were averaged for all of the test fleet vehicles. The final determined Ra value was the value that caused this fleet average difference to be as close as possible to zero. However, this computation could also have been done by computing vehicle-specific Ra values that would cause the percent difference in Tier 3 vs Tier 2 fuel economy for each vehicle to be zero, and then these individual Ra values could be averaged for the test fleet. This latter approach results in the same fleet average Ra value of 0.81 for the vehicles that EPA included in its computation.

Another way to look at the computation of R-factor would be to use the equation that defines R, but input theoretical 1975 fuel economy and energy values as the "base" values for the computation. This process would involve first, computing an R for each individual vehicle, and then as above, computing the average of all of the individual R values. That equation would be as follows:

$$ R = \frac{\left(\frac{VOLFE_{T3}}{VOLFE_{T2\,CAFE}}\right) - 1}{\left(\frac{VOLHV_{T3}}{VOLHV_{1975}}\right) - 1} $$

- $VOLFE_{T3}$ = Carbon Balance Fuel Economy Tier 3
- $VOLFE_{T2\,CAFE}$ = Tier 2 Fuel Economy computed using the current CAFE mpg equation with R set at 0.6
- $VOLHV_{1975}$ = 1975 reference values for energy content (SG * NHV)
- $VOLHV_{T3}$ = Volumetric Heating Value of Tier 3 (BTU/gallon)

Use of either of the two methods computes the **exact same values** (whether we call it Ra or R) for each individual test vehicle and the resultant fleet average being the same as the 0.81 average computed by EPA. This replacement Ra is not really an unrelated new factor. Instead it is based upon the same former R-factor definition but with the base conditions used in the formula being the 1975 conditions. Since EPA's test program data demonstrates equivalency between Ra and R-factor, there are

---

[69] 85 FR 28568 (May 13, 2020).

several studies related to energy content related "R-factor," which should be reviewed and considered as part of the determination of an appropriate R-factor, or Ra. These studies were discussed in greater detail above.

| Vehicle | Ra |
|---------|------|
| Acura* | 1.27 |
| Altima | 0.75 |
| Civic | 0.89 |
| F150 | 1.05 |
| Malibu 1 | 0.43 |
| Malibu 2 | 0.75 |
| Mazda | 0.96 |
| Silverado | 0.98 |
| Ram | 0.77 |
| Volvo | 0.78 |
| Silverado (2b) | 0.76 |
| Average | 0.81 |

**Table 2.1:** EPA test program Ra results

\* The Acura was not used in the calculation of Ra in this table

## 2.2. Industry has concerns with EPA's test program

### 2.2.1. Vehicle / Engine Selection Concerns

EPA developed an R-factor based on data analyzed from only ten vehicles, published in EPA's 2018 *Tier 3 Certification Fuel Impacts Test Program*. The testing was conducted in 2016 on a mere eleven vehicles - vehicles that are no longer representative of today's fleet, and with fuel that may not accurately represent test fuels. The vehicles tested in the EPA test program ranged in MYs from 2013 to 2016, meaning they are now five to eight years old. Engine technology continues to advance, and testing done on vehicles that are five to eight years old cannot be considered representative of the vehicles that will be on the road in the future. For example, vehicles used in the test program included only one Tier 3 certified vehicle. We believe EPA should either use the certification data that it originally indicated the Agency would use[70] and which Auto Innovators supplies in these comments, or do a thorough analysis of the future fleet and use that analysis to select vehicles that are representative of the future fleet. EPA should be able to emulate what other regulatory agency programs have done in selecting vehicles for their test programs.[71] While EPA did make an effort to project the future engine

---

[70] https://nepis.epa.gov/Exe/ZyPDF.cgi/P100HW04.PDF?Dockey=P100HW04.PDF , page 455.
[71] California Air Resources Board's Test Procedures for Evaluating Substitute Fuels and New Clean Fuels in 2015 and Subsequent Years, adopted March 22, 2012, https://ww3.arb.ca.gov/regact/2012/leviiighg2012/lev12.pdf. "The vehicle list will be based on the expected vehicle technology group distribution as predicted by EMFAC for the year 2025. Five vehicles will be in each of the technology groups that represent at least 5 percent of the predicted VMT (vehicle miles travelled) in

technologies, none of those vehicles were designed to meet the more stringent standards. Indeed, the EPA program chose vehicles that are so out of date that three out of four General Motors engines represented in the test program are no longer in production, having been replaced by more efficient engines.

To address these concerns, Auto Innovators developed a dataset using certification data for 95 vehicles (the 95 of the 157 vehicles for which fuel properties necessary for calculating Ra were available) from MYs 2016 through 2021, representing the newest and most widely available technologies on the road today. This dataset needs to be carefully considered, reviewed, and included in EPA's final analysis. It supports the position that the R-factor should be 1.0.

Another significant limitation of EPA's dataset is that the proposed test procedure adjustments are based on data from mostly light-duty vehicles. EPA, however, has proposed to extend these same factors to tests on premium gasoline (not tested) and to tests of heavy-duty gasoline vehicles (one vehicle tested) without any rigorous analysis on whether that is appropriate. Additional data is necessary on a fleet of premium gasoline vehicles and a fleet of heavy-duty gasoline vehicles before extending applicability of light-duty vehicle results to these two additional categories.

If EPA does not choose an R-factor of 1.0, EPA needs to have a process for new vehicles to come to market with an updated R-factor so that these new vehicles are not saddled with adjustments developed using outdated technology. Along with the vehicles not being representative of today's fleet, the fuel used in the test program may not have been representative of test fuels. Further analysis and explanation on the test program fuel is provided below.

In addition to concerns with the state of vehicle technology, there are also sample size concerns; the EPA study was done on a very small sample size of ten vehicles. This small sample size can cause uncertainty in the data as one sample, or vehicle in this case, can skew the data. The measurement of R-factor has been shown to be highly variable on a vehicle-to-vehicle basis.[72][73][74] This variation has been true of every test program run, including in EPA's ten vehicle program. Thus, an average fleetwide test procedure adjustment applied to a particular vehicle, or vehicle technology, or an entire manufacturer's vehicle fleet, may not always be appropriate. In such cases, a disproportionate burden could be realized by some vehicle manufacturers. In fact, EPA has agreed with the need for large sample sizes: "[t]o reach a conclusion regarding the appropriate R-factor for phase 2 testing, EPA would need city and highway tests on both EPA and CARB test fuel for a minimum of 75 to 100 50-state vehicles."[75]

2025, per EMFAC. The vehicle selection will meet the requirements for representativeness as outlined in California Test Procedures for Evaluating Substitute Fuels and New Clean Fuels in 2015 and Subsequent Years, Section VI."

[72] G. D. Thompson, "Correction for Variation in Test Fuel Properties," U. S. Environmental Protection Agency Technical Report, EPA-AA-SDSB-84-3.

[73] C. Scott Sluder and Brian H. West , "Preliminary Examination of Ethanol Fuel Effects on EPA's R-Factor for Vehicle Fuel Economy," ORNL/TM-2013/198 report, dated June 2013.

[74] Sluder, C., West, B., Butler, A., Mitcham, A. et al., "Determination of the R-factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles," *SAE Int. J. Fuels Lubr.* 7(2):551-562, 2014, https://doi.org/10.4271/2014-01-1572.

[75] EPA Guidance Letter CD-95-09 (June 1, 1995), page 3.

### 2.2.2. Fuel Concerns

Along with EPA's test vehicles not being representative of today's fleet, the fuel used in the test program may not have been representative of today's test fuels. Further analysis and explanation on the test program fuel is provided below.

While EPA's test program does attempt to address emission measurement variability by doing replicate testing, it does not consider all relevant fuel properties, such as aromatics, when they analyzed multiple laboratories.

Lastly, there was no canister loading as is required per 40 CFR Part 1066. In order to create a proper test adjustment, the data used to develop this adjustment should be derived with a certification quality test following the procedures as required by the regulations. For all certification tests, OEMs are required to load the canister (typically with butane) to breakthrough. This step was not completed in any of the testing under EPA's program. We request that EPA perform testing, with a robust set of vehicles, to the certification protocol.

### 2.2.3. EPA test vehicle concerns

Auto Innovators has concerns with how several of the test vehicles in EPA's test fleet were handled. We believe the Malibu 1 must be deleted from the data analysis because it was tested with a fault code indicating a performance problem. And we disagree with EPA's conclusion to exclude the Acura based on a perceived octane effect. Hence the Acura should be included in EPA's data analysis. To support Auto Innovators' assertions, we conducted a statistical outlier analysis. We first did a statistical outlier analysis that indicated that the Malibu 1 was an outlier. And while the Acura was the next most variant vehicle, it was not an outlier based on this statistical analysis. We don't, however, propose to exclude the Malibu or include the Acura solely based upon an outlier test. The vehicles should only be excluded or included after examining the causative effects that might explain the statistical analysis. Further support for our conclusions regarding these two test vehicles is organized as follows:

- Discussion of statistical outlier analysis.
- Discussion of the fault code indicated performance problems with the Malibu 1.
- Discussion of why EPA's conclusion that the Acura should be excluded due to an octane sensitivity is incorrect.
- Computation of the effect on the Ra factor if the Malibu 1 is excluded and the Acura is included.

### 2.2.4. Analysis of statistical outliers in EPA's test program

In section 5 of its report, EPA calls attention to the Acura as being different in some way from the other vehicles in the test fleet. It points to the HFET data as being inconsistent with its performance with the FTP results as shown below in Figure 2.1 (EPA Figure 4.3.3).



Figure 4.3.3: Relative differences in CO$_2$ emissions on the FTP and
HFET cycles, by vehicle (calculated as 100×(T3 − T2) /T2).

**Figure 2.1:** EPA Test Program - Difference in CO$_2$ emissions on the FTP and
HFET cycles, by vehicle

To further examine this EPA observance, Auto Innovators looked at the difference between FTP and HFET CO$_2$ and fuel economy.



**Figure 2.2:** Difference between FTP and HFET CO$_2$ and fuel economy for EPA
test program vehicles

While the Acura is at one end of the distribution for both CAFE and CO$_2$, it is not an outlier as confirmed by a Grubbs test, which is used to check datasets for outliers. Further, the Acura is not an outlier when the defective Malibu 1 is removed from consideration.

34

Auto Innovators also looked at the positive HFET value shown for the Acura, as shown in Figure 2.1 (EPA Figure 4.3.3). While the Acura is the only vehicle with a positive value, it is not an outlier as there is quite a lot of dispersion amongst differences in $CO_2$ produced by the two fuels. Further, the Acura is still not an outlier when the defective Malibu 1 is removed from consideration. Auto Innovators prepared a probability plot of the change in HFET fuel economy (HWFE) for the EPA test program vehicles.



**Figure 2.3:** Relative differences in fuel economy on the FTP and HFET cycles, by vehicle (calculated as 100 x (T3-T2)/T2)

Using the Grubbs test:

- When the value at -0.0019 (red circle on Figure 2.3) is checked as an outlier, it is an outlier. (Grubbs at 95%, p = 0.037)
- When the value at -0.042 (green circle on Figure 2.3) is checked as an outlier, it is not an outlier. (Grubbs at 95%, p = 0.256)

The vehicle with the -0.0019 change (red circle) in HWFE is the Malibu 1, and the vehicle with the -0.042 change (green circle) is the Acura.

### 2.2.5. Elimination of the Malibu 1 from EPA's test program

The "Malibu 1" vehicle used in the test program showed a fault code and should be excluded from the test program analysis. An examination of the records supplied by EPA shows that the Malibu 1 was displaying an "Accelerator fault code" for the HWFE tests on Tier 2 fuel, with the further notation that:

Accelerator fault code occasionally occurred on this vehicle, with message indicating reduced engine power. However, no violation of speed trace recorded during test. Not considered sufficient grounds for excluding tests.[76]

An accelerator fault is a very serious fault due to concerns about unintended acceleration and loss of vehicle control. As EPA correctly noted, the vehicle will go into reduced power mode when this type of a fault occurs. What EPA did not note is that reduced power mode will change the throttle progression, increase transmission line pressure to protect the clutches, and change the transmission shift points to maintain vehicle speed and acceleration in reduced power. Further, an increased transmission line pressure will reduce fuel economy through increased parasitic losses as the pump works harder to maintain pressure. The changes in shift points will affect fuel economy as the vehicle will no longer be shifting at the optimum points as determined by the calibration. This mode was not indicated on the Tier 3 HFET tests. Because this mode was active during the Tier 2 HFET tests and not on the Tier 3 tests, a bias was introduced to the data.

Under normal certification test protocols, a certification test vehicle with a fault code during the test would be invalidated and re-run. The effect of this issue can be observed in the test data where the Malibu 1 HFET fuel economy had the minimum absolute and relative difference between Tier 2 and Tier 3 fuel. The derived Ra for the Malibu 1 is 0.43, which is significantly lower than all the other vehicles.

The accelerator fault code explains why the Malibu 1 was found to be an outlier, and as a result, the Malibu 1 must be excluded from EPA's dataset.

### 2.2.6.  Inclusion of the Acura in EPA's test program.

EPA excluded the Acura because the Agency concluded it had a significant octane effect. Since EPA suspected there might be an octane effect, EPA performed extra tests using a premium grade E10 fuel having an octane of about the same as for the E0 test fuel. $CO_2$ results were reported in Figure 2.4 (EPA Figure 5.1), which showed that $CO_2$ on premium E10 tests were close to the same as what was observed on the E0 tests. The $CO_2$ level on regular grade E10 was on the order of 1.0 to 1.2 g/mi higher than both the E0 and E10 premium results. Based only on these results, the report stated: "These results, showing equivalent performance on Tier 2 and Tier 3 premium fuels, which have very similar octane but significantly different aromatics and ethanol levels, are suggestive that the vehicle is deriving a performance benefit from the additional octane value." EPA reached this conclusion without computing or considering the fuel economy levels for the various tests (at least no fuel economy values for the E10 premium tests were reported). It is also important to note that EPA's analysis for the Acura was based only upon testing on the HFET. Hence all subsequent discussions are also only based upon HFET data.

---

[76] EPA-420-R-18-004 (January 2018), https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100TLC7.pdf.



Figure 5.1: Acura $CO_2$ emissions over replicate HFET cycles
using Tier 2, Tier 3 regular, and Tier 3 premium grade test fuels.

**Figure 2.4:** EPA test program - Acura $CO_2$ emissions
over replicate HFET cycles using Tier 2, Tier 3 regular,
and Tier 3 premium grade test fuels

If there was a significant octane effect, one would expect the fuel economy for the regular E10 tests to be substantially lower than the fuel economy observed on premium E10. While the report did not contain computations of fuel economy, all available evidence indicates this was not the case. The premium E10 volumetric fuel economy can be estimated within a couple hundredths of an mpg by using the carbon balance equation and inputting only the $CO_2$ emissions (which can be read from the graph in EPA's Figure 5.1) and treating the unreported HC and CO emissions as zero.[77]

Based on this method, Auto Innovators estimates that the regular E10 fuel economy was only about 0.15 to 0.20 percent lower than the premium E10 fuel economy. Since presumably EPA has retained all the data to compute the actual premium E10 fuel economy, Auto Innovators recommends that EPA conduct this analysis. Based on our computation, we believe the actual data will confirm that the percentage difference is nearly insignificant when compared to the 3.0 percent tolerance discussed in footnote 23 of the NPRM preamble. This is hardly a basis to conclude there was a significant octane effect, especially given incremental variability that could be attributed to EPA not performing as many replicate tests on the premium fuel as it did on either E0 or regular E10 and given it used a different driver for these special premium fuel tests (whereas EPA was careful to use the same driver for most or all other comparative tests throughout its test program).

Another way to look at this issue is to consider the effects of the lower carbon content of both the E10 regular and E10 premium fuel. There is a logical explanation why the premium E10 $CO_2$ level ended up about equal to the E0 $CO_2$ level and the regular E10 $CO_2$ ended up with only slightly higher $CO_2$ (about 1.2 g/mi according to EPA's Figure 5.1) without there being any substantial octane effect. The relatively high $CO_2$ occurred on the regular grade E10, because the E10 fuel economy was

---

[77] Because of the slightly less carbon used in the denominator the computed fuel economy will be overstated but only by about 0.01 to 0.02 mpg.

substantially lower than the E0 fuel economy (i.e., about 4.8 percent according to EPA's report) causing it to burn more fuel on the regular E10 test. Given the carbon content of the E10 fuel was 4.0 to 4.1 percent lower (based on fuel properties in the report), the vehicle burned enough extra fuel to produce extra $CO_2$ emissions that more than offset the lower carbon content benefit of the E10 fuel. The question becomes, was this 4.8 percent lower fuel economy due in part to a substantial octane effect? This is where the extra testing on a premium grade E10 comes into play. If such tests would have resulted in a significantly smaller fuel economy loss, this could point to a conclusion that there was an octane effect.

The carbon content of the premium octane grade E10 fuel was about 0.44 percent lower than it was for regular grade E10 and hence approaching 4.5 percent lower than E0. To burn enough extra fuel to cause the $CO_2$ emissions to be as high as they were on the E0 test, the fuel economy reduction on premium octane grade E10 compared to E0 also had to be of similar magnitude as what occurred with regular grade E10. The reason why the premium E10 $CO_2$ would not have been quite as high as the regular grade E10 $CO_2$ would have been due to two factors. One would be that the carbon content of the premium fuel was less than that of regular octane E10. We estimate that more than half of the $CO_2$ increment between premium and regular E10 would have been due to this incrementally lower carbon content of the premium fuel. The remainder of the difference would likely have been due to a slightly smaller fuel economy reduction on the premium fuel compared to E0. But this incremental difference could only have been on the order of a couple tenths of a percent to explain the remaining residual $CO_2$ difference. Again, not enough to conclude there was any significant octane effect, and not enough to exclude the Acura test vehicle from the test program analyses.

Finally, the Agency states "…the Acura does not have a premium fuel manufacturer recommendation . . . ." However, upon examining the owner's manual for a 2016 Acura ILX, one finds the following admonition: "Use of unleaded premium gasoline of 91 octane or higher is recommended."[78] Tier 3 regulations require testing with regular octane grade Tier 3 fuel unless the vehicle requires the use of premium fuel for its operation. The Acura does not require the use of premium fuel and per Tier 3 regulations must be tested using regular octane grade Tier 3 fuel. Based on these observations, Auto Innovators find no reason to exclude the Acura from the analysis of fleet $CO_2$ and fuel economy.

The Acura is not an outlier and is not sensitive to octane. Therefore, it must be included in EPA's dataset.

### 2.2.7. Updated Ra and $CO_2$ adjustment with Malibu 1 excluded and Acura included

Excluding the Malibu 1 test data from the overall analysis would change the empirically derived Ra from 0.81 to 0.86, without the Acura data included. With the Acura data included, the Ra increases to 0.90, resulting in a roughly 0.3 percent impact to CAFE fleet compliance. In addition, excluding the Malibu 1 test data reduces the proposed $CO_2$ adjustment factor from 1.0166 to 1.0157 and then adding the Acura further decreases the factor to 1.0145.

---

[78] Page 106 of the Acura ILX owner's manual.

|  | Ra<br>EPA NPRM | Ra<br>Replace Malibu 1<br>with Acura |
|---|---|---|
| Acura * | -- | 1.27 |
| Altima | 0.75 | 0.75 |
| Civic | 0.89 | 0.89 |
| F150 | 1.05 | 1.05 |
| Malibu 1 ** | 0.43 | -- |
| Malibu 2 | 0.75 | 0.75 |
| Mazda | 0.96 | 0.96 |
| Ram | 0.78 | 0.78 |
| Silverado | 0.98 | 0.98 |
| Silverado (2b) | 0.76 | 0.76 |
| Volvo | 0.78 | 0.78 |

|  |  |  |
|---|---|---|
| Mean | 0.81 | 0.90 |
| Standard<br>Deviation | 0.17 | 0.17 |

**Table 2.2:** EPA test program Ra results with and without Acura and Malibu 1

As is detailed in the preceding sections, the "fault code" Malibu 1 vehicle must be excluded from the dataset, and the premium-recommended Acura included. These changes to EPA's dataset produce results that better aligned with industry's points regarding the Ra and are critical to EPA's final decision on Ra. Since EPA must revise the Ra value, it should be done with a value of 1.0, as even the older, limited vehicle dataset points to an increased value.

Moreover, any impacts on fuel economy or GHG emissions have significant cost impacts to industry. Thus, Auto Innovators recommends for CAFE (e.g., R-factor adjustment), the Agency should use a much wider dataset – as large as possible – and ensure that the test procedure adjustment not add risk to OEM compliance. Industry provided data points to an R-factor close to 1.0, which will minimize risk and undue burden related to OEM compliance. Even a very small mis-adjustment to test procedures, such as incorrectly setting the R-factor 0.2 away from the appropriate target value, would have an estimated economic impact on 0.6 percent of fleet wide CAFE performance, or about $2.4 billion per year.[79]

2.3. Use Industry Compliance Paired Dataset for R-factor Determination and Set R-factor Equal to 1.0

In 2013 when EPA proposed the change in certification fuel, the process envisioned for finalizing test procedure changes under this rulemaking would have resulted in data collection completed by mid-2015 and a final rule well before 2020. Given that this proposed rulemaking for the "Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel" has been delayed several years,

---

[79] Using EPA 2012 GHG rule estimation of $200 billion industry investment needed to achieve a 50% fuel economy increase, a 0.6% fuel economy difference would be equivalently valued as $2.4 billion.

the dataset used by EPA is no longer the best available vehicle technologies. It does not represent today's vehicles, which have incorporated additional vehicle, engine and powertrain technologies to significantly reduce GHG emissions nor the control technologies and calibrations necessary for meeting the Tier 3 emission standards. Under a scenario that requires a test procedure adjustment, i.e. the CAFE standards and associated statute, EPA should rely on the newest data for a more robust, scientific and engineering based approach to the test procedure. Under a scenario that does not require a test procedure adjustment, it is unclear why EPA would want to propose any adjustment at all, let alone one that insufficiently represents today's vehicles. These adjustment factors have demonstrated a high amount of variability in vehicle to vehicle tests, and the only way to reduce such variability is with a statistically significant dataset, i.e. 100 or more vehicles, and for those vehicles to be representative of those being certified. It is important to remember that this Test Procedure Adjustment only applies to the newest vehicles, not the on-road fleet, so that older vehicles and certifications are irrelevant. Therefore, Auto Innovators and our members have collected available certification data, generated in controlled-laboratory test conditions and necessary for vehicle certification and compliance by the Agency, to provide a more robust and larger set of data that is more representative of vehicle sales mix and vehicle technologies on the road today.

The biggest shortcoming of the EPA program is the use of data from a limited set of vehicles. EPA's program further raises concerns that many of the vehicles tested do not contain the latest technologies that the entire fleet will need to have to be compliant with future standards. Since R is vehicle-specific, it is challenging to develop a fair or representative single average value for R when it appears to vary widely between vehicles. Alternatively, if R is largely vehicle-specific and a single R value is justified, then the measurement of R is even less precise than the variation of computed R (which neglects the variation in fuel economy and fuel net heating value measurements) indicates. The choice of a slightly different vehicle mix could have resulted in a significantly different "average" R value, even if there were no other issues with the test program design or approach. Hence a much larger vehicle sample consisting of the latest Tier 3[80] certified vehicles is needed to determine a fair "average" value for R. Certification data would be the best and easiest sources of such a large sample short of a need to run a much larger and more expensive test program; regardless, additional testing and analysis is recommended for premium fuels and separately for heavy-duty vehicles.

In its response to comment from the Alliance of Automobile Manufacturers and the Association of Global Automakers on the Tier 3 Rule, EPA stated that certification data pairs would help determine any adjustment factor:

> Without the requisite data we could not be certain that the principles outlined in Appendix 7 would be followed. By requiring CAFE and GHG testing on Indolene or E0, the interim requirements established in the FRM assure that the stringency for the CAFE and GHG standards are not affected. This approach will also help to ensure that the data needed to make the test procedure adjustments based E0 and E10 emission test data on Tier 3 technology vehicles is available in a timely manner.[81]

---

[80] EPA Guidance Letter, CD-95-09 (June 1, 1995).
[81] https://nepis.epa.gov/Exe/ZyPDF.cgi/P100HW04.PDF?Dockey=P100HW04.PDF, page 455.

As EPA intended, this double testing has resulted in two datasets on the fuel economy and GHG emissions of the fleet, one measured using Tier 2 fuel and the other by Tier 3 fuel. EPA further points out in response to Tier 3 comments, "We do not agree with ICCT that a value of 0.96 is appropriate because it is not based on the results for Tier 3/LEV III technology vehicles tested on Tier 3/LEV III fuels"[82] and "Test data based on Tier 3/LEV III fuel in Tier 3/LEV III technology vehicles will provide the data needed to determine any appropriate test procedure changes."[83]  Auto Innovators and our members have collected the exact data that EPA has stated would be necessary to calculate an appropriate R-factor; it is unnecessary for the Agency to change pathways now.

Despite EPA's concerns expressed in the NPRM about the variability of testing related to certification data, Auto Innovators does not agree. Certification testing has been designed to the best possible extent to minimize test-to-test variability. In fact, certification testing must occur under stringently regulated ambient temperatures, times between testing, closely monitored variability in results, etc. In addition, while test-to-test variability is unavoidable to some extent, such variability can be minimized through use of a large sample set. The dataset that industry has compiled and analyzed from available pairs of vehicle certification data represents 157 vehicles (95 of which have fuel properties available and can be used to calculate Ra) representing the newest technologies and essentially all compliant with Tier 3 criteria emissions standards – far more than EPA's older ten vehicle set. With the large number of vehicles involved, the variability is statistically overcome. It also aligns with EPA's points in EPA Guidance Letter CD-95-09 (June 1, 1995) that a minimum of 75 to 100 vehicles needs to be tested. More importantly, this real-world variability is what manufacturers have to deal with, and the results of EPA's analysis demonstrate that a lot of vehicles will be penalized if the R-factor or $CO_2$ are adjusted based solely on EPA's ten vehicle test program, even after EPA updates the analysis to exclude the Malibu 1 and include the Acura.[84]

In the NPRM, EPA seems to underestimate the care that is taken in doing certification testing. Manufacturers take care both to supply good data to the Agency and to be able to track laboratory and model performance. EPA's concern over using manufacturer certification data to determine R-factor is in many cases not up to date. EPA stated that the appropriate methods for measuring Tier 3 test fuel properties is rarely done; however, the manufacturer certification paired data has been corrected for the appropriate methods for measuring Tier 3 test fuel properties. Lastly, testing additional test vehicles provides more statistical certainty than replicate tests on a limited number of test articles, which is why EPA's published criteria emphasized a large test fleet.[85]

The resulting Ra calculated from the Cert Data Pairs is shown in Figure 2.5 where "X" marks the mean. The overall mean from all manufacturers as well as from individual manufacturers used to calculate the overall mean are all much closer to the theoretical Ra=1.0 than the EPA data set. This reinforces the expectation that vehicles with newer technologies and developed for Tier 3 will see an Ra converging on 1.0.

---

[82] *Ibid,* page 461.
[83] *Ibid,* page 465.
[84] Note, Auto Innovators remains opposed to any adjustment in $CO_2$, as explained in detail in the preceding sections.
[85] EPA Guidance Letter, CD-95-09 (June 1, 1995)



**Figure 2.5:** Industry compliance paired data compared to EPA test program

2.4. <u>R-factor determination must account for variability due to fuel properties</u>

In EPA's test report, Table A-2 provides the detailed data for the test fuels used in the study. The table provides the mean fuel properties, the number of individual analyses used to determine the mean and relative standard deviation (RSD). The number of analyses used for each fuel property varies between a single measurement and five.

The auto industry performed a fuel property study[86] in which samples of the same batch of fuel were sent to eight independent laboratories for analysis. After statistical outliers were removed, the data includes between seven and eight analyses for each fuel property. The following table is a comparison of the EPA Test Program fuel data and the auto industry fuel study for the fuel properties used directly in the calculation of NHC, CMF and Fuel Economy.

---

[86] The auto industry fuel study was conducted by the former Alliance of Automobile Manufacturers and former Association of Global Automakers in which eight independent laboratories analyzed fuel properties for Tier 2 and Tier 3 fuels.

| | Fuel Property | EPA Test Program | | | Industry Fuel Study | | |
|---|---|---|---|---|---|---|---|
| | | # of Analyses | Mean | RSD | # of Analyses | Mean | RSD |
| Tier 2 | Specfic Gravity | 2 | 0.7437 | 0.10% | 7 | 0.7434 | 0.05% |
| | Sulfur | 2 | 41.8 mg/kg | 7.44% | 7 | 31.1 mg/kg | 3.76% |
| | T10 | 1 | 125.6 °F | - | 7 | 127.8 °F | 1.21% |
| | T50 | 1 | 222.6 °F | - | 7 | 219.7 °F | 0.53% |
| | T90 | 1 | 317.3 °F | - | 7 | 313.0 °F | 0.48% |
| | Aromatics | 1 | 30.6 Vol% | - | 8 | 29.4 Vol% | 3.36% |
| Tier 3 | Specfic Gravity | 4 | 0.749 | 0.06% | 7 | 0.7455 | 0.05% |
| | Sulfur | 2 | 9.2 mg/kg | 12.14% | 8 | 10.3 mg/kg | 10.19% |
| | T10 | 1 | 129.2 °F | - | 8 | 130.8 °F | 0.56% |
| | T50 | 1 | 210.0 °F | - | 8 | 198.1 °F | 1.34% |
| | T90 | 1 | 322.0 °F | - | 8 | 317.6 °F | 0.38% |
| | Ethanol | 3 | 10.15 Vol% | 3.92% | 7 | 9.68 Vol% | 2.19% |
| | Aromatics | 1 | 22.9 Vol% | - | 8 | 22.45 Vol% | 3.05% |

**Table 2.3:** Fuel data comparison of EPA test program and Auto Innovators fuel study

The following table is a sensitivity analysis demonstrating the impact of variation of individual fuel properties on the empirically derived Ra. In this analysis, the Industry Fuel Study RSD was applied to the EPA mean fuel properties and evaluated at 2 standard deviations.

| | Fuel Property | EPA Test Program | | | Industry Fuel Study | Ra Sensitivity to Individual Fuel Property Variation (Industry Fuel Study RSD Applied to EPA Mean Values) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | # of Analyses | Mean | RSD | RSD | + 2 Std Dev | Ra | - 2 Std Dev. | Ra |
| Tier 2 | Specfic Gravity | 2 | 0.7437 | 0.10% | 0.05% | 0.7446 | 0.88 | 0.7428 | 0.79 |
| | Sulfur | 2 | 41.8 mg/kg | 7.44% | 3.76% | 42.2 mg/kg | 0.81 | 37.0 mg/kg | 0.81 |
| | T10 | 1 | 125.6 °F | - | 1.21% | 129.61 | 0.81 | 122.39 | 0.86 |
| | T50 | 1 | 222.6 °F | - | 0.53% | 224.85 | 0.81 | 221.15 | 0.81 |
| | T90 | 1 | 317.3 °F | - | 0.48% | 319.76 | 0.81 | 314.24 | 0.86 |
| | Aromatics | 1 | 30.6 Vol% | - | 3.36% | 33.18 | 0.94 | 28.02 | 0.73 |
| Tier 3 | Specfic Gravity | 4 | 0.749 | 0.06% | 0.05% | 0.7504 | 0.75 | 0.7476 | 0.83 |
| | Sulfur | 2 | 9.2 mg/kg | 12.14% | 10.19% | 10.0 mg/kg | 0.81 | 6.6 mg/kg | 0.81 |
| | T10 | 1 | 129.2 °F | - | 0.56% | 130.45 | 0.81 | 127.55 | 0.81 |
| | T50 | 1 | 210.0 °F | - | 1.34% | 215.61 | 0.82 | 204.39 | 0.81 |
| | T90 | 1 | 322.0 °F | - | 0.38% | 324.44 | 0.82 | 319.56 | 0.81 |
| | Ethanol | 3 | 10.15 Vol% | 3.92% | 2.19% | 10.59 Vol% | 0.80 | 9.71 Vol% | 0.78 |
| | Aromatics | 1 | 22.9 Vol% | - | 3.05% | 24.30 | 0.74 | 21.5 Vol% | 0.85 |

**Table 2.4:** Sensitivity analysis of fuel properties on Ra

EPA used these mean fuel properties to derive the proposed Ra of 0.81. As demonstrated by the data, fuel analysis variation in the Tier 2 aromatic value alone changes Ra in a range between 0.73 to 0.94. Without multiple analyses for these critical fuel properties, it is not possible to accurately derive a value of Ra. The industry compliance paired data has 69 fuel batches with hundreds of analyses of

critical fuel properties.  This makes the industry compliance pair dataset very robust to variations in fuel properties.

The auto industry fuel study resulted in a percent relative standard deviation of aromatics of 3.36 percent for Tier 2 Batch 1, 5.07 percent for Tier 2 Batch 2, and 3.05 percent for Tier 3.

| Tier 2, Batch 1 | | Tier 2 B1 | | |
|---|---|---|---|---|
| Fuel Property | Test Method | Mean | RSD (1) | n (2) |
| Specific Gravity | | 0.7440 | 0.10% | 8 |
| Carbon Weight Fraction | D5291 | 0.8653 | 0.16% | 6 |
| Hydrogen wt fraction | D5291 | 0.1347 | 1.06% | 6 |
| Net Heating Value btu/lb | D3338 | 18459 | 0.08% | 6 |
| Net Heating Value btu/lb | D240 | 18565 | 0.35% | 6 |
| Net Heating Value btu/lb | D4809 | 18565 | 0.08% | 3 |
| Distillation 5% | D86 | 114.7 | 3.16% | 7 |
| Distillation 10% | D86 | 127.8 | 1.21% | 7 |
| Distillation 20% | D86 | 149.6 | 2.88% | 7 |
| Distillation 30% | D86 | 171.7 | 1.91% | 7 |
| Distillation 40% | D86 | 197.9 | 1.14% | 7 |
| Distillation 50% | D86 | 219.7 | 0.53% | 7 |
| Distillation 60% | D86 | 230.5 | 0.68% | 7 |
| Distillation 70% | D86 | 240.7 | 0.20% | 7 |
| Distillation 80% | D86 | 257.0 | 0.29% | 7 |
| Distillation 90% | D86 | 313.0 | 0.48% | 7 |
| Distillation 95% | D86 | 338.8 | 0.91% | 7 |
| Aromatics - D1319 Equivalent | | 29.38 | 3.36% | 8 |
| Sulfur mass, %mass | | 0.0032 | 6.45% | 8 |
| Carbon Weight Fraction | D3338 | 0.866 | 0.08% | 7 |
| Net Heating Value btu/lb | D3343 | 18457 | 0.07% | 7 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.
(2) Number of replicate fuel property measurements from different labs included in the mean.
  ** Outlier removed

**Table 2.5:** Auto industry fuel property study - Tier 2, Batch 1

| Tier 2, Batch 2 | | Tier 2 B2 | | |
|---|---|---|---|---|
| Fuel Property | Test Method | Mean | RSD (1) | n (2) |
| Specific Gravity | | 0.7440 | 0.06% | 7 |
| Carbon Weight Fraction | D5291 | 0.8663 | 0.20% | 7 |
| Hydrogen wt fraction | D5291 | 0.1341 | 0.68% | 6 |
| Net Heating Value btu/lb | D3338 | 18450 | 0.13% | 5 |
| Net Heating Value btu/lb | D240 | 18532 | 0.37% | 7 |
| Net Heating Value btu/lb | D4809 | 18528 | 0.27% | 2 |
| Distillation 5% | D86 | 112.6 | 2.39% | 6 |
| Distillation 10% | D86 | 126.6 | 1.65% | 7 |
| Distillation 20% | D86 | 146.1 | 0.87% | 6 |
| Distillation 30% | D86 | 168.7 | 0.72% | 6 |
| Distillation 40% | D86 | 196.8 | 0.73% | 6 |
| Distillation 50% | D86 | 219.5 | 0.30% | 7 |
| Distillation 60% | D86 | 231.3 | 0.33% | 6 |
| Distillation 70% | D86 | 241.2 | 0.11% | 6 |
| Distillation 80% | D86 | 258.2 | 0.29% | 6 |
| Distillation 90% | D86 | 312.6 | 0.40% | 7 |
| Distillation 95% | D86 | 339.4 | 0.21% | 6 |
| Aromatics - D1319 Equivalent | | 29.74 | 5.07% | 7 |
| Sulfur mass, %mass | | 0.0032 | 6.49% | 7 |
| Carbon Weight Fraction | D3338 | 0.866 | 0.11% | 7 |
| Net Heating Value btu/lb | D3343 | 18452 | 0.11% | 7 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.

(2) Number of replicate fuel property measurements from different labs included in the mean.

 ** Outlier removed

**Table 2.6:** Auto industry fuel property study - Tier 2, Batch 2

| Tier 3 | | Tier 3 | | |
|---|---|---|---|---|
| Fuel Property | Test Method | Mean | RSD (1) | n (2) |
| Specific Gravity | | 0.7460 | 0.09% | 8 |
| Carbon Weight Fraction | D5291 | 0.8261 | 0.39% | 7 |
| Hydrogen wt fraction | D5291 | 0.1381 | 1.92% | 7 |
| Net Heating Value btu/lb | D240 | 17897 | 0.44% | 7 |
| Net Heating Value btu/lb | D4809 | 17895 | 0.43% | 4 |
| Distillation 5% | D86 | 122.4 | 1.10% | 8 |
| Distillation 10% | D86 | 130.8 | 0.56% | 8 |
| Distillation 20% | D86 | 140.3 | 0.40% | 8 |
| Distillation 30% | D86 | 147.5 | 0.42% | 8 |
| Distillation 40% | D86 | 153.8 | 0.69% | 8 |
| Distillation 50% | D86 | 198.1 | 1.34% | 8 |
| Distillation 60% | D86 | 229.0 | 0.71% | 8 |
| Distillation 70% | D86 | 251.1 | 1.19% | 8 |
| Distillation 80% | D86 | 277.8 | 0.29% | 8 |
| Distillation 90% | D86 | 317.6 | 0.38% | 8 |
| Distillation 95% | D86 | 339.8 | 0.49% | 8 |
| Ethanol  vol % | | 9.68 | 2.17% | 7 |
| Aromatics - D1319 Equivalent | | 22.45 | 3.05% | 8 |
| Sulfur mass, %mass | | 0.0010 | 10.19% | 8 |
| Carbon Weight Fraction | D3343 MOD | 0.827 | 0.26% | 8 |
| Net Heating Value btu/lb | D3338 MOD | 17827 | 0.20% | 8 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.

(2) Number of replicate fuel property measurements from different labs included in the mean.

 ** Outlier removed

**Table 2.7:** Auto industry fuel property study - Tier 3

EPA's test program only measured aromatics from one laboratory. Using the percent relative standard deviation from the auto industry fuel study, the following analysis demonstrates the impact of a two standard deviation change in aromatics on the determination of Ra.

| | Tier 2 | Tier 3 |
|---|---|---|
| EPA Reported Value | 30.6 | 22.9 |
| Auto Industry Fuel Study %RSD | 3.36% | 3.05% |
| EPA Reported (- 2 Std Dev) | 28.5 | 21.4 |
| EPA Reported (+ 2 Std Dev) | 32.7 | 24.4 |

**Table 2.8:** Aromatics data of EPA's test program and Auto industry fuel study

By only changing the aromatics value and maintaining all other fuel properties constant, the Ra of 0.81 varies from a low of 0.66 to a high of 1.02. If the Malibu 1 is excluded and the Acura is included in the analysis, an Ra of 0.90 varies from a low of 0.74 to a high of 1.11.

| | Ra EPA NPRM | Ra (Aromatics T2 - 2 std dev T3 + 2 std dev) | Ra (Aromatics T2 + 2 std dev T3 - 2 std dev) |
|---|---|---|---|
| Acura * | 1.27 | 1.10 | 1.49 |
| Altima | 0.75 | 0.61 | 0.96 |
| Civic | 0.89 | 0.74 | 1.10 |
| F150 | 1.05 | 0.89 | 1.26 |
| Malibu 1 ** | 0.43 | 0.30 | 0.62 |
| Malibu 2 | 0.75 | 0.61 | 0.96 |
| Mazda | 0.96 | 0.80 | 1.17 |
| Ram | 0.78 | 0.63 | 0.98 |
| Silverado | 0.98 | 0.82 | 1.19 |
| Silverado (2b) | 0.76 | 0.61 | 0.96 |
| Volvo | 0.78 | 0.63 | 0.98 |
| | | | |
| Mean (Excluding Acura) | 0.81 | 0.66 | 1.02 |
| Standard Deviation | 0.17 | 0.17 | 0.18 |
| | | | |
| Mean (Excluding Malibu 1, Including Acura) | 0.90 | 0.74 | 1.11 |
| Standard Deviation | 0.17 | 0.16 | 0.18 |

**Table 2.9:** Aromatics sensitivity analysis of EPA's test program

In conclusion, the Ra calculated by EPA's test program is based on an insufficient and inaccurate sample of vehicles and does fully consider the variability in fuel. When the invalid Malibu 1 is excluded, the valid Acura is included, and fuel variation is taken into consideration, the calculated Ra moves much closer to 1.0 and with a more representative vehicle sample, this would be expected to converge on 1.0 similar to the compliance data pairs analyzed by Auto Innovators. For these reasons, Auto Innovators believes that 1.0 is theoretically and observationally the correct Ra to be used moving forward.

### 3. Delay E10 phase-in, allow optional E0 testing and carryover of E0 data, and revisit any adjustment as part of the next CAFE / GHG Rulemaking

The NPRM proposes GHG and fuel economy testing using E10 test fuel beginning in MY 2021, requiring the use of E10 test fuel for GHG and fuel economy testing on all new vehicle models beginning in MY 2023 and all programs in MY 2025. The Agency indicated in the NPRM that the timing proposed and summarized below in Table 3.1 would follow a final rule in late 2019.[87] It is clear that the proposal was written significantly prior to its publication, and a final rule is now anticipated at the end of 2020 calendar year.

For reasons mentioned earlier, a "one-size-fits-all" adjustment factor proposed by the Agency is inaccurate for most models and could artificially degrade GHG compliance. In addition, many MY 2021 vehicles are already certified, and MY 2022 begins January 2, 2021. To avoid negative compliance impacts of an improper $CO_2$ adjustment factor, $CO_2$ should not be adjusted and instead stringency should be aligned during a new fuel economy and GHG rule process. Until the new rulemaking and in order to allow sufficient time for manufacturers to adjust long-term test and compliance plans that meet the requirements previously set by the Agency, the mandatory testing of new programs on E10 test fuel should be delayed two years from the publication of the final rule in the Federal Register.

The appropriate policy decision the Agency should make is not to adjust $CO_2$ and therefore not apply an adjustment factor to alter $CO_2$ tailpipe emission test results. Utilizing this approach, Auto Innovators requests that the NPRM phase-in timing be delayed until two model years after the final rule is published in the Federal Register. The delay allows sufficient lead-time for manufacturers to each adequately plan for the transition to E10 and to account for the delay in the final rule from what was intended by the Agency.[88] This revised timing, shown in Table 3.1, still accommodates what should be the Agency's final goal to determine future GHG and fuel economy standards based on E10 test fuel performance and to sunset any need for an estimated test procedure adjustment.

As an example, if the final rule is published in the Federal Register during the end of 2020, Auto Innovators requests that manufacturers be allowed to optionally perform GHG or fuel economy testing on either E0 or E10 test fuels for each vehicle model in MY 2023 and MY 2024 until E10 test fuel is required for new vehicles in MY 2025. The E10 test fuel adjustment is not a criteria emissions rule, and an optional E0 or E10 period over the two model years will not impact ozone, particulate matter, or smog formation. Criteria and particulate matter emissions testing with E10 started in 2017.

In the event that a $CO_2$ adjustment factor is pursued by the Agency, the optional E0 and E10 test fuel period should be extended until a new CAFE and GHG rule is finalized. Auto Innovators recognizes the burden of maintaining multiple test fuels and is aligned with EPA's goal of phasing in E10 test fuel for GHG and fuel economy testing in the future, but a "one-size-fits-all" approach to $CO_2$

---

[87] 85 FR 28577 (May 13, 2020).
[88] EPA indicated in the NPRM the implementation timing would follow a final rule in late 2019. It is clear that the proposal was written significantly prior to its publication and a final rule is not anticipated before the end of 2020 calendar year. Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel, 85 FR 28577 (May 13, 2020).

adjustment acts as an unpredictable stringency change. Optional use of E0 and E10 test fuel is a logistical flexibility manufacturers require to appropriately phase-in E10 test fuel for GHG and fuel economy testing in order to avoid unintended and negative stringency increases that may result if the adjustment factor EPA derives is not representative of an individual OEM's models or sales mix. Eliminating any $CO_2$ adjustment factor would have the benefit of simplifying compliance, eliminating the risk of an incorrect adjustment factor – which is highly variable based on the data provided in EPA's test program and even in the much larger certification vehicle dataset – and potentially reducing the number of years manufacturers need for the optional E0 and E10 test fuel period.

| | | Expected Final Rule | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **MY** |
| | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | **CY** |
| **Industry's Understanding of EPA's NPRM** | E0 | E10 optional | E10 optional | E10 "new" models | E10 "new" models | **100% E10** | | | |
| **Industry's Proposal** | | E0 | E0 | E10 optional per model | E10 optional per model | E10 "new" models, Optional if $CO_2$ adjusted | E10 "new" models, Optional if $CO_2$ adjusted | **100% E10 New GHG/FE Rule\*** | |

**Table 3.1:** Recommended phase-in timing – assumes final rule publication by the end of CY 2020

\*Note: The new GHG and fuel economy standards beginning in MY 2027 should be calculated using E10 test fuel performance, not an estimated adjustment factor. See comments below on carryover data in MY 2027.

Irrespective of the Agency's policy decision to implement a "one-size-fits-all" average adjustment or not, use of carryover E0 test data for GHG and CAFE compliance over the life of a vehicle program should be allowed. While waiting for the certainty of a final E10 test fuel rule, manufacturers have followed current regulations and continued performing GHG and fuel economy testing on E0 test fuel, at the same time separately conducting criteria emissions testing on E10. GHG and fuel economy testing is underway or completed for recent vehicle models on Tier 2 E0 test fuel, and carryover of this data should be allowed through the life of the programs. Allowing carryover of E0 data will have no impact on stringency, real-world emissions, or air quality.

As previously stated, industry agrees with the ultimate goal of a complete phase-in of GHG and fuel economy testing using E10 test fuel, but this needs to be done in a way that aligns with best practices for lead time, carry-over consideration, etc. Auto Innovators recommends any new GHG and fuel economy rule base its stringency requirements on vehicle performance using E10 test fuel. This would enable manufacturers to complete their phase-in of E10 test fuel with the beginning of the new GHG and fuel economy program and allow EPA to sunset any E10 test procedure adjustments. Fully incorporating E10 test fuel in new standards and removing the need for an estimated adjustment would provide more certainty for manufacturers' long-term compliance and testing plans as well as transparency in EPA's performance verification – how a model performs should be how its compliance

is measured.  It also avoids unintended consequences that could discourage facilitation of lower carbon fuels.

**4.  Do not use E0 regressions and litmus limits for vehicles tested on E10, allow optional testing on E0 for litmus**

In the NPRM, EPA notes that the fuel economy label values for the city and highway are calculated using one of two primary methods prescribed in 40 CFR 600.210–12:

> The first method is the 5-cycle methodology where the FTP and HFET and three additional test cycles (US06, SC03, Cold FTP), are used in a set of formulas that weight the different portions of the five test cycles to produce the city and highway fuel economy rating for the label.

> The other method is the derived 5-cycle methodology, where the city and the highway label values are determined using a correlation from a large dataset of 5-cycle results across different vehicle types. The derived 5-cycle methodology reduces the number of tests required to two, the FTP and HFET.  However, the derived 5-cycle correlation method requires an initial check on the certification emission-data vehicle that is used to demonstrate compliance with criteria pollutant emission standards for the FTP (city), HFET (highway), US06, SC03 and Cold FTP tests. The fuel economy results of these five tests are used for the initial check to determine whether fuel economy label testing may be performed using the 5-cycle method or the derived 5-cycle method. This check is commonly called the ''litmus test'' and it determines whether or not the derived 5-cycle method is a reliable predictor of 5-cycle fuel economy performance for a given test group.

The litmus test method, when properly calibrated, is capable of identifying the vehicle models that exhibit 5-cycle characteristic that significantly depart from the fleet norm, thus limiting the need for conducting costly and time-consuming testing on all five cycles for the majority of vehicles.  However, for the derived 5-cycle method to function effectively in detecting outlier models – and to avoid false positives – the derived 5-cycle regressions must be periodically updated to ensure the foundational data of these regressions sufficiently represent the current fleet and testing practices.  EPA recognized this need in the initial rulemaking that introduced the 5-cycle method (Fuel Economy Labeling of Motor Vehicles: Revisions To Improve Calculation of Fuel Economy Estimates):

> We believe it is critical to ensure that the fuel economy methods are periodically evaluated. We are committed to evaluating the 5-cycle method every several years (e.g., five years) to ensure that it appropriately accounts for advancements in vehicle technology, changes in driving patterns, and any new data collected on in-use fuel economy. We also remain open to reviewing any valid test data indicating that any of our assumptions were inappropriate for a specific vehicle and considering modifications to the 5-cycle formulae overall to account for these differences.

EPA last updated these regressions via guidance issued in 2015 (applicable to 2017 and later MYs), and the guidance is again due to be updated given EPA's recommended timing. More importantly, the existing regressions are based on high-octane E0 test data, and are thus not appropriate for making a conclusive determination of a litmus failure for vehicles tested on E10. In the Tier 3 final rule, EPA allowed for litmus determinations using E10 test fuel as a flexibility to limit the burden of its requirement to test every vehicle on two different fuels (E10 for certification and E0 for FE/GHG). However, recognizing that performing litmus on E10 using E0 regressions would be worst-case and could result in false positives, EPA allowed for retesting on E0 if the E10 litmus screening returned a failure.

In this NPRM, EPA proposes to move all litmus to E10 without determining the impact of using E10 tests in an empirical system founded on E0 testing:

> Currently the provisions of 40 CFR 600.117(d) allow manufacturers to perform the litmus test using either Tier 2 E0 test fuel or Tier 3 E10 test fuel (using the current fuel economy equation), provided all five tests use a test fuel with the same nominal ethanol content. Consistent with the test procedure changes proposed in this notice, we also propose that the ''litmus test'' requirements transition to using Tier 3 E10 test fuel-based results on the same implementation schedule as the proposed GHG and CAFE test procedure adjustments discussed in Section IV above. We invite comment on this proposed approach.

Auto Innovators believes requiring the use of E0 regressions and litmus limits for vehicles tested on E10 is inappropriate, and Auto Innovators is committed to working with EPA to updating the current litmus procedures.

### 4.1. Adjusted R-factor is cycle-specific

EPA analysis shows that Ra is cycle-specific, yet no analysis was conducted for the Cold CO, SC03, or US06 cycles, all of which are used to determine 5-cycle FE and conduct the litmus assessment. The 5-cycle equations and litmus test calculations are an empirical system that is heavily dependent on the relative fuel economy between the different test cycles and are currently derived using E0 test fuel. If, as EPA contends, the Ra value for the FTP and HFET cycles are different, it is reasonable to assume that the other three certification cycles used for the litmus assessment will also have unique Ra values. These differences, if not accounted for, will alter the relative fuel economy between the cycles, making the results inadequate for comparison with E0-based regressions for purposes other than worst-case screening (i.e., the shift in the relative FE between the cycles would be attributed to the vehicle rather than the fuel). To resolve this problem, cycle-specific Ra's must be used, or alternatively, the 5-cycle regressions must be rederived for an E10-tested fleet to normalize the redistribution of the relative cycle FE.

### 4.2. Reduced octane can distort litmus results

In addition to the impact of cycle-specific Ra, the reduced octane of Tier 3 E10 test fuel can also be expected to distort litmus results, because the current regression limits were derived using high-octane E0 test fuel. OEMs work to ensure that octane impacts are limited in accordance with EPA

policy and guidance, but the complexity of modern engines, varied on-road operating conditions and seasonal fuel changes make complete elimination of these effects impossible. Sensitivity to changes in octane is likely to be most pronounced on aggressive cycles like the US06, particularly on advanced technology powertrains, and given the US06's importance in the Highway litmus determination, even marginal residual E0 octane impacts in the current regressions will set the "litmus" bar inappropriately high for vehicles tested on lower octane E10. In summary, comparing a vehicle's regular-grade octane E10 5-cycle results against a "better" performing (in the litmus sense) high-octane E0 fleet regression is not justified and can be expected to result in undeserved litmus failures, causing additional test burden and competitive FE label disadvantages.

For the reasons stated above, Auto Innovators requests that the EPA allow manufacturers to test litmus as is done today with optional testing on E0 until the 5-cycle regressions are updated using E10.

Note: Although E10 may also introduce inaccuracies into the magnitude of the derived 5-cycle value used for labeling, these errors are likely to be small relative the magnitude of the overall label adjustment. For this reason, Auto Innovators believes that continued use of the existing derived FE values is warranted for labeling purposes until proper E10 adjustments are developed. This reasoning does not hold for litmus test, however, since relatively small shifts in the cycle relationships can cause a litmus failure and a 4-5 percent loss in FE for an affected vehicle model.

## 5. Implement Additional Industry Recommendations

5.1. <u>ASTM D240, ASTM D4809, and ASTM D5291 should not be used in the calculation of fuel economy and other ASTM test method corrections</u>

EPA is requesting feedback regarding analytical methods ASTM D5291 for Carbon Weight Fraction (CWF) and ASTM D4809 for Net Heat of Combustion (NHC). These test methods should not be employed for determining CWF and NHC used in the calculation of fuel economy. These test methods have a bias relative to the original test methods, which were used to establish the CWF and NHC of the 1975 baseline fuel. The biases in these test methods will introduce errors in the fuel economy results. In addition, these test methods have higher variability and will introduce unwanted variation into the calculated fuel economy results. Auto Innovators supports using ASTM D3338 and D3343 with modifications for E10 in the calculation of fuel economy. The two legacy trade associations submitted a joint letter to EPA on April 4, 2018 expressing support for using modified ASTM D3338 and D3343 test methods. The letter is included as Appendix D.

Corrections are also needed to the list of ASTM procedures adopted by reference in §600.011: Modified D3338 replaces D240 and D4809 for NHC in §600.113-12(f)(1), and D5580 aromatic content of LEV III fuel should be added to §600.113-12(f)(1) and the list in §600.011.

Auto Innovators agrees with several of the Agency's proposed revisions to §600.113-12. The exception being that fuel sulfur content, water, and aromatic content should also be included in the calculations. For the aromatic content used to determine the NHC and CWF for use in the fuel economy

equation when using LEV III fuel, a second alternative method, ASTM D5580-15[89], can be used as long as the result is first bias-corrected as described in D5580-15 to ASTM D5769-20[90] and is then bias-corrected as described in ASTM D1319[91]. This second alternative method for bias correcting the aromatic content of LEV III should be added to §600.113–12. Additional details are provided in Appendix E.

    5.2. Implement consistent units and rounding procedures for Net Heat of Combustion and other technical amendments

Paragraph §600.113-12(f)(1)(iii) contains inconsistencies of units and rounding instructions. To resolve the inconsistencies, changes are needed and must be made regardless of whether units are going to be retained as MJ/kg or changed to BTU/lb. We request that EPA take the approach of changing to consistent use of BTU/lb rounded to the nearest whole number for both E0 and E10 NHC. Additional details are provided in Appendix F.

There are also additional changes needed to 600.113-12(f)(1) not related to units:

- NHV and CWF are used in the E0 equation in 600.113-12(h), which is the existing paragraph that addresses computation of mpg for tests still run on E0. This paragraph says to go to 600.113-12(f)(1) to obtain "NHV" and "CWF" for the E0 test fuel. But (f)(1) terminology has been changed from NHV and CWF to NHC and CMF. While this is just a terminology change, the regulations should be clarified such that they mean the same thing with regard to what values are obtained from (f)(1) for use in the equation in (h).
- The term $VF_e$ needs to be defined as volume fraction of ethanol which is $VP_e/100$. $VP_e$ is defined as volume percentage, but steps in the calculations leap directly to use of $VF_e$ without definition or explanation.
- The typo should be fixed where it says $NHC_f$ = net neat of combustion of test fuel = **NHGH** · $(1 - MF_e)$ + $NHC_e$· $MF_e$. **NHGH should be NHC$_h$**. This was shown correctly in the "signature package" version of the NPRM and then the typo appeared in the **_FR_** version.

A clarification is also needed in 600.101(c) to avoid additional test burden and unnecessary confusion to customers due to fuel economy value fluctuations, which are not essential, such as measurement variations. Additionally, the paragraph refers to criteria emission standards, but we believe E10 optional tests for EDV configuration is already allowed. Therefore, this sentence should be revised to refer to fuel economy as follows.

---

[89] ASTM D5580-15(2020), Standard Test Method for Determination of Benzene, Toluene, Ethylbenzene, p/m-Xylene, o-Xylene, C9 and Heavier Aromatics, and Total Aromatics in Finished Gasoline by Gas Chromatography, ASTM International, West Conshohocken, PA, 2020, www.astm.org.
[90] ASTM D5769-20, Standard Test Method for Determination of Benzene, Toluene, and Total Aromatics in Finished Gasolines by Gas Chromatography/Mass Spectrometry, ASTM International, West Conshohocken, PA, 2020, www.astm.org.
[91] ASTM D1319-19, Standard Test Method for Hydrocarbon Types in Liquid Petroleum Products by Fluorescent Indicator Adsorption, ASTM International, West Conshohocken, PA, 2019, www.astm.org.

600.101(c)

"… This requirement starts in model year XX for all fuel economy and certification testing in <u>new</u> test groups that do not use carryover data for ~~criteria emission standards~~ <u>fuel economy</u>…"

### 5.3. <u>Do not remove sulfur corrections and add water correction to modified ASTM D3338</u>

EPA is requesting feedback regarding removing the sulfur correction from the modified D3338 method for determining Net Heat of Combustion (NHC). The sulfur adjustment in ASTM D3338 lowers the calculated NHC. Eliminating the sulfur adjustment will result in a higher calculated NHC and lower calculated CAFE resulting in an increase in stringency. While the sulfur content in Tier 3 test fuel is very low and the adjustment is small, in some cases the sulfur adjustment will cause the NHC value to round up instead of down. Sulfur is a required parameter for the Tier 3 test fuel and the sulfur value is already known for the test fuel. Eliminating the sulfur adjustment does not reduce burden.

EPA is also requesting feedback regarding omitting the water adjustments from the modified D3338 method for determining NHC. The water adjustment in ASTM D3338 lowers the calculated NHC. Eliminating the water adjustment will result in a higher calculated NHC and lower calculated CAFE resulting in an increase in stringency. While the water content in Tier 3 and LEV III test fuel is very low and the adjustment is small, in some cases the water adjustment will cause the NHC value to round up instead of down. Water is typically reported in Tier 3 and LEV III certification fuel analyses. Omitting the water adjustment does not reduce burden.

The required adjustments to include sulfur and water in the various equations follow.

Include after (f) (1) (i)

- Water. Determine water using ASTM E1064.

- Sulfur. Determine Sulfur using ASTM D2622 or ASTM D5453.

Change (f) (1) (ii)(A) by including the sulfur term in the E0 CMF determination:

- CMF = 1 – 0.01 × hydrogen mass percent – 0.01 × sulfur mass percent.

Change (f) (1) (ii) (B) by including the water term in the Carbon Mass Fraction:

- $CMF_f$ = carbon mass fraction of test fuel = $CMF_h × (1 – MF_{H2O} - MF_e) + CMF_e × MF_e$.

Change (f) (1) (ii) (B) by including the water term in the aromatic content of the hydrocarbon fraction:

- $A$ = aromatic content of the hydrocarbon fraction = $VP_{aro,f} / (1 – VF_e – VF_{H2O})$

Change (f) (1) (ii) (B) by including ASTM D5580 as an alternative method for determining aromatic content as long as it is corrected to ASTM D1319.

- $V_{Paro,f}$ = volume percent aromatics in the test fuel as determined by ASTM D1319-15 (incorporated by reference in §600.011). An acceptable alternative method is ASTM D5769-10 (incorporated by reference in §600.011), as long as the result is bias-corrected as described in ASTM D1319. An acceptable alternative method is ASTM D5580-15 (incorporated by reference in §600.011), as long as the result is bias-corrected to ASTM D5769-10 and then bias corrected again to ASTM D1319-15.

Change (f) (1) (ii) (B) by including the water term in the specific gravity of the hydrocarbon fraction:

- $SGh$ = specific gravity of the hydrocarbon fraction
  = $(SGf - SGe \times VF_e - SG_{H2O} \times VF_{H2O}) / (1 - VF_e - VF_{H2O})$

Change (f) (1) (iii) (B) by including the water terms in the net heat of combustion of the test fuel

- $NHC_f$ = net neat of combustion of test fuel =
  = $NHC_h \times (1 - MF_e - MF_{H2O}) + NHC_e \times MF_e - MF_{H2O} \times NHV_{60,H2O}$

- $NHV_{60,H2O}$ = net heat of vaporization of water at 60F = 1059 BTU/lb

Change (f) (1) (iii) (B) by including the water term in the aromatic content of the hydrocarbon fraction:

- $A$ = aromatics content of the hydrocarbon fraction = $VP_{aro,f} / (1 - VF_e - VF_{H2O})$

Change (f) (1) (iii) (B) by including the water term in the specific gravity of the hydrocarbon fraction:

- $SG_h$ = specific gravity of the hydrocarbon fraction
  = $(SGf - SGe \times VF_e - SG_{H2O} \times VF_{H2O}) / (1 - VF_e - VF_{H2O})$

**Appendix A - Derived Carbon Intensity of Tier 2 and Tier 3 Fuels from EPA Test Program**

| EPA Average Fuel Properties | | |
|---|---|---|
| | Tier 2 | Tier 3 |
| CWF, D3343 / D3343mod | 0.866 | 0.827 |
| NHC, D3338 / D3338mod | 18446 | 17763 |
| Carbon Intensity, lb CO$_2$/MMBTU | 172.02 | 170.59 |
| | | |
| Derived Carbon Intensity Diff. | -0.84% | |

The derived carbon intensity was calculated for each by multiplying the carbon weight fraction (CWF) determined using ASTM D3343 or modified D3343 for E10 fuel by the ratio of the molecular weight of carbon dioxide (MW. = 44.009) and carbon (MW. = 12.011) divided by the net heat of combustion (NHC) determined using D3338 or modified D3338 for E10 fuel in BTU/lb then multiplied by one million to get lb CO$_2$/MMBTU.

$$CI = CWF \; x \; \frac{(44.009/12.011)}{NHC} \; x \; 1,000,000$$

**Appendix B – Automotive Industry Compliance Data-Paired Analysis**





PUBLIC VERSION - CBI REDACTED



PUBLIC VERSION - CBI REDACTED

PUBLIC VERSION - CBI REDACTED



**Ra Calculation:**

Tier 3 FE set equal to Tier 2 FE and solved for Ra:

$$[VolFE_{T2}]\left[\frac{(SG_{1975})(NHV_{1975})}{[(R)(SG_{T2})(NHV_{T2}) + (1-R)(SG_{1975})(NHV_{1975})]}\right] = [VolFE_{T3}]\left[\frac{(SG_{1975})(NHV_{1975})}{[(Ra)(SG_{T3})(NHV_{T3}) + (1-Ra)(SG_{1975})(NHV_{1975})]}\right]$$

$$\frac{[VolFE_{T2}]}{3781}\left[\frac{5174x10^4}{[(R)(SG_{T2})(NHV_{T2}) + 5471]}\right] = [VolFE_{T3}]\left[\frac{(SG_{1975})(NHV_{1975})}{[(Ra)(SG_{T3})(NHV_{T3}) + (1-Ra)(SG_{1975})(NHV_{1975})]}\right]$$

$$[VolFE_{T2}][(Ra)(SG_{T3})(NHV_{T3}) - (Ra)(SG_{1975})(NHV_{1975}) + (SG_{1975})(NHV_{1975})] = \frac{[VolFE_{T3}][(SG_{1975})(NHV_{1975})][(R)(SG_{T2})(NHV_{T2}) + 5471]}{\frac{5174x10^4}{3781}}$$

$$(Ra)[(SG_{T3})(NHV_{T3}) - (SG_{1975})(NHV_{1975})] = \frac{[VolFE_{T3}][(SG_{1975})(NHV_{1975})][(R)(SG_{T2})(NHV_{T2}) + 5471]}{[VolFE_{T2}]\frac{5174x10^4}{3781}} - (SG_{1975})(NHV_{1975})$$

$$(Ra) = \frac{[VolFE_{T3}][(SG_{1975})(NHV_{1975})][(R)(SG_{T2})(NHV_{T2}) + 5471]}{[VolFE_{T2}]\frac{5174x10^4}{3781}[(SG_{T3})(NHV_{T3}) - (SG_{1975})(NHV_{1975})]} - \frac{(SG_{1975})(NHV_{1975})}{[(SG_{T3})(NHV_{T3}) - (SG_{1975})(NHV_{1975})]}$$

$$(Ra) = \frac{[VolFE_{T3}][(SG_{1975})(NHV_{1975})][(R)(SG_{T2})(NHV_{T2}) + 5471] - [VolFE_{T2}]\frac{5174x10^4}{3781}(SG_{1975})(NHV_{1975})}{[VolFE_{T2}]\frac{5174x10^4}{3781}[(SG_{T3})(NHV_{T3}) - (SG_{1975})(NHV_{1975})]}$$

$$(Ra) = \frac{[VolFE_{T3}][(SG_{1975})(NHV_{1975})]\left[(R)(SG_{T2})(NHV_{T2}) + 5471 - \frac{[VolFE_{T2}]}{[VolFE_{T3}]}\frac{5174x10^4}{3781}\right]}{[VolFE_{T2}]\frac{5174x10^4}{3781}[(SG_{T3})(NHV_{T3}) - (SG_{1975})(NHV_{1975})]}$$

## Appendix C – Auto Industry Fuel Study

**Tier 2, Batch 1**

| Fuel Property | Test Method | Halterman | Paragon | Dixie | Saybolt | SWRI | Inspectorate | GM | Intertek | Mean | RSD (1) | n (2) | Std. Dev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specific Gravity | D4052 | 0.7430 | 0.7430 | 0.7440 | 0.7440 | 0.7430 | 0.7450 | 0.7440 | 0.7440 | 0.7440 | 0.10% | 8 | 0.0007 |
| Specific Gravity - Reported | | | 0.7430 | 0.7437 | | 0.7433 | | 0.7435 | 0.7436 | | | | |
| Specific Gravity - Calc From API Gravity | | 0.7428 | 0.7432 | | | 0.7432 | | | 0.7436 | | | | |
| Specific Gravity - Calc From Density | D4052 | 0.7437 | 0.7430 | | 0.7437 | | 0.7453 | 0.7435 | 0.7437 | | | | |
| Density @ 60 oF | D4052 | 0.7430 | 0.7423 | | 0.7430 | | 0.7446 | 0.7428 | 0.7430 | | | | |
| Density @ 15 oC | | | | | | 0.7431 | | | | | | | |
| API Gravity @ 60 oF | D4052 | 59.00 | 58.90 | | | 58.90 | | | 58.80 | 58.90 | 0.14% | | 0.0816 |
| Carbon Weight Fraction | D3343 | 0.8655 | | | | | | | | | | | |
| Carbon Weight Fraction | D5291 | 0.8661 | 0.8653 | | 0.8629 | 0.8670 | 0.8660 | 0.8647 | | 0.8653 | 0.16% | 6 | 0.0014 |
| Hydrogen wt fraction | D5291 | 0.1339 | 0.1347 | | 0.1371 | 0.1330 | 0.1340 | 0.1353 | | 0.1347 | 1.06% | 6 | 0.0014 |
| Net Heating Value btu/lb | D3338 | 18468 | 18472 | | 18470 | 18437 | 18462 | | 18445 | 18459 | 0.08% | 6 | 14.5660 |
| Net Heating Value btu/lb | D240 | 18622 | 18634 | | 18462 | 18574 | 18517 | 18581 | | 18565 | 0.35% | 6 | 65.2200 |
| Net Heating Value btu/lb | D4809 | | | | | 18563 | 18550 | | 18581 | 18565 | 0.08% | 3 | 15.7012 |
| Distillation 5% | D86 | 111.0 | 111.2 | | 112.5 | 117.0 | 114.2 | 115.9 | 121.1 | 114.7 | 3.16% | 7 | 3.6211 |
| Distillation 10% | D86 | 126.0 | 126.3 | 129.6 | 126.5 | 129.6 | 128.3 | 128.7 | 139.6 ** | 127.8 | 1.21% | 7 | 1.5509 |
| Distillation 20% | D86 | 146.0 | 147.0 | | 147.4 | 149.3 | 149.1 | 149.2 | 158.9 ** | 149.6 | 2.88% | 7 | 4.3099 |
| Distillation 30% | D86 | 168.0 | 169.3 | | 169.9 | 171.5 | 173.0 | 172.4 | 178.0 | 171.7 | 1.91% | 7 | 3.2762 |
| Distillation 40% | D86 | 195.0 | 196.5 | | 197.0 | 198.8 | 201.1 | 200.5 | 196.6 | 197.9 | 1.14% | 7 | 2.2552 |
| Distillation 50% | D86 | 218.0 | 218.5 | 220.1 | 219.1 | 220.5 | 220.6 | 221.0 | 213.6 ** | 219.7 | 0.53% | 7 | 1.1573 |
| Distillation 60% | D86 | 231.0 | 230.2 | | 230.8 | 231.4 | 231.0 | 232.0 | 227.2 | 230.5 | 0.68% | 7 | 1.5590 |
| Distillation 70% | D86 | 240.0 | 240.3 | | 240.4 | 240.6 | 240.9 | 241.3 | 241.1 | 240.7 | 0.20% | 7 | 0.4796 |
| Distillation 80% | D86 | 256.0 | 256.5 | | 256.8 | 257.8 | 257.3 | 258.1 | 256.8 | 257.0 | 0.29% | 7 | 0.7371 |
| Distillation 90% | D86 | 312.0 | 311.7 | 313.9 | 312.8 | 311.7 | 313.0 | 315.9 | 291.8 ** | 313.0 | 0.48% | 7 | 1.4901 |
| Distillation 95% | D86 | 340.0 | 340.2 | | 339.3 | 339.2 | 339.2 | 341.4 | 332.0 | 338.8 | 0.91% | 7 | 3.0808 |
| Aromatics - D1319 Equivalent | D1319 | 29.00 | 28.40 | 29.00 | 28.50 | 31.20 | 29.50 | 28.90 | 30.50 | 29.38 | 3.36% | 8 | 0.9881 |
| Aromatics vol% | D1319 | 29.00 | 28.40 | 29.00 | 28.50 | 31.20 | 29.50 | 28.90 | 30.50 | | | | |
| Aromatics vol% | D5769 | | | | | | | 33.84 | | | | | |
| Sulfur mass, %mass | D2622 | 0.0031 | 0.00302 | 0.0036 | 0.00327 | 0.00297 | 0.0032 | 0.00320 | 0.0030 | 0.0032 | 6.45% | 8 | 0.0002 |
| Sulfur % mass | D5453 | 0.0031 | 0.00302 | | 0.00327 | 0.00297 | 0.0032 | 0.00320 | 0.0030 | | | | |
| Sulfur mg/kg | D7039 | | | | | | | | | | | | |
| Carbon Weight Fraction | D3338 | 0.866 | 0.865 | 0.866 | 0.865 | 0.867 | 0.866 | 0.866 | 0.867 | 0.866 | 0.09% | 8 | 0.0008 |
| Net Heating Value btu/lb | D3343 | 18464 | 18472 | 18466 | 18469 | 18436 | 18452 | 18469 | 18434 | 18456 | 0.08% | 8 | 15.2760 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.
(2) Number of replicate fuel property measurements from different labs included in the mean.
** Statistical Outlier - not used in analysis

61

**Tier 2, Batch 2**

| Fuel Property | Test Method | Halteman | Paragon | Dixie | Saybolt | SWRI | Insperctorate | GM Pontiac | Intertek | Mean | RSD (1) | n (2) | Std. Dev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specific Gravity | D4052 | 0.7440 | 0.7440 | 0.7440 | 0.7436 | 0.7440 | 0.7450 | 0.7440 | | 0.7440 | 0.06% | 7 | 0.0004 |
| Specific Gravity - Reported | | | 0.7435 | 0.7437 | | 0.7437 | | 0.7442 | | | | | |
| Specific Gravity - Calc From API Gravity | | | 0.7436 | | | 0.7436 | | | | | | | |
| Specific Gravity - Calc From Density | | 0.7436 | 0.7435 | | 0.7436 | | 0.7449 | 0.7442 | | | | | |
| Density @ 60 oF | D4052 | 0.7437 | 0.7435 | 0.7437 | 0.7429 | | | 0.7435 | | | | | |
| Density @ 15 oC | D4052 | 0.7430 | 0.7428 | | | 0.7435 | 0.7442 | 0.7435 | | | | | |
| API Gravity @ 60 oF | D4052 | 58.80 | 58.80 | 58.8 | | 58.80 | | | | 58.79 | 0.03% | | 0.0176 |
| Carbon Weight Fraction | D3343 | 0.8656 | | | | | | | | | | | |
| Carbon Weight Fraction | D5291 | 0.8661 | 0.8654 | 0.8656 | 0.8651 | 0.8698 | 0.8670 | 0.8650 | | 0.8663 | 0.20% | 7 | 0.0017 |
| Hydrogen wt fraction | D5291 | 0.1339 | 0.1346 | | 0.1349 | 0.1330 | 0.1330 | 0.1350 | | 0.1341 | 0.68% | 6 | 0.0009 |
| Net Heating Value btu/lb | D3338 | 18466 | 18462 | 18466 | 18468 | 18412 | 18444 | | | 18450 | 0.13% | 5 | 23.4691 |
| Net Heating Value btu/lb | D240 | 18622 | 18619 | | 18448 | 18532 | 18495 | 18543 | | 18532 | 0.37% | 7 | 69.0223 |
| Net Heating Value btu/lb | D4809 | | | | | 18564 | 18492 | | | 18528 | 0.27% | 2 | 50.9117 |
| Distillation 5% | D86 | 113.0 | 111.4 | | 107.9 | 115.6 | 113.0 | 114.4 | | 112.6 | 2.39% | 6 | 2.6934 |
| Distillation 10% | D86 | 127.0 | 126.0 | 129.6 | 122.8 | 127.8 | 125.8 | 127.2 | | 126.6 | 1.65% | 7 | 2.0911 |
| Distillation 20% | D86 | 147.0 | 145.9 | | 143.7 | 146.6 | 146.1 | 147.2 | | 146.1 | 0.87% | 6 | 1.2693 |
| Distillation 30% | D86 | 169.0 | 167.4 | | 167.1 | 169.1 | 169.3 | 170.2 | | 168.7 | 0.72% | 6 | 1.2112 |
| Distillation 40% | D86 | 197.0 | 195.3 | | 194.9 | 197.7 | 197.5 | 198.5 | | 196.8 | 0.73% | 6 | 1.4291 |
| Distillation 50% | D86 | 219.0 | 218.7 | 220.1 | 219.0 | 220.2 | 219.6 | 220.3 | | 219.5 | 0.30% | 7 | 0.6655 |
| Distillation 60% | D86 | 230.0 | 230.9 | | 231.3 | 232.2 | 231.7 | 231.4 | | 231.3 | 0.33% | 6 | 0.7521 |
| Distillation 70% | D86 | 241.0 | 241.3 | | 241.1 | 241.7 | 241.0 | 241.3 | | 241.2 | 0.11% | 6 | 0.2706 |
| Distillation 80% | D86 | 257.0 | 258.1 | | 257.6 | 259.1 | 258.5 | 258.6 | | 258.2 | 0.29% | 6 | 0.7584 |
| Distillation 90% | D86 | 312.0 | 311.7 | 313.9 | 311.1 | 311.9 | 313.2 | 314.4 | | 312.6 | 0.40% | 7 | 1.2373 |
| Distillation 95% | D86 | 340.0 | 339.1 | | 339.2 | 340.5 | 338.5 | 339.3 | | 339.4 | 0.21% | 6 | 0.7126 |
| Ethanol wt % | D5599-00 | 0 | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Ethanol wt % | D4815 | | | | | | | | | | | | |
| Aromatics D1319 Equivalent | | 29.00 | 29.00 | 29 | 28.40 | 32.80 | 30.60 | 29.40 | | 29.74 | 5.07% | 7 | 1.5087 |
| Aromatics vol % | D1319 | 29.00 | 29.00 | 29.0 | 28.40 | 32.80 | 30.60 | 29.40 | | | | | |
| Aromatics vol % | D5769 | | | | | | | 31.26 | | | | | |
| Sulfur mass, %mass | D2622 | 0.0031 | 0.00309 | 0.0036 | 0.00323 | 0.00301 | 0.0030 | 0.00317 | | 0.0032 | 6.49% | 7 | 0.0002 |
| Sulfur mg/kg | D5453 | 0.0031 | 0.00309 | | 0.00323 | | 0.0030 | | | | | | |
| Sulfur %mass | D7039 | | | | | 0.00301 | | 0.00317 | | | | | |
| Sulfur mg/kg | D3338 | 0.866 | 0.866 | 0.866 | 0.865 | 0.868 | 0.867 | 0.866 | | 0.866 | 0.11% | 7 | 0.0010 |
| Carbon Weight Fraction | D3343 | 18463 | 18462 | 18466 | 18468 | 18412 | 18436 | 18457 | | 18452 | 0.11% | 7 | 20.6317 |
| Net Heating Value btu/lb | | | | | | | | | | | | | |

(1) Relative standard deviation, calculated as standard deviation divided by mean.
(2) Number of replicate fuel property measurements from different labs included in the mean.

**Tier 3**

| Fuel Property | Test Method | Halterman | Paragon | Dixie | Saybolt | SWRI | Inspectorate | GM Pontiac | Intertek | Mean | RSD (1) | n (2) | Std. Dev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specific Gravity | D4052 | 0.7450 | 0.7450 | 0.7460 | 0.7460 | 0.7460 | 0.7470 | 0.7460 | 0.7460 | 0.7460 | 0.09% | 8 | 0.0006 |
| Specific Gravity - Reported | | 0.7448 | 0.7453 | 0.7455 | 0.7455 | 0.7455 | | 0.7455 | 0.7459 | | | | |
| Specific Gravity - Calc From API Gravity | | 0.7448 | 0.7451 | | 0.7457 | | 0.7472 | 0.7454 | 0.7459 | | | | |
| Specific Gravity - Calc From Density | | 0.7453 | 0.7453 | | 0.7450 | | 0.7465 | 0.7447 | 0.7450 | | | | |
| Density @ 60 oF | D4052 | 0.7441 | 0.7446 | 0.7452 | 0.7450 | 0.7453 | 0.7465 | 0.7447 | 0.7450 | | | | |
| Density @ 15 oF | D4052 | | | | 0.7453 | 0.7453 | | | | | | | |
| API Gravity @ 60 oF | D4052 | 58.48 | 58.40 | 58.30 | | 58.30 | | | 58.20 | 58.34 | 0.18% | | 0.1071 |
| Carbon Weight Fraction | D3343 | | | | | | | | | | | | |
| Carbon Weight Fraction | D5291 | 0.8263 | 0.8253 | 0.8286 | 0.8199 | 0.8286 | 0.8290 | 0.8252 | | 0.8261 | 0.39% | 7 | 0.0032 |
| Hydrogen wt fraction | D5291 | 0.1366 | 0.1383 | 0.1372 | 0.1438 | 0.1366 | 0.1360 | 0.1384 | | 0.1381 | 1.92% | 7 | 0.0027 |
| Net Heating Value btu/lb | D3338 | | | | | | | | | | | | |
| Net Heating Value btu/lb | D240 | 17972 | 17987 | 17928 | 17767 | 17930 | 17835 | 17889 | 17830 | 17897 | 0.44% | 7 | 79.5297 |
| Net Heating Value btu/lb | D4809 | | | 17928 | | 17990 | 17834 | | | 17895 | 0.43% | 4 | 77.4221 |
| Distillation 5% | D86 | 121.9 | 123.3 | 124.9 | 120.4 | 123.2 | 121.6 | 122.5 | 121.8 | 122.4 | 1.10% | 8 | 1.3513 |
| Distillation 10% | D86 | 130.3 | 131.2 | 131.9 | 129.9 | 131.6 | 130.2 | 131.2 | 130.3 | 130.8 | 0.56% | 8 | 0.7373 |
| Distillation 20% | D86 | 139.6 | 140.4 | 140.9 | 140.0 | 141.2 | 140.0 | 140.7 | 139.9 | 140.3 | 0.40% | 8 | 0.5568 |
| Distillation 30% | D86 | 146.8 | 147.9 | 147.6 | 147.3 | 148.6 | 147.1 | 148.1 | 147.0 | 147.5 | 0.42% | 8 | 0.6178 |
| Distillation 40% | D86 | 152.4 | 155.1 | 153.9 | 155.1 | 154.7 | 153.2 | 153.0 | 153.0 | 153.8 | 0.69% | 8 | 1.0631 |
| Distillation 50% | D86 | 193.8 | 195.1 | 202.1 | 198.7 | 198.0 | 200.2 | 198.9 | 198.0 | 198.1 | 1.34% | 8 | 2.6451 |
| Distillation 60% | D86 | 226.7 | 226.8 | 230.7 | 230.1 | 229.5 | 230.0 | 230.2 | 227.9 | 229.0 | 0.71% | 8 | 1.6180 |
| Distillation 70% | D86 | 246.1 | 250.5 | 253.8 | 253.1 | 247.2 | 252.9 | 253.8 | 251.8 | 251.1 | 1.19% | 8 | 2.9860 |
| Distillation 80% | D86 | 277.5 | 277.0 | 278.1 | 277.7 | 278.2 | 278.8 | 278.6 | 276.4 | 277.8 | 0.29% | 8 | 0.8104 |
| Distillation 90% | D86 | 316.3 | 317.1 | 318.6 | 317.7 | 317.4 | 319.0 | 318.7 | 315.6 | 317.6 | 0.38% | 8 | 1.2032 |
| Distillation 95% | D86 | 337.5 | 339.4 | 341.2 | 339.8 | 339.2 | 341.9 | 341.6 | 337.8 | 339.8 | 0.49% | 7 | 1.6691 |
| Ethanol vol % | D5599-00 | 9.80 | 9.83 | 10.98 ** | 9.82 | 9.66 | 9.34 | 9.43 | 9.86 | 9.68 | 2.17% | 7 | 0.21 |
| Ethanol Mass % | D5599-00 | 9.80 | | 10.98 | | | | | | | | | |
| Ethanol vol % | D4815 | 9.83 | 9.83 | 11.68 | 9.82 | 9.66 | 9.34 | 9.43 | 9.86 | | | | |
| Ethanol Mass % | D4815 | 10.48 | 10.48 | 11.00 | | | | 10.04 | 10.51 | | | | |
| Aromatics - D1319 Equivalent | D1319 | 23.15 | 21.20 | 22.10 | 23.20 | 23.04 | 22.22 | 22.10 | 22.60 | 22.45 | 3.05% | 8 | 0.6846 |
| Aromatics vol % Corrected | D1319 | | 21.20 | 22.10 | 23.20 | 23.04 | 22.22 | 22.10 | 22.60 | | | | |
| Aromatics vol % | D5769 | | | | | | | 21.99 | | | | | |
| Sulfur mass, %mass | | 0.00102 | 0.00010 | 0.0011 | 0.00103 | 0.00093 | 0.0012 | 0.000862 | 0.0011 | 0.0010 | 10.19% | 8 | 0.0001 |
| Sulfur % mass | D2622 | 0.00102 | 0.00010 | 0.0011 | 0.00103 | 0.00093 | 0.0012 | 0.000862 | 0.0011 | | | | |
| Sulfur % mass | D5453 | | | | | | | | | | | | |
| Sulfur mg/kg | D7039 | 22.6000 | | 11.00 | | | | | | | | | |
| Carbon Weight Fraction | D3343 MOD | 0.827 | 0.826 | 0.822 | 0.827 | 0.828 | 0.829 | 0.838 | 0.827 | 0.827 | 0.26% | 8 | 0.0021 |
| Net Heating Value btu/lb | D3338 MOD | 17810 | 17833 | 17739 | 17807 | 17823 | 17854 | 17854 | 17811 | 17814 | 0.20% | 8 | 36.4415 |

(1) Relative standard deviation, calculated as standard deviation divided by mean.
(2) Number of replicate fuel property measurements from different labs included in the mean.
** Statistical Outlier - not used in analysis

**Appendix D - Auto Alliance & Global Automakers Letter to EPA re: Fuel Property Analysis Methods**

 

April 4, 2018

Mike Olechiw
Director, Light-Duty Vehicles and Small Engine Center
US Environmental Protection Agency
2000 Traverwood Drive
Ann Arbor, MI

**Subject: Fuel Property Analysis Methods for Certification Vehicles Tested on Federal Tier 3 Emissions Gasoline**

Dear Mr. Olechiw,

The Association of Global Automakers (Global Automakers),[1] the Alliance of Automobile Manufacturers (Alliance),[2] and their members request that the EPA provide manufacturers with an updated *recommended method* for calculating the Net Heating Value (NHV) and Carbon Weight Fraction (CWF) of Federal Tier 3 Emissions Gasoline. EPA has recognized in previous guidance letters that corrections to the NHV and CWF methods published in the CFR are required.[3,4] We ask that EPA apply updates to the methods from letter CD-95-09 and adopt the

---

[1] The Association of Global Automakers represents the U.S. operations of international motor vehicle manufacturers, original equipment suppliers, and other automotive-related trade associations. Global Automakers' companies have invested $59 billion in U.S.-based production facilities, produced 4.7 million vehicles last year, and directly employ 101,000 Americans. Global Automakers works with industry leaders, legislators, regulators, and other stakeholders in the U.S. to create public policies that improve motor vehicle safety, encourage technological innovation, and addresses environmental needs. Our goal is to foster an open and competitive automotive marketplace that encourages investment, job growth, and development of vehicles that can enhance Americans' quality of life. For more information, visit www.globalautomakers.org.

[2] The Alliance of Automobile Manufacturers ("Alliance") is the leading advocacy group for the auto industry, representing 70% of all car and light truck sales in the United States. Its members include the BMW Group, Fiat Chrysler Automobiles, Ford Motor Company, General Motors Company, Jaguar Land Rover, Mazda, Mercedes-Benz USA, Mitsubishi Motors, Porsche, Toyota, Volkswagen Group of America and Volvo Car USA. For more information, go to www.autoalliance.org.

[3] EPA recognized that the methods contained in 40 CFR 600.113 are not applicable to Phase II test fuel and other oxygenated fuels. U.S. Environmental Protection Agency. "1994-16: Protocol for MPG Calculations for Vehicles Tested on Phase II Gasoline." August 5, 1994. Retrieved from:
https://iaspub.epa.gov/otaqpub/display_file.jsp?docid=14096&flag=1

[4] EPA provided in this guidance revised NHV and CWF calculations based on ASTM D3338 and D3343 for MTBE containing fuels. This provides a precedent for revising the fuel economy equations for Net Heating Value and Carbon Weight of Fuel. U.S. Environmental Protection Agency. "MPG Calculations for Certification Vehicles Tested on California Phase 2 Gasoline." June 1, 1995. Retrieved from:
https://iaspub.epa.gov/otaqpub/display_file.jsp?docid=14107&flag=1.

1

use of modified ASTM International (ASTM) Test Methods D3338[5] and D3343[6] for fuels containing ethanol rather than MTBE in the forthcoming NPRM. A complete background of the uses of modified D3338 and D3343 Test Methods as well as associated calculations are provided below.

In addition to the concerns raised in this letter, other Global Automakers, Alliance, and member concerns regarding the E10 Fuel economy (FE) Test Procedure Adjustment include but are not limited to the following: the current form of the FE equation, including the value of the R-Factor/Ra-Factor, the need to address the E10 FE cliff, and the inclusion of a CO2 adjustment. The scope of this letter does not include any of these additional concerns. However, these concerns have been presented to EPA in previous communications and will need to be addressed in the forthcoming rulemaking.

## Background
### Gasoline
Historically, per US EPA 40 CFR Part 600.113, ASTM test methods D3338 (*see* ref. 5) and D3343 (*see* ref. 6) have been used for calculating the Net Heating Value (NHV) and Carbon Weight Fraction (CWF), respectively, of emissions certification gasoline. These methods, which are only applicable to hydrocarbons, are correlations based on hundreds of hydrocarbon fuels analyzed using standard fuel tests that have good precision. ASTM D3338 is designed to produce the same result as ASTM D240[7] for a fuel set consisting of 107 kerosene distillates, 40 aviation gasolines, 72 pure hydrocarbons and 22 miscellaneous petroleum fuels. The best fit equation for aviation gasoline uses the aniline point, which is no longer a common test due to the toxicity of aniline. The equation published in D3338 gives the best match for all these fuels but does have a bias relative to D240 for motor gasolines. ASTM Method D3343 is designed to produce the same result as ASTM D1018.[8]

### Oxygenated fuels
In 1993 a revision to ASTM D3338 to enable the method to be used for oxygenated fuels was published as part of the Auto/Oil test program.[9] This revision corrected the density, aromatics

---

[5] ASTM International. "ASTM D3338 / D3338M-09(2014)e2, Standard Test Method for Estimation of Net Heat of Combustion of Aviation Fuels." 2014. Retrieved from: http://www.astm.org/cgi-bin/resolver.cgi?D3338D3338M (Accessed on March 26, 2018).

[6] ASTM International. "ASTM D3343-16, Standard Test Method for Estimation of Hydrogen Content of Aviation Fuels." 2016. Retrieved from: http://www.astm.org/cgi-bin/resolver.cgi?D3343 (Accessed on March 26, 2018).

[7] ASTM International. "ASTM D240-17, Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter." 2017. Retrieved from: http://www.astm.org/cgi-bin/resolver.cgi?D240. (Accessed March 26, 2018).

[8] ASTM International. "ASTM D1018-11(2016), Standard Test Method for Hydrogen in Petroleum Fractions." 2016. Retrieved from: http://www.astm.org/cgi-bin/resolver.cgi?D1018. (Accessed March 26, 2018).

[9] A. Hochhauser et al." Fuel Composition Effects on Automotive Fuel Economy – Auto/Oil Air Quality Improvement Research Program" SAE Paper No. 930138, March 1993.

2

and sulfur content and was used to calculate the net heating values of a variety of oxygenates. The authors used calculated values because experimentally measured values showed too much variation.[10]

Oxygenated fuels containing MTBE
In the early 1990s California Air Resources Board (CARB) introduced Phase II test fuel, which contained Methyl tert-Butyl Ether (MTBE). As EPA recognized in guidance letter CD-94-16, the methods contained in 40 CFR Part 600.113 are not applicable to Phase II test fuel and other oxygenated fuels. The following year the EPA issued guidance letter CD-95-09, which provided revised NHV and CWF calculations based on ASTM D3338 and D3343 for MTBE containing fuels. This method used a corrected specific gravity and the properties of MTBE to give more accurate estimations of NHV and CWF for MTBE containing fuels, while still using the methods described in ASTM test methods D3338 and D3343.

Oxygenated fuels containing ethanol
As part of subsequent rulemaking, CARB (LEV III) and EPA (Tier 3), test fuels have been reformulated to contain approximately 10 percent by volume of ethanol. The presence of ethanol requires that test methods D3338 and D3343 be modified or replaced. In 1986, EPA considered replacing D3338 with D240 and concluded that "an offset could exist between the proposed procedure for measuring the NHV (ASTM D240) and the procedure which was used to establish the reference NHV (ASTM D3338)."[11] In addition, EPA recognized that "this procedure [D3338] is likely to be less expensive than ASTM D240"[12]. While, D3338 could be replaced by D240 or the similar D4809,[13] the original concerns about expense and precision remain.

The CWF method, D3343 could be replaced by a variety of methods. Previously, EPA has considered ASTM D2789[14] and ASTM E191[15]. EPA concluded that ASTM D3343 had a "greater precision than D2789 and the results using ASTM D3343 exhibited a lower standard deviation and lower coefficient of variation than results using ASTM E191 or ASTM D2789. Therefore, EPA finds ASTM D3343 to be the preferable method. Additionally, this procedure is the least costly of the three procedures."[16] A review of the scope of test method D2789 reveals that "it has not been determined whether this test method is applicable to gasoline containing oxygenated compounds (for example, alcohols and ethers)." A newer test method can also be considered,

---

[10] A. Hochhauser, private communication. March 2018.

[11] Federal Register: 51 Fed. Reg. 37701. October 24, 1986. pg. 37849. Retrieved from the Library of Congress, https://www.loc.gov/item/fr051206/ (Accessed March 26, 2018.).

[12] Ibid.

[13] ASTM International. "ASTM D4809, Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method)." Retrieved from: https://www.astm.org/Standards/D4809.htm (Accessed on March 26, 2018).

[14] ASTM International. "ASTM D2789, Standard Test Method for Hydrocarbon Types in Low Olefinic Gasoline by Mass Spectrometry." Retrieved from: https://www.astm.org/Standards/D2789.htm (Accessed on March 26, 2018).

[15] ASTM International. "E191, Standard Specification for Apparatus for Microdetermination of Carbon and Hydrogen in Organic and Organo-Metallic Compounds." Retrieved from: https://www.astm.org/Standards/E191.htm (Accessed on March 26, 2018).

[16] Federal Register: 51 Fed. Reg. 37701. October 24, 1986. pg. 37849. Retrieved from the Library of Congress, https://www.loc.gov/item/fr051206/ (Accessed March 26, 2018.).

this is ASTM D5291.[17] However, a review of its scope finds that "These test methods are not recommended for the analysis of volatile materials such as gasoline, gasoline-oxygenate blends, or gasoline type aviation turbine fuels." All twelve of the test materials in the most recent Inter-Laboratory Study were lubricants or lubricant additives and none were fuels.[18]

Returning to the estimation procedures identified in the CFR, as demonstrated in SAE 930138, components of these estimations (aromatic and sulfur contents, average of T10, T50, and T90 values, and density) can be corrected for the presence of oxygenates if the oxygenate type and quantity is known. This will enable the base gasoline properties to be determined. Using the oxygenate content and its properties, the blend properties are determined.

The modified D3338 and D3343 procedures are addressed in the Society of Automotive Engineers (SAE) recommend practice J1498 and SAE Technical Paper 2010-01-1517, but neither document includes the specific detail equations. The procedures outlined below, based on SAE 930138 and EPA's guidance letter CD-95-09, incorporate corrections to the estimations (aromatic and sulfur contents, average of T10, T50, and T90 values, and density) in the presence of ethanol. The details of the correction of the average of the T10, T50 T90 values are described in the appendix.

**ASTM Procedures Used to Determine Fuel Properties**

(i) **Definition of variables**

| Variable Name | Meaning |
|---|---|
| $VF_{Hydrocarbon}$ | Volume fraction of hydrocarbon portion in the gasoline-ethanol blend as determined by Equation 1. |
| $MF_{Hydrocarbon}$ | Mass fraction of hydrocarbon portion in gasoline-ethanol blend as determined by Equation 2. |
| $VF_{Ethanol}$ | Volume fraction of ethanol portion in gasoline-ethanol blend as determined per ASTM D4815. |
| $MF_{Ethanol}$ | Mass fraction of ethanol portion in gasoline-ethanol blend as determined per ASTM D4815. |
| $SG_{Hydrocarbon}$ | Specific gravity of hydrocarbon portion in gasoline-ethanol blend as determined by Equation 3. |
| $SG_{Fuel}$ | Specific gravity of the gasoline-ethanol blend per ASTM D1298 or D4052 |
| $A_{Fuel}$ | Aromatic content of the gasoline-ethanol blend per ASTM D1319 or the ASTM method D5769 using the correction in ASTM D1319. |
| A | Volume Percent Aromatic Content of the hydrocarbon portion of the -gasoline-ethanol blend as determined by Equation 4. |
| G | API Gravity of the gasoline portion of the gasoline-ethanol blend, calculated per ASTM D1298, using the value of $SG_{Hydrocarbon}$ determined in Equation 3. |

---

[17] ASTM International. "D5291, Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Petroleum Products and Lubricants." Retrieved from: https://www.astm.org/Standards/D5291.htm (Accessed March 26, 2018).

[18] Based on communication with the study coordinator, Henry Xiao. March 2018.

| V(°F)$_{Tier 3}$ | Average volatility of the gasoline portion of the Tier 3 blend, in degrees Fahrenheit. This is determined by adjusting the gasoline-ethanol blend values determined using ASTM D86 as outlined in Equation 7. Use for V in Equations 6 and 11 when using Tier 3 fuel. |
|---|---|
| V(°F)$_{LEV III}$ | Average volatility of the gasoline portion of the LEV III blend, in degrees Fahrenheit. This is determined by adjusting the gasoline-ethanol blend values determined using ASTM D86 as outlined in Equation 8. Use for V in Equations 6 and 11 when using LEV III fuel. |
| CWF$_{Hydrocarbon}$ | Carbon weight fraction of hydrocarbon portion of gasoline-ethanol blend, calculated similarly to ASTM D3343, as determined in Equation 6. |
| S$_{Hydrocarbon}$ | Sulfur content of the gasoline portion of the gasoline-ethanol blend |
| S$_{Fuel}$ | Sulfur mass percent of the gasoline-ethanol blend as measured using ASTM D5453 as determined by Equation 9. |
| NHV$_{Fuel}$ | Net Heating Value of gasoline-ethanol blend as determined in Equation 10. |
| NHV$_{Hydrocarbon}$ | Net Heating Value of hydrocarbon portion of gasoline -ethanol blend as determined in Equation 11. |

**(ii) Ethanol Content**

Measure and determine the ethanol volume and mass fraction in Tier 3 or LEV III fuel using ASTM D4815. Calculate the volume fraction and mass fraction of the hydrocarbon component of the Tier 3 or LEV III fuel as follows:

$$VF_{Hydrocarbon} = (1 - VF_{Ethanol})$$ **Equation 1**
$$MF_{Hydrocarbon} = (1 - MF_{Ethanol})$$ **Equation 2**

**(iii) Specific Gravity**

Determine the specific gravity (SG) of either the Tier 3 or LEV III fuel blend and the hydrocarbon component of the Tier 3 blend as follows:

    (A) Measure the SG of the blend per ASTM D1298 or D4052;
    (B) Determine the SG of the hydrocarbon fuel component as follows:

$$SG_{Hydrocarbon} = \frac{[SG_{Fuel} - (0.7939 \times VF_{Ethanol})]}{VF_{Hydrocarbon}}$$ **Equation 3**

The value 0.7939 is the theoretical specific gravity of ethanol, which is referenced in ASTM D4815.

**(iv) Aromatic Content**

Determine the aromatic content of either the Tier 3 or LEV III fuel and the hydrocarbon component of the Tier 3 or LEV III blend as follows:

(A) Measure the aromatic content (A) of the Tier 3 or LEV III fuel per ASTM D1319[19];
(B) Determine the aromatic content of the hydrocarbon fuel component as follows:

---

[19] If D5769 is used to measure aromatics use the bias correction defined in section 13.3.2 of D1319 to correct to the D1319 value.

5

$$A = \frac{A_{Fuel}}{VF_{Hydrocarbon}}$$  **Equation 4**

**(v)  Carbon Weight Fraction**

Determine the CWF of the Tier 3 or LEV III fuel and the hydrocarbon component using the following equations:

$$CWF_{Fuel} = \left(CWF_{Hydrocarbon} \times MF_{Hydrocarbon}\right) + \left(0.521 \times MF_{Ethanol}\right)$$  **Equation 5**

$$CWF_{Hydrocarbon} = \frac{\left[100 - \left(6.317 \times 10^{-2} \times G - 4.1089 \times 10^{-2} \times A + 7.2135 \times 10^{-5} \times A \times V + 5.684 \times 10^{-5} \times G \times V - 4.96 \times 10^{-4} \times G \times A + 10.56\right) - S_{Hydrocarbon}\right]}{100}$$

**Equation 6**

The value 0.521 is the carbon weight fraction of ethanol.  The V component is calculated using the following equations when using Tier 3 fuel and LEV III fuel, respectively.

$$V(°F)_{Tier\ 3} = \frac{T_{10} + T_{50} + T_{90}}{3} + 14.83$$  **Equation 7**

$$V(°F)_{LEVIII} = \frac{T_{10} + T_{50} + T_{90}}{3} + 11.83$$  **Equation 8**

To determine the sulfur content in the hydrocarbon portion of the fuel blend, use the following equation.

$$S_{Hydrocarbon} = S_{Fuel} \times MF_{Hydrocarbon}$$  **Equation 9**

**(vi)  Net Heating Value**

Determine the NHV of the Tier 3 or LEV III fuel and the hydrocarbon component using the following equations.

$$NHV_{Fuel} = \left(NHV_{Hydrocarbon} \times MF_{Hydrocarbon}\right) + \left(11,500 \times MF_{Ethanol}\right)$$  **Equation 10**

$$NHV_{Hydrocarbon} = \left(16.24 \times G - 3.007 \times A + 0.01714 \times G \times V - 0.2983 \times A \times G + 0.00053 \times A \times G \times V + 17685\right) \times \left(1 - 0.01 \times S_{Hydrocarbon}\right) + 43.7\ S_{Hydrocarbon}$$  **Equation 11**

The value 11,500 in Equation 10 is the net heating value of ethanol, in Btu/lb.

6

Global Automakers, the Alliance and our members thank you for your consideration of our letter of input. If you have any questions regarding the above documentation, please feel free to contact me or Giedrius Ambrozaitis at the information provided below.

Sincerely,

Amandine Muskus
Manager, Environment & Energy
amuskus@globalautomakers.org
(202) 650-5555

Giedrius Ambrozaitis
Director, Environmental Affairs
gambrozaitis@autoalliance.org
(248) 915-8836

cc:  Byron Bunker, U.S. Environmental Protection Agency
     William Charmley, U.S. Environmental Protection Agency
     Tony Fernandez, U.S. Environmental Protection Agency
     Dave Good, U.S. Environmental Protection Agency
     Aron Butler, U.S. Environmental Protection Agency
     Chris Laroo, U.S. Environmental Protection Agency
     Bruce Kolowich, U.S. Environmental Protection Agency

## Appendix - Details of the correction of the average of the T10, T50 T90 values

Determination of the distillation curve of the hydrocarbon portion of a gasoline ethanol blend can be challenging as no method is published. In this case there are only two fuels that need their E0 distillation determined so that a fuel specific approach can be followed.

The approach taken was to use the API Blend Study[20] which gives properties for dozens of fuels where the base gasoline was blended with 10% or more ethanol by volume. The distillation data in the study is reported in degrees Fahrenheit. Specific fuels whose E10 blends closely match the T10, T50 and T90 of the certification fuels were selected. These E10 blend T10, T50 and T90 values were then compared with the E0 base gasoline T10, T50 and T90 values to determine the required corrections.

Figure 1 shows a regular unleaded class AA fuel from Utah in the summer of 2008. The blue line is the E0 fuel and the orange line is the E10 fuel. The clusters of points at the T10, T50 and T90 temperatures are 12 Tier 3 fuels from Haltermann and Gage Products. The orange line is a good fit with these fuels. The T10 of the E0 is 144 and the T10 of the E10 is 129.3 making the T10 correction 14.7. The T50 of the E0 is 224.6 and the T50 of the E10 is 199.4 making the T50 correction 25.2. The T90 of the E0 is 323.7 and the T90 of the E10 is 319.1 making the T90 correction 14.7. The average correction is 14.83 and is applied to the V value in the $NHV_{hydrocarbon}$ (Equation 11) and $CWF_{hydrocarbon}$ (Equation 6) equations for Tier 3 fuel.

Figure 2 shows a regular unleaded SBOB (Summer Blendstock for Oxygenate Blending) from New Jersey in the summer of 2008. The orange line is the E0 and the green line is the E10. The clusters of points at the T10, T50 and T90 temperatures are three LEV III fuels from Haltermann along with the lower and upper bounds from the LEV III specification. The green line is a good fit with these fuels. The T10 of the E0 is 150.9 and the T10 of the E10 is 135.2 making the T10 correction 15.7. The T50 of the E0 is 224.3 and the T50 of the E10 is 210.4 making the T50 correction 13.9. The T90 of the E0 is 320.3 and the T90 of the E10 is 314.4 making the T90 correction 5.9. The average correction is 11.83 and is applied to the V value in the $NHV_{hydrocarbon}$ (Equation 11) and $CWF_{hydrocarbon}$ (Equation 6) equations for the LEV III fuel.

[20] American Petroleum Institute. "Determination of the Potential Property Ranges of Mid-Level Ethanol Blends, FINAL REPORT." April 23, 2010. Retrieved from: http://www.api.org/~/media/Files/Policy/Fuels-and-Renewables/2016-Oct-RFS/The-Truth-About-E15/E10-Blending-Study-Final-Report.pdf. (Accessed March 10, 2018).



**Figure 1.** Volatility Correction for Tier 3 Test Fuel



**Figure 2.** Volatility Correction for LEV III Test Fuel

9

## Appendix E - Net Heat of Combustion and Carbon Weight Fraction Background

Oxygenated fuels

In 1993, a revision to ASTM D3338 to enable the method to be used for oxygenated fuels was published as part of the Auto/Oil test program.[92] This revision corrected the density, aromatics and sulfur content and was used to calculate the net heating values of a variety of oxygenates. The authors used calculated values, because experimentally measured values showed too much variation.[93]

Oxygenated fuels containing MTBE

In the early 1990s, the California Air Resources Board (CARB) introduced Phase II test fuel, which contained Methyl tert-Butyl Ether (MTBE). As EPA recognized in Guidance Letter CD-94-16, the methods contained in 40 CFR Part 600.113 are not applicable to Phase II test fuel and other oxygenated fuels. The following year, the EPA issued Guidance Letter CD-95-09, which provided revised NHV and CWF calculations based on ASTM D3338 and D3343 for MTBE containing fuels. This method used a corrected specific gravity and the properties of MTBE to give more accurate estimations of NHV and CWF for MTBE containing fuels, while still using the methods described in ASTM test methods D3338 and D3343.

Oxygenated fuels containing ethanol

As part of subsequent rulemaking, CARB (LEV III) and EPA (Tier 3), test fuels have been reformulated to contain approximately 10 percent by volume of ethanol. The presence of ethanol requires that test methods D3338 and D3343 be modified or replaced. In 1986, EPA considered replacing D3338 with D240 and concluded that "an offset could exist between the proposed procedure for measuring the NHV (ASTM D240) and the procedure which was used to establish the reference NHV (ASTM D3338)."[94] In addition, EPA recognized that "this procedure [D3338] is likely to be less expensive than ASTM D240"[95]. While, D3338 could be replaced by D240 or the similar D4809,[96] the original concerns about expense and precision remain.

The CWF method, D3343 could be replaced by a variety of methods. Previously, EPA has considered ASTM D2789[97] and ASTM E191[98]. EPA concluded that ASTM D3343 had a "greater

---

[92] A. Hochhauser et al. "Fuel Composition Effects on Automotive Fuel Economy – Auto/Oil Air Quality improvement Research Program" SAE Paper No. 930138, March 1993.

[93] A. Hochhauser, private communication. March, 2018.

[94] Federal Register: 51 Fed. Reg. 37701. October 24, 1986. pg. 37849. Retrieved from the Library of Congress, https://www.loc.gov/item/fr051206/ (Accessed March 26, 2018).

[95] Ibid.

[96] ASTM International. "ASTM D4809, Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method)." Retrieved from: https://www.astm.org/Standards/D4809.htm (Accessed on March 26, 2018).

[97] ASTM International. "ASTM D2789, Standard Test Method for Hydrocarbon Types in Low Olefinic Gasoline by Mass Spectrometry." Retrieved from: https://www.astm.org/Standards/D2789.htm (Accessed on March 26, 2018).

[98] ASTM International. "E191, Standard Specification for Apparatus for Microdetermination of Carbon and Hydrogen in Organic and Organo-Metallic Compounds." Retrieved from: https://www.astm.org/Standards/E191.htm (Accessed on March 26, 2018).

precision than D2789 and the results using ASTM D3343 exhibited a lower standard deviation and lower coefficient of variation than results using ASTM E191 or ASTM D2789. Therefore, EPA finds ASTM D3343 to be the preferable method. Additionally, this procedure is the least costly of the three procedures."[99] A review of the scope of test method D2789 reveals that "it has not been determined whether this test method is applicable to gasoline containing oxygenated compounds (for example, alcohols and ethers)." A newer test method can also be considered, this is ASTM D5291.[100] However, a review of its scope finds that "[t]hese test methods are not recommended for the analysis of volatile materials such as gasoline, gasoline-oxygenate blends, or gasoline type aviation turbine fuels." All twelve of the test materials in the most recent Inter-Laboratory Study were lubricants or lubricant additives and none were fuels.[101]

Returning to the estimation procedures identified in the CFR, as demonstrated in SAE 930138[102], components of these estimations (aromatic and sulfur contents, average of T10, T50, and T90 values, and density) can be corrected for the presence of oxygenates if the oxygenate type and quantity is known. This will enable the base gasoline properties to be determined. Using the oxygenate content and its properties, the blend properties are determined.

---

[99] Federal Register: 51 Fed. Reg. 37701. October 24, 1986. pg. 37849. Retrieved from the Library of Congress, https://www.loc.gov/item/fr051206/ (Accessed March 26, 2018.).

[100] ASTM International. "D5291, Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Petroleum Products and Lubricants." Retrieved from: https://www.astm.org/Standards/D5291.htm (Accessed March 26, 2018).

[101] Based on communication with the study coordinator, Henry Xiao. March, 2018.

[102] A. Hochhauser et al. "Fuel Composition Effects on Automotive Fuel Economy – Auto/Oil Air Quality improvement Research Program" SAE Paper No. 930138, March 1993.

**Appendix F - Inconsistent Units**

EPA proposes in (iii) "Net heat of combustion (MJ/kg)" that everything in the paragraph should be in MJ/kg. However, the subsections within (iii) mix uses of Mg/kg and BTU/lb and inconsistently applies use of rounding convention. For instance:

- Units in (iii)(A), which applies to NHV used in the E0 mpg equation in §600.113-12(h), **<u>must be in BTU/lb</u>** to be compatible with that equation (i.e., the current equation with R = 0.6). The two large consolidated constants in that equation have a 1975 base NHV of 18507 BTU/lb embedded within them. If EPA choses to maintain the proposal to use MJ/kg, then paragraph (iii)(A) will need to be revised to correct for and add units in MJ/kg. Auto Innovators, however, recommends that EPA alter paragraph (iii) to be in BTU/lb. **If using BTU/lb, no change or correction will be needed to (iii)(A)**.
- (iii)(B) contains the instruction to round NHC to the nearest whole number. This is inconsistent with the current intent for all of (iii) to be based on MJ/kg. Rather, it should be changed to "round to 3 decimal places" if MJ/kg is retained. **But it will be correct and will not require a change if (iii) is changed so that everything is in BTU/lb**.
- NHC for ethanol (NHC$_e$) is currently specified as 11,530 BTU/lb, which is inconsistent with the current "all MJ/kg" aspect of (iii). **But it will become correct if (iii) is changed so that everything is in BTU/lb.** Otherwise it must be converted to MJ/kg to align with EPA's proposed section (iii).

Paragraph §600.113-12(o) currently specifies all NHC values in MJ/kg, and it specifies that rounding should be to three decimal places. We request that EPA address these inconsistencies. Auto Innovators therefore recommends that EPA replace all NHC values in MJ/kg with values expressed in BTU/lb and rounded to the nearest whole number. For instance:

- NHC for the net heat of combustion of the 1975 base fuel is currently specified as 43.047 MJ/kg, which is correctly rounded to three decimal places. If the change to BTU/lb is made, then the value should be 18507 BTU/lb and should be expressed as rounded to the <u>nearest whole number</u>. 18507 BTU/lb is the historical 1975 NHV value that EPA would have started out with in the first place before making the conversion to MJ/kg.
- NHC$_{testfuel}$ is net heat of combustion of test fuel obtained from the computations in (f)(1) "<u>expressed to three decimal places</u>." If (f)(1)(iii) is changed to BTU/lb for everything, then this value used in paragraph (o) would need to be changed to "expressed as the nearest whole number."

If the change is made to BTU/lb for all uses of NHC, the fewest changes are needed to the regulation to resolve inconsistency of both units and round requirements. These changes are in the markup shown below.

§600.113-12(f)(1) Gasoline test fuel properties shall be determined by analysis of a fuel sample taken from the fuel supply.

(iii) Net heat of combustion (~~MJ/kg~~ BTU/lb).

§600.113-12(o)(1) For testing with E10, calculate fuel economy in miles per gallon using the following equation, rounded to the nearest 0.1 miles per gallon:

$NHC_{basefuel}$ = net heat of combustion of the 1975 base fuel. Use $NHC_{basefuel}$ = ~~43.047 MJ/kg.~~ 18,507 BTU/lb.

$NHC_{testfuel}$ definition language will need to be revised so that it says: "express as nearest whole number" rather than current language that says: "expressed to three decimal places."

**Appendix G - Fuel Economy Testing & R-factor**

In 1975 fuel economy testing originated using the FTP-75 procedure and a pure hydrocarbon certification fuel with a specific gravity of 0.739 and a carbon weight fraction of 0.866. Under Title 49, Subtitle VI, Part C, Chapter 329, Section 32904 (c) of the Energy Policy and Conservation Act (EPCA) and the provisions of 40 CFR 600.512-12(f), EPA is required to provide average fuel economy adjustments for test procedure changes that would cause a vehicle to achieve fuel economy results that would differ from results that would be achieved under the 1975 test procedure. Over time the certification fuel has changed and EPA changed the equation to account for changes in fuel density and carbon content.

Examples of this are EPA's proposal for certification with California Phase II gasoline (CD-94-16) or the EPA equations for E85 or M85. These corrections ensure that an accurate calculation of the physical miles per gallon of each fuel is derived; this is useful for window stickers that tell the customer the expected fuel economy of the vehicle. However, they do not address the requirement to normalize the fuel back to the 1975 certification fuel to ensure that test stringency has not changed.

For alternative fuels this is not an issue because the certification fuel economy calculation is defined in statute and uses the petroleum displacement factor to ensure that there is no penalty for certifying on an alternative fuel. However, for gasoline the requirement to normalize the fuel back to the 1975 fuel remains.

In 1976, EPA considered the question of correcting fuel economy for fuel properties.[103] This report starts with a discussion of the effects of gasoline density on fuel economy. In that era of straight hydrocarbon fuels density was a good estimation of fuel heating value. The report recommends that "Thus, for accurate evaluations or comparisons of fuel economy, the mpg using gasoline of a fixed density. Alternatively, the mpg should be corrected for density, to refer all results to those of a fixed density of gasoline. In other words, the reported values of fuel economy should be:

$mpg_o$ = mpg x Correction Factor

Where correction factor = $\frac{(\rho_o * HV_o)}{(\rho \ * HV)}$

$\rho$ is the density of the fuel

HV is the heating value per unit mass

In 1984, EPA considered the question again and came to essentially the same conclusion where the measured fuel economy is adjusted using a ratio of the energy contents of the reference and actual test fuels.[104]

---

[103] Impact of Gasoline Characteristics on Fuel Economy and its Measurements, 76-10 JLB.
[104] Corrections for Variations in Test Fuel Properties, EPA-AA-SDSB-84-3.

$$MPG_r = MPG_m \left(\frac{L_r C_a}{L_a C_r}\right)$$

Where    $L_a$ = mass specific lower heating value of the test fuel

$C_a$ = carbon weight fraction of the test fuel

$L_r$ = mass specific lower heating value of the reference fuel

$C_r$ = carbon weight fraction of the reference fuel

These equations assume that "… the fuel delivery to the engine will be adjusted to account for the energy content. This will occur automatically with some closed loop fuel control systems and manually through calibration adjustments in other instances. This will be required either to maintain vehicle driveability or to maintaining acceptable HC and CO emissions."

After the formula was specified for calculating the carbon balance fuel economy, the important specific gravity and carbon weight fraction characteristics of the test fuel began to rise resulting in an increase in the volumetric energy content of the certification fuel.

Correcting the fuel economy to compensate for the increase in fuel energy content should be straightforward except that the vehicles of the time we not able to fully compensate for the fuel energy content. The result was that a correction parameter, R, was introduced. "The parameter R may be considered as the efficiency with which the vehicle engine adapts to fuel variations."[105]

There were many estimates of R from a variety of sources. These range from less than zero to more than 1 with lower estimates being associated with carbureted engines with essentially no control system and higher values associate with more sophisticated closed loop control vehicles. In the end EPA agreed with GM, Ford and the MVMA and used a factor of 0.6. More recently, EPA reaffirmed the 0.6 R-factor while acknowledging that "Data indicate that this [corrected] mpg value is partially corrected for the difference in fuel properties between phase 2 test fuel and the 1975 EPA test fuel.[106] In this same June 1, 1995 Dear Manufacturer letter EPA states: "We intend to revisit the issue later this year, at which time we intent to evaluate the appropriateness of the 1.03 HC factor; the ASTM procedures used to determine the fuel properties (including methods to allow direct measurement of the net heating value of and the carbon weight percent for oxygenated fuel); and the use of the 0.6 R-factor."

---

[105] Corrections for Variations in Test Fuel Properties, EPA-AA-SDSB-84-3.
[106] Dear Manufacturer Letter CD-95-09.

# Tab 12

Brian West
Knoxville, TN
August 13, 2020

**EPA Docket ID EPA–HQ–OAR–2016-0604**

I am writing to provide comments on the proposed Vehicle Test Procedure Adjustments for Tier 3 Certification Test Fuel.

I worked over 30 years as an automotive engineer at Oak Ridge National Laboratory (ORNL), retiring in December 2019.

While at ORNL I supported a wide range of Department of Energy (DOE) programs researching advanced fuels, engines, combustion, emissions controls, and vehicles. Efforts at ORNL that are most notable to EPA would include our work on Lean NOx traps and other advanced diesel aftertreatment systems that EPA cited in the ultra-low sulfur diesel rule[1], and our more recent work on the DOE Mid-Level Ethanol Blends program (MLEB, also known as Intermediate Ethanol Blends) that EPA cited in the approval of the E15 waiver in 2010[2] and 2011[3]. EPA used information from the MLEB program again in the final Tier 3 rule in 2014[4], permitting manufacturers to use the NMOG determination[5] developed during the MLEB Catalyst Aging Program[6] in certification. Data from this unprecedented DOE program led to additional important publications that will be referenced later in this letter.

**$CO_2$ adjustment**

I am opposed to EPA adding unmeasured tailpipe $CO_2$ to compensate for the lower carbon content of the new Tier 3 E10 certification fuel. This is bad policy and sets a bad precedent. EPA should be encouraging (not discouraging) the use of low-carbon, domestic, renewable fuels that can help the nation comply with the Energy Independence and Security Act of 2007. Future certification fuels have the potential to include E15, E25, blends of isobutanol or other oxygenates such as those investigated in the ~$125M DOE Co-Optimization of Fuels and Engines Program (Co-Optima)[7], a research program that EPA has advised since its inception.

---

[1] *Federal Register*, Vol. 66(12), Thursday, January 18, 2001, Rules and Regulations

[2] *Federal Register*, Vol. 75(213), Thursday, November 4, 2010, Notices

[3] *Federal Register*, Vol. 76(17), Wednesday, January 26, 2011, Notices

[4] *Federal Register*, Vol. 79(81), Monday, April 28, 2014, Rules and Regulations

[5] Sluder, C. Scott, and Brian H. West, *NMOG Emissions Characterizations and Estimation for Vehicles Using Ethanol-Blended Fuels*, ORNL/TM-2011/461, October 2011, available at
https://info.ornl.gov/sites/publications/Files/Pub33272.pdf

[6] West, Brian H., Scott Sluder, Keith Knoll, John Orban, Jingyu Feng, *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012, available at
http://info.ornl.gov/sites/publications/Files/Pub31271.pdf

[7] Wagner, R.M., D. Gaspar, P. Bryan, and R. McCormick, *Co-Optimization of Fuels and Engines FY19 Year In Review*, US Department of Energy, DOE/EE-2055, June 2020, available at:
https://www.energy.gov/sites/prod/files/2020/06/f75/beto-co-optima-fy19-yir-report-june-2020.pdf

EPA should not be adding complexity to the certification process by adjusting measured tailpipe emissions for different certification fuels. EPA has the authority to set the tailpipe $CO_2$ standard and should not seek to increase or maintain stringency by altering the test procedures.

**R Factor**

ORNL published a report in 2013 showing that R Factor from the MLEB vehicles tested with E0, E10, E15, and E20 averaged 0.96±0.04[8]. A year later additional analysis showed an average R of 0.95 for this same test fleet; this analysis was published in an SAE journal paper[9] that was coauthored by EPA. Twenty years earlier, the Auto/Oil Air Quality Improvement Research Program had determined an average R value of 0.93 in a 1993 publication[10]. These studies all point to R being close to 1.0 for modern vehicles, whereas it has remained at 0.6 since its first introduction in the late 1980s.

The automotive industry has been requesting a higher R value for years. In 2013, Ford, GM, The Alliance of Automobile Manufacturers, the International Council on Clean Transportation and others cited the ORNL report[8] in their comments on the Tier 3 rule[11], requesting that EPA set the R factor to 1.0 (or 0.96). EPA chose not to adjust the R factor at that time, leaving it at 0.6 and allowing the manufacturers to continue fuel economy certification on Tier 2 E0 fuel, but requiring a phase-in of the Tier 3 E10 for emissions certification. This added test burden has no doubt cost the manufacturers millions of dollars during this period of indecision.

The current proposal's value of 0.81 is too low. The dataset upon which EPA has determined this 0.81 value is too small for such an important rule; as noted, prior studies based on ~1000 tests have shown that R is close to 1.0. An R value of 0.95 or 1.0 would incentivize the manufacturers to move to the new Tier 3 E10 fuel, or to seek out higher renewable content certification fuels. The lower R value unnecessarily penalizes the manufacturers. In addition, the experimentally determined R factor is more than a simple adjustment for heating value, being influenced by a vehicle's response to many other fuel properties. A recent SAE journal paper has analytically shown that it is virtually impossible to determine a single appropriate fleetwide value of R, given that it is different for every engine load, it will vary throughout the test cycle and will be different for every fuel and every vehicle[12].

---

[8] C. Scott Sluder and Brian H. West, *Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy*, ORNL/TM-2013/198, Oak Ridge National Laboratory, June 2013, available at https://info.ornl.gov/sites/publications/files/Pub42819.pdf

[9] Sluder, C., West, B., Butler, A., Mitcham, A. et al., "Determination of the R Factor for Fuel Economy Calculations Using Ethanol-Blended Fuels over Two Test Cycles," *SAE Int. J. Fuels Lubr.* 7(2):551-562, 2014, https://doi.org/10.4271/2014-01-1572

[10]Albert Hochhauser et al., "Fuel Composition Effects on Automotive Fuel Economy—Auto/Oil Air Quality Improvement Research Program," SAE paper 930138, SAE International, Warrendale, Pennsylvania, March 1993

[11] https://www.regulations.gov/docket?D=EPA-HQ-OAR-2011-0135

[12] Sluder, C., "Analytical Examination of the Relationship between Fuel Properties, Engine Efficiency, and R Factor Values," *SAE Int. J. Adv. & Curr. Prac. in Mobility* 1(2):706-716, 2019, https://doi.org/10.4271/2019-01-0309

I am writing to propose R=1.0, or to suggest that EPA simply use miles per gallon gasoline equivalent (MPGge) to tie fuel economy results back to 1970s era certification gasoline. MPGge is a simple volumetric energy content adjustment. This simple energy conversion has been used for decades when comparing fuel economy for alternative fuels like propane, natural gas, hydrogen, M85, E85, and electricity. Recent ORNL research used MPGge in a demonstration project highlighting the efficiency and GHG improvements feasible in a vehicle with a turbocharged, direct-injection engine with increased compression ratio and fueled with a high-octane E25 fuel[13]. Adding ethanol to gasoline changes octane rating, vapor pressure, energy density, flame speed, carbon weight fraction, stoichiometric air:fuel ratio, density, etc. Using MPGge permits straightforward comparison of *energy use* over the drive cycle (similar to miles per BTU).

After completing the unprecedented ~$45M DOE MLEB program that EPA monitored closely and cited heavily in the E15 waiver approvals[14,15], DOE initiated high octane ethanol blend studies to explore the fuel economy and GHG benefits of the octane boost provided by ethanol[16] and has since expended ~3 times that amount researching other advanced fuels and engine technologies in the ongoing Co-Optima program[17]. In addition, the Bioenergy Technologies Office has expended hundreds of millions of dollars over the years exploring and developing approaches to produce renewable fuels[18,19]. If EPA finalizes the rule as proposed, then advanced fuel efforts such as these will all have been in vain. While production and sales of electric vehicles are expected to grow over the years, many experts agree that liquid fuels will continue to play a major role in our nation's transportation energy use for decades. As such, it is imperative that EPA set policies that do not *discourage* the use of domestically produced renewable fuels, and better yet *encourage* the use of renewable fuels.

History shows us that when EPA sends signals to the manufacturers, they respond. After approval of the E15 waiver, GM listed E15 as an allowable fuel in their vehicles' owner's manuals in 2012. Ford, Toyota, Honda and other manufacturers followed suit in subsequent model years. Today E15 is offered around the country and growing. Please set policies that encourage the use of renewable fuels.

---

[13] West, Brian H., Huff, Shean P., Moore, Larry G., DeBusk, Melanie Moses, and Sluder, Scott. *Effects Of High-Octane E25 On Two Vehicles Equipped With Turbocharged, Direct-Injection Engines*. ORNL/TM-2018/814, available at https://info.ornl.gov/sites/publications/Files/Pub109556.pdf.

[14] *Federal Register*, Vol. 75(213), Thursday, November 4, 2010, Notices

[15] *Federal Register*, Vol. 76(17), Wednesday, January 26, 2011, Notices

[16] Theiss, Timothy J., et al, *Summary of High-Octane Mid-Level Ethanol Blends Study*. ORNL/TM-2016/42, 2016, available at https://info.ornl.gov/sites/publications/Files/Pub61169.pdf

[17] Wagner, R.M., D. Gaspar, P. Bryan, and R. McCormick, *Co-Optimization of Fuels and Engines FY19 Year In Review*, US Department of Energy, DOE/EE-2055, June 2020, available at:
https://www.energy.gov/sites/prod/files/2020/06/f75/beto-co-optima-fy19-yir-report-june-2020.pdf

[18] https://bioenergykdf.net/

[19] https://www.energy.gov/eere/bioenergy

## Summary

By certifying vehicles using actual measured $CO_2$, EPA eliminates the need for future adjustments when new fuels or vehicle technologies are introduced, while encouraging the manufacturers to embrace all potential lower carbon fuels. Manufacturers may choose to request additional certification fuels such as high-octane ethanol blends (E25 or E30), which would create a capable fleet that could be exploited for significant efficiency improvements and $CO_2$ reductions in certification and in use, increasing renewable fuel utilization and lowering life cycle GHG and petroleum use.

Setting the R factor to a value of 1.0 or adopting MPGge will eliminate complexity, it is better supported by large test programs that EPA and DOE jointly executed, and it will not deter manufacturers from looking forward to lower carbon fuels in the future.

Thank you for the opportunity to provide comments on this proposed rule.

Sincerely,

Brian West
Knoxville, TN

# Tab 13


# Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy

**June 2013**

**Prepared by**

**C. Scott Sluder**
**Brian H. West**



**DOCUMENT AVAILABILITY**

Reports produced after January 1, 1996, are generally available free via the U.S. Department of Energy (DOE) Information Bridge.

*Web site* http://www.osti.gov/bridge

Reports produced before January 1, 1996, may be purchased by members of the public from the following source.

National Technical Information Service
5285 Port Royal Road
Springfield, VA 22161
*Telephone* 703-605-6000 (1-800-553-6847)
*TDD* 703-487-4639
*Fax* 703-605-6900
*E-mail* info@ntis.gov
*Web site* http://www.ntis.gov/support/ordernowabout.htm

Reports are available to DOE employees, DOE contractors, Energy Technology Data Exchange (ETDE) representatives, and International Nuclear Information System (INIS) representatives from the following source.

Office of Scientific and Technical Information
P.O. Box 62
Oak Ridge, TN 37831
*Telephone* 865-576-8401
*Fax* 865-576-5728
*E-mail* reports@osti.gov
*Web site* http://www.osti.gov/contact.html

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.

ORNL/TM-2012/198

# PRELIMINARY EXAMINATION OF ETHANOL FUEL EFFECTS ON EPA'S R-FACTOR FOR VEHICLE FUEL ECONOMY

C. Scott Sluder
Brian H. West

Oak Ridge National Laboratory

Date Published: June 2013

Prepared by
OAK RIDGE NATIONAL LABORATORY
Oak Ridge, Tennessee 37831-6283
managed by
UT-BATTELLE, LLC
for the
U.S. DEPARTMENT OF ENERGY
under contract DE-AC05-00OR22725

# CONTENTS

Page

ACKNOWLEDGMENTS ..................................................................................................... v

EXECUTIVE SUMMARY ................................................................................................ vii

1. BACKGROUND ............................................................................................................. 1

2. APPROACH .................................................................................................................... 3

   2.1 VEHICLE SELECTION ........................................................................................... 3

   2.2 VEHICLE AGING AND TEST PROTOCOL ........................................................ 4

      2.2.1 Aging Fuels ................................................................................................... 4

      2.2.2 Emissions Test Fuels .................................................................................... 4

      2.2.3 Adjustment of Carbon Weight Fraction for Some Fuels ............................. 5

      2.2.4 Adjustment of Fuel Heating Values for Some Fuels ................................... 6

   2.3 R-FACTOR ANALYSIS APPROACH ..................................................................... 8

      2.3.1 R Factor Definition ....................................................................................... 8

      2.3.2 R Factor Determination ................................................................................ 8

3. RESULTS ........................................................................................................................ 9

   3.1 R FACTOR VALUES ............................................................................................... 9

      3.1.1 Vehicle-Specific R Factors .......................................................................... 9

      3.1.2 Average R Factor Values for Fleets ............................................................. 9

4. CONCLUSIONS ........................................................................................................... 12

APPENDIX A. BIBLIOGRAPHY OF INTERMEDIATE ETHANOL BLENDS STUDIES ......... 13

**ACKNOWLEDGMENTS**

This report and the work described were sponsored by the U.S. Department of Energy (DOE) Office of Energy Efficiency and Renewable Energy (EERE) Vehicle Technologies Office. The authors gratefully acknowledge the support and direction of Kevin Stork and Steve Przesmitzki at DOE. This work has also benefited from input and direction from members of the Alliance of Automobile Manufacturers and the Coordinating Research Council.  The authors are also indebted to the personnel of the Southwest Research Institute, and Transportation Research Center, in particular Marty Heimrich, Brent Shoffner, Karrie Honchell, and Walt Dudek, for their efforts in data collection during the DOE Intermediate Ethanol Blends Program.

The authors are grateful to many technical experts in industry and government. While these professionals provided valuable guidance and information as noted above, this consultation does not constitute endorsement by their organizations of either the study or the results.

# EXECUTIVE SUMMARY

The U.S. Department of Energy (DOE) supported a test program from 2007 through 2012 to evaluate the potential impacts of intermediate ethanol blends (also known as mid-level blends) on legacy vehicles and other engines. The purpose of the program was to assess the viability of using intermediate ethanol blends as a contributor to meeting national goals for the use of renewable fuels. Appendix A lists a bibliography of related studies. The catalyst durability program involved aging and emissions testing vehicles on a range of ethanol blends. The study was completed in 2011 and a final report issued shortly after.[*]

This report describes a preliminary analysis of the fuel economy data from the catalyst durability study, to determine the proper value for the R factor which is called out in the Code of Federal Regulations (CFR) for computing vehicle fuel economy on the certification cycle. The fuel economy equation that is specified in CFR for gasoline-fuelled vehicles is based on a carbon mass balance (CMB) approach to determine the amount of fuel consumed during the test by measuring the carbon-bearing emissions that are produced; however, it also incorporates a scaling factor (R factor) based on the net heating value of the fuel and the sensitivity of fuel economy to changes in the heating value.[†,‡] The impact of the R factor is a fixed ratio in the resultant fuel economy that is dependent upon fuel properties other than those required for a typical CMB calculation. This equation was put in place in 1988 to correct for differences between certification fuels to address corporate average fuel economy (CAFE) credit issues associated with fuel property variations. The algorithm adjusts the calculated fuel economy to compute what would have been measured had the 1975 certification fuel been used for the test. The R factor was defined as the sensitivity of the fuel economy result to changes in fuel energy content. When R equals 1.0, the fuel economy change exactly tracks the energy density difference between the fuels. If R is less than 1.0, the fuel economy change is smaller than the change in energy density. The R factor was defined to be 0.6 based on tests using 1980s vehicles. Since that time, the Auto/Oil test program has established that the R factor for 1990s vehicles is higher (about 0.93).[§] More recently EPA analyzed the EPAct/V2/E-89 dataset[**] to compute the R factor, resulting in an average of 0.82 to 0.86.[††] It is important to note that the EPAct/V2/E89 test program used the LA92 test cycle, a cycle known to contain more aggressive accelerations than the FTP.[‡‡]

To date, EPA has only required emissions and fuel economy testing of gasoline vehicles with a certification fuel that does not contain ethanol. However in 2013 EPA issued a Proposed Rule seeking comment on the establishment of an emissions certification fuel containing ethanol, such as E10 or E15.[§§] Calculating modern vehicle fuel economy with the existing CFR equation with an R factor of 0.6 when ethanol blends are used produces significant errors. For the catalyst durability program, a straightforward

---

[*] West, Brian H., Scott Sluder, Keith Knoll, John Orban, Jingyu Feng, *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012, available at http://info.ornl.gov/sites/publications/Files/Pub31271.pdf

[†] *Federal Register* Vol. 51(206), Friday, October 24, 1986, pp. 37844–37852.

[‡] 40 CFR Pt. 600.

[§] Albert Hochhauser et al., "Fuel Composition Effects on Automotive Fuel Economy—Auto/Oil Air Quality Improvement Research Program," SAE paper 930138, SAE International, Warrendale, Pennsylvania, March 1993.

[**] "EPAct/V2/E-89: Assessing the Effect of Five Gasoline Properties on Exhaust Emissions from Light-Duty Vehicles Certified to Tier 2 Standards, Final Report on Program Design and Data Collection", Report Number EPA-420-R-13-004, March 2013

[††] Aron Butler, David Good, Arvin Mitcham, "Analysis of the Effects of Changing Fuel Properties on the EPA Fuel Economy Equation and R-Factor," Memorandum to Tier 3 Docket #EPA-HQ-OAR-2011-0135, available at http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2011-0135-0604

[‡‡] Keith Knoll, Brian West, Wendy Clark, Ronald Graves, John Orban, Steve Przesmitzki, Timothy Theiss, *Effects of Intermediate Ethanol Blends on Legacy Vehicles and Small Non-Road Engines, Report 1—Updated*, NREL/TP-540-43543, ORNL/TM-2008/117, February 2009, available at http://info.ornl.gov/sites/publications/Files/Pub12154.pdf

[§§] *Federal Register* Vol. 78 (98), Tuesday, May 21, 2013

CMB approach was used to compute fuel economy, thereby allowing a straightforward evaluation of the impact of ethanol content on fuel economy. However, if an ethanol-containing fuel is to become the new certification fuel for light-duty vehicles, consistent application of the CFR equation needs to be considered for the benefit of manufacturers' CAFE compliance.

Analysis of city cycle Federal Test Procedure (FTP) fuel economy test results and fuel analyses from the catalyst durability study indicates that the average R-factor for modern vehicles is very close to unity at about $0.94\pm0.04$. This result is very similar to the results of the 1993 Auto/Oil test program.[*] Future work should examine other drive cycles, and advanced vehicle technologies which may reveal sensitivities to properties other than heating value.

---

[*] Albert Hochhauser et al., SAE paper 930138, March 1993.

# 1.  BACKGROUND

The Energy Independence and Security Act of 2007[*] requires significant increases in the nation's use of renewable fuels to meet its transportation energy needs. The law established a renewable fuel standard that requires the nation to use 36 billion gallons of renewable fuel per year in its vehicles by 2022. Given that ethanol is the most widely used renewable fuel in the United States and production is expected to continue to grow over the next several years, ethanol will likely make up a significant portion of the renewable fuels required by the standard. Most of the ethanol used in the United States is blended with gasoline to create E10—gasoline with up to 10% ethanol. In 2010 and 2011 the EPA approved the use of E15 in 2001 and newer light-duty vehicles[†,‡] citing a number of studies, including the DOE catalyst durability study.[§]  (Appendix A lists a full bibliography of related intermediate ethanol blend studies.)

During the normal course of the catalyst durability study, vehicles were periodically tested for emissions and fuel economy on the light-duty Federal Test Procedure, or FTP-75.[**]  As such, a large number of fuel economy test results are available for a range of fuels for analysis.  Details on vehicle selection, test protocol, and fuels used can be found in the catalyst durability study final report.

This report describes a preliminary analysis of the fuel economy data from the catalyst durability study, to determine the proper value for the R factor which is called out in the Code of Federal Regulations (CFR) for computing vehicle fuel economy on the certification cycle. The fuel economy equation that is specified in CFR for gasoline-fuelled vehicles is based on a carbon mass balance (CMB) approach to determine the amount of fuel consumed during the test by measuring the carbon-bearing emissions that are produced; however, it also incorporates a scaling factor (R factor) based on the net heating value of the fuel and the sensitivity of fuel economy to changes in the heating value.[††,‡‡] The impact of the R factor is a fixed ratio in the resultant fuel economy that is dependent upon fuel properties other than those required for a typical CMB calculation. This equation was put in place in 1988 to correct for differences between certification fuels to address corporate average fuel economy (CAFE) credit issues associated with fuel property variations.  The algorithm adjusts the calculated fuel economy to compute what would have been measured had the 1975 certification fuel been used for the test.  The R factor was defined to be 0.6 based on tests using 1980s vehicles.  Since that time, the Auto/Oil test program has established that the R factor for 1990s vehicles is higher (about 0.93).[§§] More recently EPA analyzed the EPAct/V2/E-89 dataset[***] to compute the R factor, resulting in an average of 0.82 to 0.86.[†††]  It is important to note that

---

[*] H.R. 6 (110th): Energy Independece and Security Act of 2007, 12/19/2007, available at: http://www.govtrack.us/congress/bills/110/hr6/text

[†] *Federal Register,* Vol. 75(213), Thursday, November 4, 2010, Notices.

[‡] *Federal Register,* Vol. 76(17), Wednesday, January 26, 2011, Notices.

[§] West, Brian H., Scott Sluder, Keith Knoll, John Orban, Jingyu Feng, *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012, available at http://info.ornl.gov/sites/publications/Files/Pub31271.pdf

[**] The FTP-75 is the basis of light duty vehicle "city" fuel economy.  See http://www.epa.gov/nvfel/testing/dynamometer.htm

[††] *Federal Register* Vol. 51(206), Friday, October 24, 1986, pp. 37844–37852.

[‡‡] 40 CFR Pt. 600.

[§§] Albert Hochhauser et al., "Fuel Composition Effects on Automotive Fuel Economy—Auto/Oil Air Quality Improvement Research Program," SAE paper 930138, SAE International, Warrendale, Pennsylvania, March 1993.

[***] "EPAct/V2/E-89: Assessing the Effect of Five Gasoline Properties on Exhaust Emissions from Light-Duty Vehicles Certified to Tier 2 Standards, Final Report on Program Design and Data Collection", Report Number EPA-420-R-13-004, March 2013

[†††] Aron Butler, David Good, Arvin Mitcham, "Analysis of the Effects of Changing Fuel Properties on the EPA Fuel Economy Equation and R-Factor," Memorandum to Tier 3 Docket #EPA-H!-OAR-2011-0135, available at http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2011-0135-0604

1

JA291

# 1.  BACKGROUND

The Energy Independence and Security Act of 2007[*] requires significant increases in the nation's use of renewable fuels to meet its transportation energy needs. The law established a renewable fuel standard that requires the nation to use 36 billion gallons of renewable fuel per year in its vehicles by 2022. Given that ethanol is the most widely used renewable fuel in the United States and production is expected to continue to grow over the next several years, ethanol will likely make up a significant portion of the renewable fuels required by the standard. Most of the ethanol used in the United States is blended with gasoline to create E10—gasoline with up to 10% ethanol. In 2010 and 2011 the EPA approved the use of E15 in 2001 and newer light-duty vehicles[†,‡] citing a number of studies, including the DOE catalyst durability study.[§]  (Appendix A lists a full bibliography of related intermediate ethanol blend studies.)

During the normal course of the catalyst durability study, vehicles were periodically tested for emissions and fuel economy on the light-duty Federal Test Procedure, or FTP-75.[**]  As such, a large number of fuel economy test results are available for a range of fuels for analysis.  Details on vehicle selection, test protocol, and fuels used can be found in the catalyst durability study final report.

This report describes a preliminary analysis of the fuel economy data from the catalyst durability study, to determine the proper value for the R factor which is called out in the Code of Federal Regulations (CFR) for computing vehicle fuel economy on the certification cycle. The fuel economy equation that is specified in CFR for gasoline-fuelled vehicles is based on a carbon mass balance (CMB) approach to determine the amount of fuel consumed during the test by measuring the carbon-bearing emissions that are produced; however, it also incorporates a scaling factor (R factor) based on the net heating value of the fuel and the sensitivity of fuel economy to changes in the heating value.[††,‡‡] The impact of the R factor is a fixed ratio in the resultant fuel economy that is dependent upon fuel properties other than those required for a typical CMB calculation. This equation was put in place in 1988 to correct for differences between certification fuels to address corporate average fuel economy (CAFE) credit issues associated with fuel property variations.  The algorithm adjusts the calculated fuel economy to compute what would have been measured had the 1975 certification fuel been used for the test.  The R factor was defined to be 0.6 based on tests using 1980s vehicles.  Since that time, the Auto/Oil test program has established that the R factor for 1990s vehicles is higher (about 0.93).[§§] More recently EPA analyzed the EPAct/V2/E-89 dataset[***] to compute the R factor, resulting in an average of 0.82 to 0.86.[†††]  It is important to note that

---

[*] H.R. 6 (110th): Energy Independece and Security Act of 2007, 12/19/2007, available at: http://www.govtrack.us/congress/bills/110/hr6/text

[†] *Federal Register,* Vol. 75(213), Thursday, November 4, 2010, Notices.

[‡] *Federal Register,* Vol. 76(17), Wednesday, January 26, 2011, Notices.

[§] West, Brian H., Scott Sluder, Keith Knoll, John Orban, Jingyu Feng, *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012, available at http://info.ornl.gov/sites/publications/Files/Pub31271.pdf

[**] The FTP-75 is the basis of light duty vehicle "city" fuel economy.  See http://www.epa.gov/nvfel/testing/dynamometer.htm

[††] *Federal Register* Vol. 51(206), Friday, October 24, 1986, pp. 37844–37852.

[‡‡] 40 CFR Pt. 600.

[§§] Albert Hochhauser et al., "Fuel Composition Effects on Automotive Fuel Economy—Auto/Oil Air Quality Improvement Research Program," SAE paper 930138, SAE International, Warrendale, Pennsylvania, March 1993.

[***] "EPAct/V2/E-89: Assessing the Effect of Five Gasoline Properties on Exhaust Emissions from Light-Duty Vehicles Certified to Tier 2 Standards, Final Report on Program Design and Data Collection", Report Number EPA-420-R-13-004, March 2013

[†††] Aron Butler, David Good, Arvin Mitcham, "Analysis of the Effects of Changing Fuel Properties on the EPA Fuel Economy Equation and R-Factor," Memorandum to Tier 3 Docket #EPA-H!-OAR-2011-0135, available at http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2011-0135-0604

the EPAct/V2/E89 test program used the LA92 test cycle, a cycle known to contain more aggressive accelerations than the FTP.[*]

Calculating modern vehicle fuel economy with the existing CFR equation with an R factor of 0.6 when ethanol blends are used produces significant errors. For the catalyst durability program, a straightforward CMB approach was used to compute fuel economy, thereby allowing a straightforward evaluation of the impact of ethanol content on fuel economy. However, if an ethanol-containing fuel is to become the new certification fuel for light-duty vehicles, consistent application of the CFR equation needs to be considered for the benefit of manufacturers' CAFE compliance. The R factor is defined in more detail in Section 2 of this report.

To date, EPA has only required emissions and fuel economy testing of gasoline-fuelled vehicles with a certification gasoline that does not contain ethanol. However in 2013 EPA issued a Proposed Rule seeking comment on the establishment of an emissions certification fuel containing ethanol, such as E10 or E15.[†] The use of ethanol-containing fuel for certification will likely require changes to the Code of Federal Regulations (CFR), to allow for proper calculation of CAFE fuel economy.

---

[*] Keith Knoll, Brian West, Wendy Clark, Ronald Graves, John Orban, Steve Przesmitzki, Timothy Theiss, *Effects of Intermediate Ethanol Blends on Legacy Vehicles and Small Non-Road Engines, Report 1—Updated*, NREL/TP-540-43543, ORNL/TM-2008/117, February 2009, available at http://info.ornl.gov/sites/publications/Files/Pub12154.pdf

[†] *Federal Register* Vol. 78 (98), Tuesday, May 21, 2013

## 2. APPROACH

### 2.1 VEHICLE SELECTION

Vehicles included in the R factor analysis described herein are shown in Tables 2.1 and 2.2. A total of 14 Tier 2 and 4 Tier 1/NLEV vehicle models were used for this analysis.

**Table 2.1. Tier 2 vehicle models in the R factor analysis**

| Test site | Model year | Vehicle model | Engine family number[a] | Engine displacement (liters) | Engine configuration | Tier 2 emissions standard |
|---|---|---|---|---|---|---|
| Southwest Research Institute | 2007 | Honda Accord | 7HNXV02.4KKC | 2.4 | I4 | Bin 5 |
| | 2006 | Chevrolet Silverado | 6GMXT05.3379 | 5.3 | V8 | Bin 8 |
| | 2008 | Nissan Altima | 8NSXV02.5G5A | 2.5 | I4 | Bin 5 |
| | 2008 | Ford Taurus | 8FMXV03.5VEP | 3.5 | V6 | Bin 5 |
| | 2007 | Dodge Caravan | 7CRXT03.8NEO | 3.8 | V6 | Bin 5 |
| | 2006 | Chevrolet Cobalt | 6GMXV02.4029 | 2.4 | I4 | Bin 5 |
| | 2007 | Dodge Caliber | 7CRXB02.4MES | 2.4 | I4 | Bin 5 |
| Transportation Research Center | 2009 | Jeep Liberty | 9CRXT03.74PO | 3.7 | V6 | Bin 5 |
| | 2009 | Ford Explorer | 9FMXT04.03DC | 4.0 | V6 | Bin 4 |
| | 2009 | Honda Civic | 9HNXV01.8XB9 | 1.8 | I4 | Bin 5 |
| | 2009 | Toyota Corolla | 9TYXV01.8BEA | 1.8 | I4 | Bin 5 |
| | 2005 | Toyota Tundra | 5TYXT04.0NEM | 4.0 | V6 | Bin 5 |
| | 2006 | Chevrolet Impala | 6GMXV03.9048 | 3.9 | V6 | Bin 5 |
| | 2005 | Ford F150 | 5FMXT05.4R17 | 5.4 | V8 | Bin 8 |

[a]"Engine family" and "test group" are often used interchangeably.

**Table 2.2. Non-Tier-2 vehicle models in the R factor analysis**

| Test site[a] | Model year | Vehicle model | Engine family number | Engine displacement (liters) | Engine configuration | Emissions standard[b] |
|---|---|---|---|---|---|---|
| SwRI | 2002 | Nissan Frontier | 2NSXT02.4C4B[c] | 2.4 | I4 | NLEV/LDT1 |
| | 2002 | Dodge Durango | 2CRXT04.75B0 | 4.7 | V8 | Tier 1/LDT3 |
| TRC | 2003 | Toyota Camry | 3TYXV02.4HHA | 2.4 | I4 | ULEV |
| | 2003 | Ford Taurus | 3FMXV03.0VF3 | 3.0 | V6 | NLEV |

[a] SwRI = Southwest Research Institute, TRC = Transportation Research Center Inc.
[b] LDT = light-duty truck, ULEV = ultralow emission vehicle, NLEV = National Low Emission Vehicle (Program).
LDT1–LDT3 are light truck emissions categories based on vehicle weight.
(See http://www.epa.gov/otaq/standards/light-duty/index.htm)
[c] "Engine family" on Frontier vehicles did not exactly match the EPA database for the 2002 Frontier (see ORNL/TM-2011/234).

## 2.2    VEHICLE AGING AND TEST PROTOCOL

Vehicles were acquired in matched sets of three or four vehicles.  Matched vehicles had identical engine and transmission configuration, engine controller software, tire size, etc.  Each vehicle of a set was dedicated to a specific ethanol blend for aging and emissions testing (including one dedicated to ethanol-free gasoline, or E0).  Thus for a matched set of four vehicles, one vehicle was dedicated to E0, one to E10, one to E15, and one to E20.  For sets of three matched vehicles, E10 was omitted.  Vehicles were emissions tested at the start, middle, and end of the program, and aged on a dedicated fuel in between emissions tests.  At each emissions test interval each vehicle was tested on E0 fuel and its designated ethanol blend.  At each fuel change, a rigorous fuel change and adaptation protocol was followed. Details on the vehicle aging and test protocol are provided in the catalyst durability program final report.[*]

### 2.2.1    Aging Fuels

Aging was conducted by assigning one vehicle of each set to a fuel with a given ethanol concentration (including E0). Because the vehicles would be accruing considerable mileage and because of the relatively large number of vehicles involved in the program, it was necessary to use splash blended fuels for the aging program to reduce the fuel cost to a manageable level. For this purpose, top-tier retail gasoline[†] that did not contain ethanol was purchased locally and splash blended to produce the necessary ethanol-containing blends. SwRI acquired top-tier gasoline and splash blended it with ASTM D4806 denatured ethanol[‡] on-site to produce the 10%, 15%, and 20% ethanol blends required. TRC procured the ethanol blends from the terminal, pre-blended to the desired levels. The aging fuels were termed RE0, RE10, RE15, and RE20 to convey that they were blended using retail gasoline and to denote the nominal ethanol content of each fuel.

### 2.2.2    Emissions Test Fuels

The emissions test fuels were splash blends using emissions certification gasoline and ASTM D4806 denatured ethanol.  TRC sourced the emissions fuel components (UTG-96 Federal Certification Gasoline and denatured ethanol) from Chevron-Phillips Specialty Chemical Company. SwRI obtained Haltermann EEE certification gasoline and ASTM D4806 denatured ethanol. The fuels were splash blended on-site at each test laboratory and subsequently analyzed to provide the fuel properties needed to support data analysis. Additional fuel analyses beyond those required for emissions tests were also performed on selected samples. These emissions test fuels were termed E0, E10, E15, and E20 to denote that they were different from the retail fuels used for vehicle aging (RE0, for example). As with the aging fuels, the octane number, RVP, and other properties of the emissions fuels varied with the ethanol content as a consequence of the splash blended nature of the fuels. Because all emissions tests were conducted at a nominal 25°C and because tracking emissions changes over time was the primary program objective, the use of splash blends in lieu of match blends was not expected to impact the results. When using match blends, certain fuel properties such as volatility and octane can be tailored to match the desired ethanol blend level. When splash blends are used, it is understood that properties such as volatility and octane will vary with ethanol content,[§,**] but it was judged by the project leadership that these variations would not

---

[*] West, et al., *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234,February 2012.

[†] Top-tier gasoline contains more deposit-control additives than the EPA minimum requirements (http://www.toptiergas.com/).

[‡] ASTM D4806 - *Standard Specification for Denatured Fuel Ethanol for Blending with Gasolines for Use as Automotive Spark-Ignition Engine Fuel*

[§] J. E. Anderson et al., "Octane Numbers of Ethanol- and Methanol-Gasoline Blends Estimated from Molar Concentrations," *Energy Fuels* 2010, 24, pp. 6576–6585.

[**] American Petroleum Institute, *Determination of the Potential Property Ranges of Mid-Level Ethanol Blends,* Final Report, April 2010.

impact the results.[*] In addition, acquisition of match blends would have presented unreasonable cost and time delay burdens to the program. Some of the carbon mass fraction and heating value results came into question during the R factor analysis. Because the R factor is very sensitive to fuel properties, some adjustments were made to some fuel properties, as described in the next section.

Table 2.3 shows the relevant fuel properties for the emissions test fuels at SwRI (note that only the first five SwRI vehicle sets included E10). Each vehicle was tested with the same E0 or ethanol blend at each emissions testing interval. Table 2.4 shows the same properties for the vehicles at TRC. Because there were multiple batches of ethanol blends, Table 2.4 shows fuel properties for start-of-test, midlife test, and end-of-test. Some property values were adjusted for the R factor analysis, as described in the next two sections. All heating values were calculated from D240 (BTU/lb) and density.

**Table 2.3. Emissions test fuel properties at SwRI.** Shaded cells denote adjusted carbon mass fraction as discussed in section 2.2.3.

| Vehicle | E0 Fuel | | | E10 Fuel | | | E15 Fuel | | | E20 Fuel | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) | Carbon Fraction ASTM D5291 | Density (g/cc) ASTM D4052 | LHV (BTU/gal) |
| 2007 Accord | 0.869 | 0.744 | 115,495 | 0.831 | 0.748 | 111,491 | 0.815 | 0.752 | 109,656 | 0.792 | 0.754 | 106,727 |
| 2006 Silverado / 2008 Altima | 0.869 | 0.743 | 115,138 | 0.829 | 0.751 | 111,296 | 0.812 | 0.751 | 108,849 | 0.794 | 0.752 | 107,213 |
| 2008 Taurus / 2007 Caravan | 0.878 | 0.742 | 116,328 | 0.832 | 0.748 | 111,707 | 0.817 | 0.751 | 109,844 | 0.795 | 0.752 | 107,269 |
| 2006 Cobalt / 2007 Caliber / 2002 Frontier | 0.866 | 0.744 | 114,784 | Vehicles not tested on E10 | | | 0.813 | 0.751 | 109,483 | 0.793 | 0.753 | 107,330 |
| 2002 Durango | 0.866 | 0.743 | 115,083 | | | | 0.811 | 0.752 | 108,782 | 0.798 | 0.753 | 107,549 |

### 2.2.3    Adjustment of Carbon Weight Fraction for Some Fuels

The Carbon weight fraction of gasoline range fuels is normally determined by the test protocol prescribed by ASTM D5291. The volatility of gasoline and gasoline-ethanol blends can sometimes cause a loss of a small portion of the sample during the execution of the ASTM D5291 test that determines the carbon, hydrogen, and nitrogen weight fractions of the fuel. In some cases at SwRI, incomplete recovery was observed during this test, and in these cases, the carbon weight fraction was adjusted during completion of the fuel economy calculations for the FTP results. The adjustment changes the carbon weight fraction in the third decimal place (e.g., from 0.863 to 0.866). This adjustment was accomplished by summing the carbon and hydrogen weight fractions. In the event that the sum was less than 100% for an E0 fuel, a multiplication factor was computed by dividing 100 by the sum. For example, if the carbon and hydrogen weight fractions summed to 99.3%, a factor of 1.007 was computed by dividing 100 by 99.3. The carbon and hydrogen weight fractions were then both multiplied by 1.007 prior to their use in calculating fuel economy results for the FTP tests. In cases where the fuel also contained oxygen due to ethanol blending, the oxygen content was accepted as accurate and subtracted from 100 and the result divided by the sum of the carbon and hydrogen weight fractions to calculate the multiplication factor to be used to adjust the carbon and hydrogen weight fractions. Oxygen content was determined by ASTM D5599 for the SwRI fuels (and by D5622 for the TRC fuels). This procedure results in the sum of carbon, hydrogen, nitrogen, and oxygen weight fractions being 100% for each fuel and corrects the D5291 results when a loss of some

---

[*] West, et al., *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012.

of the sample has occurred. This method inherently assumes that the speciation of the fuel sample did not change as a result of the mass loss. This adjustment was done 12 times for the SwRI fuels shown in Table 2.3.

### 2.2.4    Adjustment of Fuel Heating Values for Some Fuels

During analysis of the data, three heating value results from the TRC test fuels were noted to be considerably lower than expected, falling well below a line drawn through the data as shown in Figure 1. The three red data points are the results that were noted to appear inconsistent with other fuels. Since all of the ethanol-blended fuels were blended from the same batch of E0, the remaining data points (shown as blue points) were used to establish a best-fit linear correlation between heating value and fuel oxygen content. The suspect heating value results were re-computed using this relationship, resulting in increases in the heating value for these three fuels. The circles show the heating values that were used in calculations to determine R factors. For heating values that were not adjusted, the circles overlay the blue data points. For heating values that were adjusted, the circles appear vertically separated from the red data points, indicating the amount the heating value was adjusted (adjustments ranged from 63 to 194 BTU/lb$_m$, or 0.4 to 1.1%).



**Figure 1.  Heating value versus oxygen content for the TRC test fuels.**

**Table 2.4. Emissions test fuel properties at TRC.** Shaded cells denote adjusted heating values as discussed in section 2.2.4.

**Start of Test**

| Vehicle | E0 Fuel Carbon Fraction ASTM D5291 | E0 Fuel Density (g/cc) ASTM D4052 | E0 Fuel LHV (BTU/gal) | E15 Fuel Carbon Fraction ASTM D5291 | E15 Fuel Density (g/cc) ASTM D4052 | E15 Fuel LHV (BTU/gal) | E20 Fuel Carbon Fraction ASTM D5291 | E20 Fuel Density (g/cc) ASTM D4052 | E20 Fuel LHV (BTU/gal) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Civic | | | | | | | 0.801 | 0.753 | 107,680 |
| 2009 Explorer | | | | | | | | | |
| 2009 Corolla | | | | | | | | | |
| 2009 Liberty | 0.872 | 0.743 | 115,205 | 0.809 | 0.751 | 108,441 | | | |
| 2005 Tundra | | | | | | | 0.792 | 0.754 | 106,648 |
| 2006 Impala | | | | | | | | | |
| 2005 F150 | | | | | | | | | |
| 2003 Camry | | | | | | | 0.792 | 0.752 | 106,659 |
| 2003 Taurus | | | | | | | | | |

**Midlife Test**

| Vehicle | E0 Fuel Carbon Fraction ASTM D5291 | E0 Fuel Density (g/cc) ASTM D4052 | E0 Fuel LHV (BTU/gal) | E15 Fuel Carbon Fraction ASTM D5291 | E15 Fuel Density (g/cc) ASTM D4052 | E15 Fuel LHV (BTU/gal) | E20 Fuel Carbon Fraction ASTM D5291 | E20 Fuel Density (g/cc) ASTM D4052 | E20 Fuel LHV (BTU/gal) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Civic | | | | | | | 0.792 | 0.754 | 106,648 |
| 2009 Explorer | | | | | | | | | |
| 2009 Corolla | | | | | | | | | |
| 2009 Liberty | 0.872 | 0.743 | 115,205 | 0.809 | 0.751 | 108,441 | | | |
| 2005 Tundra | | | | | | | 0.792 | 0.752 | 106,659 |
| 2006 Impala | | | | | | | | | |
| 2005 F150 | | | | | | | | | |
| 2003 Camry | | | | | | | 0.795 | 0.752 | 106,910 |
| 2003 Taurus | | | | 0.813 | 0.749 | 109,111 | 0.797 | 0.752 | 107,161 |

**End of Test**

| Vehicle | E0 Fuel Carbon Fraction ASTM D5291 | E0 Fuel Density (g/cc) ASTM D4052 | E0 Fuel LHV (BTU/gal) | E15 Fuel Carbon Fraction ASTM D5291 | E15 Fuel Density (g/cc) ASTM D4052 | E15 Fuel LHV (BTU/gal) | E20 Fuel Carbon Fraction ASTM D5291 | E20 Fuel Density (g/cc) ASTM D4052 | E20 Fuel LHV (BTU/gal) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Civic | | | | 0.809 | 0.751 | 108,441 | 0.792 | 0.752 | 106,659 |
| 2009 Explorer | | | | | | | | | |
| 2009 Corolla | | | | | | | | | |
| 2009 Liberty | | | | | | | | | |
| 2005 Tundra | 0.872 | 0.743 | 115,205 | 0.813 | 0.749 | 109,111 | 0.797 | 0.752 | 107,161 |
| 2006 Impala | | | | | | | | | |
| 2005 F150 | | | | | | | | | |
| 2003 Camry | | | | | | | | | |
| 2003 Taurus | | | | | | | | | |

7

## 2.3     R-Factor Analysis Approach

### 2.3.1     R Factor Definition

As discussed previously, the R factor is a value that describes change in fuel economy that accompanies a change in the volumetric heating value of the fuel being used.  For example, when ethanol is blended with gasoline, the heating value of the blend is reduced compared with the gasoline before blending.  This reduction is a result of the presence of ethanol, which has a lower volumetric heating value than gasoline. The R factor is defined according to the following equation.

$$R = \frac{\left(\frac{VOLFEi}{VOLFEr}\right) - 1}{\left(\frac{VOLHVi}{VOLHVr}\right) - 1}$$

VOLFE is the volumetric fuel economy result in miles per gallon for either the test fuel (subscript i) or the reference fuel (subscript r), and VOLHV is the volumetric heating value for the fuels in BTU per gallon, using the same subscripts as for the volumetric fuel economy.  Using this form, R can also be expressed as the percent change in volumetric fuel economy using a test fuel compared to a result with a reference fuel divided by the percent change in the volumetric heating value of the test fuel compared to the volumetric heating value of the reference fuel.

### 2.3.2     R Factor Determination

The fuel economy data were analyzed for each vehicle that was tested using both a fuel that did not contain ethanol and a fuel that was blended with ethanol.  During each emissions test interval for each vehicle, the average fuel economy with E0 was calculated and compared with the average fuel economy for the same vehicle tested using an ethanol blended fuel.  As an example, consider the determination of R for a 2009 Ford Explorer, tested at the start-of-test emissions interval.  Two such vehicles were tested using an ethanol-blended fuel:  one using E15 and the other using E20.  The average fuel economy for the E15 vehicle when tested using E0 and when tested using E15 was determined.   These data were then used to compute an R value for the E15 2009 Ford Explorer at the start-of-test emissions interval. Similarly, the average fuel economy data were computed for the E20 vehicle and an independent R value computed for this vehicle.  In this way, vehicle-to-vehicle variations in baseline fuel economy using E0 were removed from the analysis.  Similarly, the R values were assessed for these vehicles at the other emissions test intervals, which removed any affect of vehicle aging on the baseline fuel economy from the R factor analysis.  This approach was repeated for each vehicle and each emissions test interval.

Following determination of the individual R factors for each vehicle at each emissions test interval, the R factors were pooled to determine characteristic average values for different vehicle groups.

# 3.    RESULTS

## 3.1    R Factor Values

### 3.1.1    Vehicle-Specific R Factors

The R factors that were computed for each vehicle model were averaged to produce an overall average R factor for that model.  Because in some cases 2 vehicles (E15 and E20) or 3 vehicles (E10, E15, and E20) were tested at each of three emissions test intervals,   a maximum of 9, and in most cases only 6 R factor values could be pooled for each vehicle.  As such, the confidence intervals for the vehicle-specific R factors are relatively large.  The vehicle-specific R factors are shown in Figure 2.  Though the average values show considerable variation, many of the 95% confidence intervals overlap, indicating that much of the variation may be explained by test-to-test variability.  The 95% confidence intervals reported herein are calculated based on the scatter in the fuel economy results.  Additionally, there is uncertainty present in the ASTM results for heating value, carbon weight fraction, and specific gravity that have not been included in the confidence intervals.  Inclusion of these uncertainties would increase the confidence intervals.



**Figure 2.  Average R factor for each vehicle model.**

### 3.1.2    Average R Factor Values for Fleets

The data were pooled to analyze the vehicles in four fleets: the SwRI Test Fleet, the TRC Test Fleet, the Total Test Fleet, and the Tier 2 Test Fleet.  Additionally, the data were pooled to allow analysis of the impact of fuel ethanol content, if any, on the R factor.   These results are shown in Figures 3 and 4.



**Figure 3.  Fleet average R factor values with 95% confidence intervals.**



**Figure 4.  Fleet average R factor values for ethanol-blended fuels with 95% confidence intervals.**

During the R factor analysis, some of the fuel economy results for the 2007 Honda Accord were questioned.  The FTP fuel economy results showed unexpected variability that resulted in R factors that were deemed to be illogical and unrepeatable.  No single issue with the data could be firmly established, however.  Thus, the fleet average analyses were completed both with the Accord data included, as has previously been presented, and also with the Accord data omitted, as shown in Figures 5 and 6.

10

Removing the Honda Accord data had the effect of marginally increasing fleet averages that had previously included the Accord data, and also marginally impacting the 95% confidence intervals.



**Figure 5. Fleet average R factor values with 2007 Honda Accord results omitted.**



**Figure 6. Fleet average R factor values for ethanol-blended fuels with 2007 Honda Accord results omitted.**

## 4. CONCLUSIONS

The calculated R factor for the DOE catalyst durability study vehicles is 0.94 ±0.04 (or 0.96±0.04 with one problematic vehicle omitted). Within error limits, these results are the same as those obtained in the 1993 Auto/Oil study. The current factor of 0.6 which is called out in CFR is clearly too low, and a proper factor for modern vehicles is closer to unity, as might be expected from improved air/fuel ratio control common for more modern vehicles. Future work to establish the correct R factor should consider additional test cycles as well as the potential for high-efficiency technologies that may be impacted by fuel characteristics other than the heating value (the R factor could vary by test cycle and/or with vehicle technology).

**APPENDIX A.**
**BIBLIOGRAPHY OF INTERMEDIATE ETHANOL BLENDS STUDIES**

# APPENDIX A. BIBLIOGRAPHY OF INTERMEDIATE ETHANOL BLENDS STUDIES

The following reports and websites relate to Intermediate Ethanol Blend Studies supported or partially supported by the Department of Energy since 2007; also listed are relevant EPA and Coordinating Research Council websites. Numerous oral presentations were given throughout the program; these are not listed, however those given at DOE Annual Merit Reviews are included here.

## Vehicle-Related Studies (Chronological order)

1. R. Bechtold, J. F. Thomas, S. P. Huff, J. P. Szybist, T. J. Theiss, B. H. West, M. Goodman, T. A. Timbario, *Technical Issues Associated with the Use of Intermediate Ethanol Blends (>E10) in the U.S. Legacy Fleet: Assessment of Prior Studies*, ORNL/TM-2007/37, Oak Ridge National Laboratory, August 2007, available at http://info.ornl.gov/sites/publications/files/Pub7767.pdf.

2. Keith Knoll, Brian West, Wendy Clark, Ronald Graves, John Orban, Steve Przesmitzki, Timothy Theiss, *Effects of Intermediate Ethanol Blends on Legacy Vehicles and Small Non-Road Engines, Report 1—Updated*, NREL/TP-540-43543, ORNL/TM-2008/117, February 2009, available at http://info.ornl.gov/sites/publications/Files/Pub12154.pdf

3. Knoll, Keith, Brian West, Shean Huff, John Thomas, John Orban, Cynthia Cooper, "Effects of Mid-Level Ethanol Blends on Conventional Vehicle Emissions," SAE Technical Paper 2009-01-2723, 2009, doi:10.4271/2009-01-2723.

4. Brent A. Shoffner, Ryan D. Johnson, Martin J. Heimrich, and Michael D. Lochte, *Powertrain Component Inspection from Mid-Level Blends Vehicle Aging Study,* ORNL/TM-2011/65, Prepared by Southwest Research Institute for Oak Ridge National Laboratory, November 2010, available at http://info.ornl.gov/sites/publications/files/Pub28733.pdf.

5. C. Scott Sluder and Brian H. West, *NMOG Emissions Characterizations and Estimation for Vehicles Using Ethanol-Blended Fuels,* ORNL/TM-2011/461, Oak Ridge National Laboratory, October 15, 2011, available at http://info.ornl.gov/sites/publications/Files/Pub33272.pdf.

6. Sluder, C. and West, B., "Limitations and Recommended Practice In the Use of Compression and Leak-Down Tests to Monitor Gradual Engine Degradation," *SAE Int. J. Engines* 4(3):2767-2777, 2011, doi:10.4271/2011-01-2427.

7. Sluder, C. and West, B., "NMOG Emissions Characterizations and Estimation for Vehicles Using Ethanol-Blended Fuels," *SAE Int. J. Fuels Lubr.* 5(2):721-732, 2012, doi:10.4271/2012-01-0883.

8. Sluder, C., West, B., and Knoll, K., "Investigating Malfunction Indicator Light Illumination Due to Increased Oxygenate Use in Gasoline," *SAE Int. J. Fuels Lubr.* 5(3):1360-1371, 2012, doi:10.4271/2012-01-2305.

9. West, Brian H., Scott Sluder, Keith Knoll, John Orban, Jingyu Feng, *Intermediate Ethanol Blends Catalyst Durability Program*, ORNL/TM-2011/234, February 2012, available at http://info.ornl.gov/sites/publications/Files/Pub31271.pdf

10. Vertin, Keith, Gerard Glinksy, and Aaron Reek, *Comparative Emissions Testing of Vehicles Aged on E0, E15, and E20 Fuels*, NREL/SR-5400-55778, August 2012, available at http://www.nrel.gov/docs/fy12osti/55778.pdf

11. West, B. and Sluder, C., "Lubricating Oil Consumption on the Standard Road Cycle," SAE Technical Paper 2013-01-0884, 2013, doi:10.4271/2013-01-0884.

12. EPA, NREL, and CRC*, EPAct/V2/E-89: Assessing the Effect of Five Gasoline Properties on Exhaust Emissions from Light-Duty Vehicles Certified to Tier 2 Standards. Final Report on Program Design and Data Collection*, EPA-420-R-13-004, April 2013, available at http://www.epa.gov/otaq/models/moves/epact.htm

JA305

13. C. Scott Sluder and Brian H. West, *Preliminary Examination of Ethanol Fuel Effects on EPA's R-factor for Vehicle Fuel Economy,* ORNL/TM-2013/198, Oak Ridge National Laboratory, June 2013.

14. CRC Reports available at http://crcao.org/news/Mid%20Level%20Ethanol%20program/index.html

## Non-Automotive Engines

15. Keith Knoll, Brian West, Wendy Clark, Ronald Graves, John Orban, Steve Przesmitzki, Timothy Theiss, *Effects of Intermediate Ethanol Blends on Legacy Vehicles and Small Non-Road Engines, Report 1—Updated*, NREL/TP-540-43543, ORNL/TM-2008/117, February 2009, available at http://info.ornl.gov/sites/publications/Files/Pub12154.pdf (repeated from #2 above, contains vehicle and SNRE data)

16. Zooubul, George, Mel Cahoon, and Richard Kolb, *Volvo Penta 4.3 GL E15 Emissions and Durability Test*, NREL/SR-5400-52577, October 2011, available at http://www.nrel.gov/docs/fy12osti/52577.pdf

17. Hilbert, David, *High Ethanol Fuel Endurance: A Study of the Effects of Running Gasoline with 15% Ethanol Concentration in Current Production Outboard Four-Stroke Engines and Conventional Two-Stroke Outboard Marine Engines*, NREL/SR-5400-52909, October 2011, available at http://www.nrel.gov/docs/fy12osti/52909.pdf

## Materials and Infrastructure

18. Boyce, Kenneth, J. Thomas Chapin, *Dispensing Equipment Testing With Mid-Level Ethanol/Gasoline Test Fluid: Summary Report* , Underwriters Laboratories, Inc. report, November 2010, available at http://www.nrel.gov/docs/fy11osti/49187.pdf

19. M. D. Kass, T. J Theiss, C. J. Janke. S. A. Lewis, Sr., *Intermediate Ethanol Blends Infrastructure Materials Compatibility Study: Elastomers, Metals, and Sealants*, ORNL/TM-2010/326, March 2011, available at http://info.ornl.gov/sites/publications/files/Pub27766.pdf

20. M. D. Kass, T. J Theiss, C. J. Janke. and S J Pawel, *Compatibility Study for Plastic, Elastomeric, and Metallic Fueling Infrastructure Materials Exposed to Aggressive Formulations of Ethanol-blended Gasoline*, ORNL/TM-2012/88, July 2012 available at http://info.ornl.gov/sites/publications/Files/Pub35074.pdf

21. M. D. Kass, T. J Theiss, C. J. Janke. and S J Pawel, *Analysis of Underground Storage Tanks System Materials to Increased Leak Potential Associated with E15 Fuel*, ORNL/TM-2012/182, July 2012 (Report for USEPA Office of Underground Storage Tanks) available at http://info.ornl.gov/sites/publications/Files/Pub36356.pdf

22. M. D. Kass, T. J Theiss, C. J. Janke. S J Pawel, J. T. Chapin, T. Fabian, K. Boyce and E. Yang, "Elastomer Compatibility to Gasoline Containing Intermediate Levels of Ethanol," Sealing Technology, December 2012, pgs. 7-12

23. EPA website on ethanol compatibility: http://www.epa.gov/oust/altfuels/ethcompat.htm

JA306

**DOE Merit Review Presentations**

24. Steve Przesmitzki and Brian West, "Mid-Level Ethanol Blends Test Program," presented at the 2009 U.S. DOE Biomass Program Infrastructure Peer Review, March 19, 2009, available at http://www.obpreview2009.govtools.us/infrastructure/documents/NREL_ORNL_OBP_Infrastructure_Review_2009_03_17_bw_sp_final.pdf

25. Keith Knoll, et al., "Mid-Level Ethanol Blends Test Program," presented at the 2009 U.S. DOE Hydrogen Program and Vehicle Technologies Program Annual Merit Review and Peer Evaluation Meeting, May 19, 2009, available at http://www1.eere.energy.gov/vehiclesandfuels/pdfs/merit_review_2009/fuel_technologies/ft_05_knoll.pdf

26. Brian West, et al., "Mid-Level Ethanol Blends Test Program," presented at the 2010 U.S. DOE Hydrogen Program and Vehicle Technologies Program Annual Merit Review and Peer Evaluation Meeting, June 9, 2010, available at http://www1.eere.energy.gov/vehiclesandfuels/pdfs/merit_review_2010/fuel_technologies/ft005_west_2010_o.pdf.

27. Brian West, et al., "Intermediate Ethanol Blends Testing - Program Overview and Vehicle Testing,"presented at the 2011 U.S. DOE Biomass Infrastructure Review Meeting, February 2011, available at http://obpreview2011.govtools.us/presenters/public/AllPresentations.aspx

28. Tim Theiss, et al., "Preliminary Results from the ORNL Infrastructure Materials Compatibility Study" presented at the 2011 U.S. DOE Biomass Infrastructure Review Meeting, February 2011, available at http://obpreview2011.govtools.us/presenters/public/AllPresentations.aspx

29. Kristi Moriarty and Wendy Clark, "NREL UL Fuel Dispensing Infrastructure Intermediate Blends Performance Testing" presented at the 2011 U.S. DOE Biomass Infrastructure Review Meeting, February 2011, available at http://obpreview2011.govtools.us/presenters/public/AllPresentations.aspx

**EPA E15 Rulings** (*Federal Register*)

30. *Federal Register*, Vol. 75(213), Thursday, November 4, 2010, Notices.

31. *Federal Register*, Vol. 76(17), Wednesday, January 26, 2011, Notices.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF. All parties in this case are represented by counsel consenting to electronic service. The parties have also waived paper service pursuant to 5th Cir. R. 31.1.

February 19, 2025

Respectfully submitted,

/s/ James R. Conde
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
*Counsel of Record for Petitioners*