# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 28, 2025

  No. 24-60209       Texas Corn Producers v. EPA
                     USDC No. EPA-HQ-OAR-2022-0829
                     USDC No. FRL-8953-04-OAR


You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant brief must be blue; record excerpts must be white; Appellee brief must be red; Reply brief must be gray. You may refer to Fed. R. App. P. 32 for guidance.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Pamela F. Trice, Deputy Clerk
                              504-310-7633

  Mr. James Conde
  Mr. Albert Lin
  Mr. R. Trent McCotter
  Mr. Jeffrey Prieto