# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2025

Lyle W. Cayce
Clerk

No. 24-60209

Texas Corn Producers; Texas Sorghum Producers;
National Sorghum Producers; Texas Food & Fuel
Association,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Lee
Zeldin, *in his official capacity as the Administrator of* the United
States Environmental Protection Agency,

*Respondents*.

Petition for Review from an Order of the
Environmental Protection Agency

Before Smith, Graves, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of for review of an order of
the United States Environmental Protection Agency and was argued by
counsel.

The petition for review is GRANTED. The $R_a$ Rule is VACATED
to the extent that it (1) sets an $R_a$ factor of 0.81 and (2) implements that factor

by shifting the test fuel from E0 to E10 for fuel economy compliance.

IT IS FURTHER ORDERED that Respondents pay to Petitioners the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.