# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion,* See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Texas Corn Producers et al. v. EPA et al. No. 24-60209

The Clerk is requested to tax the following costs against: Respondents

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | 600 | | | | |
| Appendix or Record Excerpts | 4 | 325 | 0.15 | 195 | | | | |
| Appellant's Brief | 7 | 78 | 0.15 | 81.9 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 7 | 42 | 0.15 | 44.1 | | | | |
| Other: Record Exerpts | 4 | 16 | 0.15 | 9.6 | | | | |
| | | | Total $ | 930.6 | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of
County of _____

By _____
Deputy Clerk

I James Conde _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 27th day of June, 2025.

/s/ James Conde
(Signature)

Attorney for Petitioners

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

# B. P. Printing T/A Byron S. Adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID  52-1335902
Phone #  202-347-8203
Fax #    202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 3/5/2025 | 039449 |

| Client: | Re: |
|---|---|
| BOYDEN GRAY PLLC<br>ATTN: JAMES CONDE<br>800 CONNECTICUT AVENUE NW<br>SUITE 900<br>WASHINGTON DC 20006 | TX CORN PRODUCERS; TX SORGHUM PRODUCERS; NATIONAL SORGHUM PRODUCERS; TX FOOD & FUEL ASSOCIATION, Petitioners,<br>v. US ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as |

Client ID:  **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 27052 | NET 30 Days | JAMES CONDE | 4/4/2025 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 6 copies - United States Court of Appeals For the Fifth Circuit, No. 24-60209, Joint Appendix | 1,008.68T |
| FEDEX | FEDERAL EXPRESS | 218.37 |

|  |  |
|---|---|
| **Subtotal** | $1,227.05 |
| **Sales Tax (6.0%)** | $60.52 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$1,287.57** |
|---|---|

# B. P. Printing T/A Byron S. Adams
legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 3/4/2025 | 039446 |

| Client: |
|---|
| BOYDEN GRAY PLLC |
| ATTN: JAMES CONDE |
| 800 CONNECTICUT AVENUE NW |
| SUITE 900 |
| WASHINGTON DC 20006 |

| Re: |
|---|
| TEXAS CORN PRODUCERS; TEXAS SORGHUM PRODUCERS; NATIONAL SORGHUM PRODUCERS; TEXAS FOOD & FUEL ASSOC., Petitioners, v. U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacit |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 27050 | NET 30 Days | JAMES CONDE | 4/3/2025 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 9 copies - United States Court of Appeals For the Fifth Circuit, No. 24-60209, Opening Brief For Petitioners | 491.18T |

| | |
|---|---|
| **Subtotal** | $491.18 |
| **Sales Tax (6.0%)** | $29.47 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$520.65** |
|---|---|

# B. P. Printing T/A Byron S. Adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036
Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 3/4/2025 | 039447 |

| Client: |
|---|
| BOYDEN GRAY PLLC<br>ATTN: JAMES CONDE<br>800 CONNECTICUT AVENUE NW<br>SUITE 900<br>WASHINGTON DC 20006 |

| Re: |
|---|
| TX CORN PRODUCERS; TX SORGHUM PRODUCERS; NATIONAL SORGHUM PRODUCERS; TX FOOD & FUEL ASSOC., Petitioners,<br>v. U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 27051 | NET 30 Days | JAMES CONDE | 4/3/2025 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 9 copies - United States Court of Appeals for the Fifth Circuit, No. 24-60209, Reply Brief For Petitioners | 410.63T |

| | |
|---|---|
| **Subtotal** | $410.63 |
| **Sales Tax (6.0%)** | $24.64 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$435.27** |
|---|---|

# B. P. Printing T/A Byron S. Adams
legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036
Corp. ID  52-1335902
Phone #  202-347-8203
Fax #    202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 3/5/2025 | 039450 |

| Client: |
|---|
| BOYDEN GRAY PLLC |
| ATTN: JAMES CONDE |
| 800 CONNECTICUT AVENUE NW |
| SUITE 900 |
| WASHINGTON DC 20006 |

| Re: |
|---|
| TX CORN PRODUCERS; TX SORGHUM PRODUCERS; NATIONAL SORGHUM PRODUCERS; TX FOOD & FUEL ASSOCIATION, Petitioners, |
| v. US ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as |

Client ID:  **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 27053 | NET 30 Days | JAMES CONDE | 4/4/2025 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 5 copies - USCA 24-60209. 5th Circuit Record Excerpts | 301.50T |

| | |
|---|---|
| **Subtotal** | $301.50 |
| **Sales Tax (6.0%)** | $18.09 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due**  $319.59